**Attachment to Civil Cover Sheet**

I. (c) Attorneys (Firm Name, Address, and Telephone Number)

David E. Watkins
Jason E. Winford
Jenkins & Watkins,
A Professional Corporation
4300 MacArthur Avenue, Suite 165
Dallas, Texas 75209
Tel: 214-378-6675
Fax: 214-378-6680

Matthew B. Gilliam
Jeffrey D. Jennings
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia  22160
Tel: 703-321-8510
Fax: 703-321-9319