# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*Dallas Division*

Charlene Carter
_____
Plaintiff

v.

Transport Workers Union, Local 556
_____
Defendant

3:17-cv-02278-B
_____
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Charlene Carter
_____

provides the following information:

    For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

None

    A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

Charlene Carter
Transport Workers Union of America, Local 556

| | |
|---|---|
| Date: | August 25, 2017 |
| Signature: | s/ Jason E. Winford |
| Print Name: | Jason E. Winford |
| Bar Number: | Texas Bar No. 00788693 |
| Address: | 4300 MacArthur Ave., Ste 165 |
| City, State, Zip: | Dallas, Texas 75209 |
| Telephone: | (214) 378-6675 |
| Fax: | (214) 378-6680 |
| E-Mail: | jwinford@jenkinswatkins.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons