

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:17-CV-02278-B

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2017 AUG 30 PM 12: 10
DEPUTY CLERK_____

This summons for *(name of individual and title, if any)* __Local 556 Transporation Workers Union of America AFL-CIO__

was received by me on *(date)* __08/28/2017__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* By delivering to its Financial Secretary Treasurer, John Parrott, at 8787 North Stemmons Freeway, Suite 600, Dallas, TX 75247 at 2:10 PM on 8/28/2017

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __08/28/2017__

_____
*Server's signature*

__Danny L Haney Texas Process Server (SCH566) Exp 3/31/20__
*Printed name and title*

__5470 LBJ FREEWAY, SUITE 100, DALLAS, TX 75240__
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Carter <br> *Plaintiff* <br> v. <br><br> Local 556 Transportation Workers Union of America AFL-CIO <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 3:17-cv-02278-B <br> ) <br> ) <br> ) <br> ) <br> ) |

## Summons in a Civil Action

**TO:** Local 556 Transportation Workers Union of America AFL-CIO

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

    Matthew Gilliam
    8001 Braddock Road
    Suite 600
    Springfield , VA 22160

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 08/28/2017

*Signature of Clerk or Deputy Clerk*