UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Carter <br> *Plaintiff* <br><br> v. <br><br> Local 556 Transportation Workers Union <br> *Defendant* | § § § § § § § § § § § Case No. 3:17-cv-02278-B |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Matthew B. Gilliam                                                           , with offices at

c/o National Right to Work Legal Defense Foundation, Inc., 8001 Braddock Road, Ste. 600
(Street Address)

Springfield                                  VA                  22160
(City)                                       (State)             (Zip Code)

(703) 321-8510                               (703) 321-9319
(Telephone No.)                              (Fax No.)

**II.** Applicant will sign all filings with the name Matthew B. Gilliam

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Plaintiff Charlene Carter

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____New York_____, where Applicant regularly practices law.

Bar license number: 5005996        Admission date: January 19, 2012

For Court Use Only.
Bar Status Verified:

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| State of West Virginia | October 24, 2013 | Active |
| U.S. District Court S.D. W. Va. | October 24, 2013 | Active |
| U.S. District Court E.D. Wis. | April 4, 2016 | Active |
| U.S. Court of Appeals Fifth Circuit | October 20, 2016 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

February 24, 2015   Martin, et al. v. TWU, Local 556, Case No. 3:15-cv-00556-K

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

David E. Watkins and Jason E. Winford, who has offices at

Jenkins & Watkins, P.C., 4300 MacArthur Ave., Ste. 165
(Street Address)

Dallas   TX   75209
(City)   (State)   (Zip Code)

(214) 378-6675   (214) 378-6680
(Telephone No.)   (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 13 day of September, 2017.

Matthew B. Gilliam
Printed Name of Applicant

[signature]
Signature



# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

I, *Robert D. Mayberger*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

# Matthew Brandon Gilliam

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **19th day of January, 2012**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **30th day of August, 2017**.



Robert D Mayberger

Clerk