UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Charlene Carter | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No. 3:17-cv-02278-B |
| | § | |
| | § | |
| TWU Local 556 | § | |
| *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I. Applicant is an attorney and a member of the law firm of (or practices under the name of)

　　Jeffrey D. Jennings　, with offices at

c/o National Right to Work Legal Defense Foundation, Inc., 8001 Braddock Road, Suite 600
(Street Address)

Springfield　　　　　　　　VA　　　　　　22160
(City)　　　　　　　　　　　(State)　　　　(Zip Code)

(703) 321-8510　　　　　　　(703) 321-9319
(Telephone No.)　　　　　　　(Fax No.)

II. Applicant will sign all filings with the name　Jeffrey D. Jennings　.

III. Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Plaintiff Charlene Carter

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _Virginia_, where Applicant regularly practices law.

Bar license number: _87667_     Admission date: _October 16, 2014_

For Court Use Only.
Bar Status Verified:

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. District Court E.D. Va. | July 14, 2017 | Active |
|  |  |  |
|  |  |  |
|  |  |  |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**   Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:            Case No. And Style:

(If necessary, attach statement of additional applications.)

**X.**   Local counsel of record associated with Applicant in this matter is

David E. Watkins and Jason E. Winford                        , who has offices at

Jenkins & Watkins, P.C.            4300 MacArthur Ave., Suite 165
(Street Address)

Dallas                                          TX                          75209
(City)                                          (State)                     (Zip Code)

(214) 378-6675                                  (214) 378-6680
(Telephone No.)                                 (Facsimile No.)

**XI.**   Check the appropriate box below.

For Application in a **Civil Case**

[X]   Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]   Applicant has read and will comply with the local criminal rules of this court.

**XII.**   Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the __13__ day of __September__, __2017__.

Jeffrey D. Jennings
Printed Name of Applicant

*/s/ Jeffrey D. Jennings*
Signature

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT JEFFREY DANIEL JENNINGS IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. JENNINGS WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 16, 2014, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

*Issued September 1, 2017*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER