# Appendix of Exhibits

Exhibit A    March 14, 2017 Termination Letter

# EXHIBIT A

Southwest Airlines Co.
Ed Schneider
Base Manager-DEN
7640 Undergrove Street, Unit E
Denver, CO 80249
303-214-2354



March 14, 2017                                    CERTIFIED MAIL:  7015 3010 0000 2338 3356

Charlene Carter
6582 S. Queensburg Ct.
Aurora, CO 80016

Dear Charlene,

On March 7, 2017, a fact-finding meeting was held with you to discuss certain messages and videos you posted on your Facebook page and sent to another Southwest Employee through Facebook Messenger. Present at this meeting were you, TWU Representative Chris Sullivan, Senior Employee Relations Investigator Denise Gutierrez, Inflight Senior Human Resources Business Partner Edie Barnett, Inflight Assistant Base Manager Meggan Jones, and me.

During the meeting, you admitted you posted graphic videos of aborted fetuses on Facebook and sent those same videos in a private Facebook message to another Southwest Flight Attendant. You also admitted to sending the Flight Attendant a private message containing a picture of individuals wearing costumes depicting the female genitalia. You agreed that the pictures and videos were graphic.

Charlene, when you posted the graphic videos and pictures on Facebook, you were identifiable as a Southwest Airlines Employee and represented our Company in a manner that is disparaging to Southwest Flight Attendants as well as to all Southwest Employees. These Facebook posts were highly offensive in nature, and the private messages you sent to the above-mentioned Employee were harassing and inappropriate. Although your posts and messages may have been made and/or sent outside of work, Southwest is obligated to address such conduct given its impact on the workplace. After considering all information gathered in my investigation, as well as the information presented in your fact-finding meeting, I have determined that your conduct is in direct violation of the Southwest Airlines Mission statement and the following Company Policies/Rules including but not limited to:

- **Workplace Bullying and Hazing Policy**
- **Social Media Policy**

Your conduct could also be a violation of Southwest's Policy Concerning Harassment, Sexual Harassment, Discrimination and Retaliation. Accordingly, your employment is terminated effective March 16, 2017. Please return your Badge, Flight Attendant Manual, eFam, charger, and OHB key to the DEN office immediately at the address above. You will receive your final paycheck via direct deposit.

Respectfully,

Ed Schneider

Copy To:   Sonya Lacore
           Mike Sims
           Dave Kissman