# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Charlene Carter
Plaintiff

v.

3:17-cv-02278-B
Civil Action No.

Southwest Airlines Co., TWU Local 556
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Charlene Carter

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Charlene Carter,
Southwest Airlines Co.,
Transport Workers Union of America, Local 556

| | |
|---|---|
| Date: | September 14, 2017 |
| Signature: | s/ Jason E. Winford |
| Print Name: | Jason E. Winford |
| Bar Number: | Texas Bar No. 00788693 |
| Address: | 4300 MacArthur Ave., Ste. 165 |
| City, State, Zip: | Dallas, Texas 75209 |
| Telephone: | (214) 378-6675 |
| Fax: | (214) 378-6680 |
| E-Mail: | jwinford@jenkinswatkins.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons