IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| | § | |
| vs. | § | 3:17-cv-02278-B |
| | § | |
| TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556, | § | JURY DEMANDED |
| | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS

Defendant TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556 ("TWU 556", "Local 556" or "Defendant") asserts that Plaintiff has failed to state a claim upon which relief can be granted pursuant to Rule 12(b)(6), F.R.C.P., as more clearly stated in its Motion to Dismiss and Brief in Support thereof.

1. Plaintiff is not an employee of the union and thus cannot assert Retaliation Claims—Retaliation Claims require an "adverse employment action" by the employer—Southwest Airlines.

2. Plaintiff fails to plead any facts suggesting that Local 556 failed to meet its duty of fair representation.

3. Wherefore, for the above and foregoing reasons, under the requirements of *Iqbal* and *Twombly*, Plaintiffs have failed to plead sufficient facts to withstand Defendant's Motion.

    /s/ Edward B. Cloutman, IV_____
Edward B. Cloutman, IV
State Bar No. 24074045
Email: edwardcloutman@gmail.com
Adam S. Greenfield
State Bar No. 24075494
Email: agreenfield@candglegal.com

**LAW OFFICE OF CLOUTMAN**

                    **& GREENFIELD, P.L.L.C.**

                    3301 Elm Street
                    Dallas, TX 75226-1637
                    Phone 214.939.9222
                    Fascimile 214.939.9229

OF COUNSEL:

Edward B. Cloutman, III
State Bar No. 04411000
Email: ecloutman@lawoffices.email
**Cloutman & Cloutman, L.L.P.**
3301 Elm Street
Dallas, Texas  75226-1637
214.939.9222
214.939.9229 Fascimile

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument has been served upon counsel for Plaintiff via the U.S. District Court, Northern District's CM/ECF system on September 15, 2017:

        Mr. Jason E. Winford (via e-mail:  jwinford@jenkinswatkins.com)
        Mr. David E. Watkins (via e-mail:  dwatkins@jenkinswatkins.com)
        Jenkins & Watkins, P.C.
        4300 MacArthur Avenue, Suite 165
        Dallas, Texas  75209

        Mr. Matthew B. Gilliam (via e-mail:  mbg@nrtw.org)
        Mr. Jeffrey D. Jennings (via e-mail:  jdj@nrtw.org)
        National Right to Work Legal Defense Foundation, Inc.
        8001 Braddock Road, Suite 600
        Springfield, Virginia  22160

                                  /s/ Adam S. Greenfield_____
                                Edward B. Cloutman, IV

Adam S. Greenfield