Civil Action No. 3:17-cv-02278-B

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Transport Workers Union of America, Local 556 was received by me on *(date)* 09/15/2017 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lisa Le , who is designated by law to accept service of process on behalf of *(name of organization)* Transport Workers Union of America, Local 556 * on *(date)* 09/18/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/18/2017

*Server's signature*

Brian K. Lewis, Texas Process Server # 10485, Exp. 08/31/2019
*Printed name and title*

5470 LBJ FRWY, Suite 100,
Dallas, TX 75240

*Server's address*

Additional information regarding attempted service, etc:
* Delivered at 8787 N. Stemmons FRWY, Suite 600, Dallas, TX 75247

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Charlene Carter<br>*Plaintiff*<br>v.<br>Transport Workers Union of America<br>Local 556, et al<br>*Defendant* | Civil Action No. 3:17-cv-02278-B |

## Summons in a Civil Action

TO: Transport Workers Union of America Local 556

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Jason Winford
4300 MacArthur Avenue, Suite 165
Dallas, TX 75209-6524

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 09/14/2017

*Signature of Clerk or Deputy Clerk*