IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| | § | |
| vs. | § | 3:17-cv-02278-B |
| | § | |
| TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556, | § | JURY DEMANDED |
| | § | |
| Defendant. | § | |

## DEFENDANT TWU LOCAL 556'S NOTICE OF WITHDRAWAL OF DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS AND BRIEF IN SUPPORT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556 (hereinafter referred to as "TWU Local 556" or "Local 556") hereby withdraws its Rule 12(b)(6) Motion to Dismiss Plaintiff's Original Complaint [Doc. 16] and Defendant's Brief in Support of Rule 12(b)(6) Motion to Dismiss Plaintiff's Original Complaint [Doc. 17].

Respectfully submitted,

 /s/ Edward B. Cloutman, IV_____
Edward B. Cloutman, IV
State Bar No. 24074045
Email: edwardcloutman@gmail.com
Adam S. Greenfield
State Bar No. 24075494
Email: agreenfield@candglegal.com
**LAW OFFICE OF CLOUTMAN
        & GREENFIELD, P.L.L.C.**
3301 Elm Street
Dallas, TX 75226-1637

Phone 214.939.9222<br>Fascimile 214.939.9229

OF COUNSEL:

Edward B. Cloutman, III
State Bar No. 04411000
Email: ecloutman@lawoffices.email
**Cloutman & Cloutman, L.L.P.**
3301 Elm Street
Dallas, Texas  75226-1637
214.939.9222
214.939.9229 Fascimile

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served upon the below-listed counsel of record, via the U.S. District Court, Northern District's CM/ECF system on September 27th, 2017:

>Mr. Jason E. Winford (via e-mail: jwinford@jenkinswatkins.com)
>Mr. David E. Watkins (via e-mail: dwatkins@jenkinswatkins.com)
>Jenkins & Watkins, P.C.
>4300 MacArthur Avenue, Suite 165
>Dallas, Texas  75209
>
>Mr. Matthew B. Gilliam (via e-mail: mbg@nrtw.org)
>Mr. Jeffrey D. Jennings (via e-mail: jdj@nrtw.org)
>National Right to Work Legal Defense Foundation, Inc.
>8001 Braddock Road, Suite 600
>Springfield, Virginia  22160

/s/ Edward B. Cloutman, IV_____<br>Edward B. Cloutman, IV<br>Adam S. Greenfield