UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CHARLENE CARTER** | § § § | |
| Plaintiff, | § § | |
| | § | CIVIL ACTION NO. 3:17-CV-02278 |
| v. | § § | |
| **SOUTHWEST AIRLINES CO.** and **TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,** | § § § § | JURY DEMAND |
| Defendant. | § § | |

## JOINT MOTION TO EXTEND THE DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff Charlene Carter by counsel, and Defendant Southwest Airlines Co., by counsel, that the date by which the Defendant must answer, plead or otherwise respond to the complaint should be extended up to and including October 24, 2017. This Stipulation shall not in any way affect the parties' reservation of rights and remedies, subject only to the extension of time provided herein.

Dated:  October 6, 2017				Respectfully submitted,


					By:	*/s/ Jonathan E. Clark*
						Jonathan E. Clark
						Texas Bar No. 24069515
						jclark@polsinelli.com
						**POLSINELLI PC**
						2950 N. Harwood Street, Suite 2100
						Dallas, Texas  75201
						Telephone:  214.397.0030
						Facsimile:  214.397.0033

						**ATTORNEYS FOR DEFENDANT**
						**SOUTHWEST AIRLINES CO.**



						*/s/  Jason E. Winford*
						David E. Watkins
						Texas Bar No.: 20922000
						dwatkins@jenkinswatkins.com
						Jason E. Winford
						Texas Bar No:  00788693
						jwinford@jenkinswatkins.com
						Jenkins & Watkins, P.C.
						4300 MacArthur Ave, Suite 165
						Dallas, TX 75209
						Telephone: (214) 378-6675
						Facsimile: (214) 378-6680

						**ATTORNEYS FOR PLAINTIFF**



## CERTIFICATE OF SERVICE

I certify that I caused a true and correct copy of the foregoing document was served via electronic mail upon Plaintiff's counsel of record on October 6, 2017.


					By:	*/s/ Jonathan E. Clark*
						Jonathan E. Clark