UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO. and TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendant. | § § § § § § § § § § § § | CIVIL ACTION NO. 3:17-CV-02278<br><br><br>JURY DEMAND |

**ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINE FOR DEFENDANT TO RESPOND TO THE COMPLAINT**

On this day, the Court heard the Joint Motion to Extend the Deadline for Defendant Southwest Airlines Co. to respond to the Complaint.

The Court, having considered the Motion, the pleadings, and arguments of counsel, is of the opinion that the Motion should be GRANTED. It is, therefore:

ORDERED that the Joint Motion is GRANTED. It is further

ORDERED that Defendant Southwest Airlines Co.'s deadline to respond to the Complaint is extended to and including October 24, 2017.

Signed on this _____ day of _____, 2017.

_____