UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Charlene Carter<br>*Plaintiff* | § § § § § | |
| v. | § | Case No. 3:17-cv-02278-B |
| | § § § | |
| Southwest Airlines Co., et al.<br>*Defendant* | § § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I. Applicant is an attorney and a member of the law firm of (or practices under the name of)

Michele Haydel Gehrke _____, with offices at

Polsinelli, Three Embarcadero Center, Suite 2400
(Street Address)

| San Francisco | CA | 94111 |
|---|---|---|
| (City) | (State) | (Zip Code) |

| 415-248-2100 | 415-248-2101 |
|---|---|
| (Telephone No.) | (Fax No.) |

II. Applicant will sign all filings with the name Michele Haydel Gehrke _____.

III. Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Southwest Airlines Co.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of _____California_____, where Applicant regularly practices law.

Bar license number: 215647     Admission date: December 2001

For Court Use Only.
Bar Status Verified:

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| US Court of Appeals - Ninth Circuit | 1/2/2002 | Active |
| US District Court - Central CA | 11/7/2003 | Active |
| US District Court - Eastern CA | 5/19/2003 | Active |
| US District Court - Northern CA | 12/3/2001 | Active |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:     Case No. And Style:

N/A     N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Jonathan E. Clark _____, who has offices at

Polsinelli, 2950 N. Harwood Street, Suite 2100
(Street Address)

Dallas     TX     75201
(City)     (State)     (Zip Code)

214-397-0030     214-397-0033
(Telephone No.)     (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 16th day of October, 2017.

Michele Haydel Gehrke
Printed Name of Applicant

*/s/ Michele Haydel Gehrke*
Signature