**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617          TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

October 10, 2017

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHELE ANN HAYDEL, #215647 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 2001; that at her request, on October 1, 2003, her name was changed to MICHELE HAYDEL GEHRKE on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records