# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Charlene Carter
Plaintiff

v.

3:17-cv-02278-B
Civil Action No.

Transport Workers Union of Am. Local 556, et
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Defendant Southwest Airlines Co.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Southwest Airlines Co.
PRIMECAP Management Company has filed a Form 13G with the Securities and Exchange Commission stating that it beneficially owns more than 10% of the shares of Southwest Airlines Co.  It is believed that some or all of those shares are owned by the PRIMECAP Odyssey Stock Fund (ticker symbol:  POSKX), the PRIMECAP Odyssey Growth Fund (ticker symbol:  POGRX), and/or the PRIMECAP Odyssey Aggressive Growth Fund (ticker symbol:  POAGX). Southwest Airlines Co. has no parent corporation, no other corporation owns 10% or more of its stock, and there is not any other entity related to, or affiliated with Southwest Airlines Co. that has a financial interest in the outcome of the claims asserted against it in this case.

| | |
|---|---|
| Date: | October 24, 2017 |
| Signature: | /s/ Jonathan Clark /s/ |
| Print Name: | Jonathan Clark |
| Bar Number: | 24069515 |
| Address: | 2950 N. Harwood St., Suite 2100 |
| City, State, Zip: | Dallas, Texas 75201 |
| Telephone: | (214) 397-0030 |
| Fax: | (214) 397-0033 |
| E-Mail: | jclark@polsinelli.com |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons