UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLENE CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | |
| TRANSPORT WORKERS UNION OF ) | 3:17-cv-02278-B |
| AMERICA LOCAL 556, *et al*, ) | |
| ) | |
| Defendants. ) | |

### [PROPOSED] ORDER GRANTING MOTION TO DISMISS

The Court has considered Defendant Southwest Airlines Co.'s ("Southwest") Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) in the above-captioned action, filed on October 24, 2017.

Having considered the moving, opposition, and reply papers; the evidence and declarations submitted in support thereof; and all other matters presented to and on file with the Court, the Court hereby grants Southwest's Motion to Dismiss with prejudice. The Court lacks subject matter jurisdiction over all of Plaintiff Charlene Carter's claims against Southwest.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff's claims against Southwest be dismissed WITH PREJUDICE.

Date: _____    _____
                                                                            Hon. Jane J. Boyle