UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendant. | Civil Case No. 3:17-cv-02278-B<br><br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT LOCAL 556'S MOTION TO DISMISS** |

Plaintiff Carter ("Carter") hereby files her Response to Defendant Local 556's Motion to Dismiss (ECF Nos. 23-24). The Court should deny Defendant Local 556's Motion to Dismiss in its entirety because, as stated in Carter's Brief in Support of her Response, the Complaint sets forth well-pleaded allegations demonstrating how Local 556, by and through the actions of its agents, reported Carter's protected speech and activities as "harassment and bullying" in an attempt to cause Carter's termination.

Carter has established a plausible entitlement to relief for her retaliation claims because, as discussed in her supporting Brief, such claims are legally cognizable against unions for retaliatory acts against employees who exercise their rights under the U.S. Constitution and Railway Labor Act, 45 U.S.C. § 151 *et seq.*, when such acts cause the employee to suffer an adverse action or adverse employment action. Local 556 "suppressed" and violated Carter's protected rights, and caused her termination when it reported Carter's protected speech and activities as "bullying and harassment."

1

Carter has also established a plausible entitlement to relief for her duty of fair representation claims because she has set forth detailed factual allegations to support her legal arguments that Local 556 breached its duty by invidiously discriminating against Carter and causing her termination.

In summary, Defendant has failed to offer any valid arguments or legal analysis to support its Motion. As these are the only grounds upon which Local 556 seeks to dismiss Carter's Complaint, its Motion must be denied.

Dated: October 31, 2017                                Respectfully submitted,


                                                       s/ Jason E. Winford (*with permission*)
                                                       David E. Watkins
                                                       Texas Bar No. 20922000
                                                       *dwatkins@jenkinswatkins.com*
                                                       Jason E. Winford
                                                       Texas Bar No. 00788693
                                                       *jwinford@jenkinswatkins.com*
                                                       JENKINS & WATKINS, P.C.
                                                       4300 MacArthur Avenue, Suite 165
                                                        Dallas, Texas 75209
                                                       Tel: 214-378-6675
                                                       Fax: 214-378-6680


                                                       s/ Matthew B. Gilliam
                                                       Mathew B. Gilliam (*pro hac vice filed*)
                                                       New York Bar No. 5005996
                                                       *mbg@nrtw.org*
                                                       Jeffrey D. Jennings (*pro hac vice filed*)
                                                       Virginia Bar No. 87667
                                                       *jdj@nrtw.org*
                                                       c/o National Right to Work Legal Defense
                                                       Foundation, Inc.
                                                       8001 Braddock Road, Suite 600
                                                       Springfield, Virginia 22160
                                                       Tel: 703-321-8510
                                                       Fax: 703-321-9319

                                                       *Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

    On the 31st day of October, 2017, I electronically submitted the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case files system ("ECF") of the Court, in compliance with this Court's Standing Order Designating Case for Enrollment in the Electronic Case Filing System "CM/ECF." Delivery of the notice of electronic filing that is automatically generated by ECF constitutes service under Fed. R. Civ. P. 5(b)(2)(D) on each party who is a registered user of ECF. Local Rule 5.1(d). I hereby certify that I have served all counsel electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                                             s/ Matthew B. Gilliam