UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CHARLENE CARTER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| **TRANSPORT WORKERS UNION OF** | § | **3:17-cv-02278-S** |
| **AMERICA LOCAL 556,** *et al*, | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF WITHDRAWAL AND
ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL**

Jonathan E. Clark, formerly of the law firm of Polsinelli PC, hereby withdraws as counsel for Defendant Southwest Airlines Co. Thomas E. Reddin of the law firm of Polsinelli PC hereby enters his appearance as counsel for Defendant Southwest Airlines Co. Michele Haydel Gehrke, admitted *pro hac vice*, remains as lead counsel for Defendant, Southwest Airlines Co.

                                                Respectfully submitted,

By:   */s/ Thomas E. Reddin*
        **Thomas E. Reddin**
        Texas State Bar #16660950
        treddin@polsinelli.com
        **POLSINELLI PC**
        2950 N. Harwood Street, Suite 2100
        Dallas, Texas 75201
        Telephone: 214.397.0030
        Facsimile: 214.397.0033

        **Michele Haydel Gehrke** *Admitted Pro Hac Vice*
        California State Bar No. 215647
        mgehrke@polsinelli.com
        Three Embarcadero, Suite 2400
        San Francisco, CA 94111
        Telephone: 415.248.2100
        Facsimile: 415.248.2101

        **COUNSEL FOR DEFENDANT SOUTHWEST AIRLINES CO.**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 18th day of April, 2018, a true and correct copy of the foregoing is being sent to all counsel of record via operation of the Court's CM/ECF system.

                                     */s/ Thomas E. Reddin*
                                     Thomas E. Reddin