UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | Civil Case No. 3:17-cv-02278-S<br><br>**NOTICE OF JOINT PROPOSED SCHEDULING ORDER** |

In accordance with Rule 16 of the Federal Rules of Civil Procedure, Plaintiff Charlene Carter ("Carter"), Defendant Southwest Airlines Co. ("Southwest"), and Transport Workers Union of America, Local 556 ("Local 556"), through their counsel of record, hereby file this Joint Proposed Scheduling Order, pursuant to the Court's request during the parties' April 30, 2018 Status Conference.

DATED: May 7, 2018

Respectfully submitted,

By**:** s/ Jason Winford (*with permission*)
David E. Watkins
Texas Bar No. 20922000
*dwatkins@jenkinswatkins.com*
Jason E. Winford
Texas Bar No. 00788693
*jwinford@jenkinswatkins.com*
JENKINS & WATKINS, P.C.
4300 MacArthur Avenue, Ste. 165
Dallas, Texas 75209
Tel: 214-378-6675
Fax: 214-378-6680

By: s/ Thomas E. Reddin (*with permission*)
Thomas E. Reddin
Texas Bar No. 16660950
*treddin@polsinelli.com*
POLSINELLI PC
2950 N. Harwood Street, Suite 2100
Dallas, Texas 75201
Tel: 214-397-0030
Fax: 214-397-0033

By: s/ Michele Haydel Gehrke (*with permission*)
Michele Haydel Gehrke (*pro hac vice*)
California Bar No. 215647

1

By: s/ Matthew B. Gilliam
Matthew B. Gilliam (*pro hac vice*)
New York Bar No. 5005996
*mbg@nrtw.org*
Jeffrey D. Jennings (*pro hac vice*)
Virginia Bar No. 87667
*jdj@nrtw.org*
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Tel: 703-321-8510
Fax: 703-321-9319

*Attorneys for Plaintiff*

*mgehrke@polsinelli.com*
POLSINELLI PC
Three Embarcadero, Suite 2400
San Francisco, CA 94111
Tel: 415-248-2100
Fax: 415-248-2101

*Attorneys for Defendant Southwest Airlines Co.*

By: Edward B. Cloutman, IV (*with permission*)
Edward B. Cloutman, IV
Texas Bar No. 24074045
*edwardcloutman@gmail.com*
Adam S. Greenfield
Texas Bar No. 24075494
*agreenfield@candglegal.com*
LAW OFFICE OF CLOUTMAN
& GREENFIELD, P.L.L.C.
3301 Elm Street
Dallas, Texas 75226-1637
Tel: 214-939-9222
Fax: 214-939-9229

*Attorneys for Defendant Transport Workers Union of America, Local 556*

**CERTIFICATE OF SERVICE**

I certify that, on this day, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By**: /s/ Matthew B. Gilliam**