UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | Civil Case No. 3:17-cv-02278-S |

## SCHEDULING ORDER

The Court establishes the following schedule for disposition of this case:

1. The trial will be scheduled on this Court's three-week docket beginning on the date eighteen (18) months after the last-filed Answer to Plaintiff's last-filed Amended Complaint. The parties estimate seven (7) days for the duration of the trial.

2. A pretrial conference will be scheduled for 1:30 p.m. on the date two Thursdays prior to the trial date.

3. The parties shall comply with Fed. R. Civ. P. 26(a)(1) within fourteen (14) days after the Court's decision of the last pending Motion to Dismiss Plaintiff's last-filed Amended Complaint.

4. The parties agree that documents in this case required to be served on the parties (but not on the court through the ECF system) may be served by electronic mail in accordance with appropriate court rules. If this agreement is or becomes unacceptable to any party for any reason, any party may revoke this agreement upon written notice to the others. For purposes of

1

official service under this agreement, service must be made to *dwatkins@jenkinswatkins.com*, *jwinford@jenkinswatkins.com*, *mbg@nrtw.org*, *jdj@nrtw.org*, *treddin@polsinelli.com*, *mgehrke@polsinelli.com*, and *edwardcloutman@gmail.com*, *agreenfield@candglegal.com*. Service made by email at or before 11:59 p.m. CST will be considered served on the same day.

5. Motions for leave to amend pleadings or join other parties shall be filed within three (3) weeks after the last-filed Answer to Plaintiff's last-filed Amended Complaint.

6. All fact discovery shall be completed within nine (9) months of the last-filed Answer to Plaintiff's last-filed Amended Complaint.

7. The parties shall file a designation of expert witnesses and comply with Fed. R. Civ. P. 26(a)(2) within ten (10) months of the last-filed Answer to Plaintiff's last-filed Amended Complaint.

8. Rebuttal designation of expert witnesses and compliance with Fed. R. Civ. P. 26(a)(2) shall be made within eleven (11) months of the last-filed Answer to Plaintiff's last-filed Amended Complaint.

9. All expert discovery shall be completed within twelve (12) months of the last-filed Answer to Plaintiff's last-filed Amended Complaint.

10. Counsel shall confer and file a joint report setting forth the the desirability of mediation within two weeks after the completion of expert discovery. The parties consent to using the services of Ross Stoddard for any future mediation in this case:

> Ross W. Stoddard
> Williams Square in Las Colinas
> 5215 N. O'Connor Blvd., Ste 1795
> Irving, TX 75039
> Phone: (972) 869-2300
> Fax: (972) 869-4691
> Email: StoddardRW@aol.com

11. The Court designates (a) Courtney Barksdale-Perez and (b) Joe Kendall as back-up default mediators should the parties not proceed to mediation with Mr. Stoddard.

12. All dispositive motions, including motions for summary judgment or partial summary judgment, Daubert motions, and motions to exclude or objections to expert witnesses, shall be filed by forty-five (45) days after the expert discovery deadline.

13. Thirty (30) days before trial, Counsel shall file a Joint Pretrial Order containing the information required by Local Rule 16.4.

14. The parties shall comply with Local Rule 26.2 by two weeks before trial.

15. Objections to witnesses (except expert witnesses), exhibits, deposition designations, and motions in limine, shall be filed one week before trial. Objections specific to the use of exhibits or witness testimony is preserved for the time of trial.

With the exception of the trial date and the pre-trial conference, the parties can agree in writing to modify any of the dates in the Scheduling Order.

**SO ORDERED**

SIGNED May 10, 2018.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE