# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

CHARLENE CARTER,

§
§
§

v.

§
§
§
§
§

CIVIL ACTION NO. 3:17-CV-02278-S

TRANSPORT WORKERS UNION OF
AMERICA LOCAL 556 and
SOUTHWEST AIRLINES CO.

## ORDER

Defendant Transport Workers Union of America Local 556's October 10, 2017 Motion to Dismiss [ECF # 23] and Defendant Southwest Airlines Co.'s October 24, 2017 Motion to Dismiss [ECF #28] are both denied.[1]  Applying the facial plausibility jurisprudence of *Bell Atlantic Corp v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), and accepting all well-pleaded facts as true, and viewing them in the light most favorable to the Plaintiff, the Court concludes that Plaintiffs' Complaint pleads enough facts to state claims to relief that are plausible on the face of the Complaint.  The Court therefore denies the Motions to Dismiss.[2]

SO ORDERED.

SIGNED May 9, 2018.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE

---

[1] The Civil Justice Expense and Delay Reduction Plan adopted by this Court provides that "[e]ach judge will continue to give priority to monitoring and resolution of pending motions."  Plan at § XI(2), *reprinted* in Texas Rules of Court: Federal at 258 (West Pamp. Supp. 2017).  To eliminate undue delay and unnecessary expense to the parties to this and other civil actions pending on the Court's docket, and because the Court has determined that the motion is suitable for resolution in this manner, the Court is deciding this motion by order rather than by a more detailed memorandum opinion.
[2] The Court suggests no view on whether Defendants may be able to demonstrate that it is entitled to summary judgment or to prevail at trial.