# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § § § | |
| v. | § § | CIVIL ACTION NO. 3:17-CV-02278-S |
| TRANSPORT WORKERS UNION OF AMERICA LOCAL 556 and SOUTHWEST AIRLINES CO. | § § § | |

## AMENDED ORDER

In light of the Arbitrator's Award discussed at the Status Conference Hearing on April 30, 2018, Defendant Transport Workers Union of America Local 556's October 10, 2017 Motion to Dismiss [ECF # 23] and Defendant Southwest Airlines Co.'s October 24, 2017 Motion to Dismiss [ECF #28] are both denied without prejudice. This Amended Order supersedes the Court's prior May 9, 2018 Order [ECF #44].

**SO ORDERED.**

SIGNED May 21, 2018.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE