## Appendix of Exhibits

Exhibit A   Carter EEOC charge against Southwest

Exhibit B   Carter EEOC charge against Local 556

Exhibit C   EEOC Right to Sue Letters

Exhibit D   March 14, 2017 Termination Letter