# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | |
| TRANSPORT WORKERS UNION OF AMERICA LOCAL 556, *et al*, | ) ) | 3:17-cv-02278-B |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER GRANTING MOTION TO DISMISS

The Court has considered Defendant Southwest Airlines Co.'s ("Southwest") Motion to Dismiss Plaintiff Charlene Carter's ("Carter") Second Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) in the above-captioned action, filed on July 9, 2018.

Having considered the moving, opposition, and reply papers; the evidence and declarations submitted in support thereof; any oral argument of counsel; and all other matters presented to and on file with the Court, the Court hereby grants Southwest's Motion to Dismiss with prejudice. The Court lacks subject matter jurisdiction over Carter's claims against Southwest, and Carter has failed to state a claim against Southwest.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff's claims against Southwest be dismissed WITH PREJUDICE.

Date: _____    _____
                                                            Hon. Karen Gren Scholer