IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| | § | |
| vs. | § | 3:17-cv-02278-B |
| | § | |
| TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556, | § | JURY DEMANDED |
| | § | |
| Defendant. | § | |

**PROPOSED ORDER GRANTING**
**DEFENDANT TWU - LOCAL 556'S MOTION TO DISMISS**

The Court has considered Defendant TWU, LOCAL 556's Motion to Dismiss Plaintiff Charlene Carter's ("Carter") Second Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6) in the above-captioned action, filed on July 11, 2018.

Having considered the moving, opposition, and reply papers; the evidence and declarations submitted in support thereof; any oral argument of counsel; and all other matters presented to and on file with the Court, the Court hereby grants Local 556's Motion to Dismiss with prejudice.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff's claims against Local 556 be dismissed WITH PREJUDICE.

Date: _____                           Hon. Karen Gren Scholer