IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § | |
| | § | |
| | § | |
| Plaintiff, | § | Civil Action No. |
| | § | 03:17-cv-02278-S |
| v. | § | |
| | § | |
| SOUTHWEST AIRLINES CO., AND | § | |
| TRANSPORT WORKERS UNION | § | |
| OF AMERICA LOCAL 556, | § | |
| | § | |
| Defendants. | § | |

**UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

Thomas E. Reddin of the law firm of Polsinelli PC, hereby withdraws as counsel for Defendant Southwest Airlines Co. Michele Haydel Gehrke, admitted *pro hac vice*, remains as lead counsel for Defendant, Southwest Airlines Co.

Thomas E. Reddin ("Movant") of the law firm of Polsinelli PC, respectfully requests this Court grant this Unopposed Motion to Withdraw and Substitute Counsel for Defendant, Southwest Airlines Co., ("Defendant"), withdrawing his appearance as one of the attorneys of record in this matter. Defendant will continue to be represented by Michele Haydel Gehrke, admitted *pro hac vice*. Ms .Gehrke has represented Defendant from the outset of this proceeding, and is now with Reed Smith LLP, 101 Second Street, Suite 1800, San Francisco, California 94105, telephone 415-543-8700, mgehrke@reedsmith.com, and California State Bar No. 215647. Defendant is also represented by Brian K. Morris, now also with Reed Smith LLP, 811 Main Street, Suite 1700, Houston, Texas 75201, telephone 713-469-3800, bmorris@reedsmith.com, Texas State Bar No. 24108707. This withdrawal will not prejudice the parties or delay resolution of this matter.

WHEREFORE, Movant respectfully requests that the Court grant this Unopposed Motion to Withdraw and Substitute Counsel for Defendant, Southwest Airlines Co.

        Respectfully submitted,

        */s/ Thomas E. Reddin*
        Texas State Bar No. 16660950
        treddin@polsinelli.com
        **POLSINELLI PC**
        2950 N. Harwood Street, Suite 2100
        Dallas, Texas 75201
        Telephone:  214-397-0030
        Fax:  214-397-0033

        **WITHDRAWING COUNSEL FOR**
        **DEFENDANT SOUTHWEST AIRLINES CO.**

        */s/ Brian K. Morris*
        Brian K. Morris
        Texas Stat Bar No. 24108707
        **REED SMITH LLP**
        811 Main Street, Suite 1700
        Houston, Texas 77002-6110
        Phone:  713-469-3815
        Fax:  713-469-3899
        bmorris@reedsmith.com

        **COUNSEL FOR DEFENDANT**
        **SOUTHWEST AIRLINES CO.**

### <u>CERTIFICATE OF CONFERENCE</u>

I hereby certify to the Court that December 13, 2018, I conferred with opposing counsel and he has indicated he does not oppose this motion.

        */s/ Brian K. Morris*
        Brian K. Morris

- 3 -

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 13, 2018, a true and correct copy of the above and foregoing Unopposed Motion to Withdraw and Substitute Counsel for Defendant, Southwest Airlines Co., was served electronically through the Court's ECF System on all parties registered to receive such service.

                                          */s/ Brian K. Morris*
                                          Brian K. Morris