IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § § § | |
| Plaintiff, | § § | Civil Action No.<br>03:17-cv-02278-S |
| v. | § § | |
| SOUTHWEST AIRLINES CO., AND<br>TRANSPORT WORKERS UNION<br>OF AMERICA LOCAL 556, | § § § § | |
| Defendants. | § § | |

**ORDER GRANTING UNOPPOSED MOTION
TO WITHDRAW AND SUBSTITUTE COUNSEL**

Before the Court is Thomas E. Reddin's ("Movant") Unopposed Motion to Withdraw and Substitute Counsel. Having considered the Motion, it is hereby ORDERED that the Motion is GRANTED, and that Thomas E. Reddin is withdrawn as counsel for Defendant Southwest Airlines Co. ("Southwest") in this matter. Michele Haydel Gehrke is substituted as lead counsel for Southwest. Southwest is also represented by Brian K. Morris.

IT IS FURTHER ORDERED that Movant notify all parties-in-interest who have appeared in this matter.

SIGNED this ____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE