IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § § § | |
| Plaintiff, | § § | Civil Action No. 03:17-cv-02278-S |
| v. | § § | |
| SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA LOCAL 556, | § § § § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Before the Court is Thomas E. Reddin's ("Movant") Unopposed Motion to Withdraw and Substitute Counsel. Having considered the Motion, it is hereby ORDERED that the Motion is GRANTED, and that Thomas E. Reddin is withdrawn as counsel for Defendant Southwest Airlines Co. ("Southwest") in this matter. Michele Haydel Gehrke is substituted as lead counsel for Southwest. Southwest is also represented by Brian K. Morris.

IT IS FURTHER ORDERED that Movant notify all parties-in-interest who have appeared in this matter.

SIGNED this 14th day of December, 2018.

_____
UNITED STATES DISTRICT JUDGE