UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | Civil Case No. 3:17-cv-02278-S<br><br><br>**NOTICE OF JOINT PROPOSED REVISED SCHEDULING ORDER** |

In accordance with Rule 16 of the Federal Rules of Civil Procedure, Plaintiff Charlene Carter, Defendant Southwest Airlines Co., and Transport Workers Union of America, Local 556, through their counsel of record, hereby file this Joint Proposed Revised Scheduling Order, pursuant to the Court's request during the parties' December 14, 2018 hearing.

DATED: January 10, 2019

Respectfully submitted,

By**:** s/ Jason Winford (*with permission*)
David E. Watkins
Texas Bar No. 20922000
dwatkins@jenkinswatkins.com
Jason E. Winford
Texas Bar No. 00788693
jwinford@jenkinswatkins.com
JENKINS & WATKINS, P.C.
4300 MacArthur Avenue, Ste. 165
Dallas, Texas 75209
Tel: 214-378-6675
Fax: 214-378-6680

By: s/ Matthew B. Gilliam
Matthew B. Gilliam (*pro hac vice*)

By: s/ Brian K. Morris (*with permission*)
Brian K. Morris
Texas Bar No. 24108707
bmorris@reedsmith.com
REED SMITH LLP
811 Main Street, Suite 1700
Houston, Texas 77002-6110
Tel: 713-469-3815
Fax: 713-469-3899

By: s/ Michele Haydel Gehrke (*with permission*)
Michele Haydel Gehrke (*pro hac vice*)
California Bar No. 215647
mgehrke@reedsmith.com
REED SMITH LLP

1

<div style="columns:2">

New York Bar No. 5005996
*mbg@nrtw.org*
Jeffrey D. Jennings (*pro hac vice*)
Virginia Bar No. 87667
*jdj@nrtw.org*
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Tel: 703-321-8510
Fax: 703-321-9319

*Attorneys for Plaintiff*

101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Tel: 415-543-8700
Fax: 415-391-8269

*Attorneys for Defendant Southwest Airlines Co.*

By: s/ Adam S. Greenfield  (*with permission*)
Edward B. Cloutman, IV
Texas Bar No. 24074045
*edwardcloutman@gmail.com*
Adam S. Greenfield
Texas Bar No. 24075494
*agreenfield@candglegal.com*
LAW OFFICE OF CLOUTMAN
& GREENFIELD, P.L.L.C.
3301 Elm Street
Dallas, Texas 75226-1637
Tel: 214-939-9222
Fax: 214-939-9229

*Attorneys for Defendant Transport Workers Union of America, Local 556*

</div>

**CERTIFICATE OF SERVICE**

I certify that, on this day, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By**: /s/ Matthew B. Gilliam**