UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>    Defendants. | Civil Case No. 3:17-cv-02278-S |

**REVISED SCHEDULING ORDER**

The Court establishes the following schedule for disposition of this case:

1. The trial will be scheduled on this Court's three-week docket beginning on September 14, 2020. The parties estimate seven (7) days for the duration of the trial.

2. A pretrial conference will be scheduled for 1:30 p.m. on September 3, 2020.

3. The parties shall comply with Fed. R. Civ. P. 26(a)(1) on or before March 29, 2019.

4. The parties agree that documents in this case required to be served on the parties (but not on the court through the ECF system) may be served by electronic mail in accordance with appropriate court rules. If this agreement is or becomes unacceptable to any party for any reason, any party may revoke this agreement upon written notice to the others. For purposes of official service under this agreement, service must be made to *dwatkins@jenkinswatkins.com*, *jwinford@jenkinswatkins.com*, *mbg@nrtw.org*, *jdj@nrtw.org*, Mgehrke@reedsmith.com, bmorris@reedsmith.com, and *edwardcloutman@gmail.com*, *agreenfield@candglegal.com*.

1

Service made by email at or before 11:59 p.m. CST will be considered served on the same day.

5. Motions for leave to amend pleadings or join other parties shall be filed on or before March 21, 2019.

6. All fact discovery shall be completed on or before November 29, 2019.

7. The parties shall file a designation of expert witnesses and comply with Fed. R. Civ. P. 26(a)(2) on or before December 30, 2019.

8. Rebuttal designation of expert witnesses and compliance with Fed. R. Civ. P. 26(a)(2) shall be made on or before January 31, 2020.

9. All expert discovery shall be completed on or before February 28, 2020.

10. On January 8-9, 2019, counsel conferred regarding the desirability of mediation prior to the Court's decision on the Defendants' pending Motions to Dismiss. All parties desire mediation. However, having conferred regarding their critical terms of any potential settlement, the parties believe at this stage that they would not be able to reach any resolution through mediation.

In the event that the parties engage in mediation, Defendants Southwest and Local 556 agree to using the mediation services of Justice Deborah Hankinson and Justice Harriet O'Neill. Plaintiff Charlene Carter would consent to using the mediation services of Justice Harriet O'Neill or Courtney Barksdale Perez.

11. All dispositive motions, including motions for summary judgment or partial summary judgment, Daubert motions, and motions to exclude or objections to expert witnesses, shall be filed on or before April 17, 2020.

12. Counsel shall file a Joint Pretrial Order containing the information required by Local Rule 16.4 on or before August 14, 2020.

13. The parties shall comply with Local Rule 26.2 on or before August 21, 2020.

14. Objections to witnesses (except expert witnesses), exhibits, deposition designations, and motions in limine, shall be filed on or before August 27, 2020. Objections specific to the use of exhibits or witness testimony is preserved for the time of trial.

With the exception of the trial date, the pre-trial conference, and the deadline for dispositive motions, the parties can agree in writing to modify any of the dates in the Scheduling Order.

**SO ORDERED**

SIGNED January ___ , 2019.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**