# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| CHARLENE CARTER § | |
| § | |
| v. § | CASE NO. 3:17-CV-02278-S |
| § | |
| SOUTHWEST AIRLINES CO., and § | |
| TRANSPORT WORKERS UNION OF § | |
| AMERICA, LOCAL 556 § | |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** this case to mediation before:

Hon. Karen Brown Willcutts (Former)
JAMS
8401 N. Central Expressway
Suite 610
Dallas, Texas 75225
(214) 891-4525
celazar@jamsadr.com

Mediation shall be in person and completed **90 days before trial**.

The Mediator shall be responsible for communicating with counsel to coordinate a date for the mediation. Upon completion of the mediation, the Mediator shall submit a report to the Court within five days.

**SO ORDERED.**

SIGNED February 1, 2019.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE