IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 03:17-cv-02278-S |
| v. | § | |
| | § | |
| SOUTHWEST AIRLINES CO., AND | § | |
| TRANSPORT WORKERS UNION | § | |
| OF AMERICA LOCAL 556, | § | |
| | § | |
| Defendants. | § | |

### DEFENDANTS' JOINT MOTION TO STRIKE / MOTION FOR MORE DEFINITE STATEMENT PURSUANT TO FRCP 12(e) AND 12(f)

Defendants Southwest Airlines Co. ("Southwest") and Transport Workers Union of America, Local 556 ("TWU") bring this Motion to Strike / Motion for More Definite Statement pursuant to Federal Rules of Civil Procedure 12(e) and 12(f) on the grounds set forth herein and in the documents filed in support.

### GROUNDS FOR MOTION

1. The Court should strike the Third Amended Complaint because it contains redundant, immaterial, impertinent, or scandalous material. Such material includes, but is not limited to, causes of action (and allegations in support thereof) that this Court has dismissed with prejudice.

2. The Court should strike the Third Amended Complaint because it is sufficiently vague or ambiguous that defendants cannot reasonably prepare an appropriate response.

Respectfully submitted,

*/s/ Brian K. Morris*
Michele Haydel Gehrke, *Admitted Pro Hac Vice*
California State Bar No. 16660950
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, California 94105-3659
Phone:  415-659-4798
Fax:  415-391-8269
mgehrke@reedsmith.com

Brian K. Morris
Texas Stat Bar No. 24108707
**REED SMITH LLP**
811 Main Street, Suite 1700
Houston, Texas 77002-6110
Phone:  713-469-3815
Fax:  713-469-3899
bmorris@reedsmith.com

**COUNSEL FOR DEFENDANT
SOUTHWEST AIRLINES CO.**


*/s/ Adam S. Greenfield*
Adam S. Greenfield
Texas Bar No. 24075494
**CLOUTMAN & GREENFIELD, PLLC**
3301 Elm Street
Dallas, Texas  75226
Phone:  214-939-9222
agreenfield@candglegal.com

**COUNSEL FOR DEFENDANT
TRANSPORT WORKERS UNION
OF AMERICA LOCAL 556**

2

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument has been served upon counsel of record via the U.S. District Court, Northern District's CM/ECF system on this the 15th day of March, 2019.

                                      */s/ Brian K. Morris*
                                      Brian K. Morris