IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § § § | |
| Plaintiff, | § | Civil Action No. 03:17-cv-02278-S |
| v. | § § | |
| SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA LOCAL 556, | § § § § | |
| Defendants. | § § | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO STRIKE / MOTION FOR MORE DEFINITE STATEMENT PURSUANT TO FRCP 12(e) AND 12(f)**

The Court has considered Defendants Southwest Airlines Co.'s ("Southwest") and Transport Workers Union of America, Local 556's ("TWU") Joint Motion to Strike / Motion for a More Definite Statement pursuant to Federal Rules of Civil Procedure 12(e) and 12(f) ("Motion") in the above-captioned action.

Having considered the moving, opposition, and reply papers; the evidence and declarations submitted in support thereof; and all other matters presented to and on file with the Court, the Court hereby grants the Motion. The Court strikes Charlene Carter's Third Amended Complaint. Carter shall file a Fourth Amended Complaint that excludes causes of action the Court has dismissed with prejudice (dkt. no. 69) by _____.

IT IS SO ORDERED.

Date: _____

_____
Honorable Karen G. Scholer