# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § | |
| | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 03:17-cv-02278-S |
| v. | § | |
| | § | |
| SOUTHWEST AIRLINES CO., AND | § | |
| TRANSPORT WORKERS UNION | § | |
| OF AMERICA LOCAL 556, | § | |
| | § | |
| Defendants. | § | |

**<u>REPLY DECLARATION OF MICHELE HAYDEL GEHRKE</u>**

I, Michele Haydel Gehrke, declare as follows:

1.      I am a Partner at Reed Smith LLP and counsel for Defendant Southwest Airlines Co. ("Southwest") in the above-captioned action.  I have personal knowledge of the facts stated in this declaration and if called to testify, could competently testify thereto.

2.      On March 13, 2013, Plaintiff's counsel, Matthew Gilliam, sent me an email with a proposed joint stipulation that purported to excuse Southwest from responding to certain portions of the Third Amended Complaint.  A true and correct copy of Gilliam's correspondence and the attached proposed stipulation is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed in San Francisco, California on March 28, 2019.

*/s/ Michele Haydel Gehrke*
Michele Haydel Gehrke

# Exhibit A

**Morris, Brian K.**

| | |
|---|---|
| **From:** | Matthew B. Gilliam <mbg@nrtw.org> |
| **Sent:** | Wednesday, March 13, 2019 8:44 AM |
| **To:** | Gehrke, Michele Haydel; Jeff D. Jennings; agreenfield@candglegal.com |
| **Cc:** | Morris, Brian K.; Jason Winford |
| **Subject:** | RE: Carter's Third Amended Complaint |
| **Attachments:** | Joint Stipulation regarding Third Amended Complaint.docx |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

==**EXTERNAL E-MAIL**==

Good morning, everyone.

Yesterday I spoke with Michele about drafting a joint stipulation as described below. With your permission, I can file a stipulation to make it clear that Defendants need not respond to the claims that were dismissed.

Thanks,
Matt



_____
**Matthew B. Gilliam**
Staff Attorney (*admitted and licensed to practice only in New York and West Virginia*)
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Ste. 600, Springfield, VA 22160
O: 703-770-3339  F: 703-321-9319
Email: mbg@nrtw.org  Web: www.nrtw.org

**NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be legally privileged.  If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it.**

**From:** Matthew B. Gilliam
**Sent:** Thursday, March 7, 2019 3:50 PM
**To:** 'Gehrke, Michele Haydel; Jeff D. Jennings; agreenfield@candglegal.com
**Cc:** Morris, Brian K.; Jason Winford
**Subject:** RE: Carter's Third Amended Complaint

Michele,

If you would like, we could prepare a joint document stipulating that certain claims in the Third Amended Complaint were dismissed with prejudice per the Court's order and that Defendants need not file an answer or other response to those claims. Let me know your thoughts.

Thanks,

Matt
_____

**Matthew B. Gilliam**
Staff Attorney (*admitted and licensed to practice only in New York and West Virginia*)
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Ste. 600, Springfield, VA 22160
O: 703-770-3339  F: 703-321-9319
Email: mbg@nrtw.org  Web: www.nrtw.org

**NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it.**

---

**From:** Gehrke, Michele Haydel [mailto:MGehrke@reedsmith.com]
**Sent:** Thursday, March 7, 2019 12:43 PM
**To:** Matthew B. Gilliam; Jeff D. Jennings; agreenfield@candglegal.com
**Cc:** Morris, Brian K.; Jason Winford
**Subject:** RE: Carter's Third Amended Complaint

In my experience, when the Court dismisses entire counts and then Plaintiff is given leave to amend a different count, Plaintiff does not include the dismissed counts in the new amended complaint. They are out of the case and just creates confusion and more work. For example, when Defendants file their answer we have to respond paragraph by paragraph.

**Michele Haydel Gehrke**
+1 415-659-4798
mgehrke@reedsmith.com

**Reed Smith** LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
+1 415 543 8700
Fax +1 415 391 8269

---

**From:** Matthew B. Gilliam <mbg@nrtw.org>
**Sent:** Thursday, March 7, 2019 9:41 AM
**To:** Gehrke, Michele Haydel <MGehrke@reedsmith.com>; Jeff D. Jennings <jdj@nrtw.org>; agreenfield@candglegal.com
**Cc:** Morris, Brian K. <BMorris@reedsmith.com>; Jason Winford <jwinford@jenkinswatkins.com>
**Subject:** RE: Carter's Third Amended Complaint

**EXTERNAL E-MAIL**

Michele,

The only claim that was amended by the Third Amended Complaint was the DFR claim. Comporting with the Court's decision does not require omitting our other claims from the Amended Complaint, if that is what you are suggesting. If you are suggesting something else, feel free to explain. We do not see how the Complaint does not comport with the Court's decision on the motions to dismiss.

