UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>        Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>        Defendants. | Civil Case No. 3:17-cv-02278-S<br><br>**PLAINTIFF'S NOTICE OF CORRECT CITATION** |

Plaintiff Charlene Carter ("Carter"), by and through her undersigned attorneys, hereby submits this Notice of Correct Citation to notify the Court that on March 18, 2019, Carter filed Plaintiff's Brief in Support of her Response to Motion to Strike/for a More Definite Statement (Dkt. No. 75) ("Carter's Brief"). Carter's Brief inadvertently attributed a parenthetical quotation to *Alexander v. Northeastern Ill. Univ.*, 586 F. Supp. 2d 905, 916 (N.D. Ill. 2008), stating that motions to strike extraneous matter that is not actually prejudicial to the defense are "what give 'motion practice' a deservedly bad name." Carter's Brief p.3. That quotation should have been attributed to the Seventh Circuit Court of Appeals case, *Davis v. Ruby Foods, Inc.*, 269 F.3d 818, 821 (7th Cir. 2001), cited by Carter in the same paragraph, ten lines above. *See* Carter's Brief p.3; *see also* Defendants' Reply in Support of Joint Motion to Strike/For a More Definite Statement, Dkt. No. 77, p.10.

DATED: March 29, 2019                    Respectfully submitted,

                                         s/ Jason E. Winford *(with permission)*
                                         David E. Watkins
                                         Texas Bar No. 20922000

1

*dwatkins@jenkinswatkins.com*
Jason E. Winford
Texas Bar No. 00788693
*jwinford@jenkinswatkins.com*
JENKINS & WATKINS, P.C.
4300 MacArthur Avenue, Suite 165
Dallas, Texas 75209
Tel: 214-378-6675
Fax: 214-378-6680

s/ Matthew B. Gilliam
Mathew B. Gilliam *(admitted pro hac vice)*
New York Bar No. 5005996
*mbg@nrtw.org*
Jeffrey D. Jennings *(admitted pro hac vice)*
Virginia Bar No. 87667
*jdj@nrtw.org*
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Tel: 703-321-8510
Fax: 703-321-9319


*Counsel for the Plaintiff*

2

**CERTIFICATE OF SERVICE**

    I certify that, on this day, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By**: /s/ Matthew B. Gilliam**