UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br><br>　　　　　　Defendants. | Civil Case No. 3:17-cv-02278-X<br><br><br>**JOINT MOTION FOR THE ENTRY OF STIPULATED PROTECTIVE ORDER** |

Pursuant to Fed. R. Civ. P. 26(c), Plaintiff Charlene Carter, Defendant Southwest Airlines Co., and Defendant Transport Workers Union of America Local 556, by and through their attorneys, have agreed to the contents of the Stipulated Protective Order ("Order") attached to this Motion, and respectfully move the Court to enter the Order.

DATED: October 4, 2019                Respectfully submitted,

By**:** s/ Jason E. Winford (*with permission*)
David E. Watkins
Texas Bar No. 20922000
dwatkins@jenkinswatkins.com
Jason E. Winford
Texas Bar No. 00788693
jwinford@jenkinswatkins.com
JENKINS & WATKINS, P.C.
4300 MacArthur Avenue, Ste. 165
Dallas, Texas 75209
Tel: 214-378-6675
Fax: 214-378-6680


By: s/ Matthew B. Gilliam
Matthew B. Gilliam (*pro hac vice*)
New York Bar No. 5005996

By: s/ Brian K. Morris (*with permission*)
Brian K. Morris
Texas Bar No. 24108707
bmorris@reedsmith.com
REED SMITH LLP
811 Main Street, Suite 1700
Houston, Texas 77002-6110
Tel: 713-469-3815
Fax: 713-469-3899


By: s/ Michele Haydel Gehrke (*with permission*)
Michele Haydel Gehrke (*pro hac vice*)
California Bar No. 215647
mgehrke@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800

1

*mbg@nrtw.org*
Jeffrey D. Jennings (*pro hac vice*)
Virginia Bar No. 87667
*jdj@nrtw.org*
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Tel: 703-321-8510
Fax: 703-321-9319

*Attorneys for Plaintiff*

San Francisco, CA 94105-3659
Tel: 415-543-8700
Fax: 415-391-8269

*Attorneys for Defendant Southwest Airlines Co.*

By: s/ Adam S. Greenfield  (*with permission*)
Edward B. Cloutman, III
Texas Bar No. 04411000
*ecloutman@lawoffices.email*
Adam S. Greenfield
Texas Bar No. 24075494
*agreenfield@candglegal.com*
LAW OFFICE OF CLOUTMAN
& GREENFIELD, P.L.L.C.
3301 Elm Street
Dallas, Texas 75226-1637
Tel: 214-939-9222
Fax: 214-939-9229

*Attorneys for Defendant Transport Workers Union of America, Local 556*

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for all parties regarding the Joint Motion for the Entry of a Protective Order and the proposed Stipulated Protective Order, and they are both unopposed.

s/ Matthew B. Gilliam
*Attorney for Plaintiff Charlene Carter*

## CERTIFICATE OF SERVICE

I certify that, on this day, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Matthew B. Gilliam
*Attorney for Plaintiff Charlene Carter*
