UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | Civil Case No. 3:17-cv-02278-X<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's February 12, 2020 Order (Dkt. 87), Plaintiff Charlene Carter ("Carter"), Defendant Southwest Airlines Co. ("Southwest"), and Defendant Transport Workers Union of America Local 556 ("Local 556") (collectively, "the Parties"), by and through their counsel of record, met and conferred on February 19, 2020, and agreed upon the proposed scheduling order deadlines:

1. November 30, 2020: Deadline for fact discovery

2. January 4, 2021: Deadline for designating expert witnesses and compliance with Fed. R. Civ. P. 26(a)(2)

3. February 4, 2021: Deadline for designating rebuttal expert witnesses and compliance with Fed. R. Civ. P. 26(a)(2)

4. March 4, 2021: Deadline for expert discovery

5. May 5, 2021: Deadline for all motions, including objections to expert testimony

6. September 6, 2021: Final pretrial conference

1

7. September 20, 2021: Trial Setting (jury trial scheduled on the Court's three-week docket)

**WHEREFORE**, the Parties respectfully request that the Court extend the Scheduling Order deadlines as set forth herein.

Date: February 21, 2020                                       Respectfully submitted,


By**:** s/ Jason E. Winford (*with permission*)      By: s/ Brian K. Morris (*with permission*)
David E. Watkins                                              Brian K. Morris
Texas Bar No. 20922000                                    Texas Bar No. 24108707
*dwatkins@jenkinswatkins.com*                      *bmorris@reedsmith.com*
Jason E. Winford                                              REED SMITH LLP
Texas Bar No. 00788693                                    811 Main Street, Suite 1700
*jwinford@jenkinswatkins.com*                      Houston, Texas 77002-6110
JENKINS & WATKINS, P.C.                             Tel: 713-469-3815
4300 MacArthur Avenue, Ste. 165                   Fax: 713-469-3899
Dallas, Texas 75209
Tel: 214-378-6675                                             By: s/ Michael A. Correll (*with permission*)
Fax: 214-378-6680                                            Michael A. Correll
                                                                          Texas Bar No. 24069537
By: s/ Matthew B. Gilliam                              *mcorrell@reedsmith.com*
Matthew B. Gilliam (*pro hac vice*)               REED SMITH LLP
New York Bar No. 5005996                            2501 N. Harwood Street, Suite 1700
*mbg@nrtw.org*                                              Dallas, Texas 75201
Jeffrey D. Jennings (*pro hac vice)*                Tel: 469-680-4264
Virginia Bar No. 87667                                    Fax: 469-680-4299
*jdj@nrtw.org*
c/o National Right to Work Legal Defense    *Attorneys for Defendant Southwest Airlines Co.*
Foundation, Inc.
8001 Braddock Road, Suite 600                     By: s/ Adam S. Greenfield  (*with permission*)
Springfield, Virginia 22160                            Edward B. Cloutman, III
Tel: 703-321-8510                                            Texas Bar No. 04411000
Fax: 703-321-9319                                           *ecloutman@lawoffices.email*
                                                                         Adam S. Greenfield
*Attorneys for Plaintiff*                                 Texas Bar No. 24075494
                                                                         *agreenfield@candglegal.com*
                                                                         LAW OFFICE OF CLOUTMAN
                                                                         & GREENFIELD, P.L.L.C.
                                                                         3301 Elm Street
                                                                         Dallas, Texas 75226-1637
                                                                         Tel: 214-939-9222
                                                                         Fax: 214-939-9229

*Attorneys for Defendant Transport Workers
Union of America, Local 556*

## CERTIFICATE OF SERVICE

I certify that, on this day, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Matthew B. Gilliam
*Attorney for Plaintiff Charlene Carter*