IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLENE CARTER, <br>     Plaintiff, <br> v. <br> SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA LOCAL 556, <br>     Defendants. | Civil Action No. 03:17-cv-02278-S |

**MOTION TO SUBSTITUTE ATTORNEY
FOR DEFENDANT SOUTHWEST AIRLINES CO.**

COMES NOW, Michael A. Correll, of Reed Smith LLP and requests the Court grant substitution in place of Michele Haydel Gehrke, of Reed Smith LLP. Michael A. Correll is admitted to practice in the Northern District of Texas.

Upon substitution, Michael A. Correll requests the Court and counsel of record take note of such substitution and that he be copied with all pleadings, correspondence and other pertinent documents in this action.

Dated: March 4, 2020

                                                       Respectfully submitted,

                                                       */s/ Michael A. Correll*
                                                       Michael A. Correll
                                                       State Bar No. 24069537
                                                       **REED SMITH LLP**
                                                       2501 N. Harwood Street
                                                       Suite 1700
                                                       Dallas, Texas 75201
                                                       Phone: 469-680-4200
                                                      Facsimile: 469-680-4299
                                                      Email: mcorrell@reedsmith.com

                                                       Brian K. Morris
                                                      Texas State Bar No. 24108707

**REED SMITH LLP**

2501 N. Harwood Street
Suite 1700
Dallas, Texas 75201
Phone: 469-680-4200
Facsimile: 469-680-4299
bmorris@reedsmith.com

**COUNSEL FOR DEFENDANT**
**SOUTHWEST AIRLINES CO.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed and served on all counsel of record via the Court's ECF filing system on March 4, 2020.

*/s/ Michael A. Correll*
Michael A. Correll

### CERTIFICATE OF CONFERENCE

I hereby certify that undersigned counsel for Southwest conferred with counsel for all other parties prior to filing this motion, and counsel for all other parties indicated no opposition to the motion.

*/s/ Michael A. Correll*
Michael A. Correll