IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHARLENE CARTER,
    Plaintiff,

v.

SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA LOCAL 556,
    Defendants.

Civil Action No. 03:17-cv-02278-S

## [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO SUBSTITUTE ATTORNEY

Upon consideration of Defendant's Unopposed Motion to Substitute Attorney ("Motion"), it is hereby **ORDERED** that the Motion is GRANTED, and that Michele Haydel Gehrke is withdrawn as counsel for Defendant Southwest Airlines Co. ("Southwest") in this matter. Michael A. Correll is substituted as lead counsel for Southwest. Southwest is also represented by Brian K. Morris.

SIGNED this the _____ day March, 2020.

_____
JUDGE PRESIDING