# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>　　　　　　　Plaintiff,<br><br>V.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>　　　　　　　Defendants. | Civil Case No. 3:17-cv-02278-X<br><br><br>**PLAINTIFF CHARLENE CARTER'S APPENDIX IN SUPPORT OF HER MOTION TO COMPEL DISCOVERY FROM DEFENDANT TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556** |

## APPENDIX OF EXHIBITS

A.　　Carter's Request for Production of Documents to Local 556.....................................App. 1

B.　　Carter's Interrogatories to Local 556.......................................................................App. 14

C.　　Local 556's Original Responses to Carter's Requests for Production.....................App. 21

D.　　Local 556's Original Responses to Carter's Interrogatories...................................App. 29

E.　　Local 556's Amended Responses to Carter's Requests for Production ..................App. 34

F.　　Local 556's Amended Responses to Carter's Interrogatories.................................App. 42

G.　　Local 556's "Draft Privilege Log"..........................................................................App. 46

H.　　Carter and Local 556 Discovery Correspondence ..................................................App. 50

Dated: May 14, 2020　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　s/ Jason E. Winford (*with permission*)
　　　　　　　　　　　　　　　David E. Watkins
　　　　　　　　　　　　　　　Texas Bar No. 20922000
　　　　　　　　　　　　　　　*dwatkins@jenkinswatkins.com*
　　　　　　　　　　　　　　　Jason E. Winford

1

Texas Bar No. 00788693
*jwinford@jenkinswatkins.com*
JENKINS & WATKINS, P.C.
4300 MacArthur Avenue, Suite 165
 Dallas, Texas 75209
Tel: 214-378-6675
Fax: 214-378-6680

s/ Matthew B. Gilliam
Mathew B. Gilliam (*admitted pro hac vice*)
New York Bar No. 5005996
*mbg@nrtw.org*
Jeffrey D. Jennings (*admitted pro hac vice*)
Virginia Bar No. 87667
*jdj@nrtw.org*
c/o National Right to Work Legal Defense
Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Tel: 703-321-8510
Fax: 703-321-9319

*Attorneys for Plaintiff Charlene Carter*

**<u>Certificate of Service</u>**

I hereby certify that on May 14, 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.


s/ Matthew B. Gilliam