# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | ' | |
| | ' | |
| Plaintiff, | ' | CIVIL ACTION NO. |
| | ' | |
| vs. | ' | 3:17-cv-02278-B |
| | ' | |
| TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556, | ' ' | JURY DEMANDED |
| | ' | |
| Defendant. | ' | |

## PRIVILEGE LOG

1. <u>Attorney-Client Privilege</u>

Asserted to withhold all documents/files because legal counsel was the sender or recipient of the document/file to Defendant TWU Local 556's officers/employees, or because legal counsel was one of the senders/recipient of such document/file.

1,216 documents/files withheld because of attorney-client privilege.

2. <u>Work Product Privilege</u>

Counsel for Defendant TWU Local 556 and its grievance team managers began in 2010 developing a systematic process for grievance handling/processing, requiring documentation of calls, meetings internally and with Southwest Airlines Company (SWA) (Fact Finding and Step Two meetings). Notes were taken of such meetings and documented in the FA grievance file, pursuant to legal advice of counsel.

This system continued to be refined and now includes the compiling of a report to the Executive Board ("Board Packet") which summarizes the grievance team's investigation and the position of SWA regarding each grievance.

All of the above steps are and were taken pursuant to advice of counsel in an effort to insure grievances were handled in good faith, without discrimination non-arbitrary in nature, in order to explain, and if need be, defend TWU Local 556's actions on each grievance in potential litigation.

<u>Withheld</u>:     69 files (as follows):

No. 2.B.     Grievance Reports/Status Reports/Grievance Team notes for fact finding meetings and reports/Step Two notes/Board Packets from Grievance Team (51 files).

No. 15.A-I.     Grievance file notes/summaries/correspondence to/from grievant (14 files).

Nos. 18-20     Board Packets from Grievance Team/Grievance Team notes/Step Two exhibits (4 files).

Respectfully submitted,

 /s/ Adam S. Greenfield_____
Adam S. Greenfield
State Bar No. 24075494
Email:  agreenfield@candglegal.com
**LAW OFFICE OF CLOUTMAN**
     **& GREENFIELD, P.L.L.C.**
3301 Elm Street
Dallas, TX 75226-1637
Phone 214.939.9222
Fascimile 214.939.9229

OF COUNSEL:

Edward B. Cloutman, III
State Bar No. 04411000
Email:  ecloutman@lawoffices.email
**Law Offices of Ed Cloutman**
3301 Elm Street
Dallas, Texas  75226-1637
214.939.9222
214.939.9229 Fascimile

COUNSEL FOR DEFENDANT


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been served upon the below-listed counsel of record, via the U.S. District Court, Northern District=s CM/ECF system on _____, 2019:

Mr. Jason E. Winford (via e-mail:  jwinford@jenkinswatkins.com)
Mr. David E. Watkins (via e-mail:  dwatkins@jenkinswatkins.com)
Jenkins & Watkins, P.C.
4300 MacArthur Avenue, Suite 165
Dallas, Texas  75209

Mr. Matthew B. Gilliam (via e-mail: mbg@nrtw.org)
Mr. Jeffrey D. Jennings (via e-mail: jdj@nrtw.org)
National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia  22160

      /s/ Adam S. Greenfield
      Adam S. Greenfield
      Edward B. Cloutman, III