IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § § § | |
| Plaintiff, | § § | Civil Action No. 03:17-cv-02278-S |
| v. | § § | |
| SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA LOCAL 556, | § § § § | |
| Defendants. | § § | |

## VERIFICATION OF JOHN PARROTT

STATE OF __TEXAS__ §
§
COUNTY OF __DALLAS__ §

BEFORE ME, the undersigned Notary Public, on this day personally appeared John Parrott who being by me duly sworn on his oath, deposed and said that he is qualified and authorized in all respects to make this verification; that he has read the above and foregoing Objections and Responses to Defendant's Second Amended Set of Interrogatories and that every statement contained therein is true and correct to the best of his knowledge.

John Parrott

SUBSCRIBED AND SWORN TO BEFORE ME, on __June 4__, 2020, to certify which witness my hand and official seal.



VERONICA SANCHEZ
My Notary ID # 130510561
Expires January 27, 2024

Notary Public, State of Texas

Printed Name of Notary

Veronica Sanchez