UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Case No. 3:17-cv-2278-X |
| v. | § | |
| | § | |
| SOUTHWEST AIRLINES CO., AND | § | |
| TRANSPORT WORKERS UNION | § | |
| OF AMERICA, LOCAL 556, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF REFERENCE

Under authority of 28 U.S.C. § 636(b), it is ORDERED that the Motion to Compel, filed on May 14, 2020 [Doc. No. 92], be referred to the Honorable Rebecca Rutherford, United States Magistrate Judge, for hearing, if necessary and determination.

**IT IS SO ORDERED this 5th day of June, 2020.**

_____
**BRANTLEY STARR
UNITED STATES DISTRIC JUDGE**