IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § § § | |
| Plaintiff, | § | Civil Action No. 03:17-cv-02278-S |
| v. | § § | |
| SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA LOCAL 556, | § § § § § | |
| Defendants. | § | |

## DEFENDANT SOUTHWEST AIRLINES CO.'S EMERGENCY MOTION AND REQUEST FOR SANCTIONS

Defendant Southwest Airlines Co. ("Southwest") brings this Emergency Motion and Request for Sanctions against Plaintiff and Plaintiff's counsel on the grounds set forth herein and as set forth in detail in Southwest's supporting Brief.

### GROUNDS FOR MOTION

1. Plaintiff's counsel appears to have engaged in serious misconduct requiring immediate judicial intervention.

2. The above-described violations potentially pose an urgent threat to the safety of Southwest employees, requiring prompt relief, including the production of information as set forth in Southwest's brief.

3. Plaintiff's counsel's misconduct warrants revocation of his *pro hac vice* admission and an award of attorneys' fees and costs to Southwest.

Dated July 8, 2020                                          Respectfully submitted,


                                              */s/ Michael A. Correll*
                                              Michael A. Correll
                                              State Bar No. 24069537
                                              **REED SMITH LLP**
                                              2501 N. Harwood Street
                                              Suite 1700
                                              Dallas, Texas 75201
                                              Phone: 469-680-4200
                                              Facsimile: 469-680-4299
                                              Email: mcorrell@reedsmith.com


## **CERTIFICATE OF CONFERENCE**

As detailed more fully above and in the brief in support filed concurrently, undersigned counsel has made multiple attempts to confer with counsel for the Plaintiff regarding the issues and the parties have not been able to resolve this dispute.


                                              */s/ Michael A. Correll*
                                                Michael A. Correll


## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served upon all counsel of record via the Court's ECF System on this 8th day of July, 2020.


                                              */s/ Michael A. Correll*
                                              Michael A. Correll