# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
### Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>    Plaintiff,<br><br>V.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>    Defendants. | Civil Case No. 3:17-cv-02278-X |

**[Proposed] Order Denying Southwest's Emergency Motion and Request for Sanctions**

Before the Court is Defendant Southwest Airlines Co.'s ("Southwest") Emergency Motion and Request for Sanctions. Having considered all arguments and evidence submitted by the parties, the Court finds that the Motion should be denied.

IT IS THEREFORE ORDERED that Southwest's Emergency Motion and Request for Sanctions is hereby DENIED. The Court further ORDERS that Southwest shall pay to Plaintiff Charlene Carter her reasonable attorneys' fees and expenses in an amount to be determined by this Court. Plaintiff shall file with the Court evidence of such attorneys' fees and expenses within thirty (30) days after the date of this Order.

SIGNED on _____, 2020.

_____
Brantley Starr
United States District Judge

1