UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| Charlene Carter,<br><br>  Plaintiff,<br><br>v.<br><br>Southwest Airlines Co., and<br>Transport Workers Union of America,<br>Local 556,<br><br>  Defendants. | Civil Case No. 3:17-cv-02278-X<br><br><br>**PLAINTIFF CHARLENE CARTER'S APPENDIX IN SUPPORT OF HER RESPONSE TO SOUTHWEST'S EMERGENCY MOTION AND REQUEST FOR SANCTIONS** |

**APPENDIX OF EXHIBITS**

A.  Carter's Correspondence with Southwest and Local 556 Requesting Audrey Stone's Address and Telephone Information under Federal Rule 26(a)(1)(A)(i).......App. 1

B.  Carter's June 12, 2020 Notice of Subpoena..................................................................App. 4

C.  Affidavit of Charlene Carter .........................................................................................App. 5

D.  Affidavit of Matthew B. Gilliam ..................................................................................App. 7

Dated: July 16, 2020

Respectfully submitted,

s/ Jason E. Winford (*with permission*)
David E. Watkins
Texas Bar No. 20922000
*dwatkins@jenkinswatkins.com*
Jason E. Winford
Texas Bar No. 00788693
*jwinford@jenkinswatkins.com*
JENKINS & WATKINS, P.C.
4300 MacArthur Avenue, Suite 165
 Dallas, Texas 75209
Tel: 214-378-6675
Fax: 214-378-6680

1

s/ Matthew B. Gilliam
Mathew B. Gilliam (*admitted pro hac vice*)
New York Bar No. 5005996
*mbg@nrtw.org*
Jeffrey D. Jennings (*admitted pro hac vice*)
Virginia Bar No. 87667
*jdj@nrtw.org*
c/o National Right to Work Legal Defense
Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Tel: 703-321-8510
Fax: 703-321-9319

*Attorneys for Plaintiff Charlene Carter*

## Certificate of Service

I hereby certify that on July 16, 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Matthew B. Gilliam