# EXHIBIT B

# Matthew B. Gilliam

| | |
|---|---|
| **From:** | Matthew B. Gilliam |
| **Sent:** | Friday, June 12, 2020 9:55 AM |
| **To:** | 'Correll, Michael A.'; Morris, Brian K.; Ed Cloutman; 'Adam Greenfield' |
| **Cc:** | Jeff D. Jennings; 'Jason Winford' |
| **Subject:** | Notice of Subpoena |
| **Attachments:** | Carterv v TWU L556_Subpoena AS.pdf; Carter Notice of Subpoena_AS_6 12 20.pdf |

Good morning,

Please find attached a Notice of Subpoena for Audrey Stone.

Thanks,
Matt Gilliam

**Matthew B. Gilliam**
Staff Attorney (*admitted and licensed to practice only in New York and West Virginia*)
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Ste. 600, Springfield, VA 22160
O: 703-770-3339  F: 703-321-9319
Email: mbg@nrtw.org  Web: www.nrtw.org

**NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it.**