UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>    Plaintiff,<br><br>V.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>    Defendants. | Civil Case No. 3:17-cv-02278-X |

**[PROPOSED] ORDER GRANTING PLAINTIFF CHARLENE CARTER'S MOTION FOR LEAVE TO FILE A SUR-REPLY AND SUPPLEMENTAL DECLARATIONS**

  Before the Court is Plaintiff Charlene Carter's ("Carter") Motion for Leave to File Sur-reply and Supplemental Declarations in Response to Southwest's new facts contained in its Reply in Support of its Emergency Motion and Request for Sanctions. The Court grants Carter's Motion for Leave and shall file the Sur-reply and Supplemental Declarations attached to her Motion.

  IT IS THEREFORE ORDERED that Carter's Motion for Leave to File a Sur-reply is GRANTED. The Court further ORDERS that her Sur-reply and Supplemental Declarations are hereby deemed filed.

  SIGNED on _____, 2020.

                _____
                Brantley Starr
                United States District Judge