IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § § § | |
| Plaintiff, | § | Civil Action No. 03:17-cv-02278-S |
| v. | § § | |
| SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA LOCAL 556, | § § § § | |
| Local 556s. | § | |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR COMPLIANCE WITH THE MAGISTRATE'S ORDER

On this day, the Court heard Defendant's Unopposed Motion to Extend Deadline for Compliance with the Magistrate's Report.

The Court, having considered the Motion, is of the opinion that the Motion should be GRANTED. It is, therefore:

ORDERED that Defendant's deadline for compliance be extended from **July 31, 2020 to August 3, 2020.**

Signed on this _____ day of _____, 2020.

_____