# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>  Plaintiff,<br><br>V.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>  Defendants. | Civil Case No. 3:17-cv-02278-X |

## [PROPOSED] ORDER GRANTING PLAINTIFF CHARLENE CARTER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RENEWED MOTION TO COMPEL

Before the Court is Plaintiff Charlene Carter's ("Carter") Motion for Extension of Time to File a Renewed Motion to Compel as provided for in this Court's June 23, 2020 Discovery Order (ECF 99). The Court grants Carter's Motion for Extension of Time and extends her deadline to file any renewed motion to compel from August 14, 2020, to August 21, 2020.

IT IS THEREFORE ORDERED that Carter's Motion for Extension of Time to File a Renewed Motion to Compel is GRANTED. The Court further ORDERS that the renewed motion to compel provided for by this Court's June 23, 2020 Discovery Order shall be filed by August 21, 2020.

SIGNED on _____, 2020.


_____