UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>    Defendants. | Civil Case No. 3:17-cv-02278-X<br><br><br>**PLAINTIFF CHARLENE CARTER'S APPENDIX IN SUPPORT OF HER RENEWED MOTION TO COMPEL DISCOVERY FROM DEFENDANT TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556** |

**APPENDIX OF EXHIBITS**

A. Audrey Stone Responses to Rule 45 Subpoena ............................................................. App. 1

B. Local 556 August 3, 2020 Amended Privilege Log ...................................................... App. 9

C. Correspondence Regarding Documents Withheld
   from August 3, 2020 Amended Privilege Log ............................................................. App. 16

Dated: August 21, 2020            Respectfully submitted,


                                  s/ Jason E. Winford (*with permission*)
                                  David E. Watkins
                                  Texas Bar No. 20922000
                                  *dwatkins@jenkinswatkins.com*
                                  Jason E. Winford
                                  Texas Bar No. 00788693
                                  *jwinford@jenkinswatkins.com*
                                  JENKINS & WATKINS, P.C.
                                  4300 MacArthur Avenue, Suite 165
                                  Dallas, Texas 75209
                                  Tel: 214-378-6675
                                  Fax: 214-378-6680

                                  s/ Matthew B. Gilliam
                                  Mathew B. Gilliam (*admitted pro hac vice*)

New York Bar No. 5005996
*mbg@nrtw.org*
Jeffrey D. Jennings (*admitted pro hac vice*)
Virginia Bar No. 87667
*jdj@nrtw.org*
c/o National Right to Work Legal Defense
Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Tel: 703-321-8510
Fax: 703-321-9319

*Attorneys for Plaintiff Charlene Carter*

## Certificate of Service

I hereby certify that on August 21, 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Matthew B. Gilliam