# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | ' | |
| | ' | |
| Plaintiff, | ' | CIVIL ACTION NO. |
| | ' | |
| vs. | ' | 3:17-cv-02278-B |
| | ' | |
| TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556, | ' ' | JURY DEMANDED |
| | ' | |
| Defendant. | ' | |

## PRIVILEGE LOG

TO:   Plaintiff Charlene Carter, by and through her attorney of record, Mr. David E. Watkins (via email: *dwatkins@jenkinswatkins.com*), Mr. Jason E. Winford (via email: *jwinford@jenkinswatkins.com*), Jenkins & Watkins, P.C., 2626 Cole Avenue, Suite 200, Dallas, Texas 75204-0817; AND Mr. Jeffrey D. Jenningsappell (via email: *jdj@nrtw.org*), Mr. Matthew B. Gilliam (via email: *mbg@nrtw.org*) -- National Right to Work Legal Defense Foundation, Inc., 8001 Braddock Road, Suite 600 Springfield, Virginia 22160.

Plaintiff submits the following description of documents, communications, and tangible things withheld from production or disclosure on privilege grounds under Federal Rules of Civil Procedure 26(b)(5) and 34. As discovery is ongoing, Plaintiffs reserves the right to amend and/or supplement this privilege log at any time if necessary. Furthermore, Plaintiff has not listed items that are core attorney-client-privilege documents, core attorney work product, or trial-preparations materials, as the Federal Rules of Civil Procedure do not require disclosure of these items. "Core" privileged items include, but are not limited to, communications directly between Plaintiff and his counsel of record in this litigation, as well as counsel's work product.

1. <u>Attorney-Client Privilege</u>

Asserted to withhold all documents/files because legal counsel was the sender or recipient of the document/file to Defendant TWU Local 556's officers/employees, or because legal counsel was one of the senders/recipient of such document/file. Defense counsel does not provide traditional business advice, and the protected communications were "generated for the purpose of obtaining or providing legal assistance ...."

1,216 documents/files withheld because of attorney-client privilege.

| Pages | Description | Date | Author | Recipients | Claimed Privilege | Explanation |
|---|---|---|---|---|---|---|
| 4 | Memo | 11/30/15 | Phillips, Richard, and Rind, P.C. – Legal Counsel | Union E-Board | AC | 556 Union Campaign/Negotiation Strategy |
| 5 | Memo | 6/3/14 | Phillips, Richard, and Rind, P.C. – Legal Counsel | Union E-Board | AC | 556 Union Campaign/Negotiation Strategy |
| 8 | Memo | 2/4/15 | Phillips, Richard, and Rind, P.C. – Legal Counsel | Union E-Board | AC | 556 Union Campaign/Negotiation Strategy |
| 6 | Memo | 6/23/14 | Phillips, Richard, and Rind, P.C. – Legal Counsel | Union E-Board | AC | 556 Union Campaign/Negotiation Strategy |
| 10 | Memo | 12/16/15 | Phillips, Richard, and Rind, P.C. – Legal Counsel | Union E-Board | AC | 556 Union Campaign/Negotiation Strategy |
| 11 | Memo | 5/12/14 | Phillips, Richard, and Rind, P.C. – Legal | Union E-Board | AC | 556 Union Campaign/Negotiation Strategy |

| | | | | Counsel | | |
|---|---|---|---|---|---|---|
| 13 | Memo | 9/5/14 | Phillips, Richard, and Rind, P.C. – Legal Counsel | Union E-Board | AC | 556 Union Contract Negotiations Update Archive |
| 90 | Excel File | 11/13/18 | Brandon Hillhouse – Grievance Committee Chairperson | Legal Counsel and Grievance Committtee | AC | 2018 Fact Finding Meeting by Base |
| 4 | Memo | 3/31/16 | Phillips, Richard, and Rind, P.C. – Legal Counsel | Union E-Board | AC | 556 Union Campaign/Negotiation Strategy |
| 10 | Memo | 5/12/14 | Phillips, Richard, and Rind, P.C. – Legal Counsel | Union E-Board | AC | 556 Union Campaign/Negotiation Strategy |
| 3 | Memo | 12/16/14 | Phillips, Richard, and Rind, P.C. – Legal Counsel | Union E-Board | AC | 556 Union Campaign/Negotiation Strategy |
| 3 | Memo | 12/16/14 | Phillips, Richard, and Rind, P.C. – Legal Counsel | Union E-Board | AC | 556 Union Campaign/Negotiation Strategy |
| 12 | Memo | 10/8/18 | Phillips, Richard, and Rind, P.C. – Legal Counsel | Union E-Board | AC | 556 Union Campaign/Negotiation Strategy |
| 10 tabbed sections | Excel File | 1/23/18 | Grievance Committee | Legal Counsel | AC | Grievance Status Breakdown |
| 11 | Excel File | 4/7/17 | Grievance Committee | Legal Counsel | AC | Active Grievance Report |
| 10 | Excel File | 4/10/17 | Grievance Committee | Legal Counsel | AC | Active Grievance Report |
| 8 tabbed sections | Excel File | 4/10/17 | Grievance Committee | Legal Counsel | AC | Grievance Status Breakdown |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | Excel File | 5/5/17 | Grievance Committee | Legal Counsel | AC | Active Grievance Report |
| 10 | Excel File | 6/5/17 | Grievance Committee | Legal Counsel | AC | Active Grievance Report |
| 8 tabbed sections | Excel File | 6/12/17 | Grievance Committee | Legal Counsel | AC | Grievance Status Breakdown |
| 10 | Excel File | 6/12/17 | Grievance Committee | Legal Counsel | AC | Active Grievance Report |
| 8 tabbed sections | Excel File | 6/28/17 | Grievance Committee | Legal Counsel | AC | Grievance Status Breakdown |
| 10 | Excel File | 6/28/17 | Grievance Committee | Legal Counsel | AC | Active Grievance Report |
| 8 tabbed sections | Excel File | 7/7/17 | Grievance Committee | Legal Counsel | AC | Grievance Status Breakdown |
| 9 | Excel File | 7/7/17 | Grievance Committee | Legal Counsel | AC | Active Grievance Report |
| 9 | Excel File | 7/28/17 | Grievance Committee | Legal Counsel | AC | Active Grievance Report |
| 10 | Excel File | 8/2/17 | Grievance Committee | Legal Counsel | AC | Active Grievance Report |
| 10 | Excel File | 8/11/17 | Grievance Committee | Legal Counsel | AC | Active Grievance Report |
| 10 | Excel File | 8/16/17 | Grievance Committee | Legal Counsel | AC | Active Grievance Report |
| 10 tabbed sections | Excel File | 8/22/17 | Grievance Committee | Legal Counsel | AC | Grievance Status Breakdown |
| 10 | Excel File | 8/25/17 | Grievance Committee | Legal Counsel | AC | Active Grievance Report |
| 1 | Letter | 9/28/17 | Becky Parker – Grievance Committee Chair | E. Cloutman, III and Audrey Stone – Former Union President | AC | RE: C. Carter arbitration emails |
| 10 | Letter | 9/29/17 | Becky Parker – Grievance Committee Chair | Tammy Shaffer – Dir. Labor Relations, SWA, Audrey | AC | Active Grievance Report |

