

**Michael A. Correll**
Direct Phone:  +1 469 680 4264
Email:  mcorrell@reedsmith.com

Reed Smith LLP
2850 N. Harwood Street
Suite 1500
Dallas, TX 75201
+1 469 680 4200
Fax +1 469 680 4299
reedsmith.com

September 1, 2020

**By Electronic Mail**

Honorable Brantley Starr
United States District Court,
 Northern District of Texas
1100 Commerce St., Room 1528
Dallas, TX 75242

      RE: *Charlene Carter v. Southwest Airlines Co., et al.*; No. 3:17-cv-02278

Dear Judge Starr:

I am writing on behalf of Southwest Airlines Co. ("Southwest") to provide the Court with updated information regarding Southwest's ongoing emergency following the apparent breach of its secure computer systems in connection with this case.

Southwest filed its Emergency Motion and Request for Sanctions on July 8, 2020. ECF 100. Briefing concluded on that motion on July 21, 2020. *See* ECF 104; ECF 106. Thereafter, the Court ordered *in camera* filings by Plaintiff Charlene Carter ("Carter") and her counsel no later than August 6, 2020. ECF 113. Southwest understands that Carter and her counsel filed the requested materials with the Court. Southwest's Motion remains pending.

Since filing its Motion, Southwest has continued its effort to identify the source of the information provided to Carter. As previously briefed, protecting access to the information at issue presents a serious and pressing safety concern. However, despite Southwest's best efforts, it still has not been able to identify the specific source of the misappropriation and secure its systems against further intrusions like the one that appears to have occurred in this case. Meanwhile, Audrey Stone, the flight attendant whose travel information was improperly acquired and abused, has not felt safe taking any additional flights since July 2, 2020. She has represented to Southwest that she remains fearful given the extraordinary trauma of having Carter—someone who was terminated for engaging in a sustained came of harassment and abuse against Stone—send an armed man to her hotel room in the middle of the night.

In short, Southwest continues to confront a serious emergency and it continues to attempt to redress the harms Carter caused. If Carter accessed Southwest's systems unlawfully as Southwest suspects, then Southwest has a pressing need to investigate exactly how that proxy gained access and take remedial measures. Meanwhile, if Carter has provided the Court with an excusable *in camera* explanation, Southwest has an equally pressing need to determine how such sensitive information could be acquired in a lawful way. Southwest will remain in an emergency situation unless and until it can identify the

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

US_ACTIVE-155139803.1

Honorable Brantley Starr
September 1, 2020
Page 2



underlying problem and better provide protections against the possibility of similar occurrences in the future.

Sincerely,


Michael A. Correll

MAC:rs