UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>   Plaintiff,<br><br>V.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>   Defendants. | Civil Case No. 3:17-cv-02278-X |

**[Proposed] Order Granting Plaintiff's Motion to Compel Discovery
from Defendant Southwest Airlines Co.**

Before the Court is Plaintiff Charlene Carter's Motion to Compel Discovery from Defendant Southwest Airlines Co. After considering the Motion, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Compel Discovery is hereby GRANTED.  The Court also RULES and ORDERS as follows:

1. Within thirty (30) days after the date of this Order, Defendant Southwest is ORDERED to search for and produce responsive information for RFPs 6, 7, 17-19, 21, and Interrogatory 3, about flight attendants' social media activities, discipline under Southwest's Social Media Policy, Workplace Bullying and Hazing Policy, and Policy Concerning Sexual Harassment, Discrimination and Retaliation, and religious discrimination, that involved Carter's and Southwest's agreed-upon custodians, regardless of where those flight attendants were based.

2.      Defendant Southwest must search for and produce responsive information kept by its Accommodation & Career Transition Team for Request for Production No. 19, within thirty (30) days after the date of this Order.

SIGNED on _____, 2020.

_____
Brantley Starr
United States District Judge