UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>　　　　　　Defendants. | Civil Case No. 3:17-cv-02278-X<br><br>**PLAINTIFF CHARLENE CARTER'S APPENDIX IN SUPPORT OF HER MOTION TO COMPEL DISCOVERY FROM DEFENDANT SOUTHWEST AIRLINES CO.** |

## APPENDIX OF EXHIBITS

A.　Carter's Request for Production of Documents to Southwest ................................. App. 1

B.　Carter's Interrogatories to Southwest ..................................................................... App. 13

C.　Southwest's Objections and Responses to Carter's Requests for Production ......... App. 21

D.　Southwest's Objections and Responses to Carter's Interrogatories ....................... App. 36

E.　Southwest ACT Team Discrimination and Accommodation Policy ....................... App. 46

F.　Carter and Southwest Discovery Correspondence .................................................. App. 47


Dated: November 13, 2020　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/ Matthew B. Gilliam
　　　　　　　　　　　　　　　　　　Mathew B. Gilliam (*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　New York Bar No. 5005996
　　　　　　　　　　　　　　　　　　*mbg@nrtw.org*
　　　　　　　　　　　　　　　　　　Jeffrey D. Jennings (*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　Virginia Bar No. 87667
　　　　　　　　　　　　　　　　　　*jdj@nrtw.org*
　　　　　　　　　　　　　　　　　　c/o National Right to Work Legal Defense
　　　　　　　　　　　　　　　　　　Foundation, Inc.
　　　　　　　　　　　　　　　　　　8001 Braddock Road, Suite 600

Springfield, Virginia 22160
Tel: 703-321-8510
Fax: 703-321-9319

s/ Jason E. Winford (*with permission*)
David E. Watkins
Texas Bar No. 20922000
*dwatkins@jenkinswatkins.com*
Jason E. Winford
Texas Bar No. 00788693
*jwinford@jenkinswatkins.com*
JENKINS & WATKINS, P.C.
4300 MacArthur Avenue, Suite 165
 Dallas, Texas 75209
Tel: 214-378-6675
Fax: 214-378-6680


*Attorneys for Plaintiff Charlene Carter*

## Certificate of Service

I hereby certify that on November 13, 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Matthew B. Gilliam