# EXHIBIT E

# Disability Discrimination and Workplace Accommodation Policy
**Effective: 01/01/2019**

Issued by Southwest Airlines January 2019; Effective Until/Unless Reissued

### Disability Discrimination Prohibition

Southwest Airlines prohibits any and all types of discrimination against a qualified applicant or Employee on the basis of: (1) a current disability, (2) record of a prior disability, (3) being perceived or regarded as disabled, or (4) a relationship or association with someone with a disability. A qualified applicant or Employee is an individual who can perform the essential functions of the job in question, either with or without a reasonable accommodation.

### Reasonable Workplace Accommodation

If Southwest Airlines is notified that a qualified individual with a disability requires a reasonable accommodation in order to participate in the application process, perform the essential functions of a job, or enjoy equal benefits and privileges of employment, Southwest Airlines will work with that person to find a reasonable accommodation unless to do so would impose an undue hardship on the operation of Southwest Airlines' business. Reasonable accommodation may include extending a leave of absence for a reasonable period on a case-by-case basis.

Southwest Airlines also provides other reasonable workplace accommodations as required by law or otherwise approved by Southwest Airlines Leadership (for example, to accommodate Employees who are disabled veterans, or because of Employees' religious beliefs or practices, pregnancy restrictions, etc.).

The **Accommodation & Career Transition ("ACT") Team** Team is also available to Employees and Leaders regarding gender identity or transgender workplace assistance under Southwest Airlines' guidance regarding Transgender Workers.

### Requesting Workplace Accommodations

Requests for workplace accommodations can be either verbal or in writing and all accommodation requests should be directed to Southwest Airlines' ACT in the People Department. The ACT Team is responsible for determining whether a reasonable workplace accommodation can be made. As such, an applicant or Employee in need of an accommodation, or a Leader aware of an applicant's or Employee's need or request for an accommodation, should contact Southwest Airlines' ACT Team. The Team will promptly engage in the interactive process with the applicant or Employee regarding the requested accommodation.

If an Employee wants to continue working with medical restrictions, whether due to an on-the-job injury (OJI), a non-occupational illness or injury, a military service-connected disability, or a pregnancy, please contact the ACT Team immediately to determine possible accommodation options. If the Employee can be temporarily accommodated through Transitional, Restricted, or OJI Return to Work "light duty," but will have restrictions for longer than the maximum eight-week period, please contact the ACT Team as soon as possible to explore other possible workplace accommodation options.

Southwest Airlines will not tolerate any form of retaliation or discrimination against an applicant or Employee for requesting a workplace accommodation. Any and all concerns about discrimination or retaliation under this Policy should be directed to his/her Leaders or to Employee Relations in General Counsel at HDQ, Employee Relations-DG@wnco.com.

### ACT Team Contact Information

You may reach Southwest Airlines' ACT Team by contacting:

ACT Team Phone Line—(214) 792-6943

Email— ACT.Team@wnco.com