UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLENE CARTER, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | Civil Action No. 3:17-CV-02278-X |
| TRANSPORT WORKERS UNION OF § | |
| AMERICA LOCAL 556, § | |
| SOUTHWEST AIRLINES CO., § | |
| § | |
| *Defendants.* § | |

## ORDER OF REFERENCE

Under authority of 28 U.S.C. § 636(b), it is **ORDERED** that Plaintiff's Motion to Compel filed on November 13, 2020 [Doc. 132], be referred to the Honorable Rebecca Rutherford, United States Magistrate Judge, for hearing, if necessary, and determination.

**IT IS SO ORDERED** this 16th day of November, 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE