IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3: 17-cv-02278-X |
| | § | |
| TRANSPORT WORKERS UNION | § | |
| OF AMERICA LOCAL 556, et al., | § | |
| Defendants. | § | |

## ORDER EXPEDITING BRIEFING AND SETTING HEARING

The District Court has referred Plaintiff's Motion to Compel (ECF No. 132) to the United States magistrate judge pursuant to 28 U.S.C. § 636(b). Order (ECF No. 135). Because the parties appear to have conferred in great detail, the Court expedites briefing. Defendant Southwest Airlines Co. ("Southwest") must file a response to Plaintiff's motion on or before **December 2, 2020**, and Plaintiff must file a reply, if at all, by **December 9, 2020.**

Additionally, Plaintiff's motion (ECF No. 132) is set for hearing via Zoom video call on **December 11, 2020, at 3:30 P.M.** The Court will distribute the link to join the video call at a later date. Plaintiff's lead counsel and Defendant Southwest's lead counsel must both attend the hearing. Any questions regarding this Order should be directed to the law clerk at (214) 753-2412.

**SO ORDERED**.

November 17, 2020.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE