UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>        Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>        Defendants. | Civil Case No. 3:17-cv-02278-X |

**[PROPOSED] ORDER GRANTING PLAINTIFF CHARLENE CARTER'S MOTION TO EXTEND TIME TO COMPLETE FACT DISCOVERY**

Before the Court is Plaintiff Charlene Carter's ("Carter") Motion to Extend Time to Complete Fact Discovery in the March 4, 2020 Scheduling Order (ECF 89). The Court grants Carter's Motion and extends the deadline to complete fact discovery from November 30, 2020, to March 5, 2021.

IT IS THEREFORE ORDERED that Carter's Motion to Extend Time to Complete Fact Discovery is GRANTED.  The Court further ORDERS that the deadline for the completion of fact discovery is March 5, 2021.

        SIGNED on _____, 2020.

        _____
        Brantley Starr
        United States District Judge