UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>　　　　　　Defendants. | Civil Case No. 3:17-cv-02278-X<br><br>**PLAINTIFF CHARLENE CARTER'S APPENDIX IN SUPPORT OF HER MOTION TO EXTEND TIME TO COMPLETE FACT DISCOVERY** |

**APPENDIX OF EXHIBITS**

A.　　Carter Correspondence with Local 556 ......................................................................App. 1

B.　　Carter Correspondence with Southwest....................................................................App. 12

Dated: November 30, 2020　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/ Matthew B. Gilliam
　　　　　　　　　　　　　　　　　　Mathew B. Gilliam (*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　New York Bar No. 5005996
　　　　　　　　　　　　　　　　　　*mbg@nrtw.org*
　　　　　　　　　　　　　　　　　　Jeffrey D. Jennings (*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　Virginia Bar No. 87667
　　　　　　　　　　　　　　　　　　*jdj@nrtw.org*
　　　　　　　　　　　　　　　　　　c/o National Right to Work Legal Defense Foundation, Inc.
　　　　　　　　　　　　　　　　　　8001 Braddock Road, Suite 600
　　　　　　　　　　　　　　　　　　Springfield, Virginia 22160
　　　　　　　　　　　　　　　　　　Tel: 703-321-8510
　　　　　　　　　　　　　　　　　　Fax: 703-321-9319

　　　　　　　　　　　　　　　　　　s/ Jason E. Winford (*with permission*)
　　　　　　　　　　　　　　　　　　David E. Watkins
　　　　　　　　　　　　　　　　　　Texas Bar No. 20922000

*dwatkins@jenkinswatkins.com*
Jason E. Winford
Texas Bar No. 00788693
*jwinford@jenkinswatkins.com*
JENKINS & WATKINS, P.C.
4300 MacArthur Avenue, Suite 165
 Dallas, Texas 75209
Tel: 214-378-6675
Fax: 214-378-6680


*Attorneys for Plaintiff Charlene Carter*

## Certificate of Service

I hereby certify that on November 30, 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Matthew B. Gilliam