IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § | |
| | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 03:17-cv-02278-S |
| v. | § | |
| | § | |
| SOUTHWEST AIRLINES CO., AND | § | |
| TRANSPORT WORKERS UNION | § | |
| OF AMERICA LOCAL 556, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

On this date the Court considered Plaintiff's Motion to Compel Discovery and Defendants' Opposition to Plaintiff's Motion to Compel. After carefully considering the Motions, the Court determines that Plaintiff's Motion should be DENIED.

SIGNED this the _____ day of _____, 2020.