UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>             Plaintiff,<br><br>V.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>             Defendants. | Civil Case No. 3:17-cv-02278-X |

**[Proposed] Order Granting the Unopposed Motion
of Attorney Jeffrey D. Jennings to Withdraw**

Before the Court is the Unopposed Motion of Attorney Jeffrey D. Jennings to Withdraw. Having considered the Motion, it is hereby ORDERED that the Motion is GRANTED, and that Jeffrey D. Jennings is withdrawn as counsel for Plaintiff Charlene Carter in this matter. Carter remains represented by attorneys Mathew B. Gilliam, Jason E. Winford, and David E. Watkins.

SIGNED on _____, 2021.

_____
Brantley Starr
United States District Judge

1