# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § § § | |
| Plaintiff, | § | Civil Action No. 03:17-cv-02278-S |
| v. | § § | |
| SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA LOCAL 556, | § § § § | |
| Local 556s. | § § | |

## ORDER GRANTING DEFENDANT TWU LOCAL 556'S UNOPPOSED MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE

On this day, the Court heard Defendant TWU Local 556's Unopposed Motion to Extend the Dispositive Motion Deadline.

The Court, having considered the Motion, is of the opinion that the Motion should be GRANTED. It is, therefore:

ORDERED that the dispositive motion deadline be extended, for all parties, from **May 5, 2021 to May 12, 2021.**

Signed on this _____ day of _____, 2021.

_____