UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER, | § Civil Case No. 3:17-cv-02278-X |
| Plaintiff, | § |
| v. | § |
| SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556, | § |
| Defendants. | § |

## NOTICE OF APPEARANCE OF PAULO B. McKEEBY

Please take notice that Paulo B. McKeeby of the law firm Reed Smith LLP hereby enters his appearance as one of the counsel of record for Defendant Southwest Airlines Co.

Dated: June 25, 2021

Respectfully submitted,

*/s/ Paulo B. McKeeby*
Paulo B. McKeeby
State Bar No. 00784571
Brian K. Morris
State Bar No. 24108707
**REED SMITH LLP**
2850 N. Harwood Street
Suite 1500
Dallas, Texas 75201
Phone: 469-680-4200
Facsimile: 469-680-4299
pmckeeby@reedsmith.com
bmorris@reedsmith.com

**ATTORNEYS FOR DEFENDANT SOUTHWEST AIRLINES CO.**

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been filed via the Court's ECF system and all counsel of record have been served on this 25th day of June, 2021.

       */s/ Paulo B. McKeeby*
       Paulo B. McKeeby