UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | Civil Case No. 3:17-cv-02278-X |

**JOINT REPORT ON THE STATUS OF SETTLEMENT NEGOTIATIONS**

Pursuant to the Court's May 5, 2021 Revised Scheduling Order (ECF 154, ¶6 p.2), Plaintiff Charlene Carter ("Carter"), Defendant Southwest Airlines Co. ("Southwest"), and Defendant Transport Workers Union of America, Local 556 ("Local 556") (collectively, "the Parties"), through their counsel of record, submit their Joint Report on the Status of Settlement Negotiations.

Pursuant to this Court's April 17, 2018 Order Setting Status Conference (ECF 38), the Parties conferred about settlement prospects and mediation, but could not reach any agreements about settlement, and did not conduct mediation at that time. On January 8-9, 2019, counsel conferred again regarding the desirability of mediation prior to the Court's decision on the Defendants' pending Motions to Dismiss. The Parties agreed that they would not be able to reach any resolution through mediation at that time. (ECF 66-1).

Carter's and Southwest's counsel held a telephone call to discuss their respective settlement positions around February 2020, but they could not reach any agreement, and no offers were made. Carter's counsel emailed Southwest's attorneys on September 29, 2020, regarding her settlement

1

position, but they did not conduct any further discussions at that time. Carter's and Local 556's counsel conducted a telephone call on or about October 7, 2020, to discuss their respective settlement positions, but they could not reach any agreements. Carter was seeking reinstatement as part of her settlement position, and Local 556's position was that it could not reinstate her employment.

On June 14, 2021, the Parties held mediation during which they engaged in settlement negotiations for more than eight hours with the Hon. Karen Willcutts serving as mediator. The Parties were not successful in reaching any settlement of the claims. Following mediation, Carter's and Local 556's counsel again discussed settlement prospects on or about July 6, 2021. Carter's and Southwest's counsel discussed settlement prospects again on August 17, 2021. Despite these discussions, the Parties have not been able to reach any agreements. At this juncture, there are no outstanding offers or settlement demands.

DATED: August 26, 2021                                    Respectfully submitted,


By: s/ Jason E. Winford (*with permission*)              By: s/ Paulo B. McKeeby (*with permission*)
David E. Watkins                                          Paulo B. McKeeby
Texas Bar No. 20922000                                    Texas Bar No. 00784571
dwatkins@jenkinswatkins.com                               pmckeeby@reedsmith.com
Jason E. Winford                                          Brian K. Morris
Texas Bar No. 00788693                                    Texas Bar No. 24108707
jwinford@jenkinswatkins.com                               bmorris@reedsmith.com
JENKINS & WATKINS, P.C.                                   REED SMITH LLP
4300 MacArthur Avenue, Ste. 165                           2850 N. Harwood Street, Suite 1500
Dallas, Texas 75209                                       Dallas, Texas 75201
Tel: 214-378-6675                                         Tel: 469-680-4200
Fax: 214-378-6680                                         Fax: 469-680-4299

                                                          ***Attorneys for Defendant Southwest***
                                                          ***Airlines Co.***
By: s/ Matthew B. Gilliam
Matthew B. Gilliam (*pro hac vice*)
New York Bar No. 5005996                                  By: s/ Adam S. Greenfield (*with permission*)
mbg@nrtw.org                                              Edward B. Cloutman, III

c/o National Right to Work Legal Defense
Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Tel: 703-321-8510
Fax: 703-321-9319

*Attorneys for Plaintiff*

Texas Bar No. 04411000
*ecloutman@lawoffices.email*
Adam S. Greenfield
Texas Bar No. 24075494
*agreenfield@candglegal.com*
LAW OFFICE OF CLOUTMAN
& GREENFIELD, P.L.L.C.
3301 Elm Street
Dallas, Texas 75226-1637
Tel: 214-939-9222
Fax: 214-939-9229

*Attorneys for Defendant Transport
Workers Union of America, Local 556*

## CERTIFICATE OF SERVICE

I certify that, on this day, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Matthew B. Gilliam<br>
*Attorney for Plaintiff Charlene Carter*