**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **CHARLENE CARTER,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | Civil Action No. 03:17-cv-02278-X |
| **v.** | § | |
| | § | |
| **SOUTHWEST AIRLINES CO., AND** | § | |
| **TRANSPORT WORKERS UNION** | § | |
| **OF AMERICA LOCAL 556,** | § | |
| | § | |
| **Local 556s.** | § | |

**ORDER GRANTING DEFENDANT TWU LOCAL 556'S UNOPPOSED MOTION
TO EXTEND THE DISPOSITIVE MOTION DEADLINE**

On this day, the Court heard Defendant TWU Local 556's Unopposed Motion to Extend the Dispositive Motion Deadline.

The Court, having considered the Motion, is of the opinion that the Motion should be GRANTED. It is, therefore:

ORDERED that the dispositive motion deadline be extended, for all parties, from **September 2, 2021 to September 9, 2021.**

Signed on this _____ day of _____, 2021.

_____