IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § | |
| | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 03:17-cv-02278-S |
| v. | § | |
| | § | |
| SOUTHWEST AIRLINES CO., AND | § | |
| TRANSPORT WORKERS UNION | § | |
| OF AMERICA LOCAL 556, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING SOUTHWEST AIRLINES CO.'S**
**<u>MOTION FOR SUMMARY JUDGMENT</u>**

After considering Defendant Southwest Airlines Co.'s ("Southwest") Motion for Summary Judgment, the response, all evidence on file, and all arguments presented by the parties, the Court hereby grants Southwest's motion for summary judgment in its entirety. Southwest's Motion is GRANTED.

IT IS SO ORDERED.

Signed this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE

1