UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| CHARLENE CARTER, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case No. 3:17-cv-02278-X |
| | § | |
| SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT SOUTHWEST AIRLINES CO.'S APPENDIX IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT**

| Exhibit | Document | Appendix Pages |
| --- | --- | --- |
| 1 | Declaration of Paulo McKeeby; Exhibits A-B | APP. 1 – 17 |
| 2 | Declaration of Mike Sims; Exhibit A | APP. 18 – 25 |
| 3 | Michael Sims Deposition Excerpts (Nov. 2, 2020) | APP. 26 – 47 |
| 4 | Ed Schneider Deposition Excerpts (Nov. 3, 2020) | APP. 48 – 109 |
| 5 | Meggan Jones Deposition Excerpts (Nov. 4, 2020) | APP. 110 – 134 |
| 6 | Maureen Emlet Deposition Excerpts (Nov. 5, 2020) | APP. 135 – 165 |
| 7 | Denise Gutierrez Deposition Excerpts (Nov. 6, 2020) | APP. 166 – 171 |
| 8 | Charlene Carter Deposition Excerpts (Nov. 20, 2020) | APP. 172 – 237 |
| 9 | Audrey Stone Deposition Excerpts (Nov. 24, 2020) | APP. 238 – 256 |
| 10 | John Parrott Deposition Excerpts (Nov. 30, 2020) | APP. 257 – 266 |
| 11 | Jessica Parker Deposition Excerpts (Nov. 30, 2020) | APP. 267 – 275 |

| Exhibit | Document | Appendix Pages |
|---|---|---|
| 12 | Lyn Montgomery Deposition Excerpts (Nov. 30, 2020) | APP. 276 – 280 |
| 13 | Brandon Hillhouse Deposition Excerpts (Nov. 30, 2020) | APP. 281 – 287 |
| 14 | Southwest Collective Bargaining Agreement | APP. 288 – 529 |
| 15 | Transcript of Arbitration Proceedings | APP. 530 – 1002 |
| 16 | Opinion and Award of Arbitrator William Lemons | APP. 1003 – 1021 |
| 17 | Carter EEOC Charge Against Southwest | APP. 1022 |
| 18 | Carter EEOC Charge Against Local 556 | APP. 1023 |
| 19 | Workplace Bullying and Hazing Policy | APP. 1024 |
| 20 | Southwest Mission Statement | APP. 1025 |
| 21 | Southwest Employee Social Media Policy | APP. 1026 |
| 22 | Southwest Policy Concerning Harassment, Sexual Harassment, Discrimination & Retaliation | APP. 1027 – 1029 |
| 23 | Read Before Fly – Jan. 11, 2013 | APP. 1030 |
| 24 | Read Before Fly – May 16, 2015 | APP. 1031 |
| 25 | Read Before Fly – Oct. 12, 2016 | APP. 1032 |
| 26 | Read Before Fly – Feb. 22, 2017 | APP. 1033 – 1034 |
| 27 | Inflight Info on the Go – Feb. 17, 2016 | APP. 1035 |
| 28 | Inflight Info on the Go – Jan. 20, 2017 | APP. 1036 |
| 29 | Carter Policy Acknowledgements | APP. 1037 – 1040 |
| 30 | Carter Facebook Messages | APP. 1041 – 1138 |
| 31 | Carter Facebook Posts | APP. 1139 – 1143 |
| 32 | Assorted Correspondence and Facebook Posts | APP. 1144 – 1156 |
| 33 | Carter Fact Finding Meeting Notes | APP. 1157 – 1174 |

| Exhibit | Document | Appendix Pages |
|---|---|---|
| 34 | Stone Fact Finding Meeting Notes | APP. 1175 – 1179 |
| 35 | Carter Termination Letter – Mar. 14, 2017 | APP. 1180 |
| 36 | Last Chance Agreement | APP. 1181 – 1186 |
| 37 | Carter Step 2 Hearing Documents and Notes | APP. 1187 – 1352 |
| 38 | Carter's Response to Interrogatory | APP. 1353 – 1359 |

Dated:  September 2, 2021

Respectfully submitted,

*/s/ Paulo B. McKeeby*
Paulo B. McKeeby
State Bar No. 00784571
Brian K. Morris
State Bar No. 24108707
**REED SMITH LLP**
2850 N. Harwood Street
Suite 1500
Dallas, Texas 75201
Phone: 469-680-4200
Facsimile: 469-680-4299
pmckeeby@reedsmith.com
bmorris@reedsmith.com

**ATTORNEYS FOR DEFENDANT SOUTHWEST AIRLINES CO.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was filed via the Court's ECF filing system which caused a copy of same to be served on all parties on this 2nd day of September, 2021.

                                            */s/ Paulo McKeeby*
                                            Paulo B. McKeeby