CONFIDENTIAL VIDEOTAPED DEPOSITION OF DENISE GUTIERREZ
Case 3:17-cv-02278-X Document 168-7 Filed 09/02/21 Page 2 of 6 PageID 2873

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHARLENE CARTER )
) CIVIL ACTION NO.
VS. ) 3:17-CV-02278-X
)
SOUTHWEST AIRLINES CO., AND )
TRANSPORT WORKERS UNION OF )
AMERICA, LOCAL 556 )

------------------------------------

CONFIDENTIAL
VIDEOTAPED DEPOSITION OF
DENISE GUTIERREZ
NOVEMBER 6, 2020

------------------------------------

ANSWERS AND DEPOSITION OF DENISE GUTIERREZ, produced as a witness at the instance of the Plaintiff, taken in the above-styled and -numbered cause on NOVEMBER 6, 2020, at 9:00 a.m., before CHARIS M. HENDRICK, a Certified Shorthand Reporter in and for the State of Texas, witness located in Dallas, Texas, County of Ellis, pursuant to the Federal Rules of Civil Procedure, the current emergency order regarding the COVID-19 State of Disaster, and the provisions stated on the record or attached hereto.

CONFIDENTIAL VIDEOTAPED DEPOSITION OF DENISE GUTIERREZ
Case 3:17-cv-02278-X Document 168-7 Filed 05/01/21 Page 2 of 6 PageID 3874

Page 9

1      Q.   Okay.  How long have you worked at
2  JPMorgan Chase?
3      A.   Since December 2nd of 2019.
4      Q.   Okay.  And when did you leave Southwest
5  Airlines Company?
6      A.   November the -- that -- that previous
7  Friday.
8      Q.   Okay.  The Friday prior to December 2nd,
9  2019?
10     A.   That's -- that's right.
11     Q.   Okay.  And what position did you hold with
12 Southwest when you left Southwest Airlines Company
13 in 2019?
14     A.   I was an employee relations investigator,
15 senior investigator.
16     Q.   Okay.  And how long were you an employee
17 relations investigator?
18     A.   For nine and a half years.
19     Q.   Okay.  All right.  And prior to working as
20 an employee relations senior investigator, what
21 position did you hold with Southwest?
22     A.   The only position I had with Southwest
23 Airlines.
24     Q.   Okay.  Have you ever worked anywhere as a
25 flight attendant?

Case 3:17-cv-02278-X Document 168-7 Filed 05/12/21 Page 3 of 6 PageID 3875
CONFIDENTIAL VIDEOTAPED DEPOSITION OF DENISE GUTIERREZ

Page 63

1  follow-up discovery.  Otherwise, we pass the
2  witness.
3          MR. CORRELL:  Southwest incorporates
4  by reference its prior objections to reopening the
5  deposition, including the depositions that --
6  objections raised in the deposition of Ms. Emlet
7  concerning Ms. Gutierrez's status as a third-party
8  witness appearing by Subpoena.  And Southwest
9  reserves the right to move or quash any additional
10 subpoenas to Ms. Gutierrez.
11                      EXAMINATION
12 BY MR. CORRELL:
13    Q.  Ms. Gutierrez, just a couple of quick
14 questions for you.  You understand that, after
15 looking at documents today, one aspect of this case
16 concerns Ms. Carter's contention that she was
17 terminated, in part, for advancing her pro-life
18 views, correct?
19    A.  I -- yes, I understand that.
20    Q.  On the issue of abortion, do you
21 personally have a view as between pro-life and
22 pro-choice?
23    A.  No, no, no.
24    Q.  Do you harbor any animus or bias against
25 individuals who espouse a pro-life view?

CONFIDENTIAL VIDEOTAPED DEPOSITION OF DENISE GUTIERREZ
Case 3:17-cv-02278-X Document 168-7 Filed 05/01/21 Page 4 of 6 PageID 3876

Page 64

1  A. No, absolutely not.

2  MR. CORRELL: I pass the witness.

3  MR. GREENFIELD: And hello,
4  Ms. Gutierrez. My name is Adam Greenfield; I am
5  counsel for defendant TWU Local 556. And you are
6  done today. I have no questions for you. I will
7  reserve the rest for time of trial and, hopefully,
8  you -- you will be done with this in the future as
9  well. Best of luck to you, ma'am.

10  THE WITNESS: Thank you. Same to you.

11  MR. CORRELL: Before -- did we already
12  lose the -- before you go, Ms. Gutierrez,
13  Ms. Hendrick, do you have any spellings or other
14  things you need from her?

15  THE REPORTER: I am good. Thank you.

16  THE VIDEOGRAPHER: We are off record
17  at 12:02 p.m. End of deposition. End of media.

18  THE REPORTER: And, Mr. Correll, do
19  you want me to send you the original for her to
20  read and sign?

21  MR. CORRELL: Yes, please. I'll relay
22  it to the witness.

23  (End of Proceedings, 12:02 p.m.)

24

25

1                REPORTER'S CERTIFICATION
2         IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
3                     DALLAS DIVISION
4    CHARLENE CARTER                )
                                    )
5                                   ) CIVIL ACTION NO.
     VS.                            ) 3:17-CV-02278-X
6                                   )
     SOUTHWEST AIRLINES CO., AND    )
7    TRANSPORT WORKERS UNION OF     )
     AMERICA, LOCAL 556             )
8
9             ------------------------------------
                           CONFIDENTIAL
10               DEPOSITION OF DENISE GUTIERREZ
                       NOVEMBER 6, 2020
11                     (REPORTED REMOTELY)
              ------------------------------------
12
13         I, CHARIS M. HENDRICK, Certified Shorthand
14   Reporter in and for the State of Texas, do hereby
15   certify to the following:
16         That the witness, DENISE GUTIERREZ, was by
17   me duly sworn and that the transcript of the oral
18   deposition is a true record of the testimony given
19   by the witness.
20         I further certify that pursuant to Federal
21   Rules of Civil Procedure, Rule 30(e)(1)(A) and (B)
22   as well as Rule 30(e)(2), that review of the
23   transcript and signature of the deponent:
24     __xx__ was requested by the deponent and/or a
25   party before completion of the deposition.

Case 3:19-cv-02281-K   Document 168-7   Filed 09/02/21   Page 6 of 6   PageID 3876
CONFIDENTIAL VIDEOTAPED DEPOSITION OF DENISE GUTIERREZ

Page 68

1    _____ was not requested by the deponent and/or
2    a party before the completion of the deposition.
3          I further certify that I am neither
4    attorney  nor counsel for, nor related to or
5    employed by any of the parties to the action in
6    which this deposition is taken and further that I
7    am not a relative or employee of any attorney of
8    record in this cause, nor am I financially or
9    otherwise interested in the outcome of the action.
10         The amount of time used by each party at
11   the deposition is as follows:
12         Mr. Gilliam - 2:42 hours/minutes
13         Mr. Correll - 2 minutes
14
15         Subscribed and sworn to on this 12th day
16   of November, 2020.
17
18
19         *Charis M. Hendrick*
           CHARIS M. HENDRICK, CSR # 3469
20         Certification Expires: 10-31-21
           Bradford Court Reporting, LLC
21         7015 Mumford Street
           Dallas, Texas  75252
22         Telephone 972-931-2799
           Facsimile 972-931-1199
23         Firm Registration No. 38
24
25