Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHARLENE CARTER )
) CIVIL ACTION NO.
VS. ) 3:17-CV-02278-X
)
SOUTHWEST AIRLINES CO., AND )
TRANSPORT WORKERS UNION OF )
AMERICA, LOCAL 556 )

------------------------------------

CONFIDENTIAL
VIDEOTAPED DEPOSITION OF
AUDREY STONE
NOVEMBER 24, 2020

------------------------------------

ANSWERS AND DEPOSITION OF AUDREY STONE, produced as a witness at the instance of the Plaintiff, taken in the above-styled and -numbered cause on NOVEMBER 24, 2020, at 9:07 a.m., before CHARIS M. HENDRICK, a Certified Shorthand Reporter in and for the State of Texas, witness located at Gillespie Sanford LLP, 4803 Gaston Avenue, Dallas, Texas, pursuant to the Federal Rules of Civil Procedure, the current emergency order regarding the COVID-19 State of Disaster, and the provisions stated on the record or attached hereto.

1  that?
2        THE REPORTER: Yes -- yes, sir.
3     Q. (By Mr. Gilliam) All right. I will move
4  forward here. Okay. Ms. Stone, are you -- do you
5  recall any union members who resigned from the
6  union, I guess, while you were president?
7     A. Yes.
8     Q. Okay. And do you know -- do you know what
9  an objector is?
10    A. Yes, I do.
11    Q. Okay. And what is an objector?
12    A. Someone who resigns their union
13  membership. They still pay their union dues; it's
14  deducted from their paycheck just like a member,
15  but under the TWU International agency fee policy,
16  a percentage of their dues is refunded based upon
17  the calculation that International uses under their
18  policy -- portion of their dues is refunded; and
19  it's the portion of dues that's not directly
20  related to the basic running of the day-to-day
21  operation, grievances, negotiating, enforcing
22  contract. Specifically, anything that's political
23  or legislative related; that's a portion of their
24  dues that comes back to them.
25              And with the resignation of union

CONFIDENTIAL VIDEOTAPED DEPOSITION OF AUDREY STONE
Case 3:17-cv-02278-X Document 168-9 Filed 09/02/21 Page 3 of 19 PageID 2947

Page 87

1  membership, when they became an objector, an agency
2  fee objector, they also resign their union
3  membership in that they can no longer vote on any
4  elections within TWU Local 556. They can't vote on
5  the tentative agreement or any side letters. They
6  can't attend any membership meeting. They still,
7  of course, have the right to be represented in any
8  grievance matter that should arise if they filed.
9       Q.  Okay. Now, when you became president,
10 were there any objectors?
11      A.  Yes.
12      Q.  Okay. How many objectors were there when
13 you became president?
14      A.  I don't know exactly how many. There had
15 typically been, let's say, a handful during my
16 union career up to that point.
17      Q.  Okay. And by handful, do you mean less
18 than five?
19      A.  Probably around -- around five.
20 Definitely less than 10.
21      Q.  Okay. Okay. And, now, at -- at some
22 point after you became president, did more people
23 resign and become objectors?
24      A.  Yes.
25      Q.  Okay. And when -- when did that start to

CONFIDENTIAL VIDEOTAPED DEPOSITION OF AUDREY STONE
Case 3:17-cv-02278-X Document 168-9 Filed 09/02/21 Page 4 of 19 PageID 2943

Page 200

1  the enforcement of the social media policies?
2       A.  No, not that I can recall.
3       Q.  Okay.  And turning to the second page of
4  the February 22nd, 2017 read-before-fly, had you
5  communicated with -- with anyone in Southwest
6  management about that read fly -- read-before-fly
7  being issued before it was issued?
8       A.  No.  I don't recall knowing that this one
9  was -- at the time.
10      Q.  Okay.  All right.  Switching gears a
11  little bit.  Now, you attended the January 2017
12  women's march; is that correct?
13      A.  Yes.
14      Q.  Okay.  And did you help organize that
15  event?
16      A.  I wasn't -- I -- I assisted, yes.
17      Q.  Okay.  And how did you assist with the
18  organization of that event?
19      A.  I assisted the chairperson of the
20  committee; that's how I found out even about
21  anything related to the event.  And she came to me
22  and told me that there were a group -- there were
23  flight attendants throughout the system reaching
24  out -- had reached out to her asking her if the
25  committee -- you know, wanting to know how they

