IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHARLENE CARTER              )
                             )
                             ) CIVIL ACTION NO.
VS.                          ) 3:17-CV-02278-X
                             )
SOUTHWEST AIRLINES CO., AND  )
TRANSPORT WORKERS UNION OF   )
AMERICA, LOCAL 556           )


-----------------------------------

CONFIDENTIAL
TWU LOCAL 556 30(b)(6)
ORAL DEPOSITION OF
LYN MONTGOMERY
NOVEMBER 30, 2020

-----------------------------------


        ANSWERS AND DEPOSITION OF LYN MONTGOMERY,
produced as a witness at the instance of the
Plaintiff, taken in the above-styled and -numbered
cause on NOVEMBER 30, 2020, at 10:10 a.m., before
CHARIS M. HENDRICK, a Certified Shorthand Reporter
in and for the State of Texas, witness located in
Grapevine, Texas, pursuant to the Federal Rules of
Civil Procedure, the current emergency order
regarding the COVID-19 State of Disaster, and the
provisions stated on the record or attached hereto.

Page 17

1    Denver, Jessica Parker.

2        Q.  Okay.  And was she appointed to chair that

3    committee?

4        A.  Yes.

5        Q.  Okay.  When was she appointed to chair

6    that committee?

7        A.  I am not sure when she began, but she was

8    the -- she was on the last administration, so the

9    executive board in 2018 made committee chair

10   appointments, I believe, in May and June of 2018.

11   And she was the current chairperson and the board

12   elected for her to remain.

13             MR. GREENFIELD:  And, Mr. Gilliam, if

14   I may interject for expediency's sake, we will also

15   be producing Ms. Parker this afternoon if you want

16   further details on that so you don't have to dive

17   into it with Ms. Montgomery.

18             MR. GILLIAM:  Okay.  All right.  All

19   right.  I appreciate that.

20             MR. GREENFIELD:  Yes, sir.

21       Q.  (By Mr. Gilliam)  Now, are you familiar

22   with a -- what an agency fee objector is?

23       A.  Yes.

24       Q.  Okay.  And what is an agency fee objector?

25       A.  An agency fee objector is someone who has

App. 277

Page 18

1    opted out of certain rights within the union; who,

2    for whatever reason, doesn't want to contribute to

3    -- in -- in the case with us, it's the -- the

4    percentage of dues that goes to the International.

5    So for whatever reason, they don't -- they don't

6    want to be a full member of the union and they

7    elect to opt out of the full membership of the

8    union.

9        Q.  Okay.  And have you had any flight

10   attendants who have become agency fee objectors

11   since you became president?

12       A.  So our agency fee objection lists re- --

13   actually decreased by 40 percent when I came into

14   office.  We've had some people, yes, recently,

15   object; many stating over money with COVID-19.

16   But, yes, we have had people opt in and opt out.

17       Q.  Okay.  And who maintains that list?

18       A.  The treasurer.

19       Q.  Okay.

20           MR. GREENFIELD:  And on that,

21   Mr. Gilliam, we will also be producing Mr. John

22   Parrott today for -- for any additional specifics

23   on -- on that that President Montgomery can't

24   provide to you.

25           MR. GILLIAM:  Okay.  All right.  I --

Page 23

REPORTER'S CERTIFICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHARLENE CARTER                    )
                                   )
                                   ) CIVIL ACTION NO.
VS.                                ) 3:17-CV-02278-X
                                   )
SOUTHWEST AIRLINES CO., AND )
TRANSPORT WORKERS UNION OF  )
AMERICA, LOCAL 556          )


-----------------------------------

CONFIDENTIAL
TWU LOCAL 556 30(b)(6)
DEPOSITION OF LYN MONTGOMERY
NOVEMBER 30, 2020
(REPORTED REMOTELY)

-----------------------------------


       I, CHARIS M. HENDRICK, Certified Shorthand
Reporter in and for the State of Texas, do hereby
certify to the following:
       That the witness, LYN MONTGOMERY, was by
me duly sworn and that the transcript of the oral
deposition is a true record of the testimony given
by the witness.
       I further certify that pursuant to Federal
Rules of Civil Procedure, Rule 30(e)(1)(A) and (B)
as well as Rule 30(e)(2), that review of the
transcript and signature of the deponent:

Page 24

1      __xx__ was requested by the deponent and/or a

2    party before completion of the deposition.

3      _____ was not requested by the deponent and/or

4    a party before the completion of the deposition.

5          I further certify that I am neither

6    attorney  nor counsel for, nor related to or

7    employed by any of the parties to the action in

8    which this deposition is taken and further that I

9    am not a relative or employee of any attorney of

10   record in this cause, nor am I financially or

11   otherwise interested in the outcome of the action.

12         The amount of time used by each party at

13   the deposition is as follows:

14         Mr. Gilliam - 28 minutes

15

16         Subscribed and sworn to on this 8th day of

17   December, 2020.

18

19

20         _Charis M. Hendrick_
           CHARIS M. HENDRICK, CSR # 3469
21         Certification Expires: 10-31-21
           Bradford Court Reporting, LLC
22         7015 Mumford Street
           Dallas, Texas  75252
23         Telephone 972-931-2799
           Facsimile 972-931-1199
24         Firm Registration No. 38

25

App. 280