Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHARLENE CARTER           )
                          )
                          ) CIVIL ACTION NO.
VS.                       ) 3:17-CV-02278-X
                          )
SOUTHWEST AIRLINES CO., AND )
TRANSPORT WORKERS UNION OF  )
AMERICA, LOCAL 556          )

------------------------------------

CONFIDENTIAL
TWU LOCAL 556 30(b)(6)
ORAL DEPOSITION OF
BRANDON HILLHOUSE
NOVEMBER 30, 2020

------------------------------------

ANSWERS AND DEPOSITION OF BRANDON HILLHOUSE, produced as a witness at the instance of the Plaintiff, taken in the above-styled and -numbered cause on NOVEMBER 30, 2020, at 3:07 p.m., before CHARIS M. HENDRICK, a Certified Shorthand Reporter in and for the State of Texas, witness located in Dallas, Texas, pursuant to the Federal Rules of Civil Procedure, the current emergency order regarding the COVID-19 State of Disaster, and the provisions stated on the record or attached hereto.

Case 3:17-cv-02278-X Document 160-13 Filed 09/02/22 Page 2 of 7 PageID 2989
CONFIDENTIAL DEPOSITION OF BRANDON HILLHOUSE

Page 5

1   position with the union?

2   A.  I have been in this one for about two
3   years.

4   Q.  Okay.  Now, prior to that, what position
5   did you hold with the union?

6   A.  Prior to that -- for about a year before
7   that, between 2017 and 2018, I co-chaired the
8   department.  And then prior to that, I worked as a
9   -- as a grievance filer.

10  Q.  I am sorry.  You said, prior to that, you
11  held what position?

12  A.  I worked as a grievance filer -- on the
13  grievance team as well, so from 2008 up until 2017.

14  Q.  Okay.  And in those positions, have you
15  been familiar with the -- I guess, the grievances
16  that have been filed by Southwest flight attendants
17  with Local 556?

18  A.  Yes.

19  Q.  Okay.  And are you familiar that flight
20  attendants have been disciplined under Southwest's
21  social media policy?

22  A.  Yes.

23  Q.  Okay.  And are you also familiar with the
24  fact that flight attendants have been disciplined
25  under Southwest's bullying and hazing policy?

1      A.   Yes.
2      Q.   Okay.  And have flight attendants also
3 been disciplined under Southwest's sexual
4 harassment policy?
5      A.   Yes.
6      Q.   Okay.  Now, are you familiar with how many
7 grievances related to those policies Local 556 has
8 handled in recent years?
9      A.   I -- I did try to look back just to see,
10 in general, just how many cases I could, you know,
11 look at between, like, 2013 to the present.  And
12 related to social media, it was around 200 or so.
13     Q.   Okay.  And you say 200 social media
14 policy-related grievances have been filed?
15     A.   Not necessarily grievance, but, you know,
16 grievances or fact-finding-related cases.
17     Q.   Okay.  And that was for what time period?
18     A.   I went back to about 2013 to the present.
19     Q.   Okay.  And do you know how that breaks
20 down for each year?
21     A.   I didn't break it down to years.  I kind
22 of -- I did kind of look like -- kind of broke it
23 into about three different areas.  So I did, like,
24 2013 to '14; there were -- I found about 18 cases;
25 2015 to '16, about 32; 2017 to 2018, about 29; and

CONFIDENTIAL DEPOSITION OF BRANDON HILLHOUSE
Case 3:17-cv-02278-X Document 168-13 Filed 05/02/22 Page 4 of 7 PageID 2991

Page 7

1  then from 2019 until currently, about 100.
2      Q.  That -- that was 2018 to 2019 was about
3  100?
4      A.  2017 to 2018 was around 39.  And then 2019
5  to the present was around 100.
6      Q.  Okay.  All right.  And those were either
7  -- I guess, disciplinary incidents or
8  fact-findings?
9      A.  Correct.  Yes.  They didn't all result in
10 discipline --
11     Q.  Okay.
12     A.  -- they were either a fact-finding or
13 disciplinary.
14     Q.  Okay.  Now, if a flight attendant got a
15 coach-and-counsel, would that be included in the
16 fact-finding?
17     A.  Yes, it would be.
18     Q.  Okay.  And, now, were there -- were all of
19 those numbers for Southwest's social media policy
20 as opposed to the bullying and hazing policy?
21     A.  They were -- so when I was looking, I was
22 just trying to see ones that had social media
23 involved in it.  Many times, they will also have
24 the, you know, harassment or hazing and bullying
25 policy, something like that, that -- so they're

