# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form.

ENTER CHARGE NUMBER
☐ FEPA
☐ EEOC

Colorado Civil Rights Division _____ and EEOC
(State or local Agency, if any)

| NAME (Indicate Mr., Ms., or Mrs.) | HOME TELEPHONE NO. (Include Area Code) |
|---|---|
| Ms. Charlene Carter | (214) 642-6510 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 6582 S. Queensburg Ct. | Aurora, Colorado 80016 | Arapahoe |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| Southwest Airlines Co. | Apprx. Thousands | (800) 435-9792 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| 7640 Undergrove Street, Unit E | Denver, CO 80249 |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))
☐ RACE  ☐ COLOR  ☐ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN
☐ AGE  ☐ RETALIATION  ☐ OTHER (Specify)

DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (Month, day, year)
March 14, 2017

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s)):

1. I am a Christian who believes that abortion is the taking of a human life contrary to the teachings of the Bible and the will of God.
2. My sincere religious beliefs require me to share with others that abortion is the taking of a human life.
3. My employer (Southwest Airlines), and the union which represents me (Transport Workers Union of America Local 556), both support abortion. I believe that the union even promotes abortion with my compulsory union fees.
4. In February 2017, I posted and sent Facebook messages opposing abortion in accord with my religious beliefs. This included sending Facebook messages on February 14, 2017, to the President of the union who was actively involved in promoting abortion rights.
5. The President of the union never told me that she objected to my Facebook messages, nor did she block them.
6. Southwest never warned me that using Facebook to protect life was inconsistent with its work rules.
7. Other Southwest flight attendants have posted on Facebook that they would like to kill a fellow employee or posted pictures of guns threatening the lives of fellow Southwest employees.
8. As a result of my Facebook posts and messages that opposed abortion, and without prior warning that such activities violated its work rules, my employer fired me on March 14, 2017. Having a pro-choice position on abortion is not a requirement for performing my duties as a flight attendant.
9. As a result of the foregoing, my employer discriminated against me on the basis of my sincerely held religious beliefs and speech, and engaged in quid pro quo religious harassment, in violation of my rights under Title VII of the Civil Rights Act of 1964, as amended, and parallel state laws.

☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT
Charlene G. Carter

_Charlene Carter_
Date 9/7/2017   Charging Party (Signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) 7th, Sept 2017

EEOC FORM 5   PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE

KIMBERLY GABEL
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034005904
MY COMMISSION EXPIRES 03/30/2019

EXHIBIT 0008

App. 1022