## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form.

**ENTER CHARGE NUMBER**
- [ ] FEPA
- [ ] EEOC

Colorado Civil Rights Division

_(State or local Agency, if any)_ — and EEOC

**NAME** (Indicate Mr., Ms., or Mrs.)
Ms. Charlene Carter

**HOME TELEPHONE NO.** (Include Area Code)
(214) 642-6510

**STREET ADDRESS**
6582 S. Queensburg Ct.

**CITY, STATE AND ZIP CODE**
Aurora, Colorado 80016

**COUNTY**
Arapahoe

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** (If more than one list below.)

**NAME**
Transport Workers Union of America Local 556

**NO. OF EMPLOYEES/MEMBERS**
Unknown

**TELEPHONE NUMBER** (Include Area Code)
(800) 969-7932

**STREET ADDRESS**
8787 N. Stemmons Frwy., Suite 600

**CITY, STATE AND ZIP CODE**
Dallas, TX 75247

**NAME**

**TELEPHONE NUMBER** (Include Area Code)

**STREET ADDRESS**

**CITY, STATE AND ZIP CODE**

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))
- [ ] RACE
- [ ] COLOR
- [ ] SEX
- [X] RELIGION
- [ ] NATIONAL ORIGIN
- [ ] AGE
- [X] RETALIATION
- [ ] OTHER (Specify)

**DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE** (Month, day, year)
March 14, 2017

**THE PARTICULARS ARE** (If additional space is needed, attached extra sheet(s)):

1. I am a Christian who believes that abortion is the taking of a human life contrary to the teachings of the Bible and the will of God.
2. My sincere religious beliefs require me to share with others that abortion is the taking of a human life and to avoid personally supporting abortion.
3. I am employed by Southwest Airlines. Transport Workers Union of America Local 556 is the union which represents me at Southwest. The union promotes abortion. I believe that the union even promotes abortion with my compulsory union fees. Promoting abortion is no part of the Union's representation of me in collective bargaining, and using my money to promote abortion without my consent violates my religious beliefs and is otherwise unlawful.
4. On February 14, 2017, I sent the President of the union a message, through Facebook, objecting to the union supporting abortion in my name. I also made pro-life posts on Facebook.
5. The President of the union never attempted to accommodate my sincere religious objections to being forced to support the union's pro-abortion activities. The President never even responded to me about my objections.
6. Instead of attempting to accommodate my religious beliefs, or even discussing my objections with me, the union President asked my employer to discipline me because of my pro-life Facebook messages.
7. The union President did this knowing that my employer might terminate me for those messages. The president of the union had previously publicly stated that our employer applied its work rules regarding employee social media activities in arbitrary and subjective ways. The President stated that she and the union were working with our employer to stop it from disciplining employees based on its rules that are "vague and undefined."
8. As a result of the union president bringing my Facebook posts and messages that opposed abortion to the attention of my employer, my employer fired me on March 14, 2017. Having a pro-choice position on abortion is not a requirement for performing my duties as a flight attendant.
9. As a result of the foregoing, my union discriminated against me, rather than accommodate me, when I complained about the conflict between my sincerely held religious beliefs and the union's pro-abortion activities. In addition, the union retaliated against me for complaining about the conflict with my religious beliefs, rather than attempting to accommodate me, by seeking to harm my employment. This violates my rights under Title VII of the Civil Rights Act of 1964, as amended, and parallel state laws.

[X] I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

**NOTARY** - (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

_Charlene Carter_

**Charging Party (Signature)**

Date 9/20/17

**SIGNATURE OF COMPLAINANT**
_Charlene Carter_

**SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE** (Day, month, and year)
09/20/2017

EVA PAGE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20054029852
MY COMMISSION EXPIRES 07/29/2021

EEOC FORM 5   PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED

App. 1023