## 4 Workplace Bullying and Hazing

**Revised: 04/16/2015**

As stated in Southwest Airlines' Mission statement, the Company commits that all Employees are provided the same concern, respect, and caring attitude within the organization that they are expected to share externally with every Southwest Customer. Therefore, hazing and bullying are not tolerated in the workplace.

Hazing is defined as initiations, pranks, or other jokes which produce mental or physical discomfort, embarrassment, and/or ridicule. Workplace bullying is defined as persistent, malicious, unwelcome, severe, and pervasive mistreatment that harms, intimidates, offends, degrades, or humiliates an Employee. Examples of bullying include, but are not limited to the following:

- Verbal behavior such as slander, personal insults, offensive nicknames, rumors, and shouting/raising of voice
- Physical behavior such as pushing, blocking one's path, damage to an Employee's work area or property, interfering with mail
- Gestures such as obscene or threatening gestures, glaring
- Exclusion behavior such as social or physical isolation from common areas such as break rooms

Hazing and bullying behavior should be reported by the Employee to his or her Supervisor, HR Business Partner, or any Senior Leader. Violation of this policy will result in disciplinary action up to and including termination of Employment.