| FLIGHT ATTENDANT WORK RULES AND EXPECTATIONS / COMPANY POLICIES | SOUTHWEST AIRLINES |
|---|---|

## 1.0.0 Southwest Airlines
Revised: 08/09/2013



The Mission Statement

Southwest Airlines created a Mission Statement to remind Employees what we stand for and to advise our Customers why we exist.

**The Mission Of Southwest Airlines**
is dedication to the highest quality of Customer Service delivered with a sense of warmth, friendliness, individual pride, and Company Spirit.

You can find the Mission Statement displayed in many places in your Station. In fact, every time you sign into your computer, the Mission Statement is displayed. At Southwest Airlines, our Mission Statement has always governed the way we conduct our business. It highlights our desire to serve our Customers and gives us direction when we have to make service-related decisions. It is another way of saying, do the right thing!

Our Mission Statement also continues by adding a special statement dedicated to the Employees of Southwest Airlines. It is the Company's commitment to us.

We are committed to provide our Employees a stable work environment with equal opportunity for learning and personal growth. Creativity and innovation are encouraged for improving the effectiveness of Southwest Airlines. Above all, Employees will be provided the same concern, respect, and caring attitude within the organization that they are expected to share externally with every Southwest Customer.



EXHIBIT NO. 1