

**SOUTHWEST AIRLINES
EMPLOYEE SOCIAL MEDIA POLICY**
Issued: April 2016 - Effective Unless/Until Reissued

Social media has been generally defined to refer to 'the many accessible electronic tools that enable anyone to publish and access information, collaborate on a common effort, or build relationships.' Examples of external social media tools include Facebook, Twitter, YouTube, Pinterest, Instagram, and Snapchat. We also use internal tools such as SWALife, wikis, and message boards.

Even if the social media communication does not reference Southwest directly or is posted anonymously, depending upon the content of the communication, such statements can negatively impact Southwest, its Employees and/or its Customers. *For that reason, certain social media content that in any way is later related to Southwest, reflects poorly upon Southwest, or impacts the workplace, is a violation of this policy and may result in discipline, up to and including termination.* Any type of retaliation for reporting, assisting, or participating in an investigation regarding social media concerns is strictly prohibited.

**THE FOLLOWING ARE EXAMPLES OF SOCIAL MEDIA CONTENT THAT, IF LATER RELATED TO SOUTHWEST, REFLECTS POORLY UPON SOUTHWEST, OR IMPACTS SOUTHWEST'S WORKPLACE IS PROHIBITED**

- Content that may be viewed as untrue, disrespectful, malicious, obscene, violent, harassing, bullying, defamatory, threatening, lewd, intimidating, discriminatory, or retaliatory;
- Content that may be viewed as damaging Southwest's public perception;
- Unauthorized use of content that may disclose confidential or proprietary internal information (such content may include non-public Southwest information such as internal company documents/memorandums, technological developments, competitive position, strategy, unreleased financial results, or products and promotions);
- Content that may be viewed as a violation of privacy or personal information of Southwest Employees or Customers (such content may include statements, photographs, videos, addresses, telephone numbers, email addresses, information regarding work performance, work history, or work schedules);
- Content that may be viewed as a violation of other Southwest rules or policies;
- Content which may be illegal;
- Unauthorized use of Southwest's logos, trademarks, images, video, text, graphics, or other Southwest owned or copyrighted materials; or
- Content in which an Employee is speaking on behalf of Southwest without authorization.

**EXAMPLES OF SOCIAL MEDIA CONTENT THAT IS ACCEPTABLE**

- Personal opinions regarding Southwest or Southwest competitors as long as the comment is respectful, fair and courteous, and clearly states that the Employee is connected to Southwest, but is speaking for himself and not on behalf of Southwest; or
- Interacting with content from a Southwest social media accounts (such as sharing, liking, retweeting, or forwarding).

**MONITORIING & REPORTING PROHIBITED CONTENT**

Southwest reviews and monitors all social media activity that is available to the public, internal to Southwest, included on Southwest social media accounts, or reported to Southwest. Employees aware of any social media content that may violate this policy or may be negative or disparaging about Southwest, its brand, Southwest Employees or Southwest Customers, should promptly and accurately report such content to Southwest's Social Media Team by emailing SocialMediaPolicy-DG@wnco.com. Depending upon the author and content, Southwest's Social Media Team will work with the appropriate internal Leader to implement this policy or the appropriate third-party platform in an attempt to have the content removed. Employees aware of social media content that may violate *Southwest's Policy Concerning Harassment, Sexual Harassment, Discrimination & Retaliation* should follow the reporting instructions under that policy.

Because the safety and security of Southwest Employees and Customers is Southwest's priority, if a Southwest Employee encounters a safety concern as it relates to a third party's use of social media (including photos or videos), the Employee should immediately contact a Leader or the Captain (if onboard an aircraft) for guidance.

*Additional Information regarding the use of social media can be found in Southwest's Social Media Reference Guide at SWALife > Tools > Policies*

SWA000508

App. 1026