# READ BEFORE FLY



2013-006

**DATE:** January 11, 2013
**TO:** All Flight Attendants
**FROM:** Mike Mankin, Director Employee Resources
**RE:** Social Media Policy

On January 8, 2013 a revised Social Media Policy was introduced and is applicable to all Southwest Employees, Members of the Board of Directors, and Contractors. It is the responsibility of all Employees to familiarize themselves with the new policy. Please be aware a mandatory acceptance of the policy will be required beginning January 16, 2013 upon logging in to **SWALife**.

The policy can be viewed in its entirety by going to **SWALife** >Tools >Policies >General Policies >Social Media Policy.

**FILE:** 3 months         SWA INTERNAL

*This e-mail communication is intended solely for the information and use of Southwest Airlines Employees and may contain information that is confidential and proprietary in nature. Accordingly, the reproduction, re-transmission, or other dissemination or use of this e-mail (or any information contained in it) is strictly prohibited. If you are not an addressee and/or have received this e-mail communication in error, please advise the sender either by reply e-mail or by telephone and immediately delete this e-mail from any computer and destroy all physical copies.*

App. 1030

SWA000415