**Southwest**

# Read Before Fly

███████████████████████████████████████████

2015-049

| | |
|---|---|
| **DATE:** | May 16, 2015 |
| **TO:** | All Flight Attendants |
| **FROM:** | Mike Hafner, Vice President Cabin Services |
| **RE:** | Avoiding Speculation |

Southwest Airlines appears in the news daily in some capacity or another—whether it's to highlight our incredible hospitality, rave about our revenues, or focus on service to a new city. Some news stories are around for only a day, while others pick up steam and last weeks or even months. Unfortunately at times, we may hear reports in the news that are not flattering and do not accurately represent our amazing brand or our wonderful Employees. When that's the case, I'd like to encourage you to pause and remember that what we hear in the media or read on social media is typically just one side of the story. We choose not to discuss very personal situations externally, outside of our Southwest Family. Legally, we are also limited with what we are able to share. I ask that you please avoid speculation, and above all else, know that it is unacceptable to condemn our Family Members based on assumptions made without knowing all of the facts surrounding very difficult situations.

As always, I'm grateful to work with all of our 13,000-plus Flight Attendants, and I thank you for your dedication to our Customers and your service each day.