**Southwest**

# Read Before Fly

2016-096

**DATE:** October 12, 2016
**TO:** Flight Attendants
**FROM:** Naomi Hudson, Sr. Director Labor Relations
**RE:** Social Media Behavior and Policy Reminder

Social media is often the preferred communication method among our Employees. While social media allows us to instantly connect and share positive, fun, or relevant information with our Peers, it can also create a forum for hurtful, untrue, intimidating, or offensive comments. Making such statements, circulating, or forwarding such statements is not only divisive and cruel, but it is contrary to what we stand for at Southwest Airlines and is absolutely unacceptable behavior for a Southwest Employee.

Even if you designate your social media communication as private, it rarely remains that way. When negative comments are shared with the larger community, it not only can be detrimental to Southwest's Brand, but yours as well.

As you are well aware, if comments on social media come into the workplace or impact the ability of our Employees to perform their jobs, Southwest Leadership must address those involved and Southwest policies will be implicated. *All Flight Attendants should remember that comments made on social media or comments forwarded or shared on social media may violate, among other things Southwest's Policy Concerning Harassment, Sexual Harassment, Discrimination & Retaliation; Southwest's Workplace Bullying and Hazing Policy; or Southwest's Social Media Policy.* If you hear a rumor or receive a derogatory post about another Flight Attendant and forward that to others, you could become part of an ongoing Company investigation. All Flight Attendants are expected to strictly adhere to Southwest policies.

I realize that the vast majority of our Flight Attendants come to work each day and do not engage in such inappropriate social media behavior, and I thank you for your professionalism and your continued commitment to Southwest Airlines.

We must all remember Southwest's mission statement requires that Employees treat each other with care, concern, and respect. This applies when we interact directly with each other and even when we post on social media. Thank you for your time and for adhering to Company policies.

**Additional Information**
Southwest Airlines policies may be found at **SWALife** >My Work >Resources >Policies.

App. 1032
SWA000417