

# Read Before Fly

2017-015

| | |
|---|---|
| **DATE:** | February 22, 2017 |
| **TO:** | Flight Attendants |
| **FROM:** | Sonya Lacore, Vice President Inflight Operations; Julie Weber, Vice President People; Russell McCrady, Vice President Labor Relations |
| **RE:** | Social Media/Anti-Bullying Policies and Expectations |

Southwest Airlines is consistently recognized as a "Best Place to Work" (Forbes Most Admired Company and Glassdoor Best Place to Work, just to name a few), and we are famous for our Employees who offer Hospitality and Positively Outrageous Service to our Customers and to each other. We truly have a unique Culture, and we need to protect it! Our Mission Statement to our Employees states:

**We are committed to provide our Employees a stable work environment with equal opportunity for learning and personal growth. Creativity and innovation are encouraged for improving the effectiveness of Southwest Airlines. Above all, Employees will be provided the same concern, respect, and caring attitude within the organization that they are expected to share externally with every Southwest Customer.**

Further, all Employees are expected to Live and Work the Southwest Way and that includes following The Golden Rule and treating each other with respect. We have noticed behavior on social media that doesn't reflect these expectations. Negative postings undermine our Mission Statement to our Employees, lower the stature of the Flight Attendant profession, and ultimately place our Culture at risk. We have had numerous Flight Attendants recently express concerns about negative comments on social media and its effect on our workplace. The expectation of all Employees to follow The Golden Rule and treat each other with respect not only applies to direct interaction between Employees, but it also applies to interaction on social media sites including Facebook, Twitter, Instagram, and other social media platforms.

Social media comments that negatively impact Southwest, its Employees, and/or its Customers may be in violation of Southwest's Social Media Policy, even if such communication does not reference Southwest directly or is posted anonymously. Further, these comments may also be in violation of Southwest's policy concerning Harassment, Sexual Harassment, Discrimination & Retaliation, or our Workplace Bullying and Hazing policy which is included within the Guidelines for Employees and was updated last year to specifically prohibit cyber bullying. When comments are made on social media that impact

App. 1033

SWA000413



our Culture, our workplace, and the Southwest Brand, the Leadership Team will address the issue and take necessary corrective actions. Any conversations on these sites that are in violation of our policies, our Southwest Employee Expectations of Living and Working the Southwest Way, and do not uphold the Mission Statement to the Employees of Southwest Airlines will not be tolerated.

**Violations of these policies can result in discipline, up to and including termination.**
Please review the following located on SWALife >My Work >Resources >Policies:

- **Guidelines for Employees: A Policy and Procedure Handbook (GFE)**
    - Workplace Bullying and Hazing
- **Social Media Policy**
    - Southwest Airlines Employee Social Media Policy
- **Harassment Policy**
    - Southwest Airlines Policy Concerning Harassment, Sexual Harassment, Discrimination & Retaliation

In addition, please review Southwest's Values and Expectations, which includes Living the Southwest Way located on SWALife >About SWA >Our Company >Values & Expectations. We should always extend the same courtesy to others while using social media just as we are expected to do when we are face-to-face. Moving forward, all of us must continue to model Living the Southwest Way.

It's up to each one of us to protect our Culture and do our part to ensure Southwest Airlines remains successful. You are doing such a fabulous job interacting with our External Customers each day, and we thank you for that. Just remember, social media conversations can make their way into the view of our Customers as well as some of your airline peers. Treating each other on those sites in the same wonderful manner you serve our Customers is one way can protect our legendary Culture and become the most loved, most flown, most profitable airline in the world.