# Inflight Info on the Go

**Southwest**

**February 17, 2016**

**SWALife Policy Acknowledgements Begin Feb. 19**
*From: Employee News*

Beginning February 19, when you log into **SWALife** (or the first time you log in after Feb. 19), you'll be asked to acknowledge that you have received, read, understand, and agree to comply with Southwest's:

- Policies on a Drug-Free Workplace & Alcohol Misuse
- Guidelines for Employees: A Policy and Procedure Handbook
- Social Media Policy
- Accept electronic delivery of the Summary Plan Description for Southwest Airlines Co. Welfare Benefits Plan.

The full policies can be found and reviewed now at **SWALife** >Tools >Policies >People Policies.

App. 1035

CONFIDENTIAL DOCUMENT                                                                                                    SWA006560