# Inflight Info on the Go

**Southwest**

**January 20, 2017**

**Political Activities**
*From: Mike Sims, Director of Inflight Operations*

Thanks for everything you do as Southwest Crews to provide the best Customer experience possible. With so many Customers traveling to/from Washington, D.C. with varying political views, the sharing of political opinions can quickly escalate emotions.

Please keep the Safety of our Customers and yourself top of mind and remember the importance of maintaining respect, neutrality, and civility with our Customers and your Cohearts.