# SWAlife

From time to time, Southwest Employees are asked to acknowledge receipt of current or new Southwest policies. It is important for Southwest Employees to take the time to read these policies, be aware of the expectations outlined in these policies, and know that they will be held accountable for complying with these policies. As such, you are being asked to confirm that you are aware you will be held accountable for the policies applicable to you.

**Southwest's Safety & Security Commitment and Safety Objectives.** Safety is a core value of Southwest and we measure it with the same intent, as we do our operational and business objectives. All operational Employees are expected to read and be familiar with the Safety & Security Commitment and Safety Objectives. Please take a moment to read our updated commitment to Safety and our Company Safety objectives by visiting SWALife>About SWA>Safety & Security Commitment and Objectives.

**Southwest's Social Media Policy** provides guidelines for what our Employees can and cannot do in the online world. With the ever-growing popularity of channels such as Facebook, Twitter, and Instagram, this detailed and organized Policy encourages Employees to partake in healthy online conversations. This document is available at SWALife>Tools>Policies>People Policies.

- Southwest's Safety & Security Commitment
- Southwest's Safety Objectives
- Southwest's Social Media Policy

---

**CHECK THE BOX BELOW to consent to electronic delivery, acknowledge receipt, and continue to the SWALife home page:**

☐ I, Vincent Vasquez, have received the:

- Southwest's Safety & Security Commitment
- Southwest's Safety Objectives
- Southwest's Social Media Policy

I understand the content of these policies. I consent to the electronic delivery, acknowledge receipt of, and agree to fully comply with the standards, policies, and procedures contained in these documents.

---

e38690,Charlene Carter,04/22/2016 10:14:08

SWA Co. Exh. No. App. 1037

**Michelle Lusk**

From: Vincent Vasquez
Sent: Tuesday, March 14, 2017 1:42 PM
To: Maureen Emlet
Subject: Re: Acknowledgement for Charlene Carter 38690   Respond ASAP

No problem ☺

Yes, I believe that is in the Guidelines for Employees correct? If so, here is the one we have for Q1 2017:

e38690,Charlene Carter,01/21/2017 02:55:57

App. 1038
SWA Co. Exh. No. 2

# SWALife Announcement

## 2017 Southwest Airlines Q1 Acknowledgement

From time to time, Southwest Employees are asked to acknowledge receipt of current or new Southwest policies. It is important for Southwest Employees to take the time to read these policies, be aware of the expectations outlined in these policies, and know that they will be held accountable for complying with these policies. As such, you are being asked to confirm that you are aware you will be held accountable for the policies applicable to you.

**Guidelines for Employees: A Policy and Procedure Handbook:** Describes important information regarding Southwest policies and expectations for its Employees. Based upon your acknowledgment below, as a Southwest Airlines Employee, you understand that it is your responsibility to read and comply with the policies and guidelines contained in the Guidelines for Employees: A Policy and Procedure Handbook and any revisions to this document. Any questions you might have regarding the Guidelines for Employees: A Policy and Procedure Handbook should be directed to your Leader, HR Business Partner, or the Labor Relations Department. This document is available at **SWALife > My Work > Resources > Policies > People Policies > General Policies > Guidelines for Employees: A Policy and Procedure Handbook (GFE).**

**Policies on a Drug-Free Workplace & Alcohol Misuse:** As commercial air carrier and federal contractor, Southwest is committed to the Safety of our Customers and our Employees. Southwest will take all reasonable precautions to prevent injury and loss of life and/or property. An important first step toward this goal is to maintain a drug-free workplace and alcohol misuse policy. Southwest complies with the federal Drug Free Workplace Act of 1988. Southwest Airlines' Policies on a Drug-Free Workplace & Alcohol Misuse is applicable to Southwest Employees and can be found at **SWALife > My Work > Resources > Policies > People Policies > Southwest Airlines Drug and Alcohol Policies**

**Employee Travel Privilege Policies (ETPP):** This document replaces Freedom to Get Out of Town. It contains Southwest Airlines policies and expectations for Employees and their Eligible Travelers, including Guest Pass travelers, related to the nonrevenue travel privileges voluntarily granted by the Company. By your acknowledgment below, as a Southwest Airlines Employee, you understand that it is your responsibility to carefully read and comply with the policies and expectations contained in ETPP. You also understand that noncompliance by an Employee or their Eligible Travelers, including Guest Pass travelers, could result in the suspension of travel privileges. Any questions regarding ETPP should be directed to your Leader or the Employee Engagement and Travel Department. This document is available at **SWALife > My Work > Resources > Policies > Pass Privilege Policies** or **SWALife > My Life > Travel > Resources > Employee Travel Privilege Policies.**

2

App. 1039

