Case 3:17-cv-02278-X   Document 168-30   Filed 09/02/21   Page 1 of 98   PageID 3748

TUE 12:22

This is what you supported during your Paid Leave with others at the Women's MARCH in DC....You truly are Despicable in so many ways...by the way the RECALL is going to Happen and you are limited in the days you will be living off of all the SWA FAs..cant wait to see you back on line.



0:16

**Samina Shah added a new video.**

An aborted baby alive even after the abortion. This is the reason abortion is murder and Hara...

Type a message...

App. 1041
SWA000595

EXHIBIT 0003

TUE 13:33

TWU-AFL-CIO and 556 are supporting this Murder...



**My Page - My Opinions added a new video: Abortion.**

#Democrats - This is what you support? If its...

My Page - My Opinions



Did you know this....Hmmmm seems a little counter productive don't  you think....you are nothing but a SHEEP in Wolves Clothing or you are just so un-educated you have not clue who or what you were marching for! Either way you should not be using our DUES to have Marched in this despicable show of TRASH!

Type a message...

Aa  📷  🖼  ☺  GIF  🎮  ⊙○○  👍

App. 1042
SWA000596


●●●○○ AT&T 📶                    **13:19**                    100% 🔋⚡

**Cancel**                    **Comments**                    ⌄

 **My Page - My Opinions**
February 4 at 8:08pm · 🌐

#Democrats - This is what you support? If its your body your choice, who is this laying in the fucking bowl? It doesn't looks like your body. #evil #murder #ownit #abortion





 **Like**       **Comment**       **Share**

😢🤬👍 **1K**

**3,915 Shares**

💬 View previous comments...

 **My Page - My Opinions**
Just so you all know, this has been reported and it is not a violation. Stop trying this dousche tried.

App. 1043

SWA000507

Morally bankrupt people are great at deception. They put others in situations so that they can take the fall for their poor judgments, lies, greed, and betrayals. They are not above providing false information to cover their tracks and they are skilled at placing blame other than where it belongs.

Jealousy and Arrogance
Jealousy is a driving force of morally bankrupt people. They see that you have something that they want, and they are going to get it from you at all costs. Their jealousy drives them to the point where nothing matters but "winning." Jealousy is such a beast and so powerful that it tests even the strongest moral character.

Morally bankrupt people love to brag about what they have and what you do not have. They use power unnecessarily and abuse their status to make others look small, incompetent, weak, or foolish. They always see themselves as better than you and will tell you so at any

App. 1044
SWA000598

‹ **Home**

**Charlene Carter** ›
Messenger

given moment.

Fairness
The morally bankrupt person can't even spell the word fairness. They are driven by what is best for them, not what is best for the good of the whole. They can usually justify any action as being fair, because they are more skilled at deception than at being fair.



03/10/2015, 11:32

inˈtegrədē/
noun
1.
the quality of being honest and having strong moral principles; moral uprightness.
"he is known to be a man of integrity"
synonyms:   honesty, probity, rectitude, honor, good character, principle(s), ethics, morals, righteousness, morality, virtue, decency, fairness, scrupulousness, sincerity, truthfulness, trustworthiness
"I never doubted his integrity"

Type a message...

App. 1045
SWA000599

decency, fairness, scrupulousness,
sincerity, truthfulness,
trustworthiness
"I never doubted his integrity"
2.
the state of being whole and
undivided.
"upholding territorial integrity and
national sovereignty"
synonyms:   unity, unification,
coherence, cohesion, togetherness,
solidarity
"the integrity of the federation"



Integrity.... That is what Lynn and her
Team will bring to TWU 556 so sad
that this Un-Elected board has
none.... Remember you all work for
the FAs not the other way around!!!



03/11/2015, 12:32

Had to share with you...
This came from a friend
of mine in Denver who
also has had the
pleasure of the
disrespect from a few
on this Un-Elected

Type a message...

      



< Home  **Charlene Carter** >
Messenger

 

Had to share with you... This came from a friend of mine in Denver who also has had the pleasure of the disrespect from a few on this Un-Elected Board!! He did Say this about Flight Attendants.... What kind of a message does that send when BOARD Members say things like this about the Very Flight Attendants he says he Represents.... Hmmmm very Un-Professional at the very Least!!! To think this iis the very Character (Statement from his own mouth) that we as Flight Attendants PAY FOR!!! Their is such a lack of Morals on this Board.... PRAYING that all of you are Voted Out of office!! Then we can bring back Truth.



Type a message...

      

App. 1047
SWA000601

Case 3:17-cv-02278-X   Document 168-30   Filed 09/02/21   Page 8 of 98   PageID 3755

‹ **Home**

**Charlene Carter** ›

Messenger

all of you are Voted Out of office!! Then we can bring back Truth, Transparency, Integrity and UNITY!!!



Oh dude NOTE.... This person who sent this to me Voted a straight ticket for Lynn and Team. YAY

Oops got so excited about their vote that misspelled Side Note... But

Type a message...

App. 1048

SWA000602




Oh dude NOTE.... This person who sent this to me Voted a straight ticket for Lynn and Team. YAY



Oops got so excited about their vote that misspelled Side Note... But because you are so Smart I am sure you got the meaning of the message.

03/11/2015, 20:22

This is what Radical Unions like TWU use to get their WAY!!  Same things being used by this Un-Elected Board....but people are waking up to the tactics and someday the Chickens will come home to ROOST. Praying to GOD it comes sooner then latter.

Saul Alinsky's 12 Rules for Radicals

Here is the complete list from Alinsky.

* RULE 1: "Power is not only what you have, but what the enemy thinks

Type a message...

App. 1049
SWA000603

‹ **Home**

**Charlene Carter** ›

Messenger

use to get their WAY!!  Same things being used by this Un–Elected Board....but people are waking up to the tactics and someday the Chickens will come home to ROOST. Praying to GOD it comes sooner then latter.

Seen

Saul Alinsky's 12 Rules for Radicals

Here is the complete list from Alinsky.

* RULE 1: "Power is not only what you have, but what the enemy thinks you have." Power is derived from 2 main sources – money and people. "Have-Nots" must build power from flesh and blood. (These are two things of which there is a plentiful supply. Government and corporations always have a difficult time appealing to people, and usually do so almost exclusively with economic arguments.)
* RULE 2: "Never go outside the expertise of your people." It results in confusion, fear and retreat.

Type a message...

App. 1050

SWA000604

\* RULE 3: "Whenever possible, go outside the expertise of the enemy." Look for ways to increase insecurity, anxiety and uncertainty. (This happens all the time. Watch how many organizations under attack are blind-sided by seemingly irrelevant arguments that they are then forced to address.)

\* RULE 4: "Make the enemy live up to its own book of rules." If the rule is that every letter gets a reply, send 30,000 letters. You can kill them with this because no one can possibly obey all of their own rules. (This is a serious rule. The besieged entity's very credibility and reputation is at stake, because if activists catch it lying or not living up to its commitments, they can continue to chip away at the damage.)

\* RULE 5: "Ridicule is man's most potent weapon." There is no defense. It's irrational. It's infuriating. It also works as a key pressure point to force the enemy into concessions. (Pretty crude, rude and mean, huh? They want to create anger and fear.)

\* RULE 6: "A good tactic is one your

* RULE 6: "A good tactic is one your people enjoy." They'll keep doing it without urging and come back to do more. They're doing their thing, and will even suggest better ones. (Radical activists, in this sense, are no different that any other human being. We all avoid "un-fun" activities, and but we revel at and enjoy the ones that work and bring results.)
* RULE 7: "A tactic that drags on too long becomes a drag." Don't become old news. (Even radical activists get bored. So to keep them excited and involved, organizers are constantly coming up with new tactics.)
* RULE 8: "Keep the pressure on. Never let up." Keep trying new things to keep the opposition off balance. As the opposition masters one approach, hit them from the flank with something new. (Attack, attack, attack from all sides, never giving the reeling organization a chance to rest, regroup, recover and re-strategize.)
* RULE 9: "The threat is usually more terrifying than the thing itself."

App. 1052
SWA000606

* RULE 9: "The threat is usually more terrifying than the thing itself." Imagination and ego can dream up many more consequences than any activist. (Perception is reality. Large organizations always prepare a worst-case scenario, something that may be furthest from the activists' minds. The upshot is that the organization will expend enormous time and energy, creating in its own collective mind the direst of conclusions. The possibilities can easily poison the mind and result in demoralization.)

