< Home (3)

**Audrey Stone** >
Facebook

**Invite Audrey to Messenger**

FEB 14, 11:22 AM

> This is what you supported during your Paid Leave with others at the Women's MARCH in DC....You truly are Despicable in so many ways...by the way the RECALL is going to Happen and you are limited in the days you will be living off of all the SWA FAs..cant wait to see you back on line.



0:16

**Samina Shah added a new video.**
An aborted baby alive even after the abortion.

Type a message...

App. 1139



**Samina Shah added a new video.**

An aborted baby alive even after the abortion. This is the reason abortion is murder and Hara...

Samina Shah

FEB 14, 12:33 PM

**TWU-AFL-CIO and 556 are supporting this Murder...**



**My Page - My Opinions added a new video: Abortion.**

#Democrats - This is what you support? If its y...

My Page - My Opinions

 Home (3)

**Audrey Stone** >
Facebook

Invite Audrey to Messenger

FEB 14, 1:00 PM

Did you all dress up like this...Wonder how this will be Coded in the LM2 Financials...cause I know We Payed for this along with your Despicable Party you hosted for signing the Contract....The RECALL is going to Happen we are even getting more signatures due to other FAs finding out what you guys do with our MONEY!!! Cant wait for you to have to be just a regular FA again and not Stealing from of our DUES for things like this!



I'm sure Lefty's like this will make America take feminism more seriously.

Mark Gresin

Type a message...

App. 1141



**Charlene Carter** shared **My Page - My Opinions**'s video.
February 7 at 3:18 PM

WARNING this is VERY GRAPHIC!! I want my Tax Dollars to STOP funding this...PERIOD!!!! This is MURDER.

 **My Page - My Opinions** added a new video: Abortion. 
February 4

#Democrats - This is what you support? If its your body your choice, who is this laying in the fucking bowl? It doesn't looks like your... Continue Reading



94.5K Views



 **Charlene Carter**
February 14 at 11:12 AM

THIS IS GRAFIC....but it needs to be shared over and over....this is MURDER! So for all of you that are Pro-Abortion GOD HELP YOU!

 Samina Shah with Aqsa Shah and 2 others.
January 16

An aborted baby alive even after the abortion. This is the reason abortion is murder and Haram. We have no right to take away so... Continue Reading

