| | |
|---|---|
| **From:** | Audrey Stone |
| **Sent:** | Wednesday, February 22, 2017 8:51 PM CST |
| **To:** | Suzanne Stephensen |
| **CC:** | Naomi Hudson; Sonya Lacore |
| **Subject:** | Complaint - contains graphic images |

Dear Suzanne,

Below you will see Facebook messages that were sent to me last week by Southwest Airlines Flight Attendant Charlene Carter. It is in regards to a TWU Local 556 Women's Committee meeting that I participated in last month, and a march that I voluntarily participated in a few days later. Up until December I chaired our TWU Committee, which works with TWU International to collectively help build future women leaders and address women's issues.

The messages contain two graphic videos of an alleged aborted fetus and make references to murder as well as political and religious comments. The first two are the actual messages she sent me, and the bottom two are the links that they came from.

I found the messages to be incredibly disturbing and believe it to be a violation of the social media policy. I find it obscene and violent, as well as threatening in nature. I also believe it is a violation of the Workplace Bullying and Hazing policy, under cyber bullying. Further, I believe the references to religion are a violation of the Harassment Policy. Charlene doesn't know me, or my religious views. I also believe it violates our work and conduct rules under Class II.3. as well as Class IV.6&7.

While I hold a current position within my Union, I am a Southwest Airlines Employee first and foremost. I have made clear that I will not be seeking re-election, and am now fearful to return to my job as a line-flying Flight Attendant due to repeated personal attacks and threats made both via social media as well as altercations that have occurred face to face while I've been on a Southwest Airlines plane. I can't and won't continue to be disrespected as an Employee of Southwest Airlines, or as a human being.

Should you need further information, please let me know. I did not know how to attach the videos themselves from Facebook to an email which is why they are only screenshots. The photos don't do justice to the awfulness of the videos. I also blocked her until I realized that I could no longer access the videos, and until this complaint is investigated, I wanted to be able to have them as evidence. She has continued to send me messages since these but I haven't opened them.

I can't "unsee" these images, and I was waiting to board a flight on us when I logged in and saw them. I sat in the gate area alone and cried, and had to contact a close friend to even pull myself together enough to board the flight.

I am personally pro-choice, and to be sent messages that reference me as a "murderer" couldn't be further from the truth. However, I believe in equality and individual rights, and will continue

CONFIDENTIAL DOCUMENT                                                                                                              SWA004226

to support causes and events that promote the fundamental rights I believe every human being should have.

Thank you for addressing this very upsetting matter. I've had the above drafted and it had taken me days to be able to hit "send."  It's taken me a week wrestling with the decision.  I've spent my career protecting and defending our Flight Attendants, but I realize I must also protect myself and the job I have at Southwest.

**CONFIDENTIAL DOCUMENT**                                                                                                                      **SWA004227**

| | |
|---|---|
| **From:** | Denise Gutierrez |
| **Sent:** | Thursday, February 23, 2017 1:50 PM CST |
| **To:** | Ed Schneider; Employee Relations-DG |
| **CC:** | Dave Kissman; Meggan Jones |
| **Subject:** | RE: Complaint - contains graphic images |

Good afternoon, Ed. I will be the Employee Relations professional assisting you with this matter. Since Charlene is the accused Flight Attendant the DEN base will need to lead all the calls related to this matter. Please set up a call with Audrey Stone so we can get more information about her concerns and then we can set up a fact finding with Charlene. When is our day 7 on this issue?

-----Original Message-----
From: Ed Schneider
Sent: Thursday, February 23, 2017 1:09 PM
To: Employee Relations-DG
Cc: Dave Kissman; Meggan Jones
Subject: FW: Complaint - contains graphic images

This information was sent to Flight Attendant Audrey Stone 74952, who is the Inflight Union President, by a Flight Attendant Charlene Carter 38690 who is DEN Based, via Facebook . The images are attached and they are graphic depicting an alleged aborted fetus. Please read Audrey's information at the bottom and let me know your thoughts on protected categories, etc..

