

## Step 2 Hearing Documents submitted by Charlene Carter #38690
## Documents 1-10                                    April 4, 2017

*Document descriptions in the Index below may be slightly different from those quoted on Step 2 notes*

**Document #1 –**Picture of a video of an aborted baby that is alive

**Document# 2-** Picture of a video- of an aborted fetus with statement that reads "# Democrats- This is what you support? "

**Document# 3-** Picture of women wearing some sort of a headdress costume that appear to be vaginas

**Document# 4-** A Planned Parenthood packet with Women's March logo; the document shows Women's March list of Sponsors.

**Document# 5-** A Planned Parenthood packet with Women's March logo; the document titled Premier Partners and is a listing of organizations that support- AFL-CIO is on this list.

**Document# 6-** A picture of Cecile Richards; President of Planned Parenthood- DISCOVERTHENETWORKS.ORG.

**Document# 7-** An article titled "TWU Local 556 Working Women's Committee Participates in Women's March on Washington"

**Document# 8-** Brochure titled the "Pussyhat Project"

**Document# 9-** Save our Union Facebook posting with pictures attached

**Document# 10-** Article printed from the *Business Insider-*"Thousands of Women wore pink 'pussy hats' the day after Trump's inauguration"

1 | P a g e

SWA Exh. 14

App. 1187



## Step 2 Hearing Documents submitted by Charlene Carter #38690
### Documents 11-20
April 4, 2017

*Document descriptions in the Index below may slightly differ from those quoted in the Step 2*

**Document #11 –**Article published by *NBC 4 Washington* "Southwest Flight Lights Go Pink for Women's March"

**Document# 12-** Facebook screen shots that contains highlighted comments

**Document# 13-** Facebook screen shoot of something from the 556 Facebook page

**Document# 14-** A media article from *Entertainment Weekly* "Southwest Airlines lights D.C flight pink for Women's March"

**Document# 15-** Transport Workers Union Blog- "TWU Represented at Women's March"

**Document# 16-** *CNN Opinion* article "An Unprecedented Presidency"

**Document# 17-** *CNN printed* article- "Pussyhat Project tops off Women's March on Washington"

**Document# 18-** http://dailycaller/author/cwolf/- blog post titled "Unions Are Spending Forced Dues on Planned Parenthood"

**Document# 19-** www.libertyunyielding.com titled "AFL-CIO's Trumka defends Planned Parenthood"

**Document# 20-** *AFL-CIO America's Unions* "Planned Parenthood Provides Vital Services to Women"

App. 1188



## Step 2 Hearing Documents submitted by Charlene Carter #38690
## Documents 21-30                                    April 4, 2017

*Document descriptions in the Index below may slightly differ from those quoted in the Step 2*

**Document #21 –** *American Thinker* "Unions and Planned Parenthood: A Love Story"

**Document# 22-** *The Daily Caller -* http://dailycaller.com "Unions Are Spending Forced Dues on Planned Parenthood"

**Document# 23-** *Planned Parenthood* National News "Planned Parenthood Supporters March with Millions of Women Around the World"

**Document# 24-** www.DiscoverTheNetwork.org "Richard Trumka" article

**Document# 25-** A photo copy of a Southwest invitation to a Senior Leader dinner, posted on Facebook

**Document# 26-** 11 pages of Facebook screenshots including Flight Attendants, Celebrity and Pilots

**Document# 27-** *US Department of Labor* article titled "Union Members: Know Your Rights"

**Document# 28-** Transport Workers Union of America, AFL-CIO Air Transport Local 556- TWU 556 local bylaw's

**Document# 29-** President's Message- Social Media, NEW Android App and Contract Quickies

**Document# 30-** Email dated 8/2/2013 from Thom McDaniel to Charlene titled Thom McDaniel for TWU Convention Delegate.

3 | P a g e

App. 1189



## Step 2 Hearing Documents submitted by Charlene Carter #38690
## Documents 31-40                                          April 4, 2017

*Document descriptions in the Index below may slightly differ from those quoted in the Step 2*

**Document #31** – Email dated 5/29/2013 sent from Charlene titled "Don Shipman Criminal Activity" to Jim Little. There is also a screen shot of messages between Tina Coffee and Don Shipman.

**Document# 32-** Email dated 5/29/2013 sent from Charlene titled "Don Shipman Letter" to Jim Little. (States there are 2 attachments) Included is one attachment- Don Shipman- Operation: Carpet Bomb.

**Document# 33-** Email dated 5/28/2013 sent from Charlene titled "More Corruption" to Jim Little. (States there are 2 attachments) Included is one attachment- Facebook comments Don Shipman.

**Document# 34-** Email dated 7/24/2013 sent from Charlene titled "Your Letter" to Jim Little. (States there are 2 attachments) Included is one attachment- a letter from James Little on 7/23/2013.

**Document# 35-** Email dated 5/28/2013 sent from Charlene titled "Caught in Collusion" makes reference to Don Shipman and Tina Coffee along with Facebook private messages.

**Document# 36-** Email from Charlene Carter to Jim Little dated 05/28/2013- Attached is a Garry Drummond's article.

**Document# 37-** Email from Charlene Carter to Jim Little dated 5/28/2013 titled "More Allyson Parker Lauck" with additional private messages.

**Document# 38-** Email from Charlene Carter to Jim Little dated 5/28/2013 titled "Allyson Parker Lauck" with additional private messages.

**Document# 39-** A picture of Charlene's wings and an email from Rabbi Yechiel to Charlene Carter titled "Passover 8 Days Away"

**Document# 40-** Letter from DEN Flight Attendant Marianne Holmgren -character reference

4 | P a g e





## Step 2 Hearing Documents submitted by Charlene Carter #38690
## Documents 41-45                                                        April 4, 2017

***Document descriptions in the Index below may slightly differ from those quoted in the Step 2***

**Document #41 –** Hard copy of the invitation from Mike Van De Van and Gary Kelly to the Senior Leadership dinner

**Document# 42-** This is a letter sent to Gary Kelly, Mike Van De Van, Mike Hafner and others Dallas Base Managers, Ron Ricks Corp Security regarding work place safety

**Document# 43-** Casey Rittner -Facebook profile page- holding a gun with Gary sign now

**Document# 44-** Email to Mike Hafner, John White, and Kevin Allen dated August 7, 2015- Subject is "Kent Hand screen shots." – also includes correspondence and Facebook posts about Facebook drive by

**Document# 45-** Kick Tail given to Charlene signed by Hector Berrera

App. 1191

 Facebook ●○○○○ 📶    9:41 AM    

< Home (3)    **Audrey Stone** ›    Facebook

**Invite Audrey to Messenger**

FEB 14, 11:22 AM

This is what you supported during your Paid Leave with others at the Women's MARCH in DC....You truly are Despicable in so many ways...by the way the RECALL is going to Happen and you are limited in the days you will be living off of all the SWA FAs..cant wait to see you back on line.



**Samina Shah added a new video.**

An aborted baby alive even after the abortion.

👍

App. 1192



**Facebook** ●●○○○ 📶    9:42 AM    ✈ ✳ 19% 🔋

‹ **Home (3)**    Audrey Stone ›    📞 📹 ②
Facebook

**Invite Audrey to Messenger**



**Samina Shah added a new video.**

An aborted baby alive even after the abortion.
This is the reason abortion is murder and Hara...

Samina Shah

FEB 14, 12:33 PM



TWU-AFL-CIO and 556 are
supporting this Murder...

▶ 4:07

**My Page - My Opinions added a new
video: Abortion.**

#Democrats - This is what you support? If its y...

My Page - My Opinions



App. 1193

 Facebook ●●○○○ 🛜    9:43 AM    🧭 ⚡ 19% 🔋 

❮ Home (3)    Audrey Stone ❯    📞  📹

Facebook

**Invite Audrey to Messenger**

FEB 14, 1:00 PM

Did you all dress up like this...Wonder how this will be Coded in the LM2 Financials...cause I know We Payed for this along with your Despicable Party you hosted for signing the Contract....The RECALL is going to Happen we are even getting more signatures due to other FAs finding out what you guys do with our MONEY!!! Cant wait for you to have to be just a regular FA again and not Stealing from of our DUES for things like this!



I'm sure Lefty's like this will make America take feminism more seriously.

Mark Gresin



App. 1194



**TAKE ACTION**
**THE MARCH**
RESOURCES (HTTP://RESOURCES.WOMENSMARCH.COM)
ABOUT
MEDIA
STORE (HTTP://MERCH.WOMENSMARCH.COM)

DONATE (HTTPS://WWW.CROWDRISE.COM/MARCHFORWARD/)

# SPONSORS

EXCLUSIVE PREMIERE SPONSOR



(http://plannedparenthood.org)

**000009**

App. 1195

PRESENTING PLATINUM SPONSOR



(http://www.nrdc.org)

SOCIAL JUSTICE PARTNERS

EMILY'S LIST

ignite change.

(https://www.emilyslist.org)



NARAL
Pro-Choice America

(http://www.prochoiceamerica.org/)

App. 1196

MOVEMENT FRIENDS



ACLU
AMERICAN CIVIL LIBERTIES UNION
(https://www.aclu.org/)



American Federation of Teachers, AFL-CIO
(http://www.aft.org/)

HUMAN
RIGHTS
CAMPAIGN®
(http://www.hrc.org/)



PEACE
IS LOUD
(http://moveon.org)

1199SEIU
United Healthcare Workers East
(http://www.1199seiu.org/)



MoveOn.ORG®
DEMOCRACY IN ACTION
(http://moveon.org)

App. 1197



TAKE ACTION
THE MARCH
RESOURCES (HTTP://RESOURCES.WOMENSMARCH.COM)
ABOUT
MEDIA
STORE (HTTP://MERCH.WOMENSMARCH.COM)

DONATE (HTTPS://WWW.CROWDRISE.COM/MARCHFORWARD/)



# PREMIER PARTNERS



(https://www.plannedparenthood.org/)



(https://www.nrdc.org/)

# PARTNERS

#VOTEPROCHOICE
(http://voteprochoice.us)

1199 SEIU (http://www.1199seiu.org)

18MillionRising
(http://18millionrising.org)

350.org (http://www.350.org)

50/50 Project (http://www.50-50project.org)

5050 Congress, Inc.
(http://5050Congress.org)

Federation of Protestant Welfare
Agencies (http://fpwa.org)

Fem Federation
(http://www.femfederation.org)

FEM Inc. (http://www.fem-inc.com)

Feminist.com
(http://www.feminist.com)

Feminist Majority Foundation
(http://www.feminist.org)

FemInUs (http://www.feminus.org)

New Yorkers Against Gun Violence
(http://nyagv.org)

The New York Immigration Coalition
(http://www.thenyic.org/)

New York State Nurses Association
(NYSNA) (http://www.nysna.org/)

New York Women Social Entrepreneurs
(http://www.ywse.org)

Newtown Action Alliance
(http://alliance.newtownaction.org/)

App. 1198

52 Feminists (http://52feminists.com)

9to5, National Association of Working Women (http://www.9to5.org)

A Better Balance (http://www.abetterbalance.org)

A is For (http://www.aisfor.org/)

A. Philip Randolph Institute (http://apri.org/)

ACCESS Michigan (https://www.accesscommunity.org/)

Adhikaar (http://www.adhikaar.org)

The Advancement Project (http://advancementproject.org)

Advocates for Youth (http://www.advocatesforyouth.org)

AFL-CIO (http://www.aflcio.org/)

African Communities Together (http://www.africans.us/)

AFSCME (http://www.afscme.org)

Alive Inside Foundation (http://www.aliveinside.org)

Alliance for Justice (http://www.afj.org/)

Alliance for Quality Education (http://www.allforqualityed.org/)

Alliance of Nurses for Healthy Environments (http://www.enviRN.org)

Alliance for Women in Media (http://allwomeninmedia.org)

All Out (http://allout.org/en/)

AMAR International (http://amarfoundation.us)

Ameinu (Our People) (http://www.ameinu.net)

Fig Tree Revolution (http://www.figtreerevolution.com)

Forward Together (http://www.forwardtogether.org)

FREE THE NIPPLE (http://www.freethenipple.com)

Free Minds Book Club & Writing Workshop (http://www.freemindsbookclub.org)

GABRIELA Washington, D.C. (https://justice4filipinotraffickedteachers.wordpress.com/)

Gathering For Justice (http://www.gatheringforjustice.org/)

Genders & Sexualities Alliance Network (GSA Network) (https://gsanetwork.org)

Gender Action (http://www.genderaction.org)

Gender at Work (http://www.genderatwork.org)

Georgetown University College Democrats (http://georgetowndemocrats.com)

Georgia Latino Alliance for Human Rights – GLAHR (http://www.glahr.org/)

GirlForward (https://www.girlforward.org)

Girl Be Heard (http://girlbeheard.org)

Girl Rising (http://www.girlrising.com)

Girlfriends Pray (http://girlfriendspray.org/)

Girls Republic (http://girlsrepublic.org)

Girls Rock Camp Santa Barbara (http://www.girlsrocksb.org)

The Next Four Years - Milwaukee (https://www.facebook.com/groups/TheNext

NO More (http://nomore.org/)

Nuclear Information and Resource Service (http://nirs.org)

OCA - Asian Pacific American Advocates (http://ocanational.org)

Occupy Wall Street (http://occupywallst.nyc)

Ohio Coalition Against Gun Violence (http://ohioceasefire.org)

Omega Women's Leadership Center (http://www.eomega.org/owlc)

One Billion Rising (http://www.onebillionrising.org)

Ontario Federation of Labour (http://www.ofl.ca)

The Oracle Institute (http://www.TheOracleInstitute.org)

Our Bodies Ourselves (http://www.ourbodiesourselves.org)

OXFAM (https://www.oxfam.org/)

Pacem in Terris (http://www.depaceminterris.org)

PAI (http://pai.org)

Paradigm Shift NYC (http://www.paradigmshiftnyc.com/)

Parent Voices CA (http://www.parentvoices.org)

PDX Women in Technology (http://www.pdxwit.org)

Peace Over Violence (http://peaceoverviolence.org)

Peace Pentagon HUB (http://www.PeacePentagon.net)

App. 1199



App. 1200

# DISCOVER**THE**NETWORKS.ORG
## A GUIDE TO THE POLITICAL LEFT

HOME   GUIDE   SEARCH   CONTACT   SUBSCRIBE TO DTN   FRONTPAGEMAG   CORRECTIONS        DTN DIRECTORY ▾

▷ AdChoices ⌕      Die-Cast & Toy Vehicles          Lesson Plans          Poisons & Overdoses

INDIVIDUALS                      Search   VIEW LIST OF ALL INDIVIDUALS

CECILE RICHARDS            Printer
                          Friendly
                          Page

FUNDERS   INDIVIDUALS
GROUPS
MEDIA     ACADEMIA
ISSUES    POLITICS
ARTS & CULTURE
BOOKS                                      VISUAL MAPS

- President of Planned Parenthood
- Founder of America Votes
- Founding member of America Coming Together
- Co-founder of the New Politics Institute
- Daughter of former Texas Governor Ann Richards (D)

Born July 15, 1957 in Waco, Texas, Cecile Richards is the daughter of the late Ann Richards, a Democrat who served as governor of Texas from 1991-95, and David Richards, a radical labor-union lawyer. "I grew up in a very political family," says Cecile. "Other families did bowling. We did politics."

Richards began participating in antiwar protest activities at the age of twelve. At fifteen she worked on the 1972 political campaign of Texas state legislature candidate Sarah Weddington, the attorney who would successfully argue the 1973 *Roe v. Wade* case *before the* U.S. Supreme Court.

After graduating from Brown University in 1980, Richards began organizing low-wage workers in the hotel, health care, and janitorial industries in Texas, Louisiana, and California. In 1985 she became a leader of "Justice for Janitors," a newly formed national campaign that demanded higher wages and better benefits for custodial workers in a number of U.S. cities. Richards also served variously as an organizer for the SEIU, a board of trustees member with the Ford Foundation, and a board member of NARAL Pro-Choice America.

Richards has long harbored contempt for the so-called "Christian Right," an antipathy that was sparked in 1994 when she perceived conservative religious voters who opposed her mother's gubernatorial re-election bid against George W. Bush, as "angry, irrational" people who "were really on a mission to eradicate the state of [what they saw as] godless, pro-homosexual, anti-family elected officials." Shortly after her mother's electoral defeat, Cecile Richards founded the Texas Freedom Network (TFN), an organization that aimed to counter the political influence of conservative Christians, especially on school boards.

After three years (1995-98) as executive director of TFN, Richards and her husband, SEIU labor organizer Kirk Adams, moved to Washington, DC, where they both worked for the AFL-CIO. Also during her time in the capital, Richards—working closely with Jane Fonda and the Planned Parenthood Federation of America (PPFA)—directed a Turner Foundation pro-choice project that aimed "to help build the infrastructure of the choice movement in America." Moreover, she founded (and served as president of) Pro-Choice Vote, the largest "527" political committee in the 2000 election cycle.

During 2002-03, Richards spent eighteen months as deputy chief of staff to Democratic congresswoman Nancy Pelosi.

In 2003 Richards was one of the founding members of America Coming Together (ACT), the Shadow Party's grassroots get-out-the-vote network. Also among ACT's founding officials and board members were Hillary Clinton, Gina Glantz, Rob Glaser, Jonathan Lewis, Ellen Malcolm, Rob McKay, Carl Pope, Steven Rosenthal, Jonathan Soros, and Antonio Villaraigosa.

In July 2003 Richards became president of the voter-mobilization coalition America Votes, a post she held through 2004.

In 2005 Richards served as a director with the Proteus Fund. That same year, she collaborated with Gina Glantz and New Democrat Network president Simon Rosenberg to form the New Politics Institute, a leftist think thank.

Since February 15, 2006, Richards has been the president of Planned Parenthood, the largest abortion provider in the United States. She also serves as president of the Planned Parenthood Action Fund, PPFA's self-identified "advocacy and political arm." Moreover, Richards oversees the Planned Parenthood Action Fund Political Action Committee, which is "committed to supporting pro-choice, pro-family planning candidates for federal office."

Since August 2006, Richards has blogged frequently on *The Huffington Post* website, where she advances a host of pro-abortion themes.

In 2008 Richards endorsed Democrat Barack Obama for U.S. President, describing him as "a leader who will improve access to quality health care for women, a partner who will support and protect a woman's right to choose, and a president who will invest in prevention programs that help prevent unintended pregnancies and reduce the need for abortion."

In December 2010, Richards was a member of the Gala Host Committee for the Midwest Academy Awards Ceremony, along with Deepak Bhargava, Julian Bond, Luis Gutierrez, Wade Henderson, Gara LaMarche, John Lewis, and Jan Schakowsky.

In 2012 Richards took a leave of absence from Planned Parenthood to campaign full-time for President Obama's re-election bid. She was also a top adviser to the White House on the controversial Obamacare mandate requiring all employers to provide their workers with health insurance policies that covered the costs of contraception and certain abortifacients, regardless of whether the employers had religious or moral objections to such things. Richards argued passionately in favor of the mandate.

Between January 2009 and July 2015, Richards visited the Obama White House 39 times—about once every two months. Those visits included at least three with President Obama alone; two with Michelle Obama alone; four with both the president and his wife together; four with former senior adviser David Plouffe; five with senior adviser Valerie Jarrett; and others with White House officials such as chiefs of staff William Daley and Denis McDonough.

In a September 2012 address to the Democratic National Convention, Richards sounded the theme that Republicans were anti-woman: "This year, women learned that if we aren't at the table, we're on the menu."

In a February 2014 interview on abortion rights with Fusion TV's Jorge Ramos, Richards was asked to articulate her beliefs regarding when, during the fetal gestation period, human life actually begins. "I don't know if it's really relevant to the conversation," she replied. When pressed, Richards said that in her view, the lives of her own three children began when she delivered them. Eight months later, Richards publicly revealed that she herself had once had an abortion. "It was the right decision for me and my husband, and it wasn't a difficult decision," she said.

In April 2016, Richards derided the Little Sisters of the Poor, a Roman Catholic institute composed of nuns, for opposing (on religious grounds) the Obamacare HHS Mandate that required employers to provide their workers with health insurance policies covering the costs of contraceptives and abortifacients. Speaking at Planned Parenthood's Greater Texas Chapter, Richards accused the nuns of violating their workers' right to free birth control. "The hypocrisy of these cases is profound," she said. "It's incredible to me that any employer in the 21st century would deny their employees access to birth control."

Over the years, Richards has made financial contributions to the political campaigns of numerous Democrats, including Tammy Baldwin, Sherrod Brown, Howard Dean, Rosa DeLauro, Donna Edwards, John Kerry, and Barack Obama. She also has donated money to such organizations as America Coming Together, the Democratic Congressional Campaign Committee, EMILY's List, Planned Parenthood, and the Progressive Majority. Richards strives to direct her support toward individuals and organizations that she believes will advance the cause of "economic justice," which she defines as the effort to "reduce the gap between rich people and poor people in this country."

For additional information on Cecile Richards, click here.

Back



## Fly St Louis to Fort Myers
**Round Trip $86.38**  450+ Airlines for 2000+ Destinations.
CheapOair.com

[>x]



App. 1202



# TWU Local 556 Working Women's Committee Participates in Women's March on Washington

Jan 26, 2017 | Public News, Women's Issues, Service, and Education (WISE) Committee



This past Saturday, Members of the TWU Local 556 Working Women's Committee, along with other TWU Local 556 Members volunteered their time and joined nearly 3,000 Union Sisters and Brothers and many more in the Women's March on Washington. Their reasons to march are as varied as our Members and include economic justice, a harassment-free workplace, and non-discrimination for LGBTQ employees. These are worker's issues, Union issues.



🏠 HOME   📄 ABOUT US   📑 TERMS AND CONDITIONS   📋 PRIVACY   ✒ PRESS

f  𝕐

© 2017 TWU Local 556, All Rights Reserved.

App. 1203



# TWU Local 556 Working Women's Committee Participates in Women's March on Washington

Jan 26, 2017 | Public News, Women's Issues, Service, and Education (WISE) Committee



This past Saturday, Members of the TWU Local 556 Working Women's Committee, along with other TWU Local 556 Members volunteered their time and joined nearly 3,000 Union Sisters and Brothers and many more in the Women's March on Washington. Their reasons to march are as varied as our Members and include economic justice, a harassment-free workplace, and non-discrimination for LGBTQ employees. These are worker's issues, Union issues.



⌂ HOME   ▯ ABOUT US   ▮ TERMS AND CONDITIONS   ▤ PRIVACY   ☰ PRESS

f   🐦

© 2017 TWU Local 556, All Rights Reserved.

App. 1204



App. 1205

Donate here to help make this project the best it can be!   ×



# PUSSYHAT
# PROJECT

GET INVOLVED!    PATTERNS    LOCATIONS    BLOG
DONATE    INFO & CONTACT

Are you hosting an event you want to share widely? Add it here! It could be a
Pussyhat Gathering, a march, rally or strike where you want to bring knitters
together in pussyhat resistance. Are you an official local brick-and-mortar or online
ally and want to add an event?  You can add your event here, too!  For a list of out
local allies, please check out our LOCATIONS page!

## Pussyhat Gatherings

### Search for events in your area below:

Zip/Postal Code    **Search**

Not in the US?

### Events near you:

Enter your
zip/postal code to
begin

### Want to host an event?

**Click To Host**

000020

App. 1206



Pussyhat Gatherings Sponsored by: -

## Note: Always be careful!

As with anything on the internet, always be careful. Choose to host or go to events in a public place or a place you trust. Bring a friend! Charge your phone! If something doesn't feel right, don't do it! This is a place where hosts can list their own events- we have not vetted them. We understand that different cultures have different safety issues- we know that some groups may not be able to publicly list their events.

### *What's a Pussyhat Gathering?*

Pussyhat Gatherings are an opportunity for people to come together and make pussyhats - symbols of solidarity and support for women's rights.

By getting together, making and giving pussyhats, you are creating community and helping create a strong powerful statement.

In honor of International Women's Day and A Day Without a Woman (March 8, 2017), Pussyhat Project invites everyone, everywhere to join Pussyhat Global Virtual March. It's an opportunity to share with feminists around the world what you care about. Share information about local issues or global ones. The more we see and know, the more we can support each other.

### How to participate in the Pussyhat Virtual Global March:

1. Wear your pussyhat,

App. 1207

2. Declare where you are and what women's rights issues is important to you and

3. Share a picture of you wearing your pussyhat and holding your sign and post to social media using #pussyhatglobal, or email it to us at global@pussyhatproject.com

*Watch the Virtual March on our homepage: www.pussyhatproject.com!*



Powered by **Squarespace**

**000022**

App. 1208





Have a Blessed Day☺
Charlene Carter

App. 1209

## Untitled

**Charlene Carter** <charlenecarter@live.com>

Mon 3/6/2017 4:40 PM

Inbox

To Charlene Carter <charlenecarter@live.com>;



App. 1210



App. 1211



Jessica Parker
Denver based Flight Attendant

App. 1212



App. 1213



AT&T Wi-Fi 🛜   1:18 PM   🕐 97% 🔋

Q Search

**Home**   About   Photos   Videos   Events   Posts

Working Women's Committee, along with other TWU Local
556 Members volunteered their time and joined nearly
3,000 Union Sisters and Brothers and many more in the
Women's March on Washington. Their reasons to march are
as varied as our Members and include economic justice, a
harassment-free workplace, and non-discrimina...

TWU Local 556 added 2 new photos — at The
White House

TWU Local 556 Members stood with **SWAPA** Pilots today at
**The White House** urging President Trump to #DenyNAI

App. 1214



App. 1215



App. 1216



App. 1217



App. 1218



# BUSINESS INSIDER

# Thousands of women wore pink 'pussy hats' the day after Trump's inauguration

LEANNA GARFIELD AND MELIA ROBINSON
JAN. 21, 2017, 4:59 PM

The US may as well be renamed the land of the red, white, and pink on Saturday, January 21.

