# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>V.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | Civil Case No. 3:17-cv-02278-X |

## [Sealed Proposed] Order Granting Plaintiff's Motion for Partial Summary Judgment against Defendants Southwest Airlines Co. and Transport Workers Union of America, Local 556

Before the Court is Plaintiff Charlene Carter's Motion for Partial Summary Judgment against Defendant Southwest Airlines Co. and Transport Workers Union of America, Local 556. After considering the Motion, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Partial Summary Judgment against Defendant Southwest Airlines Co. and Transport Workers Union of America, Local 556 is hereby GRANTED.

SIGNED on _____, 2021.

_____
Brantley Starr
United States District Judge

1