UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | Civil Case No. 3:17-cv-02278-X<br><br>**PLAINTIFF CHARLENE CARTER'S APPENDIX IN SUPPORT OF HER MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**APPENDIX OF EXHIBITS**

A. Local 556 and Southwest CBA Excerpt ....................................................................App.1

B. Southwest Social Media Policies ...............................................................................App.4

C. Local 556 Correspondence Recognizing Carter's Membership Resignation ............App.10

D. President Stone April 20, 2015 Social Media Policy Statement................................App.11

E. President Stone Statement Regarding Membership's Vote to Reject Tentative Agreement......................................................................................................App.14

F. Recall Petition............................................................................................................App.15

G. Local 556 Recall Signature Verification Timeline [FILED UNDER SEAL] ...........App.16

H. Women's March and Planned Parenthood Newsletter ..............................................App.19

I. Local 556 Executive Board January 10-12, 2017 Meeting Minutes .........................App.26

J. Local 556 Pictures from Women's March.................................................................App.29

K. TWU Represented at Women's March......................................................................App.57

L. Local 556 Business Travel Request Forms [FILED UNDER SEAL].......................App.58

| | | |
|---|---|---|
| M. | Local 556 Women's March Budget Report [FILED UNDER SEAL] | App.68 |
| N. | Carter Facebook Posts in Recall Group about Local 556's Participation in Women's March | App.73 |
| O. | Carter February 2017 Facebook Group Posts about Recall | App.76 |
| P. | Carter February 2017 Facebook Videos and Messages about Abortion Posted on Her Facebook Page | App.78 |
| Q. | Carter February 2017 Facebook Videos and Messages to President Stone | App.80 |
| R. | President Stone February 22, 2017 Complaint to Southwest | App.105 |
| S. | President Stone's February 24, 2017 Interview with Southwest [PARTIALLY FILED UNDER SEAL] | App.111 |
| T. | President Stone's February 25-27, 2017 Emails with Southwest and Carter's Facebook Message History with Stone | App.117 |
| U. | Southwest's March 14, 2017 Termination Letter | App.222 |
| V. | Flight Attendant's Report about the Recall Campaign | App.223 |
| W. | Southwest Investigation Correspondence | App.226 |
| X. | Carter March 7, 2017 Fact-Finding Meeting with Southwest | App.241 |
| Y. | Southwest Nexus Pictures | App.259 |
| Z. | Southwest Investigation Synopsis | App.268 |
| AA. | Southwest Rule 30(b)(6) Deposition Testimony (Michael Sims) | App.270 |
| BB. | Deposition Testimony of Maureen Emlet | App.315 |
| CC. | Deposition Testimony of Denise Gutierrez | App.333 |
| DD. | Deposition Testimony of Ed Schneider [PARTIALLY FILED UNDER SEAL] | App.350 |
| EE. | Deposition Testimony of Meggan Jones | App.391 |
| FF. | Deposition Testimony of Audrey Stone [FILED UNDER SEAL] | App.410 |

GG.  Local 556 30(b)(6) Deposition Testimony (Jessica Parker) [FILED UNDER SEAL] ...........App.468

HH.  Local 556 30(b)(6) Deposition Testimony (John Parrott) [FILED UNDER SEAL] ...........App.483

II.  Local 556 30(b)(6) Deposition Testimony (Audrey Stone) [FILED UNDER SEAL] ...........App.502

JJ.  Deposition Testimony of Charlene Carter ...........App.512

KK.  Carter Right to Work Email to Local 556 ...........App.523

LL.  Charlene Carter Affidavit ...........App.526

MM.  Carter Facebook Videos [Electronic Files Mailed to Clerk] ...........App.531

NN.  [FILED UNDER SEAL] ...........App.532

OO.  [FILED UNDER SEAL] ...........App.549

PP.  Jackson Recall Information ...........App.550

Dated: September 2, 2021    Respectfully submitted,

s/ Matthew B. Gilliam
Mathew B. Gilliam (*admitted pro hac vice*)
New York Bar No. 5005996
*mbg@nrtw.org*
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Tel: 703-321-8510
Fax: 703-321-9319

s/ Jason E. Winford (*with permission*)
David E. Watkins
Texas Bar No. 20922000
*dwatkins@jenkinswatkins.com*
Jason E. Winford
Texas Bar No. 00788693
*jwinford@jenkinswatkins.com*

JENKINS & WATKINS, P.C.
4300 MacArthur Avenue, Suite 165
Dallas, Texas 75209
Tel: 214-378-6675
Fax: 214-378-6680

*Attorneys for Plaintiff Charlene Carter*

## Certificate of Service

I hereby certify that on September 2, 2021, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Matthew B. Gilliam