# EXHIBIT A

AGREEMENT

BETWEEN

SOUTHWEST AIRLINES CO.

and

THE FLIGHT ATTENDANTS
IN THE SERVICE OF
SOUTHWEST AIRLINES CO.

AS REPRESENTED BY THE
TRANSPORT WORKERS UNION
OF AMERICA, AFL-CIO

EFFECTIVE

June 1, 2013

to

October 31, 2018

## TABLE OF CONTENTS

| **ARTICLE** | **TITLE** | **PAGE** |
|---|---|---|
| | Preamble | ii |
| 1 | Nondiscrimination | 1-5 |
| 2 | Purpose of Agreement | 2-7 |
| 3 | Scope of Agreement | 3-9 |
| 4 | Status of Agreement | 4-15 |
| 5 | Definitions | 5-17 |
| 6 | Seniority | 6-21 |
| 7 | Probation Period | 7-23 |
| 8 | Hours of Service | 8-25 |
| 9 | Additional Flying | 9-37 |
| 10 | Scheduling/Bidding | 10-45 |
| 11 | Reserve | 11-71 |
| 12 | Exchange of Trips | 12-93 |
| 13 | Uniforms | 13-105 |
| 14 | Vacations | 14-109 |
| 15 | Leave of Absence | 15-117 |
| 16 | Sick Leave/On The Job Injury | 16-123 |
| 17 | Medical Examinations | 17-133 |
| 18 | Reduction in Force | 18-135 |
| 19 | Grievance Procedures | 19-137 |
| 20 | Board of Adjustment | 20-143 |
| 21 | Compensation | 21-149 |
| 22 | Expenses | 22-163 |
| 23 | Insurance Benefits | 23-167 |
| 24 | General and Miscellaneous | 24-175 |
| 25 | Health and Safety | 25-177 |
| 26 | Union Security | 26-181 |
| 27 | General - Union Information | 27-185 |
| 28 | Scheduling Policy | 28-187 |
| 29 | Domiciles | 29-191 |
| 30 | Profit Sharing and Retirement | 30-197 |
| 31 | Savings Clause | 31-201 |
| 32 | Attendance Policy | 32-203 |
| 33 | Commuter Policy | 33-219 |
| 34 | Passports and LODO Program | 34-223 |
| 35 | Duration and Termination | 35-227 |
| SL #1 | | SL #1-231 |
| SL #2 | | SL #2-233 |
| APPENDIX | | 235 |
| QUESTIONS AND ANSWERS | | 241 |

SWA000003

**App.2**

## PREAMBLE

This Agreement is made and entered into by and between SOUTHWEST AIRLINES CO. (hereinafter referred to as the "Company"), and Transport Workers Union of America, AFL-CIO Local #556 (hereinafter referred to as the "Union") covering those employees employed by the Company in the unit described and certified by the National Labor Relations Board in Case No. 16-RC-6826 on February 5, 1975, and described and certified by the National Mediation Board in Case No. R-7457 on June 28, 2016.

In accordance with the certification (16-RC-6826) made by the National Labor Relations Board on February 5, 1975, and the certification (R-7457) made by the National Mediation Board on June 28, 2016, the Company hereby recognizes the Transport Workers Union of America, AFL-CIO, as the duly designated and authorized representative of the Flight Attendants in the employ of the Company covering rates of pay, rules, and working conditions. The Company recognizes the Union as the exclusive and sole collective bargaining agent for all Flight Attendants.

Pursuant to its certification as a commercial air carrier, the Company hereby recognizes the Union under the provisions of the Railway Labor Act, as amended, for the purposes of the Act and for the bargaining unit specified above.

SWA000005

**App.3**