# EXHIBIT B

| FLIGHT ATTENDANT WORK RULES AND EXPECTATIONS / COMPANY POLICIES | SOUTHWEST AIRLINES |
|---|---|

## 1.0.0 Southwest Airlines
Revised: 08/09/2013



Southwest Airlines created a Mission Statement to remind Employees what we stand for and to advise our Customers why we exist.

**The Mission Of Southwest Airlines**
Is dedication to the highest quality of Customer Service delivered with a sense of warmth, friendliness, individual pride, and Company Spirit.

You can find the Mission Statement displayed in many places in your Station. In fact, every time you sign into your computer, the Mission Statement is displayed. At Southwest Airlines, our Mission Statement has always governed the way we conduct our business. It highlights our desire to serve our Customers and gives us direction when we have to make service-related decisions. It is another way of saying, do the right thing!

Our Mission Statement also continues by adding a special statement dedicated to the Employees of Southwest Airlines. It is the Company's commitment to us.

We are committed to provide our Employees a stable work environment with equal opportunity for learning and personal growth. Creativity and innovation are encouraged for improving the effectiveness of Southwest Airlines. Above all, Employees will be provided the same concern, respect, and caring attitude within the organization that they are expected to share externally with every Southwest Customer.

GUIDELINES FOR EMPLOYEES
Workplace Bullying and Hazing

## 4 Workplace Bullying and Hazing
**Revised: 04/16/2015**

As stated in Southwest Airlines' Mission statement, the Company commits that all Employees are provided the same concern, respect, and caring attitude within the organization that they are expected to share externally with every Southwest Customer. Therefore, hazing and bullying are not tolerated in the workplace.

Hazing is defined as initiations, pranks, or other jokes which produce mental or physical discomfort, embarrassment, and/or ridicule. Workplace bullying is defined as persistent, malicious, unwelcome, severe, and pervasive mistreatment that harms, intimidates, offends, degrades, or humiliates an Employee. Examples of bullying include, but are not limited to the following:

- Verbal behavior such as slander, personal insults, offensive nicknames, rumors, and shouting/raising of voice
- Physical behavior such as pushing, blocking one's path, damage to an Employee's work area or property, interfering with mail
- Gestures such as obscene or threatening gestures, glaring
- Exclusion behavior such as social or physical isolation from common areas such as break rooms

Hazing and bullying behavior should be reported by the Employee to his or her Supervisor, HR Business Partner, or any Senior Leader. Violation of this policy will result in disciplinary action up to and including termination of Employment.

**Southwest**

**SOUTHWEST AIRLINES**
**EMPLOYEE SOCIAL MEDIA POLICY**
Issued: April 2016 - Effective Unless/Until Reissued

Social media has been generally defined to refer to 'the many accessible electronic tools that enable anyone to publish and access information, collaborate on a common effort, or build relationships.' Examples of external social media tools include Facebook, Twitter, YouTube, Pinterest, Instagram, and Snapchat. We also use internal tools such as SWALife, wikis, and message boards.

Even if the social media communication does not reference Southwest directly or is posted anonymously, depending upon the content of the communication, such statements can negatively impact Southwest, its Employees and/or its Customers. ***For that reason, certain social media content that in any way is later related to Southwest, reflects poorly upon Southwest, or impacts the workplace, is a violation of this policy and may result in discipline, up to and including termination.*** Any type of retaliation for reporting, assisting, or participating in an investigation regarding social media concerns is strictly prohibited.

**THE FOLLOWING ARE EXAMPLES OF SOCIAL MEDIA CONTENT THAT, IF LATER RELATED TO SOUTHWEST, REFLECTS POORLY UPON SOUTHWEST, OR IMPACTS SOUTHWEST'S WORKPLACE IS PROHIBITED**

- Content that may be viewed as untrue, disrespectful, malicious, obscene, violent, harassing, bullying, defamatory, threatening, lewd, intimidating, discriminatory, or retaliatory;
- Content that may be viewed as damaging Southwest's public perception;
- Unauthorized use of content that may disclose confidential or proprietary internal information (such content may include non-public Southwest information such as internal company documents/memorandums, technological developments, competitive position, strategy, unreleased financial results, or products and promotions);
- Content that may be viewed as a violation of privacy or personal information of Southwest Employees or Customers (such content may include statements, photographs, videos, addresses, telephone numbers, email addresses, information regarding work performance, work history, or work schedules);
- Content that may be viewed as a violation of other Southwest rules or policies;
- Content which may be illegal;
- Unauthorized use of Southwest's logos, trademarks, images, video, text, graphics, or other Southwest owned or copyrighted materials; or
- Content in which an Employee is speaking on behalf of Southwest without authorization.

