# EXHIBIT C

**Transport Workers Union of America, AFL-CIO**

Harry Lombardo
*International President*

John Samuelsen
*International Executive Vice President*

Alex Garcia
*International Secretary-Treasurer*

John Bland
*Administrative Vice President*

Gary E. Maslanka
*Administrative Vice President*

"We Move America"

**Executive Council Vice Presidents**
Patricia Bowden
Charles Cerf
Michael Conigliaro
Dale Danker
Sean Doyle
Garry Drummond
Jerome Lafragola
Tom Lenane
Carl Martin
Thom McDaniel
Curtis Tate
Tony Utano
James Whalen

**Council Members**
Delisa Brown
Joe Carbon
John Chiarello
Brian Clarke
LaTonya Crisp-Sauray
John Feltz
Horace Marves
Gary Shults
Kevin Smith

**Executive Board**
Matthew Ahern
Bedennia Barnes
Richard Boehm
Jon Bradford
Ralph Darnell
Richard Davis
Derick Echevarria
Fred Fink
Todd Gage
Angel Giboyeaux
Amy Griffin
Jim Guido
Kevin Harrington
Maurice Jenkins
Don May
Mike Maves
John Menshon
Benyoel Morgan
Thomas Murray
J.P. Patafio
John Plowman
Dan Rivera
Richard Rocco
Audrey Stone
Dane Stricoff
Robert Taylor
Luis Ventura
David Virella
Clarence Washington
Eric Williams

November 19, 2013

Charlene Carter


I am in receipt of your letter dated September 29, 2013 and received in this office on November 1, 2013 stating that you want to resign as a member of **T.W.U.** and will continue to meet the lawful obligation of paying a representation fee to the union under its "union shop" or "agency shop" agreement with Southwest Airlines. You are required to also notify your Locals Secretary-Treasurer.

As a non-member you do not have a voice or a vote within **T.W.U.** However, as a condition of employment, you must make timely payments of a monthly fee in accordance with the Collective Bargaining Agreement and the **T.W.U. Agency Fee Policy,** of which a copy is enclosed.

Fraternally,

Alex Garcia
International Secretary-Treasurer

AG: sg
opeiu-153
Enc.

c:   Garry Drummond
     John Parrott, Secretary-Treasurer Local 556

501 3rd Street NW, 9th Floor • Washington, DC 20001 • 202.719.3900 • www.TWU.org

App.10