# EXHIBIT E





*Cuyler Thompson is an Oakland-based Flight Attendant and serves as the Recording Secretary for TWU Local 556. Cuyler also serves as the Chairperson of the Union's Communication Committee.*

**TWU LOCAL 556** | **3**
WINTER 2016

# President's Message

*by Audrey Stone*

I have taken the opportunity to communicate with many of you through phone calls, emails, and most importantly face-to-face conversations since the Tentative Agreement (TA) was rejected. One thing that resonates from various accounts is your personal disappointment in the TA, and how that has translated into your disappointment in me as a leader.

I have said it before and I will say it again: we missed the mark. As a team, we own that. As the Lead Negotiator, I own that. I recognize and take responsibility that there were mistakes made along the way. I am committed to doing it differently as we go forward with Contract Negotiations. You have the right to expect that. You will see a difference, starting with the surveying we have done and the communications you will receive, including this special edition of Unity Magazine.

> I have said it before and I will say it again: we missed the mark. As a team, we own that. As the Lead Negotiator, I own that.

The track to a successful TA starts with our commitment to one another. We, of course, have the right to our individual opinions. We can agree or disagree with our fellow Flight Attendants. However, in the end we are in this together. We are all Southwest Airlines Flight Attendants working under one Contract. The outcome of these Contract Negotiations affects every single one of us, from the five Flight Attendants on the NT to the almost 14,000 Members we proudly represent.

I also respect and accept your right to challenge me. You don't have to like me, or agree with me, but I believe we all should respect the joint mission we are on to reach a future Contract. I have chosen to stay and fulfill my leadership commitment to go back to the table to get it right; to bring forward a TA that can be ratified by the Membership. As a Flight Attendant, I, too, will be working under our future Contract, and it is as important to me as it is to you.

Leadership can be a difficult task, as anyone who has been in a position representing others will tell you. While I don't think anyone who goes into it expects it to be easy, I also think there is very little that can truly prepare you for it. As a leader, you make decisions all day; some of them are good and some of them are not. While you know that you will make mistakes - as I have done - you hope that you learn and grow from them to become a stronger leader who will make better decisions. Strong leaders also passionately believe in the group they lead, and the causes for which they fight. I became involved because I believe in our Flight Attendants and our Union.

I made a commitment when I took office as President and Lead Negotiator, and I remain dedicated to seeing that pledge through to the end. Whether



you were a "No" voter or a "Yes" voter, it is clear as a group that we voted "NO." Your voices were very loud and clear, and I have heard you.

However, I cannot do this without you. I am respectfully and earnestly asking you to support your Union in our Contract fight. Equally important, we cannot fight each other. Unity is our strength. Infighting only emboldens Management to divide us. That is unacceptable.

As we begin our journey to the TA we deserve, it's time to reset our resolve and stay fully informed. Please read this edition with one goal in mind – to collectively secure a TA that respects our work, acknowledges our commitment, and rewards our dedication to Southwest Airlines and our Customers.

**We Missed The Mark!**

*Audrey Stone is a Las Vegas-based Flight Attendant. Audrey is the President and Lead Negotiator of TWU Local 556.*






