# EXHIBIT F

RECALL PETITION

I wish to recall the following members of the Executive Board: President Audrey Stone, 1st Vice President Todd Gage, 2nd Vice President Brett Nevarez, Recording Secretary Cuyler Thompson, Financial Secretary/Treasurer John Parrott, Board Member at Large Sam Wilkins, Board Member at Large Crystal Reven, DEBM Andrea Garnett, DEBM Stacey Vavakas, DEBM David Jackson, DEBM Pamila Forte, DEBM Rachel Brownfield, DEBM Jimmy West, DEBM Matt Hettich for the following violations:

Under the Transport Workers Union Local 556 Bylaws Objectives Article II (b)

(b) To establish through collective bargaining adequate wage standards and retirement benefits, shorter hours of work and improvements in the conditions of employment for the workers in the industry.

"by including language in the Tentative Agreement that would increase the scheduled duty day from 10.5 hours to 12 hours for Flight Attendants this clearly violates the provision and completely contradicts the language that specifically states shorter hours of work."

Under the TWU International Constitution Article XIX Section 5

(a) Violation of any of the provisions of this Constitution, any collective bargaining agreement or working rule of the union;
(n) By act, omission or conduct prejudicing or damaging the interests and welfare of the International Union or of his/her local Union.

For these reasons, I am requesting that the Board of Election under the supervision of the Department of Labor hold a new election to replace the members listed above.

In signing, I understand I am not advocating for or against any particular officer or board member nor any future candidate, instead recalling these officers and calling for a new election to be held. I am also aware that the recalled officers do have the right and ability to run again should they choose to do so.

|  Signature | Emp # | Date |  Signature | Emp # | Date |
|---|---|---|---|---|---|
| 1._____ | | | 2._____ | | |
| 3._____ | | | 4._____ | | |
| 5._____ | | | 6._____ | | |
| 7._____ | | | 8._____ | | |
| 9._____ | | | 10._____ | | |
| 11._____ | | | 12._____ | | |
| 13._____ | | | 14._____ | | |
| 15._____ | | | 16._____ | | |
| 17._____ | | | 18._____ | | |
| 19._____ | | | 20._____ | | |
| 21._____ | | | 22._____ | | |

**App.15**