# EXHIBIT J



●●○○○ AT&T Wi-Fi 🛜          1:26 PM          ⬈ ⁕ 98% 🔋⚡

🔍 Search                                      •••

**Home**    About    Photos    Videos    Events    Posts

👍 Like          💬 Comment          ➤ Share



**TWU Local 556**
February 6 at 4:16 PM · 🌐                        ⌄

On January 19, 2017 twenty-two Members of TWU Local 556 met at TWU International in Washington, D.C. for our Local's first Working Women's Committee (WWC) Meeting.

Read more:
https://twu556.org/womens-issues-service-and-education-w-i-s-e-committee/



👍❤️ 25   5 Shares                               ⌄

👍 Like          💬 Comment          ➤ Share

 **TWU Local 556** shared **AFL-CIO**'s **photo**.   ⌄
February 5 at 12:13 PM · 🌐

AFL **AFL-CIO**

       ①    28   ☰

Carter 867


EXHIBIT NO. 30

**App.29**



**Ashley Magliocco** is with **Elizabeth Alexander**.

May 14 · 🌐

Happy Mother's Day to all mommies! At every turn I am truly lucky this badass fierce intelligent woman is my Mom! I love you! (And yes, she is seen here knitting a pussy hat. One of many.)



 75

6 Comments

 Like 　💬 Comment 　➤ Share

**Ashley Magliocco** shared **Gizmodo**'s post.

    

Carter 1144

**App.30**





**AT&T** 9:27 AM 44%

Jessica Parker

👍 **Like** 💬 **Comment** ↪ **Share**

 **Jessica Parker** shared **TWU Local 556**'s **video**.

January 26, 2017 · 🌐

WHY we Marched.

 **TWU Local 556** is at 📍 **Women's March DC**.

January 26, 2017 · Washington · 🌐

This past Saturday, Members of the TWU Local 556 Working Women's Committee, along with other TWU Local 556 Members volunteered thei... Continue Reading



Women make only 80¢ for every dollar

2K Views

 11                                    1 Comment

👍 **Like** 💬 **Comment** ↪ **Share**

   

Carter 1147

**App.32**

Jessica's Post

 **Jessica Parker** added 10 new photos — with **Heather Kelly-Gray**.
January 21 · Washington · 🌐

Wow!  What a day.  I'm too tired to put all of my feelings into words, but my heart is full from the love and solidarity I felt from all of the strong and beautiful women (and men) I was surrounded by today.  **#WomensMarch #1uWomen**

 56                     2 Comments

 Like      Comment      Share



 Like      Comment      Share



Carter 1148

**App.33**


👍 Like     💬 Comment     ↗ Share

**Jessica Parker** updated her profile picture.
February 9, 2017 · 🌐



🔵🔴 59          11 Comments

↗ Share

**Jessica Parker** shared **Daylin Leach**'s post.
February 9, 2017 · 🌐

   
Carter 1154

**App.34**


↗ Share

 **Elizabeth Alexander** updated her profile picture.
January 21 · 🌐



❤️👍 39        83 Comments

↗ Share

 **Elizabeth Alexander** updated her cover photo.

    





➤ Share

 **Lori Lochelt** updated her cover photo.
January 21 · 🌐



👍❤ 35                                                    2 Shares

➤ Share

 **Lori Lochelt** updated her profile picture.
January 21 · 🌐

   

**App.37**





32                                    1 Comment   1 Share

➤ Share

  **Alexa McCracken** added a temporary profile picture.
January 21 · 🌐



57                                    7 Comments

➤ Share

    



🔵🔴 Tammi Robertson Pedling and 168 others    26 Comments

👍 Like      💬 Comment      ↪ Share

---



**Jessica Parker** shared **TWU Local 556**'s video.      👤+  •••
January 26, 2017 · 🌐

WHY we Marched.



**TWU Local 556** is at ♀ **Women's March DC**.
January 26, 2017 · Washington · 🌐

This past Saturday, Members of the TWU Local 556 Working Women's Committee, along with other TWU Local 556 Members volunteered their time and joined nearly 3,000 Union Sisters and... Continue Reading



about women's rights. I came out of it though

2K Views

🔵🔴 11                                          1 Comment

👍 Like      💬 Comment      ↪ Share

---



**Jessica Parker** is with **Brandi Leggett Adler** and **Allyson Parker-Lauck**.      •••
January 25, 2017 · San Diego, CA · 🌐

Just another day on the dirty bird! 😜

---

                
News Feed      Requests      Marketplace      Notifications      More

Carter 1163

**App.39**

<    Jessica Parker 🔍       Charlene   ⌄

👍 Like     💬 Comment     ↪ Share



**Jessica Parker** shared **TWU Local 556's video.**
January 26, 2017 · 🌐     🧑‍➕ •••

WHY we Marched.



