# EXHIBIT N









556 Members For Total Recall

Closed Group

556 Members For Total Recall

Charlene Home 96

Joined | Notifications | Share | ···

Discussion

**Your post**

Members

Events

Videos

Photos

Files

Search this group

Flight Attendants fo… 20+

Denver Based Flig… 20+

Help ❤ For Stranded Fli…

Pudinhead and Co… 16

RECALL ROUNDUP

556 Members For Total …

Donald J. Trump Is … 20+

**Charlene Gayle Carter** shared Kim Stringer Opperman's post.
January 22

READ!

**Kim Stringer Opperman** ▸ **Flight Attendants for a Conservative America**
January 21

Southwest Airlines Lights Up Pink In Solidarity With Women's Anti-Trump March

As if airline travel weren't annoying enough, Southwest Airlines just kicked it up a notch. Some flights headed for Washington D.C. ahead of the Women's…

DAILYWIRE.COM

ADD MEMBERS

+ Enter name or email address...

MEMBERS 2,491 Members (8 new)

SUGGESTED MEMBERS Hide

Jeff Winistorfer Add Member

Ken Zant Add Member

Dannette Steck Add Member

See More

DESCRIPTION

This group is dedicated to Recalling the out of touch members of TWU 556 Executive Board...11 of the 17 of them!

GROUP TYPE

Team

LOCATIONS

YOUR GAMES MORE

RECOMMENDED GAMES MORE

**Kimberly Michelle** replied to Greg Hofer's comment.

**MaryEllen Matter** reacted to Chris Click's post in Delegate Nominees 2017.

**Andy Byles** shared Fox News's video.

**Greg Hofer** commented on his own post.

**Kay Hogan** commented on Chris Click's post.

**Amy-Lea Lanterman Miller** likes Charla Miller's post in LUV @ BWI.

**James Greene Sr.**

Greg Hofer

Patrick Delohery

Stacey Wise

Bridgette Williams

Ken Zant

MORE CONTACTS (46)

Amanda Marie

Search

Texas Tea Party Pa... 20+

556 Members For Total Recall

Closed Group

Julie Sorensen-Howard added a photo in **I love bloodhounds**.

a few seconds ago

Shortcuts

Kay Hogan, Jody Short Avent and 4 others

**Jenny Findley** Ok but the attachment isn't there 😟
Like · Reply · 1 · January 22 at 12:12pm

**Greg Hofer** Sometimes attachments fail, Charlene will repost it I'm sure.
Like · Reply · January 22 at 12:24pm

**Sue Renz** So wrong! Pink is to support breast cancer research and survivors! These woman don't represent me and I am ashamed of them using breast CA pink.
Like · Reply · 7 · January 22 at 2:38pm

**Jeanna Jackson** Oh there's a more...I will update later
Like · Reply · 1 · January 22 at 3:10pm

**Jeanna Jackson** Apparently 20-30 fa's were pulled from trips to attend this protest with Audrey and the Working Women's committee, Jessica Parker. Yes it was paid for with our dues...smh
Like · Reply · 5 · January 22 at 6:02pm

**Martha Wells** I can't even be shocked by her anymore. I'm now expecting this behavior.
Like · Reply · 4 · January 22 at 6:13pm

**PeggySue Flynn** That is totally unacceptable!
Like · Reply · 1 · January 22 at 6:43pm

**Angie May Connor** Wha???!!!! And the hits just keep coming....don't I get ANY say in how my union does are spent!!!
Like · Reply · 2 · January 22 at 6:48pm

**Sandie Svendsen Dyer** WHAAAAT!
Like · Reply · January 22 at 6:57pm

**Deborah Williams** This group didn't represent every women unbelievably and we paid for it...
Like · Reply · 2 · January 22 at 7:27pm

**Shelley Shannon** They were paid to go to the woman's march?? How about they go out and work these 13-16 hour duty days with 10 hour over nights that happen every trip! I'll be happy to go to a March, get adequate rest and not come home sick from long days and no sleep 😣
Like · Reply · 10 · January 22 at 10:32pm

Write a reply...

**Keley Bee** That's ridiculous!!
Like · Reply · 1 · January 22 at 6:20pm

**Charlene Gayle Carter** Can you guys see the attachment cause when I click on it it works. Jeanna Jackson doesn't surprise me that our Union is at this March....and that we are paying them to be there.....IT IS WRONG and I am SOOOOO TIRED of this CRAP from TWU and 556!
Like · Reply · 6 · January 22 at 6:39pm

**Monica Hunt** Can't see attachments

CREATE NEW GROUPS

Groups make it easier than ever to share with friends, family and teammates.

Create Group

RECENT GROUP PHOTOS See All

Suggested Groups See All

**Run, Heifer, Run!**
822 members
+ Join

**MS & Me: Ladies Only Multiple Sclerosis Group**
10,676 members
+ Join

**Namaste Today**
+ Join

YOUR GAMES MORE

RECOMMENDED GAMES MORE

**Kimberly Michelle** replied to Greg Hofer's comment.

**MaryEllen Matter** reacted to Chris Click's post in Delegate Nominees 2017.

**Andy Byles** shared Fox News's video.

**Greg Hofer** commented on his own post.

**Kay Hogan** commented on Chris Click's post.

**Amy-Lea Lanterman Miller** likes Charla Miller's post in LUV @ BWI.

**James Greene Sr.**

Greg Hofer

Patrick Delohery

Stacey Wise

Bridgette Williams

Ken Zant

MORE CONTACTS (46)

Amanda Marie

Search

556 Members For Total Recall

Closed Group

**Susan Healey** Can't see attachment.
Like · Reply · 1 · January 22 at 11:07pm

**Shelley Shannon** So if a FA is called in for any kind of fact finding meeting.. and we are suppose to take Union Rep.. how do we know the Union Rep is there for our best interests?
Like · Reply · 4 · January 22 at 11:07pm

> **Sharon Steward** From what I hear they never say much during the findings. I would act as my own attorney with research and facts.
> Like · Reply · 2 · January 23 at 8:16pm
>
> Write a reply...

**Michelle Colby** The flight attendants should not be showing their political views on the plane. They should have been disciplined.
Like · Reply · 3 · January 24 at 4:06pm

**Michelle Colby** Oh and the fact that my dues are paying them to go to the Pu^^y parade really pisses me off! Sorry if that offends anyone.
Like · Reply · 2 · January 24 at 4:07pm

Write a comment...

Shortcuts

**ONE LUV WIVES**
1 friend · 1,328 members
+ Join

**Laureate Park at Lake Nona Community**
975 members
+ Join

Buy and Sell Groups Near You

**Denver Buy & Sell** ☺
1 friend · 8,065 members
+ Join

SIDEWALK

YOUR GAMES MORE

RECOMMENDED GAMES MORE

**Kimberly Michelle** replied to Greg Hofer's comment.

**MaryEllen Matter** reacted to Chris Click's post in Delegate Nominees 2017.

**Andy Byles** shared Fox News's video.

**Greg Hofer** commented on his own post.

**Kay Hogan** commented on Chris Click's post.

**Amy-Lea Lanterman Miller** likes Charla Miller's post in LUV @ BWI.

**James Greene Sr.**

Greg Hofer

Patrick Delohery

Stacey Wise

Bridgette Williams

Ken Zant

MORE CONTACTS (46)

Amanda Marie

Search