# EXHIBIT P



App.78

