# EXHIBIT R

| | |
|---|---|
| **From:** | Audrey Stone |
| **Sent:** | Wednesday, February 22, 2017 8:51 PM CST |
| **To:** | Suzanne Stephensen |
| **CC:** | Naomi Hudson; Sonya Lacore |
| **Subject:** | Complaint - contains graphic images |

Dear Suzanne,

Below you will see Facebook messages that were sent to me last week by Southwest Airlines Flight Attendant Charlene Carter. It is in regards to a TWU Local 556 Women's Committee meeting that I participated in last month, and a march that I voluntarily participated in a few days later. Up until December I chaired our TWU Committee, which works with TWU International to collectively help build future women leaders and address women's issues.

The messages contain two graphic videos of an alleged aborted fetus and make references to murder as well as political and religious comments. The first two are the actual messages she sent me, and the bottom two are the links that they came from.

I found the messages to be incredibly disturbing and believe it to be a violation of the social media policy. I find it obscene and violent, as well as threatening in nature. I also believe it is a violation of the Workplace Bullying and Hazing policy, under cyber bullying. Further, I believe the references to religion are a violation of the Harassment Policy. Charlene doesn't know me, or my religious views. I also believe it violates our work and conduct rules under Class II.3. as well as Class IV.6&7.

While I hold a current position within my Union, I am a Southwest Airlines Employee first and foremost. I have made clear that I will not be seeking re-election, and am now fearful to return to my job as a line-flying Flight Attendant due to repeated personal attacks and threats made both via social media as well as altercations that have occurred face to face while I've been on a Southwest Airlines plane. I can't and won't continue to be disrespected as an Employee of Southwest Airlines, or as a human being.

Should you need further information, please let me know. I did not know how to attach the videos themselves from Facebook to an email which is why they are only screenshots. The photos don't do justice to the awfulness of the videos. I also blocked her until I realized that I could no longer access the videos, and until this complaint is investigated, I wanted to be able to have them as evidence. She has continued to send me messages since these but I haven't opened them.

I can't "unsee" these images, and I was waiting to board a flight on us when I logged in and saw them. I sat in the gate area alone and cried, and had to contact a close friend to even pull myself together enough to board the flight.

I am personally pro-choice, and to be sent messages that reference me as a "murderer" couldn't be further from the truth. However, I believe in equality and individual rights, and will continue

**CONFIDENTIAL DOCUMENT**

**SWA004226**


EXHIBIT NO. 3

App.105

to support causes and events that promote the fundamental rights I believe every human being should have.

Thank you for addressing this very upsetting matter. I've had the above drafted and it had taken me days to be able to hit "send." It's taken me a week wrestling with the decision. I've spent my career protecting and defending our Flight Attendants, but I realize I must also protect myself and the job I have at Southwest.

CONFIDENTIAL DOCUMENT

SWA004227

App.106

    

**●●●●○ AT&T LTE**   17:55   ✈ ✻ 18% 🔋

**❮ Home (1)**   **Charlene Carter ❯**   📞  📹
Messenger

TUE 12:22

This is what you supported during your Paid Leave with others at the Women's MARCH in DC....You truly are Despicable in so many ways...by the way the RECALL is going to Happen and you are limited in the days you will be living off of all the SWA FAs..cant wait to see you back on line.



**Samina Shah added a new video.**
An aborted baby alive even after the abortion. This is the reason abortion is murder and Hara...

       

CONFIDENTIAL DOCUMENT

SWA004228

**App.107**



●●●●○ AT&T LTE 17:55 18%

Home (1)

Charlene Carter >
Messenger

TUE 13:33

TWU-AFL-CIO and 556 are supporting this Murder...

**My Page - My Opinions added a new video: Abortion.**

#Democrats - This is what you support? If its...

My Page - My Opinions

Did you know this....Hmmmm seems a little counter productive don't you think....you are nothing but a SHEEP in Wolves Clothing or you are just so un-educated you have not clue who or what you were marching for! Either way you should not be using our DUES to have Marched in this despicable show of TRASH!

Aa GIF



CONFIDENTIAL DOCUMENT

SWA004232

**App.109**



Sincerely,

Audrey Stone
#74952

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited and subject to legal action. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

CONFIDENTIAL DOCUMENT

SWA004233

App.110