# EXHIBIT S

| From: | Ed Schneider |
|---|---|
| Sent: | Tuesday, February 28, 2017 1:19 PM CST |
| To: | Denise Gutierrez; Maureen Emlet |
| Subject: | Meeting notes - Audrey Stone 74952 |
| Attachments: | FF notes Audrey Stone 74952.doc |

Here are the notes from Audrey's meeting attached. I know they have initials instead of names. I didn't have time to go in and change them.

**Ed Schneider**
Denver Inflight Base Manager
303-214-2354
Ed.schneider@wnco.com



CONFIDENTIAL DOCUMENT

SWA004633

EXHIBIT NO. 5

App.111

## Fact Finding Meeting Notes

Date: February 24, 2017

Location: DEN Inflight Base

Employee Name/Number: Audrey Stone/74952

Union Representatives: Brett Nevarez/26363

Company Representatives: Denise Gutierrez/94001, Ed Schneider/26550, Janet Rhea/1435

Additional Attendees: NA

Reason for Meeting: Investigation of harassment and retaliation towards Audrey.

| Initials: | Meeting Notes: |
|---|---|
| ES | Audrey and Denise are on the phone. The reason for this call is to get an understanding of the situation before reaching out to Charlene to discuss the situation. Denise, are you ready? |
| DG | Yes, I was just looking at the video. Audrey, do you want or need a Union Rep? |
| AS | Not unless I need one? |
| DG | No, no. |
| AS | No, actually…. |
| DG | Is someone with you? |
| AS | Yes, let me see… |
| DG | We can wait. We want to make sure you are comfortable. |
| AS | Go ahead, I can't find him. |
| DG | If you become uncomfortable…. |

CONFIDENTIAL DOCUMENT

SWA004634

App.112

| AS | He's here now, Brett Nevarez. |
|---|---|
| DG | Brett, what is your employee number? |
| BN | 26363 |
| DG | We are here to investigate all allegations of discrimination for example: age, race, disability, religion, pregnancy, retaliation and sexual harassment.  When it's with Inflight, we partner with the leadership to do it together.  I will ask questions and Ed will ask questions to get more details.  Thank you for reporting this incident and please keep the entire conversation confidential.  According to Company policy you can't participate in any kind or retaliation.  Ok? |
| AS | Ok. |
| DG | Ed, do you have a note taker? |
| Ed | Yes, it's Janet Rhea. |
| DG | Great.  Tell me first the individual that sent the message. |
| AS | It's a Flight Attendant in Denver.  Since 2008 when I was on the board she has not been Union friendly.  In 2013 when I came in as President through Face Book she has sent various messages.  I have ignored them and have not had a relationship with her.  She is very anti-Union. |
| DG | Charlene Carter? |
| AS | Yes. |
| DG | How well do you know Charlene? |
| AS | I don't know her. |
| DG | What do you think would cause her to send the message? |
| AS | I have never had a conversation with her.  She is anti-Union.  She has sent messages in the past that I have ignored.  I was on a ski trip with some people from Denver last Wednesday.  I asked them not to tag or post anything on Facebook.  I went on Facebook to check and there was a message from her.  I opened the message and it had a video that I couldn't look at because I was in the Denver airport.  I read the text and closed it out.  I couldn't look at the video in the airport.  I don't know Charlene.  I was at the Working Women's Committee meeting in D.C. and there were pictures posted on our TWU site.  That may have generated the message from her. |
| DG | What is the TWU role in the Working Women's Committee meeting? |
| AS | There are over 20 committees.  There are two joint committees between Southwest Airlines and the Union.  CISM, Professional Standards, Scholarship.  The Women's committee team with International committees and this was the first one to work on women's issues.  Most |

App.114

[Redacted and filed under seal]

[Redacted and filed under seal]

[Redacted and filed under seal]