# EXHIBIT T

| | |
|---|---|
| **From:** | Denise Gutierrez |
| **Sent:** | Monday, February 27, 2017 9:53 AM |
| **To:** | Audrey Stone |
| **Cc:** | Suzanne Stephensen; Ed Schneider; Brett Nevarez |
| **Subject:** | RE: Complaint - entire Facebook thread re: Charlene Carter |

Thank you for all this information, Audrey. It appears that some of the posts were cut off at the bottom. The last legible post is about "Truth" and "Self Interest". Are those the last posts or are there others that need review? If so, could you please resend those posts when you get a chance. Thanks so much!

**From:** Audrey Stone
**Sent:** Saturday, February 25, 2017 10:07 PM
**To:** Denise Gutierrez
**Cc:** Suzanne Stephensen; Ed Schneider; Brett Nevarez
**Subject:** Complaint - entire Facebook thread re: Charlene Carter

Denise,

Below are screenshots of every message Charlene Carter has sent me via Facebook, at your request. There are a lot and span the last two years. I haven't read through them all; I took screenshots this morning and they should appear in chronological order. I can tell you that, from what I skimmed as I was photographing them, they are ugly and hateful. Also, very concerning is repeated references regarding Brian Talburt's termination and subsequent reinstatement.

I will also be following up with you regarding the comments and threats about when "I return to the line" regarding the Flight Attendant I mentioned yesterday when you inquired.

SWA has a no retaliation policy, but as I expressed yesterday on our call, I was very fearful of even bringing my complaint forward due situations like this.

Thank you.

Audrey Stone

   

●●○○○ AT&T   LTE          **09:34**          100% ▮

‹ **Home**          **Charlene Carter** ›
          Messenger



# Charlene Carter

### 4 mutual friends including Sara King and TJ Barron

Add them so they can message you,

SWA000529



EXHIBIT NO. 14

**App.117**

and so you can send and receive money, make voice calls and video chats, and more in your conversation.

**ADD ON MESSENGER**

03/04/2015, 18:47

Well Audrey,
Looks like you all have stepped in Dog Poo Big TIME....funny how that happens when there is Little to no Integrity with our Leadership in TWU!  No one is buying your Apology except maybe your HARDCORE Followers, but the ones on the Fence are truing to LYNN and Company. Whats really sad is that I have friends both in Dallas and Denver that have supported you and now they too  are going to support LYNN. The Chickens are coming home to ROOST! I personally may

Type a message...

       

SWA000530

●●○○○ AT&T  LTE                    09:34                    ◥ ⚹ 100% ▬▬▬

< Home                    Charlene Carter  >
                              Messenger

home to ROOST!  I personally may
not get to vote (because I Choose to
Opt OUT) but I sure have a lot of
friends who are, and my phone has
been buzzing with Text messages,
and Ringing with calls, on this
subject, all day. They are asking me
if I have seen the Un-Professional
and Down Right Hateful words about
Members that have been written and
talked about between all of you.
THOSE Members Pay your Paycheck,
and how totally Disrespectful you all
have been to them. But all I can say
is it does not surprise me. I have
experienced the Hate before from a
few of your Board Members and
Staunch Supporters, along with
Threats of Charges being brought
against me for just saying the WORD
(Decertify) even though Brett (who
made that Threat) Did TRY and

SWA000531

Decertify from TWU years ago. So your Apology along with Brett, and Cuyler are falling on DEAF EAR. Maybe just Maybe we will get the Positive Change this Election Cycle and VOTE EVERYONE of you OUT of OFFICE.

Type a message...

       

●●○○○ AT&T  LTE          09:34          ⚹ ✶ 100% ▇

⟨ Home          Charlene Carter ⟩           
                    Messenger

and VOTE EVERYONE of you OUT of OFFICE.

Praying that Happens!

from a MEMBER who still pays DUES just objects to paying for the TWU Liberal Political STUFF and the Sheer Disrespect you all SHOW to Members that do not agree with YOU!



SWA000532



03/04/2015, 22:35

hmmmm didn't you say in your apology letter that the group where all the hate was spewed was started by your supporters?? Well this little info that I just received dosnt reflect your statement, unless all your supporters are Board Members, plus all of you are Admins... So not only were you all talking disrespectfully about Members but you

Type a message...

       

●●○○○ AT&T  LTE     09:34     ⚹ ✶ 100% ▬

 Home

Charlene Carter ›
Messenger

  

SWA000533

talking disrespectfully about Members but you all allowed it to happen. That sure says a lot about the true Character of Each of you. Funny how the Truth always comes out!! Thank GOD it has before all the voting has been done. Just got another call saying many more are going to be voting for Lynn and Team!! My night just gets better and better!! Even my little Girl who has watched this go done said what you all did was Wrong and Distasteful and you all should be fired, and to think she is only 11 years old and is learning first hand just how Morally Bankrupt some can be. once

SWA000534

App.122

again this is a big
reason I Opted out if

Type a message...

       



●●○○○ AT&T  LTE          09:34          100% ▰

          Charlene Carter ›           
                              Messenger

some can be. once
again this is a big
reason I Opted out if
this Union, it has been
going on a long time, I
should know since I
have all the transcripts
from Melissa Smiths
Trial that I Testified, you
all are a Product of
what is wrong with our
Union. Finally more and
more are waking up to
this very fact, because
you all do the very
same things to stay in

SWA000535

**App.123**

POWER!! Corruption at its best, you should be very PROUD of yourselves!!



Type a message...

       

●●○○○ AT&T  LTE          09:34          ⊿ ✳ 100% ▰

❮ Home          Charlene Carter ❯
                    Messenger         

POWER!! Corruption at its best, you should be very PROUD of yourselves!!

🔒 facebook.com

SWA000536

**App.124**



03/09/2015, 20:49

This is how I see you and your Board, such a shame!!!
Moral Bankruptcy by Robert M. Sherfield, Ph.D.
Integrity is more than meeting the

Type a message...



SWA000537



Integrity is more than meeting the demands of the written law and what is legal; it is about living a life that is beyond reproach regardless of the legal system. Integrity, according to author Robert Grudin, also involves continuity. It is not something that you profess one day and abandon the next. Integrity is about doing what is right through thick and thin, day-in and day-out, year after year.

People who have abandoned their integrity have common characteristics. There is no standard mold in which all morally bankrupt people fit, but you can look at the behaviors of those who have questionable integrity issues and discover much about the person and their actions.

SWA000538

**App.126**

Following, you will find how those who are morally bankrupt handle the following issues of integrity.

Self-Esteem
People with questionable integrity are usually those who care very little

       

Type a message...

●●○○○ AT&T  LTE          09:34          ✈ ⚡ 100% ▬

‹ Home        Charlene Carter ›         
              Messenger

People with questionable integrity are usually those who care very little about themselves; thus, they are not able or willing to care about others. They have no true moral center on which to base their actions and judgments. Their self-esteem is so unhealthy that they literally cannot see how their actions damage their reputation.

SWA000539

App.127

## Courage
Courage is a quality of the strong. People who have integrity issues are those who have very little courage to stand up for what is right. Instead, they stand up for what is right for them — their careers, their gains, and their quest for power. Cowardly behavior is a trait of morally bankrupt people.

## Money and More
Nothing is ever good enough and there is never enough of "it" to the morally bankrupt person. They want more and more and they will do anything to get it. They do not concern themselves with others'

Type a message...

       



●●○○○ AT&T  LTE               09:35                    100%

SWA000540



**App.128**

 Home          Charlene Carter ›            
                         Messenger

## Truth

The truth is an expendable commodity to the morally bankrupt person. They do not care about the truth; they care about winning, gaining, and defeating the competition. The truth to them is as useless as day-old dishwater.

Personal integrity has become one of the characteristics that employers now seek in new associates. It is so important to some companies that they have begun giving integrity and personality assessments before they hire even the most qualified applicant.

## Self-Interest

This is perhaps the most important trait of morally bankrupt people. They can only see the world through their own eyes. They have never even thought about walking in another's shoes, much less asking

SWA000541

about another's needs. They are self-centered and have only their interest and well-being at heart.

You might think to yourself, But isn't

Type a message...

