# EXHIBIT V

| | |
|---|---|
| **From:** | Mike Sims |
| **Sent:** | Monday, March 27, 2017 10:41 AM CDT |
| **To:** | Tammy Shaffer |
| **CC:** | Inflight Labor Relations-DG |
| **Subject:** | Jeanna Jackson Letter |

Tammy:

I received this yesterday from PHX F/A Brian Talburt. For the file.

**From:** Brian [mailto:bct7348@aol.com]
**Sent:** Sunday, March 26, 2017 4:54 AM
**To:** Mike Sims
**Subject:** JJ Letter

Here is here latest attempt. Having surrogates contact people to send this email to on her behalf. Funny I didn't realize how much she loved Thom. :) She was yapping her gums 15 years ago about McNasty and his clan which may have included you at that time? Not exactly sure when she began. But sweet how wonderful everything was and how wonderful our corrupt union was before Audrey.

**From:** Jeanna Jackson <jjflygirl@hotmail.com>
**Date:** March 25, 2017 at 8:12:23 PM EDT
**To:** "tinafain44@yahoo.com" <tinafain44@yahoo.com>
**Subject: Heartfelt Message from a Fellow Flight Attendant**

Fellow Flight Attendants and Members of TWU Local 556:

I wanted to take a moment to share with you the history behind the Recall Petition that began in August 2015.

Many believe I started this petition due to a personal vendetta or grudge against the parties listed in the petition. While I will admit that I was very disappointed and disillusioned with the way Audrey Stone and her Board were put in office in 2013, I made a commitment to myself to try and support my Union and it's leaders as I had for the previous 26 years as a Member of 556. I reached out to the officers with congratulations and an offer of good will to do anything in my power to help us get a good contract. My emails fell on deaf ears. I went to meetings, I read every article or newsletter put out by the Union and tried to stay involved. Then in 2015 my duly elected Domicile Exec. Board Member, BR Ricks, was illegally kicked off the board to which he was elected by a large margin. It was due to a "rule" that had never been enforced on any other member of the Board and was unjustly used to kick him off. He had proven his Dallas residency with 3 different forms of proof but was removed from his position anyway. It took 5 months for the Appeal to International to work its way thru the system but he was finally reinstated as the elected DEBM for Dallas. This of course was AFTER the EB voted to send the first TA to the Membership in which we voted it down by a whopping 9,916 NO VOTES. In that time, I asked Audrey Stone to her face in the Dallas lounge why BR Ricks was kicked off the Board and she lied to my face by telling me that he had not proven his Dallas residency when I knew for a fact that he had. That was when I

**CONFIDENTIAL DOCUMENT**                                                                                               SWA006552



App.223

knew this Membership was in trouble, when a President of the 2nd largest chapter in TWU could lie to a Member without batting an eye.

I began the Recall petition after it was proven that this Board would not resign as they should have after a whopping failure of a TA Vote. We begged and pleaded for them to resign yet they ignored the Membership again. I researched every single avenue available to us as a Membership to force them to resign and was left with the Recall. I created the petition, had it approved by a Dept. of Labor Investigator and a labor attorney. It was not created on a whim…it was well thought out and applied. At first I was ignored and referred to as an angry old burnt out flight attendant. Then I was laughed at and referred to as a crazy Dallas flight attendant yet with every stupid thing this Board did my phone and email would light up like crazy with flight attendants wanting to sign the petition. Some of those stupid things are:

1. Failing to honor the Will of this Membership by resigning as is normal custom for huge losses.
2. The bleeding of our hard earned dues on worthless surveys, childish campaigns "Sign Now Gary" when there was no contract to sign, the Digital Media Training (training FA's how to bully people on FB) and the Precinct Captain Training (teaching FA's how to sell us a crappy TA) and thousands of dollars spent on the NT House in Dallas where the Negotiating Team was supposed to stay in order to save money yet some Members chose to stay at a hotel instead, all on our dime.
3. Lack of grievances being filed when Members were harmed by management.
4. Failure to do anything constructive for the 2,000 former A/T FA's regarding the point conversion (Audrey would not even pull the former AFA president in order to attend the meeting in Dallas).
5. The Long Beach Inaugural Flight where members of the Digital Media Team were pulled with pay and paid to fly on our inaugural flights from OAK – LGB and pass out cocktail napkins to our passengers. We even paid for full fare tickets for these FA's to fly as revenue pax instead of non revenue.
6. Let's not forget the President and EB's virtual disappearance during the epic Meltdown of July 2016 where thousands of flight attendants were stranded for days without hotel rooms and unable to get home.
7. The snow storm debacle where yet again, flight attendants were left without hotel rooms after we were promised this would never happen again.
8. The Secret Shopper program that was almost launched on March 1 had it not been for the abundance of complaints from FA's to upper management about it being bad idea. 556 claims they filed a grievance but nothing has happened as of yet. They claim they filed a grievance over the July 16 IT Meltdown as well yet nothing has been done on that situation either.
9. The 10 day Emergency Sick Call Procedure that was implemented during Spring Break and continued for several days after the operation had smoothed out and Reserves were left at home while line holders were rerouted unnecessarily. No grievance to be filed on this debacle either.

CONFIDENTIAL DOCUMENT

SWA006553

My point with all of these issues is to show that this Recall is NOT PERSONAL, IT'S BUSINESS. This EB controls our livelihoods and our careers and they do nothing whatsoever to make it better. They do nothing to stop the constant contract violations we as flight attendants are subject to more often than not. They file no grievances to fight injustices that flight attendants are subjected to on a daily basis. They are taking our dues (even raising our dues) yet we get no return on our investment in TWU Local 556!

I am just a Flight Attendant who chose this great airline back in 1987 at the ripe old age of 21 to try out flying for a few years. 30 years later I cannot imagine doing anything else. My point is we used to have a strong and united Union leadership that represented this great group of flight attendants on anything and everything. Sadly the decline began in 2013/2014. I remember when we were the most respected Union on property at this airline, everyone wanted OUR union leadership because they fought FOR US and not AGAINST US.

Please consider signing this all important Recall petition. It is not too late for new signatures from those who have never signed. Please join the fight to get Union representation that works for us and not against us. We deserve better from our union leadership. We deliver safe fantastic customer service and we deserve to be treated with respect.

Please put the stories of what you have heard about Me, the Messenger, aside and focus on what we are trying to achieve....UNION REPRESENTATION LIKE IT'S SUPPOSED TO BE!!

Feel free to call or email me any time if you have questions. We have a very short time to get any additional signatures before the next step is taken to have a Recall Election.

If you have any questions or you need anything confirmed, I can be reached at 214.803.7683 or JLJFLYGIRL@HOTMAIL.COM

In Unity and with Luv,
Jeanna Jackson
DAL FA 10243

**CONFIDENTIAL DOCUMENT**

SWA006554

**App.225**