# EXHIBIT Y

**From:** Maureen Emlet
**Sent:** Friday, February 24, 2017 11:46 AM CST
**To:** Tammy Shaffer; Brianna Grant
**CC:** Inflight Labor Relations Mailbox
**Subject:** FW: Charlene Carter videos and posts
**Attachments:** IMG_4914.png, IMG_4913.png, IMG_4912.png, IMG_4911.png, IMG_4910.png, IMG_4909.png, IMG_4908.png, IMG_4907.png

Attached are Facebook posts showing a nexus between Charlene and SWA. Below are links to videos showing aborted fetuses. I could not find anything like this on Charlene's Facebook page, so I am not sure if she has more than one or if these posts were made on one of the closed sites. Please be forewarned that the videos are extremely disturbing.

Reen

**From:** Denise Gutierrez
**Sent:** Friday, February 24, 2017 11:16 AM
**To:** Ed Schneider; Maureen Emlet
**Subject:** Charlene Carter

Good morning! Included in this email you will find the links to the videos that were sent to Audrey Stone. Please be cautious when viewing the videos because they are quite graphic. The images attached are pictures from Charlene's public Facebook page which illustrate her connection to SWA. Please let me know if you have any questions.

https://www.facebook.com/samina.shah.12/videos/1220732134641472/
https://www.facebook.com/1901218913447707/videos/1901227263446872/

**Denise Gutierrez**
Employee Relations Senior Investigator
General Counsel
(214) 792-6671 (O)
(214) 402-7869 (C)
(214) 932-1442 (F)
2702 Love Field Dr.
Dallas, TX 75235

Send
Headed to DC See More
59
10 Comments
Like
Comment
Share

CONFIDENTIAL DOCUMENT

SWA006505

App.260



Send
Ok I have 2 Captains in my home Kyle Odom who flys for us at Southwest Airlines and my husb... See More
65
18 Comments
Like
Comment
Share

CONFIDENTIAL DOCUMENT

SWA006506

App.261



Send
Fi
SPOT
Ali me and Kim Look out SWA! Here we come Sacramento CA See More
30
6 Comments
Like
Comment
Share

CONFIDENTIAL DOCUMENT

SWA006507

App.262

SOUTHWEST AIRLINES
LIVE
AT 35™
SOUTHWEST AIRLINES® & TAYLOR GUITARS
PRESENT THE TRAVELIN' TAYLOR TOUR
SOUTHWEST.COM®
Taylor

CONFIDENTIAL DOCUMENT

SWA006508

App.263



Send
CHARLENE
Charlene Carter
Ok I know I have lots of FB friends who are Believers like I am. I shared this on a Flight Attendant Site today with friends and got a great response. So I thought I would share here too!! I Stand with Israel and America!! Make your statement who you support and let's show a World that We Believe in Isreal and our Blessed Country. Just one little way to get your voice/ point across.
SEPTEMBER 17, 2014
22
8 Comments
Like
Comment
Share

CONFIDENTIAL DOCUMENT

SWA006509

App.264

Send
CHARLENE
Ok I know I have lots of FB friends who are Believers like I am. I shared this on a Flight Attenda... See More
22
8 Comments
Like
Comment
Share

Send
Give HERB his Old Job BACK!
Oh how I wish he was still our CEO!!! Our Company is not the same without him!! See More
6
1 Comment
Like
Comment
Share

CONFIDENTIAL DOCUMENT

SWA006511

App.266



Send
Great Crew!!! Thanks Captain Karl.... See More
15
Like
Comment
Share

CONFIDENTIAL DOCUMENT
SWA006512
App.267