# EXHIBIT Z

| | |
|---|---|
| From: | Ed Schneider |
| Sent: | Friday, March 10, 2017 2:14 PM CST |
| To: | Maureen Emlet; Denise Gutierrez; Edith Barnett |
| CC: | Meggan Jones |
| Subject: | Social media investigation with Charlene Carter 38690 |

Investigation into Charlene Carter 38690 Social Media Facebook messages sent to Audrey Stone

In our investigation we talked to Audrey Stone first via phone conference call. She stated that Charlene Carter has been making comments that indicated she was not Union friendly since 2008. Audrey Stone became President of TWU Local 556 in 2013 and she stated that Charlene has been sending her messages since that time, before there were any issues due to abortion or women's rights.

The Facebook messages depicting graphic and disturbing details of aborted babies and accusations that she supported murder were the final straw and the impetus for Audrey to bring the harassment claims forward. It was then that we discovered the long standing history of Charlene sending harassing Facebook messages to Audrey.

In our fact finding meeting with Charlene, she openly admitted to sending Facebook messages to Audrey for at least the past two years. She latched onto the recent Women's March and abortion issues as her defense, stating it was against her values as a Christian, but the harassment has been going on for much longer.

Charlene has several posts that are visible on her Facebook timeline showing graphic and disturbing videos of an aborted fetus and statements about her political views. Charlene stated that she had an abortion when she was young and regrets every bit of it, so she works with other pro-life groups as a Christian to spread the anti-abortion message out in any way possible.

Charlene acknowledges there are posts on her Facebook page that show her as a Southwest Airlines Employee in uniform and connect her to the workplace.

On or about February 19 is when Charlene sent Audrey the posts containing the videos of aborted babies and several harassing comments stating that Audrey supported abortion, TWU-AFL-CIO and 556 are supporting this murder, Audrey is despicable in so many ways, Audrey is limited in the days she will live off of all the SWA FAs and can't wait to see her back on line.

Charlene admitted she did not know Audrey's political views and she did not know Audrey's stand on abortion issues.

Charlene has been barraging Audrey with Facebook message rantings since at least March, 2015. She has incessantly called her morally bankrupt, has no integrity, corrupt and inept. She has continually bombarded Audrey with the recall vote and how she doesn't deserve to be in office and the recall is going to happen. The nature of Charlene's Facebook messages are hostile and none of them have been worded in such a way as to ask questions or inquire about opening up dialogue with Audrey.

Violations of SWA policies:

App.269

Social Media Policy -Content that may be viewed as untrue, disrespectful, malicious, obscene, violent, harassing, bullying, defamatory, threatening, lewd, intimidating, discriminatory, or retaliatory;

Bullying and Hazing Policy - bullying is defined as malicious, unwelcome and severe mistreatment that harms, intimidates, offends, degrades, or humiliates an Employee or specific group of Employees. Bullying behaviors can be verbal, physical, or exclusion-type, and now, with the most recent update to Guidelines for Employees, also include cyber bullying.

Harassment Policy – By way of example, prohibited conduct that may be considered harassment or discrimination may include unwelcome or inappropriate:
Written comments or remarks including, email, voicemail, text messages, and posts on online social media that are derogatory, sexually suggestive, offensive, threatening, intimidating and/or hostile.

CONFIDENTIAL DOCUMENT

SWA004712