# EXHIBIT MM

**\*\*ELECTRONIC FILE OF FACEBOOK VIDEO PROVIDED TO CLERK IN ACCORDANCE WITH LOCAL RULE 5.1(b)**