# EXHIBIT PP

JEANNA JACKSON
1228 W. SECRETARIAT DRIVE
TERRELL, TX 75160

I have been a Flight Attendant for Southwest Airlines since 1987.  I have an excellent work record and numerous passenger commendations.  I have never received discipline in my  30 year career (with the exception of Weight Check which was outlawed in 1997) and I am a good employee for this airline.

In 2015, after numerous attempts to get our Union Executive Board to resign after their failure to bring a fair and equitable contract to the Flight Attendants of TWU Local 556, I started a Recall Petition which is a right afforded to any Member in Good Standing.  I started the Recall in August of 2015.  There are very specific rules that are applied to the collecting of signatures required for a successful Recall.  I painstakingly followed each and every procedure per our Bylaws and collected, by hand and without the use of electronic petitions, over 7,600 signatures from Members across 10 bases throughout the country.   I used social media, primarily Facebook, to get the message out about why we needed this Recall so desperately and explained the steps necessary to complete the Recall.

The closer I got to obtaining the required signatures, the bigger the target became on my back at work.  I was turned in to Management by various  Anti-Recall members for "perceived" social media violations which were basically heated debates over the merits of the Recall and their attempts to discredit myself and the Recall movement.

Each time I was turned in, management would tell me that I was not receiving discipline but to tread lightly when posting and reminded me of the very strict social media policy that had been implemented by management.   I was sure to never use names, real or otherwise, never insult, bully, berate, ridicule or harass.  I would engage in conversations on facebook and would defend my position on the Recall while listening to their opinion.  I would provide facts to back up my belief in the Recall and the opponents would resort to personal attacks and then go to the company and cry harassment because I could debate better than they could and they would get "offended".

My Facebook account was hacked by some of these anti-recall people and a fake conversation was created between "myself" and another Recall supporter that was very  offensive and politically incorrect.  It was turned into management, unbeknownst to me, and I was accused and pulled from flying for about 5 weeks while the incident was investigated.   After a thorough investigation,  it was determined that the conversation in question was indeed faked and I was cleared.  Even though I was found innocent and returned to flying, SWA never publicly exonerated me so most people believed that "I had gotten away with it due to my seniority" which was completely false.   SWA did not continue the investigation to determine who had set me up this way and just let the subject drop.  On the other hand, I had to file an FBI report and I still have an open investigation with them into who perpetrated this hacking against me.     I believe it was someone close to the Union Executive Board.

I've received multiple threatening phone calls and hateful messages.  When I announced in November that we had the requisite number of signatures to proceed with the Recall and that I would be hand delivering them to TWU International in D.C., I was accused of forging Flight Attendants' signatures and intentionally duplicating signatures.   A video was made by  a notorious Las Vegas based Flight Attendant named Rickie Spand who has turned me in to management multiple times ( with no discipline ever coming of it) In this video, he recorded a video of himself in a sinister mask and facepaint clearly

threatening death to me when I went to DC.  This threat I took very  seriously and reached out to upper management to address this serious death threat.  NOTHING WAS DONE ABOUT THIS VIDEO!  I still have the video for your viewing.

In January I was turned in AGAIN, by the very same Rickie Spand for posting on FB that he had tried to have a Go Fund Me account reported as a fraudulent fund raising cause.  I was talked to by management and told that I almost crossed a line by referring to him as being delusional for thinking he could report my gofundme account as fraudulent or for stopping the Recall.

The final straw for me was in February.  I was having a debate on a "neutral" FB group page with a notorious anti Recall flight attendant.  He was posting very rude and condescending comments about me and my goal to have this Recall verified.  He called me out by name, insulted my 30 year career and called me a sucker for hiring an attorney to represent me and the 7600 people who had signed the petition.

I made the comment back to this person that I believed I was doing more for the union by uniting 7600 flight attendants under one common goal of better leadership than he was by having the union defend his multiple terminations.

This statement was true and I know for a fact that he has been terminated multiple times.  In 2013, this person, Bryan Talburt, threatened to "execute those of us who had chosen to opt out of the Union".   He was terminated for work place violence but subsequently got his job back because the Union president took his case on personally and made a back door deal to get him reinstated.

Bryan turned this conversation into management and I was called in for yet another Fact Finding meeting.  After the meeting, I was told that I was guilty of  violating SWA Social Media Policy for referring to another employee's work record and I received a 30 day suspension without pay.

I have been threatened, slandered and libeled multiple times and provided proof of this yet these people never receive any type of discipline.

When I defend myself against these slanderous accusations, etc. I am treated differently by receiving a very harsh disciplinary action that will cost me close to $7,200.00

The discrimination is sickening  and needs to stop!

I am currently waiting on a decision on my "Step 2" to see if management is going to overturn my suspension with backpay or to leave it as is.   If the suspension is not overturned, then I will have to go before the very Executive Board that I want Recalled and beg them to represent me in an arbitration.  I seriously doubt my case will proceed to arbitration which will cause me to be harmed yet again.

I believe this company and union are clearly colluding to stop this Recall by disciplining any Flight Attendant/Member of 556 who supports the Recall of this Executive Board because they are working hand in hand to intentionally harm flight attendants.

**Carter 2398**
**App.551**

Thank you for allowing me explain my situation while helping Charlene Carter and many others who have been unfairly disciplined and harmed by the Company and the Union for simply expressing our dissenting opinion from that of our Union leadership.  This is clearly against the RLA, the NLRB and federal law.

I feel this company is abusing our rights to free speech and our rights to disagree with our own Union leadership.

Sincerely,

Jeanna Jackson
jljflygirl@hotmail.com
DAL Flight Attendant