UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>    Plaintiff,<br><br>V.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>    Defendants. | Civil Case No. 3:17-cv-02278-X |

**[Proposed] Order Granting Plaintiff's Second Motion to Compel Discovery from Defendant Southwest Airlines Co.**

 Before the Court is Plaintiff Charlene Carter's Second Motion to Compel Discovery from Defendant Southwest Airlines Co. After considering the Motion, the Court finds that the Motion should be granted.

 IT IS THEREFORE ORDERED that Plaintiff's Second Motion to Compel Discovery is hereby GRANTED.  The Court also RULES and ORDERS as follows:

 1. Defendant Southwest's objections to Plaintiff Charlene Carter's Second Request for Production No. 1 and Second Interrogatory 1 are all OVERRULED. Within ten (10) days after the date of this Order, Defendant Southwest is ORDERED, for January 1, 2013, through the present, to identify, by name, all Local 556 officials who reported Southwest flight attendants for their social media activities, to identify the names and social media activities of the flight attendants the union officials reported, and to produce the union officials' reports.

 2. Defendant Southwest's objections to Plaintiff Charlene Carter's Second Request for Production No. 3 are OVERRULED. Within ten (10) days after the date of this Order, Defendant

1

Southwest is ORDERED to produce its documents and communications related to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3. Defendant Southwest failed to support its attorney-client privilege claims for privilege log entries 1-6. Within ten (10) days after the date of this Order, Defendant Southwest is ORDERED, to produce complete and unredacted copies of the documents corresponding to entries 1-6 on its privilege log, including bates-labeled documents SWA 7464-SWA 7470.

4. Defendant Southwest failed to produce documents as agreed to with Plaintiff Charlene Carter. Within ten (10) days after the date of this Order, Defendant Southwest is ORDERED to produce the responsive materials it agreed to collect and produce concerning social media, sexual harassment, or bullying reports, complaints, investigation, and discipline involving Carter's former base manager, Ed Schneider, as originally requested in Plaintiff Charlene Carter's Request for Production Numbers RFPs 6, 7, and Interrogatory 3.

SIGNED on _____, 2021.

_____
Brantley Starr
United States District Judge