UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | Civil Case No. 3:17-cv-02278-X<br><br>**PLAINTIFF CHARLENE CARTER'S APPENDIX IN SUPPORT OF HER SECOND MOTION TO COMPEL DISCOVERY FROM DEFENDANT SOUTHWEST AIRLINES CO.** |

**APPENDIX OF EXHIBITS**

A.  Carter's First Discovery Requests ............................................................................. App.1

B.  Carter's Second Discovery Requests ........................................................................ App.19

C.  Southwest's Objections to Carter's First Discovery Requests ................................. App.28

D.  Southwest's Objections to Carter's Second Discovery Requests ............................ App.50

E.  Southwest's April 4, 2017 Email .............................................................................. App.58

F.  Southwest's Privilege Log ........................................................................................ App.59

G.  Southwest's Redacted Emails for Privilege Log Entry 6 .......................................... App.60

H.  Southwest's Social Media Discipline Spreadsheet ................................................... App.77

I.  Southwest's Rule 30(b)(6) Deposition Testimony (Simms Excerpts) ....................... App.87

J.  Local 556's Rule 30(b)(6) Deposition Testimony (Hillhouse Excerpt) ..................... App.96

K.  Carter and Southwest Discovery Correspondence .................................................... App.98

1

Dated: September 8, 2021                    Respectfully submitted,


                                              s/ Matthew B. Gilliam
Mathew B. Gilliam (*admitted pro hac vice*)
New York Bar No. 5005996
*mbg@nrtw.org*
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Tel: 703-321-8510
Fax: 703-321-9319

s/ Jason E. Winford (*with permission*)
David E. Watkins
Texas Bar No. 20922000
*dwatkins@jenkinswatkins.com*
Jason E. Winford
Texas Bar No. 00788693
*jwinford@jenkinswatkins.com*
JENKINS & WATKINS, P.C.
4300 MacArthur Avenue, Suite 165
 Dallas, Texas 75209
Tel: 214-378-6675
Fax: 214-378-6680


*Attorneys for Plaintiff Charlene Carter*

## Certificate of Service

I hereby certify that on September 8, 2021, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Matthew B. Gilliam