[Ex. E, App.58, redacted and filed under seal pursuant to Court Order (ECF 163)]