# EXHIBIT F

## Carter v. Local 556, Southwest Airlines Co.
## Privilege Log

| Log No. | Privilege | Doc. Type | Description | To | From |
|---|---|---|---|---|---|
| 1 | Attorney-Client | Email and attachments | 10/3/14 correspondence with in-house counsel regarding social media and related issues | Juan Suarez; Tammy Shaffer | Sue Ann Chaffin |
| 2 | Attorney-Client | Email | 10/3/14 correspondence with in-house counsel regarding social media and related issues | Juan Suarez; Ron Ricks; Joe Harris; Andrea Matthews | Suzanne Staring |
| 3 | Attorney-Client | Email | 10/3/14 correspondence with in-house counsel regarding social media and related issues | Juan Suarez; Joe Harris; Suzanne Staring; Gary Kelly | Ron Ricks |
| 4 | Attorney-Client | Email | 2/10/15 correspondnece with in-house counsel regarding Railway Labor Act issues | Kevin Minchey; Tammy Shaffer | Sherrie Mullikin |
| 5 | Attorney-Client | Email | 2/10/15 correspondnece with in-house counsel regarding Railway Labor Act issues | Sherrie Mullikin; Tammy Shaffer | Kevin Minchey |
| 6 | Attorney-Client | Partially redacted email | 8/4/15 correspondence with in-house counsel regarding recall issue | Juan Suarez; Naomi Hudson; Brendan Conlon; Joe Harris; Patrick Scheirer; Adam Carlisle; Jim Jordan; Tammy Shaffer; Brianna Grant | Kevin Allen |
| 7 | Attorney-Client | Email | 5/22/17 correspondence with in-house counsel regarding arbitration preparation. | Cindy Fox; Natalie Roffino; Brianna Grant | Maureen Emlet |
| 8 | Attorney-Client | Email | 5/22/17 correspondence with in-house counsel regarding arbitration preparation. | Maureen Emlet; Natalie Roffino; Brianna Grant | Cindy Fox |
| 9 | Attorney-Client | Email | 5/23/17 correspondence with in-house counsel regarding arbitration preparation. | Cindy Fox; Natalie Roffino | Maureen Emlet |
| 10 | Attorney-Client | Email | 6/1/17 correspondence with in-house counsel regarding arbitration preparation. | Cindy Fox | Maureen Emlet |
| 11 | Attorney-Client | Email and attachments | 7/17/17 correspodnece and material regarding social media made at direction of and in preparation for meeting with counsel | Tammy Shaffer; Brianna Grant | Melissa Burdine |
| 12 | Attorney-Client | Email and attachments | 7/17/17 correspodnece and material regarding social media made at direction of and in preparation for meeting with counsel | Tammy Shaffer; Brianna Grant | Melissa Burdine |
| 13 | Attorney-Client | Email | 9/20/17 correspondence involving and at the direction of in-house counsel regarding employe social media issue. | Juan Suarez; Jennifer Bangall | Melissa Burdine |
| 14 | Attorney-Client | Email and attachments | 9/20/17 correspondence involving and at the direction of in-house counsel regarding employe social media issue. | Brianna Grant; Tammy Shaffer | Melissa Burdine |
| 15 | Attorney-Client | Email and attachments | 10/20/17 correspondence with in-house counsel regarding potential lawsuit | Tammy Shaffer; Inflight Labor Relations-DG; Brook Patterson | Chris Maberry |
| 16 | Attorney-Client | Email and attachments | 10/20/17 correspondence with in-house counsel regarding potential lawsuit | Chris Maberry; Tammy Shaffer; Brook Patterson; Joel Bagby; Brianna Grant | Maureen Emlet |
| 17 | Attorney-Client | Email and attachments | 10/20/17 correspondence with in-house counsel regarding potential lawsuit | Maureen Emlet; Tammy Shaffer; Brook Patterson; Joel Bagby; Brianna Grant | Chris Maberry |
| 18 | Attorney-Client | Email and attachments | 10/20/17 correspondence with in-house counsel regarding potential lawsuit | Chris Maberry; Brook Patterson; Joel Bagby; Brianna Grant; Tammy Shaffer | Maureen Emlet |
| 19 | Attorney-Client | Email and attachments | 4/5/18 correspondence with in-house counsel regarding grievnace settelments | Cindy Fox | Maureen Emlet |
| 20 | Attorney-Client | Email | 7/17/19 correspondence with in-house counsel regarding social media issues | Juan Suarez; Tammy Shaffer; Brianna Grant; Crystal Graves; Augie Pastrana | Kevin Minchey |