[Ex. G, Apps.60-76, redacted and filed under seal pursuant to Court Order (ECF 163)]