[Ex. H, Apps.77-86, redacted and filed under seal pursuant to Court Order (ECF 163)]