[Ex. I, Apps.87-95, redacted and filed under seal pursuant to Court Order (ECF 163)]