# EXHIBIT J

CONFIDENTIAL DEPOSITION OF BRANDON HILLHOUSE
Case 3:17-cv-02278-X   Document 176-10   Filed 05/08/22   Page 2 of 3   PageID 4904

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHARLENE CARTER                  )
                                 )
                                 ) CIVIL ACTION NO.
VS.                              ) 3:17-CV-02278-X
                                 )
SOUTHWEST AIRLINES CO., AND      )
TRANSPORT WORKERS UNION OF       )
AMERICA, LOCAL 556               )

-------------------------------------

CONFIDENTIAL
TWU LOCAL 556 30(b)(6)
ORAL DEPOSITION OF
BRANDON HILLHOUSE
NOVEMBER 30, 2020

-------------------------------------

ANSWERS AND DEPOSITION OF BRANDON HILLHOUSE, produced as a witness at the instance of the Plaintiff, taken in the above-styled and -numbered cause on NOVEMBER 30, 2020, at 3:07 p.m., before CHARIS M. HENDRICK, a Certified Shorthand Reporter in and for the State of Texas, witness located in Dallas, Texas, pursuant to the Federal Rules of Civil Procedure, the current emergency order regarding the COVID-19 State of Disaster, and the provisions stated on the record or attached hereto.

CONFIDENTIAL DEPOSITION OF BRANDON HILLHOUSE
Case 3:17-cv-02278-X Document 176-10 Filed 05/08/21 Page 3 of 3 PageID 4905

Page 29

1   Q.   Okay.
2       MR. GILLIAM:  Can we go off the record
3   real quick?
4       MR. GREENFIELD:  Yes.  Sure.
5       (Recess taken.)
6   Q.   (By Mr. Gilliam)  Okay.  Mr. Hillhouse,
7   does the grievance committee keep records of who
8   turns in flight attendants?
9   A.   No.
10  Q.   Okay.  All right.  And, now, earlier, in
11  -- I guess, discussing some of the numbers of
12  social media cases, I think you -- you said that
13  there were approximately 100 between 2019 and 2020
14  or the present?
15  A.   Correct.
16  Q.   And that -- that increased by 61 from the
17  prior period?
18  A.   Prior period was around 39.  The -- well,
19  the 2017/2018 was 39.  And then about 32, 2015 to
20  '16.  And around 18 cases from 2013 to '14.
21  Q.   Okay.  Do you know why the number of cases
22  increased so much during that period?
23  A.   That would probably be something you would
24  ask the company about; I wouldn't know.
25  Q.   Okay.  Now, did the grievance committee