RECEIVED
SEP - 8 2021
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# JENKINS & WATKINS

A PROFESSIONAL CORPORATION

*Est. 1970*

HIGHLAND PARK WEST
4300 MACARTHUR AVENUE, SUITE 165
DALLAS, TEXAS 75209-6524
(214) 378-6675

DAVID WATKINS
BOARD CERTIFIED – LABOR AND EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

JASON E. WINFORD
BOARD CERTIFIED – LABOR AND EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

JOSEPH A. JENKINS (1919-75)

TELEFAX
(214) 378-6680

E-MAIL
jwinford@jenkinswatkins.com

September 3, 2021

Karen Mitchell, Clerk of Court
United States District Court, Northern District of Texas
1100 Commerce Street, Room 1452
Dallas, Texas 75242

Re:   *Charlene Carter v. Southwest Airlines Co. and Transport Workers Union of America, Local 556*; Civil Action No. 03:17-cv-02278-X, in the United States District Court, Northern District of Texas

Dear Ms. Mitchell:

Pursuant to Local Rule 56.6(b)(2) with respect to non-documentary materials that are included in an appendix supporting a motion for summary judgment, I am submitting on behalf of Plaintiff Charlene Carter the following non-documentary item to be filed as part of the Appendix in Support of Plaintiff's Motion for Partial Summary Judgment (Docket #170-32):

1. One (1) CD containing two (2) video files, labelled App. 531.

Please file the enclosed item in the above-referenced matter. This filing is related to Plaintiff Charlene Carter's Sealed Motion for Partial Summary Judgment (Docket #169), which has been previously submitted for filing under seal. If you have any questions, please do not hesitate to contact me. Thank you.

Very truly yours,

*[signature]*

Jason E. Winford

JW/kc
Enclosures as stated

Karen Mitchell, Clerk of Court
September 3, 2021
Page 2 of 2

CC:  Paulo B. McKeeby
REED SMITH LLP
2850 N. Harwood Street, 1500
Dallas, Texas 75201
*Attorney for Defendant Southwest Airlines Co. (by Certified Mail)*

Adam S. Greenfield
Cloutman & Greenfield, PLLC
3301 Elm Street
Dallas, Texas 75226
*Attorney for Transport Workers Union of America, Local 556 (by Certified Mail)*

In the United States District Court
Northern District Of Texas
Dallas Division

Charlene Carter,
*Plaintiff*

v.

Civil Action No.
3:17-cv-02278-X

Southwest Airlines Co.
and Transport Workers
Union of America, Local 556,
*Defendants*

Plaintiff's Appendix in Support of
Motion for Partial Summary Judgment

1. Video 2.7.2017.mov
2. Video 2.14.2017.mov

App. 531



In the United States District Court
Northern District Of Texas
Dallas Division

Charlene Carter,
*Plaintiff*

v.

Civil Action No.
3:17-cv-02278-X

Southwest Airlines Co.
and Transport Workers
Union of America, Local 556,
*Defendants*

Plaintiff's Appendix in Support of
Motion for Partial Summary Judgment

1.   Video 2.7.2017.mov
2.   Video 2.14.2017.mov

App. 531



$1.760
US POSTAGE
FIRST-CLASS
062S0013911792
FROM 75209

**JENKINS & WATKINS**
A PROFESSIONAL CORPORATION
4300 MacArthur Avenue
Suite 165
Dallas, Texas 75209-6524

To: Karen Mitchell, Clerk of Court
United States District Court, Northern
District of Texas
1100 Commerce Street, Room 1452
Dallas, Texas 75242