IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| | § | |
| vs. | § | 3:17-cv-02278-B |
| | § | |
| SOUTHWEST AIRLINES CO., and | § | |
| TRANSPORT WORKERS UNION OF | § | JURY DEMANDED |
| AMERICA, LOCAL 556 | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT TWU LOCAL 556'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(a), Defendant TWU Local 556 ("Defendant") files this Motion for Summary Judgment. This Motion is based on Defendant's Brief, which is being filed contemporaneously, the attached summary judgment evidence, and all pleadings and papers on file.

Dated: September 9, 2021            Respectfully submitted,

                                                                                        **CLOUTMAN & GREENFIELD, PLLC**
                                                                                        3301 Elm Street
                                                                                        Dallas, Texas 75226
                                                                                        214.642.7486
                                                                                        214.939.9229 FAX

                                                                                        */s/ Adam S. Greenfield*
                                                                                       Adam S. Greenfield
                                                                                      Email:  agreenfield@candglegal.com
                                                                                      Bar No.: 24075494

                                                                                       *Board Certified in Labor & Employment Law by the Texas Board of Legal Specialization*

                                                                                       Edward B. Cloutman, III

>State Bar No. 04411000
>Email: ecloutman@lawoffices.email
>**LAW OFFICES OF EDWARD CLOUTMAN, III**
>3301 Elm Street
>Dallas, Texas 75226-1637
>214.939.9222
>214.939.9229 Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been served upon all parties, via the CM/ECF system, which will send notification of such filing to all counsel of record, on this the 9th day of September, 2021, as follows:

>*/s/ Adam S. Greenfield*_____
>Adam S. Greenfield