IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, § | | |
| § | | |
| Plaintiff, § | | CIVIL ACTION NO. |
| § | | |
| vs. § | | 3:17-cv-02278-B |
| § | | |
| SOUTHWEST AIRLINES CO., and § | | |
| TRANSPORT WORKERS UNION OF § | | JURY DEMANDED |
| AMERICA, LOCAL 556 § | | |
| § | | |
| Defendants. § | | |

**DEFENDANT TWU LOCAL 556'S APPENDIX IN
SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Document | Appendix Pages |
|---|---|---|
| Ex. 1 | Carter's Union Resignation | 001-002 |
| Ex. 2 | Carter Deposition | 003-025 |
| Ex. 3 | Exhibit Removed | 026 |
| Ex. 4 | Carter Facebook Messages to Stone | 027-125 |
| Ex. 5 | Stone Complaint to SWA | 126-132 |
| Ex. 6 | Carter Termination Letter | 133-134 |
| Ex. 7 | Sims Deposition | 135-140 |
| Ex. 8 | Carter Last Chance Agreement | 141-147 |
| Ex. 9 | Arbitration Transcript | 148-676 |

Dated: September 9, 2021         Respectfully submitted,

  */s/ Adam S. Greenfield*_____
Adam S. Greenfield
Email:  agreenfield@candglegal.com
*Board Certified in Labor & Employment Law by the
Texas Board of Legal Specialization*

**Cloutman & Greenfield, PLLC**
3301 Elm Street
Dallas, Texas 75226
214.939.9222
214.939.9229 FAX

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument has been served upon all parties, via the CM/ECF system, which will send notification of such filing to all counsel of record, on this the  9th  day of September, 2021, as follows:

                                                 */s/ Adam S. Greenfield*_____
                                                 Adam S. Greenfield