# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# Dallas Division

|  |  |  |
|---|---|---|
| CHARLENE CARTER, | § § § | Civil Case No. 3:17-cv-02278-X |
| Plaintiff, | § § § |  |
| v. | § § |  |
| SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556, | § § § § § § |  |
| Defendants. | § |  |

## JOINT MOTION TO EXTEND THE DEADLINE FOR ALL PARTIES TO RESPOND TO PENDING MOTIONS

Southwest Airlines Co. ("Southwest"), the Transport Workers Union of America, Local 556 ("Local 556"), and Charlene Carter ("Carter") file this Joint Motion to Extend the Deadline for All Parties to Respond to Pending Motions (*see* dkt. nos. 166, 169, 171, 181) as specified below to **Monday, October 4, 2021**. In support of this Motion, the parties state as follows:

1. On September 2, 2021, Southwest filed a motion for summary judgment. Dkt. No. 166.

2. On September 2, 2021, Charlene Carter ("Carter") filed a motion for summary judgment and motion for leave to file her motion for summary judgment under seal. Dkt. Nos. 169, 171.

3. On September 9, 2021, the Transport Workers Union of America, Local 556 ("Local 556") filed a motion for summary judgment. Dkt. No. 181.

4. Each of the motions are lengthy, contain numerous legal arguments, and include hundreds of pages of exhibits.

5. The current deadline for Southwest and Local 556 to respond to Carter's above motions is September 23, 2021.

6. The current deadline for Carter to respond to Southwest's motion is September 23, 2021.

7. The current deadline for Carter to respond to Local 556's motion is September 30, 2021.

8. Separately, the deadline for Southwest to respond to Carter's pending motion to compel (dkt. no. 173) is September 29, 2021.

9. Given the length and complexity of the parties' respective filings additional time to respond is appropriate to ensure the all parties are able to adequately review the record and present their legal arguments to the Court.

10. Accordingly, there is good cause to grant an extension of the deadline for all parties to respond to the motions identified in paragraphs 1-3 above to **October 4, 2021**.

11. Counsel for Southwest has conferred with counsel for Carter and Local 556 by phone and they indicated that they support the relief requested herein.

12. Granting this Motion will not create undue delay or otherwise interfere with other Court deadlines.

13. Therefore, the parties request that the deadline for Carter to respond to Southwest's and Local 556's motions for summary judgment (dkt. nos. 166, 181); and for Southwest and Local 556 respond to Carter's motion for summary judgment and motion for leave to file motion for summary judgment under seal (dkt. Nos. 169, 171) be set for **October 4, 2021**.

Dated:  September 21, 2021 	Respectfully submitted,

        */s/ Brian K. Morris*
        Paulo B. McKeeby
        State Bar No. 00784571
        Brian K. Morris
        State Bar No. 24108707
        **REED SMITH LLP**
        2850 N. Harwood Street
        Suite 1500
        Dallas, Texas 75201
        Phone: 469-680-4200
        Facsimile: 469-680-4299
        pmckeeby@reedsmith.com
        bmorris@reedsmith.com

        **ATTORNEYS FOR DEFENDANT**
        **SOUTHWEST AIRLINES CO.**


        */s/ Adam S. Greenfield* (w/permission)
        Adam S. Greenfield
        State Bar No. 24075494
        **CLOUTMAN & GREENFIELD, PLLC**
        3301 Elm Street
        Dallas, Texas 75226
        Phone:  214.642.7486
        Facsimile:  214.939.9229
        agreenfield@candglegal.com

        Edward B. Cloutman, III
        State Bar No. 04411000
        **LAW OFFICES OF EDWARD CLOUTMAN, III**
        3301 Elm Street
        Dallas, TX 75226
        Phone:  214.939.9222
        Facsimile:  214.939.9229

        **ATTORNEYS FOR DEFENDANT**
        **TWU LOCAL 556**

*/s/ Matthew B. Gilliam* (w/permission)
Matthew B. Gilliam (*admitted pro hac vice*)
New York Bar No. 5005996
c/o National Right to Work Legal Defense
Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Phone:  703.321.8510
Facsimile:  703.321.9319
mbg@nrtw.org

David E. Watkins
State Bar No. 20922000
Jason E. Winford
State Bar No. 00788693
**JENKINS & WATKINS, P.C.**
4300 MacArthur Avenue, Suite 165
Dallas, TX 75209
Phone:  214.378.6675
Facsimile:  214.378.6680
dwatkins@jenkinswatkins.com
jwinford@jenkinswatkins.com

**ATTORNEYS FOR PLAINTIFF
CHARLENE CARTER**