# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# Dallas Division

| | | |
|---|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | § § § § § § § § § § § § § § § | Civil Case No. 3:17-cv-02278-X |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINE FOR ALL PARTIES TO RESPOND TO PENDING MOTIONS

The Court has considered the parties' Joint Motion to Extend the Deadline for All Parties to Respond to Pending Motions ("Motion") filed in the above-captioned matter. Having considered the parties' Motion and other matters presented to and on file with the Court, the Court hereby grants the Motion.

The deadline for Charlene Carter to respond to Southwest Airlines Co.'s ("Southwest") and the Transport Workers Union of America, Local 556's ("Local 556") motions for summary judgment (dkt. nos. 166, 181); and for Southwest and Local 556 respond to Carter's motion for summary judgment and motion for leave to file motion for summary judgment under seal (dkt. Nos. 169, 171) shall be **October 4, 2021**.

IT IS SO ORDERED.

Date: _____       _____