UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | | |
|---|---|---|
| CHARLENE CARTER,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>    Defendants. | §§§§§§§§§§§§§§ | Civil Case No. 3:17-cv-02278-X |

**[PROPOSED] ORDER GRANTING SOUTHWEST AIRLINES CO.'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL AND TO FILE CORRECTED MOTION**

The Court has considered Southwest Airlines Co.'s Unopposed Motion to Extend the Deadline to Respond to Plaintiff's Motion to Compel and to File Corrected Motion ("Motion") filed in the above-captioned matter. Having considered the Motion and other matters presented to and on file with the Court, the Court hereby grants the Motion, as follows:

(a)    The deadline for Southwest Airlines, Co. to respond to Charlene Carter's pending motion to compel (dkt. no. 173) shall be **October 11, 2021**.

(b)    The Court hereby grants Southwest leave to file a supplemental motion in support of its motion for summary judgment and/or summary adjudication. Southwest shall file the supplemental motion by _____, 2021.

IT IS SO ORDERED.

Date: _____                    _____