UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:17-CV-02278-X |
| TRANSPORT WORKERS UNION OF | § | |
| AMERICA LOCAL 556 and | § | |
| SOUTHWEST AIRLINES CO., | § | |
| | § | |
| *Defendants*. | § | |

# ORDER

Before the Court is a combined motion to extend time to file a response to a motion to compel and a motion to file an amended summary judgment motion. [Doc. No. 188]. Those motions are before different judges because the Court referred the motion to compel to the Magistrate Judge. Accordingly, this Court will rule only on the unopposed motion for leave to file a supplemental summary judgment motion. The Court **DENIES WITHOUT PREJUDICE** the motion to file an amended summary judgment motion. Counsel did not attach the proposed pleading as an exhibit to the motion. That is necessary to confirm the representation that the supplemental pleading will seek to do no more than comply with the local rules on summary judgment motions. The Court will entertain a compliant motion for leave that attaches the proposed amended summary judgment motion.

**IT IS SO ORDERED** this 4th day of October, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE