UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | | |
|---|---|---|
| CHARLENE CARTER, | § § § | Civil Case No. 3:17-cv-02278-X |
| Plaintiff, | § § § | |
| v. | § § | |
| SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556, | § § § § § | |
| Defendants. | § § | |

**SOUTHWEST AIRLINES CO.'S RESPONSE IN OPPOSITION TO CHARLENE CARTER'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Southwest Airlines Co. ("Southwest") respectfully files this Response in Opposition to Charlene Carter's Motion for Partial Summary Judgment. Each of the matters required by Local Rule 56.4(a) is set forth in Southwest's accompanying brief.

Dated:  October 4, 2021                   Respectfully submitted,

/s/ Brian K. Morris
Paulo B. McKeeby
State Bar No. 00784571
Brian K. Morris
State Bar No. 24108707
**REED SMITH LLP**
2850 N. Harwood Street
Suite 1500
Dallas, Texas 75201
Phone: 469-680-4200
Facsimile: 469-680-4299
pmckeeby@reedsmith.com
bmorris@reedsmith.com

1

ATTORNEYS FOR DEFENDANT
SOUTHWEST AIRLINES CO.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served by electronic mail on all parties on this 4th day of October, 2021.

*/s/ Brian K. Morris*
Brian K. Morris