## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>                    Plaintiff,<br><br>V.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>                    Defendants. | Civil Case No. 3:17-cv-02278-X<br><br><br>**PLAINTIFF CHARLENE CARTER'S RESPONSE TO SOUTHWEST AIRLINES CO.'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Federal Rules of Civil Procedure, Rule 56, and Local Rule 56.4, Plaintiff Charlene Carter ("Carter"), through her counsel of record, hereby responds to Defendant Southwest Airlines Co.'s ("Southwest") motion for summary judgment, ECF Nos. 166, 167, 168.

## I.  Summary

The Court should deny Southwest's motion for summary judgment in its entirety and grant Carter's motion for partial summary judgment because Carter has demonstrated that Southwest fired her for exercising protected rights under 45 U.S.C. § 152 (Third) and (Fourth) in violation of the Railway Labor Act, 45 U.S.C. § 151 *et seq.* ("RLA") and fired Carter because of her religious beliefs and practices and intentionally discriminated against her in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* (ECF 80, pp.25-27, ¶¶ 93-102) (RLA claims); (ECF 80, pp.27-30, ¶¶ 103-122) (Title VII claims). Southwest has failed to offer any valid arguments, legal analysis, or relevant evidence to the contrary.

## II. Legal and Factual Grounds Supporting Carter's Response in Opposition to Southwest's Motion for Summary Judgment and Carter's Motion for Partial Summary Judgment

Pursuant to Local Rule 56.4, the legal and factual grounds on which Carter relies in opposition to Southwest's motion for summary judgment and in support of her motion for partial summary judgment are set forth in her response brief filed in opposition to Southwest's motion for summary judgment filed contemporaneously with this Response, and in her September 2, 2021 brief in support of her motion for partial summary judgment (ECF 171-1).

For the foregoing reasons, and the reasons set forth in her response brief in opposition to Southwest's motion for summary judgment, and in her brief in support of her motion for partial summary judgment, Carter requests that the Court deny Southwest's motion for summary judgment in its entirety and issue an order granting her motion for partial summary judgment.

Dated: October 4, 2021

Respectfully submitted,

s/ Matthew B. Gilliam
Mathew B. Gilliam (*admitted pro hac vice*)
New York Bar No. 5005996
*mbg@nrtw.org*
c/o National Right to Work Legal Defense
Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Tel: 703-321-8510
Fax: 703-321-9319

s/ Jason E. Winford (*with permission*)
David E. Watkins
Texas Bar No. 20922000
*dwatkins@jenkinswatkins.com*
Jason E. Winford
Texas Bar No. 00788693
*jwinford@jenkinswatkins.com*
JENKINS & WATKINS, P.C.
4300 MacArthur Avenue, Suite 165
Dallas, Texas 75209
Tel: 214-378-6675
Fax: 214-378-6680

*Attorneys for Plaintiff Charlene Carter*

**<u>Certificate of Service</u>**

I hereby certify that on October 4, 2021, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Matthew B. Gilliam