**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>　　　　　Plaintiff,<br><br>V.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>　　　　　Defendants. | Civil Case No. 3:17-cv-02278-X |

**[Proposed] Order Granting Plaintiff's Motion for Partial Summary Judgment and Denying Defendant Southwest Airlines Co.'s Motion for Summary Judgment**

　　Before the Court is Plaintiff Charlene Carter's Motion for Partial Summary Judgment, and Plaintiff's Response to Defendant Southwest Airlines Co.'s Motion for Summary Judgment. After considering the Motions and Responses, the Court finds that Plaintiff's Motion for Partial Summary Judgment should be granted, and Defendant Southwest Airlines Co.'s Motion should be denied in its entirety.

　　IT IS THEREFORE ORDERED that Plaintiff's Motion for Partial Summary Judgment is hereby GRANTED and Defendant Southwest Airlines Co.'s Motion for Summary Judgment is hereby DENIED.

　　　　SIGNED on _____, 2021.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Brantley Starr
　　　　　　　　　　　　　　　　　　　　United States District Judge