UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>    Defendants. | Civil Case No. 3:17-cv-02278-X<br><br>**PLAINTIFF CHARLENE CARTER'S APPENDIX IN SUPPORT OF HER RESPONSE TO SOUTHWEST AIRLINES CO.'S MOTION FOR SUMMARY JUDGMENT** |

## APPENDIX OF EXHIBITS

A.  Deposition Testimony of Charlene Carter ................................................................App.1

B.  Deposition Testimony of Audrey Stone [FILED UNDER SEAL]............................App.22

C.  TWU Local 556 Unity Magazine: State of the Union Message
    [FILED UNDER SEAL]..............................................................................................App.25


Dated: October 4, 2021                         Respectfully submitted,


                                               s/ Matthew B. Gilliam
                                               Mathew B. Gilliam (*admitted pro hac vice*)
                                               New York Bar No. 5005996
                                               *mbg@nrtw.org*
                                               c/o National Right to Work Legal Defense
                                               Foundation, Inc.
                                               8001 Braddock Road, Suite 600
                                               Springfield, Virginia 22160
                                               Tel: 703-321-8510
                                               Fax: 703-321-9319

                                               s/ Jason E. Winford (*with permission*)
                                               David E. Watkins

1

Texas Bar No. 20922000
*dwatkins@jenkinswatkins.com*
Jason E. Winford
Texas Bar No. 00788693
*jwinford@jenkinswatkins.com*
JENKINS & WATKINS, P.C.
4300 MacArthur Avenue, Suite 165
Dallas, Texas 75209
Tel: 214-378-6675
Fax: 214-378-6680

*Attorneys for Plaintiff Charlene Carter*

## Certificate of Service

I hereby certify that on October 4, 2021, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Matthew B. Gilliam