# EXHIBIT C

[Redacted and filed under seal]

Resp. Apps.25-27