UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>    Defendants. | Civil Case No. 3:17-cv-02278-X<br><br>**PLAINTIFF CHARLENE CARTER'S APPENDIX IN SUPPORT OF HER RESPONSE TO TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556'S MOTION FOR SUMMARY JUDGMENT** |

**APPENDIX OF EXHIBITS**

A. Deposition Testimony of Charlene Carter ........................................................... App.1

B. Deposition Testimony of Audrey Stone [FILED UNDER SEAL] ........................ App.22

C. TWU Local 556 Unity Magazine: State of the Union Message
  [FILED UNDER SEAL] ........................................................................................ App.29

D. Local 556 Rule 30(b)(6) Deposition Testimony (Audrey Stone)
  [FILED UNDER SEAL] ........................................................................................ App.32

E. Deposition Testimony of Maureen Emlet [FILED UNDER SEAL] ..................... App.39

F. Email Correspondence Reporting Recall Supporters
  [FILED UNDER SEAL] ........................................................................................ App.52

G. Local 556 Email Correspondence [FILED UNDER SEAL] ................................. App.88

Dated: October 4, 2021    Respectfully submitted,

                s/ Matthew B. Gilliam
                Mathew B. Gilliam (*admitted pro hac vice*)
                New York Bar No. 5005996
                *mbg@nrtw.org*

c/o National Right to Work Legal Defense
Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Tel: 703-321-8510
Fax: 703-321-9319

<u>s/ Jason E. Winford (*with permission*)</u>
David E. Watkins
Texas Bar No. 20922000
*dwatkins@jenkinswatkins.com*
Jason E. Winford
Texas Bar No. 00788693
*jwinford@jenkinswatkins.com*
JENKINS & WATKINS, P.C.
4300 MacArthur Avenue, Suite 165
Dallas, Texas 75209
Tel: 214-378-6675
Fax: 214-378-6680

*Attorneys for Plaintiff Charlene Carter*

## Certificate of Service

I hereby certify that on October 4, 2021, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Matthew B. Gilliam