# EXHIBIT B

[Redacted and filed under seal]

Resp. Apps.22-28