# EXHIBIT D

[Redacted and filed under seal]

Resp. Apps.32-38