# EXHIBIT E

[Redacted and filed under seal]

Resp. Apps.39-51