# EXHIBIT F

[Redacted and filed under seal]

Resp. Apps.52-87