# EXHIBIT G

[Redacted and filed under seal]

Resp. Apps.88-106