# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# Dallas Division

| | | |
|---|---|---|
| CHARLENE CARTER, | § § § | Civil Case No. 3:17-cv-02278-X |
| Plaintiff, | § § § | |
| v. | § § | |
| SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556, | § § § § § § | |
| Defendants. | § | |

## [PROPOSED] ORDER GRANTING SOUTHWEST AIRLINES CO.'S SECOND UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL / CORRECTED MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT

The Court has considered Southwest Airlines Co.'s ("Southwest") Unopposed Motion for Leave to File the Supplemental / Corrected Motion for Summary Judgment and/ or Partial Summary Judgment ("Motion") filed in the above-captioned matter. Having considered the Motion and other matters presented to and on file with the Court, the Court hereby grants Southwest's Motion. Southwest shall file the Supplemental / Corrected Motion for Summary Judgment and/or Partial Summary Judgment attached to its Motion by _____, 2021.

IT IS SO ORDERED.

Date: _____