# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## Dallas Division

| | |
|---|---|
| CHARLENE CARTER, § § Plaintiff, § § v. § § SOUTHWEST AIRLINES CO., AND § TRANSPORT WORKERS UNION OF AMERICA, § LOCAL 556, § § Defendants. § § | Civil Case No. 3:17-cv-02278-X |

## SOUTHWEST AIRLINES CO.'S APPENDIX IN OPPOSITION TO CHARLENE CARTER'S MOTION TO COMPEL DISCOVERY

1

| Exhibit | Document | Appendix Pages |
|---|---|---|
| 1 | Transcript of Hearing on Plaintiff's Motion to Compel (Dec. 11, 2020) | APP. 1 - 22 |
| 2 | Declaration of Brian K. Morris | APP. 23 - 25 |

Dated:  October 12, 2021

Respectfully submitted,

/s/ Paulo B. McKeeby
Paulo B. McKeeby
State Bar No. 00784571
Brian K. Morris
State Bar No. 24108707
**REED SMITH LLP**
2850 N. Harwood Street
Suite 1500
Dallas, Texas 75201
Phone: 469-680-4200
Facsimile: 469-680-4299
pmckeeby@reedsmith.com
bmorris@reedsmith.com

**ATTORNEYS FOR DEFENDANT SOUTHWEST AIRLINES CO.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was filed via the Court's ECF filing system which caused a copy of same to be served on all parties on this 12th day of October, 2021.

/s/ Paulo McKeeby
Paulo B. McKeeby