# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | | |
|---|---|---|
| CHARLENE CARTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case No. 3:17-cv-02278-X |
| | § | |
| SOUTHWEST AIRLINES CO., AND | § | |
| TRANSPORT WORKERS UNION OF AMERICA, | § | |
| LOCAL 556, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## DECLARATION OF BRIAN K. MORRIS

1. My name is Brian Morris. I am over the age of 21, of sound mind, and capable of making this declaration. The facts stated herein are true and correct and are based on my personal knowledge.

2. I am an Associate with the law firm Reed Smith, LLP. I represent Southwest Airlines Co. ("Southwest") in the above-styled lawsuit. I am familiar with the proceedings in this matter.

3. On or around May 27, 2021, I received Charlene Carter's ("Plaintiff") Requests for Admission and Second Set of Interrogatories and Requests for Production ("Requests") via email.

4. I received Plaintiff's Requests in PDF format. Thus, prior to preparing responses, the Requests had to be converted into Word format and placed on an appropriate caption where I could include the responses and objections.

5. Southwest timely served objections and responses to Plaintiff's Requests on June 25, 2021.

6. Thereafter, the parties met and conferred by phone regarding Southwest's responses. During that call, Plaintiff's counsel indicated that he did not receive a response to the final item (RFP 3) in the Request.

7. At that time, I understood that we responded to each item in Plaintiff's Request. However, I looked into the issue to confirm.

8. I discovered that during the document conversion process the final entry in Plaintiff's Request was left off of the document into which the responses were added. Upon learning this, I promptly served a response to RFP 3.

9. Counsel for Southwest did not intentionally delay or otherwise seek to avoid responding to RFP 3. The slight delay in responding to RFP 3 was merely the result of an inadvertent error that occurred in the document conversion process.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on the 12th day of October, 2021.

*/s/ Brian Morris*
Brian K. Morris

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was filed via the Court's ECF filing system which caused a copy of same to be served on all parties on this 12th day of October, 2021.

                                      */s/ Paulo McKeeby*
                                      Paulo B. McKeeby