UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § § § § § § § § § § § § § § § | Civil Case No. 3:17-cv-02278-X |
| Plaintiff, | | |
| v. | | |
| SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556, | | |
| Defendants. | | |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND CURRENT PRETRIAL DEADLINES AND TRIAL SETTING**

The Court has considered the parties' Joint Motion to Extend Current Pretrial Deadlines and Trial Setting filed in the above-captioned matter. Having considered the parties' Joint Motion, the Court hereby grants the Motion and rules as follows:

IT IS ORDERED that all pretrial deadlines are extended until _____.

IT IS FURTHER ORDERED that the trial of the above case is reset from its current setting of January 18, 2022 to the Court's two week docket beginning_____.at 10:00 am.

Date: _____         _____