# EXHIBIT A

# J<small>ENKINS</small> & W<small>ATKINS</small>

A P<small>ROFESSIONAL</small> C<small>ORPORATION</small>

DAVID WATKINS
B<small>OARD</small> C<small>ERTIFIED</small> – L<small>ABOR AND</small> E<small>MPLOYMENT</small> L<small>AW</small>
T<small>EXAS</small> B<small>OARD OF</small> L<small>EGAL</small> S<small>PECIALIZATION</small>

JASON E. WINFORD
B<small>OARD</small> C<small>ERTIFIED</small> – L<small>ABOR AND</small> E<small>MPLOYMENT</small> L<small>AW</small>
T<small>EXAS</small> B<small>OARD OF</small> L<small>EGAL</small> S<small>PECIALIZATION</small>

JOSEPH A. JENKINS (1919-75)

*Est. 1970*

HIGHLAND PARK WEST
4300 M<small>AC</small>A<small>RTHUR</small> A<small>VE</small>., S<small>UITE</small> 165
D<small>ALLAS</small>, T<small>EXAS</small> 75209-6524
(214) 378-6675

T<small>ELEFAX</small>
(214) 378-6680

E-<small>MAIL</small>
dwatkins@jenkinswatkins.com

## BIOGRAPHICAL SKETCH FOR DAVID WATKINS

David Watkins is a third generation Dallasite, having graduated from high school locally. Following completion of an undergraduate degree, he graduated from Baylor University Law School in 1970. Mr. Watkins has practiced law continuously with the firm of Jenkins & Watkins, A Professional Corporation since licensed by the Supreme Court of Texas in 1970, and is certified in Labor and Employment Law by the Texas Board of Legal Specialization. He has authored the supplement to *Jenkins on Labor Law*, and has written extensively in the area of employer/employee relations. Mr. Watkins is also licensed to practice before the Supreme Court of the United States, as well as the Fifth Circuit, Ninth Circuit and Eleventh Circuit Courts of Appeals. He became licensed to practice in the United States District Court for the Northern District of Texas in 1972; the Southern District of Texas in 1973; the Eastern District of Texas in 1983; and, the Western District of Texas in 1994. He is a Member of the College of the State Bar of Texas, and has handled employment related cases since the 1970s from various points all across the United States. He has previously been admitted *Pro Hac Vice* in federal courts for significant employment cases in California, Arizona, Washington, Oregon, Oklahoma, New Mexico, Indiana and Illinois.

Mr. Watkins has had over forty-three (43) years of actual "first chair" trial experience (45 years + total) involving labor matters before state administrative agencies, state courts, federal administrative agencies and the federal courts. Many of his cases have received national press, and one Title VII case became the basis for guidelines published by the Equal Employment Opportunity Commission, *Anderson v. General Dynamics*, 589 F.2d 397 (9th Cir. 1978) *cert. denied sub nom, International Assn. of Machinists v. Anderson*, 442 U.S. 921 (1979) (*Anderson I*); *Anderson v. General Dynamics*, 489 F. Supp. 782 (S.D. Cal. 1980), 648 F.2d 1247 (9th Cir. 1981) *cert. denied sub nom, International Assn. of Machinists v. Anderson*, 454 U.S. 1145 (1982) (*Anderson II*). Mr. Watkins began representation of individuals shortly after passage of the Equal Employment Opportunity Act of 1972 under 701(j) of the Civil Rights Act; *Cooper v. General Dynamics*, 533 F.2d 163 (5th Cir. 1976) *cert. denied sub nom, International Assn. of Machinists v. Hopkins*, 433 U.S. 908 (1977); *Burns v. Southern Pac. Transp. Co.*, 589 F.2d 403 (9th Cir. 1978) *cert. denied sub nom, Southern Pac. Transp. Co. v. Burns*, 439 U.S. 1072 (1979) (*Burns I*); *Burns v. Southern Pac. Transp. Co.*, 20 E.P.D. ¶30,184 (D.C. Ariz. 1979) (*Burns II*). He continued his representation of individuals under 701(j) into the 1980s; *Turpen v. Missouri-Kansas-Texas R.R. Co.,* 736 F.2d 1022 (5th Cir. 1984) -- a Sabbatarian case under the Railway Labor Act.

In the 1990s, his client was awarded the largest jury award ever under Article 451 of the Texas Labor Code (old Art. 8307©), at the time, in Smith County, Texas. The 2000s have seen his extensive participation representing former corporate executives and employees defending against non-compete claims and non-solicitation issues by their former employer. He has had three victorious (one unpublished, one settled on appeal) decisions decided in these areas. *American Fracmaster, Ltd. v. Richardson*, 71 S.W.3d 381 (Tex. App.– Tyler 2001), *pet. granted*, *judgm't vacated w.r.m,* (Tex. 2002). His most recent published victory, before the Texas Supreme Court, was the handling of a successful mandamus proceeding involving deferral to arbitration, *In re Dallas Peterbilt, Ltd., LLP,* 196 S.W.3d 161 (Tex. 2006).

Mr. Watkins has been a frequent speaker among professional, civic and industry groups involving topics dealing with employment matters, labor relations and matters of interest to our industrial society. He has previously served as an expert witness in both statutory employment cases, and non-compete litigation from both sides of the docket. For many years, he has also held a Peer Rating as "AV Preeminent" in *Martindale-Hubbell*.

# *JENKINS & WATKINS*
*A PROFESSIONAL CORPORATION*

*Established in 1970*

*HIGHLAND PARK WEST*
*4300 MacArthur Avenue*
*Suite 165*
*Dallas, Texas  75209-6524*
*Telephone:  (214) 378-6675*
*Facsimile:  (214) 378-6680*

     **JASON E. WINFORD,** born Austin, Texas, September 11, 1968; admitted to bar, 1993, Texas; U.S. Court of Appeals, Fifth Circuit; U.S. District Court, Northern District of Texas; U.S. District Court, Eastern District of Texas; U.S. District Court, Southern District of Texas; U.S. District Court, Western District of Texas.  *Education:*  The University of Texas at Austin (B.B.A., 1990; J.D., 1993).  Staff Member, 1991-92, and Articles Editor, 1992-93, *The Review of Litigation. Member:*  State Bar of Texas (Member, Labor and Employment Law, Appellate, and Litigation Sections); American and Dallas Bar Associations; William "Mac" Taylor, Jr. American Inn of Court.  Board Certified in Labor and Employment Law, Texas Board of Legal Specialization.  Practice Areas: Labor and Employment Law; Civil Litigation; Appellate Practice.  Email:  jwinford@jenkinswatkins.com.

     Mr. Winford received his B.B.A. Degree in Finance from The University of Texas at Austin in 1990, and received his J.D. Degree from the University of Texas School of Law  in 1993, where he served as Articles Editor for *The Review of Litigation.*  After graduating from law school, Mr. Winford served as a Briefing Attorney to the Chief Justice of the Texas Court of Appeals, Eleventh District.

     Mr. Winford practices in all areas of labor and employment law, including litigation, appeals, administrative proceedings, mediation, arbitration and client counseling and advice. He is admitted to practice in all Texas courts, all federal district courts in Texas, and the United States Court of Appeals for the Fifth Circuit.  Mr. Winford is also board certified in labor and employment law by the Texas Board of Legal Specialization.  He has been named as a Texas Super Lawyer by *Texas Monthly* and to The Best Lawyers in Dallas Under 40 by *D Magazine.* Additionally, Mr. Winford is a frequent author and speaker on labor and employment matters.