# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>       Plaintiff,<br><br>V.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>       Defendants. | Civil Case No. 3:17-cv-02278-X<br><br>**PLAINTIFF CHARLENE CARTER'S APPENDIX IN SUPPORT OF HER MOTION FOR PARTIAL SUMMARY JUDGMENT** |

## APPENDIX OF EXHIBITS

A.   Local 556 and Southwest CBA Excerpt .......................................................App.1

B.   Southwest Social Media Policies ...............................................................App.4

C.   Local 556 Correspondence Recognizing Carter's Membership Resignation ...........App.10

D.   President Stone April 20, 2015 Social Media Policy Statement...............................App.11

E.   President Stone Statement Regarding Membership's Vote to Reject Tentative Agreement....................................................................................App.14

F.   Recall Petition......................................................................................App.15

G.   Local 556 Recall Signature Verification Timeline .....................................App.16

H.   Women's March and Planned Parenthood Newsletter .............................App.19

I.   Local 556 Executive Board January 10-12, 2017 Meeting Minutes ........................App.26

J.   Local 556 Pictures from Women's March...............................................App.29

K.   TWU Represented at Women's March.....................................................App.57

L.   Local 556 Business Travel Request Forms..............................................App.58

M.    Local 556 Women's March Budget Report ..................................................App.68

N.    Carter Facebook Posts in Recall Group about Local 556's Participation in Women's March......................................................................................................App.73

O.    Carter February 2017 Facebook Group Posts about Recall ...............................App.76

P.    Carter February 2017 Facebook Videos and Messages about Abortion Posted on Her Facebook Page.................................................................................App.78

Q.    Carter February 2017 Facebook Videos and Messages to President Stone..............App.80

R.    President Stone February 22, 2017 Complaint to Southwest ..................................App.105

S.    President Stone's February 24, 2017 Interview with Southwest ...........................App.111

T.    President Stone's February 25-27, 2017 Emails with Southwest and Carter's Facebook Message History with Stone.................................................................App.117

U.    Southwest's March 14, 2017 Termination Letter ...................................................App.222

V.    Flight Attendant's Report about the Recall Campaign ...........................................App.223

W.    Southwest Investigation Correspondence ..............................................................App.226

X.    Carter March 7, 2017 Fact-Finding Meeting with Southwest ...............................App.241

Y.    Southwest Nexus Pictures.......................................................................................App.259

Z.    Southwest Investigation Synopsis...........................................................................App.268

AA.    Southwest Rule 30(b)(6) Deposition Testimony (Michael Sims)...........................App.270

BB.    Deposition Testimony of Maureen Emlet ..............................................................App.315

CC.    Deposition Testimony of Denise Gutierrez ...........................................................App.333

DD.    Deposition Testimony of Ed Schneider ..................................................................App.350

EE.    Deposition Testimony of Meggan Jones.................................................................App.391

FF.    Deposition Testimony of Audrey Stone ..................................................................App.410

GG.    Local 556 30(b)(6) Deposition Testimony (Jessica Parker) ...................................App.468

HH.    Local 556 30(b)(6) Deposition Testimony (John Parrott) ......................................App.483

II.     Local 556 30(b)(6) Deposition Testimony (Audrey Stone).....................................App.502

JJ.     Deposition Testimony of Charlene Carter .............................................................App.512

KK.    Carter Right to Work Email to Local 556................................................................App.523

LL.    Charlene Carter Affidavit .....................................................................................App.526

MM.   Carter Facebook Videos [Electronic Files Mailed to Clerk] ...................................App.531

NN.    Southwest April 4, 2017 Email regarding President Stone's reporting Recall
        Campaign Leader Jeanna Jackson for Discipline ....................................................App.532

OO.    Southwest August 2015 Emails about Recall Campaign.........................................App.549

PP.    Jackson Recall Information....................................................................................App.550

Dated: February 17, 2022                    Respectfully submitted,


                                            s/ Matthew B. Gilliam
                                            Mathew B. Gilliam (*admitted pro hac vice*)
                                            New York Bar No. 5005996
                                            *mbg@nrtw.org*
                                            c/o National Right to Work Legal Defense
                                            Foundation, Inc.
                                            8001 Braddock Road, Suite 600
                                            Springfield, Virginia 22160
                                            Tel: 703-321-8510
                                            Fax: 703-321-9319

                                            s/ Jason E. Winford (*with permission*)
                                            David E. Watkins
                                            Texas Bar No. 20922000
                                            *dwatkins@jenkinswatkins.com*
                                            Jason E. Winford
                                            Texas Bar No. 00788693
                                            *jwinford@jenkinswatkins.com*
                                            JENKINS & WATKINS, P.C.
                                            4300 MacArthur Avenue, Suite 165
                                            Dallas, Texas 75209
                                            Tel: 214-378-6675
                                            Fax: 214-378-6680

                                            *Attorneys for Plaintiff Charlene Carter*

**<u>Certificate of Service</u>**

I hereby certify that on February 17, 2022, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.


<u>s/ Matthew B. Gilliam                         </u>