# EXHIBIT D

# President's Message - Social Media, NEW Android App and Contract Quickies

Unity Update - TWU Local 556 <communications@twu556.org>

Mon 4/20/2015 6:45 PM

To: Charlene Carter <charlenecarter@live.com>;

In this issue: President's Message - Social Media, Open Call for Committee Chairpersons and much more!

View this email in your browser



In This Issue:

- President's Message
- Crew Check-in Poll
- Negotiating Team Update Video
- Open Call for Committee Chairperson
- TWU Local 556 Scholarships
- Calling All Android Users - Your FREE App is Ready!
- Contract Quickies - Minimum Pay Rules (RIGS) - Article 21.22
- Quick Clicks and PDF

## President's Message

**Audrey Stone is a Las Vegas-based Flight Attendant. Audrey serves as the President and Lead Negotiator of TWU Local 556.**

In my last President's Message, I addressed social media and the fact that TWU Local 556 was actively fighting grievances on behalf of our Flight Attendants. I also stated that we would continue to advocate on your behalf, as I recognize this is an issue that has the potential to affect the vast majority of our work group, whether you are on



EXHIBIT NO. 10

**Carter 109**

**App.11**

Facebook, Twitter, LinkedIn, or any other social media platform. I am pleased that over the last month, Southwest Airlines has finally taken us seriously.

Your Union has been addressing the Southwest Airlines Social Media Policy for a long time. We have been bringing forward your concerns around the lack of clear guidelines on a policy that is both vague and undefined. We have witnessed inconsistencies around the way the policy is applied, and the often-subjective stance that Southwest Management has displayed in administering the policy. Over the last several months, it appeared that Southwest Airlines suddenly began taking an even stronger stand as many of you have received phone calls from members of Management. The results of these calls and subsequent Fact-Finding Meetings have ranged from notations in discussion logs all the way to termination. Dozens of you have been affected, and TWU Local 556 made it clear to Management that we believe they are interfering in areas in violation of your personal rights.

Over the last several weeks, I met with various Southwest Airlines Leaders, including our Vice President of Cabin Services Mike Hafner. Mike and I had productive discussions around our Flight Attendants' concerns and the negative impact on everyone involved. Your voices, and your issues, have been strongly expressed by your Union----and we have been heard. Over the last weeks, we have been working towards seeking resolution on the outstanding grievances, challenging the discipline of Flight Attendants for alleged violations of the Social Media Policy. We have been making real progress.

We have also scheduled future meetings to sit down with the appropriate members of Management to address those Social Media Policy changes we would like to see in the future. This will especially focus on what areas of our personal digital lives Southwest Airlines will --and will not --get involved in.  Be assured that I will continue to communicate with you regarding where we are on this important issue.

On a personal note, however, please know that the social media issues Management investigated and the resulting discipline Southwest Airlines issued did not arise out of something Management simply uncovered or stumbled upon. They are not generally monitoring our sites. Instead these cases come about as our own Flight Attendants are turning each other in. These latest investigations have been the result of Flight Attendant complaints. I am asking that we please consider stopping any back and forth fighting on social media.

We are not always going to agree with one another, but please recognize that your fellow Employees are entitled to their own thoughts and opinions. If we have a problem let's work it out as the professionals that we are. Please respect one another.

**Crew Check-in Poll**

**Do you Wear your Union Pin?**

- Yes! It's always on my uniform.
- Sometimes I forget to put it on.
- I would if I had one!
- No, I support neither my Union nor our ongoing Contract Negotiations.

Click here if you need a Union Pin.

Take The Poll

**Negotiating Team Update**



Watch the most recent Negotiations Update from TWU Local 556 President and Lead Negotiator, Audrey Stone.

Carter 111

App.13