# EXHIBIT G

November 1, 2017

## Signature Verification Committee Timeline of Events

- December 15, 2016, a copy of the recall petition was delivered by Jeanna Jackson to the TWU Local 556 Union Office. John Parrott, Financial Secretary-Treasurer, and Brian "BR" Ricks, Dallas Domicile Executive Board Member, received the box containing the petitions and sealed and secured it in the TWU Local 556 safe located in the restricted access finance room.

- December 27, 2016, John Parrott and Brian "BR" Ricks retrieved the sealed box of petitions from the TWU Local 556 safe and scanned it for evidentiary purposes. The first file was scanned at 2:08 p.m.

- January 3, 2017, Ed Cloutman, III, counsel for TWU Local 556, was notified that a scanned copy of the petition was available for him to pick up.

- February 6, 2017, Ms. Jackson filed a lawsuit against TWU Local 556 and TWU International in the United States District Court, Northern District of Texas, Dallas Division, No. 3:17-cv-339.

- March 1, 2017, above mentioned lawsuit was voluntarily withdrawn by Ms. Jackson.

- In a letter dated April 25, 2017, TWU Local 556 received direction from TWU International to "verify and count the signatures, and to determine whether there was the necessary 50% plus one signers".

- During the May 16-18 Executive Board Meeting, a 3-person Committee was appointed and tasked with verifying signatures contained in the proffered petition delivered on December 15, 2016. The Executive Board Members appointed to the Signature Verification Committee (SVC) were Donna Keith, Chicago Domicile Executive Board Member, Jessica Parker, Denver Domicile Executive Board Member, and John DiPippa, Phoenix Domicile Executive Board Member.

- May 18, 2017, the Committee requested the original recall petition. Ms. Jackson and her attorney, Josh Verde, were not willing to produce the original recall petition without limiting conditions, but did agree to produce a full color copy.

- May 30, 2017, the SVC met at the TWU Local 556 Union Office to discuss signature verification procedures to satisfy direction from TWU International and the Local 556 Bylaws.

- May 31, 2017, color copies of the original petition were hand delivered to the SVC by Ms. Jackson and her attorney.

- May 31, 2017, Ms. Jackson and her attorney were presented with the rules of the Signature Verification Committee. Per the rules of the SVC, Ms. Jackson and her attorney were advised of their right: 1) to be

App.16

present <and> 2) voice any concern(s) they had during the SVC's daily workings of the process.

- The Committee began the process of comparing the petition delivered on December 15, 2016 to the color copy delivered on May 31, 2017 in order to ensure both copies were identical as to content. During the comparison process it was discovered that the color copy delivered on May 31, 2017 was in fact a much different petition, and in an entirely different page order than the copy delivered on December 15, 2016.

- June 7, 2017, Ms. Jackson was present for a portion of the SVC's daily proceedings.

- July 5, 2017, the SVC requested Ms. Jackson and/or her attorney present for inspection on July 20, 292 original pages of the 829-page recall petition. The SVC selected these pages for inspection due to specific deficiencies including, but not limited to, the above-mentioned discrepancy between pages that should contain the same information.

- July 24, 2017, documents described by Ms. Jackson as the original petition were delivered to the TWU 556 Union Office via Ms. Jackson's designee, Cari Rucker, at approximately 10:45 a.m. The documents were immediately secured in the TWU 556 safe.

- July 25, 2017, the SVC published an interim report on the recall signature verification process.

- August 11, 2017, Ms. Jackson's designee, Aaron Ayers, attended a portion of the SVC's daily proceedings.

- August 16, 2017, the SVC published a second interim report on the recall signature verification process.

- October 12, 2017, the SVC published preliminary findings of the verification process to all interested parties and the Local 556 Membership.

- October 12, 2017, counsel for the SVC sent notification that a meeting would be held on October 25, 2017 for all interested parties or their designee to view preliminary findings. Included in this notification was the October 30, 2017 hearing in which all interested parties would be given the opportunity to present arguments and disputes relating to the preliminary findings of the SVC.

- October 25, 2017, all interested parties or their designee were given the opportunity to view the preliminary findings of the SVC together with supporting documentation.

- Those in attendance at the October 25, 2017 meeting included: Audrey Stone, Rickie Spand, Jennifer Sykes, Sam Wilkins, Pamila Forte-Oak, Stacey Vavakas, Allyson Parker-Lauck, Josh Rosenberg, Michael Massoni, Thom McDaniel, Edward Cloutman, IV, Donna Keith, Jessica Parker, and Jeanna Jackson.

- October 30, 2017, all interested parties or their designee were given the opportunity to dispute the preliminary findings of the SVC.

- Those in attendance at the October 30, 2017 hearing included: Audrey Stone, Brett Nevarez, Pamila Forte-Oak, Josh Rosenberg, Jennifer Sykes, Michael Massoni, Thom McDaniel, Edward Cloutman, III, Adam Greenfield, Donna Keith, and Jessica Parker.

- Neither Ms. Jackson nor her attorney, Josh Verde, were in attendance on October 30, 2017 and have not challenged or disputed any specific finding of the SVC.

Listed below are all dates the SVC met:

- May 30-31
- June 1-2
- June 5-9
- June 19-23
- July 14
- July 17-21
- July 24-28
- July 31
- August 1-4
- August 8-11
- August 21-25
- August 28-31
- September 1
- September 5-8
- September 11-15
- October 2-6
- October 9-12
- October 24-25
- October 30-31
- November 1