# EXHIBIT I

# TWU Local 556
# Executive Board Meeting
# January 10-12, 2017
# Synopsis

## Tuesday
**January 10, 2017**

Audrey Stone called the Meeting to order at 0901.

TWU Local 556 Executive Board Members Audrey Stone, Todd Gage, John Parrott, Brett Nevarez, Cuyler Thompson, Sam Wilkins, Michael Massoni, Rachel Brownfield, Stacey Vavakas, Matt Hettich, Pamila Oak, Jimmy West, John DiPippa, Donna Keith, David Jackson and Brian "BR" Ricks were present at the Meeting.

Todd Gage and Jessica Parker were excused for personal reasons.

TWU Air Division Director Mike Mayes was a guest at the Meeting.

TWU International Representative Thom McDaniel was a guest at the Meeting.

Sam Wilkins read aloud the **TWU Membership Pledge**.

The Executive Board recited the **Pledge of Allegiance**.

The Executive Board discussed the Contract signing ceremony, scheduled to take place at Southwest Airlines Headquarters later that day, and the reception scheduled for later that evening.

The Executive Board discussed potential topics of conversation for the Southwest Airlines Inflight Management Representatives, scheduled as guests later in the Meeting.

Cuyler Thompson submitted the **December 29, 2016 Special Executive Board Conference Call Synopsis** for review.

The Executive Board made corrections and changes to the Synopsis.

Matt Hettich made a **motion (1)** to approve the December 29, 2016 Special Executive Board Conference Call Synopsis as amended. Stacey Vavakas **seconded** the motion. The Executive Board voted by roll call on the motion on the floor:

**App.26**

*through the Facebook Page. The Communications Committee also turned on messaging functionality where the committee is able to answer Members' Contract or private questions. If you would like to share photos via the TWU Local 556 Facebook page please email them to Communications.*

*Mobile Applications*
*The TWU Local 556 App is a great resource for Members. The Communications Committee has seen an increase of Member submitted questions in the recent months, via the app or email.*

Pamila Oak submitted the **Civil and Human Rights Committee (CHRC) Report** for Chairperson Lori Lochelt:

*Chairperson Lori Lochelt invited several TWU Local 556 Members to become official members of the Civil & Human Rights Committee (CHRC). To date the CHRC now consists of the eleven Flight Attendants listed below and Lori with Pamila Oak (Atlanta) serving as the CHRC TWU Local 556 Executive Board liaison. Both groups will work on awareness and education campaigns as well as lounge mobilizations and other projects as needed.*

*LGBTQ Task Force*
*Lori invited six Flight Attendants to become part of this group which will be tasked with coordinating 2017 Gay Pride Parades and other events if possible. Members of this group are Heather Kelly-Gray (Oakland), Amy Davis Cruz (Atlanta), Eric Hironymous (Oakland), Jimmy Joe Morales (Orlando), Eric McCully (Atlanta), and Ryan Dunn (Dallas).*

*Diversity & Equality Council*
*The Diversity & Equality Council is well on the way in preparation for the February 8 Respect Lounge Mobilization. The group is coordinating Flight Attendants that will staff this event with two per Domicile. Lori requested from Southwest Airlines Deputy Counsel Juan Suarez a bullet point description of the process when an Employee files a discrimination, harassment, or retaliation claim which will be distributed during the lounge mobilization. The group is working on other materials. Members of the Council are Damion West (Baltimore), Key Ander Early (Atlanta), LaShaye Hutchison (Atlanta), Corliss King (Chicago), and LaTonia Paul Benoit (Houston).*

*Human Trafficking*
*Lori would like to thank the Domicile Executive Board Members (DEBMs) for participating in the awareness campaign again this year. The TWU Local 556 Executive Board, and CHRC Liaison, Pamila Oak was able to get human trafficking ribbons and navy blue pins for the DEBMs to hand out. Lori received 1000 free first responder cards from the Department of Homeland Security Blue Campaign, a human trafficking awareness campaign created for aviation professionals. The cards were sent to the DEBMs for distribution. Pamila contributed other human trafficking information and data for distribution.*

*Working Women's Committee*
*Lori worked with Working Women's Committee (WWC) Chair Jessica Parker on coordination of meetings and events during the Women's March on Washington on January 21. Lori procured a TWU Local 556 WWC banner that will be used at the March and future events.*

*Lori has been asked to be a guest speaker at the next Critical Incident Stress Management Team training in April.*

28

Rachel Brownfield submitted the **Veterans Committee Report** for Chairperson Brendon Remezas:

*The TWU Local 556 Veterans Committee Chairperson Brendon Remezas reports that the next meeting for the Transport Workers Union Veterans Committee will be held in Phoenix February 1-3. Brendon has been working on finalizing the Committees yearly agenda. Brendon would like to thank the TWU Local 556 Executive Board for appointing him as the Chairperson of the Veterans Committee and appointing Yvetta Penry as Co-Chairperson. Brendon would also like to thank the Members of TWU who have served our country.*

Jessica Parker submitted the **Working Women's Committee Report**:

*On January 6 Jessica participated in a conference call with Gwen York, International Representative for COPE and Chairperson of the TWU International Working Women's Committee (WWC), and Lori Lochelt, Chairperson of the TWU Local 556 Civil and Human Rights Committee (CHRC). On the conference call there was discussion regarding the upcoming trip to Washington, D.C. and what specifically will be on the agenda. Jessica will join over twenty TWU Local 556 Members and Activists to travel to Washington, D.C. to participate in the Local's first Working Women's Committee Meeting and march in the Women's March on Washington. On January 19, the WWC will attend a TWU Local 556 WWC Meeting at TWU International. The meeting will be facilitated by Gwen York and Audrey Stone, President of TWU Local 556. On January 20, the group will volunteer in some capacity to help set up for the March. On January 21, during the Rally prior to the March, TWU Local 556 Members will volunteer for Working America to help sign up new Union Members. Working America unites working people who don't have a Union on the job. Their mission is to ensure that the priorities of working people, their families, and communities, are heard from on issues like good jobs, health care, education, equal pay, and Social Security. At this time, over 200,000 people have registered for the March and it promises to be an historic event. As the new Chairperson of the TWU Local 556 WWC, Jessica is so proud to be a part of this event with this amazing group of activists. This event will not only be uplifting and inspiring, but one of purpose.*

Brett Nevarez presented the **Flight Attendant Drug and Alcohol Committee Report (FADAP)** for Chairperson Natalie Salser. There was no written report submitted.

Audrey Stone submitted correspondence from the TWU Local 556 Board of Election.

Audrey Stone submitted correspondence regarding the Language of Destination Origin (LODO) Agreement and Subcommittee.

John DiPippa made a **motion (33)** to approve Southwest Airlines' proposal to offer an additional $25 per working LODO Flight Attendant in "A" position effective February 1, 2017 through the language in Article 21.17 of the Contract. Rachel Brownfield **seconded** the motion. The Executive Board voted by roll call on the motion on the floor:

| | |
|---|---|
| Audrey Stone | Chair |
| Todd Gage | Excused |
| John Parrott | Yea |
| Brett Nevarez | Yea |
| Cuyler Thompson | Nay |

29

**App.28**