# EXHIBIT J



●●○○○ AT&T Wi-Fi 🛜          1:26 PM          ⬈ ✳ 98% 🔋⚡

🔍 Search

< · · ·

**Home**   About   Photos   Videos   Events   Posts

👍 Like          💬 Comment          ➤ Share

 **TWU Local 556**
February 6 at 4:16 PM · 🌐

On January 19, 2017 twenty-two Members of TWU Local 556 met at TWU International in Washington, D.C. for our Local's first Working Women's Committee (WWC) Meeting.

Read more:
https://twu556.org/womens-issues-service-and-education-w-i-s-e-committee/



👍❤️ 25   5 Shares                     ▾

👍 Like          💬 Comment          ➤ Share

 **TWU Local 556** shared **AFL-CIO**'s **photo**.
February 5 at 12:13 PM · 🌐

AFL **AFL-CIO**

       1    28   

Carter 867

EXHIBIT NO. 30

**App.29**



**Ashley Magliocco** is with **Elizabeth Alexander**.
May 14 · 🌐

Happy Mother's Day to all mommies! At every turn I am truly lucky this badass fierce intelligent woman is my Mom! I love you! (And yes, she is seen here knitting a pussy hat. One of many.)



👍❤️ 75      6 Comments

👍 Like     💬 Comment     ➤ Share

 **Ashley Magliocco** shared **Gizmodo**'s post.




📶 AT&T 📶                9:27 AM              44% 🔋

🔍 Jessica Parker

👍 Like          💬 Comment          ↗ Share

 **Jessica Parker** shared **TWU Local 556**'s video.
January 26, 2017 · 🌐

WHY we Marched.

---

**TWU Local 556** is at 📍 **Women's March DC**.
January 26, 2017 · Washington · 🌐

This past Saturday, Members of the TWU Local 556
Working Women's Committee, along with other TWU
Local 556 Members volunteered thei... Continue Reading



2K Views

---

👍❤ 11                                        1 Comment

👍 Like          💬 Comment          ↗ Share

    

Carter 1147

**App.32**

**Jessica's Post**

 **Jessica Parker** added 10 new photos — with **Heather Kelly-Gray**.
January 21 · Washington · 🌐

Wow!  What a day.  I'm too tired to put all of my feelings into words, but my heart is full from the love and solidarity I felt from all of the strong and beautiful women (and men) I was surrounded by today.  **#WomensMarch #1uWomen**

  56                                              2 Comments

👍 Like          💬 Comment          ➤ Share



👍 Like          💬 Comment          ➤ Share



Carter 1148

**App.33**

 Like       Comment       Share

 **Jessica Parker** updated her profile picture.
February 9, 2017 · 🌐



 59                                                    11 Comments

 Share

 **Jessica Parker** shared **Daylin Leach**'s post.
February 9, 2017 · 🌐

 News Feed    Requests    Marketplace    Notifications    More

Carter 1154

**App.34**




Share

 **Elizabeth Alexander** updated her profile picture.
January 21 · 🌐



 39

83 Comments

 Share

 **Elizabeth Alexander** updated her cover photo.

    
Carter 1155

**App.35**




Case 3:17-cv-02278-X   Document 227-30   Filed 09/02/22   Page 10 of 29   PageID 4226



**Lori Lochelt** updated her cover photo.
January 21 · 🌐



 35                                    2 Shares

 Share



**Lori Lochelt** updated her profile picture.
January 21 · 🌐






App.37



😊❤️ 32  1 Comment  1 Share

➤ Share

 **Alexa McCracken** added a temporary profile picture.
January 21 · 🌐



😊❤️😮 57  7 Comments

➤ Share

    
Carter 1161

**App.38**

🔵🔴 Tammi Robertson Peuling and 108 others       26 Comments

👍 Like      💬 Comment      ↪ Share

---

 **Jessica Parker** shared **TWU Local 556**'s video.
January 26, 2017 · 🌐

WHY we Marched.

 **TWU Local 556** is at 📍 **Women's March DC**.
January 26, 2017 · Washington · 🌐

This past Saturday, Members of the TWU Local 556 Working Women's Committee, along with other TWU Local 556 Members volunteered their time and joined nearly 3,000 Union Sisters and... Continue Reading



about women's rights. I came out of it though

2K Views

🔵🔴 11       1 Comment

👍 Like      💬 Comment      ↪ Share

---

 **Jessica Parker** is with **Brandi Leggett Adler** and **Allyson Parker-Lauck**.
January 25, 2017 · San Diego, CA · 🌐

Just another day on the dirty bird! 😜

    
News Feed    Requests    Marketplace    Notifications    More

Carter 1163

**App.39**

 **Jessica Parker** shared **TWU Local 556's video.**
January 26, 2017 · 🌐

WHY we Marched.

