# EXHIBIT L

## Union Business Confirmed Travel Request Form

**Southwest**

### Purpose for Union Business Travel

**Description of Union Business:** Other - Explanation Required Below

**For "Other," please explain:** Women@s March on Washington

**Event Date(s):** 01/21/2017        **Location of Event:** Washington DC

### Traveler's Information

**Union Group:** TWU 556 – Flight Attendants        **Is traveler a SWA Employee?** ● Yes  ○ No

The following name must be listed exactly as it appears on the Government-issued ID used for travel.

**First Name:** ▇

**Middle Name:**

**Last Name:** ▇

**Date of Birth:** ▇

**Gender:** ○ Male  ● Female

**Redress Number (if applicable):**

**Known Traveler No. (if applicable):**

**Contact E-Mail:** ▇

**Complete SWA Employee Info below:**

**Employee ID (with 'e'):** ▇

**Date of Hire:** ▇

**Department:** Inflight

**Title:** Flight Attendant

**Work Extension:**

**Contact Phone #:** ▇

### Flight Information

**First Preference:**

| | Date | Flight # | Departure Time | From | To |
|---|---|---|---|---|---|
| Origin | 01/18/2017 | 660 | 7:05 | DEN | MDW |
| Connection | 01/18/207 | 1372 | 11:20 | MDW | DCA |
| Connection | | | | | |
| Return | 01/22/2017 | 1967 | 11:35 | DCA | DEN |
| Connection | | | | | |
| Connection | | | | | |


5/19/2016

TWU 556 - 9476
Page 1/2


EXHIBIT NO. 28

App.58

## Flight Information continued

| Second Preference: | Date | Flight # | Departure Time | From | To |
|---|---|---|---|---|---|
| Origin | 1/18/2017 | 497 | 8:15 | DEN | MDW |
| Connection | 01/18/2017 | 1129 | 12:40 | MDW | DCA |
| Connection | | | | | |
| Return | 01/22/2017 | 2616 | 12:05 | DCA | DEN |
| Connection | | | | | |
| Connection | | | | | |

## TO BE COMPLETED BY UNION OFFICE

This section is for the person completing the form. This person is copied via e-mail when the form is submitted, and receives a copy of the itinerary once it's been created.

**Requested By:**

**Contact E-Mail:**                                                    **Contact Phone #:**

**Comments:**

Additional E-Mail To Send Itinerary:

Requestor is responsible for ensuring that the Traveler signs off on the Union Business Policy.

## Agreement for Union Business Travel

By submitting this form you affirm that you are submitting this request for authorized Union Business.

Your travel itinerary will be created within three business days. For questions, please call the e-pass Desk at 1 (877) 551-1211.

# Union Business Confirmed Travel Request Form

**Southwest**

## Purpose for Union Business Travel

**Description of Union Business:** Other - Explanation Required Below

**For "Other," please explain:** Women®s March on Washington

**Event Date(s):** 01/21/2017     **Location of Event:** Washington DC

## Traveler's Information

**Union Group:** TWU 556 – Flight Attendants     **Is traveler a SWA Employee?** ● Yes  ○ No

The following name must be listed exactly as it appears on the Government-Issued ID used for travel.

**First Name:** [redacted]

**Middle Name:**

**Last Name:** [redacted]

**Date of Birth:** [redacted]

**Gender:** ○ Male  ● Female

**Redress Number (if applicable):**

**Known Traveler No. (If applicable):**

**Contact E-Mail:** [redacted]

### Complete SWA Employee Info below:

**Employee ID (with 'e'):** [redacted]

**Date of Hire:** [redacted]

**Department:** Inflight

**Title:** Flight Attendant

**Work Extension:**

**Contact Phone #:** [redacted]

## Flight Information

| First Preference: | Date | Flight # | Departure Time | From | To |
|---|---|---|---|---|---|
| Origin | 01/18/2017 | 660 | 7:05 | DEN | MDW |
| Connection | 01/18/207 | 1372 | 11:20 | MDW | DCA |
| Connection | | | | | |
| Return | 01/22/2017 | 1967 | 11:35 | DCA | DEN |
| Connection | | | | | |
| Connection | | | | | |

5/19/2016

TWU 556 - 9478
Page 1/2

**App.60**

**Flight Information continued**

| Second Preference: | Date | Flight # | Departure Time | From | To |
|---|---|---|---|---|---|
| Origin | 1/18/2017 | 497 | 8:15 | DEN | MDW |
| Connection | 01/18/2017 | 1129 | 12:40 | MDW | DCA |
| Connection | | | | | |
| Return | 01/22/2017 | 2618 | 12:05 | DCA | DEN |
| Connection | | | | | |
| Connection | | | | | |

## TO BE COMPLETED BY UNION OFFICE

This section is for the person completing the form. This person is copied via e-mail when the form is submitted, and receives a copy of the itinerary once it's been created.

