# EXHIBIT M

```
1:43 PM                            Transport Workers Union - Local 556
06/21/17                                  Profit & Loss Detail
Accrual Basis                          November 2016 through March 2017
```

| Type | Date | Num | Name | Memo | Class | Clr | Amount |
|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | |
| **Income** | | | | | | | |
| **5500 · Miscellaneous Income** | | | | | | | |
| 5510 · Miscellaneous | | | | | | | |
| Deposit | 03/22/2017 | | | Deposit | WISE Committee | | 350.00 |
| Total 5510 · Miscellaneous | | | | | | | 350.00 |
| Total 5500 · Miscellaneous Income | | | | | | | 350.00 |
| Total Income | | | | | | | 350.00 |
| Gross Profit | | | | | | | 350.00 |
| **Expense** | | | | | | | |
| 6350 · Gross Lost Time | | | | | | | |
| Bill | 03/14/2017 | INV. 1500060634 | Representation | WORKING WOMEN COMMITTEE | WISE Committee | | 466.65 |
| Total 6350 · Gross Lost Time | | | | | | | 466.65 |
| **6500 · Meeting Expense** | | | | | | | |
| 6550 · Meal Expense | | | | | | | |
| Credit Card Charge | 01/04/2017 | 12-15-2016 | Representation | WORKING LUNCH TO DISCUSS UPCOMING DC WOMAN'S MARCH TRIP | WISE Committee | | 36.53 |
| Credit Card Charge | 02/04/2017 | 0-19-2017 | Representation | DINNER - WORKING WOMANS/WISE COMMITTEE IN DC | WISE Committee | | 529.16 |
| Total 6550 · Meal Expense | | | | | | | 565.69 |
| 6551 · Conference & Registration | | | | | | | |
| Credit Card Charge | 02/04/2017 | 01-18-2017 | Representation | WOMEN'S MARCH ON WASHINGTON EVENTS PAYMENT PAMELA FORTE | WISE Committee | | 225.00 |
| Total 6551 · Conference & Registration | | | | | | | 225.00 |
| Total 6500 · Meeting Expense | | | | | | | 790.69 |
| **6600 · Office Supplies** | | | | | | | |
| 6606 · Membership Supplies | | | | | | | |
| Bill | 01/12/2017 | INV. 132287 | Representation | 1EA 30" X 108" BANNER PLUS TAX, S&H -1/05/2017 | WISE Committee | | 163.94 |
| Total 6606 · Membership Supplies | | | | | | | 163.94 |
| Total 6600 · Office Supplies | | | | | | | 163.94 |
| 6700 · Postage | | | | | | | |
| Total 6700 · Postage | | | | | | | |
| 6942 · Printing | | | | | | | |
| Total 6942 · Printing | | | | | | | |
| **6950 · Travel Expense** | | | | | | | |
| 6956 · Lodging | | | | | | | |
| Bill | 12/16/2016 | 11/24/2016 | Representation | EMBASSY STES IN ARLINGTON, VA - HOTEL FOR SAM WILKINS, LORI LOCHELT, AND | WISE Committee | | 1,734.00 |
| Bill | 12/20/2016 | 1/17 - 1/22/2017 | Representation | RENTAL AGRMNT FOR PREMISES LOCATED AT 4625 34TH STREET, MOUNT RAINIER, | WISE Committee | | 2,827.50 |
| Credit Card Charge | 01/04/2017 | 12-09-2016 | Representation | LODGING - DC TRIP WOMEN'S MARCH ON WASHINGTON | WISE Committee | | 2,303.00 |
| Total 6956 · Lodging | | | | | | | 6,864.50 |
| 6964 · Taxi/Uber/Train | | | | | | | |
| Bill | 02/01/2017 | 1/18/17 - 1/25/2017 | Representation | UBER - 1/18/17 FROM N. HENDERSON TO PENNSYLVANIA AVENUE | WISE Committee | | 10.20 |
| Bill | 02/01/2017 | 1/18/17 - 1/25/2017 | Representation | LYFT - 1/18/17 FROM PENNSYLVANIA AV. TO N. HENDERSON | WISE Committee | | 11.34 |
| Bill | 02/01/2017 | 1/18/17 - 1/25/2017 | Representation | UBER - 1/19/17 FROM N. PERSHING TO 3RD ST. N.W. | WISE Committee | | 13.41 |
| Bill | 02/01/2017 | 1/18/17 - 1/25/2017 | Representation | UBER - 1/19/17 FROM 401 H.ST. NW TO N. HENDERSON RD | WISE Committee | | 21.93 |
| Bill | 02/01/2017 | 1/18/17 - 1/25/2017 | Representation | UBER - 1/21/17 FROM 4141 N. HENDERSON RD TO 604 3RD ST. SE, WASHINGTON DC | WISE Committee | | 56.32 |
| Bill | 02/01/2017 | 1/18/17 - 1/25/2017 | Representation | LYFT - 1/22/17 FROM N. HENDERSON RD TO 7176 ELM RD | WISE Committee | | 54.31 |
| Credit Card Charge | 02/04/2017 | 01-19-2017 | Representation | TAXI - STACEY VAVAKAS DC FOR WORKING WOMAN'S/WISE MTG. | WISE Committee | | 12.59 |
| Credit Card Charge | 02/04/2017 | 01-21-2017 | Representation | TAXI - STACEY DC WORKING WOMANS/WISE MTG. | WISE Committee | | 5.52 |
| Total 6964 · Taxi/Uber/Train | | | | | | | 185.62 |
| Total 6950 · Travel Expense | | | | | | | 6,050.12 |
| Total Expense | | | | | | | 8,311.39 |
| Net Ordinary Income | | | | | | | -7,961.39 |
| **Net Income** | | | | | | | **-7,961.39** |

TWU 556 - 9488

EXHIBIT NO. 25

Page 1 of 1

App.69



TWU 556 - 9489

App.70



TWU 556 - 9490



TWU 556 - 9491

**App.71**

App.72



TWU 556 - 9492