# EXHIBIT O

Search | Charlene | Home 20+ | 86

**Charlene Gayle Carter**
February 6 · GoFundMe ·

All my Southwest Airlines Flight Attendant friends we are going to make our Corrupt Union adhere to ByLaws one way or another we are moving fast in this fight so please help us bring Truth and Order back for We The Flight Attendants... TWU-AFL-CIO and Local 556 will be shown that THEY do Work for US!!! Please help us fight this Battle. Thanks😊

Click here to support Legal Fight For Total Recall of 556 by Jeanna Jackson

My name is Jeanna Jackson and I have been a Member In Good Standing of TWU Local 556 for 29 years. I am based in Dallas, Tx and I am a full time line flying…

WWW.GOFUNDME.COM

Like Comment Share

Write a comment...

People You May Know

Cassandra Foster (Cas
7 mutual friends
Add Friend

Randy Ritchie
9 mutual friends
Add Friend

Suggested Pages

40 Days for Life Edmo
106 people like this.
Like

English (US) · Español · Português
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad C
Cookies · More
Facebook © 2017

YOUR GAMES MORE

RECOMMENDED GAMES MORE

**Rudy Williams** likes Denise Lashmett's post on his own Timeline.

**MaryEllen Matter** commented on P&G's video.

**Kimberly Michelle** reacted to HD Rae's photo.

**Jillyn Sanders** commented on her own post.

**Jennifer Kershaw Garland Mills** reacted to Rob Angellis's post in The REAL FA Uniform Group.

**Joerg Estelmann** likes Mo Reese Delk's photo.

**Wendy A Smith** likes Woodsmoke BBQ's link.

**Cody Jackson** reacted to

Wendy A Smith
Stacey Wise
Billy Winistorfer
Ken Zant
HD Rae
Terry Bowman Bell
Joerg Estelmann
Raymond Garcia

MORE CONTACTS (36)

Alisa Pennington

Search

Search | Charlene | Home 20+ | 86

**Charlene Gayle Carter**
February 6 ·

Well TWU-AFL-CIO and Local 556 you are being SUED for not following the Rules and working for We The Flight Attendants!!!!! Hopefully the Corruption will END🙏

### Lawsuit Filed by The Verde Law Firm, PLLC on Behalf of More Than 7,600 Southwest Airlines Flight Attendants

DALLAS, Feb. 6, 2017 /PRNewswire/ -- More than half of the approximately 14,000 Southwest Airlines flight attendants represented by the Transport Workers Union Local 556 have signed a petition demanding the recall of 12 of 17 TWU Local 556 Executive Board members and a subsequent vote to replace tho...

FINANCE.YAHOO.COM

Like Comment Share

Pete Bluem, Ralph Anderson and 4 others

1 share — 2 Comments

**Ralph Anderson** Now let's get an in house union not affiliated with an International that has as their only purpose collective bargaining and not politics.
Like · Reply · 1 · February 6 at 4:58pm

> **Charlene Gayle Carter** I am ready let's start the card drive😊
> Like · Reply · 1 · February 6 at 9:23pm
>
> Write a reply...

**Chris Click** I know some others had already talked about Southwest Flight Attendants Association or SWFAA. I searched for the term when others were talking about and found a Facebook page that was claimed however not really active yet. It's called swafaa.
Like · Reply · 2 · February 6 at 8:34pm

Write a comment...

**People You May Know**

Javi Garcia — 22 mutual friends — Add Friend

Kojack Mason — 1 mutual friend — Add Friend

**Suggested Pages**

40 Days For Life Red D Vigil — 66 people like this. — Like

English (US) · Español · Português · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad C · Cookies · More · Facebook © 2017

YOUR GAMES — MORE

RECOMMENDED GAMES — MORE

**Rudy Williams** likes Denise Lashmett's post on his own Timeline.

**MaryEllen Matter** commented on P&G's video.

**Kimberly Michelle** reacted to HD Rae's photo.

**Jillyn Sanders** commented on her own post.

**Jennifer Kershaw Garland Mills** reacted to Rob Angellis's post in The REAL FA Uniform Group.

**Joerg Estelmann** likes Mo Reese Delk's photo.

**Wendy A Smith** likes Woodsmoke BBQ's link.

**Cody Jackson** reacted to

Wendy A Smith
Stacey Wise
Billy Winistorfer
Ken Zant
HD Rae
Terry Bowman Bell
Joerg Estelmann
Raymond Garcia

MORE CONTACTS (36)

Alisa Pennington

Search



