# EXHIBIT P

🔍 Search

 **Charlene Carter** shared **My Page - My Opinions**'s **video**.

February 7 at 3:18 PM · 🌐

WARNING this is VERY GRAPHIC!! I want my Tax Dollars to STOP funding this...PERIOD!!!! This is MURDER.

 **My Page - My Opinions** added a new video: **Abortion**.

February 4 at 8:08 PM · 🌐

**#Democrats** - This is what you support? If its your body your choice, who is this laying in the fucking bowl? It doesn't looks like your body. **#evil #murder #ownit #abortion**



91.4K Views

👍 Like     💬 Comment     ↪ Share

📷 | Write a comment... ☺ | Post

**App.78**

Case 3:17-cv-02278-X Document 220-18 Filed 09/02/22 Page 3 of 3 PageID 7252

🔍 Charlene Carter

 **Charlene Carter**
February 14 at 11:12 AM · 🌐

THIS IS GRAFIC....but it needs to be shared over and over....this is MURDER! So for all of you that are Pro-Abortion GOD HELP YOU!

 **Samina Shah** with **Aqsa Shah** and **2 others**.
January 16 · 🌐

An aborted baby alive even after the abortion. This is the reason abortion is murder and Haram. We have no right to take away someone's life jus... Continue Reading

    

**App.79**