# EXHIBIT Q

‹ Home (3)

**Audrey Stone** ›
Facebook

Invite Audrey to Messenger



0:16

**Samina Shah added a new video.**

An aborted baby alive even after the abortion.
This is the reason abortion is murder and Hara...

Samina Shah

FEB 14, 12:33 PM

TWU-AFL-CIO and 556 are
supporting this Murder...



4:07

**My Page - My Opinions added a new
video: Abortion.**

#Democrats - This is what you support? If its y...

My Page - My Opinions

Type a message...

App.80

 
  
‹ **Home (3)**  **Audrey Stone** ›
Facebook  📞  📹

**Invite Audrey to Messenger**

FEB 14, 11:22 AM

This is what you supported during your Paid Leave with others at the Women's MARCH in DC....You truly are Despicable in so many ways...by the way the RECALL is going to Happen and you are limited in the days you will be living off of all the SWA FAs..cant wait to see you back on line.



0:16

**Samina Shah added a new video.**
An aborted baby alive even after the abortion.

Type a message...

        

App.81

< **Home (3)**

**Audrey Stone** >
Facebook

**Invite Audrey to Messenger**

FEB 14, 1:00 PM

Did you all dress up like this...Wonder how this will be Coded in the LM2 Financials...cause I know We Payed for this along with your Despicable Party you hosted for signing the Contract....The RECALL is going to Happen we are even getting more signatures due to other FAs finding out what you guys do with our MONEY!!! Cant wait for you to have to be just a regular FA again and not Stealing from of our DUES for things like this!



I'm sure Lefty's like this will make America take feminism more seriously.
Mark Gresin

Type a message...



9:44 AM    18%

Facebook

**Audrey Stone**
Facebook

< Home (3)

Invite Audrey to Messenger

**My Page - My Opinions added a new video: Abortion.**

#Democrats - This is what you support? If its y...

My Page - My Opinions

Did you know this....Hmmmm seems a little counter productive don't  you think....you are nothing but a SHEEP in Wolves Clothing or you are just so un-educated you have not clue who or what you were marching for! Either way you should not be using our DUES to have Marched in this despicable show of TRASH!



**WHOA: Look where Women's March organizer just showed up**

With friends like that...

allenbwest.com

Type a message...

       

**App.83**





are showing your ignorance!



This is from Alveda King in regards to her Uncle Dr. Martin Luther King. ..READ http://www.priestsforlife.org/..king-planned-parenthood-1-8..





Click on the Link







Click on the Link



http://www.priestsforlife.org/.../
kmp-planned-parenthood-1-g



http://www.priestsforlife.org/.../
kmp-planned-parenthood-1-g



kmp-planned-p...rthood-1-8.pdf

You and TWU should really know your History as well when it comes to the King Family ...Dr. Martin Luther Kings Niece ...he would have never MARCHED for Pro-Life he was a Baptist Minister, nor did he support the Violence the LEFT and you support.



**Unborn Civil Rights (@alvedaking) | Twitter**

The latest Tweets from Unborn Civil Rights...



Get Educated.... because you sure are showing your Ignorance!



02/14/2017, 12:18 PM

You and TWU should really know your History as well when it comes to the King Family....Dr. Martin Luther Kings Niece....he would have never MARCHED for Pro-Life he was a Baptist Minister, nor did he support the Violence the LEFT and you support.



**Unborn Civil Rights (@alvedaking) | Twitter**
The latest Tweets from Unborn Civil Rights (@alvedaking). @AlvedaCKing is the Director of Civil Rights for the Unborn, the African American Outreach of @PriestsforLife. Atlanta, GA
twitter.com

Get Educated.... because you sure are showing your Ignorance!



Seek God now in prayer as we are using the key of nonviolent conflict resolution to resolve our differences.
americareturntogod.com
Alveda King

This is from Alveda King in regards to her Uncle Dr. Martin Luther King.....READ :http://www.priestsforlife.org/.../king-planned-parenthood-1-8…

Click on the Link



"Injustice anywhere is a threat to justice everywhere." Dr. Martin Luther King, Jr.

(What Planned Parenthood didn't want Dr. King or you to know!)

"Colored people are like human weeds and are to be exterminated. We should hire three or four colored ministers, preferably with social-service backgrounds, and with engaging personalities. The most successful educational approach to the Negro is through a religious appeal. We don't want the word to go out that we want to exterminate the Negro population and the minister is the man who can straighten out that idea if it ever occurs to any of their more rebellious members."

