# EXHIBIT S

| | |
|---|---|
| From: | Ed Schneider |
| Sent: | Tuesday, February 28, 2017 1:19 PM CST |
| To: | Denise Gutierrez; Maureen Emlet |
| Subject: | Meeting notes - Audrey Stone 74952 |
| Attachments: | FF notes Audrey Stone 74952.doc |

Here are the notes from Audrey's meeting attached. I know they have initials instead of names. I didn't have time to go in and change them.

**Ed Schneider**
Denver Inflight Base Manager



# Fact Finding Meeting Notes

Date: February 24, 2017

Location: DEN Inflight Base

Employee Name/Number: Audrey Stone/74952

Union Representatives: Brett Nevarez/26363

Company Representatives: Denise Gutierrez/94001, Ed Schneider/26550, Janet Rhea/1435

Additional Attendees: NA

Reason for Meeting: Investigation of harassment and retaliation towards Audrey.

| Initials: | Meeting Notes: |
|---|---|
| ES | Audrey and Denise are on the phone. The reason for this call is to get an understanding of the situation before reaching out to Charlene to discuss the situation. Denise, are you ready? |
| DG | Yes, I was just looking at the video. Audrey, do you want or need a Union Rep? |
| AS | Not unless I need one? |
| DG | No, no. |
| AS | No, actually…. |
| DG | Is someone with you? |
| AS | Yes, let me see… |
| DG | We can wait. We want to make sure you are comfortable. |
| AS | Go ahead, I can't find him. |
| DG | If you become uncomfortable…. |

CONFIDENTIAL DOCUMENT                                              SWA004634

| AS | He's here now, Brett Nevarez. |
|---|---|
| DG | Brett, what is your employee number? |
| BN | 26363 |
| DG | We are here to investigate all allegations of discrimination for example: age, race, disability, religion, pregnancy, retaliation and sexual harassment. When it's with Inflight, we partner with the leadership to do it together. I will ask questions and Ed will ask questions to get more details. Thank you for reporting this incident and please keep the entire conversation confidential. According to Company policy you can't participate in any kind or retaliation. Ok? |
| AS | Ok. |
| DG | Ed, do you have a note taker? |
| Ed | Yes, it's Janet Rhea. |
| DG | Great. Tell me first the individual that sent the message. |
| AS | It's a Flight Attendant in Denver. Since 2008 when I was on the board she has not been Union friendly. In 2013 when I came in as President through Face Book she has sent various messages. I have ignored them and have not had a relationship with her. She is very anti-Union. |
| DG | Charlene Carter? |
| AS | Yes. |
| DG | How well do you know Charlene? |
| AS | I don't know her. |
| DG | What do you think would cause her to send the message? |
| AS | I have never had a conversation with her. She is anti-Union. She has sent messages in the past that I have ignored. I was on a ski trip with some people from Denver last Wednesday. I asked them not to tag or post anything on Facebook. I went on Facebook to check and there was a message from her. I opened the message and it had a video that I couldn't look at because I was in the Denver airport. I read the text and closed it out. I couldn't look at the video in the airport. I don't know Charlene. I was at the Working Women's Committee meeting in D.C. and there were pictures posted on our TWU site. That may have generated the message from her. |
| DG | What is the TWU role in the Working Women's Committee meeting? |
| AS | There are over 20 committees. There are two joint committees between Southwest Airlines and the Union. CISM, Professional Standards, Scholarship. The Women's committee team with International committees and this was the first one to work on women's issues. Most |

