# EXHIBIT W

**From:** Dave Kissman
**Sent:** Thursday, February 23, 2017 11:26 AM CST
**To:** Suzanne Stephensen
**Subject:** RE: Complaint - contains graphic images

At TOPS in meetings. Call me cell.

From: Suzanne Stephensen
Sent: Thursday, February 23, 2017 10:59 AM
To: Dave Kissman
Subject: FW: Complaint - contains graphic images

FYI - I'm going in to the IOM. I'll call you when I am finished.

Suzanne Stephensen
LAS Inflight Base Manager
702-740-1240


-----Original Message-----
From: Audrey Stone
Sent: Wednesday, February 22, 2017 6:58 PM
To: Suzanne Stephensen
Cc: Naomi Hudson; Sonya Lacore
Subject: Re: Complaint - contains graphic images

Suzanne,

Part of my message was cut - it should have said "I am personally pro-life, but I support others right to pro-choice and don't believe I have the right to tell them what to do with their body, and to be sent messages that reference me as a murderer couldn't be further from the truth."

My apologies, as I've edited and cut and pasted and agonized for days.....

Again, thank you for your attention.

Audrey

> On Feb 22, 2017, at 20:51, Audrey Stone <Audrey.Stone@wnco.com> wrote:
>
> Dear Suzanne,
>
> Below you will see Facebook messages that were sent to me last week by Southwest Airlines Flight Attendant Charlene Carter. It is in regards to a TWU Local 556 Women's Committee meeting that I participated in last month, and a march that I voluntarily participated in a few days later. Up until December I chaired our TWU Committee, which works with TWU International to collectively help build future women leaders and address women's issues.
>
> The messages contain two graphic videos of an alleged aborted fetus and make references to murder as well as political and religious comments. The first two are the actual messages she sent me, and the bottom two are the links that they came from.
>
> I found the messages to be incredibly disturbing and believe it to be a violation of the social media policy. I find it obscene and violent, as well as threatening in nature. I also believe it is a violation of the Workplace Bullying and

| From: | Mike Sims |
|---|---|
| Sent: | Thursday, February 23, 2017 11:30 AM CST |
| To: | Dave Kissman |
| Subject: | RE: Complaint - contains graphic images |

Okay, let's get the Employee Relations Team on deck....

-----Original Message-----
From: Dave Kissman
Sent: Thursday, February 23, 2017 11:29 AM
To: Mike Sims
Subject: FW: Complaint - contains graphic images

This is horrid.

From: Suzanne Stephensen
Sent: Thursday, February 23, 2017 10:59 AM
To: Dave Kissman
Subject: FW: Complaint - contains graphic images

FYI - I'm going in to the IOM. I'll call you when I am finished.

Suzanne Stephensen
LAS Inflight Base Manager
702-740-1240


-----Original Message-----
From: Audrey Stone
Sent: Wednesday, February 22, 2017 6:58 PM
To: Suzanne Stephensen
Cc: Naomi Hudson; Sonya Lacore
Subject: Re: Complaint - contains graphic images

Suzanne,

Part of my message was cut - it should have said "I am personally pro-life, but I support others right to pro-choice and don't believe I have the right to tell them what to do with their body, and to be sent messages that reference me as a murderer couldn't be further from the truth."

My apologies, as I've edited and cut and pasted and agonized for days.....

Again, thank you for your attention.

Audrey

> On Feb 22, 2017, at 20:51, Audrey Stone <Audrey.Stone@wnco.com> wrote:
>
> Dear Suzanne,
>
> Below you will see Facebook messages that were sent to me last week by Southwest Airlines Flight Attendant Charlene Carter. It is in regards to a TWU Local 556 Women's Committee meeting that I participated in last month, and a march that I voluntarily participated in a few days later. Up until December I chaired our TWU Committee,

CONFIDENTIAL DOCUMENT

SWA004433

App.227

| | |
|---|---|
| From: | Dave Kissman |
| Sent: | Thursday, February 23, 2017 11:31 AM CST |
| To: | Ed Schneider; Dustin Moore; Hector Barrera; Meggan Jones |
| Subject: | FW: Complaint - contains graphic images |
| Attachments: | IMG_0647.PNG, IMG_0648.PNG, IMG_0660.PNG |

Ed and Team DEN- From Audrey Stone, posts from DEN FA Charlene Carter. Today is Day 2. Caution in advance, very disturbing. Ed, give Suzanne a call. I am in TOPS and can be reached on cell if needed.