Thanks,
Matt

2

_____
**Matthew B. Gilliam**
Staff Attorney (_admitted and licensed to practice only in New York and West Virginia_)
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Ste. 600, Springfield, VA 22160
O: 703-770-3339  F: 703-321-9319
Email: mbg@nrtw.org  Web: www.nrtw.org

**NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be legally privileged.  If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it.**

**From:** Gehrke, Michele Haydel [mailto:MGehrke@reedsmith.com]
**Sent:** Thursday, March 7, 2019 12:33 PM
**To:** Matthew B. Gilliam; Jeff D. Jennings; agreenfield@candclegal.com
**Cc:** Morris, Brian K.
**Subject:** Carter's Third Amended Complaint

Matt and Jeff,
We have reviewed Carter's Third Amended Complaint and write to ask that you re-file a corrected version that comports with the Court's decision on the motions to dismiss.  The Court dismissed Counts 1 and 2 with prejudice (RLA Section Third and Fourth) as well as Count 4 as to the Constitutional claims since Southwest and the Union are not state actors.  Carter was only given leave to amend as to Count 3, the DFR claim.  As drafted, the Third Amended Complaint is confusing as to the dismissed claims.  Please let us know if you are willing to do so and we can figure out the best way to do it (stipulation or errata filing, etc)  Thanks!

**Michele Haydel Gehrke**
+1 415-659-4798
mgehrke@reedsmith.com

Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
+1 415 543 8700
Fax +1 415 391 8269

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

3

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**Dallas Division**

| | |
|---|---|
| CHARLENE CARTER,<br><br>      Plaintiff,<br><br>V.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br><br>      Defendants. | Civil Case No. 3:17-cv-02278-S<br><br><br>**JOINT STIPULATION REGARDING PLAINTIFF'S THIRD AMENDED COMPLAINT** |

Plaintiff Charlene Carter ("Carter"), Defendant Southwest Airlines Co. ("Southwest"), and Defendant Transport Workers Union of America, Local 556 ("Local 556") (collectively, "the Parties"), through their counsel of record, stipulate and agree as follows:

1.  On March 1, 2019, Carter filed her Third Amended Complaint (Dkt. No. 70), to amend her Count III claim that Local 556 breached its duty of fair representation, pursuant to leave granted by the Court in its February 1, 2019 Memorandum Opinion and Order (Dkt. No. 69). Carter's Third Amended Complaint includes claims that were dismissed with prejudice by the Court, which are included for purposes of preserving Carter's rights on appeal.

2.  Carter's claims in Counts I and II of the Third Amended Complaint, and the unconstitutional retaliation claim in Count IV, were all dismissed by the Court with prejudice. Accordingly, Answers filed by Southwest and Local 556 need not respond to allegations set forth in ¶¶78-81 (Count I) and ¶¶86-92 (Count II) of the Third Amended Complaint. Further, Answers filed by Southwest and Local 556 need not respond to the allegations set forth in ¶¶108-118 (Count IV) of the Third Amended Complaint insofar as they plead unconstitutional retaliation

based on rights claimed under the U.S. Constitution. Those Answers shall only respond to Carter's allegations in ¶¶108-118 (Count IV) insofar as they concern Carter's statutory retaliation claims related to the exercise of RLA-protected rights.

DATED: March 13, 2019

Respectfully submitted,

By**:** s/ Jason Winford (*with permission*)
David E. Watkins
Texas Bar No. 20922000
*dwatkins@jenkinswatkins.com*
Jason E. Winford
Texas Bar No. 00788693
*jwinford@jenkinswatkins.com*
JENKINS & WATKINS, P.C.
4300 MacArthur Avenue, Ste. 165
Dallas, Texas 75209
Tel: 214-378-6675
Fax: 214-378-6680


By: s/ Matthew B. Gilliam
Matthew B. Gilliam (*pro hac vice*)
New York Bar No. 5005996
*mbg@nrtw.org*
Jeffrey D. Jennings (*pro hac vice*)
Virginia Bar No. 87667
*jdj@nrtw.org*
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Tel: 703-321-8510
Fax: 703-321-9319

***Attorneys for Plaintiff***

By: s/ Brian K. Morris (*with permission*)
Brian K. Morris
Texas Bar No. 24108707
*bmorris@reedsmith.com*
REED SMITH LLP
811 Main Street, Suite 1700
Houston, Texas 77002-6110
Tel: 713-469-3815
Fax: 713-469-3899

By: s/ Michele Haydel Gehrke (*with permission*)
Michele Haydel Gehrke (*pro hac vice*)
California Bar No. 215647
*mgehrke@reedsmith.com*
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Tel: 415-543-8700
Fax: 415-391-8269

***Attorneys for Defendant Southwest Airlines Co.***

By: s/ Adam S. Greenfield  (*with permission*)
Edward B. Cloutman, IV
Texas Bar No. 24074045
*edwardcloutman@gmail.com*
Adam S. Greenfield
Texas Bar No. 24075494
*agreenfield@candlegal.com*
LAW OFFICE OF CLOUTMAN
& GREENFIELD, P.L.L.C.
3301 Elm Street
Dallas, Texas 75226-1637
Tel: 214-939-9222
Fax: 214-939-9229

*Attorneys for Defendant Transport Workers*
*Union of America, Local 556*

**CERTIFICATE OF SERVICE**

I certify that, on this day, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By**: /s/ Matthew B. Gilliam**