PRIVILEGE LOG – Page 4

**App. 12**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Stone – Former Union President, Brandon Hillhouse – Grievance Committee Chair | | |
| 10 | Letter | 10/6/17 | Becky Parker – Grievance Committee Chair | Tammy Shaffer – Dir. Labor Relations, SWA, Audrey Stone – Former Union President, Brandon Hillhouse – Grievance Committee Chair | AC | Active Grievance Report |
| 10 tabbed sections | Excel File | 10/6/17 | Grievance Committee | Legal Counsel | AC | Grievance Status Breakdown |
| 10 tabbed sections | Excel File | 10/13/17 | Grievance Committee | Legal Counsel | AC | Grievance Status Breakdown |
| 10 tabbed sections | Excel File | 10/27/17 | Grievance Committee | Legal Counsel | AC | Grievance Status Breakdown |
| 10 tabbed sections | Excel File | 11/3/17 | Grievance Committee | Legal Counsel | AC | Grievance Status Breakdown |
| 10 tabbed sections | Excel File | 10/6/17 | Grievance Committee | Legal Counsel | AC | Grievance Status Breakdown |
| 10 | Excel File | 8/25/17 | Grievance Committee | Legal Counsel | AC | Active Grievance Report |

2.   Work Product Privilege

The following documents are currently being withheld because in 2010, Counsel for the

PRIVILEGE LOG – Page 5

**App. 13**

Union and its grievance team managers began developing a systematic process for grievance handling/processing requiring documentation of calls, meetings internally and with Southwest Airlines Company (SWA) (Fact Finding and Step Two meetings). Notes were taken of such meetings and documented in the FA grievance file, pursuant to legal advice of counsel. This system continued to be refined and now includes the compiling of a report to the Executive Board ("Board Packet") which summarizes the grievance team's investigation and the position of Defendant Southwest Airlines regarding each grievance. These documents together make up the "Board Packets," which is an amalgamated format of the documents making up the systematic grievance process described above.

All of the above steps are and were taken pursuant to advice of counsel in an effort to insure grievances were handled in good faith, without discrimination, non-arbitrary in nature, in order to explain, and if need be, defend TWU Local 556's actions on each grievance in potential litigation. In addition, the documents sought by Plaintiff is information not only prepared in anticipation of future litigation of Duty of Fair Representation Claims, on advice of counsel, but more immediately for the pending internal grievance procedures, i.e. internal grievances and arbitration procedures as set forth by the Collective Bargaining Agreement between the two named Defendants, TWU Local 556 and Southwest Airlines.

Pursuant to the Court's Order, these documents are currently being reviewed *in camera* for purposes of production.

<u>Withheld</u>:   Board Packets for individuals (as follows):

No. 2.B.        "Board Packets" for 1 individual.

No. 10 B.       "Board Packets" for 112 individuals.

No. 15.A-I.     "Board Packets" for 7 individuals.

    Nos. 18-20    "Board Packets" for 2 individuals.

    Nos. 23    "Board Packets" for 2 individuals.

Respectfully submitted,                      August 3, 2020

                                  /s/ Adam S. Greenfield
                                Adam S. Greenfield
                                State Bar No. 24075494
                                Email: agreenfield@candglegal.com
                                **LAW OFFICE OF CLOUTMAN**
                                **& GREENFIELD, PLLC**
                                3301 Elm Street
                                Dallas, TX 75226-1637
                                Phone 214.939.9222
                                Fascimile 214.939.9229

                                OF COUNSEL:

                                Edward B. Cloutman, III
                                State Bar No. 04411000
                                Email: ecloutman@lawoffices.email
                                **Law Offices of Ed Cloutman**
                                3301 Elm Street
                                Dallas, Texas  75226-1637
                                214.939.9222
                                214.939.9229 Fascimile

                                COUNSEL FOR DEFENDANT