CONFIDENTIAL VIDEOTAPED DEPOSITION OF AUDREY STONE
Case 3:17-cv-02278-X   Document 168-9   Filed 05/03/21   Page 5 of 19   PageID 2949

Page 201

1  could get more involved; wanting to know if there
2  were any events coming up.
3              She said that there were some flight
4  attendants that were talking about wanting to go to
5  the -- the march in DC and asked me if I thought
6  that could be -- just that -- could be a union
7  event.
8       Q.  Okay.  And did you say you thought it
9  could be a union event?
10      A.  No.  I actually told her that the women's
11 march itself wasn't something that I believed would
12 fall under general, you know, union business or
13 even the committee.  But I encouraged her to reach
14 out to the chairperson of the TWU International
15 women's committee and see if there was work that
16 could be done through the committee; that, earlier
17 that week, if flight attendants wanted to volunteer
18 their time and actually do some official committee
19 work.
20              And then if they chose to stay over
21 and go to the march on their own time -- because I
22 believe it was a Saturday -- that she could look at
23 doing that; or that was my opinion.  If she had the
24 money in her budget, her committee budget, to pay
25 for any of the -- the travel expenses for the

CONFIDENTIAL VIDEOTAPED DEPOSITION OF AUDREY STONE
Case 3:17-cv-02281-X  Document 168-9  Filed 09/03/21  Page 6 of 19  PageID 2950

Page 202

```
 1   actual meeting.
 2        Q.  Okay.  And did you also decide to attend
 3   the women's march?
 4        A.  Yes, part of it.
 5        Q.  Okay.  How many days was the women's
 6   march?
 7        A.  I believe -- I believe the march was just
 8   one day.
 9        Q.  Was just one day?
10        A.  The march -- the women's march in DC?
11        Q.  Yes.
12        A.  Yes.  I believe it was just one day.
13        Q.  Okay.  Now, were you there for related
14   events for several days?
15        A.  Yes.
16        Q.  Okay.  And how many days were you in
17   Washington, DC for the march?
18        A.  I was only in DC for the march for half a
19   day.  I was in DC for other events not related to
20   the march for a couple of days.
21        Q.  Okay.  What were the other events you were
22   in DC for?
23        A.  A meeting at TWU national headquarters
24   that was chaired by our local committee
25   chairperson, as well as facilitated by the TWU
```

App. 243

CONFIDENTIAL VIDEOTAPED DEPOSITION OF AUDREY STONE
Case 3:17-cv-02278-X  Document 168-9  Filed 09/02/21  Page 7 of 19  PageID 2551

Page 210

1   for two videos that she sent me that contained very
2   disturbing graphic images of -- allegedly of a
3   pregnancy that had been terminated and the -- the
4   fetus.
5       Q.  Okay.  And who did you report these videos
6   to?
7       A.  I reported them to my inflight base
8   manager.
9       Q.  Okay.  Did you also report them to Naomi
10  Hudson and Sonya Lacore?
11      A.  Yes.  I CC'd them on my report.
12      Q.  Okay.  And after you reported it to them,
13  did Naomi contact you about your complaint?
14      A.  No.
15      Q.  Okay.  You -- so after -- at no point
16  after reporting Ms. Carter did you ever hear
17  anything about your complaint from Naomi Hudson?
18      A.  Not to my recollection, no.
19      Q.  Okay.  At any point after reporting
20  Ms. Carter, did you hear from Sonya Lacore?
21      A.  No.  Not after my complaint, no.
22      Q.  Okay.  After you reported Ms. Carter to
23  Suzanne Stephensen, who from Southwest management
24  did you hear from?
25      A.  I believe Suzanne emailed me back

CONFIDENTIAL VIDEOTAPED DEPOSITION OF AUDREY STONE
Case 3:19-cv-02281-X Document 168-9 Filed 09/03/21 Page 8 of 19 PageID 2952