CONFIDENTIAL DEPOSITION OF BRANDON HILLHOUSE
Case 3:17-cv-02278-X Document 168-13 Filed 05/02/22 Page 5 of 7 PageID 2992

Page 32

1    Q. Has -- has Southwest ever discussed taking
2 a different, I guess, position on enforcement?
3    A. No. They seem pretty happy with the way
4 they do it.
5    Q. Okay. And has -- has Southwest taken that
6 same position going back five years?
7    A. I mean, they -- I'd say for -- we -- we've
8 definitely seen an increase in social media cases.
9 So for what reason, I couldn't answer. I mean, but
10 they are the ones that investigate it. So we are
11 seeing increasing cases come in before us.
12    Q. Okay. Now, are you familiar with Jeanna
13 Jackson?
14    A. Yes. I know who she is.
15    Q. Okay. Are you familiar with any cases of
16 discipline involving Jeanna Jackson?
17    A. Not any real specifics. I know that she's
18 -- I think she -- she's had a couple, but not --
19 not any that I was specifically involved in.
20    Q. Okay. All right. Do you remember any
21 social media policy cases involving Robert Picket?
22    A. The name sounds familiar, but I don't have
23 any specifics about his case.
24    Q. Okay. All right. And do you know if
25 Southwest has issued any read-before-fly memos on

CONFIDENTIAL DEPOSITION OF BRANDON HILLHOUSE
Case 3:17-cv-02278-X   Document 168-13   Filed 05/02/22   Page 6 of 7   PageID 2993

Page 37

1                REPORTER'S CERTIFICATION
2           IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
3                      DALLAS DIVISION
4    CHARLENE CARTER                )
                                    )
5                                   ) CIVIL ACTION NO.
     VS.                            ) 3:17-CV-02278-X
6                                   )
     SOUTHWEST AIRLINES CO., AND    )
7    TRANSPORT WORKERS UNION OF     )
     AMERICA, LOCAL 556             )
8
9           ------------------------------------
10                      CONFIDENTIAL
                   TWU LOCAL 556 30(b)(6)
11           DEPOSITION OF BRANDON HILLHOUSE
                    NOVEMBER 30, 2020
12                  (REPORTED REMOTELY)
13          ------------------------------------
14
15          I, CHARIS M. HENDRICK, Certified Shorthand
16   Reporter in and for the State of Texas, do hereby
17   certify to the following:
18          That the witness, BRANDON HILLHOUSE, was
19   by me duly sworn and that the transcript of the
20   oral deposition is a true record of the testimony
21   given by the witness.
22          I further certify that pursuant to Federal
23   Rules of Civil Procedure, Rule 30(e)(1)(A) and (B)
24   as well as Rule 30(e)(2), that review of the
25   transcript and signature of the deponent:

CONFIDENTIAL DEPOSITION OF BRANDON HILLHOUSE
Case 3:17-cv-02278-X Document 168-13 Filed 09/02/21 Page 7 of 7 PageID 2994

Page 38

1     __xx__ was requested by the deponent and/or a
2  party before completion of the deposition.
3     _____ was not requested by the deponent and/or
4  a party before the completion of the deposition.
5         I further certify that I am neither
6  attorney  nor counsel for, nor related to or
7  employed by any of the parties to the action in
8  which this deposition is taken and further that I
9  am not a relative or employee of any attorney of
10 record in this cause, nor am I financially or
11 otherwise interested in the outcome of the action.
12         The amount of time used by each party at
13 the deposition is as follows:
14         Mr. Gilliam - 52 minutes
15
16         Subscribed and sworn to on this 8th day of
17 December, 2020.
18
19
20         _____
           CHARIS M. HENDRICK, CSR # 3469
21         Certification Expires: 10-31-21
           Bradford Court Reporting, LLC
22         7015 Mumford Street
           Dallas, Texas  75252
23         Telephone 972-931-2799
           Facsimile 972-931-1199
24         Firm Registration No. 38
25