* RULE 10: "If you push a negative hard enough, it will push through and become a positive." Violence from the other side can win the public to your side because the public sympathizes with the underdog. (Unions used this tactic. Peaceful [albeit loud] demonstrations during the heyday of unions in the early to mid-20th Century incurred management's wrath, often in the form of violence that eventually brought public sympathy to their side.)

App. 1053
SWA000607



●●○○○ AT&T LTE 09:37 99%

Home

Charlene Carter >
Messenger

some and not against others, so your letter was in perfect timing!! Hope to see this Denver Flight Attendant back on line VERY Soon!!!

Done 1 of 6

My Attorney called it Blatant Discrimination!!! Just saying... Wonder who on the EB called in this favor for Brian???? Doesn't matter it shows Calaberation and both parties

Type a message...

Aa GIF

shows Calaberation and both parties could suffer, because they are applying it to only a few and that is a NO NO, they are Blatantly ignoring their own Company Policies.... Hmmmm that sounds like corruption.... Wonder who it was in the chain of Management allowed this to happen.... I know that if an attorney takes this that he will find out!! Hope all this gets worked out in a timely manner for this flight attendant.



And Nicely worked out.

03/24/2015, 13:05

Hmmmm looks likes there is another GROUP that is not happy with TWU...REALLY??????

TWU LOCAL 577 IS NOW ATTEMPTING TO DECERTIFY TWU. This letter below from Local 577 Contract negotiators, Debra Peterson-Barber and Katie Fowle. THEY QUIT!!
--------

Type a message...

     

App. 1055
SWA000609

03/24/2015, 13:05

Hmmmm looks likes there is another GROUP that is not happy with TWU...REALLY??????

TWU LOCAL 577 IS NOW ATTEMPTING TO DECERTIFY TWU. This letter below from Local 577 Contract negotiators, Debra Peterson-Barber and Katie Fowle. THEY QUIT!!
---------
Subject: NT resignation
Dear Local 577 members,
For two years our group has been in mediation, with little or no movement. There have been frustrations on the line that the TWU is not living up to the promises they made.
Over the past several months, your NT has worked hard to come up with a plan that would close our contract and give the flight attendants of Allegiant the protection they deserve. With the very real potential of a pilot strike, it was imperative that we act swiftly. Unfortunately, the TWU did not approve the plan we

Type a message...

that we act swiftly. Unfortunately, the TWU did not approve the plan we developed because it did not fit their political interests.

Because we could no longer support the TWU in the direction they are taking this campaign, we officially resigned our positions as Negotiating Team members yesterday morning.

We believe this work group needs protection. We believe we deserve fair working conditions and a legally binding contract; but we couldn't stand idly by and lead this work group along a path that we feel does not have the best interests of the flight attendants in mind.

By now you've no doubt heard from the Twu about their new restructure of the NT and their new strategic plan moving forward. We are very sorry that it had to happen like this and we did not take the decision lightly, but the political position of the TWU should not be what is guiding our direction. If our leaving inspires the TWU to do what is necessary to secure our contract,

App. 1057
SWA000611

Type a message...

Case 3:17-cv-02278-X   Document 168-30   Filed 09/02/21   Page 18 of 98   PageID 3765



inspires the TWU to do what is necessary to secure our contract, then it will be worth it.
Respectfully,
Debra Barber (LAS) & Katie Fowle (BLI)



YEP...Not working for the Common Good of the Flight Attendants....We could have told them that about TWU!! Chickens are coming home to ROOST!....wonder if Virgin will be saying the same things....I have friends over there....but there are many that are already having REMORSE in voting TWU in...

04/01/2015, 10:10



Hey where did Mr. Talburt GO? Will there be another Favor called in, and to think you condoned his behavior along with Brett and the rest!! Really shows your lack of Morals....praying that changes!

05/01/2015, 21:24

Well well well Brian is back and so

Type a message...

      

App. 1058
SWA000612

‹ **Home**

**Charlene Carter** ›
Messenger

05/01/2015, 21:24

Well well well Brian is back and so are many more I here! Some though had to wait almost a year to get their jobs back or at least get a settlement from being WRONGLY Fired!!!! I know you worked very hard for Brian... I hear for 2 days strait!!! Now what I want to know is why you will do this for him it not others???? That seems to be a little biased!!!! Did the others not deserve the same HARD WORK that you seem to put in for Brian? Guess not. My attorney said this is not good for the Union or the Company to show favoritism!! Especially when I know a Flight Attendant in Denver that you all know about (Rena or Irene) she should have never been fired for her post on SM but for some reason she has fallen at the end of the line... Is it because she is not important enough???? They also Fired her while she was still under Concentra OJI observation. Personally I do not believe the Company can fire anyone for anything they say on their Private

Type a message...

App. 1059

SWA000613

observation. Personally I do not believe the Company can fire anyone for anything they say on their Private FB Page unless it is a threat.... Do they not know of the First Amendment to the Constitution??? It trumps what they are firing people for. Do I think Brian should have lost his Job NO except he did use the word Execute in his FIRST firing!!!! That to me was a threat, even my attorney believes so, but the Company has set a Persistence on what they will allow and now they have set themselves up for big trouble along with our Union if they Fire Others for anything LESS and because you all have fast tracks his reinstatement before others shows your discrimination towards the others that have had to wait to get representation... Tell me again why we pay you at TWU-AFL-CIO and 556?? You can nitpick and choose what or who you will represent and that is exactly what you all are doing and have done!! There is a whole list of people who are watching and waiting to see if you all and the company do the RIGHT THING. I

Type a message...

App. 1060
SWA000614

others that have had to wait to get representation... Tell me again why we pay you at TWU-AFL-CIO and 556?? You can nitpick and choose what or who you will represent and that is exactly what you all are doing and have done!! There is a whole list of people who are watching and waiting to see if you all and the company do the RIGHT THING. I would hate to see this go to a Labor Attorney and the Media for the deliberate Corruption between TWU AND SWA. But there are many waiting in the wings to see if TWU and SWA do just that THE RIGHT THING and reinstate and stop harassing people about their PERSONAL opinions they express on FB.... It is a violation of our Constitutional Rights!!!! PERIOD Rena said you are working on her case but sure is not going as fast as Brian's no matter what he deserves your best just like Brian got NO MATTER WHAT that is why we have a Union RIGHT!! This another thing my attorney has told me. I am sick of the CORRUPTION and so are others. Praying you all

Type a message...

App. 1061
SWA000615



my attorney has told me. I am sick of the CORRUPTION and so are others. Praying you all

di your very best for all the rest of us out here on line!!! Watching and waiting. Have a wonderful evening Audrey

05/05/2015, 13:59

Well you guys have done it again....took and threw out the VOTE of the Dallas Flight Attendants....here are just a few comments about your Corrupt WAYS are being voiced! We just may ge a whole lot more to OPT out of this Corrupt UNION!!

Well if didn't take long for our local to get rid of a newly elected board member!!! Record time someone call The Guinness Book Of World Records!!!! BR Ricks the newly elected DEBM OF DALLAS Has been removed. Something smells

Well, Audrey Stone & Co Removed BR Ricks from his position as Dallas Base Rep. Stating he was not

Type a message...

App. 1062
SWA000616



**Charlene Carter** ›
Messenger

Well, Audrey Stone & Co Removed BR Ricks from his position as Dallas Base Rep. Stating he was not residing in Dallas. BR was on the ballot which means due diligence was applied and he is a qualified candidate.
BR has a Dallas Address....

Well Dallas Flight Attendants Your Union Board just removed the Dallas Domicile Representative! After a few hours in boards they took away your vote and your voice! Shameful dirty and low! Just my humble opinion.

They claim he didn't have a DAL address? I'm not even sure he needs a DAL address based on this bylaw. What does reside in base even mean? Another dysfunctional bylaw.

b) Domicile Executive Board Members must be based and reside in the Domicile they represent. In the event a Domicile Executive Board Member relocates outside of his/her Domicile the position will automatically be considered

Type a message...

App. 1063
SWA000617



Domicile the position will automatically be considered vacated. A Member who is based and resides in that Domicile must fill the vacated position.

If you don't like the VOTE just overturn it....yep...that is Corruption at its best! I honestly do not know how you all SLEEP at NIGHT...