Thank you,

Ed Schneider
Denver Inflight Base Manager
303-214-2354
Ed.schneider@wnco.com


-----Original Message-----
From: Dave Kissman
Sent: Thursday, February 23, 2017 10:31 AM
To: Ed Schneider; Dustin Moore; Hector Barrera; Meggan Jones
Subject: FW: Complaint - contains graphic images


Ed and Team DEN-  From Audrey Stone, posts from DEN FA Charlene Carter.  Today is Day 2.  Caution in advance, very disturbing.  Ed, give Suzanne a call.  I am in TOPS and can be reached on cell if needed.

Dave

-----Original Message-----
From: Audrey Stone
Sent: Wednesday, February 22, 2017 6:58 PM
To: Suzanne Stephensen
Cc: Naomi Hudson; Sonya Lacore
Subject: Re: Complaint - contains graphic images

Suzanne,

Part of my message was cut - it should have said "I am personally pro-life, but I support others right to pro-choice and don't believe I have the right to tell them what to do with their body, and to be sent messages that reference me

**CONFIDENTIAL DOCUMENT**                                                                                                                                        SWA004459

| | |
|---|---|
| **From:** | Maureen Emlet |
| **Sent:** | Friday, February 24, 2017 11:46 AM CST |
| **To:** | Tammy Shaffer; Brianna Grant |
| **CC:** | Inflight Labor Relations Mailbox |
| **Subject:** | FW: Charlene Carter videos and posts |
| **Attachments:** | IMG_4914.png, IMG_4913.png, IMG_4912.png, IMG_4911.png, IMG_4910.png, IMG_4909.png, IMG_4908.png, IMG_4907.png |

Attached are Facebook posts showing a nexus between Charlene and SWA. Below are links to videos showing aborted fetuses. I could not find anything like this on Charlene's Facebook page, so I am not sure if she has more than one or if these posts were made on one of the closed sites. Please be forewarned that the videos are extremely disturbing.

Reen

From: Denise Gutierrez
Sent: Friday, February 24, 2017 11:16 AM
To: Ed Schneider; Maureen Emlet
Subject: Charlene Carter

Good morning! Included in this email you will find the links to the videos that were sent to Audrey Stone. Please be cautious when viewing the videos because they are quite graphic. The images attached are pictures from Charlene's public Facebook page which illustrate her connection to SWA. Please let me know if you have any questions.

https://www.facebook.com/samina.shah.12/videos/1220732134641472/
https://www.facebook.com/1901218913447707/videos/1901227263446872/

**Denise Gutierrez**
Employee Relations Senior Investigator
General Counsel
(214) 792-6671 (O)
(214) 402-7869 (C)
(214) 932-1442 (F)
2702 Love Field Dr.
Dallas, TX 75235



App. 1147

**CONFIDENTIAL DOCUMENT**  SWA006504



CONFIDENTIAL DOCUMENT                                                                 SWA006505

Ok I have 2 Captains in my home **Kyle Odom** who flys for us at Southwest Airlines and my husb... See More

65   18 Comments

Like   Comment   Share

CONFIDENTIAL DOCUMENT   SWA006506



App. 1150

CONFIDENTIAL DOCUMENT                                                     SWA006507



CONFIDENTIAL DOCUMENT                                                                                       SWA006508

**Charlene Carter**

Ok I know I have lots of FB friends who are Believers like I am. I shared this on a Flight Attendant Site today with friends and got a great response. So I thought I would share here too!! I Stand with Israel and America!! Make your statement who you support and let's show a World that We Believe in Isreal and our Blessed Country. Just one little way to get your voice/point across.

SEPTEMBER 17, 2014

22                                          8 Comments

👍 Like         💬 Comment         ➤ Share

App. 1152

CONFIDENTIAL DOCUMENT                                                SWA006509



CONFIDENTIAL DOCUMENT

SWA006510



App. 1154

CONFIDENTIAL DOCUMENT

SWA006511

Great Crew!!!  Thanks Captain Karl.... See More

15

Like          Comment          Share

App. 1155

CONFIDENTIAL DOCUMENT

SWA006512

App. 1156

CONFIDENTIAL DOCUMENT

SWA006513