An estimated 500,000 people gathered for the Women's March on Washington to advocate for gender equality on President Donald Trump's first full day in office. Many sported pink knitted beanies with cat ears, called "pussy hats," as a symbol of solidarity among protestors.

A group called the Pussyhat Project helped make the hat part of marchers' uniform. Project co-organizer Jayna Zweiman told Business Insider that anyone who planned to march could download a crochet, knit, or sew pattern for the hat on the project's site. Alternatively, people could make and send them to the organizers to give away at DC's march.



People gather for the Women's March in Washington.

App. 1219



## U.S. & WORLD
THE DAY'S TOP NATIONAL AND INTERNATIONAL NEWS

# Southwest Flight Lights Go Pink for Women's March

Social media also floods with images of passengers aboard other flights en route to the Women's March on Washington

 by Liz Lane



It started as one woman's angry Facebook post in the hours after the 2016 presidential election. Now, her idea has mushroomed into the Women's March on Washington, which is expected to draw 200,000 demonstrators to the national mall on Saturday, the day after the inauguration. News 4's Julie Carey reports. (Published Thursday, Jan. 19, 2017)

At least one Southwest flight full of women flying to Washington for Saturday's women's march lit up with pink lights in the cabin in apparent solidarity with the passengers.

**VIDEO  Hundreds of Thousands Flood DC for Women's March**

"When your Southwest flight crew celebrate a plane full of kicka-- women and men going to the Women's March by lighting it up!! #lit #womensmarchonwashington #lovetrumpshate," passenger Krystal Parrish wrote on Instagram with a picture of the light pink hues.

In a statement, Southwest Airlines said the lighting was not a company-wide initiative, but that crews on flights sometimes adjust lighting based on passengers aboard.

• **President Trump: 'It's Going to Be Only America First'**

"Some of our aircraft are equipped with mood lighting and while this was not a company-wide initiative, at times, our flight crews will adjust the lighting for a



### TRENDING STORIES

**1  VIDEO  Women's March Organizers Call for 'A Day Without a Woman'**

**2  VIDEO  'A Day Without a Woman' Boycott Begins With School Closures**

**3  International Women's Strike Aims to Help 'Marginalized'**

**4  GoGo squeeZ Recalls Applesauce Products**

**5  Suspect in Custody After Rescue From Theater Ceiling**

### WEATHER FORECAST

WEATHER ALERTS  SCHOOL CLOSINGS

Washington, DC

62°  Few Clouds
Feels Like 62

App. 1220

customer or group of customers traveling on their flight," the statement said. "For example, in October, one of our Flight Crews changed the lighting to honor a breast cancer survivor on board their flight."

A passenger on a flight from Chicago to Baltimore Thursday said the light adjustment was a welcome surprise.

• Moments of Empowerment, Passion and Poignancy on the Mall

"It was unexpected and unannounced," passenger Jennifer Moran told NBC in an email. "There was no announcement explicitly from the staff and no one screamed this is for the March. Nothing, just spontaneous and everyone knew exactly why they were cheering."

By early Saturday morning dozens of others had shared photos and videos on social media showing passengers celebrating en route to the march.



Radar    Forecast    Maps

**WHAT DO YOU THINK?**

Do you ever see faces, shapes or animals when you look up at the clouds?

    Yes

    No

NEXT

Privacy policy


**jojosilver**
Follow





**TRIAL&ERROR**
SPECIAL PREMIERE
**TUESDAY**
**10/9c**
NBC

**NEWSLETTERS**

Receive the latest national-international updates in your inbox

Sign up

**WILLIAMS SONOMA**

Jackson Chair        Ocean Tides Oushak Rug

In one video posted to Twitter, a flight attendant is heard welcoming passengers to Baltimore and requesting a round of applause for all the "nasty women" attending the March on Washington. She then reminds them to stay hydrated and to remember that "we don't take no ish from no man."

App. 1221



**Flor Blake**
@FlorBlake

🐦 Follow

Love a nasty woman flight attendant 👊 Starting our wknd of amazing women because we can't give up! @SpiritAirlines #WomensMarchOnWashington

10:19 AM · 20 Jan 2017

↩ ⇄ 15,311  ♥ 34,448

In another video clip, a passenger aboard an Air Canada flight from Toronto asks who else is going to the march, promting a loud, cheering affirmation.



**Tara Kriese**
@tarakriese

They will join hundreds of thousands of others expected to converge on the National Mall for the Women's March on Washington.

March organizers said in a mission statement posted to their website that participants will unite to end violence and promote rights for women, LGBT people, workers, people of color, people with disabilities and immigrants.

• White House Slams Coverage of Inaugural Crowd Size

"The Women's March on Washington will send a bold message to our new government on their first day in office, and to the world that women's rights are human rights. We stand together, recognizing that defending the most marginalized among us is defending all of us," the site says.

Published at 7:40 AM EST on Jan 20, 2017 | Updated at 11:41 AM EST on Jan 21, 2017

**000036**

App. 1222



**4 Comments**

Sort by  Top ▼

**Laci Hart**
Southwest did it, and then didn't own up to it. If the womens march is against our 45th President, and Southwest just honored them, then I guess we now know where Southwest stands. If your going to do something southwest, stand behind it. I hope the womens march wasn't for abortion, because that would make southwest a supporter in Genocide of helpless Babies. Geocide has exsisted, and many have refuse what they have done was Genocide. Just because you refuse to acknowledged abortion as Genocide doesn't make the facts any different.

Like · Reply ·

**Russell Spreeman** ·
I will do my best to avoid flying on that airline ever.

Like · Reply ·

**Michele Lloyd**
BS. It is a cost cutting measure so the customers can't see the crappy service they are receiving.

Like · Reply ·

**Kate Forve**
Sadly, much of this March is intended to celebrate and support child slaughter. Those who wanted to March in favor of child protection were not welcomed to join in.

Like · Reply ·

f Facebook Comments Plugin

Esme Beige Area Rug Ru... $174.78  Shop Now

Amber Rug Rug Size: 8' x 11' $337.15  Shop Now

Wilderness Canvas Print $75.99  Shop Now

Joss&Main

News
Weather
Investigations
Entertainment
Traffic
NBC4 TV Listings
Contact Us
Connect With Us

FCC Independent Programming Report
FCC News and Information Programming Report
NBC Non-Profit News Partnership Reports
WRC Public Inspection File
Employment
21st Century Solutions
Send Feedback
Terms of service
Privacy policy

© 2017 NBCUniversal Media, LLC. All rights reserved.
AdChoices

App. 1223



App. 1224



**mizladyb** @mizgoindown · Jan 21
@BethRS82 #chicksgetlinitdone

**Beth** @BethRS82 · Jan 21
@Shizsgoindown I heard that one of the inventors of the pussy hat is #prolife. She must regret how it is being used to promote #abortion.

**Charity** @kite11 · Feb 12
@jgmoran2 Aww this is so sweet! #AreYouProLifeOrProBirth #IWishPeopleWouldResearchInsteadOfBeingFakeChristians

**Russell Nelson** @russ128 · Jan 25
@jgmoran2 I will now consider flying South West.

**Trixi Caroline** @CarolineTrixi · Jan 21
@jgmoran2 @janemarielynch perfect

**LaMomma** @ladymom4 · Jan 21
@jgmoran2 Love it!!

**Gray Cat** @CatScip91 · Jan 21
@jgmoran2 @mradamscott this is beautiful!

**Eric Pierce** @epeirc · Jan 21
@jgmoran2 @mradamscott all of these women headed to D.C. and not one of them is going to get boned. #uglyliberalwomen

**MizpahMoon** 🌙👁️ ) @ · Jan 21
@jgmoran2 I would have cried! How moving!

@jgmoran2 Now that's awesome looking

App. 1225



**Beth** @jgmoran2 · Jan 21
@jgmoran2 Pink lights for Planned Parenthood? #ProLife people should not fly @SouthwestAir! They support the biggest abortion provider in US

**Linda Johnson** @lbcsflyqin · Jan 21
@jgmoran2 I'm going to fly Southwest from this day forward! They know where it's at!!

**It's me y'all** @threethingofy · Jan 20
@jgmoran2 @Gayer_Than_Thou Very cool!

**Paulina Tam** @amPaulna · Jan 20
Hi @jgmoran2 I'm w/@ABC Did you take this photo? May we have permission to use across all our platforms&partners w/credit to you? Thanks!

**Liz Lane** @TheLizLane · Jan 20
@jgmoran2 @jgmoran2 From NBC, can we get a quote? How did it feel seeing the lights come on? liz.lane@nbcuni.com

**Gabrielle Moreira** @Gmo_More · Jan 21
@jgmoran2 Hi Jennifer, I'm w/ABC7 in LA. Did u take this? May ABC News, its licensees use it w/out limitation in all media w/ credit to you?

**Innes McKendrick** @mcgoback · Jan 20
@jgmoran2 This is so cool! Hope all those news companies reaching out to use the photo are gonna pay you :)

**Mirror Pictures** @Mirror_Pictures · Jan 20
@jgmoran2 @Mirror_Pictures would like to use your pics of the flight with full credit to you, regards mirror.co.uk

**Maya Flinn** @MayaFlinn · Jan 20
@jgmoran2 I'm crying. Thank you!

**John Dalessi** @johndalessi · Jan 21
@jgmoran2 @SouthwestAir

> You mean to tell me you could've taken your hand out of that cuff TURNED ON THE PINK LIGHTS
>
> AT ANY TIME?!?!

**mizladyb** @bitsgoindown · Jan 20
@jgmoran2 @bisbup see everyone tomorrow #thedaybeforethewomansmarch

App. 1226



App. 1227

(13)

**Home**    About    Photos    Videos    Events    Posts

## Welcome, Classes #350 & 351!
twu556.org

👍❤️ 72   4 Comments   1 Share

👍 Like          💬 Comment          ➡️ Share

*This Does not Reflect All of the membership!*



**TWU Local 556** shared a link.
January 20 · 🌐

kpmagnolia
Southwest Airlines at ...          **Follow**

**18 likes**

kpmagnolia When your Southwest flight crew celebrate a plane full of kickass women and men going to the Women's March by lighting it up!! 🔥 #lit #womensmarchonwashington #lovetrumpshate

camilleadia I'm going too!!! Is that where you're going???

mooselucid Omg amazing!!!

kpmagnolia @camilleadia yes!!

## Southwest Planes Light Up Pink For The Women's March
In honor of the Women's March in D.C., Southwest Airlines cabins a...
🌀 Refinery29

App. 1228

(14)



## Entertainment

`NEWS`

# Southwest Airlines lights D.C. flight pink for Women's March

**KAREN MIZOGUCHI**

POSTED ON JANUARY 20, 2017 AT 11:00 EST

  



@3MORAN2/TWITTER

*This article originally appeared on PEOPLE.com.*

Southwest Airlines is getting lit in honor of Saturday's ~~Women's March on Washington~~.

App. 1229

Passengers on a Friday flight from Chicago-Midway to Baltimore–Washington International Airport were surprised when aisles were illuminated pink in unity with many traveling to the nation's capital to take part in the demonstration to promote the protection of women's rights.

"When your Southwest flight crew celebrate a plane full of kickass women and men going to the Women's March by lighting it up!!" said Krystal Parrish, who shared a photo of the pink interior.

A Southwest spokesperson also told BuzzFeed News they were "unaware of details surrounding specific flights" but that they "celebrate, commemorate, acknowledge and share in special moments with our customers all the time."

SHOW FULL ARTICLE

## Sponsored Stories



**The 10 Things That Will Make Stitch Fix Your Closet's Best Friend**
Stitch Fix



**Design That Works and Plays**
Arhaus



**The amazing VA benefits not enough vets are claiming**
Lending Tree

App. 1230



those taking a stand for equality, it's a beautiful gesture that shows both solidarity and support for achieving unity.



 **Jennifer MOran**
@jgmoran2

 **Follow**

Southwest turns on the pink lights and a loud cheer erupts.
#WomensMarch
4:16 PM - 19 Jan 2017

↩   ⟳ 1,327   ♥ 4,847

And according to a Southwest representative, this isn't the first time the airline has used "mood lighting" to show their support for an important cause.

"Some of our aircraft are equipped with mood lighting and while this was not a companywide initiative, at times, our flight crews will adjust the lighting for a customer or group of customers traveling on their flight," she told *Refinery29*. "For instance, in October, one of our flight attendants changed the lighting to honor a breast-cancer survivor onboard their flight."

App. 1231



≡                              **COSMOPOLITAN**                              Q

# This Airline Turned Their Cabin Pink in Support of the Women's March

Pretty in pink for an important cause.



by <u>GINA MEI</u> Jan 20, 2017



Thousands of women from across the country are flocking to D.C. this weekend for the Women's March on Washington — and Southwest Airlines just did their part to make sure protestors know they have their support.

App. 1232



❤ **589 likes**   ● **65 comments**

When your Southwest flight crew celebrate a plane full of kickass women and men going to the Women's March by lighting it up!! 💧 #lit #womensmarchonwashington #lovetrumpshate

JANUARY 19







| Home | Our Union | Join Us | Legislative | Blog | Members | Air | Transit | Rail | Gaming | Press |

## Blog
### TWU Represented at Women's March

Published 24 Jan, 2017

In a massive outpouring of support for women's rights, workers' rights, and human rights, more than a million people took part in Women's Marches around the globe on Saturday, Jan. 21.



Their numbers included two dozen members of TWU Local 556's Working Women's Committee who joined the 500,000+ strong crowd of people gathered in Washington, D.C., along with TWU members and International staff who marched in the nation's capital, Houston, and other cities around the country.

While women's rights were a central theme to the event, the participants also marched in solidarity to support labor rights and human rights, and to demonstrate loud and clear how important it is to have our voices heard and to speak truth to power.

Two Local 556 members, a mother and daughter, came to D.C. to march together. Elizabeth Alexander, from Phoenix, described her experience, saying:

"I came to D.C. to march for women's rights. I left reminded that women come in all shapes, sizes, colors and sexual orientations. The number of women (and men) was overwhelming. I learned the true meaning of women's rights are human rights...pretty simple. To be able to share this experience with my daughter and to have her see first-hand what the TWU Working Women's Committee can do was incredible. She is just barely starting her journey in this career, and just learning about the contract and the union. What better way to get involved than by just jumping right in?"

Her daughter, Ashley Magliocco, from Chicago, agreed:

"Neither my mom nor I had ever really 'rolled up our sleeves' and been involved politically. We both admitted to being nervous before the trip. As I reflect now I know that we both grew from this experience. I feel empowered to continue to push myself in this arena. Ask questions. Be comfortable with being uncomfortable. Learn to listen to those who might not agree with you. We were both challenged to have difficult conversations with strangers, and I see now the power in the solidarity of doing it with your union sisters behind you."

Chair of the Working Women's Committee, Gwen York, also weighed in on her experience at the march in Washington:

"It was a melting pot of activism, and the very embodiment of inclusion. Every possible demographic, interest group and age were represented—men, veterans, environmentalists, immigrants, educators, and students all marched with us, standing up for the rights of everyone to express their voice, which is exactly what trade unionism is about."

As a union with an increasingly diverse membership from across the political spectrum, TWU remains proud of our long, historic commitment to civil and human rights, and congratulates our members on taking action to make their voices heard.

*...Return to previous page*
*...Home*

### Archive
2017 ( 20 )
  March ( 2 )
  February ( 8 )
  January ( 10 )
2016 ( 145 )
  December ( 12 )
  November ( 17 )
  October ( 7 )
  September ( 10 )
  August ( 10 )
  July ( 9 )
  June ( 14 )
  May ( 9 )
  April ( 10 )
  March ( 18 )
  February ( 11 )
  January ( 18 )
2015 ( 78 )
  December ( 10 )
  November ( 5 )
  October ( 7 )
  September ( 7 )
  August ( 4 )
  July ( 7 )
  June ( 9 )
  May ( 4 )
  April ( 11 )
  March ( 5 )
  February ( 4 )
  January ( 5 )
2014 ( 73 )
  December ( 4 )
  November ( 9 )
  October ( 9 )
  September ( 8 )
  August ( 6 )
  July ( 6 )
  June ( 3 )
  May ( 8 )
  April ( 3 )
  March ( 5 )
  February ( 7 )
  January ( 5 )
2013 ( 117 )
  December ( 9 )
  November ( 9 )
  October ( 12 )
  September ( 9 )
  August ( 14 )

App. 1234



**CNN** Opinion +                                    Live TV ● ≡

**By Salena Zito**
🕐 Updated 4:34 PM ET, Mon January 23, 2017

**Trump on protest: 'Celebs hurt cause badly'** 05:32

## Story highlights

Salena Zito: To be an effective protest, women's march needed a more coherent and truly inclusive message

Without that, even a massive event becomes a sideshow and a side story instead of an opportunity for change, she writes

*Editor's Note: Salena Zito is a CNN contributor and national political reporter for the Washington Examiner. The views expressed here are solely those of the author.*

**(CNN)** — What do women really want?

It's the age old question that came to a head once again on inaugural weekend when the day after President Donald Trump's inauguration, massive rallies were held in Washington and other cities across the country and around the world.

Billed as the Women's March on Washington it was somewhat diverse, but was mostly filled with white women, many middle aged, many part of the feminist movement from the '70s who brought their daughters and granddaughters, with a serious amount of them dressed in bright pink vagina costumes, or pussycat pink knit caps.

While everyone from the press to the President to the attendees obsessed about the sizes of the crowds, there was l

the a    By using this site, you agree to the **Privacy Policy** and **Terms of Service**.

addressed, in

✕

App. 1235



**CNN** Opinion +    Live TV ●   ≡

there needs to be more cohesiveness and less exclusivity. The thing is, the movement has to decide what the movement is about, other than being against Trump.

Was it a fight for equity and reproductive rights? Or was it an excuse to express dissatisfaction with the results of the presidential election? The latter is a question many people asked on social media.

Salena Zito

A Tweet by CBS News highlighting a speech from a former NAACP leader at the march featured a caption, "We will march on 'til victory is won," which prompted a strong reaction from Resilient Patriot (aka Michael Flynn Jr.):

"What victory? Women already have equal rights, and YES equal pay in this country. What MORE do you want? Free mani/pedis? #WomensMarch"



His tweet captured a hard truth: When it comes to reproductive rights, women's rights have come a long way. So has equal pay. The ability to serve on the front line in the military is now a reality and our country came within a hair of electing a women president; as her supporters and the media point out regularly, she won the popular vote. Women, all told, are doing well in America, a fact obscured by the images and rhetoric from the march.

Access to abortions has few barriers, the same for contraception. In fact, on Saturday, New York Gov. Andrew Cuomo announced New York's health insurers will now be mandated to cover a woman's initial three-month supply of contraception and then a supply for up to 12 months.

**Related Article:** Andrew Cuomo: States, use your power to protect women's rights

All "medically necessary abortion services" will also be covered by commercial health insurance policies without co-pays, coinsurance or deductibles.

When it comes to displeasure with the election results, iconic feminist Gloria Steinem didn't even pretend to quell her sentiments. After speaking at the march, she told the press her message to President Trump was: "It was time for him to leave" the presidency, one day after being sworn in.

The march was also not inclusive. Feminists who were pro-life but supportive of social justice issues like gender equality and immigration rights were uninvited. Linda Sarsour, a Brooklyn-born Palestinian-American Muslim racial justice and civil-rights activist, told The New York Times, "If you want to come to the march you are coming with the understanding that you respect a woman's right to choose."

That statement potentially left out one in six pro-life women who supported Hillary Clinton, according a Pew Research survey.

It's important to get to the deepest question: Why march at all? What drew people to this event? Was it because women truly felt that their feminist goals aren't being addressed in culture, government and society?

By using this site, you agree to the **Privacy Policy** and **Terms of Service**.

 agan National ear-old North

App. 1236





| | CNN | Opinion + | | Live TV ● | ☰ |

Their conversation was warm, curious and civil, but neither woman could reach a conclusion about what comes next.

The Californian, who works for a city government, admitted that in her workplace, she is paid the same amount as her male co-workers. "But that wasn't always the case -- neither was the right to get an abortion," she said.

**Related Article:** I'm a feminist against abortion. Why exclude me from a march for women?

"Right," said the high-tech professional. "You just made my point, it was the case, it isn't anymore," she said, adding that glass ceilings have opened up all across the nation, and that her daughter's abilities to achieve anything they want were proof of that.

The government worker interrupted, saying, "But I am really worried that we might step backward under this president."

The North Carolinian, who said she considers herself a feminist, said even as a Trump supporter she would never let that happen under her watch. "And I would have never voted for him if I ever believed that was the case," she added before asking the government worker if marching was more about not liking Trump winning the election.

**Related Article:** Trump won't change but marchers can change the world

"Oh, it has everything to do with it," she admitted. Then they both laughed.

The right to protest is as American as apple pie and baseball, but once the emotional high of the events are over, protesters, if rooted in true fundamental change, will then take their voice home and begin to get involved in grassroots local organizing around the issues they believe in. That type of change requires volunteerism and running for local office.

It's not an impossible quest; the country is filled on a very local level with people who identified with the tea party movement.

## Follow CNN Opinion

Join us on Twitter and Facebook

But protests need to have a core value, a single focus -- not an "intersectionality." To make true change, it cannot be just about 'pussy' hats and vagina costumes. Otherwise, you just become a sideshow and side story about people unhappy about election results.

By using this site, you agree to the **Privacy Policy** and **Terms of Service**. 

App. 1237





# Pussyhat Project tops off Women's March on Washington

By Sonya Hamasaki, CNN

Updated 10:31 AM ET, Fri January 20, 2017



You'll see these 'Pussyhats' at the march 01:33

**Story highlights**

Pink, cat-eared hats will adorn thousands of heads Saturday in the National Mall

The Pussyhat Project was the idea of two friends in Los Angeles who like to knit

**Los Angeles (CNN)** — It begins with a bundle of pink yarn, a set of knitting needles, and a woman who wants to be heard.

The concept is simple: Create a "sea of pink" at the Women's March on Washington.

Krista Suh and Jayna Zweiman are the women behind the Pussyhat Project, a grassroots movement to flood the National Mall with a million handmade, cat-eared knit hats, dubbed "pussyhats," in a show of solidarity and support for women's rights.

The two friends had begun taking knitting classes at The Little Knittery in the Atwater Village neighborhood of Los Angeles last year. The cozy space brims with colorful yarns, and warm scarves. For these women, it provides a peaceful, safe sanctuary -- a place where thoughts and ideas can be shared without fear of judgment.

By using this site, you agree to the **Privacy Policy** and **Terms of Service**.

App. 1238



The Pussyhat Project aims to flood the National Mall with a million handmade, cat-eared knit hats.

"Part of knitting is that you have this time, and breath to be able to really have conversations," Zweiman said.

As then-candidate Donald Trump faced allegations of sexual misconduct -- which he has denied -- and as the election drew near, they say those conversations became even more critical for their small community. Pretty quickly, the potential impact of a Trump presidency on gender and women's issues became the No. 1 topic around the knitting table.

And when the women woke up to Trump's victory on Nov. 9, Suh and Zweiman decided they needed a platform to make their voices heard. The Women's March on Washington became that platform.

Small protests ahead of Trump's inauguration

"The idea is both a play on pussyhat, pussycat, and also references the hot mic from the 'Access Hollywood' video. It does reference Donald Trump and those comments, but it's also so much more," said Zweiman. "It's reappropriating the word 'pussy' in a positive way. It's a pussyhat -- one word. This is a project about women supporting women."

Suh and Zweiman presented the idea to their knitting teacher, Kat Coyle, owner of The Little Knittery. She immediately jumped on board.

By using this site, you agree to the **Privacy Policy** and **Terms of Service**.



App. 1239



Each knitter was encouraged to write a special message to the marcher who receives the hat.

"I designed a hat that was simple enough that beginners could make it, or modify it, and make it their own," Coyle said. "We put together the website, and then I got on Instagram, let my knitting community know, and it just took off from there."

Zweiman estimated that well over 60,000 hats were made by the end of December. Submissions arrived from all 50 states and as far away as France and New Zealand. The project has a practical element to it, too. Suh, who's accustomed to mild California winters, knew she would need something warm to ward off the crisp East Coast air at the march. The obvious choice seemed to be a fluffy, knit skullcap. Add some kitten ears, and the pussyhat was born.

The Pussyhat Project launched the day after Thanksgiving. Using the hashtag #PussyHatProject, the concept caught on quickly. Thousands of men, women and children began crafting their own projects, and before sending them off for delivery to march participants in Washington, they flooded Facebook, Twitter and Instagram with photos, showing groups of friends sporting pink on the beach, dogs and cats wearing smaller versions, and mirror selfies featuring elaborate knit hats.



This week at The Little Knittery, the front door swings open rhythmically, with a steady stream of participants, including avid knitters and beginners dropping off hats and those traveling to the US capital to march picking up hats.

"It became evident how quickly things were going to turn around for women's health issues and women's rights," said Lynne White, who is bringing four hats to friends in Washington. "It's a phenomenal idea they came up with, based on a statement (Trump) made years ago. It's a great

By using this site, you agree to the **Privacy Policy** and **Terms of Service**.

 e behavior to ⱯⱯway about

App. 1240

Thousands of people have made pink hats, and have flooded Facebook, Twitter and Instagram with selfies

Each volunteer is encouraged to write a special message to the anonymous marcher who receives the hat. The label includes a space for an email address where the marcher can send photos of their experience.