**EXAMPLES OF SOCIAL MEDIA CONTENT THAT IS ACCEPTABLE**

- Personal opinions regarding Southwest or Southwest competitors as long as the comment is respectful, fair and courteous, and clearly states that the Employee is connected to Southwest, but is speaking for himself and not on behalf of Southwest; or
- Interacting with content from a Southwest social media accounts (such as sharing, liking, retweeting, or forwarding).

**MONITORIING & REPORTING PROHIBITED CONTENT**

Southwest reviews and monitors all social media activity that is available to the public, internal to Southwest, included on Southwest social media accounts, or reported to Southwest. Employees aware of any social media content that may violate this policy or may be negative or disparaging about Southwest, its brand, Southwest Employees or Southwest Customers, should promptly and accurately report such content to Southwest's Social Media Team by emailing SocialMediaPolicy-DG@wnco.com. Depending upon the author and content, Southwest's Social Media Team will work with the appropriate internal Leader to implement this policy or the appropriate third-party platform in an attempt to have the content removed. Employees aware of social media content that may violate *Southwest's Policy Concerning Harassment, Sexual Harassment, Discrimination & Retaliation* should follow the reporting instructions under that policy.

Because the safety and security of Southwest Employees and Customers is Southwest's priority, if a Southwest Employee encounters a safety concern as it relates to a third party's use of social media (including photos or videos), the Employee should immediately contact a Leader or the Captain (if onboard an aircraft) for guidance.

*Additional Information regarding the use of social media can be found in Southwest's Social Media Reference Guide at SWALife > Tools > Policies*

App 10

**App.6**

| COMPANY POLICIES AND PROGRAMS | FLIGHT ATTENDANT WORK RULES AND EXPECTATIONS / COMPANY POLICIES |
|---|---|

Southwest Airlines is also a federal government contractor committed to the Company's Goals for Success and Affirmative Action Plans for each work location. Southwest Airlines is committed to providing equal employment opportunities to females, minorities, persons with disabilities and covered veterans, and other qualified persons of all backgrounds, with such efforts coordinated by the People Department.

All phases of employment, including recruitment, hiring, evaluation, promotion, transfer, assignment, training, benefits, and separation shall be conducted in compliance with equal employment opportunity laws and regulations.

## 2.3.0 Southwest Airlines Co. Policy Concerning Harassment, Sexual Harassment, Discrimination & Retaliation
**Revised: 04/23/2014**

Southwest Airlines prohibits any and all types of harassment, sexual harassment, discrimination and/or retaliation. Harassment or discrimination based on race, color, religion, age, sex, sexual orientation, gender identity, pregnancy, marital status, national origin, disability, veteran status, genetic information, or any other legally protected status, negatively affects morale, motivation, and job performance. Such behavior is inappropriate, offensive, and will not be tolerated. Any type of retaliation for reporting or assisting or participating in an investigation regarding harassment, sexual harassment, discrimination, or retaliation is also strictly prohibited. Behavior in violation of this policy is contrary to the Southwest Spirit, the Southwest Culture, and may violate state and/or federal antidiscrimination laws.

By way of example, prohibited conduct that may be considered harassment or discrimination may include unwelcome or inappropriate:

- Verbal comments or remarks that are derogatory, sexually suggestive, offensive, threatening, intimidating and/or hostile;
- Physical behavior such as pats, squeezes, deliberate brushing against someone's body, impeding or blocking normal work or movement, unwanted sexual advances, or unwanted touching;
- Visual harassment such as displaying messages, photos, graffiti, pictures, cartoons, or drawings, even at one's own work station, that are derogatory, sexually suggestive, offensive, threatening, intimidating and/or hostile;
- Written comments or remarks including, email, voicemail, text messages, and posts on online social media that are derogatory, sexually suggestive, offensive, threatening, intimidating and/or hostile.

| FLIGHT ATTENDANT WORK RULES AND EXPECTATIONS / COMPANY POLICIES | COMPANY POLICIES AND PROGRAMS |
|---|---|

Epithets or slurs are always offensive and will not be tolerated for any reason, even if an Employee mistakenly believes them to be a funny part of a joke or prank. Likewise, basing or threatening to base any employment decision (such as an Employee's performance evaluations, work assignments, or advancement) upon an Employee's submission to harassing behavior in the workplace is strictly prohibited.

Retaliation typically involves actions against an individual engaging in protected activity and, by way of example, may include comments (verbal or written), behavior, or adverse employment actions towards someone based upon a complaint made under this policy, an investigation conducted under this policy, and/or a person's involvement in an investigation under this policy.