**TWU Local 556** is at ◉ **Women's March DC.**
January 26, 2017 · Washington · 🌐

This past Saturday, Members of the TWU Local 556 Working Women's Committee, along with other TWU Local 556 Members volunteered their time and joined nearly 3,000 Union Sisters and... Continue Reading



I want them to feel safe in this world as well, especially women when it comes to workforce.

2K Views

👍❤️ 11                     1 Comment

👍 Like     💬 Comment     ↪ Share



**Jessica Parker** is with **Brandi Leggett Adler** and **Allyson Parker-Lauck.**     •••
January 25, 2017 · San Diego, CA · 🌐

Just another day on the dirty bird! 😜

            
News Feed     Requests     Marketplace     Notifications     More

Carter 1164

**App.40**

 Allyson Parker-Lauck

👍 **Like**    💬 **Comment**    ↪ **Share**

 **Allyson Parker-Lauck** updated her profile picture.
January 28, 2017 · 🌐



👍❤️ 24

↪ **Share**

     

Carter 1165

**App.41**



# TWU Local 556 Working Women's Committee Participates in Women's March on Washington

Jan 26, 2017 | Public News, Women's Issues, Service, and Education (WISE) Committee



This past Saturday, Members of the TWU Local 556 Working Women's Committee, along with other TWU Local 556 Members volunteered their time and joined nearly 3,000 Union Sisters and Brothers and many more in the Women's March on Washington. Their reasons to march are as varied as our Members and include economic justice, a harassment-free workplace, and non-discrimination for LGBTQ employees. These are worker's issues, Union issues.



© 2017 TWU Local 556, All Rights Reserved.

**Carter 1166**

**App.42**



## TWU Local 556 Working Women's Committee Participates in Women's March on Washington

Jan 26, 2017 | Public News, Women's Issues, Service, and Education (WISE) Committee



This past Saturday, Members of the TWU Local 556 Working Women's Committee, along with other TWU Local 556 Members volunteered their time and joined nearly 3,000 Union Sisters and Brothers and many more in the Women's March on Washington. Their reasons to march are as varied as our Members and include economic justice, a harassment-free workplace, and non-discrimination for LGBTQ employees. These are workers' issues, Union issues.



🏠 HOME     📋 ABOUT US     ☑ TERMS AND CONDITIONS     📄 PRIVACY     🔖 PRESS

f   🐦

© 2017 TWU Local 556, All Rights Reserved.

000018

**Carter 1167**

**App.43**

●●○○○ AT&T Wi-Fi 🛜  3:42 PM  ⬇ ✻ 66% ▭

🔍 Transport Workers Union (TWU)   •••

**Home**   About   Photos   Videos   Posts   Communit



**Transport Workers Union (TWU)**
January 26 · 🌐

"I came to D.C. to march for women's rights. I left reminded that women come in all shapes, sizes, colors and sexual orientations. The number of women (and men) was overwhelming. I learned the true meaning of women's rights are human rights...pretty simple. To be able to share this experience with my daughter and to have her see first-hand what the TWU Working Women's Committee can... See More



**TWU Represented at Women's March**
In a massive outpouring of support for women's rights, worker...
twu.org

 ❤️😆 67   21 Comments   5 Shares    ▾

👍 Like          💬 Comment          ➤ Share

          22   

Carter 1173

**App.44**



 1

 Like           Comment           Share



**App.45**

Case 3:17-cv-02278-X   Document 170-9   Filed 09/02/21   Page 19 of 29   PageID 4130

Q Search

 **Transport Workers Union (TWU)**
March 8 at 12:38 PM · 🌐

Happy **#InternationalWomensDay** from TWU! Thank you to women all over the country for keeping America moving today and every day. Follow us on Instagram for more photos throughout Women's History Month!



11 Shares

 Like     Comment     Share

 26

Write a comment...

**App.46**



●●○○○ AT&T Wi-Fi 🛜          6:38 PM          🖈 ✳ 17% 🔋

🔍 Jessica Parker

👍 Like          💬 Comment          ➡️ Share

 **Jessica Parker** updated her cover photo.
January 23 · 🌐



👍❤️ 36                              2 Comments

 Share

 **Jessica Parker**
January 22 · Dulles, VA · 🌐

To those of you who are doing a copy and paste job of the post written by Liz Arndt,

First of all, I would find much more sincerity and meaning in

    

Carter 1178

**App.47**



•• ○○○ AT&T Wi-Fi 🛜 ❄️    6:48 PM    ⌁ ✷ 13% 🔋

🔍 Allyson Parker-Lauck

👍 Like          💬 Comment          ➤ Share

 **Allyson Parker-Lauck** updated her profile picture.
January 28 · 🌐



👍❤️ 25

➤ Share

    22 

Carter 1180

**App.48**



**Uploads**

Photos      Uploads      Albums



   

Carter 1182

**App.49**



**Fawn Nicholson**
January 24, 2017 · Tampa, FL

My Union does not speak for me. How is this okay. The amount of funds for this event is through the roof! Can you even imagine how costly hotel rooms are? This is outrages!