       

SWA000542

SWA000543

**App.131**

SWA000544

**App.132**

SWA000545

**App.133**

SWA000546

SWA000547

**App.135**

SWA000548

App.136

Audrey Stone
President

_____

TWU Local 556
The Union of Southwest Flight Attendants

SWA000549

**App.137**

8787 N. Stemmons Fwy. #600
Dallas, TX 75247
p. 214-640-4301
f. 214-357-9870
e. astone@twu556.org
w. www.twu556.org

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited and subject to legal action . If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

SWA000550



‹ **Home**

**Charlene Carter** ›
Messenger

 

Had to share with you... This came from a friend of mine in Denver who also has had the pleasure of the disrespect from a few on this Un-Elected Board!! He did Say this about Flight Attendants.... What kind of a message does that send when BOARD Members say things like this about the Very Flight Attendants he says he Represents.... Hmmmm very Un-Professional at the very Least!!! To think this iis the very Character (Statement from his own mouth) that we as Flight Attendants PAY FOR!!! Their is such a lack of Morals on this Board.... PRAYING that all of you are Voted Out of office!! Then we can bring back Truth.



Type a message...

      

SWA000601
**App.139**



‹ **Home**

**Charlene Carter** ›
*Messenger*

 

all of you are Voted Out of office!! Then we can bring back Truth, Transparency, Integrity and UNITY!!!





Oh dude NOTE.... This person who sent this to me Voted a straight ticket for Lynn and Team. YAY



Oops got so excited about their vote that misspelled Side Note.... But

Type a message...

      

Oh dude NOTE.... This person who sent this to me Voted a straight ticket for Lynn and Team. YAY

Oops got so excited about their vote that misspelled Side Note... But because you are so Smart I am sure you got the meaning of the message.

03/11/2015, 20:22

This is what Radical Unions like TWU use to get their WAY!!  Same things being used by this Un-Elected Board....but people are waking up to the tactics and someday the Chickens will come home to ROOST. Praying to GOD it comes sooner then latter.

Saul Alinsky's 12 Rules for Radicals

Here is the complete list from Alinsky.

* RULE 1: "Power is not only what you have, but what the enemy thinks

Type a message...

SWA000603

App.141

use to get their WAY!! Same things being used by this Un–Elected Board....but people are waking up to the tactics and someday the Chickens will come home to ROOST. Praying to GOD it comes sooner then latter.

Seen

Saul Alinsky's 12 Rules for Radicals

Here is the complete list from Alinsky.

* RULE 1: "Power is not only what you have, but what the enemy thinks you have." Power is derived from 2 main sources – money and people. "Have-Nots" must build power from flesh and blood. (These are two things of which there is a plentiful supply. Government and corporations always have a difficult time appealing to people, and usually do so almost exclusively with economic arguments.)
* RULE 2: "Never go outside the expertise of your people." It results in confusion, fear and retreat.

Type a message..

\* RULE 3: "Whenever possible, go outside the expertise of the enemy." Look for ways to increase insecurity, anxiety and uncertainty. (This happens all the time. Watch how many organizations under attack are blind-sided by seemingly irrelevant arguments that they are then forced to address.)

\* RULE 4: "Make the enemy live up to its own book of rules." If the rule is that every letter gets a reply, send 30,000 letters. You can kill them with this because no one can possibly obey all of their own rules. (This is a serious rule. The besieged entity's very credibility and reputation is at stake, because if activists catch it lying or not living up to its commitments, they can continue to chip away at the damage.)

\* RULE 5: "Ridicule is man's most potent weapon." There is no defense. It's irrational. It's infuriating. It also works as a key pressure point to force the enemy into concessions. (Pretty crude, rude and mean, huh? They want to create anger and fear.)

\* RULE 6: "A good tactic is one your

Type a message...

* RULE 6: "A good tactic is one your people enjoy." They'll keep doing it without urging and come back to do more. They're doing their thing, and will even suggest better ones. (Radical activists, in this sense, are no different that any other human being. We all avoid "un-fun" activities, and but we revel at and enjoy the ones that work and bring results.)

* RULE 7: "A tactic that drags on too long becomes a drag." Don't become old news. (Even radical activists get bored. So to keep them excited and involved, organizers are constantly coming up with new tactics.)

* RULE 8: "Keep the pressure on. Never let up." Keep trying new things to keep the opposition off balance. As the opposition masters one approach, hit them from the flank with something new. (Attack, attack, attack from all sides, never giving the reeling organization a chance to rest, regroup, recover and re-strategize.)

* RULE 9: "The threat is usually more terrifying than the thing itself."

SWA000606

**App.144**

Type a message...

* RULE 9: "The threat is usually more terrifying than the thing itself." Imagination and ego can dream up many more consequences than any activist. (Perception is reality. Large organizations always prepare a worst-case scenario, something that may be furthest from the activists' minds. The upshot is that the organization will expend enormous time and energy, creating in its own collective mind the direst of conclusions. The possibilities can easily poison the mind and result in demoralization.)

* RULE 10: "If you push a negative hard enough, it will push through and become a positive." Violence from the other side can win the public to your side because the public sympathizes with the underdog. (Unions used this tactic. Peaceful [albeit loud] demonstrations during the heyday of unions in the early to mid-20th Century incurred management's wrath, often in the form of violence that eventually brought public sympathy to their side.)



## Charlene Carter ›
### Messenger

some and not against
others, so your letter
was in perfect timing!!
Hope to see this Denver
Flight Attendant back
on line VERY Soon!!!



My Attorney called it Blatant
Discrimination!!! Just saying...
Wonder who on the EB called in this
favor for Brian???? Doesn't matter it
shows Calaberation and both parties

Type a message...

      

SWA000608

App.146



Case 3:17-cv-02278-X  Document 170-17  Filed 09/02/21  Page 32 of 106  PageID 4224

**Charlene Carter** ›
Messenger

 

shows Calaberation and both parties could suffer, because they are applying it to only a few and that is a NO NO, they are Blatantly ignoring their own Company Policies.... Hmmmm that sounds like corruption.... Wonder who it was in the chain of Management allowed this to happen.... I know that if an attorney takes this that he will find out!! Hope all this gets worked out in a timely manner for this flight attendant.

 And Nicely worked out.

03/24/2015, 13:05

Hmmmm looks likes there is another GROUP that is not happy with TWU...REALLY??????

TWU LOCAL 577 IS NOW ATTEMPTING TO DECERTIFY TWU. This letter below from Local 577 Contract negotiators, Debra Peterson-Barber and Katie Fowle. THEY QUIT!!
--------

Type a message...

     

SWA000609



 

**< Home**    Charlene Carter >
Messenger

03/24/2015, 13:05

Hmmmm looks likes there is another GROUP that is not happy with TWU...REALLY??????

TWU LOCAL 577 IS NOW ATTEMPTING TO DECERTIFY TWU. This letter below from Local 577 Contract negotiators, Debra Peterson-Barber and Katie Fowle. THEY QUIT!!
---------
Subject: NT resignation
Dear Local 577 members,
For two years our group has been in mediation, with little or no movement. There have been frustrations on the line that the TWU is not living up to the promises they made.
Over the past several months, your NT has worked hard to come up with a plan that would close our contract and give the flight attendants of Allegiant the protection they deserve. With the very real potential of a pilot strike, it was imperative that we act swiftly. Unfortunately, the TWU did not approve the plan we

Type a message...

      

SWA000610
**App.148**

that we act swiftly. Unfortunately, the TWU did not approve the plan we developed because it did not fit their political interests.

Because we could no longer support the TWU in the direction they are taking this campaign, we officially resigned our positions as Negotiating Team members yesterday morning.

We believe this work group needs protection. We believe we deserve fair working conditions and a legally binding contract; but we couldn't stand idly by and lead this work group along a path that we feel does not have the best interests of the flight attendants in mind.

By now you've no doubt heard from the Twu about their new restructure of the NT and their new strategic plan moving forward. We are very sorry that it had to happen like this and we did not take the decision lightly, but the political position of the TWU should not be what is guiding our direction. If our leaving inspires the TWU to do what is necessary to secure our contract,



‹ **Home**

**Charlene Carter** ›

Messenger

 



inspires the TWU to do what is necessary to secure our contract, then it will be worth it.
Respectfully,
Debra Barber (LAS) & Katie Fowle (BLI)



YEP...Not working for the Common Good of the Flight Attendants....We could have told them that about TWU!! Chickens are coming home to ROOST!....wonder if Virgin will be saying the same things....I have friends over there....but there are many that are already having REMORSE in voting TWU in...

04/01/2015, 10:10



Hey where did Mr. Talburt GO? Will there be another Favor called in, and to think you condoned his behavior along with Brett and the rest!! Really shows your lack of Morals....praying that changes!