 **TWU Local 556** is at ♀ **Women's March DC**.
January 26, 2017 · Washington · 🌐

This past Saturday, Members of the TWU Local 556 Working Women's Committee, along with other TWU Local 556 Members volunteered their time and joined nearly 3,000 Union Sisters and... Continue Reading



I want them to feel safe in this world as well, especially women when it comes to workforce.

2K Views

 11                                                          1 Comment

👍 Like          💬 Comment          ↪ Share

 **Jessica Parker** is with **Brandi Leggett Adler** and **Allyson Parker-Lauck**.        ···
January 25, 2017 · San Diego, CA · 🌐

Just another day on the dirty bird! 😛

 News Feed      Requests      Marketplace      Notifications      More

Carter 1164

**App.40**

Case 3:17-cv-02278-X   Document 272-30   Filed 09/02/21   Page 14 of 29   PageID 47225

 Allyson Parker-Lauck

👍 Like          💬 Comment          ➦ Share

 **Allyson Parker-Lauck** updated her profile picture.     •••
January 28, 2017 · 🌐



👍❤️ 24

➦ Share

        

Carter 1165

**App.41**



## TWU Local 556 Working Women's Committee Participates in Women's March on Washington

Jan 26, 2017 | Public News, Women's Issues, Service, and Education (WISE) Committee



This past Saturday, Members of the TWU Local 556 Working Women's Committee, along with other TWU Local 556 Members volunteered their time and joined nearly 3,000 Union Sisters and Brothers and many more in the Women's March on Washington. Their reasons to march are as varied as our Members and include economic justice, a harassment-free workplace, and non-discrimination for LGBTQ employees. These are worker's issues, Union issues.



🏠 HOME   📖 ABOUT US   📜 TERMS AND CONDITIONS   🗐 PRIVACY   🖺 PRESS

f  🐦

© 2017 TWU Local 556, All Rights Reserved.

000017

**Carter 1166**

**App.42**



# TWU Local 556 Working Women's Committee Participates in Women's March on Washington

Jan 26, 2017 | Public News, Women's Issues, Service, and Education (WISE) Committee



This past Saturday, Members of the TWU Local 556 Working Women's Committee, along with other TWU Local 556 Members volunteered their time and joined nearly 3,000 Union Sisters and Brothers and many more in the Women's March on Washington. Their reasons to march are as varied as our Members and include economic justice, a harassment-free workplace, and non-discrimination for LGBTQ employees. These are workers' issues, Union issues.



© 2017 TWU Local 556, All Rights Reserved.

Carter 1167

App.43

Case 3:17-cv-02759-X　Document 2020-40　Filed 05/02/22　Page 17 of 29　PageID 47238

🔍 Transport Workers Union (TWU)　●●●

**Home**　About　Photos　Videos　Posts　Communit

 **Transport Workers Union (TWU)**
January 26 · 🌐

"I came to D.C. to march for women's rights. I left reminded that women come in all shapes, sizes, colors and sexual orientations. The number of women (and men) was overwhelming. I learned the true meaning of women's rights are human rights...pretty simple. To be able to share this experience with my daughter and to have her see first-hand what the TWU Working Women's Committee can... See More



**TWU Represented at Women's March**
In a massive outpouring of support for women's rights, worker...
twu.org

 67　21 Comments　5 Shares　

👍 Like　　💬 Comment　　➤ Share

　　　 22　

Carter 1173

**App.44**



 1

 Like  Comment  Share





●●○○○ AT&T LTE    8:29 AM    ⌁ ⚹ 84% ▭

◁    Q Search



**Transport Workers Union (TWU)**    ⌄
March 8 at 12:38 PM · 🌐

Happy **#InternationalWomensDay** from TWU! Thank you to women all over the country for keeping America moving today and every day. Follow us on Instagram for more photos throughout Women's History Month!



11 Shares

 Like           Comment           Share

 **26**

Write a comment...          😊    Post

        

Carter 1176

**App.46**



●●○○○ AT&T Wi-Fi 🤶                6:38 PM                🖈 ⁕ 17% 🔋

◁                🔍 Jessica Parker

👍 Like            💬 Comment            ➤ Share

 **Jessica Parker** updated her cover photo.
January 23 · 🌐



👍❤️ 36                                    2 Comments

 Share

 **Jessica Parker**
January 22 · Dulles, VA · 🌐

To those of you who are doing a copy and paste job of the post written by Liz Arndt,

First of all, I would find much more sincerity and meaning in

    

Carter 1178

**App.47**





25



**App.49**

**Fawn Nicholson**
January 24, 2017 · Tampa, FL

My Union does not speak for me. How is this okay. The amount of funds for this event is through the roof! Can you even imagine how costly hotel rooms are? This is outrages!