**Requested By:**

**Contact E-Mail:**                                    **Contact Phone #:**

Comments:

Additional E-Mail To Send Itinerary:

Requestor is responsible for ensuring that the Traveler signs off on the Union Business Policy.

## Agreement for Union Business Travel

By submitting this form you affirm that you are submitting this request for authorized Union Business.

Your travel itinerary will be created within three business days. For questions, please call the e-pass Desk at 1 (877) 551-1211.

# Union Business Confirmed Travel Request Form

**Southwest**

## Purpose for Union Business Travel

**Description of Union Business:** Other - Explanation Required Below

**For "Other," please explain:** Working Women's Committee meeting and Women's March

**Event Date(s):** 01/17/2017

**Location of Event:** DC

## Traveler's Information

**Union Group:** TWU 556 – Flight Attendants

**Is traveler a SWA Employee?** ● Yes  ○ No

The following name must be listed exactly as it appears on the Government-issued ID used for travel.

**First Name:** [redacted]

**Middle Name:** [redacted]

**Last Name:** [redacted]

**Date of Birth:** [redacted]

**Gender:** ○ Male  ● Female

**Redress Number (if applicable):**

**Known Traveler No. (if applicable):**

**Contact E-Mail:** [redacted]

### Complete SWA Employee Info below:

**Employee ID (with 'e'):** [redacted]

**Date of Hire:** [redacted]

**Department:** Inflight

**Title:** Flight Attendant

**Work Extension:**

**Contact Phone #:** [redacted]

## Flight Information

### First Preference:

| | Date | Flight # | Departure Time | From | To |
|---|---|---|---|---|---|
| Origin | 01/17/2017 | 3242 | 0840 | SEA | STL |
| Connection | | 3190 | | STL | DCA |
| Connection | | | | | |
| Return | 01/22/2017 | 3737 | 1200 | DCA | STL |
| Connection | | 4757 | | STL | SEA |
| Connection | | | | | |

5/19/2016

TWU 556 - 9480
Page 1/2

**App.62**

**Flight Information continued**

| Second Preference: | Date | Flight # | Departure Time | From | To |
|---|---|---|---|---|---|
| Origin | | | | | |
| Connection | | | | | |
| Connection | | | | | |
| Return | 01/22/2017 | 3362 | 0645 | DCA | DAL |
| Connection | | 4221 | | DAL | SEA |
| Connection | | | | | |

## TO BE COMPLETED BY UNION OFFICE

This section is for the person completing the form. This person is copied via e-mail when the form is submitted, and receives a copy of the itinerary once it's been created.

**Requested By:**

**Contact E-Mail:**                                                **Contact Phone #:**

**Comments:**

Additional E-Mail To Send Itinerary:

Requestor is responsible for ensuring that the Traveler signs off on the Union Business Policy.

## Agreement for Union Business Travel

By submitting this form you affirm that you are submitting this request for authorized Union Business.

Your travel itinerary will be created within three business days.
For questions, please call the e-pass Desk at 1 (877) 551-1211.

**App.63**

# Union Business Confirmed Travel Request Form

**Southwest**

## Purpose for Union Business Travel

**Description of Union Business:** Other - Explanation Required Below

**For "Other," please explain:** Women@s March on Washington

**Event Date(s):** 01/21/2017    **Location of Event:** Washington DC

## Traveler's Information

**Union Group:** TWU 556 – Flight Attendants    **Is traveler a SWA Employee?** ● Yes  ○ No

The following name must be listed exactly as it appears on the Government-issued ID used for travel.