Margaret Sanger, founder of

**Planned Parenthood**

www.plannedparenthood.org
www.teenwire.com
Other publications —
www.ppfastore.org

THE REVEREND
MARTIN LUTHER KING, JR.

"Family Planning — A Special and Urgent Concern"

Upon accepting the Planned Parenthood® Federation of America
Margaret Sanger Award • May 5, 1966

**Planned Parenthood**

An analysis of the PPH MLK brochure
By Alveda King

"Dr. Martin Luther King, Jr. was a nonviolent man who said: The Negro cannot win if he is willing to sell the future of his children for his personal and immediate comfort and safety." (Page 53 of The Words of Martin Luther King, Jr.) Following Margaret Sanger's strategy to dupe "colored ministers" PPH selected Dr. King and other Black Leaders for awards. Dr. King supported natural family planning, called the "rhythm method" in his day. He would never agree to mass murder by abortion, and chemical birth control that is linked to illness. PPH also lied to me, telling me that my babies were "blobs of tissue" and that "abortion wouldn't hurt as bad as having teeth pulled." It was to be "our secret." I was abortion vulnerable, and they took advantage of that. They lied then, to my uncle and to me. The still lie. Planned Parenthood, stop using my uncle to promote your injustice!" Alveda C. King

**App.88**

# In 1966,

Planned Parenthood® Federation of America inaugurated the PPFA Margaret Sanger Award to honor the woman who founded America's family planning movement.  The PPFA Margaret Sanger Award is given annually to individuals of distinction in recognition of excellence and leadership in furthering sexual and reproductive health rights.



In its first year, the award was bestowed upon four men:

- Dr. Carl G. Hartman, for "his singular contribution to human knowledge of the reproductive processes."

- General William H. Draper, Jr., for "his singular contribution during the past decade to the mobilization of public awareness and government action to resolve the world population crisis."

- President Lyndon Baines Johnson, for "his vigorous and farsighted leadership in bringing the United States government to enunciate and implement an affirmative, effective population policy at home and abroad."

- The Reverend Martin Luther King, Jr., for "his courageous resistance to bigotry and his lifelong dedication to the advancement of social justice and human dignity."

"Please note that Dr. King is cited for the advancement of social justice, not population control. On the other hand, the first two recipients of the award were noted eugenicists. President Johnson was on board for population control. Dr. King was not aware that the population control agenda aimed primarily at Negroes during his lifetime, included sterilization, abortion, and chemical birth control that would ultimately be linked to stroke, heart attack and breast cancer. He was mislead to believe that he would be 'helping his people.' Such help would lead to mass genocide. See Maafa21.com. " Alveda King

# Dr. King's award

was presented on May 5, 1966. The citation read

*This award is presented to the Reverend Martin Luther King, Jr., for his courageous resistance to bigotry and his lifelong dedication to the advancement of social justice and human dignity.*

*Facing jail, abuse and physical danger, Dr. King's unceasing efforts — in behalf of all Americans — to win freedom for the Negro people parallel closely Mrs. Sanger's fight over the last half-century for the emancipation of women from the burdens of perpetual child-bearing and the emancipation of children from a future of poverty and hopelessness.  Neither Mrs. Sanger nor Dr. King has hesitated to challenge unjust laws, cruel social customs, and blind prejudice that hold people in ignorance and degradation.  Our courts, our legislatures and — most of all — the human heart and mind have been the crucible in which they have forged a nobler history for all mankind.*

*In the tradition of all great humanitarians who have seen that human life and progress are indeed indivisible, Dr. King has lent his eloquent voice to the cause of world-wide voluntary family planning.*

*For Martin Luther King's unique qualities of understanding, compassion, and bravery, and for his wise and unwavering leadership in securing for all people their basic human right to knowledge, dignity, and opportunity that are the fount and principle of Margaret Sanger's life, this award is presented.*

Note the clever use of Dr. King's compassion for "securing for all people their basic human right…" Notice that they did not mention the dehumanization of the baby in the womb. This effort would be revealed after Dr. King's assassination and the passage of Roe VS Wade in 1973. In 1966, abortion was primarily illegal in America. In his Letter from a Birmingham Jail, Dr. King spoke of the evils of infanticide: "By their effort and example they brought an end to such ancient evils as infanticide. and gladiatorial contests." Yet, Planned Parenthood would Have us believe that my Uncle would support the violent dismemberment, or suffocation of little babies in the sanctuary/wombs of their mothers? No! They hid their agenda until after his death. Alveda King

**App.90**

# Dr. Martin Luther King, Jr. did not attend the Sanger Award Program.



## Mrs. Coretta Scott King

delivered her husband's acceptance speech on his behalf.