|    | are local and men dominate. This was the first local meeting at TWU headquarters. |
|----|---|
|    |   |
| DG | Reads a couple of dates. Which Tuesday was this? |
| AS | This past Tuesday. I saw them on the 15th so I guess it was the 14th. The meeting was January 19th. |
| DG | Women's forum? What was the date? |
| AS | 19th |
| DG | Reads message. For clarity, "paid leave at march", what do you think is meant? |
| AS | Some of us volunteered with working the morning of the 21st by signing up members prior to the Women's march in D.C. I assume that was what she was talking about. There were pictures taken and posted from this on the TWU website. |
| DG | Do you think that's how she became aware? |
| AS | Yes, anyone can see the post. |
| DG | Was this the first time she sent you a message? |
| AS | She has sent previous messages since last Wednesday. Since I became President she has sent messages but I haven't gone back to see when they were sent. |
| DG | Can you go back and get the messages and any information even if it seems trivial and send to me? |
| AS | Yes. |
| DG | When did you become President? |
| AS | 2013 |
| DG | Have you received messages since then? |
| AS | I don't know, I don't read them. I can't tell for certain how long ago. I will have to go back. |
| DG | Reads message. What is your interpretation "can't wait until you go back online"? |
| AS | I am full time for the Union. I know there has been a recall to try to get the majority for the Board ousted. My Presidency is up in May and I am going back online. I have made it clear that I will not run for President again. I feel that her comment is a threat when I go back online. There has been a previous Facebook investigation about what a Flight Attendant was going to do when I go back online. I took a screen shot about Audrey and her cronies' better watch out when going back online. That was Chris Click. |

**CONFIDENTIAL DOCUMENT**

SWA004636

| | |
|---|---|
| DG | What kind of threats? |
| AS | There was one Flight Attendant that was terminated. It showed a knife holding to my head. Another Flight Attendant was terminated and came back. There was a picture of a shooting range and a target. |
| DG | Who were these Flight Attendants? |
| AS | Robert Picket was the one with the knife that was terminated. Holly Imamovic was the shooting range and target. There was one sent recently that I'm not sure if Southwest is aware and I haven't turned it in. It's been hard for me (crying) to turn things in because I am concerned with retaliation. I have been accused of turning other things in from FAs and Southwest hasn't done anything. |
| DG | What do you want Southwest to do? |
| AS | Make Charlene and Chris Click stop. Tell those Flight Attendants not to talk about me or the Union President trying to get Flight Attendants fired. They need to protect me. |
| DG | Charlene sent messages before notification of social policy or retaliation. Has she ever violated SWA policies? |
| AS | I haven't read them. When I open a message it pops up. I have been good ignoring the ugly emails to my Union email. It hasn't stopped and it continues to escalate. |
| DG | Why did she send the abortion message? |
| AS | I can't speak to that at all. |
| BN | She has already said she doesn't know Charlene. You need to talk to her to get her motivation. |
| DG | I am asking about the reason for the message about abortion. |
| AS | I have never spoken to her. |
| DG | That's why I asked. Did anyone else send a message or only Charlene? |
| AS | Yes. |
| DG | That's all the questions I have. Ed do you have any questions? |
| ES | The Women's committee pictures were posted on the TWU website. The march was two days later. What was the march for? |
| AS | Our committee met on Thursday morning with female members working with no Union to bring better wages and women's rights. Our committee agreed to work the morning before the march. My participation was to support individual rights and equality. My personal reason was for promoting rights. I don't want to see rights eroded for gender. |
| ES | You never posted anything "pro-choice"? |
| AS | Never. Our committee is diverse, steering clear of controversial topics. |

**CONFIDENTIAL DOCUMENT**

SWA004637

|    |                                                                                                                                                                                                                |
|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    | I never made a statement on abortion.                                                                                                                                                                          |
| DG | Anything you want to add or a question?                                                                                                                                                                         |
| AS | Not at this time. I will send a screen shot of the recent message regarding when I return to work. Do I copy you in?                                                                                            |
| DG | Yes. Have you contacted local authorities?                                                                                                                                                                      |
| AS | Yes, back in December there was a picture of a bullet in my head. I contacted legal in Dallas and they suggested I contact the Dallas police. Every ratification meeting held in October, there were police present. |
| DG | You did report that to the Company?                                                                                                                                                                             |
| AS | It was reported prior but there was no discipline given.                                                                                                                                                        |
| DG | How do you know there was no discipline given?                                                                                                                                                                  |
| AS | My Base Manager pulled me aside and said it was determined that there were false screen shots.                                                                                                                  |
| DG | Who were involved?                                                                                                                                                                                              |
| AS | Jenna Jackson and Mike Hafner                                                                                                                                                                                   |
| DG | When you go back let me know if there is any more information. Brent do you have any questions?                                                                                                                 |
| BN | No.                                                                                                                                                                                                             |
| DG | Can we reach back out to you for clarification?                                                                                                                                                                 |
| AS | Yes.                                                                                                                                                                                                            |

**CONFIDENTIAL DOCUMENT**

SWA004638