Dave

-----Original Message-----
From: Audrey Stone
Sent: Wednesday, February 22, 2017 6:58 PM
To: Suzanne Stephensen
Cc: Naomi Hudson; Sonya Lacore
Subject: Re: Complaint - contains graphic images

Suzanne,

Part of my message was cut - it should have said "I am personally pro-life, but I support others right to pro-choice and don't believe I have the right to tell them what to do with their body, and to be sent messages that reference me as a murderer couldn't be further from the truth."

My apologies, as I've edited and cut and pasted and agonized for days.....

Again, thank you for your attention.

Audrey

> On Feb 22, 2017, at 20:51, Audrey Stone <Audrey.Stone@wnco.com> wrote:
>
> Dear Suzanne,
>
> Below you will see Facebook messages that were sent to me last week by Southwest Airlines Flight Attendant Charlene Carter. It is in regards to a TWU Local 556 Women's Committee meeting that I participated in last month, and a march that I voluntarily participated in a few days later. Up until December I chaired our TWU Committee, which works with TWU International to collectively help build future women leaders and address women's issues.
>
> The messages contain two graphic videos of an alleged aborted fetus and make references to murder as well as political and religious comments. The first two are the actual messages she sent me, and the bottom two are the links that they came from.
>
> I found the messages to be incredibly disturbing and believe it to be a violation of the social media policy. I find it obscene and violent, as well as threatening in nature. I also believe it is a violation of the Workplace Bullying and Hazing policy, under cyber bullying. Further, I believe the references to religion are a violation of the Harassment Policy. Charlene doesn't know me, or my religious views. I also believe it violates our work and conduct rules under Class II.3. as well as Class IV.6&7.
>
> While I hold a current position within my Union, I am a Southwest Airlines Employee first and foremost. I have made clear that I will not be seeking re-election, and am now fearful to return to my job as a line-flying Flight Attendant due to repeated personal attacks and threats made both via social media as well as altercations that have occurred face to face while I've been on a Southwest Airlines plane. I can't and won't continue to be disrespected as an Employee of Southwest Airlines, or as a human being.

CONFIDENTIAL DOCUMENT

SWA004436

| | |
|---|---|
| From: | Dave Kissman |
| Sent: | Thursday, February 23, 2017 11:31 AM CST |
| To: | Lucetta Larabee; Brian Ridgeway; Rachel Loudermilk; Tom Crabtree |
| Subject: | FW: Complaint - contains graphic images |
| Attachments: | IMG_0647.PNG, IMG_0648.PNG, IMG_0660.PNG |

Caution in advance. Very disturbing.

From: Suzanne Stephensen
Sent: Thursday, February 23, 2017 10:59 AM
To: Dave Kissman
Subject: FW: Complaint - contains graphic images

FYI - I'm going in to the IOM. I'll call you when I am finished.

Suzanne Stephensen
LAS Inflight Base Manager
702-740-1240


-----Original Message-----
From: Audrey Stone
Sent: Wednesday, February 22, 2017 6:58 PM
To: Suzanne Stephensen
Cc: Naomi Hudson; Sonya Lacore
Subject: Re: Complaint - contains graphic images

Suzanne,

Part of my message was cut - it should have said "I am personally pro-life, but I support others right to pro-choice and don't believe I have the right to tell them what to do with their body, and to be sent messages that reference me as a murderer couldn't be further from the truth."

My apologies, as I've edited and cut and pasted and agonized for days.....

Again, thank you for your attention.

Audrey

> On Feb 22, 2017, at 20:51, Audrey Stone <Audrey.Stone@wnco.com> wrote:
>
> Dear Suzanne,
>
> Below you will see Facebook messages that were sent to me last week by Southwest Airlines Flight Attendant Charlene Carter. It is in regards to a TWU Local 556 Women's Committee meeting that I participated in last month, and a march that I voluntarily participated in a few days later. Up until December I chaired our TWU Committee, which works with TWU International to collectively help build future women leaders and address women's issues.
>
> The messages contain two graphic videos of an alleged aborted fetus and make references to murder as well as political and religious comments. The first two are the actual messages she sent me, and the bottom two are the links that they came from.
>
> I found the messages to be incredibly disturbing and believe it to be a violation of the social media policy. I find it

| | |
|---|---|
| From: | Ed Schneider |
| Sent: | Thursday, February 23, 2017 1:09 PM CST |
| To: | Employee Relations-DG |
| CC: | Dave Kissman; Meggan Jones |
| Subject: | FW: Complaint - contains graphic images |
| Attachments: | IMG_0647.PNG, IMG_0648.PNG, IMG_0660.PNG |

This information was sent to Flight Attendant Audrey Stone 74952, who is the Inflight Union President, by a Flight Attendant Charlene Carter 38690 who is DEN Based, via Facebook. The images are attached and they are graphic depicting an alleged aborted fetus. Please read Audrey's information at the bottom and let me know your thoughts on protected categories, etc..