Page 212

1    Q.  Okay.  Now, Ms. Carter had been sending
2  you messages for a long time; is that correct?
3    A.  Yes.
4    Q.  Okay.  Had you ever opened any of those
5  messages you had received from Ms. Carter before?
6    A.  Some of them, yes.
7    Q.  Okay.  And you didn't respond to any of
8  those messages; is that correct?
9    A.  Yes.
10   Q.  Okay.  And why did you not respond to any
11 of Ms. Carter's prior messages?
12   A.  They were all ugly and hateful and were
13 not asking me questions, the ones that I read; they
14 were calling me names.  And there was -- and they
15 were also sent to my personal -- you know,
16 Messenger.  And I didn't feel like there was
17 anything that would -- anything good that would
18 come out of me responding to any of the vile
19 messages she sent.
20   Q.  Were you reporting Ms. Carter, in part,
21 because of all of the prior messages she had sent?
22   A.  No.  Not at the moment I reported it, no.
23   Q.  Okay.  And -- all right.  Where were you
24 when you had received these messages from
25 Ms. Carter?

CONFIDENTIAL VIDEOTAPED DEPOSITION OF AUDREY STONE
Case 3:17-cv-02281-A Document 168-9 Filed 05/03/21 Page 9 of 19 PageID 2953

Page 225

1    was an objector at that time.

2        Q.   Are there any other times you recall
3    successfully getting discipline reduced for a union
4    objector?

5        A.   That I was directly involved in or the
6    union?

7        Q.   Let's take them in pieces.  First, that
8    you were directly involved in.

9        A.   Right now, I can't think of any others off
10   the top of my head that I was personally, you know,
11   involved in.

12       Q.   Were you aware of the union working to get
13   better outcomes for objectors during your tenure as
14   president?

15       A.   Yes.

16       Q.   Did you ever do anything to discourage
17   union representatives from trying to get better
18   outcomes for objectors?

19       A.   No.

20       Q.   And earlier today, you also testified a
21   bit about a trip to DC in January of 2017 that also
22   involved you going to the women's march; do you
23   remember that testimony?

24       A.   Yes.

25       Q.   And I believe you testified that prior to

1  the march, there was a women's committee meeting;
2  is that right?
3       A.  Yes.
4       Q.  What was the purpose of that women's
5  committee meeting that you attended?
6       A.  Prior to that point, our women's committee
7  within Local 556 just -- there -- there wasn't a
8  lot of activity.  There hadn't been a lot of
9  interest.  At one point, we took applications for
10 the chairperson position and no one even applied.
11 So it was -- it was really the -- the first time
12 our local had had any kind of real interest from
13 females or males wanting to be a part of work
14 through that committee.
15           So it was kind of a kickoff and --
16 because it was a committee that had been long
17 established within TWU International.  And the
18 chairperson of that committee was, at that time,
19 still a 556 member, who has passed away, but it was
20 a cause near and dear to her heart, so she was more
21 than happy to help facilitate, help host, help
22 organize it.  So the purpose was to bring 556
23 members in from around the nation who had, on their
24 own, reached out to our -- the chairperson saying,
25 hey, I -- I am interested.  I want to get involved.