I think we need a RECALL just like we had with Stacey and CREW!!!

The Union is Carpet Bombing AGAIN... that has been your tactic since you all took over, you like the VOTE only when it is for YOU and YOUR People! Disgusting....Hope this Membership wakes up soon to the BACK DOOR Deals and Dirty Politics you all seem to THRIVE ON! and to think we all pay your Salaries....



Yep, but here's the thing...they're getting away with it because no matter how we vote, our vote is irrelevant. Very frustrating!

     
App. 1064
SWA000618

< Home    **Charlene Carter** ›
     Messenger

Yep, but here's the thing...they're getting away with it because no matter how we vote, our vote is irrelevant. Very frustrating!

But he wasn't on their side. They made it their mission and succeeded. Go figure!



Our REP in Denver does not live in DALLAS....so your excuse DOESN'T hold UP Period!!!



Andrea does not live in Dallas either



OUR REP in Denver does not have a Denver Address....it is Fort Collins!! lest split hairs here.....GOD WE ARE SICK OF THIS



As I recall Audrey didn't officially live in base when she was BWI Debm she had a place there... If this along with the 2012 election doesn't open your eyes nothing will.

If this does not fly as the Excuse

Type a message...

     

App. 1065
SWA000619

  
< Home   **Charlene Carter** >
             Messenger

 If this does not fly as the Excuse wonder what you will put out to cover the LIE???? We are all waiting!!!

This is outrageous! He lives with Sarah in Dallas! What about the Denver rep that lives in Fort Collins?

It's because Denver rep is in their "club"

 "We" need to DO something about this and not let them get away with this. ...again! !

Didn't Thom McDaniel live in Houston the entire time he was Pres?

 I know I supported that the representative should live in city they represent, but I also wanted my Pres. to live in DAL and not in a house that we paid for... This seems to just be a smoke screen to remove the DAL rep..

Type a message..

     

App. 1066
SWA000620 



‹ **Home**

**Charlene Carter** ›

Messenger

 There you have just a few of so many who are talking about this....hope we as Opt Out People get MORE to join in...I know there is a magic number when it will really hurt TWU in the BANK ACCOUNT and maybe with all the you are doing to show that you could careless for the ones who voted then just maybe we will reach that critical number....slow and methodical is what our GROUP is and getting the info out to each and every FLIGHT Attendant is the GOAL....especially when you all pull this again!! Shows who you Support and it isn't the FAs!

 it's criminal. Audrey has taken it upon herself to cast out Dallas votes completely. How would everyone feel if someone you elected was told they couldn't do it after the fact? No trial. No charges just locked him out. God damn it I'm tired of everyone just sitting around and pretending everything is okay. This is our lives our futures everyone. Wake the frick up

Type a message...

      

App. 1067

SWA000621



**‹ Home**

**Charlene Carter** ›
Messenger



05/06/2015, 17:02

379 DAL votes wasted and tossed down the drain.
That's the Unity President Audrey Stone is calling for.





Yep this is why I have Opted OUT!!!
Votes don't matter!!

05/10/2015, 16:05



BR Ricks, removed from his ELECTED TWU Executive
Board position because Audrey Stone claims he doesn't
live in the Dallas base yet Southwest Airlines seems to think
he lives in the Dallas base.
Welcome to 556 y'all.

Type a message...

App. 1068
SWA000622



BR Ricks, removed from his ELECTED TWU Executive
Board position because Audrey Stone claims he doesn't
live in the Dallas base yet Southwest Airlines seems to think
he lives in the Dallas base.
Welcome to 556 y'all.

‹ BR        3 of 3

> Yep more LIES from all of you and your Sheer CORUPT ways!!! So glad others are waking up to what this Union stands for and its not We the Flight Attendants!!

> What's that D word I like so much.... Hmmm maybe just maybe one day we will see it happen!! Or better yet we WIN the Law Suite that we have

Type a message...

‹ **Home**

**Charlene Carter** ›
Messenger

What's that D word I like so much....
Hmmm maybe just maybe one day
we will see it happen!! Or better yet
we WIN the Law Suite that we have
with THE RIGHT TO WORK Org has
against TWU. Praying the GOOD will
eventually Win out against all of the
BAD which is what you seem to
thrive on!!! I truly HATE having to pay
anything to all of you and TWU-AFL-
CIO!!!!!



Type a message...

Who did you all replace BR with oh that's right it is Andrea!!!! HMMMM Wonder if it was planned all a long.... Bet it was!!!! Sickening not sure how or why you do the things you do???? Guess it is the MOB mentality that is taught by OUR TWU INTERNATIONAL.... Or did you learn this on your own??? I guess it doesn't matter because you do it no matter what or how you learned it. Corruption at its best😡



I have so many friends in Dallas that are very angry about having their VOTE taken and TRASHED hoping they all File Charges against you and the rest that did this to BR!!!! Hope too BR gets an attorney and SUES the Poooo out of TWU and the Board... He sure has a CASE!!! I know the perfect Attorney too that would be more then happy to help him out. GOD help our FAs because if you sell us out like this you will sell us out on a Contract as well.... That is what most are talking about too!!!! THAT

Type a message...

App. 1071

SWA000625

**Charlene Carter** ›
Messenger



a Contract as well.... That is what most are talking about too!!!! THAT you all will Sell Them out to what ever the Company wants and that we will no longer have the Industry Leading Contract! Praying that is not the case.... But you have a horrible TRACK RECORD for not standing up for the VERY GROUP you get Paid By.... SWA FAs!!!



By the way without your HELP my Friend Rena got her Job Back <u>on Friday</u>!!!!! Thank GOD🙏

05/23/2015, 09:53



Type a message...

App. 1072
SWA000626


‹ **Home**

**Charlene Carter** ›
Messenger

📞 📹

05/23/2015, 09:53





This is how I feel about you and the rest of the BOARD...Pure Evil...and there are a lot of us who have started the process to make sure that one day the EVIL will stop.  We all know that BR will be heard by his Appeal....one more step in showing others how Corrupt you all are...What I am Praying for is that you and all the ones who illegally removed him

Type a message...

      

App. 1073
SWA000627

I am Praying for is that you and all the ones who illegally removed him from his Elected Position get REMOVED from the BOARD and never again get to hold a Union Position AGAIN!! GOD Willing this will HAPPEN...but if not we will keep up the GOOD FIGHT in to bringing Back Truth to our Union...not matter how long it takes. Good Day Audrey



06/13/2015, 19:48

This is AWESOME!!! Hey isn't this what Thom McDaniel worked on... Yes it is! There just may be some justice after all since it looks like he really messed this up BIG TIME!!! So let's see if they are not working in Good Faith for Allegiant then I bet they are not working in Good Faith for SWA FAs???? Such a Joke TWU is and has BEEN!! I personally think we should Join them in their endeavor and so do a lot of other people I talk too about this!!!! Hmmmm maybe my Prayers just may get answered... Just waiting it out to see and I am one patient FA!!!

Type a message...

Aa   📷   🖼   🙂   GIF   🎮   ⬚⬚⬚

App. 1074

SWA000628

 AT&T LTE    **09:39**    98% ▬

‹ **Home**

**Charlene Carter** ›
Messenger

 

they are not working in Good Faith for SWA FAs???? Such a Joke TWU is and has BEEN!! I personally think we should Join them in their endeavor and so do a lot of other people I talk too about this!!!! Hmmmm maybe my Prayers just may get answered... Just waiting it out to see and I am one patient FA!!! Hey another question doesn't one of our own on the Board have a Wife who is calling for this at Allegiant a Flight Attendant there... Yep there sure is.... Tangled Web! Can't wait to see what happens!!! By the way I have a couple of friends over there.... This is really fun to watch from my perspective. Have a Wonderful Evening.... From a Opted Out FA looking for a BETTER Union then the TWU and 556

Type a message...

      

App. 1075
SWA000629

**Decertify Allegiant's Union**

Yesterday in Washington DC the
National Mediation Board tallied the
ballots for the flight dispatchers. The
Teamsters failed to gain majority
support thus returning the dispatche...

allegiant4ma.com



Is This Union Illegally
Keeping its Finances From
The Government?