'Hope' artist Shepard Fairey reveals new posters to protest Trump

The Pussyhat Facebook page is filled with messages from knitters who put their Pussyhats in the mail to Washington. "This one's from Laura," Zweiman read. "As a survivor of sexual assault, it's important to me that it's taken seriously as a crime, and not something that you can just brush off and forget about. This is why I march."



Eric Weiss stopped by to find Pussyhats for himself, his wife and young daughters. As luck would have it, volunteer Makiko Ushiyama was seated at the table, finishing up a set of hats. She handed Weiss the bundle, and as his girls tried them on, he read the special message Ushiyama had written on the label. "This hat was made by Makiko in Los Angeles, California," he read. "A woman's issue I care about is that a woman's rights are human rights. I care about them all. Thank you for marching."

Although the Pussyhat Project's efforts are mostly focused on the Women's March on Washington, organizers are encouraging women to make hats to wear to sister marches and like-minded events being held around the nation this weekend.

The message is one of unity.

"This is an opportunity to reach out -- perhaps to someone you never met before, to share with them how you feel as an individual," said Zweiman. "The marcher can then reach back and thank you for the hat ... for the gift."



Angelina Jolie's passionate UN speech



Seb Gorka falsely claims that Trump never said travel ban was 'because of...

TV ads in West Palm Beach aim for an audience of one

By using this site, you agree to the **Privacy Policy** and **Terms of Service**.



App. 1241



# Unions Are Spending Forced Dues On Planned Parenthood

**CONNOR D. WOLF**
(http://dailycaller.com/author/cwolf/)
Reporter
(http://dailycaller.com/author/cwolf/)

12:12 PM 08/03/2015

**f**     **591**

**𝕏**     **119**

**g+**

✉      🖶      💬      ⟨

Three of the largest labor unions in the country have contributed nearly a half million in 2014 alone to Planned Parenthood — a group now in the spotlight over questionable abortion activities.

Planned Parenthood has been the subject of increased scrutiny after videos were released showing how the group harvests fetal organs. Since the videos began surfacing July 14, labor unions were among the first to defend the organization.

App. 1242

"Planned Parenthood provides comprehensive healthcare services to women across the country," AFL-CIO President Richard Trumka declared in a statement (http://www.aflcio.org/Press-Room/Press-Releases/Planned-Parenthood-Provides-Vital-Services-to-Women). "Calls to defund it based on doctored undercover recordings are politically motivated and wrong. We support its core mission of offering safe healthcare services to women in need."

According to recent disclosure reports, obtained by The Washington Free Beacon (http://freebeacon.com/issues/unions-send-dues-money-to-planned-parenthood/), the largest unions in the country have contributed a combined $435,000 to Planned Parenthood in 2014. Those unions include the American Federation of State, County, and Municipal Employees (AFSCME), United Food and Commercial Workers (UFCW), and Service Employees International Union (SEIU). Each of the unions operates in states with mandatory union dues.

## Sponsored Content



Quarterbacks Hoping To Answer Questions At Combine Workouts
GND News
(http://www.gnd.com/quarterbacks-hoping-to-answer-questions-at-combine-workouts.php?ref=ob_d)



Thinking About Installing Solar Panels? Read This First
Energy Bill Cruncher
(https://www.energybillcruncher.com/pa/?tg_ref=ronfz2&camp_id=008094884b3c8cdcf146fe40fd32077c84&keyword=Illinois+Policy+Makes+Going+Solar+Easy+For+Hom eown&_&csg_ref=pagen&pag_ref=gen_na)



41 Tragically Hilarious Married Names That Should Never Have Happened
Offbeat
(http://offbeat.topix.com/slideshow/15594?cvar=t1%3Ai-3r2-TR7OQ65LAR9OH5QM&tpx_term=54JH7QFUCO256G3K&utm_campaign=15594&utm_source=outbrain)

Sponsored Links by      (http://www.outbrain.com/what-is/default/en)

"I'd say a lot of people want liver," Dr. Deborah Nucatola, a senior director for Planned Parenthood, says in the first video (http://dailycaller.com/2015/07/14/planned-parenthood-doctor-clinics-sells-aborted-baby-parts-video/). "And for that reason, most providers will do this case under ultrasound guidance, so they'll know where they're putting their forceps."

The footage was released by the Center for Medical Progress (http://www.centerformedicalprogress.org/2015/07/planned-parenthoods-top-doctor-praised-by-ceo-uses-partial-birth-abortions-to-sell-baby-parts/) as part of a three-year investigative effort. After the videos were released, Planned Parenthood was hit with a national backlash. Some have even called to end federal funding to the group (http://dailycaller.com/2015/07/24/major-union-leader-defends-planned-parenthood/).

"We've been very good at getting lung, heart, liver," Nucatola added. "I'm going to basically crush below, I'm going to crush above and I" going to see if I can get it all intact."

In half of all states, workers are required to pay dues or fees if their workplace has a union. The states that don't require dues as a condition of employment are known as right-to-work. Even in mandatory dues states, workers can request to pay a fee which can only be spent on union activities as opposed to politics.

The problem is that the process to get the "fair-share" fee can be burdensome for workers. Often it requires workers to write a letter expressing (http://www.nrtw.org/a_3_t.htm)their intent to stop paying full dues. Each union, however, has their own requirements. As pointed out by Watchdog (http://watchdog.org/169943/court-settlement-reduces-ohio-teachers-forced-union-fees/), unions have been known to sometimes just ignore requests.

*Follow Connor on Twitter (https://twitter.com/ConnorInTheNews)*

*Content created by The Daily Caller News Foundation is available without charge to any eligible news publisher that can provide a large audience. For licensing opportunities of our original content, please contact licensing@dailycallernewsfoundation.org (mailto:licensing@dailycallernewsfoundation.org).*

**Tags: AFL-CIO (http://dailycaller.com/buzz/afl-cio/), Planned Parenthood (http://dailycaller.com/buzz/planned-parenthood/), Service Employees International Union (http://dailycaller.com/buzz/service-employees-international-union/)**

💬 Show comments

App. 1244



# AFL-CIO's Trumka defends Planned Parenthood

🔥 libertyunyielding.com

By LU Staff



With recent calls to defund Planned Parenthood after an official was caught on camera discussing how to harvest fetal organs, AFL-CIO President Richard Trumka stepped up Friday to defend the group.

"Calls to defund it based on doctored undercover recordings are politically motivated and wrong. We support its core mission of offering safe healthcare services to women in need," Trumka wrote in a statement.

On July 14 a video surfaced showing a Planned Parenthood employee casually discussing, over a salad, how the organization harvest fetus organs after an abortion.

"I'd say a lot of people want liver," Dr. Deborah Nucatola, a senior director for Planned Parenthood, says in the video. "And for that reason, most providers will do this case under ultrasound guidance, so they'll know where they're putting their forceps."

The footage was obtained by the Center for Medical Progress as part of a 3-year investigative effort. Nucatola talked to undercover actors she thought were buyers from a human biologics company.

"We've been very good at getting lung, heart, liver," she added. "I'm going to basically crush below, I'm going to crush above and I'm going to see if I can get it all intact."

The video renewed calls to defund the organization from Republicans presidential hopefuls like Sens. Ted Cruz and Rand Paul among others.

With the criticism also came a backlash from Democrats. Following the video, those like Democratic presidential candidate Hillary Clinton and Sen. Harry Reid noted the organization is important because it offers services and

App. 1245





## Planned Parenthood Provides Vital Services to Women

*After calls to defund Planned Parenthood, AFL-CIO President Richard Trumka made the following statement:*

Planned Parenthood provides comprehensive healthcare services to women across the country. Calls to defund it based on doctored undercover recordings are politically motivated and wrong. We support its core mission of offering safe healthcare services to women in need.

Contact: Carolyn Bobb (202) 637-5018

App. 1246



AFL-CIO Unions

Search for a Union by Keyword or Acronym

The 55 AFL-CIO unions listed here represent 12.5 million working people in every walk of life.
*Keywords are words that actually appear in unions' names. This search does not include every occupation represented by every union.

**Find a union here.**

Actors' Equity Association (AEA)
(http://www.actorsequity.org)

Air Line Pilots Association (ALPA) (http://www.alpa.org)

Amalgamated Transit Union (ATU) (http://www.atu.org)

American Federation of Government Employees (AFGE)
(http://www.afge.org)

American Federation of Musicians of the United States
and Canada (AFM) (http://www.afm.org)

American Federation of School Administrators (AFSA)
(http://www.afsaadmin.org)

American Federation of State, County and Municipal
Employees (AFSCME) (http://www.afscme.org)

American Federation of Teachers (AFT)
(http://www.aft.org)

American Postal Workers Union (APWU)
(http://www.apwu.org)

American Radio Association (ARA)
(http://www.americanradioassociation.org/)

American Train Dispatchers Association (ATDA)
(http://www.atda.org)

Associated Actors and Artistes of America (4As)
(http://www.facebook.com/pages/Associated-Actors-and-
Artistes-of-America/108004419219777)

    American Guild of Musical Artists (AGMA)
    (http://www.musicalartists.org)

    American Guild of Variety Artists (AGVA)
    (http://www.agvausa.com)

    The Guild of Italian American Actors (GIAA)
    (http://www.giaa.us)

Bakery, Confectionery, Tobacco Workers and Grain Millers
International Union (BCTGM) (http://bctgm.org)

Brotherhood of Railroad Signalmen (BRS)
(http://www.brs.org)

California School Employees Association (CSEA)
(http://members.csea.com/memberhome/)

Communications Workers of America (CWA)
(http://www.cwa-union.org)

    Association of Flight Attendants (AFA-CWA)
    (http://www.afanet.org)

    Industrial Union of Electronic Workers (IUE-CWA)
    (http://www.iue-cwa.org)

    National Association of Broadcast Employees and
    Technicians (NABET-CWA) (http://www.nabetcwa.org)

    The Newspaper Guild (TNG-CWA) (http://newsguild.org)

    Printing, Publishing and Media Workers, CWA
    (http://www.cwa-ppmws.org/index.cfm)



App. 1247




Farm Labor Organizing Committee (FLOC)
(http://www.floc.com/wordpress)

International Alliance of Theatrical Stage Employes,
Moving Picture Technicians, Artists and Allied Crafts of
the United States, Its Territories and Canada (IATSE)
(http://www.iatse-intl.org/home.html)

International Association of Bridge, Structural, Ornamental
and Reinforcing Iron Workers (Ironworkers)
(http://www.ironworkers.org)

International Association of Fire Fighters (IAFF)
(http://www.iaff.org)

International Association of Heat and Frost Insulators and
Allied Workers (AWIU) (http://www.insulators.org)

International Association of Machinists and Aerospace
Workers (IAM) (http://www.goiam.org)

    National Federation of Federal Employees (NFFE-IAM)
    (http://nffe.org)

    Transportation Communications International Union/IAM
    (TCU/IAM) (http://www.goiam.org/index.php/tcunion)

International Brotherhood of Boilermakers, Iron Ship
Builders, Blacksmiths, Forgers and Helpers (IBB)
(http://www.boilermakers.org)

International Brotherhood of Electrical Workers (IBEW)
(http://www.ibew.org)

International Federation of Professional and Technical
Engineers (IFPTE) (http://www.ifpte.org)

International Longshoremen's Association (ILA)
(http://www.ilaunion.org)

International Plate Printers, Die Stampers and Engravers
Union of North America
(http://dpeaflcio.org/about/affiliates/international-plate-
printers-die-stampers-and-engravers-union-of-north-america)

International Union of Allied Novelty and Production
Workers (Novelty and Production Workers)
(http://iuanpw.org/)

International Union of Bricklayers and Allied Craftworkers
(BAC) (http://www.bacweb.org)

International Union of Elevator Constructors (IUEC)
(https://www.iuec.org)

International Union of Operating Engineers (IUOE)
(http://www.iuoe.org)

International Union of Painters and Allied Trades of the
United States and Canada (IUPAT) (http://www.iupat.org)

International Union of Police Associations (IUPA)
(http://www.iupa.org)

Laborers' International Union of North America (LiUNA)
(http://www.liuna.org)

    National Postal Mail Handlers Union (NPMHU)
    (http://www.npmhu.org)

Marine Engineers' Beneficial Association (MEBA)
(http://www.d1meba.org)

    Professional Aviation Safety Specialists (PASS)
    (http://www.passnational.org)

NFL Players Association (NFLPA)
(https://www.nflplayers.com/default.aspx)

National Air Traffic Controllers Association (NATCA)
(http://www.natca.org)

National Association of Letter Carriers (NALC)
(http://www.nalc.org)

National Nurses United (NNU)
(http://www.nationalnursesunited.org)

App. 1248

National Taxi Workers Alliance (NTWA) (http://www.nytwa.org)

Office and Professional Employees International Union (OPEIU) (http://www.opeiu.org)

Operative Plasterers' and Cement Masons' International Association of the United States and Canada (OPCMIA) (http://www.opcmia.org)

Screen Actors Guild-American Federation of Television and Radio Artists (SAG-AFTRA) (http://www.sagaftra.org)

Seafarers International Union of North America (SIU) (http://www.seafarers.org)

International Association of Sheet Metal, Air, Rail and Transportation Workers (SMART) (http://smart-union.org/)

Transport Workers Union of America (TWU) (http://www.twu.org)

UNITE HERE (http://www.unitehere.org)

United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada (UA) (http://www.ua.org)

United Automobile, Aerospace & Agricultural Implement Workers of America International Union (UAW) (http://www.uaw.org)

United Food and Commercial Workers International Union (UFCW) (http://www.ufcw.org)

United Mine Workers of America (UMWA) (http://www.umwa.org)

United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial & Service Workers International Union (USW) (http://www.usw.org)

United Union of Roofers, Waterproofers and Allied Workers (Roofers and Waterproofers) (http://www.unionroofers.com)

Utility Workers Union of America (UWUA) (http://uwua.net)

Writers Guild of America, East Inc. (WGAE) (http://www.wgaeast.org)

The AFL-CIO also has six trade departments, established by our Constitution:

Building and Construction Trades Department (http://www.bctd.org/index.aspx) (BCTD)   Maritime Trades Department (http://www.maritimetrades.org/) (MTD)   Metal Trades Department (http://www.metaltrades.org/) (Metal Trades)   Department for Professional Employees (http://www.dpeaflcio.org/) (DPE)   Transportation Trades Department (http://www.ttd.org/) (TTD)   Union Label and Service Trades Department (http://www.unionlabel.org/) (UL&STD)

(http://www.natca.org/videos/)

https://www.facebook.com/nationalnu
https://www.facebook.com/nytwa)

https://opeiu.imagepointe.com/
https://www.natcastore.com/)

https://www.youtube.com/user/National
https://www.youtube.com/user/SAG

https://www.facebook.com/pages/Seal international-

https://twitter.com/SAGAFTRA
https://www.facebook.com/smartunion

https://www.facebook.com/transportwo
https://www.youtube.com/user/SAG)
https://www.facebook.com/UniteHere)

https://www.facebook.com/UA.com
https://www.facebook.com/uaw.union)

https://www.unitehere.org/sidco/)
https://twitter.com/uaw)
https://www.shopuwa.com/)

https://twitter.com/ufcw)

https://unast.org/pastors_login.asp

https://www.youtube.com/user/UFCW

https://www.facebook.com/theUW
https://www.youtube.com/user/Steelwor

https://www.facebook.com/WGAEast)

https://twitter.com/The_UWUA)

https://twitter.com/WGAEast)

https://uwua.net/uwua-gear-html)

000063

App. 1249





**American Thinker**

May 7, 2016

## Unions and Planned Parenthood: A Love Story

By Paige Halper

In July 2015, The Center for Medical Progress began releasing videos that featured Planned Parenthood executives discussing fetal tissue sales.

The videos sparked so much public outrage, some in the pro-life movement, like House Speaker Paul Ryan, called for an end of Planned Parenthood's government funding (the organization received $1.5 million in government grants in 2014).

But there's one source of Planned Parenthood's funding that never enters the conversation -- a secret weapon since the beginning.

Unions.

In 1921, Margaret Sanger began opening illegal birth control clinics under what became Planned Parenthood. She was incredibly controversial, in part because of her membership in the New York Socialist Party and several arrests.

Sanger's advocacy ranged from eugenics to segregation and sterilization. In her book, *Woman and the New Race*, Sanger wrote:

> No more children should be born when the parents, though healthy themselves, find that their children are physically or mentally defective.

One foundational part of Sanger's advocacy was Big Labor.

Sanger's union alliance began with the Industrial Workers of the World (IWW), co-founded by her close friend and "America's most radical labor leader," William "Big Bill" Haywood.

Sanger participated in various strikes along the East Coast and even solicited $50,000 to defend the 100 IWW leaders indicted by a federal grand jury for espionage and intimidation during WWI.

She brought radical labor into her home, as well. She openly admitted, "Our living-room became a gathering place where liberals, anarchists, Socialists and I.W.W.'s could meet."

Sanger argued that population control was in the best interest of her union friends, concluding chapter twelve in *Woman and the New Race* with:

> [Labor's] enemy is the reproductive ability of the working class which gluts the channels of progress with the helpless and weak, and stimulates the tyrants of the world in their oppression of mankind.

The Internet has helped spread Sanger's legacy. Planned Parenthood's viral marketing campaign "I Stand with PP" provides a public platform for allies to voice their support.

But this support does not just stem from your friends on Facebook and celebrities on Twitter. Unions have made it very clear: they stand with PP, too. Fourteen spots on the "I Stand with PP" supporters page belong to unions.

Planned Parenthood's current president, Cecile Richards, "began her career organizing low-wage workers in the hotel, health care, and janitorial industries." Previously, Richards served as the deputy chief of staff for California Congresswoman Nancy Pelosi (D), who has received a total of $2.8 million from labor organization PACs throughout her career.

After leaving Pelosi's office, Richards took over as president of America Votes, a Democratic electoral coalition that cites nine union partners and was co-founded by Andy Stern, the former SEIU president CBS called, "the most important labor boss in America."

Not only was Richards the keynote speaker at the United Auto Workers (UAW)'s annual legislative conference in 2012, she is also married to Kirk Adams, former SEIU vice president.

Whether it is personal or through personnel, Planned Parenthood advances union-friendly legislation and ideas and in return, unions give generously to their friends in pink.

Some union money goes toward union officials' paychecks (just ask the 448 labor bosses who made at least $250,000 in 2015 alone) but a significant amount is reserved for political activity. Planned Parenthood's PAC received almost half a million dollars from AFSCME in 2014.

In 2015, "I Stand with PP" groups had financial flows amounting to a whooping $678,000 with the AFL-CIO, $174,000 with AFSCME, and $2.6 million with the NEA. Just a year prior, $1.5 million came from SEIU, which included a $20,000 "sponsorship" to Planned Parenthood.

Between 2012 and 2013, Planned Parenthood reported SEIU as an independent contractor and paid the union $1.8 million for "telemarketing" services. In a 2015 press release SEIU International's president, Mary Kay Henry, made her gratitude public:

App. 1250

We stand united with our allies at Planned Parenthood… efforts in Congress to de-fund Planned Parenthood… must be stopped.

Other Big Labor bosses have pledged their allegiance, too. AFL-CIO president, Richard Trumka, said "we support [Planned Parenthood's] core mission," and in 2015, American Federation of Teachers (AFT) president, Randi Weingarten stated, "standing with Planned Parenthood is the right thing to do."

An analysis of Planned Parenthood annual reports from 1999 to 2014 revealed the organization has performed 4.4 million abortions.

Those are 4.4 million souls who won't be competing for union jobs, just as Sanger and her labor allies planned.

*Paige Halper is the Athena Worker Freedom Fellow at The Center for Worker Freedom, a special project of Americans for Tax Reform. phalpert@atr.org*



### WATCH: If You Have Gas, Bloating Or Constipation Do This Now!

Stop eating these 'digestive destroyers' and start feeling better today.

Watch The Video
8,687
Promoted by LockerDome

**Trending Today**



Megyn Kelly Verifies Rumors



Why Doctors In The Know No Longer Prescribe Blood Pressure Drugs



Triple Your Accuracy With This Weird Shooting Technique Used By Seal Snipers



Ivanka Shocking News Update Leaves Liberals Terrified



This Man Cured His Nasty Nail Fungus in 7 Days! (He'll Show You How)



Seriously Racy Vintage Ads That Were Once Acceptable

App. 1251



- The Daily Caller - http://dailycaller.com -

**Unions Are Spending Forced Dues On Planned Parenthood**

Posted By Connor D. Wolf On 12:12 PM 08/03/2015 In | No Comments

Three of the largest labor unions in the country have contributed nearly a half million in 2014 alone to Planned Parenthood — a group now in the spotlight over questionable abortion activities.

Planned Parenthood has been the subject of increased scrutiny after videos were released showing how the group harvests fetal organs. Since the videos began surfacing July 14, labor unions were among the first to defend the organization.

"Planned Parenthood provides comprehensive healthcare services to women across the country," AFL-CIO President Richard Trumka declared in a statement. "Calls to defund it based on doctored undercover recordings are politically motivated and wrong. We support its core mission of offering safe healthcare services to women in need."

According to recent disclosure reports, obtained by The Washington Free Beacon, the largest unions in the country have contributed a combined $435,000 to Planned Parenthood in 2014. Those unions include the American Federation of State, County, and Municipal Employees (AFSCME), United Food and Commercial Workers (UFCW), and Service Employees International Union (SEIU). Each of the unions operates in states with mandatory union dues.

"I'd say a lot of people want liver," Dr. Deborah Nucatola, a senior director for Planned Parenthood, says in the first video. "And for that reason, most providers will do this case under ultrasound guidance, so they'll know where they're putting their forceps."

The footage was released by the Center for Medical Progress as part of a three-year investigative effort. After the videos were released, Planned Parenthood was hit with a national backlash. Some have even called to end federal funding to the group.

"We've been very good at getting lung, heart, liver," Nucatola added. "I'm going to basically crush below, I'm going to crush above and I" going to see if I can get it all intact."

In half of all states, workers are required to pay dues or fees if their workplace has a union. The states that don't require dues as a condition of employment are known as right-to-work. Even in mandatory dues states, workers can request to pay a fee which can only be spent on union activities as opposed to politics.

The problem is that the process to get the "fair-share" fee can be burdensome for workers. Often it requires workers to write a letter expressing their intent to stop paying full dues. Each union, however, has their own requirements. As pointed out by Watchdog, unions have been known to sometimes just ignore requests.

*Follow Connor on Twitter*

*Content created by The Daily Caller News Foundation is available without charge to any eligible news publisher that can provide a large audience. For licensing opportunities of our original content, please contact licensing@dailycallernewsfoundation.org.*

Article printed from The Daily Caller: **http://dailycaller.com**

App. 1252



(23)

# National News

**ABOUT US**

Who We Are

Our Leadership

Local & State Offices

Planned Parenthood
Global

Newsroom

Advisory Boards &
Initiatives

Annual Report

About This Site

Video

Contact Us

Jobs & Volunteering

## Planned Parenthood Supporters March with Millions of Women Around the World

Washington, DC — In an historic display of power, solidarity, and unity, Planned Parenthood supporters marched alongside millions of women all across the world. In over 600 marches from Alaska to Florida, Maine to Hawaii, and in over 60 countries around the world, millions came together to fight back against attacks on our fundamental civil and human rights.

The marches were headlined by the Women's March on Washington in Washington, DC, where it was reported that between 500,000 and a million people gathered in the nation's capitol, with crowds taking up the entire march route and surrounding streets. Planned Parenthood Federation of America President Cecile Richards spoke at the march, alongside dozens of leaders from the racial justice, reproductive rights and justice, immigrant rights, and LGBTQ communities.

Quote from Cecile Richards, President, Planned Parenthood Federation of America:

"Today's marches were the most overwhelming display of unity and solidarity we've seen in our lifetimes. Folks came from all across the world and from all walks of life to come together and fight together. We need to fight for working women to earn a living wage. For immigrant families to live without fear. For mothers everywhere to raise families in safe communities, with clean air and water. For

App. 1253

people to live openly no matter who they are or who they love. For the right to vote. And we're fighting for reproductive rights, including the right to safe, legal abortion. We're fighting for a future where everyone can follow their dreams and live their life on their own terms. We will not take this lying down, and we will not go back"

The millions of supporters who marched shoulder to shoulder with one another across the world sent a clear message that people are prepared to fight against attacks on fundamental rights — including reproductive health care, abortion services, and access to Planned Parenthood health centers, as they intersect with the rights of young people, people of color, immigrants, and people of all faiths, backgrounds, and incomes.

Extreme politicians, like Speaker Paul Ryan have indicated their intention to "defund" Planned Parenthood, which would deny millions of people access to the cancer screenings, birth control, STD and HIV testing and treatment and other care they rely on -- and leave patients in Ryan's own district in Wisconsin with nowhere to turn for reproductive health care. If these politicians succeed, it would be a national health disaster. Planned Parenthood serves 2.5 million people each year — nearly half of whom are people of color, and many people who live in rural areas. If patients are blocked from accessing care at Planned Parenthood, many would have nowhere else to turn for care.

Marches were held in all 50 states and across the world including South America, Africa, Asia, and Europe.

Since the election, Planned Parenthood affiliates were flooded with new volunteers and people taking action on social media. Planned Parenthood health centers also saw a 900% increase in requests for appointments for long-acting contraceptives such as IUDs in the days right after the election, showing how many people both rely on Planned Parenthood for care, and are worried about losing their access to health care under the new Congress and new administration.