Employees have a duty to promptly and accurately report any actual, threatened, or perceived incidents of harassment, sexual harassment, discrimination, or retaliation to their Supervisor, Manager, Director, Vice President, or the Employee Relations Team. Leaders who are made aware of harassment, sexual harassment, discrimination or retaliation concerns or complaints should immediately contact Employee Relations in the General Counsel Department at Headquarters.

All complaints will be investigated promptly, impartially, and discreetly. If asked to do so, Employees are encouraged to participate in investigations and are expected to maintain confidentiality. Upon completion of an investigation, the appropriate parties, including the complainant, will be notified of the investigation results. Information obtained by Southwest Airlines through the complaint/investigation process will generally be treated in confidence except for that which is required to properly investigate complaints, take appropriate responsive actions, or as otherwise required by law or business necessity. Any Employee who has been found to have acted inappropriately against another Employee in violation of this policy will be subject to appropriate corrective action up to and including termination. If after investigating a complaint Southwest determines that the complaint was not made in good faith or that an Employee has provided false information, appropriate corrective action up to and including termination may be taken against the individual who made the bad faith complaint or who provided false information.

It is expected that Employees of Southwest Airlines will act responsibly to maintain a positive working environment, free of harassment, sexual harassment, discrimination and retaliation, and free of hostile, threatening, or intimidating behavior, allowing each Employee to perform at his/her maximum potential. Southwest Airlines encourages any Employee to bring any questions regarding harassment, sexual harassment, discrimination, or retaliation to his/her Leaders or to the Employee Relations Team.

**Southwest**

# Disability Discrimination and Workplace Accommodation Policy
Effective: 01/01/2019

Issued by Southwest Airlines January 2019; Effective Until/Unless Reissued

### Disability Discrimination Prohibition

Southwest Airlines prohibits any and all types of discrimination against a qualified applicant or Employee on the basis of: (1) a current disability, (2) record of a prior disability, (3) being perceived or regarded as disabled, or (4) a relationship or association with someone with a disability. A qualified applicant or Employee is an individual who can perform the essential functions of the job in question, either with or without a reasonable accommodation.

### Reasonable Workplace Accommodation

If Southwest Airlines is notified that a qualified individual with a disability requires a reasonable accommodation in order to participate in the application process, perform the essential functions of a job, or enjoy equal benefits and privileges of employment, Southwest Airlines will work with that person to find a reasonable accommodation unless to do so would impose an undue hardship on the operation of Southwest Airlines' business. Reasonable accommodation may include extending a leave of absence for a reasonable period on a case-by-case basis.

Southwest Airlines also provides other reasonable workplace accommodations as required by law or otherwise approved by Southwest Airlines Leadership (for example, to accommodate Employees who are disabled veterans, or because of Employees' religious beliefs or practices, pregnancy restrictions, etc.).

The **Accommodation & Career Transition ("ACT") Team** Team is also available to Employees and Leaders regarding gender identity or transgender workplace assistance under Southwest Airlines' guidance regarding Transgender Workers.

### Requesting Workplace Accommodations

Requests for workplace accommodations can be either verbal or in writing and all accommodation requests should be directed to Southwest Airlines' ACT in the People Department. The ACT Team is responsible for determining whether a reasonable workplace accommodation can be made. As such, an applicant or Employee in need of an accommodation, or a Leader aware of an applicant's or Employee's need or request for an accommodation, should contact Southwest Airlines' ACT Team. The Team will promptly engage in the interactive process with the applicant or Employee regarding the requested accommodation.

If an Employee wants to continue working with medical restrictions, whether due to an on-the-job injury (OJI), a non-occupational illness or injury, a military service-connected disability, or a pregnancy, please contact the ACT Team immediately to determine possible accommodation options. If the Employee can be temporarily accommodated through Transitional, Restricted, or OJI Return to Work "light duty," but will have restrictions for longer than the maximum eight-week period, please contact the ACT Team as soon as possible to explore other possible workplace accommodation options.

Southwest Airlines will not tolerate any form of retaliation or discrimination against an applicant or Employee for requesting a workplace accommodation. Any and all concerns about discrimination or retaliation under this Policy should be directed to his/her Leaders or to Employee Relations in General Counsel at HDQ, Employee Relations-DG@wnco.com.

### ACT Team Contact Information

You may reach Southwest Airlines' ACT Team by contacting:

ACT Team Phone Line—(214) 792-6943

Email— ACT.Team@wnco.com