**Photo (2 of 3)**

Rena Sinel, Jody Short Avent and 42 others          48 Comments

👍 Like                    💬 Comment

**Heather Tatum** Did afa do this too?
Like · Reply · 2y

> **Fawn Nicholson** Don't know
> Like · Reply · 2y

> **Joe Rivera** I'm sure AFA was at the march, however they do not pay for pulled trips or hotels. It's all volunteer work. They may have supplied lunch, water, or snacks, but that's about all.
> Like · Reply · 2y          👍 2

> **Heather Tatum** I wonder, instead of political things that have

Carter 1346

Case 3:17-cv-02278-X    Document 170-9    Filed 09/02/21    Page 24 of 29    PageID 4135

‹     🔍 Local 556 womens march     

 **TWU Local 556** at 📍 **The Mall (Washington DC).**
January 21 · Washington · 🌐

Members of the TWU Local 556 Working Women's Committee are in Washington, DC, today standing with other Union Members and participating in the Women's March on Washington. They're standing up for women's rights!

**#WomensMarch #WhyIMarch**



👍❤️😠 67            2 Comments   14 Shares

👍 Like       💬 Comment       ➤ Share

 **TWU Local 556** at 📍 **The Women's March on Washington - District of Columbia.**
January 26 · Washington · 🌐

This past Saturday, Members of the TWU Local 556 Working Women's Committee, along with other TWU Local

                        

Carter 1449

**App.51**

    Jessica Parker        Charlene 

 Tammi Robertson Pedling and 108 others     28 Comments

👍 Like     💬 Comment     ↗ Share

---

 **Jessica Parker** shared **TWU Local 556's video.**
January 26, 2017 · 🌐

WHY we Marched.

---

 **TWU Local 556** is at 📍 **Women's March DC.**
January 26, 2017 · Washington · 🌐

This past Saturday, Members of the TWU Local 556 Working Women's Committee, along with other TWU Local 556 Members volunteered their time and joined nearly 3,000 Union Sisters and... Continue Reading



2K Views

👍❤️ 11         1 Comment

 

👍 Like     💬 Comment     ↗ Share

---

 **Jessica Parker** is with **Brandi Leggett Adler** and **Allyson Parker-Lauck.**
January 25, 2017 · San Diego, CA · 🌐

Just another day on the dirty bird! 😜

    

Case 3:17-cv-02278-X Document 100 Filed 06/26/21 Page 26 of 29 PageID 4137

🔍 Local 556 womens march



**TWU Local 556** at 📍 **The Mall (Washington DC).**
January 21 · Washington · 🌐

Members of the TWU Local 556 Working Women's Committee are in Washington, DC, today standing with other Union Members and participating in the Women's March on Washington. They're standing up for women's rights!

#WomensMarch #WhyIMarch



👍❤️😠 67                    2 Comments   14 Shares

👍 Like            💬 Comment            ➤ Share



**TWU Local 556** at 📍 **The Women's March on Washington - District of Columbia.**
January 26 · Washington · 🌐

This past Saturday, Members of the TWU Local 556



 Q Search 

#WomensMarch #WhyIMarch



14 Shares 

👍 Like          💬 Comment          ↪ Share

 67



 **Michael Broadhead**
So proud! Yes! Grassroots comes to life. It now requires sustained definable actions and efforts.
January 21 · Like · 👍 6 · Reply

 **Rebecca Hofstetter**
I wish I would have known so I could have joined you.
January 22 · Like · 👍 1 · Reply

 Write a comment...    Post

    



< 🔍 Search ⋯

**Home**  About  Photos  Videos  Events  Posts

👍 Like          💬 Comment          ➤ Share

 **TWU Local 556**                                    ⌄
February 6 at 4:16 PM · 🌐

On January 19, 2017 twenty-two Members of TWU Local 556 met at TWU International in Washington, D.C. for our Local's first Working Women's Committee (WWC) Meeting.

Read more:
https://twu556.org/womens-issues-service-and-education-w-i-s-e-committee/



👍❤️ 25  5 Shares

👍 Like          💬 Comment          ➤ Share

 **TWU Local 556** shared **AFL-CIO**'s **photo**.        ⌄
February 5 at 12:13 PM · 🌐

AFL  **AFL-CIO**