05/01/2015, 21:24

Well well well Brian is back and so

Type a message...

      

SWA000612

**App.150**

 Home

Charlene Carter ›
Messenger

 

05/01/2015, 21:24

Well well well Brian is back and so are many more I here! Some though had to wait almost a year to get their jobs back or at least get a settlement from being WRONGLY Fired!!!! I know you worked  very hard for Brian... I hear for 2 days strait!!! Now what I want to know is why you will do this for him it not others???? That seems to be a little biased!!!! Did the others not deserve the same HARD WORK that you seem to put in for Brian? Guess not. My attorney said this is not good for the Union or the Company to show favoritism!! Especially when I know a Flight Attendant in Denver that you all know about (Rena or Irene) she should have never been fired for her post on SM but for some reason she has fallen at the end of the line... Is it because she is not important enough???? They also Fired her while she was still under Concentra OJI observation. Personally I do not believe the Company can fire anyone for anything they say on their Private

Type a message...

      

believe the Company can fire anyone for anything they say on their Private FB Page unless it is a threat.... Do they not know of the First Amendment to the Constitution??? It trumps what they are firing people for. Do I think Brian should have lost his Job NO except he did use the word Execute in his FIRST firing!!!! That to me was a threat, even my attorney believes so, but the Company has set a Persistence on what they will allow and now they have set themselves up for big trouble along with our Union if they Fire Others for anything LESS and because you all have fast tracks his reinstatement before others shows your discrimination towards the others that have had to wait to get representation... Tell me again why we pay you at TWU-AFL-CIO and 556?? You can nitpick and choose what or who you will represent and that is exactly what you all are doing and have done!! There is a whole list of people who are watching and waiting to see if you all and the company do the RIGHT THING. I

Type a message...



**Charlene Carter** ›
Messenger

 

others that have had to wait to get representation... Tell me again why we pay you at TWU-AFL-CIO and 556?? You can nitpick and choose what or who you will represent and that is exactly what you all are doing and have done!! There is a whole list of people who are watching and waiting to see if you all and the company do the RIGHT THING. I would hate to see this go to a Labor Attorney and the Media for the deliberate Corruption between TWU AND SWA. But there are many waiting in the wings to see if TWU and SWA do just that THE RIGHT THING and reinstate and stop harassing people about their PERSONAL opinions they express on FB.... It is a violation of our Constitutional Rights!!!! PERIOD Rena said you are working on her case but sure is not going as fast as Brian's no matter what he deserves your best just like Brian got NO MATTER WHAT that is why we have a Union RIGHT!! This another thing my attorney has told me. I am sick of the CORRUPTION and so are others. Praying you all

Type a message...

      

SWA000615

**App.153**



‹ **Home**

**Charlene Carter** ›
Messenger



my attorney has told me. I am sick of the CORRUPTION and so are others. Praying you all

di your very best for all the rest of us out here on line!!! Watching and waiting. Have a wonderful evening Audrey

05/05/2015, 13:59

Well you guys have done it again....took and threw out the VOTE of the Dallas Flight Attendants....here are just a few comments about your Corrupt WAYS are being voiced! We just may ge a whole lot more to OPT out of this Corrupt UNION!!

Well if didn't take long for our local to get rid of a newly elected board member!!! Record time someone call The Guinness Book Of World Records!!!! BR Ricks the newly elected DEBM OF DALLAS Has been removed. Something smells

Well, Audrey Stone & Co Removed BR Ricks from his position as Dallas Base Rep. Stating he was not

Type a message...

      

SWA000616

**App.154**



‹ **Home**

**Charlene Carter** ›
Messenger

Well, Audrey Stone & Co Removed BR Ricks from his position as Dallas Base Rep. Stating he was not residing in Dallas. BR was on the ballot which means due diligence was applied and he is a qualified candidate.
BR has a Dallas Address....

Well Dallas Flight Attendants Your Union Board just removed the Dallas Domicile Representative! After a few hours in boards they took away your vote and your voice! Shameful dirty and low! Just my humble opinion.

They claim he didn't have a DAL address? I'm not even sure he needs a DAL address based on this bylaw. What does reside in base even mean? Another dysfunctional bylaw.

b) Domicile Executive Board Members must be based and reside in the Domicile they represent. In the event a Domicile Executive Board Member relocates outside of his/her Domicile the position will automatically be considered

Type a message...



**Charlene Carter** ›
Messenger

‹ **Home**



Domicile the position will automatically be considered vacated. A Member who is based and resides in that Domicile must fill the vacated position.

If you don't like the VOTE just overturn it....yep...that is Corruption at its best! I honestly do not know how you all SLEEP at NIGHT...



I think we need a RECALL just like we had with Stacey and CREW!!!

The Union is Carpet Bombing AGAIN... that has been your tactic since you all took over, you like the VOTE only when it is for YOU and YOUR People! Disgusting....Hope this Membership wakes up soon to the BACK DOOR Deals and Dirty Politics you all seem to THRIVE ON! and to think we all pay your Salaries....



Yep, but here's the thing...they're getting away with it because no matter how we vote, our vote is irrelevant. Very frustrating!

Type a message...

SWA000618
**App.156**

‹ **Home**

Charlene Carter ›
Messenger

📞 📹

Yep, but here's the thing...they're getting away with it because no matter how we vote, our vote is irrelevant. Very frustrating!

But he wasn't on their side. They made it their mission and succeeded. Go figure!



Our REP in Denver does not live in DALLAS....so your excuse DOESN'T hold UP Period!!!



Andrea does not live in Dallas either



OUR REP in Denver does not have a Denver Address....it is Fort Collins!! lest split hairs here.....GOD WE ARE SICK OF THIS



As I recall Audrey didn't officially live in base when she was BWI Debm she had a place there... If this along with the 2012 election doesn't open your eyes nothing will.

If this does not fly as the Excuse

Type a message...

Aa 📷 🖼 🙂 GIF 🎮 ▱▱▱ 👍

SWA000619
**App.157**

‹ Home    **Charlene Carter** ›
         Messenger



If this does not fly as the Excuse wonder what you will put out to cover the LIE???? We are all waiting!!!

This is outrageous! He lives with Sarah in Dallas! What about the Denver rep that lives in Fort Collins?

It's because Denver rep is in their "club"



"We" need to DO something about this and not let them get away with this. ...again! !

Didn't Thom McDaniel live in Houston the entire time he was Pres?

I know I supported that the representative should live in city they represent, but I also wanted my Pres. to live in DAL and not in a house that we paid for... This seems to just be a smoke screen to remove the DAL rep..



Type a message..

SWA000620
**App.158**

  
There you have just a few of so many who are talking about this....hope we as Opt Out People get MORE to join in...I know there is a magic number when it will really hurt TWU in the BANK ACCOUNT and maybe with all the you are doing to show that you could careless for the ones who voted then just maybe we will reach that critical number....slow and methodical is what our GROUP is and getting the info out to each and every FLIGHT Attendant is the GOAL....especially when you all pull this again!! Shows who you Support and it isn't the FAs!



it's criminal. Audrey has taken it upon herself to cast out Dallas votes completely. How would everyone feel if someone you elected was told they couldn't do it after the fact? No trial. No charges just locked him out. God damn it I'm tired of everyone just sitting around and pretending everything is okay. This is our lives our futures everyone. Wake the frick up



Type a message...

      

SWA000621

**App.159**

 AT&T LTE **09:38** 98%

< **Home**

**Charlene Carter** ›
Messenger

05/06/2015, 17:02

379 DAL votes wasted and tossed down the drain.
That's the Unity President Audrey Stone is calling for.



 Yep this is why I have Opted OUT!!!
Votes don't matter!!

05/10/2015, 16:05



BR Ricks, removed from his ELECTED TWU Executive
Board position because Audrey Stone claims he doesn't
live in the Dallas base yet Southwest Airlines seems to think
he lives in the Dallas base.
Welcome to 556 y'all.

●●●○○ AT&T 4G    4:51 PM    93% ▇

< BR          3 of 3

Type a message...

Aa

SWA000622
**App.160**






05/10/2015, 16:05



‹ 🔍 Search

BR Ricks, removed from his ELECTED TWU Executive
Board position because Audrey Stone claims he doesn't
live in the Dallas base yet Southwest Airlines seems to think
he lives in the Dallas base.
Welcome to 556 y'all.