**Photo (2 of 3)**



Rena Sinel, Jody Short Avent and 42 others        48 Comments

👍 Like                          💬 Comment

**Heather Tatum** Did afa do this too?
Like · Reply · 2y

    **Fawn Nicholson** Don't know
    Like · Reply · 2y

    **Joe Rivera** I'm sure AFA was at the march, however they do not pay for pulled trips or hotels. It's all volunteer work. They may have supplied lunch, water, or snacks, but that's about all.
    Like · Reply · 2y        👍 2

    **Heather Tatum** I wonder, instead of political things that have

Carter 1346

Case 3:17-cv-02277-X    Document 2570-30    Filed 09/17/22    Page 24 of 29    PageID 42330

 **TWU Local 556** at 📍 **The Mall (Washington DC).**
January 21 · Washington · 🌐

Members of the TWU Local 556 Working Women's Committee are in Washington, DC, today standing with other Union Members and participating in the Women's March on Washington. They're standing up for women's rights!

**#WomensMarch #WhyIMarch**



👍❤️😠 67                        2 Comments  14 Shares

👍 Like          💬 Comment          ➤ Share

 **TWU Local 556** at 📍 **The Women's March on Washington - District of Columbia.**
January 26 · Washington · 🌐

This past Saturday, Members of the TWU Local 556 Working Women's Committee, along with other TWU Local



🔍 Jessica Parker

  Charlene ⌄

Tammi Robertson Peuling and 108 others      26 Comments

👍 Like      💬 Comment      ↗ Share

---

 **Jessica Parker** shared **TWU Local 556's video.**     ···

January 26, 2017 · 🌐

WHY we Marched.

 **TWU Local 556** is at 📍 **Women's March DC.**

January 26, 2017 · Washington · 🌐

This past Saturday, Members of the TWU Local 556 Working Women's Committee, along with other TWU Local 556 Members volunteered their time and joined nearly 3,000 Union Sisters and... Continue Reading



2K Views

👍❤️ 11      1 Comment

👍 Like      💬 Comment      ↗ Share

---

 **Jessica Parker** is with **Brandi Leggett Adler** and **Allyson Parker-Lauck.**    ···

January 25, 2017 · San Diego, CA · 🌐

Just another day on the dirty bird! 😜

---

 News Feed      Requests ①      Marketplace      Notifications 9+      More

App.52

< 🔍 Local 556 womens march 👤≡

 **TWU Local 556** at 📍 **The Mall (Washington DC).** ⌄
January 21 · Washington · 🌐

Members of the TWU Local 556 Working Women's Committee are in Washington, DC, today standing with other Union Members and participating in the Women's March on Washington. They're standing up for women's rights!

#WomensMarch #WhyIMarch



👍❤️😠 67                          2 Comments   14 Shares

👍 Like            💬 Comment            ↪ Share

 **TWU Local 556** at 📍 **The Women's March on Washington - District of Columbia.** ⌄
January 26 · Washington · 🌐

This past Saturday, Members of the TWU Local 556

🔲   ▶   🖼️ 1   🌐 23   ≡



Search

# #WomensMarch #WhyIMarch



14 Shares

👍 Like 💬 Comment ↗ Share

😍😡 67

**Michael Broadhead**
So proud! Yes! Grassroots comes to life. It now requires sustained definable actions and efforts.
January 21 · Like · 👍 6 · Reply

**Rebecca Hofstetter**
I wish I would have known so I could have joined you.
January 22 · Like · 👍 1 · Reply

Write a comment...

Post


‹ 🔍 Search •••

**Home**    About    Photos    Videos    Events    Posts
─────

👍 Like              💬 Comment              ➤ Share

─────


**TWU Local 556**                                      ⌄
February 6 at 4:16 PM · 🌐

On January 19, 2017 twenty-two Members of TWU Local 556 met at TWU International in Washington, D.C. for our Local's first Working Women's Committee (WWC) Meeting.

Read more:
https://twu556.org/womens-issues-service-and-education-w-i-s-e-committee/



👍❤️ 25   5 Shares                                     ⌄



👍 Like              💬 Comment              ➤ Share

─────


**TWU Local 556** shared **AFL-CIO**'s **photo**.    ⌄
February 5 at 12:13 PM · 🌐

 **AFL-CIO**



App.56