**First Name:** [redacted]

**Middle Name:**

**Last Name:** [redacted]

**Date of Birth:** [redacted]

**Gender:** ○ Male  ● Female

**Redress Number (if applicable):**

**Known Traveler No. (if applicable):**

**Contact E-Mail:** [redacted]

### Complete SWA Employee Info below:

**Employee ID (with 'e'):** [redacted]

**Date of Hire:** [redacted]

**Department:** Inflight

**Title:** Flight Attendant

**Work Extension:**

**Contact Phone #:** [redacted]

## Flight Information

**First Preference:**

| | Date | Flight # | Departure Time | From | To |
|---|---|---|---|---|---|
| Origin | 01/18/2017 | 660 | 7:05 | DEN | MDW |
| Connection | 01/18/207 | 1372 | 11:20 | MDW | DCA |
| Connection | | | | | |
| Return | 01/22/2017 | 1967 | 11:35 | DCA | DEN |
| Connection | | | | | |
| Connection | | | | | |

5/19/2016

TWU 556 - 9482
Page 1/2

**App.64**

**Flight Information continued**

| Second Preference: | Date | Flight # | Departure Time | From | To |
|---|---|---|---|---|---|
| Origin | 1/18/2017 | 497 | 8:15 | DEN | MDW |
| Connection | 01/18/2017 | 1129 | 12:40 | MDW | DCA |
| Connection | | | | | |
| Return | 01/22/2017 | 2618 | 12:05 | DCA | DEN |
| Connection | | | | | |
| Connection | | | | | |

### TO BE COMPLETED BY UNION OFFICE

This section is for the person completing the form. This person is copied via e-mail when the form is submitted, and receives a copy of the itinerary once it's been created.

**Requested By:**

**Contact E-Mail:**                                              **Contact Phone #:**

**Comments:**

**Additional E-Mail To Send Itinerary:**

Requestor is responsible for ensuring that the Traveler signs off on the Union Business Policy.

### Agreement for Union Business Travel

By submitting this form you affirm that you are submitting this request for authorized Union Business.

Your travel itinerary will be created within three business days.
For questions, please call the e-pass Desk at 1 (877) 551-1211.

# Union Business Confirmed Travel Request Form

**Southwest**

## Purpose for Union Business Travel

Description of Union Business: ~~Negotiations~~ Women's March

For "Other," please explain:

Event Date(s): ~~9/28-30~~ January 21, 2017

Location of Event: ~~DAL~~ DCA

## Traveler's Information

Union Group: ~~TWU 556 – Flight Attendants~~ TWU 556

The following name must be listed exactly as it appears on the Government-issued ID used for travel.

First Name: [redacted]

Middle Name:

Last Name: [redacted]

Date of Birth: [redacted]

Gender: ○ Male ✓ Female

Redress Number (if applicable):

Known Traveler No. (if applicable):

Contact E-Mail: [redacted]

Is traveler a SWA Employee? ✓ Yes ○ No

### Complete SWA Employee Info below:

Employee ID (with 'e'):

Date of Hire:

Department:

Title:

Work Extension:

Contact Phone #: [redacted]

## Flight Information

**First Preference:**

| | Date | Flight # | Departure Time | From | To |
|---|---|---|---|---|---|
| Origin | 1/17/2017 | 3242 | 8:40 | SEA | STL |
| Connection | 1/17/2017 | 3190 | 3:15 | STL | DCA |
| Connection | | | | | |
| Return | 1/22/2017 | 3737 | 12:00 | DCA | STL |
| Connection | 1/22/2017 | 4757 | 2:55 | STL | SEA |
| Connection | | | | | |

## Flight Information continued

**Second Preference:**

| | Date | Flight # | Departure Time | From | To |
|---|---|---|---|---|---|
| Origin | | | | | |
| Connection | | | | | |
| Connection | | | | | |
| Return | | | | | |
| Connection | | | | | |
| Connection | | | | | |

### TO BE COMPLETED BY UNION OFFICE

This section is for the person completing the form. This person is copied via e-mail when the form is submitted, and receives a copy of the itinerary once it's been created.

**Requested By:**

**Contact E-Mail:**                                **Contact Phone #:**

**Comments:**

Additional E-Mail To Send Itinerary:

Requestor is responsible for ensuring that the Traveler signs off on the Union Business Policy.

### Agreement for Union Business Travel

**By submitting this form you affirm that you are submitting this request for authorized Union Business.**

Your travel itinerary will be created within three business days.
For questions, please call the e-pass Desk at 1 (877) 551-1211.