Before reading Dr. King's speech, Mrs. King declared: "I am proud tonight to say a word in behalf of your mentor, and the person who symbolizes the ideas of this organization, Margaret Sanger. Because of her dedication, her deep convictions, and for her suffering for what she believed in, I would like to say that I am proud to be a woman tonight."

Planned Parenthood is proud to reprint Dr. King's acceptance speech.

Mrs. Coretta Scott King accepts the PPFA Margaret Sanger Award from Cass Canfield, Chairman of the Executive Committee of the PPFA-World Population Emergency Campaign.

Dr. King did not deliver the acceptance speech.
Planned Parenthood used Mrs. King for their purposes.

3

App.91

# FAMILY PLANNING
## — A SPECIAL AND URGENT CONCERN

*by the Rev. Martin Luther King, Jr.*

Written by someone other than Dr. Martin Luther King, Jr. and read By Mrs. Coretta Scott King.

"There is no human circumstance more tragic than the persisting existence of a harmful condition for which a remedy is readily available."

Recently, the press has been filled with reports of sightings of flying saucers. While we need not give credence to these stories, they allow our imagination to speculate on how visitors from outer space would judge us. I am afraid they would be stupefied at our conduct. They would observe that for death planning we spend billions to create engines and strategies for war. They would also observe that we spend millions to prevent death by disease and other causes. Finally they would observe that we spend paltry sums for population planning, even though its spontaneous growth is an urgent threat to life on our planet. Our visitors from outer space could be forgiven if they reported home that our planet is inhabited by a race of insane men whose future is bleak and uncertain.

There is no human circumstance more tragic than the persisting existence of a harmful condition for which a remedy is readily available. Family planning, to relate population to world resources, is possible, practical and necessary. Unlike plagues of the dark ages or contemporary diseases we do not yet understand, the modern plague of overpopulation is soluble by means we have discovered and with resources we possess.

What is lacking is not sufficient knowledge of the solution but universal consciousness of the gravity of the problem and education of the billions who are its victims.

"Would they have us Believe that Dr. Martin Luther King, Jr. considered human in-womb life is a harmful condition, and that sterilization and murder by abortion are acceptable remedies?" Alveda King

Victims? What about The murdered babies? Injustice anywhere?

4

**App.92**

"Remember, Dr. King probably did not write any of this. Neither did he say any of this! Social Paradox? How about this for a Paradox? PPH using uninformed Negroes to advance their own Mass destruction through Genocide?" Alveda King

"It is easier for a Negro to understand a social paradox because he has lived so long with evils that could be eradicated but were perpetuated by indifference or ignorance."

It is easier for a Negro to understand a social paradox because he has lived so long with evils that could be eradicated but were perpetuated by indifference or ignorance. The Negro finally had to devise unique methods to deal with his problem, and perhaps the measure of success he is realizing can be an inspiration to others coping with tenacious social problems.

In our struggle for equality we were confronted with the reality that many millions of people were essentially ignorant of our conditions or refused to face unpleasant truths. The hard-core bigot was merely one of our adversaries. The millions who were blind to our plight had to be compelled to face the social evil their indifference permitted to flourish.

After centuries of relative silence and enforced acceptance, we adapted a technique of exposing the problem by direct and dramatic methods. We had confidence that when we awakened the nation to the immorality and evil of inequality, there would be an upsurge of conscience followed by remedial action.

We knew that there were solutions and that the majority of the nation were ready for them. Yet we also knew that the existence of solutions would not automatically operate to alter conditions. We had to organize, not only arguments, but people in the millions for action. Finally we had to be prepared to accept all the consequences involved in dramatizing our grievances in the unique style we had devised.

Unique style they had devised... using trickery to get Negro Leaders on board.

5

**App.93**

Dr. King lived among his own people. Margaret Sanger wanted to kill the babies in the ghetto, and sterilize their mothers. Remember, Dr. Martin Luther King, Jr. never gave this speech! His wife was reading a page out of the Sanger diaries! Alveda King

## Striking Kinship????

**Nonviolence is the need for man to overcome oppression and violence.**
**Dr. Martin Luther King, Jr.**
Nobel Peace Prize acceptance speech, Stockholm, Sweden, December 11, 1964

"Colored People are like Weeds and are To be exterminated."
Margaret Sanger

"There is a striking kinship between our movement and Margaret Sanger's early efforts."