Thank you,

Ed Schneider
Denver Inflight Base Manager
303-214-2354
Ed.schneider@wnco.com


-----Original Message-----
From: Dave Kissman
Sent: Thursday, February 23, 2017 10:31 AM
To: Ed Schneider; Dustin Moore; Hector Barrera; Meggan Jones
Subject: FW: Complaint - contains graphic images


Ed and Team DEN- From Audrey Stone, posts from DEN FA Charlene Carter. Today is Day 2. Caution in advance, very disturbing. Ed, give Suzanne a call. I am in TOPS and can be reached on cell if needed.

Dave

-----Original Message-----
From: Audrey Stone
Sent: Wednesday, February 22, 2017 6:58 PM
To: Suzanne Stephensen
Cc: Naomi Hudson; Sonya Lacore
Subject: Re: Complaint - contains graphic images

Suzanne,

Part of my message was cut - it should have said "I am personally pro-life, but I support others right to pro-choice and don't believe I have the right to tell them what to do with their body, and to be sent messages that reference me as a murderer couldn't be further from the truth."

My apologies, as I've edited and cut and pasted and agonized for days.....

Again, thank you for your attention.

Audrey

> On Feb 22, 2017, at 20:51, Audrey Stone <Audrey.Stone@wnco.com> wrote:
>
> Dear Suzanne,

CONFIDENTIAL DOCUMENT

SWA004450

App.230

| | |
|---|---|
| From: | Naomi Hudson |
| Sent: | Thursday, February 23, 2017 1:29 PM CST |
| To: | Suzanne Stephensen |
| CC: | Sonya Lacore; Dave Kissman |
| Subject: | Re: Complaint - contains graphic images |

Suzanne,
Please also forward to Toni Hamilton.

Sent from my iPhone

> On Feb 23, 2017, at 12:32 PM, Suzanne Stephensen <Suzanne.Stephensen@wnco.com> wrote:
>
> Hi Audrey, Thank you for bringing this to my attention. I have forwarded this on to Ed Schneider, the DEN Base Manager since Charlene is DEN based.   I just talked to him and he will be reaching out to you.
> Please let me know if there is anything else that I can do.
>
> Suzanne Stephensen
> LAS Inflight Base Manager
> 702-740-1240
>
>
>
>
> -----Original Message-----
> From: Audrey Stone
> Sent: Wednesday, February 22, 2017 6:58 PM
> To: Suzanne Stephensen
> Cc: Naomi Hudson; Sonya Lacore
> Subject: Re: Complaint - contains graphic images
>
> Suzanne,
>
> Part of my message was cut - it should have said "I am personally pro-life, but I support others right to pro-choice and don't believe I have the right to tell them what to do with their body, and to be sent messages that reference me as a murderer couldn't be further from the truth."
>
> My apologies, as I've edited and cut and pasted and agonized for days.....
>
> Again, thank you for your attention.
>
> Audrey
>
>> On Feb 22, 2017, at 20:51, Audrey Stone <Audrey.Stone@wnco.com> wrote:
>>
>> Dear Suzanne,
>>
>> Below you will see Facebook messages that were sent to me last week by Southwest Airlines Flight Attendant Charlene Carter. It is in regards to a TWU Local 556 Women's Committee meeting that I participated in last month, and a march that I voluntarily participated in a few days later. Up until December I chaired our TWU Committee, which works with TWU International to collectively help build future women leaders and address women's issues.
>>
>> The messages contain two graphic videos of an alleged aborted fetus and make references to murder as well as political and religious comments. The first two are the actual messages she sent me, and the bottom two are the links that they came from.

CONFIDENTIAL DOCUMENT

SWA004456

App.231

| From: | Denise Gutierrez |
|---|---|
| Sent: | Thursday, February 23, 2017 1:50 PM CST |
| To: | Ed Schneider; Employee Relations-DG |
| Cc: | Dave Kissman; Meggan Jones |
| Subject: | RE: Complaint - contains graphic images |

Good afternoon, Ed. I will be the Employee Relations professional assisting you with this matter. Since Charlene is the accused Flight Attendant the DEN base will need to lead all the calls related to this matter. Please set up a call with Audrey Stone so we can get more information about her concerns and then we can set up a fact finding with Charlene. When is our day 7 on this issue?