1 So the purpose was to -- to introduce
2 them; to try to foster that; to help actually talk
3 about where the committee could go in the future.
4 It resulted even in a name change of the committee
5 came out of that meeting. As I mentioned earlier,
6 Liz Schuler was very high up within AFL-CIO; came
7 and spoke about her leadership career.
8 We volunteered to do work with Working
9 America, a group based out of DC that helps
10 employees that aren't represented by a bargaining
11 unit. It helps -- but it's -- they help them lobby
12 and -- and advocate for better, you know,
13 conditions and rights at work. Those are -- those
14 are some of the things that the meeting --
15 Q. Was the women's committee meeting itself
16 about abortion?
17 A. No, not at all.
18 Q. Was it even discussed in your involvement
19 with the women's committee meeting?
20 A. It was never discussed.
21 Q. How was the trip to DC for the women's
22 committee meeting funded?
23 A. Southwest Airlines provided the free
24 travel for -- for flight attendants. All of the
25 other flight attendants volunteered their time for

```
 1      Q.  Was it mandatory for folks who were coming
 2   out for this trip to attend that portion of the
 3   trip?
 4      A.  Yes.  They all understood that the purpose
 5   of the trip to DC was -- was for the working
 6   women's committee meeting.
 7      Q.  What about the march; was attendance at
 8   the march mandatory?
 9      A.  No.
10      Q.  Did anyone not stay for the march?
11      A.  I think so.  I think there were some
12   flight attendants that -- that left by Friday
13   evening.
14      Q.  Having completed the women's --
15      A.  I --
16      Q.  Oh, please go ahead.
17      A.  And there were also flight attendants that
18   didn't stay for the entire march, myself included.
19   I was only there for the first part of the day.
20      Q.  When you say that -- and -- and -- with --
21   about the march, was there actually, like, a march
22   route that everyone walked the whole day or was
23   this a stationary thing?  Can you kind of give me a
24   sense of what you mean when you say you stayed for
25   part of it, but there was more to it?
```

```
 1      A.   No.
 2      Q.   Had you ever exchanged emails with her?
 3      A.   Not exchange.  She had sent emails to
 4  either the board or a committee -- email
 5  distribution address that I was also on.
 6      Q.   Did you ever receive emails from her that
 7  were directly addressed to you?
 8      A.   No, not that I recall.
 9      Q.   And you testified earlier today that, at
10  some point, you received private messages through
11  Facebook Messenger from Ms. Carter about abortion
12  and your attendance at the women's march, right?
13      A.   Yes.
14      Q.   And you also testified earlier today that
15  prior to receiving those messages, you'd received
16  other private Facebook Messenger messages from
17  Ms. Carter on other topics, right?
18      A.   Yes.
19      Q.   About how many messages would you say you
20  received from Ms. Carter through Facebook
21  Messenger?
22      A.   Probably at least 100.
23      Q.   Was -- was that unusual, in your
24  experience, to get that many messages from a flight
25  attendant through Facebook Messenger?
```

Bradford Court Reporting, LLC    972.931.2799    www.bradfordreporting.com

CONFIDENTIAL VIDEOTAPED DEPOSITION OF AUDREY STONE
Case 3:17-cv-02278-X    Document 165    Filed 09/02/21    Page 14 of 26    PageID 2058

Page 241

1  do need to ask you a couple of questions about
2  them.
3           First of all, in the first couple of
4  messages there, there are images that have a play
5  symbol on them.  Were those, in fact, videos that
6  were sent to you?
7       A.  Yes.
8       Q.  Did you have to click play for them to
9  start playing?
10      A.  I -- I think so, but when I opened my IM
11 that day and opened -- however I opened my instant
12 messenger that day, her message was at the top and
13 it was the video and it started -- one of them
14 started playing.
15      Q.  Did the videos contain any audio?
16      A.  Yes.
17      Q.  What do you recall about the audio from
18 the videos that you received?
19      A.  That there was a voice in the background
20 that said, look, it's still alive; it's moving.
21 Something like that.
22      Q.  What impact did receiving these messages
23 have on you when you opened up your Facebook
24 Messenger in the Denver airport?
25      A.  I completely fell apart.  I started

Page 242

1  sobbing. I had to leave the gate area. And my
2  flight had started boarding already. I had to
3  leave the gate area and go to the women's restroom
4  to try to compose myself. I was worried I wasn't
5  going to be able to get on the flight because I was
6  -- am still -- very recognizable by flight
7  attendants. And I was afraid that if I boarded the
8  flight and anybody saw me crying, that would be the
9  next post on social media about me.
10             And so I called -- I called one of my
11 best friends and told her I just -- I needed to
12 hear a friendly voice. And that I needed her to
13 talk to me about something, anything that wasn't
14 Southwest; that I had a flight I needed to get on
15 and I wasn't in an emotional state to be able to do
16 it.
17     Q.  Did you interpret these messages in any
18 way as Ms. Carter inviting you to a conversation?
19     A.  Absolutely not.
20     Q.  Why not?
21     A.  They were -- are you asking about the
22 videos specifically or all of the messages?
23     Q.  I mean the videos specifically regarding
24 abortion and the messages surrounding the videos
25 regarding abortion.