App. 1076

SWA000630



App. 1077

SWA000631

Wonder if Mr. McDaniel could go to Jail for sha???? Wouldn't that be something! Like I said this will be very interesting to say the least to watch play out!!! What's the old saying Birds of a Feather Flock Together... TWU and 556 CERTAINLY Flock Together in the Corruption and Lies seen it for 16 years. Even had the pleasure to testify against Mr. McDaniel at Melissa Smiths trial and have seen the Lies and Corruption FIRST HAND!!! Even have the Transcripts to this Day!!!! Wonder how he will Get out of this though ... It is a lot BIGGER then what they did back then. Praying for JUSTICE to all that have been affected!!!

Hearing rumors of you selling us out on Minimums... Just flew and talked to 2 newer Flight Attendants from AirTran who told me this!!! You better be negotiating an even BeContract then what we have!! Since

App. 1078

SWA000632

Hearing rumors of you selling us out
on Minimums... Just New and talked
to 2 newer Flight Attendants from
AirTran who told me this!!! You better
be negotiating an even Better
Contract then what we have!!! Since
you tell us it's Industry Leading!!!! If
you give anything away it will not be
Industry Leading like the one we
have!!! Nothing less is what we all
will except... And don't intimidate
either like the SLI debacle we are
watching out for each other on line
because we know how corrupt our
Union is... Even the newer Flight
Attendants are paying attention!
Nothing Less then What we Have is
the Slogan!!!!! Do not Sell SWA FAs
OUT!!!!!

Well Looks like the Rumor was
TRUE!!!! You Sold the SWA FAs down
the River!!!!! You are despicable
along with the rest of you Team...

App. 1079

SWA000633

      



TRUE!!!! You Sold the SWA FAs down the River!!!!!! You are despicable along with the rest of you Team.... You all should be Fired. Not one person that I have talked to or seen talking about it on social media is VOTING NO!!! Praying THIS HAPPENS😡

Even people from AirTran .... Not one is Voting Yes!!!

Best one I have SEEN SO FAR!!!! We should be able to FIRE YOU as well



App. 1080

SWA000634

Best one I have SEEN SO FAR!!!! We
should be able to FIRE YOU as well.



You took a Industry Leading Contract
and threw it in the Garbage who the
heck are you for the Flight
Attendants that pay your Salary that
we are FORCED to PAY and you
WORK FOR US or Gary K...  App. 1081
Crew at HGQ?????? You are a Traitor

SWA000635

cument 168-30 Filed 09/02/21 F

WORK FOR US or Gary Kelly and his Crew at HGQ????? You are a Traitor and I hope we get a card drive together to OUT YOU just like you all did to Stacey and Team!!!!! The Word is out that you should not be our President except for your Fusion buddies the haters!!!!! You are one BIG MISTAKE and people are waking up to that fact●

Why do we Need a Union for this????? We DONT!!!

Rumor has it you have a Great Job waiting with Gary Kelley and team after you term ends as President.... HMMMM and wouldn't be even better if you were able to get a Crapy Contract for us but it's a win for the Company so that would look really Good for you.... HMMMM Maybe that's why you are screwing us FA with this TA!!!!!

Yep Hitting hard at MOMS!!!! From

App. 1082

SWA000636

Yep Hitting hard at MOMS!!! From one concerned Daddy who him and his wife fly and have a baby!



From another Flight Attendant... You are truly making a name for yourself Audrey... and its not a GOOD One!

I have made a promise to myself that I am going to go quiet after this post. I am tired of hearing myself going on about it. I have never been so worked up over a TA like this. Even when I picketed way back App. 1083 seemed different. Don't know why

SWA000637

cument 168-30   Filed 09/02/21   F

seemed different. Don't know why
but it was. This really has struck a
cord in me. Debby Dorsee Fisher
mentioned in a thread here on this
site that her 44 years of hard work is
going to be destroyed by this
contract. She is right, so very right.
The Debbie's and the Sandras and
the CJ's they laid the foundation
down for all of us. My 20 years is a
drop in the bucket compared to
these ladies. If it was not for them
we wouldn't be having a discussion
about contracts and union. These
ladies have invested a whole lot of
time, there lives basically for this
airline. They worked in conditions
and under rules you and I wouldn't.
God Love Herb and Colleen but SW
was not always the place that made
you money in a pay check. And God
knows 6,7,8 legs a day with three
carry on's was hell so my hats off to
the senior ladies for helping us come
to where we are now...
They as myself have put in a lot of
time in with the job and I am sure
some of them would like to          App. 1084

SWA000638

cument 168-30 · Filed 09/02/21   F

slowing down. Being we do not have
retirement all you can do is cut back.
Maybe take some hard earned
money and travel a little. Spend time
with friends, there kids, maybe grand
Kids, things you do when you start
thinking about hanging it up for
good.
I know after 28 years I don't want nr
need to be flying 150 trips every
month. Every year it gets less and
less. 10 years from now I may want
to take a month or two off because i
can. The only problem is I will be
penalized for this because unless
you fly a certain amount you will
loose your vacation! How sad is that,
you have employees who help make
this company strong, they dedicate
many years to it and when they want
to slow down you kick them to the
curb and not pay them there
vacation. i am not looking for a
correction to this thought i know
what the TA says. I am
flabbergasted the union even
brought this to a vote. Someday your
going to be senior and you _____ App. 1085
to take time off from work. You may

SWA000639

cument 168-30   Filed 09/02/21   F

to take time off from work. You may
want to take several months off to
take care of a parent you may just be
burnt out. What ever the case may
be. But if you do not average out
enough trips you will not get paid for
vacation. Is vacation not a benefit?
Should that be reduced because you
do not put out for this company? A
friend made a valid point, if I pay you
money to fly my trip and you trade it
down would it be fair for me to be
mad at you for doing that. Or
perhaps they get sick and called in
do I ask for the money back? Of
course not! The deal was you take
this off my hands for x amount of
money. What you do with it is up to
you. To me this is what SW is saying!
Drop your trips as you want or get
someone to cover them for you to
you need to be here to serve our
customers but if you do we are going
to get mad and withhold your
vacation pay. How sad is that! Please
friends don't sell each other down
the river. One day it will come back
and bite you. We all get old.

App. 1086

SWA000640

cument 168-30   Filed 09/02/21   F

and bite you. We all get old, and we
are all going to become senior. You
will be here 30, 40, 45 years and you
will be holding trips to Milan and
Rome and you may want to drop
them to just stay at home and watch
the trees grow watch your kids do
something great. You may get tired
of staying home to much and come
back and work like the old days
What will suck is next year your
vacation will be time off without pay.
So much for all the good years you
put in. Last year you dorked off and
now your being punished for it. Think
how sad it will if someone voted
away your vacation simply because
back in the day you flew 150 trips
and you were rewarded with lots of
pay for your vacation. Now you have
the money and you want to take time
off to enjoy it you have to think i'm
going to loose money if i do not work
all year . We must stay united and
stand together, for each other. We
are all in this together. Its a contract
the world will not come to an end.
SW will not go out of bus  App. 1087
can go back and refine what is new

SWA000641



SW will not go out of business. We
can go back and refine what is not
going to work for us. You do not have
to go on strike. This friends I am sorry
but we all deserve better then this...
In Solidarity.

Wow...this one is good... I hear you
are out their Cleaning Planes and
telling people how wonderful this
Contract is...this is what we are all
telling them...just from one more
Wonderful Flight Attendant that gets
you are selling us OUT!!

No way!!! This is only my 3rd
contract, but from my experience,
we've only gotten better deals from
from voting down the crap... This TA
is probably the worst low-ball offer I
could've imagined... Myself and my
family can only keep our fingers
crossed that all F/A's realize that this
is pure junk!! I'm actually
heartbroken that we have a comm App. 1088
that felt this was fit for our

SWA000642

ument 168-30   Filed 09/02/21   F

that felt this was fit for our entire work group. How dare they push something that can potentially ruin families of FA's that have given their heart, soul, service, and time to the company that they've protected and adored? I've always been so proud to work for SWA!! I've felt loved and blessed to be a part of this "family." Now I feel betrayed... And laughed at... I feel insignificant. I never voice my opinion- have always just been an observer and listener and never felt like I could educate myself enough on "contract lingo" to persuade anyone —I never wanted to "push" anyone one way or another; but I have a family now that needs me! They rely on me to provide for them in multiple ways. This job is my dream job! I never want to do anything different! It has allowed me to be "mostly" a stay-at-home Mom, AND provide financially for them, and give health insurance to my children and partner. If this passes, it could potentially crush the App. 1089 lives of so many FA's...