In just the last week, Planned Parenthood activists around the country have been fighting back. In Wisconsin, fifty medical students in lab coats delivered a letter signed by 400 health care professionals in Wisconsin to Speaker Ryan, asking him not to defund Planned Parenthood. In California, hundreds rallied at the state Capitol in Sacramento to urge politicians to protect access to care. In Nevada, 200 Planned Parenthood supporters, including President of PPFA Cecile Richards attended an Action Forum in Las Vegas last week. And in Washington State, over one hundred young people from across Washington state came to Olympia at the state capitol to meet with their legislators and advocate for reproductive health and rights.

The American people overwhelmingly support Planned Parenthood. Recent polling from Perry Undem showed nine in ten adults (including 79% of Trump voters) reject an agenda that includes defunding Planned Parenthood and opposing abortion. Seventeen separate nationwide polls and nine polls in key swing states show strong favorability for Planned

App. 1254

Parenthood and strong opposition to efforts in Congress to block patients from accessing high-quality, often lifesaving care at Planned Parenthood.



Washington, DC



Washington, DC



Planned Parenthood @ppmn · 2h
PP has over 1,700 marchers among the 20,000+ expected to join #WomensMarchMN. The fight is just beginning. #IStandWithPP

App. 1255

#WomensMarchMN. The fight is just beginning. #IStandWithPP



↩ 11   ♺ 293   ♡ 661

Huffington Post ✔ @HuffingtonPost · 43m
Women's March on Washington set to shatter turnout estimates huff.to/2jjmyKL



↩ 33   ♺ 428   ♡ 1.1K

BuzzFeed News ✔ @BuzzFeedNews · 44m
People In Antarctica Are Holding Their Own Women's March
buzzfeed.com/juliareinstein...



App. 1256



 **The Hill** ✔ @thehill · 48m
Social media users post photos of "all-lady planes" heading to DC for **march**
hill.cm/2EbxmFf



↩ 30     ↻ 221     ♡ 580

 **Patrick Calvert** @MidwestPatrick · 58m
Here is a better view of the crowd at the Indianapolis Women's **March**.
#WomensMarch #Indianapolis #IndianaStateHouse



App. 1257



**Charlotte Stories** @clt_stories · 1h
Charlotte Just Witnessed The Largest Women's **March** In City's History
charlottestories.com/charlotte-just... #WomensMarch

↩ 2    ↻ 405    ♥ 539

**Noelle Phillips** ✔ @Noelle_Phillips · 3h
Denver's women's **march** is on the move.

0:09 / 0:12

↩ 22    ↻ 796    ♥ 976

**Robert Goulston** ✔ @rgoulston · 3h
102,000 registered for the **Boston** Women's **March**. Organizer think even more are here.

App. 1258





**Alan Blinder** @alanblinder · 1h
An excited and soaked crowd in Atlanta.



**ABC News** @ABC · 10m
Aerial shot shows demonstrators gathered for Women's March in Los Angeles
abcn.ws/2kcdl1n



App. 1259

**Fernanda Santos** @FernandaNYT · 3h

The view outside the Arizona State Capitol in Phoenix, where marchers are gathering. Lots of signs and LOTS of pink hats. #WomensMarch



 **Antonio French** @AntonioFrench · 4h
The #WomensMarch in downtown St. Louis! This is what democracy looks like.



0:11

← 753    ⟲ 23K    ♡ 38K

 **CNN** ✔ @CNN · 3h
We're in a helicopter high over the #WomensMarch in Chicago. Watch on Facebook Live facebook.com/cnn/videos/101…



App. 1260



🔁 720   ↻ 20K   ♥ 27K

🅿️ Planned Parenthood Retweeted



**PP South Atlantic WV** @PPSATWV · 52m
Empowered by all the diversity represented here today. #WomensMarch #wewontgoback



**Leigh Darnall** @Killingcrawdads · 1h
This is Nashville, TN. This is *not* a movement of coastal elites, just in case you missed the memo. #WomensMarch



App. 1261



ぐ 42          ↰ 2.6K          ♥ 3.3K

### ###

Planned Parenthood is the nation's leading provider and advocate of high-quality, affordable health care for woman, man, and young people, as well as the nation's largest provider of sex education. With over 650 health centers across the country, Planned Parenthood organizations serve all patients with care and compassion, with respect and without judgment. Through health centers, programs in schools and communities, and online resources, Planned Parenthood is a trusted source of reliable health information that allows people to make informed health decisions. We do all this because we care passionately about helping people lead healthier lives

### Source

Planned Parenthood Federation of America

### Contact

Planned Parenthood Federation of America media office, 212-261-4433

### Published

January 21, 2017

App. 1262

www.DiscoverTheNetwork.org          Date: 3/6/2017 10:34:02 AM



**RICHARD TRUMKA**



- President of AFL-CIO, key player in New Labor Movement
- Former President of the United Mine Workers Union
- Pled the Fifth Amendment to avoid self-incrimination in Teamsters Union money-laundering scandal linked to prominent Democrats

Richard Louis Trumka was born in July 1949 in Nemacolin, Pennsylvania, the son and grandson of coal miners. He, too, began working in the mines at age 19 and joined the United Mine Workers of America (UMW), a member union of the AFL-CIO federation. Trumka served as head of UMW Local 6290's safety committee and became an activist in the Miners for Democracy reform movement.

After graduating from Pennsylvania State University in 1971, Trumka earned a degree from Villanova University Law School and was admitted to the Pennsylvania Bar. From 1974-78 he worked on the UMW legal staff, then returned to the mines. In 1981 he was elected to UMW's executive board, and the following year he became the union's international president. Seven years later Trumka earned a seat on the AFL-CIO's executive council.

During Trumka's tenure as UNW president (1982-1995), a number of his union's strikes were marred by violence. For example, in a 1985 strike against A.T. Massey Coal, a union man who crossed the picket line received a serious gash in the head in an attack by angry strikers.

Eight years later, UNW thuggery proved fatal. In the spring of 1993, Trumka, in an effort to ensure that no one would be able to find employment as a miner without paying dues or agency fees to the UMW, ordered more than 17,000 mine workers to walk off their jobs. Moreover, he explicitly instructed striking miners to "kick the sh-- out of every last one" of their fellow employees and mine operators who resisted union demands. In response, UMW enforcers vandalized homes, fired gunshots at a mine office, and cut off the power supply to another mine, temporarily trapping 93 miners underground.

Then, on July 22, 1993, a UMW member shot 39-year-old, non-union worker Eddie York in the back of the head as York was driving home from his Logan County, West Virginia job, killing him. Eight UMW strikers were present at the scene of the shooting. When guards subsequently came to check on York's condition, those eight strikers threw rocks at them. Rather take any disciplinary action against the UMW strikers who had behaved so badly,

App. 1263

Trumka explained metaphorically: "[I]f you strike a match and put your finger in, common sense tells you you're going to burn your finger."

Soon thereafter, York's widow charged Trumka and other UMW officials in a $27 million wrongful death lawsuit. After fighting the charges for four years, UMW lawyers quickly decided to settle out of court in June 1997 once federal prosecutors announced that they planned to release evidence from the trial of Jerry Dale Lowe, whom a federal jury had previously convicted of conspiracy and weapons charges in connection with York's murder.

UMW strikers perpetrated their acts of violence with the encouragement and approval of Trumka and their other union leaders. As Virginia Circuit Court Judge Donald McGlothlin Jr. declared in 1989, "the evidence shows beyond any shadow of a doubt that violent activities are being organized, orchestrated and encouraged by the leadership of this union." The Virginia Supreme Court concurred: "Union officials took active roles in these unlawful activities. Notwithstanding the large fines, the Union never represented to the court that it regretted or intended to cease its lawless actions. To the contrary, the utter defiance of the rule of law continued unabated."

In 1994, Trumka was honored at the annual Eugene Debs Award Banquet in Terre Haute, Indiana; The award was named after the man who founded the Socialist Party of America and ran for U.S. President five times on the Socialist Party ticket.

In 1995 Trumka was one-third of a troika elected to head the AFL-CIO. His running mates for election were Sweeney, head of the Service Employees International Union (SEIU), and Linda Chavez-Thompson, who had been Executive Vice President of the American Federation of State, County and Municipal Employees (AFSCME). Calling themselves the "New Voice," this threesome pledged to replace the policies of the moderate AFL-CIO leaders who had preceded them. Trumka would go on to serve as the AFL-CIO's secretary-treasurer from 1995 to September 2009, second in command to its president, John Sweeney.

Trumka, Sweeney, and Chavez-Thompson represented a turn away from blue-collar industrial unionism and the AFL-CIO's traditional emphasis on raising wages and improving working conditions. Rather, they focused on recruiting ever-growing numbers of government workers who would benefit from higher taxes and bigger government, and who therefore ould reliably support socialism and America's pro-big government Democratic Party.

In 1996, Trumka was one of approximately 130 people who played a role in helping Robert Borosage and Roger Hickey found the Campaign for America's Future. Among the other notables were: Mary Frances Berry, Julian Bond, Heather Booth, John Cavanagh, Richard Cloward, Jeff Cohen, Ken Cook, Peter Dreier, Barbara Ehrenreich, Betty Friedan, Todd Gitlin, Heidi Hartmann, Tom Hayden, Denis Hayes, Roger Hickey, Patricia Ireland, Jesse Jackson, Joseph Lowery, Steve Max, Gerald McEntee, Harold Meyerson, Frances Fox Piven, Robert Reich, Mark Ritchie, Arlie Schardt, Susan Shaer, Andrew Stern, and John Sweeney.

When Trumka and his successor as UMWA president, Cecil Roberts, made a joint speaking appearance in Bentleyville, Pennsylvania, approximately fifty

App. 1264

rank-and-file union members gathered to protest their leaders' policies. "Within minutes," wrote leftwing journalist Paul Scherrer, "a group of UMWA officials and their supporters attacked the protesting miners ... Several miners were punched, knocked to the ground and kicked repeatedly.... Richard Trumka [afterward] refused to answer questions about the assault."

As an AFL-CIO leader, Trumka has developed and promoted radical strategies and tactics like those of the 1960s New Left for signing up workers. These tactics include labor alliances with media, government, and radical activists. The objective is to intimidate companies by threatening to inflict a "death of a thousand cuts" via negative-publicity campaigns, harassment of corporate investors, alliances with government regulators, and more.

Soon after winning their election in 1995, Trumka and his fellow triumvirs instituted "Union Summer," an effort "to recruit and train hundreds of young people as organizers and political activists." The "Union Summer" indoctrination materials endorsed by Trumka use explicit anti-capitalist, class-warfare rhetoric, instructing young participants to recite a pledge called "Working Class Commitment" that includes the Marxist dogma "that we [union workers] produce the world's wealth ... [and] will end all oppression." Unlike their more moderate predecessors, Trumka and his fellow AFL-CIO bosses see free-market capitalism not as essential to worker prosperity but as something to be despised and destroyed. Their ultimate aim is not to boost members' wages, but to radically transform society. Trumka would confirm this in a September 2010 moment of candor, when he stated that he had gotten "into the labor movement not because I wanted to negotiate wages," but "because I saw it as a vehicle to do massive social change to include lots of people."

The agenda of Trumka and his fellow "New Voice" leaders is to promote "class-based organizing," on the theory -- as explained by labor economist Michael Yates -- that "those unions which mobilize rank-and-file workers around a program of aggressive solidarity and conflict with their employers have the best chance of winning union elections, bargaining good contracts, and resisting decertification."

Trumka, Sweeney and Chavez-Thompson also rescinded a founding AFL-CIO rule that banned Communist Party members and loyalists from leadership positions in the Federation and its unions. Instead, the "New Voice" triumvirate welcomed Communist Party delegates to positions of power in the Federation. And the Communist Party USA (CPUSA) declared itself "in complete accord" with the troika's new AFL-CIO program. "The radical shift in both leadership and policy is a very positive, even historic change," wrote CPUSA National Chairman Gus Hall in 1996 about the Trumka/Sweeney/Chavez-Thompson takeover.

In the late 1990s, Trumka twice invoked his Fifth Amendment right against self-incrimination in a congressional committee investigation of a corruption and money-laundering scandal. At that time, the AFL-CIO had a policy -- instituted in 1957 -- stipulating that any union official who chose to invoke the Fifth Amendment should be removed from his position. But then-AFL-CIO president John Sweeney chose to eliminate the rule rather than the rule-breaker Trumka. For the details of this case, click here.

App. 1265

During the 2008 U.S. presidential election, Trumka said: "There's not a single good reason for any worker, especially any union member, to vote against Barack Obama." By Trumka's telling, whatever anti-Obama sentiment existed among American voters could be attributed largely to the racism of "right-wing race-haters" who "just can't get past the idea that there's something wrong with voting for a black man."

In February 2009, President Obama named Trumka to his Economic Recovery Advisory Board.

On September 16, 2009, Trumka was elected president of the AFL-CIO, replacing the retiring John Sweeney.

On November 3, 2010 -- the day after mid-term elections in which Democrats lost 6 Senate seats, more than 60 House seats, and 7 governorships -- Communist Party USA Labor Commission chairman Scott Marshall emphasized that his organization had worked collaboratively on political campaigns with Trumka.

On February 18, 2011, Trumka revealed the extent of his involvement with the Obama administration: "I'm at the white House a couple times a week -- two, three times a week. I have conversations every day with someone in the White House or in the administration. Every day."

During his career as a union leader, Trumka has aligned himself with the agendas of the Progressive Caucus on numerous matters, most notably opposition to welfare reform and support for a single-payer healthcare system.

App. 1266



September 16, 2013

## MEMORANDUM

**TO:**       Charlene Carter

**FROM:**   Cyndi Coons

**SUBJECT:**   Senior Leadership Dinner Additional Details

Mike Van de Ven and Gary Kelly are looking forward to the Senior Leadership Dinner with you on Tuesday, September 24, 2013, at 6:00 p.m. in the private dining room of Bugatti's Ristorante. The restaurant is located at 3802 West Northwest Highway, Dallas, TX 75220.

We have a room reserved for you at the Renaissance Hotel Dallas. Your confirmation # is ___88963308___. The Renaissance provides complimentary shuttle service to/from the hotel by calling from the courtesy phone located in the baggage claim area.

Transportation has been arranged from the hotel to the restaurant. Please be in the hotel lobby no later than 5:30 p.m. The shuttle will leave at 5:40 p.m. If you miss the shuttle, you may take a cab to the restaurant.

One last item—dress for the evening is casual, feel free to wear slacks or denim—jackets, ties, and dresses are not necessary. If you have any additional questions, please feel free to contact Cyndi.Coons@wnco.com or (214)792-4294.

**Charlene Carter**

Add a description    ✏ Edit

◆ Tag Photo   ◆ Add Location   ⬏ Share

Like   Comment   Share

Dee Waymick, Tricia Odom and 4 others

**Charlene Carter** This is for my silly friends that say prove it... Here it is and no I do no know how I got selected!!! 😊

**Kelley Martin** The food there is fantastic!   Like

**Charlene Carter** Good Kelly because I have not eaten all DAY!! Hunger has taken over.   Like

**Kristia Click** I Love bugatti's   Like

**Brandy Phillips Makovy** that is awesome.....tell them how you feel.   Like

**Charlene Carter** U did was polite but to the point!!!   Like

Suggested Groups

**Tucker Carlson FOX News**   Join

See All

App. 1267



App. 1268







**Charlene Carter**

Who wants to know more about the Opting Out of this Un-Unified Union?? We have info on your Workers Rights if you so choose to Join Us we have over 100 people that are in with us and spreading the Word out there On Line we also have some Legal Documents you may want to read about this and it is YOUR RIGHT to do this and the EB can not without Legal Action Harrass You in anyway. You are still covered under the Contract and they Still Have to Represent you in a GR. The only things you can not do is show up to Union Meeting Or VOTE on anything...but our Vote does not COUNT anymore anyway so Who CARES. Also you can OPT BACK IN at anytime so when the TA comes out which I am thinking the way things are going with our 555 and Pilots it is going to be awhile....Just Saying you can OPT BACK IN then....Try us you may find you Like this...for me it is a Non Issue....I am OUT

Write a Comment



**TRANSPORT WORKERS UNION OF AMERICA**
**AGENCY FEE POLICY SCHEDULE OF CALCULATION OF**
**CHARGEABLE EXPENSES (MODIFIED CASH**
**BASIS) YEAR ENDED AUGUST 31, 2012**

EXPENSES

| | TOTAL | CHARGEABLE | NON-CHARGEABLE |
|---|---|---|---|
| Main office expenses | $3,010,399 | $2,861,430 | $148,969 |
| Servicing, negotiations and grievance expenses | 3,438,338 | 3,438,338 | - |
| Political expenses | 1,307,602 | - | 1,307,602 |

App. 1272





App. 1274



Charlene Carter
April 2013

Look who was on our Flight! You Can't Touch This

Tag Photo    Add Location    Edit

Like    Comment    Share

Naqash Gill, Brad Clarke and 24 others

View 2 more comments

Charlene Carter He was a Very Nice Man!!!
April 10, 2013 at 7:37pm · Like · 1

Elaine Zant Who is this guy?
April 21, 2013 at 11:02am · Like

Charlene Carter M.C. Hammer sang You Cant
Touch This!
April 21, 2013 at 4:15pm · Like

Jacqueline Birdsall Girl, you've got the
connections going!!! 😊
April 21, 2013 at 9:15pm · Like

Jacqueline Birdsall oh...looks like you "touched"
him!!!
April 21, 2013 at 9:20pm · Like

Charlene Carter I Did Touch That!!
April 22, 2013 at 10:03am · Like

Write a comment...

Suggested Groups



**Charlene Carter**

Ok I have 2 Captains in my home Kyle Odom who flys for us at Southwest Airlines and my husband on the right Jhara Carter who is a Captain for Frontier Airlines. These two grew up together and are like brothers. Both are great pilots, husbands, and Daddy's!! Love them both!!! with Kyle Odom and Jhara Carter

🏷 Tag Photo   ◆ Add Location   ✏ Edit

👍 Like  💬 Comment  ➤ Share

◯ Susie Regnier, Brad Clarke and 63 others

View 12 more comments

**Jhara Carter** We moved here to Denver last October, so 15 months now.
March 11, 2014 at 2:57am · Like

**Jhara Carter** To all my Happy Tx Friends and Family, I can say it was an Awesome place to grow up.
March 11, 2014 at 3:00am · Like

**Susan E McDonald** So since I live in Arvada, which is northwest of Denver, then we should go out to dinner. I have not met Hannah. We could go to the Boulder Farmer's Market in June. Or meet for a Rockies game.
March 11, 2014 at 3:20am · Like

**Jhara Carter** Susan I would love to do that, I knew you live in Arvada, we are over on the border of Aurora and Parker. Either one sounds great. Although I have been commuting up here for 12 years, me and Charlene are having trouble adjusting to the winters. We sure do love the summers though!, how long does it take to be ok with the winters, haha
March 11, 2014 at 3:47am · Like

**Susan E McDonald** Well I think you have to love skiing to be able to love the winters here. My reasoning for the snow is to avoid wild fires next summer. Did you see this picture, taken last week
March 11, 2014 at 5:31am · Like

Write a comment...

App. 1276



App. 1277



App. 1278

27

# Union Members: *Know Your Rights*



U.S. Department of Labor
Washington, D.C. 20210

Office of Labor-Management Standards

The Labor-Management Reporting and Disclosure Act (LMRDA) guarantees certain rights to union members and imposes certain responsibilities on union officers to ensure union democracy, financial integrity and transparency. The Office of Labor-Management Standards (OLMS) is the Federal agency with primary authority to enforce many LMRDA provisions. If you suspect a violation of these rights or responsibilities please contact the Department of Labor at **1-866-4-USA-DOL.**

## Union Member Rights

**Bill of Rights -** Union members have:
- equal rights to participate in union activities
- freedom of speech and assembly
- voice in setting rates of dues, fees, and assessments
- protection of the right to sue
- safeguards against improper discipline

**Copies of Collective Bargaining Agreements -**
Union members and nonunion employees have the right to receive or inspect copies of collective bargaining agreements.

**Reports -** Unions are required to file an initial information report (Form LM-1), copies of constitutions and bylaws, and an annual financial report (Form LM-2/3/4) with OLMS. Unions must make the reports available to members and permit members to examine supporting records for just cause. The reports are public information and copies are available from OLMS.

**Officer Elections -** Union members have the right to:
- nominate candidates for office
- run for office
- cast a secret ballot
- protest the conduct of an election

**Officer Removal -** Local union members have the right to an adequate procedure for the removal of an elected officer guilty of serious misconduct.

**Trusteeships -** Unions may only be placed in trusteeship by a parent body for the reasons specified in the LMRDA.

**Protection for Exercising LMRDA Rights -** A union or any of its officials may not fine, expel, or otherwise discipline a member for exercising any LMRDA right.

**Prohibition Against Violence -** No one may use or threaten to use force or violence to interfere with a union member in the exercise of LMRDA rights.

## Union Officer Responsibilities

**Financial Safeguards -** Union officers have a duty to manage the funds and property of the union solely for the benefit of the union and its members in accordance with the union's constitution and bylaws. Union officers or employees who embezzle or steal union funds or other assets commit a Federal crime punishable by a fine and/or imprisonment.

**Bonding -** Union officers or employees who handle union funds or property must be bonded to provide protection against losses if their union has property and annual financial receipts which exceed $5,000.

**Labor Organization Reports -** Union officers must:
- file an initial information report (Form LM-1) and annual financial reports (Forms LM-2/3/4) with OLMS.
- retain the records necessary to verify the reports for at least five years.

**Officer Reports -** Union officers and employees must file reports concerning any loans and benefits received from, or certain financial interests in, employers whose employees their unions represent and businesses that deal with their unions.

**Officer Elections -** Unions must:
- hold elections of officers of local unions by secret ballot at least every three years.
- conduct regular elections in accordance with their constitution and bylaws and preserve all records for one year.
- mail a notice of election to every member at least 15 days prior to the election.
- comply with a candidate's request to distribute campaign material.
- not use union funds or resources to promote any candidate (nor may employer funds or resources be used).
- permit candidates to have election observers.
- allow candidates to inspect the union's membership list once within 30 days prior to the election.

**Restrictions on Holding Office -** A person convicted of certain crimes may not serve as a union officer, employee, or other representative of a union for up to 13 years.

**Loans -** A union may not have outstanding loans to any one officer or employee that in total exceed $2,000 at any time.

**Fines -** A union may not pay the fine of any officer or employee convicted of any willful violation of the LMRDA.

http://www.olms.dol.gov          OLMS-Public@dol.gov          1-866-4-USA-DOL

App. 1279





# TRANSPORT WORKERS UNION
## OF AMERICA, AFL-CIO
### AIR TRANSPORT LOCAL 556

One Brookriver Place    7929 Brookriver Drive, Suite 750   Dallas, TX  75247    (214) 640-4700    (800) 969-7932
Fax (214) 357-9870    www.twu556.org    Hotline (800) 806-7992

# TWU

The Transport Workers Union of America is affiliated with the AFL-CIO and the World Wide International Transport Workers Federation.

We are an Industrialized Labor Union representing workers in Airline, Railroad and the Transit, Utility, University and Service Industries.

Our Union operates on three levels –The International, Industrial Divisions and Locals.

All TWU Members belong to Locals formed on the basis of interest and geographic location.  The Members elect their own Local Officers who handle most of their issues and business.  The International coordinates the activities of the Divisions and the Locals and assists in negotiations, organizing drives and legislative campaigns.  It provides professional legal, education, research and public relations services to the Locals and Divisions.

The supreme policy-making body of the Union is the International Convention, which is held every four years.  International Officers are elected at the convention and the Constitution, which governs all Union activities, is reviewed and amended at that time.

Between conventions, the policy-making bodies of the Union are the International Executive Council and International Executive Board.

The Airline, Railroad and Transit, Utility and University Division President's Councils meet at regular intervals to discuss and formulate policies affecting their own particular memberships.

Local 556 of the Air Transport Division of the TWU was chartered as a Local on October 13, 1981, in the city of Dallas.

The Local Union represents the Southwest Airlines Flight Attendants.

TWU International Headquarters is located at 501 3rd. St. NW, 9th Floor, Washington, D.C. 20001.  The phone number is (202) 719-3900.

1

App. 1280

# BYLAWS

**Amended December 2015**

# AIR TRANSPORT LOCAL 556
# TRANSPORT WORKERS UNION OF AMERICA

| | | |
|---|---|---|
| ARTICLE I | page 3 | NAME AND AFFILIATION |
| ARTICLE II | page 3 | OBJECTIVES |
| ARTICLE III | page 3 | MEMBERSHIP |
| ARTICLE IV | page 4 | RESPONSIBILITIES OF MEMBERS |
| ARTICLE V | page 4 | MEMBERSHIP MEETINGS |
| ARTICLE VI | page 5 | OFFICERS |
| ARTICLE VII | page 7 | EXECUTIVE BOARD |
| ARTICLE VIII | page 8 | SHOP STEWARDS |
| ARTICLE IX | page 9 | ELECTIONS |
| ARTICLE X | page 10 | RECALL OF OFFICER(S) |
| ARTICLE XI | page 11 | FINANCE AND EXPENSES |
| ARTICLE XII | page 12 | COMMITTEES |
| ARTICLE XIII | page 12 | AMENDMENTS TO BYLAWS |

2

# TWU LOCAL 556
# BYLAWS

## ARTICLE I
## NAME AND AFFILIATION

(a) This organization shall be known as Air Transport Local 556, Transport Workers Union of America, AFL-CIO, representing Southwest Airlines Flight Attendants and may also be referred to as Local 556 or the Local Union.

(b) This Local shall be affiliated with the State and City AFL-CIO Councils of each Domicile, and such other Central Bodies and Councils as may be deemed necessary in the interest of advancing the welfare of Members of this Local, and any such affiliations.