●●●○○ AT&T 4G      4:51 PM      ✻ 93% ▬

‹ BR          **3 of 3**

📷 Write a comment...        ☺   Post



Yep more LIES from all of you and
your Sheer CORUPT ways!!! So glad
others are waking up to what this
Union stands for and its not We the
Flight Attendants!!

What's that D word I like so much....
Hmmm maybe just maybe one day
we will see it happen!! Or better yet
we WIN the Law Suite that we have

Type a message...

            

SWA000623

**App.161**

What's that D word I like so much....
Hmmm maybe just maybe one day
we will see it happen!! Or better yet
we WIN the Law Suite that we have
with THE RIGHT TO WORK Org has
against TWU. Praying the GOOD will
eventually Win out against all of the
BAD which is what you seem to
thrive on!!! I truly HATE having to pay
anything to all of you and TWU-AFL-
CIO!!!!!



Type a message...

Who did you all replace BR with oh that's right it is Andrea!!!! HMMMM Wonder if it was planned all a long.... Bet it was!!!! Sickening not sure how or why you do the things you do???? Guess it is the MOB mentality that is taught by OUR TWU INTERNATIONAL.... Or did you learn this on your own??? I guess it doesn't matter because you do it no matter what or how you learned it. Corruption at its best😡

I have so many friends in Dallas that are very angry about having their VOTE taken and TRASHED hoping they all File Charges against you and the rest that did this to BR!!!! Hope too BR gets an attorney and SUES the Poooo out of TWU and the Board... He sure has a CASE!!! I know the perfect Attorney too that would be more then happy to help him out. GOD help our FAs because if you sell us out like this you will sell us out on a Contract as well.... That is what most are talking about too!!!! THAT

Type a message...

SWA000625

App.163



**Charlene Carter** ›
Messenger

 

‹ **Home**



a Contract as well.... That is what most are talking about too!!!! THAT you all will Sell Them out to what ever the Company wants and that we will no longer have the Industry Leading Contract! Praying that is not the case.... But you have a horrible TRACK RECORD for not standing up for the VERY GROUP you get Paid By.... SWA FAs!!!



By the way without your HELP my Friend Rena got her Job Back <u>on Friday</u>!!!!! Thank GOD🙏

05/23/2015, 09:53



Type a message...

      

SWA000626

App.164

1

●●○○○ AT&T LTE 09:39 98%

< Home **Charlene Carter** ›
Messenger

05/23/2015, 09:53



askdrbrown.org

"The world will not be destroyed by those who do evil, but by those who watch them without doing anything."
— *Albert Einstein*



This is how I feel about you and the rest of the BOARD...Pure Evil...and there are a lot of us who have started the process to make sure that one day the EVIL will stop.  We all know that BR will be heard by his Appeal....one more step in showing others how Corrupt you all are...What I am Praying for is that you and all the ones who illegally removed him

Type a message...



I am Praying for is that you and all the ones who illegally removed him from his Elected Position get REMOVED from the BOARD and never again get to hold a Union Position AGAIN!! GOD Willing this will HAPPEN...but if not we will keep up the GOOD FIGHT in to bringing Back Truth to our Union...not matter how long it takes. Good Day Audrey

06/13/2015, 19:48

This is AWESOME!!! Hey isn't this what Thom McDaniel worked on... Yes it is! There just may be some justice after all since it looks like he really messed this up BIG TIME!!! So let's see if they are not working in Good Faith for Allegiant then I bet they are not working in Good Faith for SWA FAs???? Such a Joke TWU is and has BEEN!! I personally think we should Join them in their endeavor and so do a lot of other people I talk too about this!!!! Hmmmm maybe my Prayers just may get answered... Just waiting it out to see and I am one patient FA!!!

Type a message...

Aa 📷 🖼 🙂 GIF 🎮 ⬚⬚⬚ 👍

 Home      **Charlene Carter** ›
       Messenger      

they are not working in Good Faith for SWA FAs???? Such a Joke TWU is and has BEEN!! I personally think we should Join them in their endeavor and so do a lot of other people I talk too about this!!!! Hmmmm maybe my Prayers just may get answered... Just waiting it out to see and I am one patient FA!!! Hey another question doesn't one of our own on the Board have a Wife who is calling for this at Allegiant a Flight Attendant there... Yep there sure is.... Tangled Web! Can't wait to see what happens!!! By the way I have a couple of friends over there.... This is really fun to watch from my perspective. Have a Wonderful Evening.... From a Opted Out FA looking for a BETTER Union then the TWU and 556

Type a message...

      

SWA000629

**App.167**

**Decertify Allegiant's Union**

Yesterday in Washington DC the
National Mediation Board tallied the
ballots for the flight dispatchers. The
Teamsters failed to gain majority
support thus returning the dispatche...

alegiant4ma.com



Is This Union Illegally
Keeping its Finances From
The Government?



SWA000630

**App.168**



SWA000631

**App.169**

ument 170-17   Filed 09/02/21   P

Wonder if Mr. McDaniel could go to
Jail for sha???? Wouldn't that be
something! Like I said this will be
very interesting to say the least to
watch play out!!! What's the old
saying Birds of a Feather Flock
Together... TWU and 556
CERTAINLY Flock Together in the
Corruption and Lies seen it for 16
years. Even had the pleasure to
testify against Mr. McDaniel at
Melissa Smiths trial and have seen
the Lies and Corruption FIRST
HAND!!! Even have the Transcripts to
this Day!!!! Wonder how he will Get
out of this though ... It is a lot
BIGGER then what they did back
then. Praying for JUSTICE to all that
have been affected!!!

Hearing rumors of you selling us out
on Minimums... Just flew and talked
to 2 newer Flight Attendants from
AirTran who told me this!! You better
be negotiating an even Better
Contract then what we have!!! Since-

SWA000632

**App.170**

ument 170-17   Filed 09/02/21   P

Hearing rumors of you selling us out
on Minimums... Just New and talked
to 2 newer Flight Attendants from
AirTran who told me this!!! You better
be negotiating an even Better
Contract then what we have!!! Since
you tell us it's Industry Leading!!!! If
you give anything away it will not be
Industry Leading like the one we
have!!! Nothing less is what we all
will except... And don't intimidate
either like the SLI debacle we are
watching out for each other on line
because we know how corrupt our
Union is... Even the newer Flight
Attendants are paying attention!
Nothing Less then What we Have is
the Slogan!!!!! Do not Sell SWA FAs
OUT!!!!!

Well Looks like the Rumor was
TRUE!!!!! You Sold the SWA FAs down
the River!!!!! You are despicable
along with the rest of you Team...

SWA000633

**App.171**



ument 170-17    Filed 09/02/21    P

TRUE!!!! You Sold the SWA FAs down
the River!!!!!! You are despicable
along with the rest of you Team....
You all should be Fired. Not one
person that I have talked to or seen
talking about it on social media is
VOTING NO!!! Praying THIS
HAPPENS🔴

Even people from AirTran .... Not one
is Voting Yes!!!

Best one I have SEEN SO FAR!!!! We
should be able to FIRE YOU as well



SWA000634

**App.172**



Best one I have SEEN SO FAR!!!! We should be able to FIRE YOU as well



You took a Industry Leading Contract and threw it in the Garbage who the heck are you for the Flight Attendants that pay your Salary that we are FORCED to PAY and you WORK FOR US or Gary Kelly and his Crew at HGQ?????? You are a Traitor

SWA000635



**App.173**




WORK FOR US or Gary Kelly and his
Crew at HGQ????? You are a Traitor
and I hope we get a card drive
together to OUT YOU just like you all
did to Stacey and Team!!!!! The Word
is out that you should not be our
President except for your Fusion
buddies the haters!!!!! You are one
BIG MISTAKE and people are waking
up to that fact●

Why do we Need a Union for
this????? We DONT!!!


Rumor has it you have a Great Job
waiting with Gary Kelley and team
after you term ends as President....
HMMMM and wouldn't be even
better if you were able to get a Crapy
Contract for us but it's a win for the
Company so that would look really
Good for you.... HMMMM Maybe
that's why you are screwing us FA
with this TA!!!!!

Yep Hitting hard at MOMS!!! From

SWA000636

**App.174**



ument 170-17   Filed 09/02/21   P



Yep Hitting hard at MOMS!!! From
one concerned Daddy who him and
his wife fly and have a baby!