There is a striking kinship between our movement and Margaret Sanger's early efforts. She, like we, saw the horrifying conditions of ghetto life. Like we, she knew that all of society is poisoned by cancerous slums. Like we, she was a direct actionist — a nonviolent resister. She was willing to accept scorn and abuse until the truth she saw was revealed to the millions. At the turn of the century she went into the slums and set up a birth control clinic, and for this deed she went to jail because she was violating an unjust law. Yet the years have justified her actions. She launched a movement which is obeying a higher law to preserve human life under humane conditions. Margaret Sanger had to commit what was then called a crime in order to enrich humanity, and today we honor her courage and vision; for without them there would have been no beginning. Our sure beginning in the struggle for equality by nonviolent direct action may not have been so resolute without the tradition established by Margaret Sanger and people like her. Negroes have no mere academic nor ordinary interest in family planning. They have a special and urgent concern.

Recently the subject of Negro family life has received extensive attention. Unfortunately, studies have overemphasized the problem of the Negro male ego and almost entirely ignored the most serious element — Negro migration. During the past half century Negroes have migrated on a massive scale, transplanting millions from rural communities to crammed urban ghettoes. In their migration, as with all migrants, they carried with them the folkways of the countryside into an inhospitable city slum.

Can anyone who knew Dr. Martin Luther King, Jr. even Imagine him ever saying that the problem of the Negro Man is overemphasized?



6

**App.94**

"And when you discover what you
will be in your life, set out to do it as
if God Almighty called you at this
particular moment in history to do it.
Don't just set out to do a good job.
Set out to do such a good job that
the living, the dead or the unborn
couldn't do it any better."
Dr. Martin Luther King, Jr. from
Redeeming Lost Values
"Does this sound like the
Same voice? No!
Remember, this is Mrs.
Coretta King's speech with
Her husband's name on it."
Alveda King

"Our sure beginning in
the struggle for equality by
nonviolent direct action
may not have been so
resolute without the
tradition established by
Margaret Sanger and
people like her."

The size of family that may have been appropriate and
tolerable on a manually cultivated farm was carried over to
the jammed streets of the ghetto. In all respects Negroes
were atomized, neglected and discriminated against. Yet,
the worst omission was the absence of institutions to
acclimate them to their new environment. Margaret
Sanger, who offered an important institutional remedy,
was unfortunately ignored by social and political leaders
in this period. In consequence, Negro folkways in family
size persisted. The problem was compounded when
unrestrained exploitation and discrimination accented the
bewilderment of the newcomer, and high rates of
illegitimacy and fragile family relationships resulted.

For the Negro, therefore, intelligent guides of family
planning are a profoundly important ingredient in his
quest for security and a decent life. There are
mountainous obstacles still separating Negroes from a
normal existence. Yet one element in stabilizing his life
would be an understanding of and easy access to the
means to develop a family related in size to his community
environment and to the income potential he can
command.

"Womb lynching
is not intelligent
strategy.
Abortion hurts
women and
kills babies. Easy
Access to pain
and murder are
not ingredients
for a decent life."
Alveda King

7

**App.95**

"It may be true that the law cannot make a man love me, but it can keep him from lynching me, and I think that's pretty important."

**Martin Luther King, Jr., Wall Street Journal, November 13, 1962.**

**"Womb lynching is just as Bad as using a noose or a tree."**

**Dr. Johnny Hunter**

"There is scarcely anything more tragic in human life than a child who is not wanted."

This is not to suggest that the Negro will solve all his problems through Planned Parenthood. His problems are far more complex, encompassing economic security, education, freedom from discrimination, decent housing and access to culture. Yet if family planning is sensible it can facilitate or at least not be an obstacle to the solution of the many profound problems that plague him.

The Negro constitutes half the poor of the nation. Like all poor, Negro and white, they have many unwanted children. This is a cruel evil they urgently need to control. There is scarcely anything more tragic in human life than a child who is not wanted. That which should be a blessing becomes a curse for parent and child. There is nothing inherent in the Negro mentality which creates this condition. Their poverty causes it. When Negroes have been able to ascend economically, statistics reveal they plan their families with even greater care than whites. Negroes of higher economic and educational status actually have fewer children than white families in the same circumstances.