-----Original Message-----
From: Ed Schneider
Sent: Thursday, February 23, 2017 1:09 PM
To: Employee Relations-DG
Cc: Dave Kissman; Meggan Jones
Subject: FW: Complaint - contains graphic images

This information was sent to Flight Attendant Audrey Stone 74952, who is the Inflight Union President, by a Flight Attendant Charlene Carter 38690 who is DEN Based, via Facebook . The images are attached and they are graphic depicting an alleged aborted fetus. Please read Audrey's information at the bottom and let me know your thoughts on protected categories, etc..

Thank you,

Ed Schneider
Denver Inflight Base Manager
303-214-2354
Ed.schneider@wnco.com


-----Original Message-----
From: Dave Kissman
Sent: Thursday, February 23, 2017 10:31 AM
To: Ed Schneider; Dustin Moore; Hector Barrera; Meggan Jones
Subject: FW: Complaint - contains graphic images


Ed and Team DEN-  From Audrey Stone, posts from DEN FA Charlene Carter.  Today is Day 2.  Caution in advance, very disturbing.  Ed, give Suzanne a call.  I am in TOPS and can be reached on cell if needed.

Dave

-----Original Message-----
From: Audrey Stone
Sent: Wednesday, February 22, 2017 6:58 PM
To: Suzanne Stephensen
Cc: Naomi Hudson; Sonya Lacore
Subject: Re: Complaint - contains graphic images

Suzanne,

Part of my message was cut - it should have said "I am personally pro-life, but I support others right to pro-choice and don't believe I have the right to tell them what to do with their body, and to be sent messages that reference me

CONFIDENTIAL DOCUMENT

SWA004459

| | |
|---|---|
| From: | Ed Schneider |
| Sent: | Thursday, February 23, 2017 5:16 PM CST |
| To: | Suzanne Stephensen |
| Subject: | FW: Complaint - contains graphic images |
| Attachments: | IMG_0647.PNG, IMG_0648.PNG, IMG_0660.PNG |

Suzanne,

I have talked to Audrey and set up a phone discussion tomorrow with Denise Gutierrez from Employee relations so we can get all of the details before reaching out to our Flight Attendant.

Ed Schneider
Denver Inflight Base Manager
303-214-2354
Ed.schneider@wnco.com

-----Original Message-----
From: Dave Kissman
Sent: Thursday, February 23, 2017 10:31 AM
To: Ed Schneider; Dustin Moore; Hector Barrera; Meggan Jones
Subject: FW: Complaint - contains graphic images

Ed and Team DEN- From Audrey Stone, posts from DEN FA Charlene Carter. Today is Day 2. Caution in advance, very disturbing. Ed, give Suzanne a call. I am in TOPS and can be reached on cell if needed.

Dave

-----Original Message-----
From: Audrey Stone
Sent: Wednesday, February 22, 2017 6:58 PM
To: Suzanne Stephensen
Cc: Naomi Hudson; Sonya Lacore
Subject: Re: Complaint - contains graphic images

Suzanne,

Part of my message was cut - it should have said "I am personally pro-life, but I support others right to pro-choice and don't believe I have the right to tell them what to do with their body, and to be sent messages that reference me as a murderer couldn't be further from the truth."

My apologies, as I've edited and cut and pasted and agonized for days.....

Again, thank you for your attention.

Audrey

> On Feb 22, 2017, at 20:51, Audrey Stone <Audrey.Stone@wnco.com> wrote:
>
> Dear Suzanne,
>
> Below you will see Facebook messages that were sent to me last week by Southwest Airlines Flight Attendant

CONFIDENTIAL DOCUMENT

SWA007159

App.233

| | |
|---|---|
| From: | Denise Gutierrez |
| Sent: | Friday, February 24, 2017 11:00 AM CST |
| To: | Maureen Emlet |
| Subject: | FW: Complaint - contains graphic images |
| Attachments: | IMG_0647.PNG, IMG_0648.PNG, IMG_0660.PNG |

-----Original Message-----
From: Ed Schneider
Sent: Thursday, February 23, 2017 1:09 PM
To: Employee Relations-DG
Cc: Dave Kissman; Meggan Jones
Subject: FW: Complaint - contains graphic images

This information was sent to Flight Attendant Audrey Stone 74952, who is the Inflight Union President, by a Flight Attendant Charlene Carter 38690 who is DEN Based, via Facebook. The images are attached and they are graphic depicting an alleged aborted fetus. Please read Audrey's information at the bottom and let me know your thoughts on protected categories, etc..