App. 252

Case 3:17-cv-02278-X Document 165 Filed 09/02/21 Page 16 of 19 PageID 2050
CONFIDENTIAL VIDEOTAPED DEPOSITION OF AUDREY STONE

Page 243

```
 1      A.  No, I did not believe that it was to start
 2   a conversation because they were so awful.  One of
 3   the messages said that we had supported that when
 4   referenced murder.
 5      Q.  Did you feel you were being accused of
 6   being a murderer?
 7      A.  Yes.
 8      Q.  And in one of those messages that you have
 9   just looked at, it concludes with the line, can't
10   wait to see you back on line.
11          Do you recall reading that?
12      A.  Yes.
13      Q.  What did you interpret that to mean?
14      A.  I interpreted it as a threat that she or
15   someone she was friendly with would be looking for
16   me when I came back on line, especially because
17   this was after flight attendants had talked about
18   physically hurting me when I came back on line.
19      Q.  Did that portion of Ms. Carter's message
20   encourage you to report what had happened to the
21   company?  And please take your time, Ms. Stone.
22      A.  Yes.
23      Q.  Ms. Stone, next, I am going to want to
24   direct you to what has been previously circulated
25   as Document 6-A.
```

1   a union objector?
2       A.  No.
3       Q.  Did you report Ms. Carter because she was
4   pro-life?
5       A.  No.
6       Q.  Did you report Ms. Carter because she
7   purports to advance her views based on her
8   Christian beliefs?
9       A.  No.
10      Q.  Rather than have you retell us everything
11  you have already said, I just want to make sure we
12  have covered a couple of points about what happened
13  after you made your report.  So you initially made
14  your report to your base manager; is that correct?
15      A.  Yes.  And as --
16      Q.  Why -- why did you choose to go to your
17  base manager as opposed to somebody else?
18      A.  Because I was reporting it as -- as a
19  flight attendant, and that was the highest leader
20  at my domicile.
21      Q.  And you testified that the next person you
22  heard from was Ed Schneider; is that correct?
23      A.  Yes, that's correct.
24      Q.  And did you engage with Mr. Schneider
25  prior to the investigation call that you testified

1                REPORTER'S CERTIFICATION

2          IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF TEXAS
3                    DALLAS DIVISION

4   CHARLENE CARTER                )
                                    )
5                                   ) CIVIL ACTION NO.
    VS.                             ) 3:17-CV-02278-X
6                                   )
    SOUTHWEST AIRLINES CO., AND    )
7   TRANSPORT WORKERS UNION OF     )
    AMERICA, LOCAL 556             )
8

9          ----------------------------------

10              DEPOSITION OF AUDREY STONE
                     NOVEMBER 24, 2020
11                   (REPORTED REMOTELY)

12         ----------------------------------

13

14          I, CHARIS M. HENDRICK, Certified Shorthand

15   Reporter in and for the State of Texas, do hereby

16   certify to the following:

17          That the witness, AUDREY STONE, was by me

18   duly sworn and that the transcript of the oral

19   deposition is a true record of the testimony given

20   by the witness.

21          I further certify that pursuant to Federal

22   Rules of Civil Procedure, Rule 30(e)(1)(A) and (B)

23   as well as Rule 30(e)(2), that review of the

24   transcript and signature of the deponent:

25       __xx__ was requested by the deponent and/or a

Case 3:17-cv-02278-X Document 165-9 Filed 09/02/21 Page 19 of 19 PageID 2163
CONFIDENTIAL VIDEOTAPED DEPOSITION OF AUDREY STONE

Page 261

1  party before completion of the deposition.

2  _____ was not requested by the deponent and/or

3  a party before the completion of the deposition.

4  I further certify that I am neither

5  attorney nor counsel for, nor related to or

6  employed by any of the parties to the action in

7  which this deposition is taken and further that I

8  am not a relative or employee of any attorney of

9  record in this cause, nor am I financially or

10 otherwise interested in the outcome of the action.

11 The amount of time used by each party at

12 the deposition is as follows:

13      Mr. Gilliam - 6:58 hours/minutes

14      Mr. Correll - 1:07 hours/minutes

15      Mr. Greenfield - 8 minutes

16

17 Subscribed and sworn to on this 4th day of

18 December, 2020.

19

20

21 _____
   CHARIS M. HENDRICK, CSR # 3469
22 Certification Expires: 10-31-21
   Bradford Court Reporting, LLC
23 7015 Mumford Street
   Dallas, Texas  75252
24 Telephone 972-931-2799
   Facsimile 972-931-1199
25 Firm Registration No. 38