SWA000643

cument 168-30 Filed 09/02/21 F

lives of so many F/A's... Many of us
will have to leave a "family" that
we've helped build. I am simply
having the most difficult time
processing the fact that anyone can
see anything positive and beneficial
in this TA... I've read it more than 10
times now, and honestly, I'm about to
puke... I truly love SWA, but feel like
our union pissed on the flame that
we got roaring.... WTF TWU5587?!?!
I've always stood up for our union
when times were tough, but now that
I realize that they will spit in our face
if it will benefit only them, I'm hoping
we can band together and box their
ears enough to tell them that
EVERYONE deserves better than this
piece of sh*t that's been presented.
We've worked too hard and for too
long for this to divide our own F/A
family!! I love all of you equally, and
am willing to put myself on the line
for a contract that benefits ALL F/A's.
Please stay strong and respect all
your fellow F/A's. You can count on
me to look out for your families. For
my family, and for all of you,  App. 1090

SWA000644



me to look out for your families... For my family, and for all of you, my vote is a "No."

You are a DISGRACE to all of us... and finally others are waking up to it... I guess you forgot you work for US!!! But the FAs that voted for you are waking up as well....you sold them out too and they are very Dissatisfied with YOU to say the LEAST!!



Two wonderful Flight Attendants and their Baby Daughter... You not only are trying to Sell the very Flight Attendants that (YOU WORK FOR) down the RIVER, but you are also SELLING out their Families!!! Heard about the Dallas Meeting and how you really can't answer with clarity about the VERY TA you AGREED TOO and sent out us... You either are trying to act incompetent or you are just that INCOMPETE **App. 1091** worse you are WORKING FOR

SWA000645



cument 168-30 Filed 09/02/21 F

are just that INCOMPETENT.... Or
worse you are WORKING FOR
MANAGEMENT behind closed doors!
Anyone of these scenarios are BAD
for US SWA FAs and you are not cut
out along with your THUG BOARD to
be our Representatives!!! You and
your NT have started your own
demise😊 shame on you for collecting
a Pay Check from US!!!!! Even many
stanch supporters are not backing
you and your team, so if anything
good comes from this HORRID TA
will hopefully be your OUTING and
back on line.... ALL OF YOU ....
Praying this HAPPENS

**Attachment Unavailable**

This attachment may have been
removed or the person who shared it
may not have permission to share it
with you.

Wow from what I am hearing from all
bases is that you all were looked at
like Company supporters App. 1092
Flight Attendant supporters!!! I am

SWA000646

Wow from what I am hearing from all bases is that you all were looked at like Company supporters and not Flight Attendant supporters!!!! I am hearing an overwhelming NOOOOOO across the Land of SWA!!!! Now we just need to Fire all of you... And that is resonating just as much as the NO Vote.. Maybe just maybe we all will see that happen as well. They are saying YOU ALL WORK FOR US... We pay your Pay Check something I think you all forget on a daily basis and not to mention the Pathetic TWU-AFL-CIO one of the WORST ORGANIZATIONS around●

WOW...This is REALLY GREAT!! Told you you all are going to get a BIG BACK LASHING... and even from your so called supporters! What is really great is that it has brought rivals together... I am hearing EVERYWHERE and now in the App. 1093

SWA000647

ument 168-30   Filed 09/02/21   F

EVERYWHERE and now in the News Paper ...YES... maybe you have woken the Sleeping GIANT with this SLAP in the FACE TA!!!!!! READ

From the Chicago Business Journal la follow up story just released today July 21) This could wind up a very bad week for Southwest Airlines CEO Gary Kelly. Even if the low fare behemoth, as expected, reports record 2015 second quarter profits this Thursday morning, Kelly could have thousands of very unhappy flight attendants to contend with by Friday afternoon. With less than 72 hours until the voting ends at noon central time on Friday, sources indicate Southwest's (NYSE- LUV) rank-and-file unionized flight attendants, members of Transport Workers Union Local 556, look increasingly likely to vote down a tentative new contract presented to them for approval earlier this month. Multiple sources close to App. 1094

SWA000648

cument 168-30   Filed 09/02/21   F

Multiple sources close to
developments also indicate it may
not even be close.

One flight attendant who has been
polling fellow F/As said the "no" vote
could be overwhelming. "Seems that
sentiment is 0/1 against this
tentative contract," said the source.
One unscientific straw poll had 345
flight attendants voting "no," 8 for
"yes" and 12 "undecided."

Noted another Southwest flight
attendant: "The number of flight
attendants coming out publicly at
work, in F/A lounges and through
social media, email, text, wearing
black ribbons under their union pins,
displaying their "no" vote on their
luggage tags, etc., has been large
and widespread throughout our
flight attendant rank and file."

Yet another Southwest flight
attendant said the likely news of
Southwest's record profits on
Thursday could seal the rejection of
the contract among even those
Southwest flight attendants who are
still on the fence about wh App. 1095
vote.

SWA000649

cument 168-30   Filed 09/02/21   F

Online voting closes at 12 noon central time on Friday, and the results of the vote are expected to be announced to rank and file at 6 p.m. the same day.

Even some members of the team of so-called educators who have fanned out across the Southwest system in recent days to sell flight attendants on the new contract concede the outcome of the vote could go against Southwest CEO Kelly and the tentative contract the airline's top executive wants to see ratified.

For many flight attendants, two of the biggest issues in the proposed contract are the longer duty day (up from 10.5 to 12 hours) and new vacation rules.

But many flight attendants also argue the Southwest company culture has changed dramatically in recent years, and not for the better since Kelly took control of the company. Those sentiments may factor into the vote outcome now App. 1096 if flight attendants vote down the

SWA000650




If flight attendants vote down the tentative contract, negotiations will start from scratch again, even after it took two years to get the tentative contract now up for approval. Rank and file FtAs also may push for the Local 556 executive board to be recalled and a new board put in place before contract negotiations start once more.

Southwest's more than 13,500 flight attendants, including more than 1,800 domiciled in Chicago, are the largest single group of unionized workers employed at the heavily-unionized carrier.

If the flight attendants vote down the tentative new contract, that means Southwest CEO Kelly still will have to deal with four of his largest and most important worker groups who have been trying to get new contracts for years — flight attendants, mechanics, ramp agents and pilots. Southwest has its largest hub at Chicago's Midway Airport.

App. 1097

RECALL RECALL   RECALL

SWA000651



cument 168-30    Filed 09/02/21    F



RECALL RECALL... RECALL each
and everyone one of YOU Traitors!!!



Well there is you MANDATE and the
Companies WE WILL NOT SETTLE
FIR ANYTHING LESS TGEN WHAT
WE ALREADY HAVE!! Record Profits
again released Yesterday as well!!!!
Who the heck do you think HELPS IN
MAKING THISE PROFITS. As far as I
AND MANY MORE FAs are
concerned you have no right or the
REST IF THE NT going back in to Try
and Sell us out again!!! i am praying
we get rid of all you and start from
scratch... You all did not we are the
BEST INTERESTS FOR all of us out

App. 1098

SWA000652



scratch... You all did not work in the
BEST INTERESTS FOR all of us out
here on Line... I would love for all of
you to be back doing what you say
you represent OUR JOBS. You
DESERVE TI BE Recalled and sent
packing Audrey and it is
overwhelmingly being talked about.
NOW!! Sometime Prayers don't
happen over night but normally GOD
does destroy those who are Traitors
and you are a BIG ONE😊... Just look
at that number who voted and many
of them voted you in end are now
have VITERS REMORSE, and to think
you did all on your OWN. Have a
Great Day Audrey because I know
11,000 plus FAs are going to😊



Lots of typos just so DARN Happy
that I am typing to FAST 😊

EUPDATE. 1:50 p.m.: The TWU sent
out a press release announcing the
results, with this quote from the
Local 556 president Audrey Stone.

App. 1099

SWA000653

results, with this quote from TWU Local 556 president Audrey Stone: "Our membership has given us our marching orders. The terms of the tentative agreement were passionately discussed, debated and ultimately rejected by the employees. Democracy works best when members take an active role in their union."