## ARTICLE II
## OBJECTIVES

The objectives of this organization shall be:

(a) To unite in this industrial Union, regardless of race, creed, color, gender, sexual orientation, nationality or marital status, all workers eligible for membership.

(b) To establish through collective bargaining adequate wage standards and retirement benefits, shorter hours of work and improvements in the conditions of employment for the workers in the industry.

(c) To promote legislation and engage in such other activity as may be deemed necessary or advisable properly to safeguard the economic security and social welfare of working people and to protect and extend our democratic institutions, civil rights and liberties, and to perpetuate the cherished traditions of our democracy. Such democratic institutions will include the rights of Members to know how their Executive Board Officers voted at Executive Board Meetings on Union business issues directly affecting the Membership; Executive Board Officers will be required to vote by Roll Call at Executive Board Meetings, not including individual grievances, or specific issues governed by the International Constitution, or State or Federal Law. Any name or portion of any vote thought to be personal or private in nature may be obliterated as to protect confidentiality. The Executive Board voting records will be charted and tallied on the Local Web site during their term to aid the Members while voting in upcoming elections.

(d) To protect each Member from unjust discipline and to promote the well- being and continued employment of all Members. Members shall be entitled to dissenting opinions and shall continue to receive unbiased representation.

## ARTICLE III
## MEMBERSHIP

(a) Any person eligible for membership in Local 556 shall file an application for membership in accordance with the Constitution of the Transport Workers Union of America, AFL-CIO, and the rules and Bylaws of Local 556.

(b) Effective January 1, 2012, the initiation fee shall be $100 for all new TWU affiliates or anyone re-applying to return to full Membership who had previously voluntarily resigned from TWU affiliation.

3

App. 1282

## ARTICLE IV
## RESPONSIBILITIES OF MEMBERS

(a) No Member shall perform their duty on the job in such a manner as to place an unfair burden on his/her fellow workers.

(b) No Member shall join or participate in any way in any organized group, which purports to make decisions concerning rates of pay, hours of service and working conditions on behalf of the Membership, or obligates the Membership or Union in any way without the authorization of the Union (pursuant to the procedures of International Constitution).

(c) No Member shall improperly disclose confidential matters of the Union.

(d) No Member shall make a collection in the name of the Union, regardless of its purpose, without prior approval of the Local Executive Board.

(e) It shall be the responsibility of each Member to advise the Union within thirty (30) days of any change of address, in writing; otherwise, the Union cannot be held responsible if the Member does not receive correspondence or ballots mailed out by the Local or International Union.

(f) Every Member should make a reasonable effort to attend Membership Meetings and keep abreast of the current affairs of the Local.

(g) All Members shall adhere to the provisions of these Bylaws, the International Constitution and all Collective Bargaining Agreements or working rules of the Local. Including standing rules, rules of order, or any special rules written as motions previously adopted by the Membership will be presented with these Bylaws but under a separate heading from the Bylaws. Motions previously adopted by the Membership are binding to the Membership and as such should be easily available to the Membership for easy reference. Motions previously adopted by the Membership will be presented with these Bylaws but under a separate heading as "Motions previously adopted." Motions previously adopted by the Membership will be posted on their own Web page on the Local Web site under a separate heading as "Motions previously adopted by the Membership."

## ARTICLE V
## MEMBERSHIP MEETINGS

(a) There shall be at least three (3) regular meetings in each Domicile of the general Membership of Local 556 in any 12 month period, except as otherwise provided herein.

(b) The President may call Special Meetings of the Membership when deemed necessary or when requested to do so by a majority of the Executive Board.

(c) Membership Meeting notices shall be posted on all Union Bulletin Boards and any electronic means available at least forty-five (45) days prior to the date of Meetings except in cases of Special Meetings.

(d) Only Members in good standing shall be permitted to attend Meetings of Local 556. Probationary Flight Attendants are encouraged to attend Membership Meetings and will have a voice but no vote until the completion of the Probationary Period.

(e) All Members attending the Membership or Special Membership Meeting shall sign the official Attendance Book with their name and employee number.

(f) The Recording Secretary shall examine the credentials of all Members attending the Meeting.

4

(g)     At Special Meetings, no business shall be transacted other than that for which the Meeting was called.

(h)     The Executive Board shall determine the starting times for all Meetings as to best accommodate the Membership in each Domicile.

(i)     In the event the Recording Secretary is absent, the President may appoint other Members to perform their duties.

(j)     The rules contained in the current edition of Roberts Rules of Order Newly Revised shall govern our Membership Meetings and in all cases to which they are applicable and in which they are not inconsistent with these Bylaws and any special rules or order or working rules the Membership may adopt subject to our International Constitution, and any applicable State or Federal Law. The Chair will have at least one loaner copy of the current parliamentary authority available at Membership Meetings for Member referral.

(k)     The President or his/her designee may invite guests to any regular Membership or Special Membership Meeting to make presentations of special interest with approval of the Executive Board.

(l)     A quorum shall be defined as those Members in attendance at all Membership Meetings.

## ARTICLE VI
## OFFICERS

(a)     The elected Officers of Local 556 shall be the President, 1st Vice President, 2nd Vice President, Recording Secretary, Financial Secretary-Treasurer, Domicile Executive Board Members and Executive Board Members at Large.

(b)     Domicile Executive Board Members must be based and reside in the Domicile they represent. In the event a Domicile Executive Board Member relocates outside of his/her Domicile the position will automatically be considered vacated.   A Member who is based and resides in that Domicile must fill the vacated position.

(c)     Officers are required to attend all Executive Board Meetings and answer the roll call. The Executive Board will accept excusable absences.  The Executive Board, by majority vote, can suspend any Officer who misses more than two (2) Executive Board Meetings within a twelve (12) month period, for unexcused absences, in accordance with the provisions of Article XXI of the International Constitution.  The Executive Board shall meet at least once a month in accordance with the International Constitution.  The President or the majority of the Executive Board may call Special Meetings. A running tally of each Executive Board  Officers' attendance record at Executive Board Meetings will be (in addition to the Minutes) charted and logged on the Local 556 Web site during their full or partial term and will be used as a voting aid by the Membership during elections. Attendance or absence will be recorded and charted as: Present; Pre-excused absence; Tardy; Post-excused absence; Non-excused absence. The attendance record can be amended only by a majority vote of the Executive Board.

(d)     Duties of Officers shall be outlined in the International Constitution and the Bylaws of Local 556.

(e)     Officers shall perform such duties as may be assigned to them by the President or by majority vote of the Executive Board.

(f)     In the absence of the President, the 1st Vice President shall assume the duties of the President.

(g)     In the event the President is unable, for any reason, to complete his/her term of office, the 1st Vice President shall automatically become President.

(h)     In all vacancies except the President, if a position is vacated within the first eighteen (18) months of the Officers' term the person receiving the next highest number of votes from the Officers election for the vacated position will

5

App. 1284

be offered that position. If that Member does not accept the position, the position will be offered to the candidate who ran for the vacated position by descending order of votes. If all candidates refuse or the position was unopposed, the Executive Board will appoint a Member in good standing. If the position is vacated within the second eighteen (18) months of the term, the Executive Board will appoint an eligible Member to the position. All vacancies must be filled within forty-five (45) days of the occurrence of the vacancy.

(i)     The Executive Board, by a majority vote, can suspend any Officer of Local 556, subject to and in accordance with the provisions of Article XXI of the International Constitution.

(j)     The President shall be a delegate of the International Convention of the TWU and such other conventions in which Local 556 participates. Delegates to the International Convention shall be the Local President, 1st Vice President, 2nd Vice President, Financial Secretary-Treasurer, Recording Secretary, Domicile Executive Board Members and Board Members at Large, and Members in good standing in that order and to the extent and numbers entitled by the Constitution. Domicile Executive Board Members, Board Members at Large and Members in good standing shall be appointed by the Local President to the extent the International Constitution allows.

(k)     The President shall preside at all negotiations. The President or the President's designee shall carry out the resolution of the Membership as adopted at Membership Meetings and perform such other duties as may be assigned to him/her by the Executive Board or the Membership. The President or the President's designee may arrange for an Officer or individual Member to be absent from her/his regular assigned work, at the expense of the Union, for the purpose of assisting the President in conducting the affairs of the Local Union. The President or the President's designee shall draft all Board of Adjustment submissions and be responsible for the proper processing of said submissions. It shall be the President's or the President's designees' responsibility to assemble all facts pertaining to Local 556 grievances pending before Board of Adjustment or Arbitration, and to assure the proper presentation of said grievances. The President or the President's designee shall attend all Membership Meetings and Special Meetings of the Local and shall preside at said meetings. The President or the President's designee shall assist other Officers, Union Representatives, or individual Members in the handling or processing of grievances and such other problems, which have not yet become grievances. The President shall perform all duties required by the Executive Board. The President shall be responsible for the staffing of the Local office. The Executive Board will approve all full-time staff.

(l)     The 1st Vice President shall assist the President in the discharge of his/her duties, and during his/her absence shall perform the duties of the President. He/she shall attend the monthly Executive Board Meeting. He/she shall perform all duties required by the Executive Board.

(m)     The 2nd Vice President shall assist the President in the discharge of his/her duties, and during the President's or 1st Vice President's absence shall perform the duties of the President. He/she shall attend the monthly Executive Board Meeting. He/she shall perform all duties required by the Executive Board.

(n)     The Recording Secretary shall keep and maintain correct Minutes of all Meetings of the Local Executive Board and Local 556 Membership Meetings and Special Meetings. He/she shall perform all duties required by the Executive Board.

(o)     The Financial Secretary-Treasurer shall receive all monies paid into the Local Union. He/she shall keep regular books and records of the Local's finances pursuant to the rules and regulations established by the International Administrative Committee. He/she shall report monthly to the Local Executive Board and to the International Secretary/Treasurer. He/she shall submit all records and books at least once a year to a Certified Public Accountant and will forward the name and address of the Certified Public Accountant who is to conduct the audit to the International. He/she shall perform all duties required by the Executive Board.

(p)     Domicile Executive Board Members shall be responsible for Domicile grievance administration and other daily Domicile business. He/she will be responsible for reporting all Domicile business to the Executive Board and is required to attend the monthly Executive Board Meeting. He/she shall perform all duties required by the

6

App. 1285

Executive Board. Domicile Executive Board Members may not hold a full time-position in the Local Union Office. They may be pulled full-time to work in their Domicile or on short-term projects.

(q)     In the event of a new Domicile opening, the Executive Board shall appoint the Domicile Executive Board Member for the length of the term only until the next General Election. Upon being appointed to the Executive Board, the Domicile Executive Board Member shall be allowed a three month time period following the date of the appointment to finish his/her move to and reside as defined in (b) above the Domicile to which he/she was appointed. In order to be considered for this appointment, a Member must have been awarded the new said Domicile prior to the appointment.

(r)     Executive Board Members at Large shall attend monthly Executive Board Meetings and shall perform all duties required by the Executive Board.

(s)     The President and Financial Secretary-Treasurer must perform their duties at the Local Union Headquarters Office during normal operating hours.

(t)     The Local Union Headquarters office shall be located in the city of the Corporate Headquarters.

# ARTICLE VII
# EXECUTIVE BOARD

(a)     The Executive Board shall consist of President, 1st Vice President, 2nd Vice President, Recording Secretary, Financial Secretary-Treasurer, Domicile Executive Board Members and Executive Board Members At Large.

(b)     The Executive Board shall transact all business of the Local and faithfully execute the orders of the Membership; adopt measures in the interest of the Local and recommend such actions to the Local, as it may deem necessary. The Executive Board shall receive and make recommendations in regard to reports by Standing and Special Committees and Officers. The Executive Board shall exercise these powers entrusted to it as specifically expressed in the International Constitution.

(c)     Executive Board Members shall carry out such other duties as may be assigned to them by the President, Executive Board, or Membership.

(d)     A majority of the Members of the Executive Board shall constitute a quorum for the purpose of conducting business.

(e)     The Executive Board shall set salaries and/or expenses for all Officers, subject to the approval of the Membership at a Membership Meeting. Changes of salaries and/or expenses of Officers shall be posted on all Union Bulletin Boards and any electronic means available, at least forty-five (45) days prior to the meeting, as part of the agenda.

(f)     The Executive Board by two-thirds (2/3rd) vote shall approve all proposed Collective Bargaining Agreements prior to presentation to the Membership.

(g)     All Officers will be required to fly one multi-day pairing per calendar quarter unless otherwise approved by the Executive Board. The multi-day pairing cannot be a Charter.

(h)     The Executive Board Meetings shall be governed by Robert's Rules of Order, Revised.

(i)     The Executive Board of the Local will be responsible for providing to the Membership at least four (4) printed newsletters during a 12-month period.

7

App. 1286

# ARTICLE VIII
## SHOP STEWARDS

(a)   Elected Shop Stewards shall represent the Members at each Domicile they represent and assist Domicile Executive Board Members with Base duties.

(b)   Special Meetings of Shop Stewards may be called by the President or majority vote of the Executive Board and will not conflict or coincide with other meetings.

(c)   Nominations and elections for Shop Stewards shall be held at the first regularly scheduled Membership Meeting following the swearing in of the new Officers. The vote will be by secret ballot of those present and voting.

(d)   To be eligible for nomination as a Shop Steward, a Member must, in addition to all other requirements of the International Constitution and these Bylaws: (1) be on the Southwest Airlines Inflight Services Seniority list for not less than a period of six (6) months at the time of nominations; (2) Shop Stewards must be a Member in good standing.

(e)   It shall be the duty of all Shop Stewards to represent all/any Members requesting or requiring representation in any meeting with Management upon the direction of the Executive Board. It shall be the duty of Shop Stewards, at all times, to keep in close contact with the Domicile Executive Board Member in order to keep informed on events of interest to the Membership. It shall be the duty of all Shop Stewards to clarify and explain to Members any matters pertaining to Union affairs.

(f)   Shop Steward terms begin the first day of the month following their election. Within the first 45 days of their terms, Shop Stewards will receive training on the duties outlined in letter (e) from their Domicile Executive Board Member or his/her designee. The term for a Shop Steward is three (3) years.

(g)   Elected Shop Stewards may change their Domicile and continue to represent Members in their new Domicile by filling any existing Shop Steward vacancies.

(h)   Any discipline which would result in suspension or expulsion from the office of Shop Steward will be governed by Articles XXI and XXII of the TWU Constitution.

(i)   Existing Shop Steward terms will end three (3) years from the date of the first day of their term.

(j)   Anytime there is a vacancy on the Shop Steward Staff in a Base, the Domicile Executive Board Member will appoint a Shop Steward with the approval of the Membership at their respective Domicile Membership Meeting.

(k)   There shall be a minimum of one (1) Shop Steward per every 200 Members (rounded up) in each Domicile.

(l)   Commuters may serve as Shop Stewards in their Domicile, provided they meet all other requirements of eligibility outlined in this article.

(m)   The Shop Steward will be responsible to the Executive Board for all Domicile Union business.

(n)   An elected Shop Steward will keep the Executive Board updated on current address and phone numbers.

(o)   If the Company opens a new Domicile, existing Shop Stewards transferring into the new Domicile will continue their term in the new Domicile and the resulting vacancies in their previous Domiciles will be filled in accordance with Article VIII (j). Nominations and elections for Shop Stewards in the new Domicile shall be held at the first regularly scheduled Membership Meeting following the opening of the new Domicile. The vote will be by secret ballot of those present and voting.

8

(p)    Shop Steward duties shall not be Base-specific.

# ARTICLE IX
# ELECTIONS

(a)    A Member, to be eligible for nomination and election to any office, including Board of Election and Negotiating Committee or a delegate or alternate to the TWU International Convention, must, in addition to all other requirements of the International Constitution and these Bylaws;

    1.    Be on the SWA Inflight seniority list for not less than a period of one (1) year at the time of nominations;

    2.    Have maintained continued good standing in the Local for the same twelve (12) month period.

(b)    The Board of Election shall adopt appropriate rules and provide forms and ballots, conduct the nominations and election of Officers in accordance with the International Constitution, Bylaws and accepted past practices of Local 556. Upon financial approval by the Executive Board, any new technology may be applied to any election provided it has been proven to be reliable, verifiable and is approved by the US Department of Labor. The Board of Election shall be responsible for ensuring that all eligible ballots received are counted.

(c)    The Board of Election shall consist of three (3) Members and two alternates. The three Members and the alternates shall be nominated at the first regularly scheduled Membership Meeting following the swearing in of the new Officers. The secret ballot vote will take place at the next scheduled Membership Meeting. The new Board of Elections will be determined by a majority vote of those Members present. The term will be for a three-year period. Vacancies shall be filled by the nominee with the next highest vote total. The nominee receiving the highest number of votes will chair the Board of Election. In the event a tie exists, drawing of lots will determine the winner.

(d)    Nominations of Officers shall be held at the first (1st) regularly scheduled Membership Meeting of 1985 and each three years thereafter, pursuant to Article XV, Section I of the International Constitution.

(e)    Domicile Executive Board Members shall be elected during the same general election as are the Local Officers and are pursuant to the same procedures, except they will be elected only by those Members in their respective Domicile. Each Domicile shall have one Domicile Executive Board Member.

(f)    The Executive Board Members at Large shall be elected during the same general election as are the Local Officers and are pursuant to the same election procedures. The Executive Board Members at Large positions will become available in order to fill additional Board Member positions as pursuant to Article XIV, Section 8 of the International Constitution.

(g)    The candidate receiving the highest number of the votes cast for each office shall be deemed elected to the office. In the event a tie exists, drawing of lots will determine the winner. Any Member running unopposed shall be deemed elected to that office.

(h)    In the event that no eligible Member chooses to run for any position on the Executive Board, with the exception of President, after the Election is completed, the new Executive Board will appoint a Member in good standing to the vacant position within 45 days of being sworn in. In the case of the President, in accordance with the rules of succession to the Presidency, the 1st Vice President will become the President. In the case of a Domicile Executive Board Member, the Executive Board may waive the residency requirement if necessary.

(i)    Newly elected Officers shall be sworn-in within sixty (60) days after the election. The term shall begin May 1st after the general election. Those newly elected Officers shall serve for a period of three (3) years. During the sixty (60) day transition period, from the election to the swearing in, the Officers Elect of President, Financial

9

App. 1288

Secretary-Treasurer and Recording Secretary shall be pulled from their flying schedules with pay and required to be present at the Local Union Headquarters Office for a training period not less than thirty (30) calendar days.

(j)   The official Attendance Book shall reflect the signatures and employee numbers of those Members in attendance at the Membership Meetings.

(k)   The Contract Negotiating Committee shall consist of five (5) Members. The President will preside. The Executive Board shall appoint two (2) Members. Two (2) Members shall be elected through a ballot election by the Membership. Any vacancy shall be filled by appointment of two-thirds (2/3rd) vote of the Executive Board. All Contract Negotiating Committee Members must be on the SWA Inflight seniority list for not less than a period of one (1) year at the time of nominations.

(l)   Probationary Flight Attendants may not vote on any matters of Union business including elections, contractual changes to the Contract, Contractual amendments or Contract ratification.

(m)   It shall be the responsibility of each Member to advise the Union within thirty (30) days of any change of address, in writing; otherwise, the Union cannot be held responsible if the Member does not receive correspondence or ballots mailed out by the Local or International Union.

(n)   All disputes arising out of the nominations and elections shall be reported to the Board of Election. The Board of Election shall take nominations at Membership Meetings for the General Election and for the Contract Negotiator Election and confirm such nominations with the Recording Secretary at those meetings. The Board of Election shall make a full and complete report of the nominations and elections allowing the Board of Election to certify the results of the Election. The Board of Election shall set forth a digest of each appeal made to them and the disposition thereof and shall report any violation of the rules and regulations governing the nominations and elections to a meeting of the Executive Board no later than ten (10) days following the date of elections.

An appeal from the certification by the Board of Election or the results of the election may be made only to the International Committee and shall become and remain effective unless and until the International Committee on Appeals decides otherwise.

(o)   Any Tentative Agreement or Side Letter of Agreement shall be made available for Membership review for no less than 15 days prior to the commencement of voting on said Tentative Agreement or Side Letter of Agreement. Voting shall be open to Members for no less than 15 days not to exceed 30, for a maximum of 45 days total inclusive of the review period and voting.

# ARTICLE X
# RECALL OF OFFICER

(a)   A recall election shall be held if fifty (50%) percent plus one of the Membership in good standing sign, in person, a written petition demanding the recall of an Officer(s). Such petition must allege that the Officer has violated his/her obligations under the Local or International Constitution and specify the obligations which have been violated and the acts or omissions which constitute the violation. The above statement must be set forth on each page of the petition and the Members' employee number and date of signature accompany each signature. The Financial Secretary-Treasurer shall be responsible for validating the signatures on a recall petition and such signatures shall be considered valid up to one year from the date of signature. If the Financial Secretary-Treasurer is the subject of the petition, the Recording Secretary will validate the signatures. If the entire Board is the subject of the petition, an Officer assigned by the International Union will validate the signatures.

If a valid petition is filed pursuant to section (a) of this Article, ballots shall be sent to all Members in good standing thirty (30) days from the time the petition is validated. The ballot shall provide a "yes" or "no" vote on

10

whether the Officer(s) who are the subject of the petition shall be recalled. A statement of the allegations in the petition and the Officer(s)' response shall be mailed with the ballot.

(b)     An affirmative fifty (50%) percent plus one of the Local's Members in good standing must return ballots stating that the Officer(s) in question should be recalled. The office shall be declared vacant and an election shall be held to fill the position(s).

# ARTICLE XI
# FINANCE AND EXPENSES

(a)     The Executive Board shall adopt a budget each Fiscal Year. The Fiscal Year begins each October 1st and ends September 30th the following calendar year. The Budget for the following Fiscal Year must be completed and approved by the Local Executive Board before the last day of the Fiscal Year unless otherwise agreed to by the Executive Board. The Executive Board shall be guided by such budget in conducting the affairs of the Local Union.

(b)     An annual audit will be conducted by a Certified Public Accountant.

(c)     The Local will pay for hotel and car rental expenses for the President and Financial Secretary or any full time Union office pulls, as approved by the Executive Board. The Local will pay for a round trip move for any full time Union position requiring relocation to the city in which the Local Union Headquarters Office is located. Each full time position must commit to a minimum of one (1) year in the position in order to receive a return paid move of equal or lesser distance. The move will be paid per usual and customary moving expenses and shall be approved by the Executive Board. The Executive Board may release the full time position requirement of one year under special circumstances. The paid return move must be made within six (6) months of completion of said obligation.

(d)     Monetary contribution may be made from the treasury of Local 556 in support or recognition of TWU Local 556 Members, to causes that support organized labor, for charitable organizations that directly impact working people or strike donations to another AFL-CIO affiliated Union. All contributions must be reasonable and the amount will be determined by the Executive Board

(e)     Local 556 shall not solicit money or conduct raffles for charitable organizations or any other purpose without the approval of the Executive Board or the Members in attendance at a Membership Meeting. This shall not prohibit any Member as an individual from participating in such activity.

(f)     All trip pulls that are submitted to perform Union work require the approval of two Executive Board Officers prior to being submitted to Southwest Airlines. All Members pulled from flying duties, for an entire month at one time, to perform full time Union work must receive prior approval by the President and Treasurer. In the event of a disagreement in granting the approval, the 1st Vice President of the Union will cast a third vote. A reporting of all full time pulls issued during the month will be presented to the Executive Board by the Treasurer.

# ARTICLE XII
# COMMITTEES

(a)     Upon installation of office, the Executive Board shall appoint the following Standing Committees: COPE, CISM, Grievance, Scheduling, Health, Safety, Education, Professional Standards, Uniforms, Communications, Mobilization/Organizing, Civil and Human Rights and Shop Steward. All Chairs previous before the election will remain in place until a complete joint evaluation by the Committee chair and Executive Board. The Committee

11

App. 1290

Chair will submit an in depth report of the Committee and will give an account of the Committee at the first Executive Board Meeting after the installation of Officers.

(b) Standing Committees shall carry on such activities as may be required by their respective functions under supervision of the Executive Board or the Membership.

(c) A Committee may not incur any liability or indebtedness on behalf of the Local Union without written authority from the Executive Board.

(d) Subject to the approval of the Executive Board, the President may appoint such special Committees as may be necessary for the efficient operation of the Local.

(e) Persons not affiliated with the TWU Executive Board or Southwest Airlines Management shall chair Professional Standards and Special Services Committees.

# ARTICLE XIII
## AMENDMENTS TO THE BYLAWS

(a) These Bylaws may be altered, amended or repealed by a 2/3rd majority vote of the Membership only once every odd-numbered ending calendar year. The Bylaws must be offered at the Second Membership Meeting of the odd-numbered calendar year and must be voted upon at the Third Membership Meeting of the year. Each proposed change, amendment or repeal shall be submitted on a form, which will include the change itself, a synopsis of the change and a rationale for the change. The proposed change, amendment or repeal shall be posted for a period of forty-five (45) days on the Union Bulletin Board and on the Union Website. A printed copy will be mailed to a Member if requested."

(b) The Bylaws shall conform to the provisions and the principles of the Constitution and to the established policies of the International Union, and shall be effective only when approved by the International Administrative Committee. No amendment to the Bylaws shall be effective until so approved.

(c) The current amended Bylaws will be posted to the Union Web site within 60 days of the first regularly scheduled Membership Meeting. A printed copy will be mailed to a Member if requested.

12

App. 1291

(29)

## President's Message - Social Media, NEW Android App and Contract Quickies

Unity Update - TWU Local 556 <communications@twu556.org>

Mon 4/20/2015 6:45 PM

To Charlene Carter <charlenecarter@live.com>;

In this issue: President's Message - Social Media, Open Call for Committee Chairpersons and much more!