 Thomas Katie Shperduco and Stephany Peterson.
It's for a no vote for you next tentative agreement for
our contract. It heavily impacts working moms and
NOT in a good way. On top of the fact there is zero
maternity pay, they want to make you qualify for your
already earned vacation weeks by nonsums. We
have never had minimums by that to how moms have
been able to pull disabion duty on the road still at
home but it this passes it means more moms will have
to spend multi nights away per week and stop
flexibility to be present for their kids. It's a sad and
very negative change. This new pain also potentially
costs the no LA/location more dollars than to leave it as
is. So it makes no sense other than to discriminate
against mothers and or people with medical/life
changes!

 From another Flight Attendant... You
are truly making a name for yourself
Audrey... and its not a GOOD One!

I have made a promise to myself that
I am going to go quiet after this post.
I am tired of hearing myself going on
about it. I have never been so
worked up over a TA like this. Even
when I picketed way back when. It
seemed different. Don't know why

SWA000637

**App.175**

seemed different. Don't know why but it was. This really has struck a cord in me. Debby Dorsee Fisher mentioned in a thread here on this site that her 44 years of hard work is going to be destroyed by this contract. She is right, so very right. The Debbie's and the Sandras and the CJ's they laid the foundation down for all of us. My 20 years is a drop in the bucket compared to these ladies. If it was not for them we wouldn't be having a discussion about contracts and union. These ladies have invested a whole lot of time, there lives basically for this airline. They worked in conditions and under rules you and I wouldn't. God Love Herb and Colleen but SW was not always the place that made you money in a pay check. And God knows 6,7,8 legs a day with three carry on's was hell so my hats off to the senior ladies for helping us come to where we are now...

They as myself have put in a lot of time in with the job and I am sure some of them would like to start

SWA000638

**App.176**

slowing down. Being we do not have
retirement all you can do is cut back.
Maybe take some hard earned
money and travel a little. Spend time
with friends, there kids, maybe grand
Kids, things you do when you start
thinking about hanging it up for
good

I know after 28 years I don't want nr
need to be flying 150 trips every
month. Every year it gets less and
less. 10 years from now I may want
to take a month or two off because I
can. The only problem is I will be
penalized for this because unless
you fly a certain amount you will
loose your vacation! How sad is that,
you have employees who help make
this company strong, they dedicate
many years to it and when they want
to slow down you kick them to the
curb and not pay them there
vacation. I am not looking for a
correction to this thought I know
what the TA says. I am
flabbergasted the union even
brought this to a vote. Someday you
going to be senior and you may want
to take time off from work. You may

SWA000639

**App.177**

ument 170-17  Filed 09/02/21   P

to take time off from work. You may
want to take several months off to
take care of a parent you may just be
burnt out. What ever the case may
be. But if you do not average out
enough trips you will not get paid for
vacation. Is vacation not a benefit?
Should that be reduced because you
do not put out for this company? A
friend made a valid point, if I pay you
money to fly my trip and you trade it
down would it be fair for me to be
mad at you for doing that. Or
perhaps they got sick and called in
do I ask for the money back? Of
course not! The deal was you take
this off my hands for x amount of
money. What you do with it is up to
you. To me this is what SW is saying!
Drop your trips as you want or get
someone to cover them for you to
you need to be here to serve our
customers but if you do we are going
to get mad and withhold your
vacation pay. How sad is that! Please
friends don't sell each other down
the river. One day it will come back
and bite you. We all get old, and we

SWA000640

**App.178**

and bde you. We all get old, and we
are all going to become senior. You
will be here 30, 40, 45 years and you
will be holding trips to Milan and
Rome and you may want to drop
them to just stay at home and watch
the trees grow watch your kids do
something great. You may get tired
of staying home to much and come
back and work like the old days.
What will suck is next year your
vacation will be time off without pay.
So much for all the good years you
put in. Last year you dorked off and
now your being punished for it. Think
how sad it will if someone voted
away your vacation simply because
back in the day you flew 150 trips
and you were rewarded with lots of
pay for your vacation. Now you have
the money and you want to take time
off to enjoy it you have to think i'm
going to loose money if i do not work
all year . We must stay united and
stand together, for each other. We
are all in this together. Its a contract
the world will not come to an end.
SW will not go out of business. We
can go back and refine what is new

SWA000641

**App.179**

SW will not go out of business. We
can go back and refine what is not
going to work for us. You do not have
to go on strike.This friends I am sorry
but we all deserve better then this...
In Solidarity.



Wow....this one is good... I hear you
are out their Cleaning Planes and
telling people how wonderful this
Contract is....this is what we are all
telling them....just from one more
Wonderful Flight Attendant that gets
you are selling us OUT!!

No way!!! This is only my 3rd
contract, but from my experience,
we've only gotten better deals from
from voting down the crap... This TA
is probably the worst low-ball offer I
could've imagined... Myself and my
family can only keep our fingers
crossed that all F/A's realize that this
is pure junk!! I'm actually
heartbroken that we have a union
that felt this was fit for our entire

SWA000642

**App.180**

that felt this was fit for our entire
work group. How dare they push
something that can potentially ruin
families of FA's that have given their
heart, soul, service, and time to the
company that they've protected and
adored? I've always been so proud to
work for SWA!! I've felt loved and
blessed to be a part of this "family."
Now I feel betrayed... And laughed
at... I feel insignificant. I never voice
my opinion- have always just been
an observer and listener and never
felt like I could educate myself
enough on "contract lingo" to
persuade anyone --I never wanted to
"push" anyone one way or another;
but I have a family now that needs
me! They rely on me to provide for
them in multiple ways. This job is my
dream job! I never want to do
anything different! It has allowed me
to be "mostly" a stay-at-home Mom,
AND provide financially for them,
and give health insurance to my
children and partner. If this passes, it
could potentially crush the family
lives of so many FA's... Many of us

SWA000643

**App.181**

lives of so many FJA's... Many of us
will have to leave a "family" that
we've helped build. I am simply
having the most difficult time
processing the fact that anyone can
see anything positive and beneficial
in this TA... I've read it more than 10
times now, and honestly, I'm about to
puke... I truly love SWA, but feel like
our union pissed on the flame that
we got roaring... WTF TWU5587?!!
I've always stood up for our union
when times were tough, but now that
I realize that they will spit in our face
if it will benefit only them, I'm hoping
we can band together and box their
ears enough to tell them that
EVERYONE deserves better than this
piece of sh*t that's been presented.
We've worked too hard and for too
long for this to divide our own FJA
family!! I love all of you equally, and
am willing to put myself on the line
for a contract that benefits ALL FJA's.
Please stay strong and respect all
your fellow FJA's. You can count on
me to look out for your families... For
my family, and for all of you, my vote
is a "No."

SWA000644

**App.182**

ument 170-17  Filed 09/02/21  P

are just that INCOMPETENT.... Or
worse you are WORKING FOR
MANAGEMENT behind closed doors/
Anyone of these scenarios are BAD
for US SWA FAs and you are not cut
out along with your THUG BOARD to
be our Representatives!!! You and
your NT have started your own
demise 😊 shame on you for collecting
a Pay Check from US!!!!! Even many
stanch supporters are not backing
you and your team, so if anything
good comes from this HORRID TA
will hopefully be your OUTING and
back on line.... ALL OF YOU ....
Praying this HAPPENS

**Attachment Unavailable**

This attachment may have been
removed to the person who shared it
may not have permission to share it
with you.



Wow from what I am hearing from all
bases is that you all were looked at
like Company supporters and not
Flight Attendant supporters!!!! I am

SWA000646

**App.184**

Wow from what I am hearing from all
bases is that you all were looked at
like Company supporters and not
Flight Attendant supporters!!!! I am
hearing an overwhelming NOOOOOO
across the Land of SWA!!!! Now we
just need to Fire all of you... And that
is resonating just as much as the NO
Vote... Maybe just maybe we all will
see that happen as well. They are
saying YOU ALL WORK FOR US... We
pay your Pay Check something I
think you all forget on a daily basis
and not to mention the Pathetic
TWU-AFL-CIO one of the WORST
ORGANIZATIONS around●

WOW...This is REALLY GREAT!! Told
you you all are going to get a BIG
BACK LASHING... and even from
your so called supporters! What is
really great is that it has brought
rivals together... I am hearing it
EVERYWHERE and now in the News.