"It may be true that the law can't make a person want me, But it can keep that person from womb lynching me. And yes, Uncle Martin, that's pretty important!" Alveda King

App.96

"Family planning, as in Natural
Family planning, or what some
Call the rhythm method
is what Dr. King knew
In his day. He enjoyed fatherhood,
And often spoke lovingly of his
Wife and children." Remember, Dr.
King never gave this speech. Coretta did.
Alveda King



Martin and Coretta,
Pregnant with Yolanda

Martin, Coretta
And Yolanda



"...in the need for family planning, Negro and white have a common bond; and together we can and should unite our strength for the wise preservation, not of races in general, but of the one race we all constitute — the human race. "

The baby in the
Womb is a member
Of the human race too!

Some commentators point out that with present birth rates it will not be long before Negroes are a majority in many of the major cities of the nation. As a consequence, they can be expected to take political control, and many people are apprehensive at this prosect. Negroes do not seek political control by this means. They seek only what they are entitled to and do not wish for domination purchased at the cost of human misery. Negroes were once bred by slave owners to be sold as merchandise. They do not welcome any solution which involves population breeding as a weapon. They are instinctively sympathetic to all who offer methods that will improve their lives and offer them fair opportunity to develop and advance as all other people in our society. For these reasons they are natural allies of those who seek to inject any form of planning in our society that enriches life and guarantees the right to exist in freedom and dignity.

For these constructive movements we are prepared to give our energies and consistent support; because in the need for family planning, Negro and white have a common bond; and together we can and should unite our strength for the wise preservation, not of races in general, but of the one race we all constitute — the human race.

"Man is man because he is free to operate within the framework of his destiny. He is free to deliberate, to make decisions, and to choose between alternatives. He is distinguished from animals by his freedom to do evil or to do good and to walk the high road of beauty or tread the low road of ugly degeneracy." **Martin Luther King, Jr., The Measure of a Man, 1959** [9]

**Dr. King and Dr. Sanger did not attend the ceremony. Dr. Sanger would be pleased today with the outcome of the speech Mrs. King read. It served her purposes. On the other hand, Dr. King would be sad that his letter is used today to pretend that he would have supported such nefarious deeds as sterilization and abortion. (See maafa21.com) Alveda King**

**"We should hire three or four colored ministers, preferably with social-service backgrounds, and with engaging personalities. The most successful educational approach to the Negro is through a religious appeal. We don't want the word to go out that we want to exterminate the Negro population and the minister is the man who can straighten out that idea if it ever occurs to any of their more rebellious members." Margaret Sanger**

# Margaret Sanger

was too ill to attend the award ceremony in May 1966. She died the following September. Mrs. Sanger would have been deeply honored and pleased to have heard such beautiful tributes from kindred heroes in the struggle for equality and civil rights, Dr. and Mrs. Martin Luther King, Jr.

About two weeks after the award ceremony, Dr. King wrote the following letter to Cass Canfield, president of the Planned Parenthood Executive Committee:

> Dear Mr. Canfield:
>
> Words are inadequate for me to say how honored I was to be the recipient of the Margaret Sanger Award. This award will remain among my most cherished possessions. While I cannot claim to be worthy of such a signal honor, I can assure you that I accept it with deep humility and sincere gratitude. Such a wonderful expression of support is of inestimable value for the continuance of my humble efforts.
>
> Again let me say how much I regret that at the last minute urgent developments in the civil rights movement made it impossible for me to be in Washington to personally receive the award. My wife brought glowing echoes of the wonderful reception and impressiveness of the total occasion.
>
> I am happy to be the recipient of the Margaret Sanger Award and I can assure you that this distinct honor will cause me to work even harder for a reign of justice and a rule of love all over our nation.
>
> Sincerely yours,
>
> Martin L. King, Jr.
>
> Martin Luther King, Jr.

10

App.98

**"The ultimate weakness of violence is that it is a descending spiral, begetting the very thing it seeks to destroy. Instead of diminishing evil, it multiplies it."**
**Dr. Martin Luther King, Jr.**
**"Abortion = violence to Women and Babies! "**
**Alveda King**



The Planned Parenthood Federation of America Margaret Sanger Award, sculpted by American artist Stanley Bleifeld, is presented annually to honor especially distinguished service promoting family planning and advancing the principles of social justice for which Mrs. Sanger fought.