Thank you,

Ed Schneider
Denver Inflight Base Manager
303-214-2354
Ed.schneider@wnco.com


-----Original Message-----
From: Dave Kissman
Sent: Thursday, February 23, 2017 10:31 AM
To: Ed Schneider; Dustin Moore; Hector Barrera; Meggan Jones
Subject: FW: Complaint - contains graphic images

Ed and Team DEN- From Audrey Stone, posts from DEN FA Charlene Carter. Today is Day 2. Caution in advance, very disturbing. Ed, give Suzanne a call. I am in TOPS and can be reached on cell if needed.

Dave

-----Original Message-----
From: Audrey Stone
Sent: Wednesday, February 22, 2017 6:58 PM
To: Suzanne Stephensen
Cc: Naomi Hudson; Sonya Lacore
Subject: Re: Complaint - contains graphic images

Suzanne,

Part of my message was cut - it should have said "I am personally pro-life, but I support others right to pro-choice and don't believe I have the right to tell them what to do with their body, and to be sent messages that reference me as a murderer couldn't be further from the truth."

My apologies, as I've edited and cut and pasted and agonized for days.....

**CONFIDENTIAL DOCUMENT**

SWA004624

| | |
|---|---|
| From: | Maureen Emlet |
| Sent: | Friday, February 24, 2017 11:43 AM CST |
| To: | Tammy Shaffer; Brianna Grant |
| CC: | Inflight Labor Relations Mailbox |
| Subject: | FW: Complaint - contains graphic images |
| Attachments: | IMG_0647.PNG, IMG_0648.PNG, IMG_0660.PNG |

Tammy and Bri,

Please read below and be prepared prior to opening the attachments. Denise called me this morning to let me know Audrey Stone is alleging harassment and social media violations by FA Charlene Carter #38690. I will send you an additional email with links to videos that were sent to Audrey. I believe the crux of it is that Audrey participated in the Women's March in DC in January, and Charlene is claiming this means Audrey is using Union dues in the form of her salary to support abortion. The Base has begun the investigation.

Reen

-----Original Message-----
From: Denise Gutierrez
Sent: Friday, February 24, 2017 11:00 AM
To: Maureen Emlet
Subject: FW: Complaint - contains graphic images


-----Original Message-----
From: Ed Schneider
Sent: Thursday, February 23, 2017 1:09 PM
To: Employee Relations-DG
Cc: Dave Kissman; Meggan Jones
Subject: FW: Complaint - contains graphic images

This information was sent to Flight Attendant Audrey Stone 74952, who is the Inflight Union President, by a Flight Attendant Charlene Carter 38690 who is DEN Based, via Facebook . The images are attached and they are graphic depicting an alleged aborted fetus. Please read Audrey's information at the bottom and let me know your thoughts on protected categories, etc..

Thank you,

Ed Schneider
Denver Inflight Base Manager
303-214-2354
Ed.schneider@wnco.com


-----Original Message-----
From: Dave Kissman
Sent: Thursday, February 23, 2017 10:31 AM
To: Ed Schneider; Dustin Moore; Hector Barrera; Meggan Jones
Subject: FW: Complaint - contains graphic images


Ed and Team DEN- From Audrey Stone, posts from DEN FA Charlene Carter. Today is Day 2. Caution in advance, very disturbing. Ed, give Suzanne a call. I am in TOPS and can be reached on cell if needed.

**CONFIDENTIAL DOCUMENT**

SWA005682

| | |
|---|---|
| From: | Denise Gutierrez |
| Sent: | Monday, February 27, 2017 9:58 AM CST |
| To: | Edith Barnett |
| Subject: | FW: Complaint - contains graphic images |
| Attachments: | IMG_0647.PNG, IMG_0648.PNG, IMG_0660.PNG |

-----Original Message-----
From: Ed Schneider
Sent: Thursday, February 23, 2017 1:09 PM
To: Employee Relations-DG
Cc: Dave Kissman; Meggan Jones
Subject: FW: Complaint - contains graphic images

This information was sent to Flight Attendant Audrey Stone 74952, who is the Inflight Union President, by a Flight Attendant Charlene Carter 38690 who is DEN Based, via Facebook. The images are attached and they are graphic depicting an alleged aborted fetus. Please read Audrey's information at the bottom and let me know your thoughts on protected categories, etc..