REALLY AUDREY???? We all know how you all were trying youR damnedest to SELL this Garbage and you KNEW this was a BAD TA and if you didn't then you have NO BUSYNESS REPRESENTING any of US!!!! You will not be able to SPIN YOURSELF OUT OF THIS NOR ANY OF THE OF THE NT Team Members!!!! We know where your loyalties STAND!!!!!! WE DON'T TRUST YOU🔴

This is BULL PoopyDear Member, As reported today by the App. 1100 556 Board of Election. the

SWA000654

This is BULL PoopyDear Member,
As reported today by the TWU Local
556 Board of Election, the
Membership has voted to reject a
new six-year Collective Bargaining
Agreement. The Contract was
rejected by 87% of voting Flight
Attendants.
I appreciate the high voter turnout
and thank the 11,375 Flight
Attendants who voted. Democracy
works best when Members take an
active role in their Union.
We have much work to do on the
heels of this vote. First, we have to
conduct surveys and have dialogue
with the Membership around the
system to ascertain the best
approach on moving forward. We
must also discuss and re-prioritize
our key issues and Contract Articles
since the rejected Tentative
Agreement (TA) deal is now off the
table. Second, we cannot just
assume that Southwest Airlines
Management will give in to

App. 1101

SWA000655

ument 168-30   Filed 09/02/21   F

Management will give in to our
demands -- and we surely will not
ever just give in to their demands. As
a result, we have been developing a
Contract action plan. We will need to
mobilize our Members in very active
ways. I will be calling upon each of
you to get involved. Lastly, and
importantly, we must continue to be
the leading advocates for the well-
known Southwest Airlines Culture.
Our Membership must make sure
that our special and successful
culture is maintained, especially as
our airline expands into the future.
As I promised, regardless of the
outcome of the vote, your Union
leadership is fully prepared to move
forward. Now that the voting has
concluded and we start a new round
of bargaining, it is imperative that we
maintain our Unity as we go forward.
This was a vigorously debated and
discussed TA. This is a good thing.
However, while we debated ideas,
we should never debate the value of
standing together as a strong and
united Union. Let's move        App. 1102
together as one TWU Local 556

SWA000656

united Union. Let's move forward together as one TWU Local 556 Thank you.

Audrey Stone

TWU Local 556 President and Lead Negotiator... We are a Group who Overwhelmingly SAID NO to you and the Company!! YOUR Message to all of us is WEAK WEAK WEAK and has fallen on DEF EARS... We want all of you all FIRED and back on LINE like you should be... and we will make this happen, you all will not be negotiating our next TA... The Membership is really united in this... and we are united in this cause... Praying you all just RESKIN because that is the talk and it is LOUD!! YOU all are not our Leaders and you have proven that time and time again!

WE WANT YOU FIRED!!! All of YOU... I believe you will be getting an overwhelming amount of calls for it... and we all mean business!

yep... even the Delta Pilots Union

App. 1103

SWA000657

just one of many that I have been
reading tonicht...This is WANT
YOU GONE TOO....This is GREAT
NEWS TO ALL OF US who never
trusted you to begin with...your
supporters have turned.....we will
prevail.

Thank you Southwest Flight
attendants for uniting and fighting
back! WE CAN DO THIS! We are not
crap we are ALL worth this and
more...WE Deserve the best
because we ARE the best! Stop
allowing the brain washed ideas of
well...its industry standard or well we
have the leading industry contract or
well we cant think like that that will
never happen...Get rid of the
negative and replace it with
POSITIVE! We can ask for more
money we can ask for better trips we
can ask for better quality of life we
can ask for scheduling to be more
accountable about holding trips
etc....there a lot of improve           App. 1104

SWA000658

cument 168-30   Filed 09/02/21   F

etc...there a lot of improvements we can all make to get the LUV back and as far as im concerned out of RESPECT from Herb and Colleen FORGET what that attorney said in the union meeting! THIS IS STILL THERE AIRLINE! because most of us were here and experienced what was always meant to be a happy loving family place to work! its in my heart and they can not touch that EVER! I will carry on what was taught to me the best I can because of HERB and COLLEEN and all my senior mamas! DAMN RIGHT I WILL!

Contract:
9915 - No
1446 - Yes
11,362 Votes
LET THE RECALL BEGIN!!!

Let's do this!!! 85% freaking voter turnout!!! Are ya listening now Audrey???

**ARTICLE II OBJECTIVES**    App. 1105

SWA000659

cument 168-30   Filed 09/02/21   F

**ARTICLE II**
**OBJECTIVES**

Union shall be

erial Union, regardless of race, creed, color, gender, sexual orientation (gifts for membership)

collective bargaining adequate wage standards and represent benefits r the conditions of employment for the workers in the industry

Has anyone actually read the bylaws? I know that the NT and EB hasn't.
This second rate NT and EB (by their vote), negotiated a sub standard contract and failed to meet a key objective from the bylaws.
It's simple, respond with your NO vote.



I bet you and everyone else on the EB and NT mail boxes are full of letters calling for you all to resign....we all want you OUT!!!

WOW....not resigning and then you go on VACATION... well that shows us all just how you DO NO<span>App. 1106</span>
REPRESENT US at all... I smell a

SWA000660

cument 168-30    Filed 09/02/21    F



WOW....not resigning and then you go on VACATION....well that shows us all just how you DO NOT REPRESENT US at all....I smell a RECALL coming....oh how fun this will be to watch!



Oh now I am LOVING these and look no 556 on them, just we t

App. 1107

SWA000661

cument 168-30 Filed 09/02/21 F

no SS6 on them, just we the SWA
FAs standing together Unite4 in put
JOBS and to getting a GREAT
CONTRACT that we all DESERVE!!!
Now don't try to sell us anymore
CRAP you are paid by all of us so
that means you take your Marching
Orders from all of us.... Not the other
way around Audrey.

I hear you are side stepping on
Financials ... HMMMMM i guess we
all need to see them since it is our
money!! This was posted for
tomorrows meeting ....you may want
to answer it and truthfully. People are
getting a great picture of what you
all are all about at these meetings!!
The Arrogance is UNBELIEVABLE..
people want all of you GONE and
they are signing the RE-CALL at a
tremendous amount.. this RE-Call
just may work....here is what they are
saying about your Neglect on the
money issue ....you better

WE PAY you Paycheck Miss App. 1108

SWA000662

cument 168-30    Filed 09/02/21    F

money issue.....you better remember
WE PAY you Paycheck Miss
President!!

Here is is just one of the things they
said about you .... HOW does a
Prez, not know the costs of the
educators in lounges; the pamphlets,
phone messages, videos (she made),
TWO years negotiations-- along with
NT'S salaries & perks along the
way-- it should all be in the
treasurer's books. Yes?? How can a
Prez say she is unaware of those
numbers? Just ask her to LOOK at
those costs and tell the membership.
Like you say, it's OUR money. I too
would like to know how you claim
you do not know....all you have to do
o ask for the numbers from your
Treasurer and I am sure you Know it
any way....or at least you should
since you are the leader miss
president!!

Here is another one I found: anyone
else going to the MDW me  App. 1109
tomorrow.. p:eese pay very close

SWA000663

cument 168-30    Filed 09/02/21    F

tomorrow. please pay very close
attention to the Financial Report!
Specifically the Investment Funds.
We missed it at the DAL meeting I'm
embarrassed to say; but Chris didn't
at the BWI meeting. The Financial
Treasurer was NOT at the DAL
meeting and we were told we would
have to ask him why he wasn't in
attendance! I'm not sure if he's been
in attendance at any meetings so
far??? Also we pressed for a cost of
the failed TA and AS said she didn't
have that information. Keep in mind
in 2012 the opposing group used the
$500,000 that was transferred from
the investment accounts in 2012 to
fuel a recall against Stacey M., Chris
and Jerry L. I was at that meeting
when they were so outraged about
that transfer of funds and all but said
the money was stolen and then used
that rumor actually that LIE to build
momentum to remove the duly
elected Officers. And here we are!
Now if that doesn't convince you the
Board Room at Brookriver Dr. needs
to be swept clean...take YApp. 1110
UNION back it belongs to you and its

SWA000664

cument 168-30  Filed 09/02/21    F



to be swept clean...take YOUR
UNION back it belongs to you and its
YOUR MONEY!