View this email in your browser



The Union of
Southwest Airlines Flight Attendants
**TWU LOCAL 556**

In This Issue:

- President's Message
- Crew Check-in Poll
- Negotiating Team Update Video
- Open Call for Committee Chairperson
- TWU Local 556 Scholarships
- Calling All Android Users - Your FREE App is Ready!
- Contract Quickies - Minimum Pay Rules (RIGS) - Article 21.22
- Quick Clicks and PDF

### President's Message

**Audrey Stone is** a Las Vegas-based Flight Attendant. Audrey serves as the President and Lead Negotiator of TWU Local 556.

In my last President's Message, I addressed social media and the fact that TWU Local 556 was actively fighting grievances on behalf of our Flight Attendants. I also stated that we would continue to advocate on your behalf, as I recognize this is an issue that has the potential to affect the vast majority of our work group, whether you are on

App. 1292

Facebook, Twitter, LinkedIn, or any other social media platform. I am pleased that over the last month, Southwest Airlines has finally taken us seriously.

Your Union has been addressing the Southwest Airlines Social Media Policy for a long time. We have been bringing forward your concerns around the lack of clear guidelines on a policy that is both vague and undefined. We have witnessed inconsistencies around the way the policy is applied, and the often-subjective stance that Southwest Management has displayed in administering the policy. Over the last several months, it appeared that Southwest Airlines suddenly began taking an even stronger stand as many of you have received phone calls from members of Management. The results of these calls and subsequent Fact-Finding Meetings have ranged from notations in discussion logs all the way to termination. Dozens of you have been affected, and TWU Local 556 made it clear to Management that we believe they are interfering in areas in violation of your personal rights.

Over the last several weeks, I met with various Southwest Airlines Leaders, including our Vice President of Cabin Services Mike Hafner. Mike and I had productive discussions around our Flight Attendants' concerns and the negative impact on everyone involved. Your voices, and your issues, have been strongly expressed by your Union----and we have been heard. Over the last weeks, we have been working towards seeking resolution on the outstanding grievances, challenging the discipline of Flight Attendants for alleged violations of the Social Media Policy. We have been making real progress.

We have also scheduled future meetings to sit down with the appropriate members of Management to address those Social Media Policy changes we would like to see in the future. This will especially focus on what areas of our personal digital lives Southwest Airlines will --and will not --get involved in.  Be assured that I will continue to communicate with you regarding where we are on this important issue.

On a personal note, however, please know that the social media issues Management investigated and the resulting discipline Southwest Airlines issued did not arise out of something Management simply uncovered or stumbled upon. They are not generally monitoring our sites. Instead these cases come about as our own Flight Attendants are turning each other in. These latest investigations have been the result of Flight Attendant complaints. I am asking that we please consider stopping any back and forth fighting on social media.

We are not always going to agree with one another, but please recognize that your fellow Employees are entitled to their own thoughts and opinions. If we have a problem let's work it out as the professionals that we are. Please respect one another.

## Crew Check-in Poll

**Do you Wear your Union Pin?**



- Yes! It's always on my uniform.
- Sometimes I forget to put it on.
- I would if I had one!
- No, I support neither my Union nor our ongoing Contract Negotiations.

Click here if you need a Union Pin.

Take The Poll

## Negotiating Team Update



**Watch the most recent Negotiations Update from TWU Local 556 President and Lead Negotiator, Audrey Stone.**


App. 1294

# RE: Thom McDaniel for TWU Convention Delegate



Charlene Carter <charlenecarter@live.com>

Sat 8/3/2013 1:32 PM

To  Thom McDaniel <reply-494e6c8cab-6abcf22d21-c1fb@u.cts.vresp.com>;

Importance  High

NO Vote for YOU I guess we will cancel each other out!!  Do not ever send me anything from you again or your team of haters.  Thanks

From: Thom_McDaniel@mail.vresp.com
To: charlenecarter@live.com
Subject: Thom McDaniel for TWU Convention Delegate
Date: Fri, 2 Aug 2013 13:04:33 +0000

👍 Like    ✈ Tweet   in Share

Vote **Thom McDaniel** for TWU Convention Delegate





**Thom McDaniel**

**21 year Flight Attendant**

My name is **Thom McDaniel**, and I am asking for your vote to represent our Members as a delegate at the upcoming Twenty-Fourth TWU International Constitutional Convention.

While I chose not to run for a fifth term last year, I have continued my Union advocacy working as an International Vice President and Representative for TWU.  My experience working for you has been valuable in my ongoing work on Flight Attendant and other workplace issues that are important to all of us. I continue to offer my assistance to Local 556 and work for our Members as requested.  Currently, I am assisting

App. 1295

**TWU International Vice President**

**Former TWU Local 556 President**

**Led negotiations for two industry-leading contracts**

**Delegate at previous three conventions**

**Committed to ensuring YOU have a strong voice in TWU!**

**Achieved success for our Members with the "Free Hobby Airport" and "No Knives" campaigns**

**Voting closes at noon Central on Friday, August 16, 2013, visit *twu556.org* for additional voting information.**

Submit your questions and learn more about Thom on facebook at TWU Thom McDaniel or by email at *thommcdaniel@gmail.com*.


Facebook


Email

Allegiant Air Flight Attendants at TWU Local 577 in a tough fight to reach their first contract and coordinate strategic planning at the International and Local level. Working together, we achieved success for our Members with the "Free Hobby Airport" and "No Knives" campaigns, but **there's still more work to be done**.

In my spare time, I enjoy doing charity work. I am currently serving on the Board of Directors of the AIDS Foundation Houston. I have led the Southwest Airlines Team as a top fundraiser for the Houston AIDS Walk. For the last 15 years, I have spent one week every summer as a volunteer counselor at Camp Hope, a summer camp for kids with HIV. I have also assisted in fundraising for the Southwest Airlines MS150 Team and have recently become involved in animal rescue efforts.

For the last three conventions, I have had the honor of serving you as a delegate to the TWU International Convention, and I understand the important work that is done there. **You can count on me** to show up for each and every vote. I am committed to representing you and guaranteeing that we not only have a strong TWU Local 556, but a strong TWU International to stand up all TWU workers everywhere.

**I have been working for you for over thirteen years, and I am asking for your vote to ensure that you have a strong voice at the TWU International Convention!**

**Thank you for your support.**

# Thom McDaniel
### for TWU Local 556 Delegate

## Don Shipman Criminal Activity



Charlene Carter <charlenecarter@live.com>

Wed 5/29/2013 4:41 PM

To Jim Little <j-little@twu.org>;

📎 2 attachments (484 KB)

photo.PNG; ATT00001.txt;

Oh this one is really good Don Shipman talking with DEBM Tina Coffee about wiping her Union (the Memberships Computer) Clean of all the Collusion Conversations and he installed a Remote Site Program so he could see Confidential Private Info!!!  To think you are supporting these Criminals!!!!  Hmmmm what does that Make You if you and Gary Drumound let the Crooks stay in power????  Oh that's right a Corrupt Criminal Too!!!!  How does that go over in a Court of Law???  All we want is our Elected Officers put back in to Finish their Terms and the ones who are Colluding together be Punished because this is SO WRONG!! Remember you all work For Us the ones who pay your Paycheck!!!

App. 1297



**Done**

ngs

## on P Shipman

+ New Message   ✱ Acti

How can we get together before the meeting to wipe computer???



**Don P Shipman**

I would be able to remote into your computer from my house and help you with it. I'm not home right now, but I will be at some point

This process will require you to install Team Viewer. It's a free program and you will be able to watch everything I do

www.teamviewer.com



**Tina Coffee**

I need to put it on flash drive. They had a remote in here but I took it out. HA HA It has to look like I didn't remove stuff. Is that possible??

**Don P Shipman**

Yes, we can uninstall the program easily after its done.



ANd this would be the convo between them about the remote computer acc... See More

**Don P Shipman**

I'm gonna post something to you soon... Don't go anywhere!

5 Likes

13 Comments

App. 1298

## Don Shipman Letter



Charlene Carter <charlenecarter@live.com>

Wed 5/29/2013 8:52 AM

To Jim Little <j-little@twu.org>;

📎 2 attachments (442 KB)

photo.PNG; ATT00001.txt;

I have a new copy if the Carpet Bomb Letter that Don Shipman was putting out a couple of months ago and funny thing is this is what happened. He also has a letter out there with Tina Coffee who is paid by the membership they are talking about a remote Access he can install on her Union Computer so he can get Union Conversations and Buisness Remotely off her (OUR COMPUTER) this is ILLEGAL to do Mr. Little and you know it. So if you stand with them you are just as GUILTY as they are!! We have so much evidence that this was a set up!!  ILLEGAL

Published 23 Jul, 2013

Brothers and Sisters,

The incident yesterday at LaGuardia Airport, involving Southwest Flight 345, is evidence of the lack of concern Southwest has demonstrated in regards to the safety of its passengers and our members as they continue to press forward in the name of cost savings.

Thankfully, no lives were lost due to our members, the trained flight attendants, and pilots on board. As Southwest continues to outsource flight maintenance to reduce cost, the safety risks are likely to increase. This will be known as the first of more incidents to follow, if Southwest is not held accountable.

In response to this tragedy, I have met with our Health and Safety Director, Ed Watt, and our CARE team is fully mobilized and ready in New York to assist with any efforts in regards to the incident.

In solidarity,

James C. Little

International President

App. 1300

## More Corruption

Charlene Carter <charlenecarter@live.com>

Tue 5/28/2013 6:19 PM

To Jim Little <j-little@twu.org>;



0  2 attachments (385 KB)

photo.JPG; ATT00001.txt;

READ

App. 1301



Brad Sabo

Fred Commo

**Don P Shipman**
Eww... I used to be Shrek...                    Wed

Cheri Vincent 

Mark Anthony Reyes

Jessica Parker

Sue Renz

Ginger Sharp 

Maureen Adamek

Jeffrey Baker

Lori Lochelt 

---

He called me back and told me that Stacy would not allow it. surprise!

This is fucked up... And it really pisses off Management when they block off three FULL DAYS to negotiate only to have the Union cancel it at the last minute.

**Tina Coffee**
That is what we can expect unless we get them OUT

**Don P Shipman**
YES! We need them OUT!

We have finally found the Unity -- it's in REMOVING THEM FROM OFFICE!

**Tina Coffee**
I with ya all the way

I will like being able to blog again

I can be funny again

yea

**Don P Shipman**
haha, exactly!

**Tina Coffee**
no more spending entire days doing work when those bastards won't even take a pay cut ; am free

**Don P Shipman**
YEA!

**Tina Coffee**
I like you not just kissing up. Wish I had not been judgemental. believe it or not I have been humbled :)

**Don P Shipman**
Life is all about learning... If you have learned, I am not mad



App. 1302

Your Letter



Charlene Carter <charlenecarter@live.com>

Wed 7/24/2013 9:43 PM

To: Jim Little <j-little@twu.org>;

Cc: charlecarter@live.com <charlecarter@live.com>;

📎  2 attachments (63 KB)

photo.JPG; ATT00001.txt;

Oh Mr. Little you have made a big mistake with this letter it has gone Viral not just with us Flight Attendants at 556 but with 555, Local 100 and the list goes on!! It's out and no one and I Mean NO ONE Believes your Retraction!!! I guess you felt the heat after putting this statement out so you took it down and then put out a more friendly Message.... Well no one is buying the second letter one bit.  You meant every word in the first one and we all KNOW IT!!!!  The convention is coming up wonder if you are going to survive all the Horrible things you have been doing and saying???? Hmmmm only time will tell.

Wonder who wrote the second letter was you or Thom McDaniel????

You are Truly a Disgrace to our Membership and Company!!

Published 23 Jul, 2013

Brothers and Sisters,

The incident yesterday at LaGuardia Airport, involving Southwest Flight 345, is evidence of the lack of concern Southwest has demonstrated in regards to the safety of its passengers and our members as they continue to press forward in the name of cost savings.

Thankfully, no lives were lost due to our members, the trained flight attendants, and pilots on board. As Southwest continues to outsource flight maintenance to reduce cost, the safety risks are likely to increase. This will be known as the first of more incidents to follow if Southwest is not held accountable.

In response to this tragedy, I have met with our Health and Safety Director, Ed Watt, and our CARE team is fully mobilized and ready in New York to assist with any efforts in regards to the incident.

In solidarity,
James C. Little
International President

App. 1304

## Caught in Collusion



Charlene Carter <charlenecarter@live.com>

Tue 5/28/2013 6:18 PM

To Jim Little <j-little@twu.org>;

📎 2 attachments (447 KB)

photo.JPG; ATT00001.txt;

Just one of many!!! Don Shipman and Tina Coffee.... She is being Paid by the Members and using our Union Computer!!!! Corruption at its best and if this is what you are supporting then you are just as GUILTY AS THEM!!

More to come!!! This is going to all the Membership along with Melissa Smiths Transcript from her Trial that she WON  and it is amazing how people are piecing it together that you are in the Middle of all the Corruption in the last 13 years!!!!  Same people for the most part are involved in this SCANDAL !  I am hearing Really Mad Flight Attendants FINALLY coming  awake on what your part is on all this and are calling for getting Rid if YOU Gary Drumound and TWU INTERNATIONAL!!!!!!!!! Maybe you better do the right thing have the ones hijacking our VOICE AND VOTE and have our MAJORITY  Elected President AND FIRST VP BACK IN OFFICE

           

Sam KWilkins

Rickie Spand

Brian Talburt

Michael, Don

Brenda, Regeana, Carrie, 13 o

 **Don P Shipman**
✓ My main goal now is to just get the

Tue

Lori Lochelt

Roben Triplett

Tracey Watson Weaver

Casey Rittner

Marilyn Hall

---

 **Tina Coffee**
I need your help. I am going to hand in my computer after I resign. They have it in the P & G that I can not erase any files. I do not want them to see messages to and from you guys. Can you help me erase everything and put on a flash drive????? PLEASE They want phone too

**Don P Shipman**
YES

**Tina Coffee**
When will you be doing this handover?

 **Tina Coffee**
K, not sure waiting for vote on charges. I have to write some. Now is the right time. I felt before it was not, but if we could just get Erol's vote, they are fired. I do not have a union block in M&R but I'm showing up. You can ask me why not on FB :: I did say it verbally to many of them but have not handed in my official letter. They are keeping it in for a vote on charges. I thought you guys would get him out by then and I would be free but they are calculative and need his vote.

 **Don P Shipman**
You know Manny is going to take it

 **Tina Coffee**
FUCK

 **Don P Shipman**
brb

Do NOT turn in your letter just yet. I need to give this some thought and check with others.

Have you confirmed that Manny will take in

**Tina Coffee**
NO, but he told me his heart is fine, after I asked about how it would effect his health.

**Don P Shipman**
How can we get together before the meeting to wipe computer???

I want to be able to save my computer with your computer files from my house and



Sam KWilkins

Rickie Spand

Brian Talburt

Michael, Don

Brenda, Regeana, Carrie, 13 o

Don P Shipman
✓ My main goal now is to just get the...                    Tue

Lori Lochelt

Robert Triplett

Tracey Watson Weaver

Casey Rittner

Marilyn Hall

Yes, we can uninstall the program easily after its done

**Tina Coffee**
k, I'll work on it.

**Don P Shipman**
I'm gonna post something to you soon.. Don't go anywhere!

**Tina Coffee**
k. I have to do revisions. On business? New thread ...

**Don P Shipman**
Just posted. About the money

**Tina Coffee**
I have a lot of questions about the p & g and why they took out so much of it. To cover their asses that is why. disgusted

**Don P Shipman**
Yep

**Tina Coffee**
Do you have a list of all the shop stews

**Don P Shipman**
No

**Tina Coffee**
They need to know what is going on.

📄 Shop Steward Master List.xlsx                    open   download

**Tina Coffee**
My friend is contacting Pink SS's

**Don P Shipman**
Thank you!!!

**Tina Coffee**
My main goal now is to just get them out then I will go too


Iams Love P.



Heart-Health


Crafts & Sup



Play FREE $$


Sponsored
Play games

English (US)



**Contacts:**
- Brad Sabo
- Fred Conmno
- Don P Shipman — Eww... I used to like Shel....  Wed
- Cheri Vincent
- Mark Anthony Reyes
- Jessica Parker
- Sue Renz
- Ginger Sharp
- Maureen Adamek
- Jeffrey Baker
- Lori Lochelt

We really need Crystal in there. She will kick ass and take names. I honestly don't trust Manny. I feel like he is cut from the same cloth as Chris Clid

If you have any influence over his decision, try VERY hard to talk him out of accepting it. Talk up the stress and anxiety. Talk about your visit to the hospital to check on your heart, etc. He is dangerous, I can feel it

**Tina Coffee**
I am going to try and talk him out of it. Crystal better take her flintstone chewable zanax

They hate women

**Don P Shipman**
She will 😊

I've supplied her with Valium when necessary.

hehe

**Tina Coffee**
I said that to Stacy and he said, "I love women." He kept yelling at me and I said, "You probably tortured your wife to death." OOPS

**Don P Shipman**
HAHAHAHAHA

OMG

**Tina Coffee**
That is terrible!!!

Is it wrong that I like it

**Tina Coffee**
It just slipped out

**Don P Shipman**
hehe, omg...

**Tina Coffee**



App. 1308

# Gary's Letter



Charlene Carter <charlenecarter@live.com>

Tue 5/28/2013 6:32 PM

To Jim Little <j-little@twu.org>;

🔗 2 attachments (1 MB)

photo.JPG; ATT00001.txt;

This was in our Unity Magazine this Month!!!!  Kind of Contradicts what he has done!!!!!  More LIES from Him Directly to the Membership!!!!  Blatant Lies.....  Just more if the same in 13 years!!!!!!!!

So I am asking nicely for you to look at the facts and stand with the Truth or we will take this further and let me tell you there are a lot if us ready to do just that!!!!!!!!!  No More CORRUPTION oh that holds true to to Thom McDaniel winng his Arbitration should have never happened.  He should either quit SWA it go back on Line!!!  How did you get away with that too??????  HMMMM

# A Message from Garry Drummond

**TWU International Vice President and Director**
**Air Transport Division**

I am often asked, "What sets the Transport Workers Union apart from other unions?" My response is always "local autonomy." While the International staff is there primarily to support the locals, "local autonomy" provides the members of each local the right to decide how to best handle the business of that local. That is how it should be. However, for "local autonomy" to be truly effective, there must be "local responsibility." I believe that each local Officer, Shop Steward and Member has the responsibility to ensure that their actions serve to enhance the greater good for all TWU members. If this personal responsibility is not met, our organization weakens, which in turn weakens our effectiveness as individual locals.

In my opinion, the TWU is not merely the International officers or even the local union officers. Our Shop Stewards and Members are the backbone and the strength of this Union. Honest disagreements will always exist within an organization, but we need to address those disagreements in such a manner as to strengthen that organization, rather than paralyze it and adversely affect our Members. There are processes outlined in both the Local 556 Bylaws and the TWU Constitution on how to handle any internal dispute. Personal attacks via social media and the spreading of rumors and disinformation have always hurt our Members and strengthened the employers' position, especially during contract negotiations. We simply cannot afford that.

I have been a proud member of the TWU for almost forty years, with a large portion of the last sixteen years spent working with and on behalf of the great members of Local 556 and am confident that working in unity we can continue to build on that legacy.

TWU556.ORG    11

App. 1310

More Allyson Parker Lauck



Charlene Carter <charlenecarter@live.com>

Tue 5/28/2013 6:25 PM

To Jim Little <j-little@twu.org>;

📎  2 attachments (236 KB)

photo.JPG; ATT00001.txt;

This was a planned HIGHJACKING OF OUR LOCAL!!!!!! So these are just a few we are all turning over to an Attorney so what is it going to be Mr.J Little?????? This is make it or break it for you and TWU INTERNATIONAL DO you STAND WITH the Majority who Voted them in and not the Lies or are you going to stand with the Collusion that is ILLEGAL!!!!!!!! Crunch Time better tell Mr. Drumound Too especially when he put a letter out stating we have Autonomy and then he stepped in and removed our ELECTED!!  His letter to follow.



Casey Rittner

Jessica Parker

Roben Triplett

Sue Renz

Allyson Parker-Lauck
✓ Teresa Rittner
11:25am



Beverly Belanger

Don P Shipman

Marilyn Hall

Tracey Watson Weaver

Lori Lochelt



Brenda, Regeana, Carrie, 13 o...

don't know

  

**Tina Coffee**
Allyson, can the international account if there are charges from at least 5 of us???

I saw you mentioned x's1 of the CBA. How do I do this and can I get help???

**Allyson Parker-Lauck**
Article x's1 is the way to do to avoid the cost and publicity of a trial, although something to consider is that they will all sue that will be costly. The deductible will be $10,000 per claim. Has our E&O company dropped us yet considering how much Stacy himself has cost us?

**Allyson Parker-Lauck**
I can help, but I think it would be best if someone helped who is not in any line of succession or who would be considered for any appointment since even 13 years later, people are still unfairly accusing Thom of ousting Melissa to pad his own nest. Sam Wilkins and Erich Schwaen and perhaps Fred Commo are three people who are super smart and would help



**Tina Coffee**
They have not dropped us that I know of but then they do not tell us the truth and we can prove this. Also, Stacy's actions towards me, (documented) and John Dippps which I witnessed should be enough to get him tossed.

I can assure you.... There will be charges.

KA is writing them with DK and I believe we have a few others onboard


**Allyson Parker-Lauck**
Good!

**Tina Coffee**
me, jimmy, john...Maybe Addie and Matt. Rob will be on vacay at this next meeting. JL is staying in because of the vote but I do not think

Sponsored
Gifts FROM N


Red Widow


What a want


Restore Thin


Pearson is Hi




App. 1312

Allyson Parker Lauck



Charlene Carter <charlenecarter@live.com>

Tue 5/28/2013 6:20 PM

To Jim Little <j-little@twu.org>;

2 attachments (474 KB)

photo.JPG; ATT00001.txt;

Hmmmmm looks to me like Allyson is rapped up in the CORRUPTION TOO

App. 1313

Sponsored
Phoenix Bran

Per Diem Cali

Dr.Oz Diet: Lo

Want FREE Lo

Pledge to End

English (US) ·

Allyson Parker-Lauck

+ New message

**Tina Coffee**
Are you ready???? Allyson I hope you realize the magnitude of what is happening and YOU will have the chance not only to be a GREAT leader but also perhaps save us. Do you have a cape????

**Allyson Parker-Lauck**
What are you saying? I'm not in the line of succession under any circumstances. Do you know something I don't?

**Tina Coffee**
If we take them all out you are right???

Stn, cc, jd, jl

**Allyson Parker-Lauck**
No. If you take out Stacy, Chris moves up. If you take out Stacy and Chris simultaneously, Audrey would replace Chris, and then she would move up to President leaving a vacancy in the 1st VP position. There is no succession for me in any scenario except by appointment. If Audrey were to decline, then you could appoint. That would be the only way. But I think Audrey would make a great President and would be less polarizing than I am... and perhaps this would actually be better for the Board and for the Membership. I don't know.

**Tina Coffee**
Allyson, can the international appoint if there are changes from at least 5 of us???

I saw you mentioned xxi of the CBA. How do I do this and can I get help???

**Allyson Parker-Lauck**
Article XXI is the way to go to avoid the cost and publicity of a trial although something to consider is that they will sue... that will be costly. The deductible will be $10,000 per claim. Has our ESIO company dropped us yet considering how much Stacy himself has

Casey Rittner

Jessica Parker

Sue Renz

Roben Triplett

**Allyson Parker-Lauck**   11:23am
✓ Tmean Rittner

Beverly Belanger

Don P Shipman

Marilyn Hall

Tracey Watson Weaver

Lori Lochelt

Brenda, Regeana, Carrie, 13 o

App. 1314



Passover 8 Days Away

Rabbi Yechiel Eckstein <RabbiEckstein@ifcj.org>

Sun 4/2/2017 6:16 AM
Inbox

To Charlene Carter <charlenecarter@live.com>;




International Fellowship
of Christians and Jews

**Donate Now**

# Eight Days
# Before Passover



*Shalom*, Charlene,

With just a little more than a week before Passover begins, *The Fellowship* is working around the clock to serve the tens of thousands of impoverished Jews who are struggling to survive.

That is why I ask you to join with us and be the answer to prayer—God's provision at this sacred time—for vulnerable Jewish families and elders.

Each **Passover Blessing Box** provides a Jewish family with staple food items that will satisfy their hunger and be a significant blessing to their soul. And you can **personalize your Passover Blessing Box** with additional food and items you choose to include with your gift.

App. 1316

I urge you to prayerfully consider giving one, two, or more Passover Boxes as *The Fellowship* makes every effort to provide over 100,000 gifts in the last few days before Passover begins.

May God bless you as you are a blessing to the Jewish people

With prayers for *shalom*, peace,

*Rabbi Eckstein*

Rabbi Yechiel Eckstein
Founder and President

**Donate Now**

**PS** I invite you to individually select the items you want to include in your personal Passover Blessing Box. Go to IFCJ.org/Passover Box and choose what you would like to include as your way to personally bless a needy Jew this Passover. Thank you for being God's answer to prayer for thousands of impoverished Jews around the world.



## Time Is Running Out!

There is much to be done before Passover arrives in just 8 days. **Your help is urgently needed to ensure that everyone in need receives a Passover Food Box** in time for this holy observance.