SWA000647

**App.185**

ument 170-17   Filed 09/02/21   P

EVERYWHERE and now in the News
Paper ...YES... maybe you have
woken the Sleeping GIANT with this
SLAP in the FACE TA!!!!!! READ

From the Chicago Business Journal
(a follow up story
just released today July 21)
This could wind up a very bad week
for Southwest Airlines CEO Gary
Kelly.
Even if the low fare behemoth, as
expected, reports record 2015
second quarter profits this Thursday
morning, Kelly could have thousands
of very unhappy flight attendants to
contend with by Friday afternoon.
With less than 72 hours until the
voting ends at noon central time on
Friday, sources indicate Southwest's
(NYSE- LUV) rank-and-file unionized
flight attendants, members of
Transport Workers Union Local 556,
look increasingly likely to vote down
a tentative new contract presented
to them for approval earlier this
month.
Multiple sources close to

SWA000648

**App.186**

ument 170-17   Filed 09/02/21   P

Multiple sources close to
developments also indicate it may
not even be close.

One flight attendant who has been
polling fellow F/As said the "no"
vote could be overwhelming. "Seems that
sentiment is 9/1 against this
tentative contract," said the source.
One unscientific straw poll had 345
flight attendants voting "no," 8 for
"yes" and 12 "undecided."

Noted another Southwest flight
attendant: "The number of flight
attendants coming out publicly at
work, in F/A lounges and through
social media, email, text, wearing
black ribbons under their union pins,
displaying their "no" vote on their
luggage tags, etc., has been large
and widespread throughout our
flight attendant rank and file."

Yet another Southwest flight
attendant said the likely news of
Southwest's record profits on
Thursday could seal the rejection of
the contract among even those
Southwest flight attendants who are
still on the fence about which way to
vote.

SWA000649

**App.187**

Online voting closes at 12 noon central time on Friday, and the results of the vote are expected to be announced to rank and file at 6 p.m. the same day.

Even some members of the team of so-called educators who have fanned out across the Southwest system in recent days to sell flight attendants on the new contract concede the outcome of the vote could go against Southwest CEO Kelly and the tentative contract the airline's top executive wants to see ratified.

For many flight attendants, two of the biggest issues in the proposed contract are the longer duty day (up from 10.5 to 12 hours) and new vacation rules.

But many flight attendants also argue the Southwest company culture has changed dramatically in recent years, and not for the better since Kelly took control of the company. Those sentiments may factor into the vote outcome as well. If flight attendants vote down the

SWA000650

**App.188**

ument 170-17   Filed 09/02/21   P

If flight attendants vote down the tentative contract, negotiations will start from scratch again; even after it took two years to get the tentative contract now up for approval. Rank and file FAs also may push for the Local 556 executive board to be recalled and a new board put in place before contract negotiations start once more.

Southwest's more than 13,500 flight attendants, including more than 1,800 domiciled in Chicago, are the largest single group of unionized workers employed at the heavily-unionized carrier.

If the flight attendants vote down the tentative new contract, that means Southwest CEO Kelly still will have to deal with four of his largest and most important worker groups who have been trying to get new contracts for years — flight attendants, mechanics, ramp agents and pilots. Southwest has its largest hub at Chicago's Midway Airport.

RECALL RECALL...RECALL each

SWA000651

**App.189**



RECALL RECALL... RECALL each
and everyone one of YOU Traitors!!!



Well there is you MANDATE and the
Companies WE WILL NOT SETTLE
FIR ANYTHING LESS TGEN WHAT
WE ALREADY HAVE!! Record Profits
again released Yesterday as well!!!!
Who the heck do you think HELPS IN
MAKING THISE PROFITS. As far as I
AND MANY MORE FAs are
concerned you have no right or the
REST IF THE NT going back in to Try
and Sell us out again!!! i am praying
we get rid of all you and start from
scratch... You all did not work in the
BEST INTERESTS FOR all of us out

SWA000652

**App.190**



scratch... You all did not work in the
BEST INTERESTS FOR all of us out
here on Line... I would love for all of
you to be back doing what you say
you represent OUR JOBS. You
DESERVE TI BE Recalled and sent
packing Audrey and it is
overwhelmingly being talked about.
NOW!! Sometime Prayers don't
happen over night but normally GOD
does destroy those who are Traitors
and you are a BIG ONE😊 ... Just look
at that number who voted and many
of them voted you in and are now
have VITERS REMORSE, and to think
you did all on your OWN. Have a
Great Day Audrey because I know
11,000 plus FAs are going to😊



Lots of typos just so DARN Happy
that I am typing to FAST 😊



EUPDATE. 1:50 p.m.: The TWU sent
out a press release announcing the
results, with this quote from TWU
Local 586 president Audrey Stone.

SWA000653

**App.191**

ument 170-17   Filed 09/02/21   P

results, with this quote from TWU
Local 556 president Audrey Stone:
"Our membership has given us our
marching orders. The terms of the
tentative agreement were
passionately discussed, debated and
ultimately rejected by the
employees. Democracy works best
when members take an active role in
their union."

REALLY AUDREY???? We all know
how you all were trying youR
damnedest to SELL this Garbage and
you KNEW this was a BAD TA and if
you didn't then you have NO
BUSYNESS REPRESENTING any of
US!!!! You will not be able to SPIN
YOURSELF OUT OF THIS NOR ANY
OF THE OF THE NT Team
Members!!!! We know where your
loyalties STAND!!!!!! WE DONT
TRUST YOU

This is BULL PoopyDear Member,
As reported today by the TWU Local
556 Board of Election, the

SWA000654

**App.192**

This is BULL PoopyDear Member,
As reported today by the TWU Local
556 Board of Election, the
Membership has voted to reject a
new six-year Collective Bargaining
Agreement. The Contract was
rejected by 87% of voting Flight
Attendants.

I appreciate the high voter turnout
and thank the 11,375 Flight
Attendants who voted. Democracy
works best when Members take an
active role in their Union.

We have much work to do on the
heels of this vote. First, we have to
conduct surveys and have dialogue
with the Membership around the
system to ascertain the best
approach on moving forward. We
must also discuss and re-prioritize
our key issues and Contract Articles
since the rejected Tentative
Agreement (TA) deal is now off the
table. Second, we cannot just
assume that Southwest Airlines
Management will give in to our

SWA000655

**App.193**

Management will give in to our demands -- and we surely will not ever just give in to their demands. As a result, we have been developing a Contract action plan. We will need to mobilize our Members in very active ways. I will be calling upon each of you to get involved. Lastly, and importantly, we must continue to be the leading advocates for the well-known Southwest Airlines Culture. Our Membership must make sure that our special and successful culture is maintained, especially as our airline expands into the future. As I promised, regardless of the outcome of the vote, your Union leadership is fully prepared to move forward. Now that the voting has concluded and we start a new round of bargaining, it is imperative that we maintain our Unity as we go forward. This was a vigorously debated and discussed TA. This is a good thing. However, while we debated ideas, we should never debate the value of standing together as a strong and united Union. Let's move forward together as one TWU Local 556

SWA000656

**App.194**

ument 170-17 Filed 09/02/21 P

united Union. Let's move forward
together as one TWU Local 556
Thank you.
Audrey Stone

TWU Local 556 President and Lead
Negotiator... We are a Group who
Overwhelmingly SAID NO to you and
the Company!! YOUR Message to all
of us is WEAK WEAK WEAK and has
fallen on DEF EARS... We want all of
you all FIRED and back on LINE like
you should be... and we will make
this happen, you all will not be
negotiating our next TA... The
Membership is really united in
this... and we are united in this
cause... Praying you all just RESKIN
because that is the talk and it is
LOUD!! YOU all are not our Leaders
and you have proven that time and
time again!

WE WANT YOU FIRED!!! All of
YOU... I believe you will be getting an
overwhelming amount of calls for
it... and we all mean business!

yep... even the Delta Pilots Union

SWA000657

**App.195**

ument 170-17   Filed 09/02/21   P

just one of many that I have been
reading tonight ...They all WANT
YOU GONE TOO....This is GREAT
NEWS TO ALL OF US who never
trusted you to begin with...your
supporters have turned.....we will
prevail.