Recipients of the Planned Parenthood Federation of America Margaret Sanger Award

1966
Rev. Martin Luther King, Jr.
General William H. Draper
Carl G. Hartman, M.D.
President Lyndon Baines Johnson

1967
John D. Rockefeller III

1968
Hon. Ernest Gruening

1969
Lord Caradon

1970
Hon. Joseph D. Tydings

1971
Louis M. Hellman, M.D.

1972
Alan F. Guttmacher, M.D.

1973
Sarah Lewit
Christopher Teitze, M.D.

1974
Harriet F. Pilpel, Esq.

1975
Cass Canfield

1976
John Rock, M.D.

1977
Bernard Berelson

1978
Julia Henderson
Frederick S. Jaffe
Edris Rice Wray, M.D.

1979
Alfred E. Moran
Senator Robert Packwood

1980
Mary S. Calderone, M.D.
Sarah Weddington, Esq.

1981
Governor William G. Milliken

1982
Madame Jihan Sadat

1983
Katharine Hepburn

11

**App.99**



**Martin Luther King, Jr.**
**The Trumpet of Conscience, 1967**

"**S**omehow this madness must cease. We must stop now. I speak as a child of God and brother to the suffering poor... I speak for those whose land is being laid waste, whose homes are being destroyed, whose culture is being subverted. I speak for the poor who are paying the double price of smashed hopes at home and death and corruption... I speak as a citizen of the world, for the world as it stands aghast at the path we have taken. I speak as an American to the leaders of my own nation. The great initiative in this war is ours. The initiative to stop it must be ours."

Margaret Sanger

1984
Bishop Paul Moore

1985
Guadalupe de la Vega
Mechai Viravaidya

1986
Jeannie I. Rosoff

1987
Phil Donahue

1988
Ann Landers
Abigail Van Buren

1989
Henry Morgentaler, M.D.

1990
Mufaweza Khan

1991
Bella Abzug

1992
Faye Wattleton

1993
Richard Steele
Audrey Steele Burnand
Barbara Steele Williams

1994
Dr. Fred Sai

1995
Dr. Jane Hodgson

1996
Justice Harry A. Blackmun

1997
Dr. Louise Tyrer
Robin Chandler Duke

1998
Rev. Howard Moody

2000
Dr. Nafis Sadik

2001
Kathleen Turner

2002
Jane Fonda

2004
Ted Turner
Forum for Women, Law, and
    Development of Nepal
K-MET of Kenya

2005
Gloria Feldt

2006
Karen Pearl
Dr. Allan Rosenfield

2007
Dolores Huerta

2008
Dr. Kenneth C. Edelin

12

**App.100**

# Prolife Abolitionists Demand: Planned Parenthood, Stop Your Lies!  Defund Planned Parenthood!















"That we are of separate races, or even mixed races is a lie.

We are one human race, one blood: Acts 17:26.

Elitism, eugenics, genocide, population control are all tied together.

Prolife  warriors are the abolitionists of the 21st Century!

It is not about skin color, it is a matter of the condition of the human heart." Alveda King

     

Who We Are In Christ Jesus, Darwin's Racists, ERR Video, Blood Money, Maafa21, One Blood

## The Plot Unfolds!



Dr. King didn't attend the ceremony!

**App.102**

How Can the Dream Survive If we murder our children?
A woman has a right to choose what she does with her body…
The baby is not her body… Where's the lawyer for the baby?

Invite Audrey to Messenger

Just to let you know I just Sent more money to the RIGHT TO WORK Org....I support them 110% about my hard earned DUES I send you all to waist! So stop sending me your Crappy Union Propaganda....I can think for myself....just like I did during the Election...VOTED for TRUMP-PENCE and guess what THEY WON!!!!!

02/20/2017, 4:27 PM



HAPPY PRESIDENTS' DAY!
MAY GOD GUIDE AND BLESS OUR 45TH PRESIDENT
#TrumpIsOurPresident

DONALD J. TRUMP
45TH PRESIDENT
OF THE UNITED STATES OF AMERICA

SHARE IF YOU LOVE YOUR PRESIDENT!
Citizens for TRUMP

Best President we have had since Reagan! Thank GOD you and the other Union/Socialist didn't get your Gal Hillary Clinton elected... but you all sure did do your best with all the Propaganda you and TWU-AFL-CIO wasted with OUR Dues Money putting out! Just meant we all had to WORK HARDER in getting the Truth Out... just like we are doing with the Recall😊 more people signing up to remove you!!!! NOW that's a win.... and you will be removed and we will get to VOTE in new leadership... that day is sooner than you thing Miss Stone.