Thank you,

Ed Schneider
Denver Inflight Base Manager
303-214-2354
Ed.schneider@wnco.com


-----Original Message-----
From: Dave Kissman
Sent: Thursday, February 23, 2017 10:31 AM
To: Ed Schneider; Dustin Moore; Hector Barrera; Meggan Jones
Subject: FW: Complaint - contains graphic images


Ed and Team DEN- From Audrey Stone, posts from DEN FA Charlene Carter. Today is Day 2. Caution in advance, very disturbing. Ed, give Suzanne a call. I am in TOPS and can be reached on cell if needed.

Dave

-----Original Message-----
From: Audrey Stone
Sent: Wednesday, February 22, 2017 6:58 PM
To: Suzanne Stephensen
Cc: Naomi Hudson; Sonya Lacore
Subject: Re: Complaint - contains graphic images

Suzanne,

Part of my message was cut - it should have said "I am personally pro-life, but I support others right to pro-choice and don't believe I have the right to tell them what to do with their body, and to be sent messages that reference me as a murderer couldn't be further from the truth."

My apologies, as I've edited and cut and pasted and agonized for days.....

**CONFIDENTIAL DOCUMENT**                                                                                                                        SWA004630

| | |
|---|---|
| From: | Maureen Emlet |
| Sent: | Thursday, March 9, 2017 4:17 PM CST |
| To: | Tammy Shaffer |
| Cc: | Brianna Grant |
| Subject: | FW: Investigation - Charlene Carter 38690 |
| Attachments: | DOC030717-03072017162359.pdf, Fact Finding notes Charlene Carter 38690.docx |

Attached are the FF notes for Charlene who allegedly private messaged the abortion posts to Audrey. I have a call scheduled for tomorrow morning to discuss with Ed and Denise Gutierrez.

**From:** Ed Schneider
**Sent:** Thursday, March 09, 2017 3:46 PM
**To:** Maureen Emlet; Denise Gutierrez
**Cc:** Meggan Jones
**Subject:** FW: Investigation - Charlene Carter 38690

This is the information that Charlene brought into the meeting to present to us, showing how the Union is one sided and don't share her beliefs.

I also attached the Fact Finding notes. Can we talk soon?

Ed Schneider
Denver Inflight Base Manager
303-214-2354
Ed.schneider@wnco.com



CONFIDENTIAL DOCUMENT                                     SWA005697

App.238

From: Ed Schneider
Sent: Friday, March 10, 2017 8:30 AM CST
To: Edith Barnett
Subject: FW: Investigation - Charlene Carter 38690
Attachments: DOC030717-03072017162359.pdf, Fact Finding notes Charlene Carter 38690.docx

**Ed Schneider**
Denver Inflight Base Manager
303-214-2354
Ed.schneider@wnco.com

**Southwest**

**From:** Ed Schneider
**Sent:** Thursday, March 09, 2017 2:46 PM
**To:** Maureen Emlet; Denise Gutierrez
**Cc:** Meggan Jones (Meggan.Jones@wnco.com)
**Subject:** FW: Investigation - Charlene Carter 38690

This is the information that Charlene brought into the meeting to present to us, showing how the Union is one sided and don't share her beliefs.

I also attached the Fact Finding notes. Can we talk soon?

**Ed Schneider**
Denver Inflight Base Manager
303-214-2354
Ed.schneider@wnco.com

**Southwest**

App.239

| | |
|---|---|
| From: | Tammy Shaffer |
| Sent: | Thursday, March 23, 2017 4:25 PM CDT |
| To: | Mike Sims |
| Subject: | FW: Charlene Carter FF Notes |
| Attachments: | 372726.docx, Meeting notes - Audrey Stone 74952.msg |

Attached please find the Charlene Carter's FF notes as requested.

CONFIDENTIAL DOCUMENT

SWA006819

**App.240**

| | |
|---|---|
| **From:** | Tammy Shaffer |
| **Sent:** | Thursday, March 23, 2017 4:25 PM CDT |
| **To:** | Mike Sims |
| **Subject:** | FW: Charlene Carter FF Notes |
| **Attachments:** | 372726.docx, Meeting notes - Audrey Stone 74952.msg |

Attached please find the Charlene Carter's FF notes as requested.

CONFIDENTIAL DOCUMENT                                        SWA006819