YOU are a CROOK Miss Stone.....The
President Audrey Stone is being
vague on purpose.
If she says nothing YOU can't pin her
down. They are just smart enough to
be dangerous



Had to share this.....I am watching
you totally discredit yourself in a
Very BIG WAY!! This was posted
from a Flight Attendant that
supported you last go around...oh
how the TUNE has changed!!

Recall Petition continues to gain
ground, especially after each
meeting...this president continues to
tell half truths and flat out refuses to
answer questions...plus the fact that
our investment accounts were
cashed in to pay bills for th
now they are moving to a new

App. 1111

SWA000665



now they are moving to a new
location and yet nothing has been
told to the membership about these
developments!!! RECALL ON! Just a
few reminders for the naysayers. .1
This is a recall not a removal which
will force a reelection allowing all
eligible flight attendants to run for
office. 2. The merits for the recall are
in the bylaws, specifically Bylaws
Objectives Article II (b) To establish
through collective bargaining
adequate wage standards and
retirement benefits, shorter hours of
work and improvements in the
conditions of employment for the
workers...
They failed this Article II (b) in a very
big way! This TA did not bargain for
adequate wage standards (the
proposed wage increases was less
than adequate) and they bargained
for LONGER HOURS OF WORK
instead of shorter hours of
work...that's enough for removal but
we chose to go for a recall to force
another election...
When you are faced with  App. 1112
are against this recall or are just

SWA000666

cument 168-30   Filed 09/02/21    F

When you are faced with fa's who
are against this recall or are just
plain ignorant of the facts, please
remind them of this bylaw Article!!!
And please add that the OEBM's who
are so loved by many voted yes on
this TA...they deserve to be forced to
run again and be elected again if
they are so great!
RECALL ON!!!



And everyone is passing it on and
on!!!!

hmmmm so this is what the new NT
that you appointed to your already
Morally Bankrupt NT Team said
about our work GROUP during the
vote of the first Crappy Offer you
brought to all of us.... REALLY
Audrey you are so transparent with
your hate for our work group and
your alignment with our Company
and Management!!!   Her words.
Here is a quote she liked:           App. 1113
more than policemen, firemen,

SWA000667

cument 168-30   Filed 09/02/21    F

Here is a quote she liked: "get paid
more than policemen, firefighters,
teachers and every other flight
attendant in the country. We work
three days a week. We have the best
Contract in the industry. The level of
greed and entitlement around here is
absurd!!" ENOUGH SAID ABOUT
THE NEW NT MEMBER!

RECALL ON... and Pray we send you
Packing before you can damage our
JOBS anymore!!!!



We all want you all GONE out of
Office!!! We do not trust you ONE
BIT!!!!!! Boy it sure is clear you all are
not liked one bit even AT Flight
Attendants are sorry you all are their
Leaders!!!! YOU GET Payed by US
you WORK for US not the company!!!
Here is just one of the messages I
read today ... and there are way more
then this one.... Here is my
marching orders to the e.b. And 2 of
the remaining original neg. App. 1114
Brett and Bill H. And my first answer

SWA000668

cument 168-30  Filed 09/02/21   F

the remaining original negotiators
Brett and Bill H. And my first answer
to "Change" on the survey.RESIGN
please effective immediately. As I
was also reading the unity magazine
it's clear how out of touch the (e.b.)
reading Audrey article on how
basically she thought management
and the union were buddy buddy. It
was clear they worked together in
the contract to screw us over for the
next 20 years. Time to go back
"online" and pass out peanuts and
cokes like the rest of us hard
working folks. I'm not buying into the
peace and love approach they keep
trying with us. I'm tired of hearing
stupid catch phrases "buckle up",
"prepare for take off and landing",
"we're on final approach", and "we
are about to land this contract!"

 We are all DONE with all of YOU!!!!!!



App. 1115

SWA000669



cument 168-30    Filed 09/02/21    F



 I see these Recall tags Everywhere!!!! I believe it's getting CLOSE😂😂😂😂😂😂😂

Just Saw this.... it is one of the best for today!

App. 1116

Can I just say how embarrassed I am

SWA000670

Can I just say how embarrassed I am about our union representation? It's pathetic. It's like high school. Oh, let's send a bunch of pens to make a point. It's asinine. Childish stunts like that are not how you deal with the CEO of a multi-billion dollar corporation.

Hey, EB/INT, you know why you haven't heard anything back from GK? He is an adult. An adult who doesn't have time to indulge in playground games. If you really want to know how to negotiate with a multi-billion dollar corporation, watch SWAPA. If TWUS56 actually gave a crap about the membership, they would be aligning themselves as tightly as possible with SWAPA. I'm tired of this cutesy, cartoonish BS. There are approximately 15,000 flight attendants, who have families and/or bills to pay. You brought us a HUGELY concessionary TA, as your best. Now, you're following it up with childish stunts. Grow up and get serious. Start acting like y App. 1117 represent college educated adu

SWA000671

cument 168-30   Filed 09/02/21   F

serious. Start acting like you
represent college educated adults
instead of Mrs. Smith's kindergarten
class.

To all of you that support TWU556's
"leadership", remember in just a few
short months, it will be a year since
the failed TA. What have they done
since? Taken a lot of personal
vacations, for sure, but have they
earned your money? No. They have
only done two things, slapped
together some ridiculous proposal
and sent GK a bunch of pens and put
out another survey that they won't
listen to. Meanwhile, SWAPA is
doing informational picketing,
making commercials, and really
seems to be concerned with their
memberships livelihood and well
being. I WISH my union represented
me.

Just flew with another Flight
Attendant that is carrying the
RECALL Petition .... We are almost
there....

App. 1118

SWA000672



cument 168-30　Filed 09/02/21　F



Like it or not, professional appearance matters. They have this, we have that.

Wow just another great one I found this morning and it is SO TRUE!!!



App. 1119

SWA000673

‹ **Home**

**Charlene Carter** ›
Messenger



So, what's next folks? Finger painting? Coloring contests? How about basket weaving? That'll send Gary a message. Seriously, everybody. A lot of you said that I was complaining without offering ideas, you want some ideas?

Run ads in newspapers
Informational Picketing
Bombard the shareholders with letters/emails
Get the media involved
Post on Instagram, Facebook, Snapchat- any social media

There. That's 5 ideas right there. Each one would cause chaos in and of itself, imagine all five.

So, to all you trash talkers, I CAN back up what I say. I HAVE ideas. I'm not trying to divide us as a group, I'm trying to get what is best for us as a group. All of us.

After this contract is over and gone, we are still a team. It's up to us keep SWA, at the top of the heap. Everyday, when we go to work, we(flight attendants) accomplish that. The passengers spend more time with us, than any other work group, and we are pretty fucking amazing. I have two cousins who work for other carriers, and they always tell me how accommodating and friendly we are and how they wished they were Southwest.

We got it. We do. We just have bad representation.

👍 Like          💬 Comment

Write a comment...



Well one more for the day... Just found this😱



We want you all GONE😡and it is just a matter of time!! Thank GOD

05/03/2016, 17:23

WOW....have you read this article....WE will make this happen!!! So Close....cant wait to se you

Type a message...

     

App. 1120
SWA000674

‹ **Home**

**Charlene Carter** ›
Messenger

05/03/2016, 17:23

WOW....have you read this
article....WE will make this happen!!!
So Close....cant wait to se you
removed!!!

Even as Southwest Airlines (NYSE:
LUV) flight attendants union
president Audrey Stone presses on
to get a new labor contract for the
group, a band of upset flight
attendants said late last week that
they also are pressing on with efforts
to recall Stone and 12 members of
the the union's executive board.
Southwest has its largest hub at
Chicago's Midway Airport.
A source close to the so-called
"Recall556Now" movement said the
group was "so close" to getting the
required number of signatures on a
petition that would set the recall in
motion. More more than 4,000
signatures are believed to be affixed
to the petition at this juncture.



Chicago Business Journal....Cant
WAIT!!!

Type a message..

App. 1121

SWA000675



This growing day by day....just a clever way to see some of the faces of the RECALL....We are getting so CLOSE it makes me Dance and my Daughter Hannah do the Happy Dance together....yup even my 12 year old gets it that you all are Corrupt and do not serve the Membership well....she may even be a future Litigator against Unions one day....her Hero is Melissa Smith who happens to be her God Mother...hmmmm wonder remember her....i know Mr. McDaniel

cument 168-30   Filed 09/02/21   F

Mother....hmmmm wonder if you remember her... I know Mr. McDaniel does and to think he is or at least was your mentor....EVIL attracts EVIL... so very SAD to know you went down that path too....but the Membership is finally waking up after all these years that have passed since Melissa Smith....they are seeing the Connection to the Corruption and it hasn't changed one BIT with you! RECALL is Coming.. praise GOD!