View in Browser

Donate Now    About The Fellowship    Contact Us    Tell a Friend

30 North LaSalle Street, Suite 4300, Chicago, IL 60602-2584

800-486-8844    Unsubscribe    Privacy Policy

The The Fellowship is a 501(c)(3) tax-exempt, non-profit organization
© 2017 International Fellowship of Christians and Jews®

*Since 1983, various stories of destitute Jewish people, whose names and photos may have been changed for privacy and security have been used to bless Israel and her people. Through these retellings, generous friends like you have helped feed, clothe, and shelter as well as provide medical care and heating for tens of thousands of those who struggle greatly.*



March 20, 2017


Southwest Airlines
2702 Love Field Drive
Dallas, TX  75235


To Whom It May Concern,

I am a SWA DEN based Flight Attendant and know Charlene Carter in a professional and personal capacity. From September 2012 through February 2015 I was a DEN Inflight Supervisor.

I first met Charlene while performing an Inflight Audit. Neither Charlene nor her Crew knew that I was a Supervisor.  Before, during and after the audit Charlene performed her required duties as a consummate professional.  What is often forgotten is that the primary duty of the Flight Attendant is safety of our Customers. It can be very difficult to execute safety rules while maintaining a friendly rapport. I can think of no other Flight Attendant that performs this duty better than Charlene.  I clearly remember throughout that flight she maintained a naturally warm, friendly and welcoming demeanor.

After that audit, we became close friends. Over time, I have learned a great many things about Charlene -- mainly that she has a huge heart. She passionately donates her time and energy into many different causes and living by the Golden Rule is who she is, not what she does. I am privileged to be her friend.

She works and lives the Southwest Way and is a true asset to our Company.


Respectfully,


Marianne Holmgren
DEN Flight Attendant #96824

App. 1318





**SOUTHWEST AIRLINES CO.**

Cyndi Coons
Executive Assistant
Aircraft Operations
Corporate Services

P.O. Box 36611
Dallas, TX 75235-1611
(214) 792-4294

September 16, 2013

## MEMORANDUM

**TO:**       Charlene Carter

**FROM:**   Cyndi Coons

**SUBJECT:**   Senior Leadership Dinner Additional Details

Mike Van de Ven and Gary Kelly are looking forward to the Senior Leadership Dinner with you on **Tuesday, September 24, 2013, at 6:00 p.m.** in the private dining room of Bugatti's Ristorante. The restaurant is located at 3802 West Northwest Highway, Dallas, TX 75220.

We have a room reserved for you at the Renaissance Hotel, Dallas. Your confirmation # is:   __88963308__   . The Renaissance provides complimentary shuttle service to/from the hotel by calling from the courtesy phone located in the baggage claim area.

Transportation has been arranged from the hotel to the restaurant. Please be in the hotel lobby no later than 5:30 p.m. The shuttle will leave at 5:40 p.m. If you miss the shuttle, you may take a cab to the restaurant.

One last item—dress for the evening is casual, feel free to wear slacks or denim—jackets, ties, and dresses are not necessary. If you have any additional questions, please feel free to contact Cyndi.Coons@wncc.com or (214)792-4294.

App. 1319

## Work Place Safety



Charlene Carter <charlenecarter@live.com>

Mon 10/6/2014 12:20 AM

To: Gary.kelly@wnco.com <gary.kelly@wnco.com>; mike.vandeven@wnco.com <mike.vandeven@wnco.com>; mike.hafner@wnco.com <mike.hafner@wnco.com>; Jay.Oros@wnco.com <jay.oros@wnco.com>; Deborah.Edwards@wnco.com <deborah.edwards@wnco.com>; Shannon.Hiatt@wnco.com <shannon.hiatt@wnco.com>; Ron.Ricks@wnco.com <ron.ricks@wnco.com>;

Bcc: Charlene Carter <charlenecarter@live.com>;

Importance: High

**To: Southwest Airlines management**

**Regarding Work Place Safety,**

My name is Charlene Carter #38690 and it has come to my attention that one of our Employees (Brian Talburt #4806) is making a very dangerous/aggressive verbal threat to another co/worker and friend of mine. I too have been named in his rants and personally harassed by this employee via his messaging me or posting on line for all to see. He has crossed many thresholds with his continue verbal attacks toward me and others, but now it is has escalated to a THREAT with the term of "Execution" being used. For some of us this makes for a hostile work environment that very well could escalate into something more . No employee should feel intimidated/frightened from another co/worker..... period.

Since 9/11 our environment has changed many times in regards to our security within our field of work. We are and remain at a heightened awareness due to threats from outside interests, we do not need nor want to have to deal with this type of harassment from an employee. I have been here at Southwest Airlines for 18 years, and I have never filed a complaint about a co/worker before, especially in this manner. I believe at the very least this is an unprofessional way to act and I would think this would be a liability for our Company and our Culture here at Southwest Airlines, but I believe this goes way beyond just being unprofessional.

From the Guidelines for employees work book.

Employees are responsible for maintaining a positive working environment, free of discrimination and harassment, and free of hostile, threatening, or intimidating behavior. Any occurrence or apparent occurrence of discrimination, harassment, or intimidation should be reported immediately by the Employee to his or her Supervisor, Employee Relations, the General Counsel's Office, or any Senior Leader. All complaints will be investigated, and appropriate, responsive action will be taken.

Violations of this policy may result in corrective action, up to and including termination.

Pursuant to the Flight Attendant Handbook under Section 13, Work and Conduct Rules he has committed a Class 1, Article 14 which states "intentional conduct which endangers the life or

App. 1320

safety of others". He has also violated a Class II, Article 6..."threatening, intimidating, or coercing customers or other Employees".

I truly hope that this will be addressed and that Southwest Management will make sure that we who have been affected by the rants of Brian Talburt will be protected from further harassment.

Sincerly,

Charlene Carter
SWA/FA DEN
#38690



**Christian Zahn**
Gimme the link; I'll turn them the f
in

**Regina Lux-Hughes**
???

**Brian Talburt**
Holly it is fine and dandy to NOT
want to turn them in HOWEVER
think of all the damage they have
done to so many, Ray among many
others. We NEED one public
execution to stop. They are NOT
warriors. They are pussies and
certainly you have seen Hoffucker
in action for example. ONE
execution and we will never hear
from them again. This I truly
believe.

App. 1322





Brian Talbert We need a comprehension list of any and all suspects that have either commented on or expressed interest or support of this movement. ALL of these characters need to have nothing to do with upcoming delegate election. Charlene Carter Bettis you have been excluded from ANY and all Union activity as well as any other like minded individuals.

10 minutes ago · like · 3

App. 1324

**Southwest'**

## SOUTHWEST AIRLINES
## POLICY CONCERNING HARASSMENT, SEXUAL HARASSMENT, DISCRIMINATION & RETALIATION
### Issued by Southwest Airlines 2017; Effective Until/Unless Reissued

Southwest Airlines prohibits any and all types of harassment, sexual harassment, discrimination and/or retaliation against Employees by Leaders, fellow Employees, or third parties. Harassment or discrimination based on race, color, ancestry, religion, age, sex, sexual orientation, gender, gender expression, gender identity, pregnancy, marital status, national origin, physical or mental disability, military and veteran status, genetic information, medical condition, or any other legally protected status, negatively affects morale, motivation, and job performance. Such behavior is inappropriate, offensive, and will not be tolerated.

**EXAMPLES OF TYPES OF DEROGATORY, SEXUALLY SUGGESTIVE, OFFENSIVE, THREATENING, INTIMIDATING, HOSTILE OR RETALIATORY CONDUCT THAT ARE PROHIBITED**

- verbal comments, including voicemail or recorded statements;
- written comments including, email, text messages, or social media online posts;
- unwanted physical behavior including  pats, squeezes, deliberate brushing against someone's body, impeding/blocking normal work or movement, or unwanted sexual advances;
- displaying or forwarding messages, photos, graffiti, pictures, cartoons, drawings,  social media posts, or online comments, including displaying such content at one's own work area, computer, or mobile device;
- epithets or slurs are always offensive and will not be tolerated for any reason, even if an Employee mistakenly believes such epithets to be a funny part of a joke or prank; and
- basing or threatening to base any employment decision (such as an Employee's performance evaluations, work assignments, or advancement) upon an Employee's submission to harassing behavior.

**REPORTING & INVESTIGATIONS**

Employees have a duty to promptly and accurately report any actual, threatened, or perceived incidents of harassment, sexual harassment, discrimination, or retaliation to their Supervisor, Manager, Director, Vice President, or the Employee Relations Team. Leaders who are made aware of harassment, sexual harassment, discrimination or retaliation concerns or complaints should immediately contact Employee Relations in the General Counsel Department at HDQ.

All complaints should be referred to Employee Relations, the Team designated by Southwest to conduct, document and track all investigations under this Policy. Employee Relations will investigate all referred complaints promptly, impartially, and discreetly.

- Employees are encouraged to participate in investigations and are expected to refrain from discussing the investigation with other Employees.
- Upon completion of an investigation, the appropriate parties will be notified that the investigation is completed.
- Information obtained by Southwest through the complaint/investigation process will generally be treated confidentially except for what is required to properly investigate complaints, take appropriate responsive actions, or as otherwise required by law or business necessity.
- Any Employee who has been found to have acted inappropriately against another Employee in violation of this policy will be subject to appropriate corrective action up to and including termination.
- If after investigating a complaint Southwest determines that the complaint was not made in good faith or that an Employee has provided false information, appropriate corrective action up to and including termination may be taken.

**RETALIATION IS PROHIBITED**

Retaliation typically involves adverse actions against an individual engaging in protected activity.  Protected activity involves an Employee asserting his/her right to be free from employment discrimination and/or harassment.  Examples include making a complaint under this policy and/or participating in an investigation under this policy.   Negative comments (verbal or written), negative behavior, or adverse employment actions toward someone who has engaged in protected activity is strictly prohibited.

It is expected that Employees of Southwest Airlines will act responsibly to maintain a positive working environment, free of harassment, sexual harassment, discrimination and retaliation, and free of hostile, threatening, or intimidating behavior, allowing each Employee to perform at his/her maximum potential.  Southwest Airlines encourages any Employee to bring any questions regarding harassment, sexual harassment, discrimination, or retaliation to his/her Leaders or to the Employee Relations Team.

Gary C. Kelly
Chairman of the Board, President & Chief Executive Officer

Jeff Lamb
EVP Corporate Services

App. 1325



App. 1326

 Casey Rittner

I wanna make Jannah my pet project. Is there anything we can charge her on for failing to record accurate minutes? She did leave out the discussion on the safe of the assets during the EB meetings. So, nobody is really clear on any of the time lines on that.



App. 1328

*4 4*

From:
Date: August 7, 2015 at 6:27:22 AM PDT
To: <mike.hafner@wnco.com>, <john.white@wnco.com>, <kevin.allen@wnco.com>
Subject: Kent Hand screen shots.

Dear Sirs,

Attached please find screen shots from a Facebook forum known as "One LUV" Dated August 6th 2015. Southwest Flight Attendant Kent Hand is the author. It is a picture of a car with passengers in it and lethal weapons drawn. Mr Hand is quoted saying "Time for another 556 drive by". The second screen shot has the same lethal intent with the words "TWU556 drive by" written as a caption, Mr Hand then says "This one is better and needs no words." This is a forum by and for Southwest Airlines Flight Attendants. This screen shot is a direct threat from Flight Attendant Kent Hand to the members of TWU 556.

The intent shown in these pictures have caused great concern among the hard working people who come to work everyday for TWU 556 in our office building in Dallas. They are afraid to enter the parking area or be identified as workers. They are afraid to have their names mentioned. I am not. I have asked management to do something about Mr. Hands repeated erratic and abusive behavior twice before. This has to end. Today. Now.

This is not a political forum nor is it stated in an election page. This is threatening to drive by and shoot at members of TWU with intent to cause harm and or kill. Mr. Hand is a safety sensitive employee of Southwest Airlines and has access to free travel so that he can carry out his intentions.

I want something done for my safety and the safety of my fellow employees.

Personally I have left Dallas a day early because I have been harassed by Kent Hand before. I do not feel safe and am experiencing symptoms that are detrimental to my health.




App. 1329

September 7, 2014 was the last day I worked, because of OJI.

August 7, 2015, the company got the complaint letter charging me with workplace violence from a Facebook post from August 6, 2015.

October 4, 2016 I was released from OJI and released to return to work. 451 days passed since posting.

Management asked if I wanted to get training behind me, before FF meeting.

The company allowed me to schedule RT, Requal and a check ride.

The company allowed to build a line for November.

The company provided me an I-EFB and allowed me to completed online training.

The company provided me, all paper updates to make my old manual compliant.

The company provided me forms to reactivate parking pass.

The company provided me a new company ID.

The company allowed me to update my company ID picture.

The company allowed me to participate in the 2017 open enrollment and make insurance choices.

The company allowed me to return to work and fly a 3 day trip 10/25/16.

The company allowed to work as a flight attendant on 10 flights with 1,118 passengers and crew, over 4 days.

I entered through Known Crew Member 8 times, at 2 airports, over 7 days.

I was fired on November 7, 2016 for workplace violence, 480 days after my Facebook post of August 6, 2015.

 **Gary N Deb Freyre** Never push a person to a point they no longer give a damn. Galileo 1635 Brad, you have achieved this point. You chime in to piss off people.You are not versed well enough, to portray your point, or offer constructive dialect. You don't write well, can't express a clear thought, and are quit boring.

August 6 at 12:35am · Edited · Unlike · 👍 2

 **Gary N Deb Freyre** I've lost interest in anything else you have to say.
August 5 at 11:20pm · Unlike · 👍 2

 **Gary N Deb Freyre** Good bye Brad
August 5 at 11:21pm · Unlike · 👍 1

 Brad Voyik I grew up in a family of women and I learned two things; listen and always believe in yourself.
Gary, a person who stops listening stops learning.
August 5 at 11:21pm · Like

 Brad Voyik And don't be mean.
August 5 at 11:22pm · Like · 👍 2

 **Kelley Martin** Can we please get back to the letter of deflection from our lack of leadership? This one line bs about nothing is boring and just as unproductive as our NT, EB and the Madam herself. Enough!
August 5 at 11:24pm · Unlike · 👍 5

 Brad Voyik You really think Galileo ever said "damn"
August 5 at 11:24pm · Like

 Brad Voyik You cannot teach a man anything, you can only help him find it within himself.
Galileo Galilei
August 5 at 11:25pm · Like

 **Kent Hand** I smell another 556 drive by.



App. 1331

 **Kent Hand** I smell another 556 drive by.



August 5 at 11:29pm · Like · 👍 3

 **Eddie Tehuacanero** Audrey's letter is a complete load of crap and its obvious she didn't write it herself. She said before the vote that she was "proud" of this TA and that she hoped we would vote in favor of it. Now she is changing her tune. What a bunch of horseshit! Enough of her two-faced nonsense. We need to get her out asap!

August 5 at 11:31pm · Like · 👍 6

 **Kent Hand** "Our get out the vote campaign was successful".. Only because you served unto us a piece of 💩

August 5 at 11:32pm · Like · 👍 7

 **Kent Hand** Let's hope the DOL decision comes quickly and invalidates the last election. DONE.

August 5 at 11:33pm · Like · 👍 6

 **Deborah Marlow Freyre** Eddie Tehuacanero 😹 😹 😹 😹

August 5 at 11:34pm · Like · 👍 3

 **Jeanna Jackson** Bye Felecia

August 5 at 11:36pm · Like · 👍 3

App. 1332

August 5 at 11:34pm · Like · 👍 3



**Jeanna Jackson** Bye Felecia
August 5 at 11:36pm · Like · 👍 3



**Stacey Wise** Kent Hand, that would be the best scenario
August 5 at 11:37pm · Like · 👍 2



**Eddie Tehuacanero** Kent, I'm glad the DOL is taking the irregularities with the last officer election seriously but, I really wish they hadn't given her that extension until Oct. I think it will allow them to just handpick her successor with someone else just as bad.
August 5 at 11:38pm · Like · 👍 3



**Deborah Marlow Freyre** Eddie Tehuacanero, let's hope not. I don't have much hope though. They are so corrupt.
August 5 at 11:40pm · Like · 👍 3



**Kent Hand** This one is better and needs no words.



August 5 at 11:42pm · Like · 👍 4

**Eddie Tehuacanero** Deborah Marlow Freyre. I agree. I think our best hope is

App. 1333







**TOP DEFINITION**

# facebook driveby

Occurs when an individual logs onto their facebook account and randomly leaves mean or belligerent comments on everyone's statuses within their live feed list (most likely with the hopes of drawing attention to themselves or strictly out of boredom). Comments must be left on over 2 or more people to be considered an official facebook driveby.

*Person 1: "Yo man, the other night I just like, got so BORED with facebook and decided to pull a facebook driveby."*

App. 1334

*OPERATION*
**KICK TAIL**
★

# Kick Tail-A-Gram

45

To: _Charlene Carter_
  Name          (Please use a ballpoint pen.)        Employee Number

_____ _MCO_              _F/A_
  Location                          Position

Message: _Charlene -_
_Thanks for caring so much for_
_your Customers and giving them_
_such great Customer service._

From: _Hector Barrera_          _18196_
       Name                    Employee Number

App. 1335

# Charlene Carter Step 2 Hearing

2017

## Step 2 Hearing
## Charlene Carter #38690

**Date:**          **April 4, 2017**
**Location:**      **TOPs**
**Company Representatives:**
- **Mike Sims**
- **Melissa Burdine**

**Union Representatives:**
- **Beth Ross**
- **Becky Parker**

**Notes:**

Mike Sims (MS) - It's a pleasure to meet with you; I am sorry it's under these circumstances. This is your Step 2 meeting which is the beginning of the appeal process.

My job is to review the decision that took place at the base regarding your termination.  At the end of this meeting, I will choose one of three options:

- I can accept the grievance; that's where I agree with the Union's position that the termination was unjust and reinstate you just as the Union has asked as if you weren't terminated.

- Second, I can offer a settlement; this is where I offer to the Union something that I believe would be in the best interest of everyone.  Most times—not always, this involves a reinstatement.

- Denial—this means that I believe the base made the right decision based on our rules, policies, and Contract.  Please remember, a denial will not kill the grievance process; instead it moves it to the next step.  Your Union representatives will guide you through that process.

Ok, before moving forward, do you have questions about the process?

Charlene Carter (CC) - No, I did not even know there was one but Beth explained it to me…

MS- Most likely I will take ten (10) business days to make a decision.  The bad news about the grievance process is it can take a long time.  The good news is the process is fair.

After this meeting, you won't hear from us directly; this is not intended to be impersonal, but is set up for your protection.  So, if you have questions or would like to provide us additional information, please do so through your Union representatives.

App. 1336

SWA004100

I have read all the information to date and read the fact-finding notes. I am familiar with what happened; it's pretty simple. There were graphic photos sent to another Employee on Facebook.

CC- That is incorrect- I sent them to one person via private message- all others, were on my Facebook page.

MS- Ok and that's why we are here, (*hands out termination letter*) ok, these video messages have been sent on Facebook. (Mike reads the 3rd paragraph in the termination letter... "*Charlene, when you posted the graphic videos and pictures on Facebook, you were identifiable as a Southwest Airlines Employee and represented our Company in a manner that is disparaging to Southwest Flight Attendants as well as to all Southwest Employees. These Facebook posts were highly offensive in nature, and the private messages you sent to the above- mentioned Employee were harassing and inappropriate. Although your posts and messages may have been made and/or sent outside of work, Southwest is obligated to address such conduct given its impact on the workplace. After considering all information gathered in my investigation, as well as the information presented in your fact finding meeting, I have determined your conduct is in direct violation of the Southwest Airlines Mission Statement and the following Company Policies/Rules including but not limited to Workplace bullying and Hazing Policy and the Social Media Policy.. Your conduct could also be a violation of Southwest's Policy Concerning Harassment, Sexual Harassment, Discrimination and Retaliation....*") So you were terminated for the Workplace bullying and Hazing Policy and the Social Media Policy – I wanted to restate that so we know why we are here.

So, my question is, based on our rules and policies, what is the basis of your appeal, where did the Company make a mistake under the rules—or, why was this termination unjust?

CC – Well, the Flight Attendant that you guys, or they, are referring to in the Fact Finding is actually Audrey Stone, my Union President; these are the things I sent to her. (*Hands a document to Mike Sims*)

Becky Parker (BP) - Can we number these? Can we name this as Evidence 1?

MS- Ok #1- I describe this as an aborted... well a picture of a video of an aborted baby that is alive. That is number one, so this is #1.

- #2- Is another screen shot that appears to be a picture of a video- I am going to say that's an aborted fetus as well- there is a statement (*reads*); *hashtag Democrats- This is what you support*?

- #3- The 3rd one is a picture of women wearing some sort of a headdress costume that appear to be vaginas?

CC- Yes

App. 1337

SWA004101

# Charlene Carter Step 2 Hearing

BP- And that's number 3- I think these are different from the ones she sent to you?

BR- Ok, we will want copies-

MS- Just so we all know, we have 3 Facebook private messages supplied by you—dated February 14, 2017; one has a Facebook timestamp as a continuation of the other post.

BP- Ok, on February 24th, these were sent privately to Audrey?

CC- And on her Facebook, it used to say "Audrey Stone, TWU" and now it just says "Audrey Stone". First of all, the reason I thought it [events leading to her termination] had nothing to do with Southwest and about my Union- because our dues were spent for them to go to the Women's March- after inauguration. I was in Washington DC and my thing is that they went on our dime; men paid, women paid, - Pro- Life supporters paid, and Pro-Abortion paid- Planned Parenthood were the main sponsors. (*Hands another document to Mike*)

MS- Let's call this the Planned Parenthood packet- basically they are an affiliated group and sponsored the Women's March-this is #4.

BP- Do you want to number this one?

MS- Yes, it is #4

CC- That's the reason this all came about- on top of the TWU; this falls under the AFL-CIO that my money has now gone to for girls to go stay at a place, food,- doing have it all- but we didn't know we paid as Union to stay there. (*Hands another document to Mike*)

MS- Ok #5 is titled Premier Partners and is a listing of organizations that support AFL-CIO is highlighted.

CC- Yes and they were affiliated... (*Hands another document to Mike*)

MS- I'm going to call this... #6; it is a picture of Cecile Richards C-E-C-I-L-E- with another lady; (*Reading from document*) DISCOVERTHENETWORKS.ORG... President of Planned Parenthood, Founder of America Votes, Founding member of America Coming Together, Co-founder of the New Politics Institute, and the Daughter of former Texas Governor Ann Richards.

CC-Yes- that is a list of what she has done...

MS- Ok, so this is a bio of Cecile Richards

CC- I'm going to show you another exhibit; this is 556 and the woman that went and they posted all around, my Base Manager goes, "those are cute hats."...This is Audrey Stone on the picture. (*Hands a document to Mike*)

MS- I now have #7 and this is an article titled "TWU Local 556 Working Women's Committee Participates in Women's March on Washington" and so on... and inside it is depicting pictures of union participants wearing pink hats at the march.

SWA004102

# Charlene Carter Step 2 Hearing

2017

CC- Mike your're cute, it is what it is- (*hands Mike a document*) - I am not trying to be crass or anything...This is an article and how to host the "P-word hat" gathering.

BR- Wait, so this is number 8?

MS- #8 will be called the "P-word hat" brochure on how to host a gathering...

CC- Then there's these that go with that video; these are all Flight Attendant's. Some are umm ... (*looks at Becky*) aren't some of these umm Shop Stewards? (*Hands to Becky*)

BP- Yes, they are Union Committee... paid by the Union

CC- So we had to pay the Company back and they were pulled or something like that isn't that how it works?

MS- (*Accepts new document*) Yeah, there is a process in place for [how Union reimburses Company for their Union pulls] that—and this document is #9; a Facebook posting with pictures attached.

CC- They have actually put this on Social Media...

MS- There is also a video of Flight Attendants participating in the Women's March during the inauguration- okay... this is number #9

CC- Ok, cool, this is just another version of the pink hat (*Passes Mike the referenced Document*)

MS- Ok, #10 is from the online media outlet,  Business Insider- this is a brief story reporting on the pink hats.

CC- Sorry about all of this...(*Passes Mike a Document*) So this next one is; unless Southwest does not know about this- this was actually on the news that Flight Attendants that were on this march- turned on all the pink lights and it got to the media.

MS- We are going to call this the, umm-

CC- Mike, I want you to read the back page

BP- This #11

MS- (*Reviewing document*) Yes, #11-"Southwest Flight Lights Go Pink for Women's March" I will refer to this as the media article on "The Pink Flight" because I had to manage through that when it happened.

CC- They are saying –on my Pro-Life page that Audrey Stone had to go through my Facebook page to match it with this- these are the reasons I contacted her.

MS- I'm going to call this #12- describe this as Facebook...

# Charlene Carter Step 2 Hearing

2017

CC- Mike- read those yellow highlights- because people were upset.

MS- Ok so #12 is Facebook screen shots that has highlighted comments

CC- I didn't get to do this in the Fact Finding so I appreciate you all taking the time…

MS- My pleasure, Charlene, this is why we do this; so the things you have posted here with a yellow highlight - That highlights a different point of view?

BP- Pro-Life point of view?

CC- Yes, because you would have to go through my Facebook page pretty far and in the Fact Finding I would have liked to presented all this. But yet, we've got people turning lights on about Pro-Abortion… I don't want people going to me but the Union is not neutral.

MS- (*Accepts another document*) Ok, #13; this is a Facebook screen shot of something from the 556 Facebook page. Next, #14-

BP- Hey Mike, we can just scan all these to you?