Thank you Southwest Flight
attendants for uniting and fighting
back! WE CAN DO THIS! We are not
crap we are ALL worth this and
more...WE Deserve the best
because we ARE the best! Stop
allowing the brain washed ideas of
well...its industry standard or well we
have the leading industry contract or
well we cant think like that that will
never happen...Get rid of the
negative and replace it with
POSITIVE! We can ask for more
money we can ask for better trips we
can ask for better quality of life we
can ask for scheduling to be more
accountable about holding trips
etc...there a lot of improvements we
can all make to get the LUV back and

SWA000658

**App.196**

ument 170-17   Filed 09/02/21   P

etc...there a lot of improvements we
can all make to get the LUV back and
as far as im concerned out of
RESPECT from Herb and Colleen
FORGET what that attorney said in
the union meeting! THIS IS STILL
THERE AIRLINE! because most of us
were here and experienced what was
always meant to be a happy loving
family place to work! its in my heart
and they can not touch that EVER! i
will carry on what was taught to me
the best i can because of HERB and
COLLEEN and all my senior manual
DAMN RIGHT I WILL!

Contract.
9916 - No
1446 - Yes
11,362 Votes
LET THE RECALL BEGIN!!!

Let's do this!!! 85% freaking voter
turnout!!! Are ya listening now
Audrey???

SWA000659

**App.197**



ARTICLE II
OBJECTIVES

nion shall be:

avail Union, regardless of race, creed, color, gender, sexual orientation
(gible for membership)

ollective bargaining adequate wage standards and represent benefits
r the conditions of employment for the workers in the industry.

Has anyone actually read the
bylaws? I know that the NT and EB
hasn't.
This second rate NT and EB (by their
vote), negotiated a sub standard
contract and failed to meet a key
objective from the bylaws.
It's simple, respond with your NO
vote.

I bet you and everyone else on the
EB and NT mail boxes are full of
letters calling for you all to
resign....we all want you OUT!!!

WOW....not resigning and then you
go on VACATION... well that shows
us all just how you DO NOT
REPRESENT US at all... I smell a

SWA000660

**App.198**

   

ument 170-17   Filed 09/02/21   P

WOW...not resigning and then you
go on VACATION....well that shows
us all just how you DO NOT
REPRESENT US at all....I smell a
RECALL coming...oh how fun this
will be to watch!



Oh now I am LOVING these and look
no 556 on them, just we the SWA

SWA000661

**App.199**

ument 170-17  Filed 09/02/21  P

no 556 on them, just we the SWA
FAs standing together Untiel in put
JOBS and to getting a GREAT
CONTRACT that we all DESERVE!!!
Now don't try to sell us anymore
CRAP you are paid by all of us so
that means you take your Marching
Orders from all of us.... Not the other
way around Audrey.

I hear you are side stepping on
Financials ... HMMMMM i guess we
all need to see them since it is our
money!! This was posted for
tomorrows meeting....you may want
to answer it and truthfully. People are
getting a great picture of what you
all are all about at these meetings!!
The Arrogance is UNBELIEVABLE .
people want all of you GONE and
they are signing the RE-CALL at a
tremendous amount.. this RE-Call
just may work....here is what they are
saying about your Neglect on the
money issue....you better remember
WE PAY you Paycheck Miss

SWA000662

**App.200**



money issue....you better remember
WE PAY you Paycheck Miss
President!!

Here is is just one of the things they
said about you ... HOW does a
Prez, not know the costs of the
educators in lounges; the pamphlers,
phone messages, videos (she made;
TWO years negotiations-- along with
NT'S salaries & perks along the
way-- it should all be in the
treasurer's books. Yes?? How can a
Prez say she is unaware of those
numbers? Just ask her to LOOK at
those costs and tell the membership:
Like you say, it's OUR money. I too
would like to know how you claim
you do not know...all you have to do
o ask for the numbers from your
Treasurer and I am sure you Know it
any way...or at least you should
since you are the leader miss
president!!



Here is another one I found: anyone
else going to the MDW meeting
tomorrow...please pay very close

SWA000663

**App.201**

tomorrow... please pay very close
attention to the Financial Report!
Specifically the Investment Funds:
We missed it at the DAL meeting I'm
embarrassed to say, but Chris didn't
at the BWI meeting. The Financial
Treasurer was NOT at the DAL
meeting and we were told we would
have to ask him why he wasn't in
attendance! I'm not sure if he's been
in attendance at any meetings so
far??? Also we pressed for a cost of
the failed TA and AS said she didn't
have that information Keep in mind
in 2012 the opposing group used the
$500,000 that was transferred from
the investment accounts in 2012 to
fuel a recall against Stacey M., Chris
and Jerry L. I was at that meeting
when they were so outraged about
that transfer of funds and all but said
the money was stolen and then used
that rumor actually that LIE to build
momentum to remove the duly
elected Officers. And here we are!
Now if that doesn't convince you the
Board Room at Brookriver Dr. needs
to be swept clean...take YOUR
UNION back it belongs to you and its

SWA000664

**App.202**

ument 170-17　Filed 09/02/21　P



to be swept clean...take YOUR UNION back it belongs to you and its YOUR MONEY!

YOU are a CROOK Miss Stone....The President Audrey Stone is being vague on purpose.
If she says nothing YOU can't pin her down. They are just smart enough to be dangerous



Had to share this.....I am watching you totally discredit yourself in a Very BIG WAY!! This was posted from a Flight Attendant that supported you last go around... oh how the TUNE has changed!!

Recall Petition continues to gain ground, especially after each meeting...this president continues to tell half truths and flat out refuses to answer questions...plus the fact that our investment accounts were cashed in to pay bills for the TA and now they are moving to a new

SWA000665



now they are moving to a new location and yet nothing has been told to the membership about these developments!!! RECALL ON! Just a few reminters for the naysayors. .1 This is a recall not a removal which will force a reelection allowing all eligible flight attendants to run for office. 2. The merits for the recall are in the bylaws, specifically Bylaws Objectives Article II (b) To establish through collective bargaining adequate wage standards and retirement benefits, shorter hours of work and improvements in the conditions of employment for the workers...

They failed this Article II (b) in a very big way! This TA did not bargain for adequate wage standards (the proposed wage increases was less than adequate) and they bargained for LONGER HOURS OF WORK instead of shorter hours of work...that's enough for removal but we chose to go for a recall to force another election...

When you are faced with ta's whn are against this recall or are just

SWA000666

**App.204**

When you are faced with fa's who
are against this recall or are just
plain ignorant of the facts, please
remind them of this bylaw Article!!!
And please add that the OEBM's who
are so loved by many voted yes on
this TA...they deserve to be forced to
run again and be elected again if
they are so great!
RECALL ON!!!



And everyone is passing it on and
on!!!!

hmmmm so this is what the new NT
that you appointed to your already
Morally Bankrupt NT Team said
about our work GROUP during the
vote of the first Crappy Offer you
brought to all of us.... REALLY
Audrey you are so transparent with
your hate for our work group and
your alignment with our Company
and Management!!   Her words.
Here is a quote she liked: "get paid
more than policemen, firefighters,

SWA000667

ument 170-17 Filed 09/02/21 P
Here is a quote she liked: "get paid more than policemen, firefighters, teachers and every other flight attendant in the country. We work three days a week. We have the best Contract in the industry. The level of greed and entitlement around here is absurd!!" ENOUGH SAID ABOUT THE NEW NT MEMBER!

RECALL ON.... and Pray we send you Packing before you can damage our JOBS anymore!!!



We all want you all GONE out of Office!!! We do not trust you ONE BIT!!!!!! Boy it sure is clear you all are not liked one bit even AT Flight Attendants are sorry you all are their Leaders!!!! YOU GET Payed by US you WORK for US not the company!!! Here is just one of the messages I read today ... and there are way more then this one.... Here is my marching orders to the e.b. And 2 of the remaining original negotiators Brett and Bill H. And my first answer

SWA000668

the remaining original negotiators Brett and Bill H. And my first answer to "Change" on the survey RESIGN please effective immediately. As i was also reading the unity magazine it's clear how out of touch the (e.b.) reading Audrey article on how basically she thought management and the union were buddy buddy. It was clear they worked together in the contract to screw us over for the next 20 years. Time to go back "online" and pass out peanuts and cokes like the rest of us hard working folks. I'm not buying into the peace and love approach they keep trying with us. I'm tired of hearing stupid catch phrases "buckle up", "prepare for take off and landing", "we're on final approach", and "we are about to land this contract!"

 We are all DONE with all of YOU!!!!!!



SWA000669

**App.207**

ument 170-17 Filed 09/02/21 P



 I see these Recall tags
Everywhere!!!! I believe it's getting
CLOSE😂😂😂😂😂😂😂

Just Saw this.... it is one of the best
for today!