This is what I call TRUE UNITY....one Flight Attendant at a time!

So where is our Union on this??? Just another reason we want you and TWU GONE!!! every last one you are INEPT to Work For Us Flight Attendants The Recall WILL HAPPEN



App. 1123

SWA000677

        



< Home

**Charlene Carter** ›
Messenger



### Southwest Pilot Tensions Flare Anew Over Arrival of 737 Max Jets

Southwest Airlines Co. pilots, frustrated after four years of unsuccessful contract talks, asked the carrier to guarantee it won't force them to fly Boeing Co.'s newest 737...

bloomberg.com



06/08/2016, 13:09



 

Type a message...

App. 1124

SWA000678

cument 168-30   Filed 09/02/21   F





 Wow all I can say is you should be FIRED along with the others on the Board who did this!!! So Un-Professional and Childish our Pilots are doing things Right but you all are a Disgrace 🔴

 This Just added more Fuel to the RECALL...

App. 1125

SWA000679



cument 168-30   Filed 09/02/21   F

This is my question as well: So here's food for thought: if Audrey is defending her actions in lgb and feels they did nothing wrong, then why did she say they made sure the probationary flight attendant didn't touch the napkins and had no part of it?? If you did nothing wrong why take those precautions? (Although I'm glad the new girl wasn't involved)

We WANT YOU GONE!!!! This is helping in a BIG WAY to get the Recall Finished😂😂😂😂thanks for the help!

Well looks like Brett or Cylar can't THREATEN anyone ANYMORE for saying the word Decertify😂😂😂😂 you all WORK for US not the other way around.



App. 1126

SWA000680

< Home   **Charlene Carter** >
                    Messenger

Well looks like Brett or Cylar can't THREATEN anyone ANYMORE for saying the word Decertify😂😂😂😂 you all WORK for US not the other way around!



### NLRB smacks down union for threatening worker | Fox News

A New York City union violated federal labor law when it threatened to sue members petitioning to withdraw their membership.

foxnews.com



 556 Members For Total Recall

***Edited***Looks like WE the MEMBERSHIP paid for full fare tickets for FA's to pass out that crap on the LGB inaugural flight AND WE PAID THEM 6.5 TFP AND PER DIEM AND they had the nerve to brag about it? The financial irresponsibility is just baffling...how can anyone find this mismanagement of funds excusable????

Type a message...

Aa    📷    🖼️    🙂    GIF    🎮    ⋯

App. 1127
SWA000681

 ‹ **Home**

**Charlene Carter** ›
Messenger



Oh and here is another helper in the RECALL for all of us on line.... You USED OUR MONEY TO BUY TICKETS to do your Disputable Work on the FLIGHT!!!! You are so CORRUPT....

07/12/2016, 10:51

Well, I got the Propaganda that International and now our Local on who to VOTE FOR....You all can Shove Every bit of it where the sun does not shine because I will never VOTE for Hillary Clinton EVER!!! I have a family member who worked for the Military and flew these guys around and HILLARY LEFT THEM TO DIE!!! You are as Corrupt and EVIL as she is!!! My whole family plus 99% of my friends are voting

Type a message..

App. 1128

SWA000682

cument 168-30 Filed 09/02/21 F

EVIL as she is!!! My whole family
plus 99% of my friends are voting
TRUMP and that includes friends at
SWA....so take your Hillary CRAP
and SHOVE IT!!!!!



**Kris Paronto added a new video.**

Whether it's her emails or Benghazi, some
things don't change. Hillary Clinton puts Amer...



This is what you supported during
your Paid Leave with others at the
Women's MARCH in DC....You truly
are Despicable in so many ways...by
the way the RECALL is going to
Happen and you are limited in the
days you will be living off of App. 1129

SWA000683



cument 168-30    Filed 09/02/21    F

This is what you supported during
your Paid Leave with others at the
Women's MARCH in DC....You truly
are Despicable in so many ways...by
the way the RECALL is going to
Happen and you are limited in the
days you will be living off of all the
SWA FAs..cant wait to see you back
on line.



Samina Shah added a new v... App. 1130

SWA000684

       

cument 168-30   Filed 09/02/21    F





**Samina Shah added a new video.**

An aborted baby alive even after the abortion.
This is the reason abortion is murder and Han...



Samina Shah

558 Ls. 11:33

TWU-AFL-CIO and 556 are
supporting this Murder...



**My Page - My Opinions added a new
video: Abortion.**

#Democrats - This is what you support? If its...

App. 1131

SWA000685

        



‹ Home

cument 168-30    Filed 09/02/21    F

Video: Abortion.

#Democrats - This is what you support? # Ins...

My Page · Us Detroit

Did you know this... Hmmmm seems a little counter productive don't you think... you are nothing but a SHEEP in Wolves Clothing or you are just so un-educated you have not clue who or what you were marching for! Either way you should not be using our DUES to have Marched in this despicable show of TRASH!



**WHDA: Look where Women's March organizer just showed up**

With friends like that...



App. 1132

SWA000686

Did you all dress up like this . Wonder how this will be Coded in the LM2 Financials...cause I know We Payed for this along with your Despicable Party you hosted for signing the Contract....The RECALL is going to Happen we are even getting more signatures due to other FAs finding out what you guys do with our MONEY!!! Cant wait for you to have to be just a regular FA again and not Stealing from of our DUES for things like this!



I'm sure Lefty's like this will make America take feminism more seriously



App. 1133

SWA000687

cument 168-30   Filed 09/02/21   F

You and TWU should really know
your History as well when it comes
to the King Family....Dr. Martin
Luther Kings Niece....he would have
never MARCHED for Pro-Life he
was a Baptist Minister, nor did he
support the Violence the LEFT and
you support.



**Unborn Civil Rights (@alvedaking)
| Twitter**

The latest Tweets from Unborn Civil
Rights (@alvedaking). @AlvedaCKing
is the Director of Civil Rights for the
Unborn, the African American
Outreach of @Priestsforlife. Atlanta...



Get Educated. ..because App. 1134
are showing your innoxical

SWA000688

        


cument 168-30 Filed 09/02/21 F

are showing your ignorance!



Seek God now in prayer as we are
using the key of non-violent conflict
resolution to resolve our differences.
americanreturntogod.com

Alveda King

This is from Alveda King in regards
to her Uncle Dr. Martin Luther
King…READ :http://
www.priestsforlife.org/…/king-
planned-parenthood-1-8…

Click on the Link



App. 1135

SWA000689

        

cument 168-30 Filed 09/02/21 F

Click on the Link



Milo Yiannopoulos http://
www.priestsforlife.org/
africanamerican/king-planned-
parenthood-1-8.pdf

Aretha King

http://www.priestsforlife.org/.../
king-planned-parenthood-1-8...

king-planned-p...nthood-1-8.pdf

Just to let you know I just Sent more
money to the RIGHT TO WORK
Org....I support them 110% App. 1136
hard earned DUES i send you all to

SWA000690

cument 168-30    Filed 09/02/21    F



Just to let you know I just Sent more
money to the RIGHT TO WORK
Org... i support them 110% about my
hard earned DUES I send you all to
waist! So stop sending me your
Crappy Union Propaganda...I can
think for myself...just like I did
during the Election...VOTED for
TRUMP-PENCE and guess what
THEY WON!!!!!



App. 137

SWA000691

        

cument 168-30   Filed 09/02/21   F



*SHARE IF YOU LOVE YOUR PRESIDENT!*
Citizens for TRUMP

Best President we have had since
Reagan! Thank GOD you and the
other Union/Socialist didn't get your
Gal Hilary Clinton elected... but you
all sure did do your best with all the
Propaganda you and TWU-AFL-CIO
wasted with OUR Dues Money
putting out! Just meant we all had to
WORK HARDER in getting the Truth
Out... just like we are doing with the
Recall 😊 more people signing up to
remove you!!!! NOW that's a win....
and you will be removed and we will
get to VOTE in new leadership... that
day is sooner than you thing Miss
Stone.

App. 1138

SWA000692