MS- Let's continue to go through and number these… Ok #14 is a media article from *Entertainment Weekly* discussing the "Pink Airplane." Posted on January 20th…again…this is an Article from *Entertainment Weekly.*

CC-I had friends flying back and they expected them to be a part of the pink hats since they were coming back… some pink lady hats were not very happy…they asked about the[turning on the pink cabin] lights on the plane and the crew had to explain that we didn't have them on all our aircraft and some of others on the flight were glad. This next one is the about the march- I don't know if you want it, it is highlights of Transport Workers Union and AFL-CIO involvement. (*Hands Mike 2 documents*)

MS- Ok, this will be #15- is a screen shot from the TWU International web page. It is a blog post published on January 24, 2017. This is an article from the march. The next document is #16- this a CNN website print out dated January 23, 2017 that is basically highlighting the march itself; you have highlighted supporters who were present…

CC- I will skip over this one, it is basically the same; well, you can put it in there. (*Hands Mike a document*)

MS- #17 is a CNN webpage dated January 20, 2017 and this is just another media report on pink hats.

CC- And then…so now we get to where it gets sticky- this shows where the union supports and I totally disagree- they spent my money …back up… I didn't know about the march until I saw it online- they never gave the membership as a whole an opportunity to go or say I would not do this- we are a diverse group- I knew why they were going- I believe I have a lot of freedoms; I don't believe I am disparate from them… (*Hands Mike 2 documents*)

MS- #18- This is a blog?

App. 1340

SWA004104

## Charlene Carter Step 2 Hearing

2017

CC- It came off of a news site

MS- This is titled post titled "Unions Are Spending Forced Dues on Planned Parenthood" with a picture. #19- is a news report of some sort from an organization called libertyunyielding.com and there is a picture of Hilary Clinton and AFL-CIO president; Richard Trumka.

CC-So this is the listing of who falls under AFL-CIO - we as 556 or TWU International; we fall under there and it all has to do with the union...

MS- #20 this is from the AFL-CIO website- packet supporting Planned Parenthood. TWU International falls under the AFL-CIO umbrella...there is a list of unions.

CC- This one is another thing about Planned Parenthood – it shows more of what I am talking about; I am not making this all up...(*Hands Mike 2 documents*)

MS- American Thinker- looks like it's from a website... relationship between the union and Planned Parenthood #21

#22 is an excerpt from *The Daily Caller* website stating the unions are spending forced dues on Planned Parenthood.

CC- This is one here is from the Planned Parenthood web organization (*Hands Mike a document*)

MS- #23 is printed from the Planned Parenthood website- it is telling a story of the march; including pictures of a woman from all over that participated in the event.

CC- This one gives background on Richard Trumka [AFL-CIO President]; highlights that Trumka, Sweeney [John Sweeney, former President AFL-CIO], and Chavez [Linda Chavez former EVP AFL-CIO] rescinded the founding AFL-CIO rule that banned the communist party USA but supported Planned Parenthood ...back in 2010- I am going to step backwards, so you know I testified for Melissa Smith [former TWU Local 556 President—Smith vs TWU]...

MS- Yes, I remember. I was a new Union officer when Melissa and the Union went to arbitration regarding her issue.

CC- She [Melissa Smith] said you're a good guy and to tell you hello- I testified for her trials and she won both. There has been animosity between Thom McDaniel [former TWU Local 556 President, successor to Melissa Smith] and me since... I don't turn people in... I am seeing same the things from back then. Audrey [Audrey Stone, current TWU Local 556 President] went to leadership training and there was $12,000 spent on that. Those are my concerns...in 2010 they had a march- TWU, International, and AFL-CIO...

MS- Just so we are clear, there are three organizations we are referring to- there is TWU Local 556, TWU International, and the AFL-CIO; all of which are affiliated with each other

App. 1341

SWA004105

## Charlene Carter Step 2 Hearing                    2017

CC- I found out because it was listed on front page that our union was listed that they were hosting the march....

MS- Can I ask you to wait a moment? Let's give everyone a chance to catch up on their notes. [short pause]

CC- This shows the relationship; I don't agree with- I opted out back in 2013, but I pay dues...

MS- Are you referring to the agency fees ...the monies required when legally opting out?...

CC: Yes, but I have to pay and they refund me a portion every quarter.

MS:  Okay, now Melissa Smith went to arbitration [Smith vs. TWU] back in 2003, so your issues with the union have been going on a long time- I was fortunate to be elected after Melissa left so I was not involved [with her removal as President of TWU Local 556] and was not involved in the subsequent legal issues.

CC-I am just trying to show you I've been a very vocal and suffered quite a bit but don't turn people in...

MS- #24 is a packet from an Org- DiscoverTheNetwork.org- it is a bio on Richard Trumka- the President of AFL-CIO-highlighted affiliations.

CC- Ok, so enough of that- so I actually have those trails... 1st of all, I love my job- I was a part of the Heart Program,  after 9-11 they didn't have it again. I was involved with the video on long hauls...I've also had dues problems with the Union and they couldn't find my dues paid when it was automatically taken out of my check book...

BR- You mean your bank account?

CC-Yes, and from when I went on Maternity Leave etc.

MS- Is this an agency fee?

CC- Union dues are paid and reimbursed every quarter; and I was threatened by Thom McDaniel and I had a meeting with the Treasurer; John Parrot. They didn't believe me; I had actually overpaid and still to this day I don't know where those funds were going. Allyson Parker-Lauck started blasting my name and said that I sent it to the wrong place. But I can take it-once again, and don't turn them in. So these are the screenshots  they trolled (*Hands Mike Documents*) This was actually the Assistant Base Manager in Denver; Meggan Jones humiliated me in that meeting- she actually was my Supervisor and a couple of years before that- she turned me in to go big dinner with all of you all; she elected me to go. I have no idea what happened between now and then.

MS- #25- is a photo copy of a Southwest invitation to a Senior Leader dinner, posted on Facebook.

CC- Yes, because I was excited...

App. 1342

# Charlene Carter Step 2 Hearing

MS- To clarify for our note takers, there are events that Mike Van De Van and Gary Kelly host. So 2013 was when you were invited.

CC- Yes and they told me "This is disparaging toward Southwest because you posted this."

BR- They meant the nexus to work for Southwest- they had to go pretty far to get these posts.

CC- Yeah I don't have anything on Facebook now, I have Jesus and my puppy dog.

MS- So now, I will go to #26

CC- I put how long ago these posts were on there.

MS- #26 is a packet of pictures of Flight Attendants at work, along with Charlene's opt out from TWU post, (reviewing posts) post from live 35… L2- ok … so… MC hammer celebrity shot here…

CC- ..and that's my husband there with Kyle Odom who is wonderful man

MS- Ok, basically these are your Facebook screenshots

BP- how many pages are there?

MS- 11 pages

BP- Ok, so #26 has 11 pages

CC – Ok so my whole… I would really like you to read this-it is so disparaging- basically saying because I am Pro-Life and a Christian, that umm…where is it? Didn't I show it to you? (Looks at BR) I give to a group it is Jews and Christians in Israel and I got this beautiful set- it is an American flag and Israel flag that I wear above my wings- that was one of the things I brought up… I didn't realize that was political and they said this was disparaging against Southwest.

MS-Who said that?

CC- Everyone in that meeting…the two woman on the conference call were trying to lead me. I support because I am a Christian. I didn't know it was disparaging against Southwest-

BR- She wore them a long time and no one ever said anything.

CC-Yes, I wore them a long time…. I was proud when I got it in 2012 or 2013. There's that and the fact I had Pro-Life that I can't do that because it is political.

MS- Ok

CC- Why they decided it was disparaging against Southwest- I don't want to make u guys look bad- I love the Company and I have 20 years. I just want you to know this was all Union stuff not Southwest. She has never- ever got a good letter- this is what Audrey Stone put out in 2015 about Social Media-

SWA004107

## Charlene Carter Step 2 Hearing

*(Charlene reads a letter from Audrey)*

I have reached out to her through many different—and never once has she reached out to me and to say we should act professional, yes we should...I sent it because I was upset they don't care where they spend our money. I was in DC—there's a group from here in Dallas called the New wave feminist; Destiny was an amazing lady- she is a feminist and wanted to go out and was listed under the Women's March and they took her off and said we don't want you there ...People attacked her because she is Pro-Life...We as Pro-Life women were not invited. For me, and my union reps- they are not taking in consideration as a whole...they pulled Flight Attendants... we need financials—we know it paid for a place to stay—5 bedroom... they said they all  shared beds but that doesn't matter... wasn't included and they didn't reach out to other Flight Attendant's- did you ask men? This was my dislike for all of us. I am on a priest for like—Dr. Alveda King; do you know who that is?

MS- Related to Martin Luther King?

CC- Yes that is his niece, she has been affiliated and long story short, it wasn't inclusive- I don't know... if they go do it- do it on your own dime and if they go and don't represent all of us- I am sorry, I am a professional—I don't want you posting your pink hats- our job is pretty important and should be held a different standard.

MS- Ok a couple of questions—Beth Ross referred  to nexus and when you say your union dues... is it safe to say they were elected?

CC- Yes

MS-... and if your democratic means do not agree, you wait until their term is over and vote again.

CC- A union should represent us all... *(Charlene elaborates talk about how they are a diverse group again and not to use Flight Attendant's money...)* I do have a right to my dissenting opinion *(hands Mike a paper)*

MS- #27- This is from the US Department of Labor titled "Union Members: Know Your Rights"

BP-... I was reaching out to the union rep...

MS- I understand; we will ultimately connect to how it connects SWA- but when it crosses into company that is when we get involved.

CC- Here is the TWU bylaws- read this *(hands Mike a paper)*

MS- #28- this is a TWU 556 local bylaw's- I will assume this is current?

CC- Yes *(laughs)*

MS- Ok so this is the latest set of Bylaw's- marked #3 at the bottom; this is describing rights and details of what they stand for- ...all TWU members. So, #29

SWA004108

# Charlene Carter Step 2 Hearing

CC- #29 is from my Union President-about social media (I can read to you) I have been writing her.

MS- #29-This is a screenshot from the local 556 web page from 2015 specifically talking about Social Media and how Flight Attendants a should not turn each other in.

CC- I keep these... (*Talks about next document- that even with previous union members – they would never turn people in...*) She never wants to talk about it. When all this was going on the sent this out- I support right to work- holds up paper...but what I really don't like- ...it says not to support the Right to Work... Brian Talburt...he is getting people in trouble- pulling up stuff from 2014 and turning it in.

MS- #30- this is an email sent to you from Thom McDaniel; it is a solicitation to the TWU International Convention.

CC- Correction- that was 2013 right? He was trashing my name because I was running too...

MS-The next one- #31 is an email you sent to Jim Little- TWU International President- he was the head of ATD when I knew him... then went on to International President ...your email to Jim Little was titled Don Shipman Criminal Activity.

#32 is another email that you wrote to Jim Little referencing Don Shipman again- we will refer to this as the Carpet Bomb letter.

#33- is another email you sent to Jim Little- which are Facebook postings- something w/Don Shipman...

CC- Yes this how they planned to get all the people out of office. That was sent to me by someone in there.

MS- #34 is something you wrote to Jim Little titled "Your Letter" correspondence to Jim and a letter regarding SWA flight 345, I believe this would be the nose gear issue...

CC- They were saying we were a horrible Company and not doing well

MS- Let's look at document #35; this is another email sent to Jim Little called "Caught in Collusion" makes reference to Don Shipman and Tina Coffee. Are these are Facebook private messages?

CC-Yes

MS- Alright #36 is an email from Charlene to Jim Little Referencing a Garry Drummond's correspondence- from a TWU Unity Magazine basically talking about local autonomy.

#37- this is an email from Charlene Carter to Jim Little titled More Allyson Parker Lauck with additional private messages given to you by someone.

CC-Yeah... working with Jeanna and Don... kinda goes with the carpet bombing

MS- So when Stacy Martin was still local President and trying to get him and officers removed...

SWA004109

## Charlene Carter Step 2 Hearing

2017

CC- We charged him to Article 21.

MS- To clarify for our folks, there is a TWU International Constitution that refers to the recall of officer removal. #38-is an email to Jim Little and titled "More Allyson Parker Lauck" #38 is descending to Jim Little's private Facebook messages.

CC- He never replied until he was fired then boom he was there. (*Hands Mike a wings pic*)

MS- #39 is a picture of Charlene's wings that has a pin of the American Flag and Israel flag and her Perfect Attendance pin below...

CC- I didn't know it was political...

MS-Also attached is an article from the Rabbi, that's where I got the pin.

MS- Ok, it is a Judaic Christian organization that supports woman's rights...

BP- Were u issued discipline for that?

CC-No

MS- I'm not privy to Employee Relations investigations...was this conversation with Denise going on while meeting about this? (Points to term letter)

CC-Yes...

MS- Ok

P- If you go back to look at the Southwest notes for March 27, 2017 meeting- it names the people present...All this came about then they had all this additional information.

MS- I am aware of that but now I know—this was conducted with Edie Barnett-she is our rep from the Human Resources department and Denise is in Employee Relations...

CC- got it

MS- got it

BP- She has some things that she would like to discuss about that

CC- Reads term letter...like I said you have to go way back down to see the posts

BP-It just wasn't explained very well on your end

MS- Let me ask about the Employee Relations investigation. Do you know why you were called to the meeting?

SWA004110

## Charlene Carter Step 2 Hearing

CC- No, he said Facebook posts...when I went in they said they have more stuff on you...on Facebook then comes these messages...I knew it was my union president that turned me in...they are looking for anything to hurt others. I never have written anybody up –except when Brain Talburt went after me... My Supervisor, Mary Ann was wonderful and we are friends now and she is such beautiful lady and she said she left Denver because it is toxic.

MS- #40 is a letter from DEN Flight Attendant Marianne Holmgren who was an Inflight Sup- this is basically a character reference... #41 is the hard copy of the invitation from Mike Van De Van and Gary Kelly to the Senior Leadership dinner.

CC- It was a very nice dinner... I don't know what happened between that time and now, something changed.

MS- Ok back to the Employee Relations meeting – you go back in there- Brian Talburt you were saying?

CC- Yes, he started sending me messages- I told him to please stop- this is when I was running for convention and Thom McDaniel and Brian Talburt was

BP- Now wait, we don't want any of this is new information to be submitted and do not want anyone getting in trouble.

MS-Let me state for the record here- we are not bringing this in as discovery to harm other Flight Attendant's.

BP- Yes, thank you everyone is protected in here

MS- This is a formal hearing and we will not stem an Employee Relations investigations from anything obtained in this meeting. #42- This is a letter sent to Gary Kelly, Mike Van De Van, Mike Hafner and others Dallas Base Managers, Ron Ricks Corp Security regarding work place safety.

CC- Read ...

MS- Within the context of the email you have enclosed Facebook posting from... Brian Talburt related and the policy signed by Gary Kelly concerning harassment, sexual harassment, discrimination and retaliation... We've got Brian criticizing and people; dissenting... (*Reads attached Facebook post*) "Holly it is fine and dandy to not want to turn them in however think about all the damage they have done to so many, Ray among many others. We need one public execution to stop- they are not warriors- they are pussies and certainly you have seen Hoffucker in action for example. One execution and we will never hear from them again. This I truly believe."

CC- How do you interpret that?

MS- I have seen it before

CC- He is doing the same things that message says right there.  I was in this group of people he didn't like and he is going after us in harming our jobs... he was brought back and quickly- there has been

SWA004111

## Charlene Carter Step 2 Hearing

others turned in by him that said less- Southwest has allowed him and set a precedence- they have a case for it… they don't have their jobs… I know a single mom trying to get job back now. I am concerned as a Flight Attendant… I didn't fear he would do it, but hurt somebody with their job- there were 3 turned in: Jeanna Jackson, Me, Greg Hofer--- Jeanna Jackson got a 30 day suspension and I got fired. He has hurt a lot of people and that is not ok. I think you have freedom of speech but I do know there are something's you don't say. If I get in trouble for being Pro-Life, but he gets brought back and others have said less and are still out there and that is sad because they are good Flight Attendants…He has  done a lot him AND Bill Holcomb--- My personal opinion- I used to run my husband's business. I did HR work- we had policies—back in the day, if you a gripe Collen would say if you didn't have a name then it goes in the trash. Go to the person 1st to see if you can handle those issues…See these girls are busy all the time due to Facebook posts. If you are that brave to write it up…like my union president- she was hiding under the guys as a Flight Attendant- this was Union Business and nothing to do with Southwest. We had people asking about the Woman's March and defending the Company and have to explain the reason why… From union president, that is being paid to protect my job… they are dropping like flies in Denver and that is sad….not doing their due diligence…I was guilty before I walked in- I care about the Company & am a good Flight Attendant. Case & point…this gentleman got his job back…what does this look like? He is holding a gun with Gary sign now…

MS- We are now referring to a Casey Rittner post- this was a Facebook profile page and is #43…

CC- I gotta explain- this person is saying hurry and sign and I will point a gun at you and got their job back as well- this lady does the exact same thing and she gets fired (pic of Holly Imamovic) and needing her job back…I don't see the connection…wrote the other up as well and it is not getting addressed….

BP-The same union politics that land on companies lap

CC- Tired of it

MS- Southwest does not want to be part of that at all and have asked Flight Attendants to cease this on Social Media.

CC- Then why would my union president turn me in?

MS- I can't say that

CC- Brian Talburt and Bill Holcomb turned him in while on OJI- if he was so dangerous, the Company let him come back to get requalified…he flew a couple of trips and then they fired him… The base sat on the letter and called him in…Kent Hand… the union ain't gonna take his case either because he supports recall…. Like Brian said, let's pick 'em off (*snaps fingers*) Bill Holcomb lost his job and got his job back…Once again, Brian Talburt execution… (*Shows paper to Mike*)…this was the main post- he doesn't have his job but they do. It was the union that got him fired, it's like 3rd grade- I'm going to hurt her…

MS- # 44, an email to Mike Hafner, John White, and Kevin Allen regarding Kent Hand and his situation- coupled with correspondence and Facebook posts.

SWA004112

# Charlene Carter Step 2 Hearing

CC- If you bring someone then you have to bring down the others… they are getting their job back because they are friends with union, you know?

MS- I understand

CC- That what is what I wanted to say because we all love our jobs here and #1 in Customer Service.

MS- Yes, better than we have ever done

CC- 98% of them are good and one I used to fly with, Thom McDaniel was a horrible Flight Attendant. Anyway, not just me, I have gone through hell the last three and a half weeks. I put my heart and soul in this Company- I represent us well when I am online

MS- I fully understand

CC- Here's a Kick Tail I forgot to turn in (*Hands Mike a red Kicktail*)

MS- Look at that, #45- a Kick Tail from Hector Berrera, would you like me to turn this in for you?

CC- Hector Berrera is fantastic and then there's Megan Jones who loves to fire Flight Attendants; not sure why now that she is Assistant Base Manager. She was not like that when she was a Sup and it is a toxic place to be in…not the love we are supposed to…

MS- I have a Devil's Advocate question…I would like to give you an opportunity to explain… Let's take all this to the side- Audrey Stone is the primary reason (as Flight Attendant) she was…

(*Melissa's Computer powered down- takes break to get a charger.*)

MS- Ok, where did we leave off; these questions I am about to ask are intended for you to respond to them- Audrey Stone is a Flight Attendant in a political role.

CC- Melissa Smith and Stacy Martin are past presidents- the Company said that is Union Business and you have to take care of that side and for me, this should have been the same way. Audrey, as union president—I know why she is going after us as union recall supporters. Flight Attendants signed a petition going after Pro- Recall, Opted out Flight Attendants. They have really gone after those that have opted out—I didn't post anything derogatory against the Company- that was a private message. The Facebook page was Pro-Life stuff and it has to do with- OR that I belong to the group… There is a whole list about aborted babies…I'm gonna be very honest because of my faith. I had an abortion when I was younger and it touched me like nothing else and while I knew God forgave me… I had to forgive myself. If I had the information that I know now and knew what I now know at 19 years of age with a husband in college saying do this or I don't know what your gonna do…I just didn't know what I know now…for me that's been like my mission in life. He gave me two beautiful children that are now 27 and 13. (I homeschool by the way)…I am just saying it was my private page…

BP- Tell him what you posted

SWA004113

# Charlene Carter Step 2 Hearing

CC- It was video of fetus...this was part of the Women's March because for me, it's got to be inclusive- for women's rights... This is why she supposedly went; supporting livelihood and freedom of expression and choice. I as a woman did not support that...she has never reached out and this was her opportunity to respond. Looking back, now and that's why we are sitting here.... The last 3 weeks... I could have made a better choice regarding Audrey- I don't know why they won't let us know... This has nothing to do with Southwest, this was something about the Women's March because we paid for it and they didn't say anything to us before they went...

MS- I have a couple of questions then we will wrap it up. I did state early on that Southwest does not want to be involved in an unlawful union...You mentioned Melissa and Stacy and employee conflicts and that now crosses into the workplace. I am not an attorney but I will reference Colleen's golden rule and that we need to follow that. We have Employees that disagree with the video and even if it was sent privately, it can be considered over the top, it was unwelcomed and this ups the anti.

CC- Why didn't she just say that?

BP- What concerns me Mike-is that this was not sent to an entity of Southwest, my point- is this was a union issue and she was expressing a discontent of what they were doing —I know we can go round and round but....

MS- Thank you, Becky can you close this out with the unions argument?

CC- Can I have my job back? Because I do I love my job and Company. People I work with said in fact that we have this really and truly. Holly and I have come to the table now...we can't go to union meetings- I can't call her, she won't call back—it's blatant that they shove it in our face.

MS- This is very complex; your situation is over and beyond what I can explain... With that, I want to listen to Becky--- There have been many union terms used in this meeting such as disparity, nexus, union politics and going back over a decade. There are a lot of moving parts and it will take a little bit to unpack it all but Becky give me your synopsis.

BP- Back to the termination - there are some differences and we have been down this road with the Social Media Policy, harassment, Work place Violence and so on ...Just to talk about her specifically- everything was not considered in its totality. We know of some diverse groups that elevated things...this is about Charlene Carter – Terminated for Workplace Hazing— The way it is written here; she wasn't posting here as a subzero Pro-Life... she posted the same thing in private. This was just another Southwest Flight Attendant- privately expressing to her local union president.... And for the things she felt she was sharing- she was charged with bullying and hazing...you admitted to sending private messages...(*reads termination letter*)... We are here trying to explain these were her thoughts- not threatening or violent. She made a statement; a difference of opinion.  In her termination letter, it actually says here... (*reads*)... ok it says, when you posted these pictures and statements on Facebook, you were identifiable as a Southwest Airlines Employee and represented our Company in a manner that is disparaging to Southwest Flight Attendants as well as to all Southwest Employees. These posts and messages were highly offensive in nature ...when she posted about the fetuses she wasn't identifiable.

CC- No, you have to dig to find what they found because there's nothing on there.

App. 1350

SWA004114

# Charlene Carter Step 2 Hearing

BP- *(Reads letter again)*--- in her mind, she is thinking I'm getting all this stuff from the local 556 and TWU International –ultimately, she was responding to that so all in all, the union doesn't believe her acts were egregious to warrant termination. Her work record speaks for itself. Her leaders can verify how wonderful she is. She is not a threat to passengers. Her husband works here-

CC- Well at Frontier- did you know Kyle Odom? They grew up together.

BP- I just hate they say the thought process turned in to bullying- I'm afraid of losing multiple people. If you can consider all this and look at her whole case; termination is not appropriate- maybe a Written Warning or verbal counsel. We need to protect all...please don't do this again. Can I trust you won't do it again?

CC- Yes, I won't

BP- If this is severe enough; we need to get people in a room to talk about it. A reduction is so important in this case- Workplace Violence … different level of severity – we would argue this was not egregious enough for termination and a nexus to work and that you can do a reduction- remove bullying or hazing- I don't believe this is a violation. I knew there was some stuff provided… it is important to build foundation and that is why she is trying to explain- she is rehabilitatable.

MS- I fully understand- it will take a while to unpack- please understand while I cannot guarantee an outcome. I understand the layers- it will take ten (10) business days to make a decision.

BP- Look at the Deatrik Bledsoe decision and the progressive discipline aspect; there still needs to be that.

CC- I promise it will never happen again – if they don't like what's said I won't do it.

BP- What you'll find in the arbitration was very specific; the person felt threatened and came in to say it was not threatening- but some trickery there …

MS- I think we all have said what we need to say- Beth do you have anything?

BR- You know, I always have something. I do think there is some disparate treatment… and you have the right to express your opinion- Charlene's intentions were pure to elicit a response. She stated that in her Fact Finding very clearly…

CC- I don't do these things I opted out and I don't want them spending stuff that's International- yes they were elected but they work for a whole group – not a certain group- there are so many of us and are all diverse… I was not trying to bully her.

BR- She was trying to communicate with the president of her union that she was opposed to her opinions.

MS- We will end this meeting- Charlene, while this is ongoing, I would back off Social Media; just a word to the wise… I used to be an active participant and I stay off of there now…

App. 1351

SWA004115

## Charlene Carter Step 2 Hearing

2017

CC- Done

BP- I do implore to you- no posting regarding this- 556 and this is what I want everyone to do- everyone could just relax for a week I think a lot of this can go away- baiting others, and people take –I know so many different contexts …

CC- With Holly, in the last meeting we had major differences- during the process we came together … we were being pulled apart- I wish we could come to middle and talk about it- if u feel threatened- have a face to face meeting… and this whole thing about writing people up- I don't understand. I am an adult… I was talking to Brian Talburt saying please don't trash my name. I contacted him to say why we can't show grace and come together… Holly and I can have so many differences and come together but we cannot discuss with the union president. If u don't bring me back Brett, Tyler, Jessica parker…they won't take my case… the union president won't vote for me-I am just being honest…

BR- He has a lot to review

MS- here is what we will do, go to copy machine and make copies of all these documents.

BR- You guys can send them to us

BP- We can get them back in our next meeting

MS- Ok, We will get you the originals back- we will run them through the machine

*Meeting Ends*

SWA004116