Can I just say how embarrassed i am

SWA000670

**App.208**

Can I just say how embarrassed I am about our union representation? It's pathetic. It's like high school. Oh, let's send a bunch of pens to make a point. It's asinine. Childish stunts like that are not how you deal with the CEO of a multi-billion dollar corporation.

Hey, EB/INT, you know why you haven't heard anything back from GK? He is an adult. An adult who doesn't have time to indulge in playground games. If you really want to know how to negotiate with a multi-billion dollar corporation, watch SWAPA. If TWU556 actually gave a crap about the membership, they would be aligning themselves as tightly as possible with SWAPA. I'm tired of this cutesy, cartoonish BS. There are approximately 15,000 flight attendants, who have families and/or bills to pay. You brought us a HUGELY concessionary TA, as your best. Now, you're following it up with childish stunts. Grow up and get serious. Start acting like you represent college educated adult...

SWA000671

**App.209**



ument 170-17   Filed 09/02/21   P

serious. Start acting like you
represent college educated adults
instead of Mrs. Smith's kindergarten
class.
To all of you that support TWU556's
"leadership", remember in just a few
short months, it will be a year since
the failed TA. What have they done
since? Taken a lot of personal
vacations, for sure, but have they
earned your money? No. They have
only done two things, slapped
together some ridiculous proposal
and sent GK a bunch of pens and put
out another survey that they won't
listen to. Meanwhile, SWAPA, is
doing informational picketing,
making commercials, and really
seems to be concerned with their
memberships livelihood and well
being. I WISH my union represented
me.



Just flew with another Flight
Attendant that is carrying the
RECALL Petition .... We are almost
there....

SWA000672



**App.210**




ument 170-17    Filed 09/02/21    P

Like it or not, professional appearance matters. They have this, we have that.



     

 Wow just another great one I found this morning and it is SO TRUE!!!

SWA000673

**App.211**

   



‹ Home    **Charlene Carter** ›
Messenger



So, what's next folks? Finger painting? Coloring contests? How about basket weaving? That'll send Gary a message. Seriously, everybody. A lot of you said that I was complaining without offering ideas, you want some ideas?

Run ads in newspapers
Informational Picketing
Bombard the shareholders with letters/emails
Get the media involved
Post on Instagram, Facebook, Snapchat- any social media

There. That's 5 ideas right there. Each one would cause chaos in and of itself, imagine all five.

So, to all you trash talkers, I CAN back up what I say. I HAVE ideas. I'm not trying to divide us as a group, I'm trying to get what is best for us as a group. All of us.

After this contract is over and gone, we are still a team. It's up to us keep SWA, at the top of the heap. Everyday, when we go to work, we(flight attendants) accomplish that. The passengers spend more time with us, than any other work group, and we are pretty fucking amazing. I have two cousins who work for other carriers, and they always tell me how accommodating and friendly we are and how they wished they were Southwest.

We got it. We do. We just have bad representation.


Well one more for the day... Just found this😱


We want you all GONE😡and it is just a matter of time!! Thank GOD

05/03/2016, 17:23

WOW....have you read this article....WE will make this happen!!! So Close....cant wait to se you

Type a message...

      

SWA000674

App.212

 Home

Charlene Carter ›
Messenger

 

05/03/2016, 17:23

WOW....have you read this article....WE will make this happen!!! So Close....cant wait to se you removed!!!

Even as Southwest Airlines (NYSE: LUV) flight attendants union president Audrey Stone presses on to get a new labor contract for the group, a band of upset flight attendants said late last week that they also are pressing on with efforts to recall Stone and 12 members of the the union's executive board. Southwest has its largest hub at Chicago's Midway Airport.
A source close to the so-called "Recall556Now" movement said the group was "so close" to getting the required number of signatures on a petition that would set the recall in motion. More more than 4,000 signatures are believed to be affixed to the petition at this juncture.

 Chicago Business Journal....Cant WAIT!!!

Type a message..

      





This growing day by day....just a clever way to see some of the faces of the RECALL....We are getting so CLOSE it makes me Dance and my Daughter Hannah do the Happy Dance together....yup even my 12 year old gets it that you all are Corrupt and do not serve the Membership well....she may even be a future Litigator against Unions one day....her Hero is Melissa Smith who happens to be her God Mother....hmmmm wonder if you remember her....i know Mr. McDaniel

SWA000676

**App.214**

Mother....hmmm wonder if you remember her... I know Mr. McDaniel does and to think he is or at least was your mentor....EVIL attracts EVIL...so very SAD to know you went down that path too....but the Membership is finally waking up after all these years that have passed since Melissa Smith...they are seeing the Connection to the Corruption and it hasn't changed one BIT with you! RECALL is Coming...praise GOD!



This is what I call TRUE UNITY....one Flight Attendant at a time!

So where is our Union on this??? Just another reason we want you and TWU GONE!!! every last one you are INEPT to Work For Us Flight Attendants The Recall WILL HAPPEN



SWA000677

**App.215**

  

**Charlene Carter**
Messenger



## Southwest Pilot Tensions Flare Anew Over Arrival of 737 Max Jets

Southwest Airlines Co. pilots, frustrated after four years of unsuccessful contract talks, asked the carrier to guarantee it won't force them to fly Boeing Co.'s newest 737...

bloomberg.com



06/08/2016, 13:09



 

Type a message...

      

SWA000678

ument 170-17   Filed 09/02/21    Pa



 

 Wow all I can say is you should be FIRED along with the others on the Board who did this!!! So Un-Professional and Childish our Pilots are doing things Right but you all are a Disgrace🔴

 This Just added more Fuel to the RECALL...

SWA000679

**App.217**

This is my question as well: So here's food for thought: if Audrey is defending her actions in lgb and feels they did nothing wrong, then why did she say they made sure the probationary flight attendant didn't touch the napkins and had no part of it?? If you did nothing wrong why take those precautions? (Although I'm glad the new girl wasn't involved)

We WANT YOU GONE!!!! This is helping in a BIG WAY to get the Recall Finished😂😂😂😂thanks for the help!



Well looks like Brett or Cylar can't THREATEN anyone ANYMORE for saying the word Decertify😂😂😂😂 you all WORK for US not the other way around.



SWA000680

**App.218**

 Home    Charlene Carter ›
    Messenger     

Well looks like Brett or Cylar can't THREATEN anyone ANYMORE for saying the word Decertify😂😂😂😂 you all WORK for US not the other way around!



**NLRB smacks down union for threatening worker | Fox News**

A New York City union violated federal labor law when it threatened to sue members petitioning to withdraw their membership.

foxnews.com



Search in 556 Members For Total Recall

***Edited***Looks like WE the MEMBERSHIP paid for full fare tickets for FA's to pass out that crap on the LGB inaugural flight AND WE PAID THEM 6.5 TFP AND PER DIEM AND they had the nerve to brag about it? The financial irresponsibility is just baffling...how can anyone find this mismanagement of funds excusable????

Type a message...

      

SWA000681
App.219



**Sue Putt Maher**
Just out of curiosity Eric Hironymous did YOU have to pay for that full fare ticket?

**Eric Hironymous**
The Union bought my ticket. It was a union sponsored event!

**Steve Woodall**
Uh oh; here we go!

**Eric Hironymous**
Thats was exactly my thought Steve. LOL!



Oh and here is another helper in the RECALL for all of us on line.... You USED OUR MONEY TO BUY TICKETS to do your Disputable Work on the FLIGHT!!!! You are so CORRUPT....

07/12/2016, 10:51

Well, I got the Propaganda that International and now our Local on who to VOTE FOR....You all can Shove Every bit of it where the sun does not shine because I will never VOTE for Hillary Clinton EVER!!! I have a family member who worked for the Military and flew these guys around and HILLARY LEFT THEM TO DIE!!! You are as Corrupt and EVIL as she is!!! My whole family plus 99% of my friends are voting

Type a message...

SWA000682
App.220




‹ Home   Charlene Carter ›

EVIL as she is!!! My whole family
plus 99% of my friends are voting
TRUMP and that includes friends at
SWA....so take your Hillary CRAP
and SHOVE IT!!!!!



**Kris Paronto added a new video.**

Whether it's her emails or Benghazi, some
things don't change. Hillary Clinton puts Ameri...



This is what you supported during
your Paid Leave with others at the
Women's MARCH in DC....You truly
are Despicable in so many ways...by
the way the RECALL is going to
Happen and you are limited in the
days you will be living off of all the

SWA000683

