# EXHIBIT X

| From: | Ed Schneider |
|---|---|
| Sent: | Thursday, March 9, 2017 3:46 PM CST |
| To: | Maureen Emlet; Denise Gutierrez |
| CC: | Meggan Jones |
| Subject: | FW: Investigation - Charlene Carter 38690 |
| Attachments: | DOC030717-03072017162359.pdf, Fact Finding notes Charlene Carter 38690.docx |

This is the information that Charlene brought into the meeting to present to us, showing how the Union is one sided and don't share her beliefs.

I also attached the Fact Finding notes. Can we talk soon?

**Ed Schneider**
Denver Inflight Base Manager
303-214-2354
Ed.schneider@wnco.com



SWA004675

EXHIBIT NO. 6

**App.241**

## Fact Finding Notes

- Flight Attendant:              Charlene Carter 38690

- TWU Representative:            Chris Sullivan

- Company Representatives:       DEN Base Manager Ed Schneider and DEN
                                 Assistant Base Manager Meggan Jones

- Conferenced in Via Phone:      Denise Gutierrez, Employee Relations
                                 Edith Barnet, HR Business Partner, Inflight Ops.

- Reason:                        Alleged Violation of Workplace Policies

Ed: Thank you Charlene for coming into the meeting today. I am going to begin by explaining that we will also have Denise Gutierrez and Edie Barnett on the phone with us today and I will let them introduce themselves and explain their roles in the meeting. Denise are you there?

Denise: Yes, Hello I'm Denise Gutierrez with Employee relations. My role as an investigator is to determine if there has been any violation of the SWA policy concerning Harassment, Sexual Harassment, Discrimination and Retaliation.  Charlene, please be aware of the fact that the conversation we are having today is confidential. It is okay to discuss with Chris as your union Rep, but do not discuss with your coworkers, even if you think they are participating in this investigation. I want to remind you also of the retaliation clause. You may not be retaliated against for participating in this investigation, nor may you retaliate against anyone else for participating in it. Do you have any questions?

Charlene: No

Edie: Hi, I'm Edie Barnett and I'll be an observer in today's meeting. I'm the HR Business partner for Inflight Operations. I'm in this meeting as an observer. I May or may not have questions. This is my first case involving the guidelines for employees, which includes the Social Media Policy and this is the main reason I'm a part of the call.

Ed: The main reason we are here is to talk about some Facebook posts that were posted on your Facebook page and sent in a personal message. The first is a picture of an unborn infant. Why were these posted on your Facebook page?

Charlene: I'm Christian, I'm a conservative, and I'm pro-life. This happens to be a huge issue for me and I get the message out wherever I can. This was sent to me and I decided to post it on my Facebook page. I think if more and more people would see what actually happens, and I'm going to tell you right now this has happened to me, so I have a deep, deep want to get the word out.

Ed: What do you mean this has happened to you?

1

Charlene to Chris: Do I answer that?

Chris: You can

Ed: She made the statement; I just don't know what she means by it.

Charlene: I had an abortion and I regret every bit of it so I work with other pro-life groups and for me as a Christian, if I can get the word out in any way, to every group as possible to touch this issue I do. If I had known what was involved in it I wouldn't have ever done it.

Ed: Do you feel this is graphic (reference the pictures of the aborted fetus)?

Charlene: Yes and I posted that. Yes, I put it on there the warning that this is graphic. No one has to go to my page; no one has to see this. It's there for me and who I want to get the message to go through. If someone looks at it, that's their choice.

Ed: Along with that is the video-

Charlene: And that is someone's choice to click on that video. They don't have to watch it.

Ed: When I looked at it... it affects people when they see it. What is this being depicted on the video?

Charlene: It's an abortion. It's a baby. People say it's just cells- that it's not just a tissue, it's a baby. It shows someone who made the same mistake that I did- and they need to understand. They need to know that it's a life and not just a bunch of tissue that's my stance on it. It was not meant to hurt anyone, I've gone through this and it affected me as well. If I would have seen something like this when I went in, I would have never done that. That's how much it has affected me.

Ed: The other one that was posted was along the same lines as this one here, just much more disturbing looking to me as far as what is depicted in the video. Ed played the second video of a fetus moving.

Charlene: Have you heard-

Chris: No (indicating not to make her statement)

Ed: It's isn't a pleasant video

Charlene: I'm trying to get my point across. If I would have seen something like this when I went through it at 20 years old I wouldn't have ever done it.

Denise: Charlene, I want to ask a few questions really quick. I want to make sure I understand the position. You said that no one has to go to your page and see the post right-

Charlene: Yes.

Denise: How familiar are you with Facebook?

2

CONFIDENTIAL DOCUMENT                                                    SWA004677

**App.243**

Charlene: Familiar Enough.

Denise: Okay, so are you friends with other Southwest Airlines employees on your Facebook page?

Charlene: yes, and they also know my stance.

Denise: So, do you know what a Facebook timeline is?

Charlene: No not really.

Denise: When you pull up your Facebook on your computer or your cell phone, the posts that pop up when you read that is your timeline.

Charlene: Oh yes I do know what that is, I didn't realize that was what you meant.

Denise: So when you're friends with someone on Facebook they can see things you post correct?

Chris indicates to Charlene not to answer the question.

Charlene: Correct.

Denise: So there would be people you're connected with at Southwest Airlines, that can see your post, whether they went to your page or not?

Chris: No, that's not true. They can't see her posts. That's not how Facebook works-

Denise: The questions are directed at Charlene and she is the one that is expected to answer.

Charlene: If they are friends of mine I guess they would be seeing them

Chris: That's not correct! That's not how Facebook works!

Denise: These questions are directed at Charlene. Please do not answer for her.

Denise: Charlene, when you post something, the people your friends with see something that you post.

Ed: when they bring up their own page do they see things that other people post?

Denise: Yes.

Chris: No! That's not how it works- We are taking a break.

Charlene: I guess that-

Chris: Don't say anything else

-Chris and Charlene stepped out of the meeting

3

CONFIDENTIAL DOCUMENT

SWA004678

App.244

-Chris and Charlene returned from meetings

Denise: I want to clarify where we left off. So Charlene, there is a connection to people, your friends on Facebook, who can see your posts, correct?

Silence

Charlene did not answer

Ed to Charlene: Is that correct?

Charlene: In a time line, I don't't see everyone's post; you'd have to click on that message. I don't see everyone's post that I'm connected to unless I click on the heading.

Denise: Ok- we will look a little bit further into this.

Ed:  When you are posting on your Facebook page, are you aware of other posts on there that would connect you to Southwest Airlines. Possibly pictures of you in your uniform?

Charlene: No. Not that I know of unless they are able to get on to my private pictures and tag me in them.

Ed: We did go through it a little bit and there are some here (shows pictures of Charlene at work in her uniform)

Charlene: Yes I posted this from a friend of mine.

Ed: These depict you working and in your uniform. This one is a Southwest logo and says "Give herb his old job back", this one is-

Charlene: That's my husband and another Southwest Pilot.

Ed: It says on the bottom of this picture of your wings that you are Southwest Airlines. I have questions about something you posted on there. On this one it says "I know I have a lot of FB friends who are believers like I am. I shared this on a Flight Attendant site today with friends and got a great response. So, I thought I would share it here too!! I stand with Israel and America!! Make your statement who you support and let's show a World that we Believe in Israel and our Blessed Country. Just one little way to get your voice/point across.
Can you explain this one and your stand on that? Ed shows Charlene a picture of her uniform wings and the text of the message that she posted.

Charlene to Chris: Can I answer that?

Chris: Go ahead.

Charlene: During the time that Barack Obama was not standing behind Israel, I supported them. This is why I posted this because I do stand behind Israel and would defend them, okay? So that was a post regarding my love for that country through my Christian you know, uh beliefs so that's all that was due to. My belief system.  I didn't like the fact that he didn't support them. That's what that was due to. I do believe that I have the right to be able to say that I support them.

4

**CONFIDENTIAL DOCUMENT**                                                      **SWA004679**

**App.245**

Ed: But at the same time you're showing your Flight attendant wings to Southwest and that establishes the connection to the work place.

Charlene: Wow, someone had to dig deep to for these posts.

Chris (looking at the picture): So text is above the pictures?

Charlene: We can't say that we support somebody??

Ed: Whenever you are connecting your beliefs to the work place, it sets an image. It gives someone the thought that we as a Company support the same thing you are supporting.

Charlene: I didn't realize that and I apologize for that.

Denise: Also, for this reason your uniform guidelines states you can't wear any political statements while working in company uniform as well.

Chris: Are you saying the US Flag and the Israeli flag pictured on her uniform is part of that?

Denise: There is a political message so far as to why she's wearing it. It does state that employees cannot wear those types of things while Company uniform.

Ed: The last one I had (referencing his stack of Facebook posts) was live at 35 talks about Southwest Airlines on your post.

Charlene: And someone pulled this up? Oh wow. Someone had to look deep for these because this was a long time ago.

Ed: With your Facebook post there is a connection to the work place and you can't have your political views with Southwest as part of your depiction there. We talked about your Facebook pages and what you've posted. I also want to bring out some messages that were sent to other employees. Messages on Facebook are sent to someone specific, correct?

Charlene: Correct

So they don't have a choice whether or not to see them?

Charlene: Yes they do have a choice; if I don't want to look at it I just delete it.

Ed: Ok, these are messages that were sent to a specific person with the same videos that we talked about before, when you stated that someone didn't have to look at if they didn't want to see them.

Charlene: They still have to look at their message bar if they didn't want to see them. If they watch the videos they have to click. She didn't have to watch the videos.  I know who these went to. She is our union president.

Charlene to Chris: Can I speak about this or no?

Chris: Yes

5

CONFIDENTIAL DOCUMENT

SWA004680

**App.246**

Charlene: OK. Our union- Charlene to Chris: can I show them what I have?

Chris: No.

Charlene: Ok, Our union went to the women's march. I was there in D.C. during that time because I went to the inauguration. Pro-life women- and who I don't believe they have rights-they are marching for what they say we don't have. I have an opposing view of who my union is marching against. I believe we have women's rights and no one is stomping on them. I believe we have the same rights as men. That's my view. Their view was we are going to go out there and march and are going to fight with them. Being a pro-life person, we were not welcomed at this March but my union is there who I pay their salary through my dues. They are not reflecting all of their member's views. When I am told that I am uninvited to be at a march that they are taking part in, clearly the reason being is because I don't believe what they are marching for, I'm uninvited. They also pulled other flight attendants form their jobs to go to this march. I know that they wore inappropriate hats at this march including our president. (Charlene shows pictures of the Union members wearing pink knit hats) That doesn't stand for me. And a lot of other Flight Attendants at Southwest Airlines- they also used the Southwest Airlines plane symbol within their march. If she's bringing this attention to me, where's the outrage from Southwest Airlines for putting Southwest Airlines with 556 and then allowing a plane full of pro-life, I mean pro-abortion marchers turn the lights pink on the airplane. She gave permission for that. They post this all over the plane and how wonderful it was to march all over the march. One of my rights is I am pro-choice. I mean pro-life. They did not want to hear anything that I had to say regarding that, nor did my union TWU-AFL-CIO. So I'm paying these people to do what for me? I personally would not want to be a part of the union. I'd rather just be a Flight Attendant for Southwest Airlines. When you're going to bring this up and what I do in my uniform- I'm proud of what I do at Southwest Arline's. In 20 years I've never been in trouble. I don't try to hurt people. I love my job.

Ed: Why did you send these directly to her? You say things like what you depicted here: Ed reads personal Facebook message from Charlene to Audrey – "This is what you supported during your paid leave with others at the Women's MARCH in DC…You truly are Despicable in so many ways…by the way the RECALL is going to happen and you are limited in the days you will be living off of the SWA FAs.. can't wait to see you back on line". It goes on to say "TWU-AFL-CIO and 556 are supporting this murder" with a video of an aborted baby. What murder are you talking about?

Charlene: They support Planned Parenthood. They marched right alongside with them.

Ed: Do you know for sure that Audrey was supporting planned parenthood or women's rights?

Charlene: It was for a whole plethora of things. It was sexual harassment, fair treatment, equal pay; we already get these things under the constitution, they used my money- everyone on the news has seen that because it was highly covered. When you wear pink hats in the form of a genital parts of your body and your telling others that it's your right as a woman, and you're marching with planned parenthood and marching with all of these pro-life, I mean I'm pro woman but I'm not , I don't believe that we are paid less. People had their little girls out there with those hats-it's just disgusting.

Denise: Did you see Audrey wearing anything pro-abortion?

6

**App.247**

Charlene: She was wearing a Pussy hat

Ed: She was wearing a hat? You mean the pink hat (Ed points to the picture)?

Charlene: Yes, that's a Pussy hat and it's supposed to be a vagina.

Ed: A pink hat is a symbol for a vagina?

Denise: Is it shaped like a vagina?

Ed: it looks like a knit stocking hat…

Denise: Does it look like a vagina? That's my question. Is it a pink stocking cap or does it look like a vagina?

Chris: It's meant to look like a cat. What is the other name for a cat? A P-word.

Ed: It's a knit stocking cap and it's pointed on the ends.

Chris: yeah, those are supposed to be the cat ears.

Charlene: It's a vagina hat! It's no different than what I sent to her.

Ed: These are pretty graphic which we talked about in the beginning, to send them to one person- this is pretty aggressive. For someone that wasn't marching for anything specific, or depicting anything specific, this is different than that. This image is graphic. How do you associate them to be the same thing? You're talking about the recall and want to make it happen. How are these two things related?

Charlene: There's a recall with the union of 50 plus 1 percent who want our board gone because not everybody agrees with everything that they do. They do not represent us. This was sent to Audrey. I've never used the union for anything. You can do all your research, do your due diligence and find out why they were marching. I was also there.

Ed: Were you in the march?

Charlene: No, we were uninvited at the march, but yes anyone that was pro-choice was uninvited. I mean pro-life you're not woman enough for them to march. And that's what we are told.

Ed: Who told you that?

Charlene: The headers of this march.

Denise: Are they Southwest employees?

Charlene: No, we were uninvited by the entire March group that they got to be a part of. This is posted on the women's March page of DC.

Denise: So you're talking about people that don't work for Southwest Airlines?

7

CONFIDENTIAL DOCUMENT

SWA004682

**App.248**

Charlene:  Yes that' true. They wouldn't let me March because I'm pro-life.

Denise:  I just wanted to make sure... So who specifically uninvited you?

Charlene:  Not specifically a Southwest employee. It's on their DC March page. Our union had to join up with these people at the march.

Denise:  Okay just so I understand though, did anyone at Southwest Airlines say "Charlene you are not welcome here?"

Charlene: No, but I would assume that if we were invited how come not all the flight attendants were given an opportunity if they wanted to march? This was done through our union, how come they didn't invite all of us? How come there were only a select few that got to go to this march? They were pulled from their specific positions with the Company to go to this march, and I don't agree with what they were marching for. They were there next to Planned Parenthood!

Ed: So after the march is when you send these posts to Audrey?

Charlene: Yes because I don't agree with her stance and going to that march.

Ed: What do you mean by the statement "can't wait to see you online"?

Charlene: She needs to be back online for not being able to represent the full spectrum of Flight Attendants.

Ed: So that was quite a long post. Another part of it was depicting female vaginas with faces in them (Ed shows Charlene the picture of three women faces transposed in realistic Vaginas and reads the text from the post). "Did you dress up like this...Wonder how this will be coded in the LM2 Financials...Cause I know we Payed for this along with your Despicable Party you hosted for signing the contract... The RECALL is going to happen we are even getting more signatures due to other FAs finding out what you guys do with our MONEY!!! Can't wait for you to have to be just a regular FA again and not stealing from our DUES for things like this!"

Charlene: These are people that were there with them and marched with them with their little girls.

Ed: These are pictures of people in the march?

Charlene: Yup. This is who was there. Our union was there and these people were there.

Meggan: For clarification, are these pictures of Southwest Airlines Employees dressed as Vaginas?

Charlene: No.

Ed:  Where did this picture come from?

Charlene:  From the march.

Ed: Did you take the picture?

8

SWA004683

**App.249**

Charlene: No

Ed: Where did you find this picture?

Charlene: You can find it from the group they were marching with on their webpage,
The next post shows the woman who was in charge of the women's march.

Ed: Your post says "you are nothing but a sheep in wolves clothing." What does that mean?

Charlene:  It means she's nothing but a follower. She doesn't represent the rest of us. The union
doesn't want to hear anything about us, the rest of us.  This woman right here (pointing to a
picture of one of her post depicting a woman in a hijab speaking at the women's march) is for
Sharia law, and you can do your homework and due diligence on that as well if you don't know
what Sharia law is. This was one of the headliners at the march. I don't know if you know
anything about Sharia law, it's pretty brutal. If you're marching for women's rights it's sort of an
oxymoron. Let's stand up for the ones who are being horribly treated. I don't believe in this
country that we don't have women's rights so I'm not sure why we have to go and march except
that this is a political thing as well. I got a message from my union to tell me what to tell me right
to work group. (Charlene shows a mailed paper from TWU stating what they should say in a
letter to their House Representative to support women's rights) If they are going to send things
to me like this they don't get to tell me how to react.  Why is it not okay to show my stance on
the things that I believe in? And I don't believe that?? If they understand that's-

Chris: hold on so I can catch up on the notes.

Charlene: If they understand-

Chris: I said hold on; I'm catching up on the notes.

Charlene:  Back to that, that was one of the things that they did do their due diligence? Did they
do their due diligence to find out what they were truly supporting in this march?? A lot of women
truly found out about this and then decided not to march. I would march with people that would
protect women not belittle them .At the same time you are sending this as personal message to
me. I sent a personal message to her in response to that.

Meggan: Did Audrey send that to you personally, as a message specifically for you?

Charlene:  I didn't know it wasn't a personal message, she works for me. She's not representing
me. Then we move into unborn civil rights (Charlene references a post she sent Audrey about
Dr. Martin Luther King's niece) about king. Dr. Martin Luther King's niece, I would have never
marched for prolife. She's prolife and she wouldn't have marched for killing babies.

Ed:  How does MLK get involved in this?

Charlene: Because my union is always talking about black history month and those wonderful
things he did and said for the human rights this is a human right he would have never marched
in this right here.

Ed: Who is she?

9

CONFIDENTIAL DOCUMENT                                                    SWA004684

**App.250**

Charlene: Alveda King and I'm a part of her organization it's called "priests for life". She got on television the very next morning and told people all around the US that she's against women who march in this march that don't want to protect babies, stop using MLK as something he would have supported. My union does that. There was rioting in this march to regarding this women, I'm not saying SWA FAs or my union rioted, I'm just saying that this happened during this march on that day. She said don't use my uncles name anymore and our union shouldn't be using his name at all to because that's not what he stood for. Look for yourself www.priestfor life.com.

Ed: He was for everyone's rights.

Charlene; then why wasn't I invited to this March!

Ed: this was a part of the same post (Ed reads the scriptural/religious part of post) It says seek God now in prayer as we are using the –

Charlene:  That's part of her statement, Alveda King. This and this were together. She is a big pro-life person that I'm a part of her organization.

Ed: So this is what you wrote through a message from Alveda King-

Charlene Yes, read www.priestforlife.org and get his stance on abortion. I support what she is saying in that post.

Ed: And part of the same one showed President Lincoln I think with Mr. King-

Charlene: this was all one post. This was all on Alveda King's post; it's just got printed on two pages. I was telling her to go and do some research on what he would have marched for. He was a Baptist Minister. Then how come they didn't invite the ones that they know are pro-life to this march with them??

Ed: Ok-

Denise: Why did you feel the need to send something religious using praying and god to Audrey?

Charlene: it's not my statement it was hooked onto the post from Alveda King's webpage. I just went with it. I'm going to tell you, I'm hoping it might change hearts and minds for people to pray about it and think about what they are doing. Whether you're Muslim, Jewish, Christian or atheist can still say a prayer for not killing babies.

Denise: Are you familiar with Audrey's religious background?

Charlene: No.

Denise: Then why would you send that?

Charlene: They support things that I don't agree with but I'm not allowed to have a dissenting view on? Audrey should be neutral on these subjects.  For me this is not neutral. When you're wearing a pink "P" hat  and that's what it was standing for that march and you get on any website an read about it, they were knitting these specifically for this march.

10

Denise: Are you familiar with what her stance is on abortion?

Charlene didn't answer

Denise: Are you familiar with what her stance on abortion is?

Charlene: No, I was hoping to get feedback on that-

Ed: By sending her a picture of this? Ed references post of aborted fetus.

Charlene: When you post as a union and you use Southwest's logo at this march and you have people turning lights pink, is that the stance that Southwest Airlines had to take?

Denise: That's an issue that has been looked into and was addressed separately. We aren't here to talk about that today nor can we discuss the details.

Charlene: My union used not just the 556 symbol and Southwest Airlines symbol had posted it all over and a video with Southwest Airlines at that march and I don't agree with it.

Denise: okay alright thanks

Meggan: Why didn't you just ask her what her view was instead of sending her these videos with this message?

Charlene: Did she ask you as her basic paycheck that she was going to women's march? Did they put out a questionnaire?

Ed: The question is why did you send this and put up a post of these videos and images to her instead of just asking what her view was?

Charlene: I'm an opter outer of this union and since then there has been a target on my back.

Ed: What do you mean an opter outer?

Chris: This means if you opt out of the union, you can become an free agent member who means you pay a portion of the dues, those dues are then used for things like grievances and contract enforcement and negotiation. Any money spent outside of that international determines what to do with. If you choose to opt out or become an agent fee member you cannot vote or attend union meetings and they refund you 25% of your dues.

Ed: You chose to do that on your own? What was your reason?

Charlene: can I answer that?

Chris: Sure

Charlene: My political views- they cannot use my money for this kind of march. That's a political thing. It goes down to my religion.

11

CONFIDENTIAL DOCUMENT                                                                 SWA004686

**App.252**

Ed: So you opted out after this march?

Charlene:  Oh no years ago. Since then the people that have opted out of the union they go after us. She turned me in. My own President. Then, someone had to go back and look deep for other things (referencing the pictures from her Facebook page of her in uniform).

Chris- okay indicating Charlene to stop talking

Ed:  That same part of the post depicts a picture of our president. Ed reads post: "Just so you know I Sent more money to the right to work org…I support them 110% about my hard earned DUES!! So stop sending me your Crappy Union Propaganda… I can think for myself…Just like I did during the election…VOTED for TRUMP-PENCE and guess what, THEY WON!!!!! The next page says [referencing Trump] "Best president we have had since Reagan. Thank GOD you and your other Union/Socialist didn't get your gal Hilary Clinton elected…but you all sure did do your best with all the propaganda you and TWU-AFL-CIO wasted with our dues money putting out. Just meant we all hard to WORK HARDER putting the truth out… just like we are doing with the recall. More people signing up to remove you. Now that's a win, and you will be removed."

So, you've gone through a lot of different issues here with one post. I know you keep saying it has to do with the union using your money for things they shouldn't use it for but this seems to be a little aggressive. Were you that upset with her that you wanted to send this with all these different parts or attachments?

Charlene: This was my motivation: .Charlene pulls out paperwork. This is from Audrey. This was sent to me before this post was made; read over it, this is to say take action today on the right to work legislation. They tell you exactly what to say. I get enough of this stuff in my inbox when I ask them please don't send me anything of this over and over again. It clearly says my name this is what you should be saying. This was my post against this. I do support the right to work. I asked them not to send me this stuff and they do over and over. They're personally sending this to me.

Ed: Why did you put all this other stuff in here?

Charlene: These are all at different times. Here and I have had this back and forth.

Ed: What do you mean back and forth? A conversation with Audrey?

Charlene: No, because she won't talk to me. It's just messages or she has sent me an email. About abortion, or right to work
No this was the last part of it when I said that they are spending money, our dues to end something that I don't support. I get these all the time. I also get during the election time who to vote for.

Meggan: Has Audrey ever communicated to you personally?

Charlene: I don't know.

Meggan: You made the statement earlier you've communicated with her-

12

CONFIDENTIAL DOCUMENT

SWA004687

Charlene:  The only conversation I've had with her was four years ago during a union meeting. I was threatened by a board member.

Ed: how do you mean threatened?

Charlene: That I would lose my job if I didn't tow the line.

Ed: did they specifically say that?

Charlene: Brett never specifically did.

Ed: there are messages that go far back. You have been sending her Facebook messages since, from what I can see early 2015. I think the earliest one I have are in March of 2015. They have been continuously different messages and depictions of her not doing her job, or can't wait to get her out of the union, cannot wait for her to get back online. How often do you send her messages?

Chris: The employee does have the right to complain about their working conditions and their union so what is the complaint of that?  They have the right to do that.

Ed: You have the right to do that yes, but on a constant basis at some point it has to make someone uncomfortable.

Charlene: Are they being harassed?

Ed: Yes. Our harassment policy basically states that:
Verbal comments or remarks that are derogatory, sexually suggestive, offensive, threatening, intimidating and/or hostile;

I think some of the stuff here can be viewed that way, and it has been. The social media policy basically reads:

THE FOLLOWING ARE EXAMPLES OF SOCIAL MEDIA CONTENT THAT, IF LATER RELATED TO SOUTHWEST, REFLECTS POORLY UPON SOUTHWEST, OR IMPACTS SOUTHWEST'S WORKPLACE IS PROHIBITED
•Content that may be viewed as untrue, disrespectful, malicious, obscene, violent, harassing, bullying, defamatory, threatening, lewd, intimidating, discriminatory, or retaliatory;
•Content that may be viewed as damaging Southwest's public perception;

Ed: Does this sound like that to you?

Charlene:  No it sounds to me like she's not representing me as a person who helps pay her salary in the union office. I've asked them many times to stop sending these things to me and take me off the email list. If they are going to send these to me they are going to get a response. I'm allowed to disagree with what my union does and says.


Meggan: Charlene if I can clarify, you do have the right to disagree or complain about your union. It's the method in which you complain, or how those complaints are made that causes concern. When the nature of those complaints begins to impact one of our workplace policies,

13

CONFIDENTIAL DOCUMENT                                      SWA004688

**App.254**

that's when it becomes an issue. Your most recent post to Audrey is the main reason why we are here today, because of the graphic images and graphic nature of the post. Audrey is still an Employee of Southwest Airlines and she is represented by these policies. These are expectations and guidelines for all employees. Your most recent post to her was very disturbing to her and made her uncomfortable.

Denise: Real quickly I want to add, you sent several messages to Audrey and since early to mid-2015 with no response. Why did you continue to send her so many messages when she wasn't responding to you?

Charlene: Because-

Chris: Don't answer that. We are going to take a break.

-Chris and Charlene return to the table

Denise: Meggan can you catch us up to speed on where we left off?

Meggan: Yes, you asked why Charlene continued to send Audrey so many messages when she hadn't responded to her.

Charlene: If you go back and read each one, each one is a different issue, and basically I was waiting for a response at some point. I would have thought that she would have responded on everything since she is my union president.

Denise: When she did not respond for a year in a half, why at some point did you not realize she was not going to respond?  Why do you keep doing it?

Chris: She just answered,

Denise: But my question was when she did not get that, why did she keep doing that? Clearly after a year and a half there was no response, why continue?

Charlene: Each one has its own issues.

Meggan: Did you try any other avenues to contact Audrey?

Charlene: No

Meggan: Have you ever tried to call the union office?

Charlene: Yes I have called the union on several occasions but never got to talk with Audrey.

Ed: There are a lot of different things here - you talk about Thom McDaniel; you talk about wanting the Union President to live in Dallas but not in the house that we paid for.

14

CONFIDENTIAL DOCUMENT

SWA004689

App.255

Chris: There was a house used by the negotiating Team to live in, instead of using hotel rooms instead of spending money on hotels all the time, it was cheaper to rent a house that folks could stay in. I voted for that. I agreed with that.

Ed: You go into different things, Brian Talbert, which should have been something that was confidential as far as that investigation goes.

Charlene: It's private? He went after me as well and I never complained.

Ed:  Who?

Charlene: Brian.

Ed: At one point, you made the statement: "so many to choose from, he used Brett's favorite saying – Fucktard …

Charlene: Brian Talbert was going after all of us at some point.

Ed: My point I guess is that these go back so far. Throughout the last two years. One of the areas that we have to consider is the area of our bullying/hazing policy that we have here at Southwest. There are a lot of parts that this touches. As far as the bullying and hazing policy, let me read what it says.
In 2014, Southwest Airlines formalized an Employee policy on Bullying and Hazing and included it within Guidelines for Employees.  It states:
As a reminder, Bullying is defined as malicious, unwelcome and severe mistreatment that harms, intimidates, offends, degrades, or humiliates an Employee or specific group of Employees. Bullying behaviors can be verbal, physical, or exclusion type, and now, with the most recent update to Guidelines for Employees, also includes cyber bullying.

Ed: You said you have never intended to hurt anyone but these posts you made are questionable.

Charlene: I didn't.

Ed: But why then send such graphic videos in a private message, when you don't know what her affiliation or her beliefs are? You said that. This is pretty graphic. Someone could be really upset by this. You yourself said you had an abortion before, this could have happened to you. You called her a murderer on her beliefs, not because she had an abortion, but because she had a belief on one. It's very disturbing for someone to send that.

Charlene:  I was hoping to get a dialogue with her regarding the women's march. She won't answer me.

Ed: At some point you have to realize she's not going to respond to these things.

Chris: we are talking about trying to communicate with the president of the union. I think it's reasonable for a member to attempt to communicate them. If they feel it is harassing that's different. It's a year and a half, two years, whatever. Never at any time has there been any complaint since. So far there had never been to this point.

15

CONFIDENTIAL DOCUMENT

SWA004690

**App.256**

Ed: I just read you the bullying and hazing policy, it's the continuous effort of it. You could go and talk to them about it-

Chris: I can tell you as a former board member that it's hard to talk to the union president.

Denise: This fact finding is about Charlene.

Chris: Okay we are basically done now.

Charlene: If I would have received something like this, I would have made a phone call to find out exactly. If I would have supported something she didn't agree with on such a stance, I would have hoped and called her, and not have wanted her to feel that way. I never get a response from her. When I see them as a union, going on the march, marching with Planned Parenthood there, marching with other issues that I don't agree with, and she's never responding to anything I send her at all, I would just like a response. That's it. I would just like a response. If I would have been sent this, first of all I wouldn't have turned anyone in. Secondly I would have reached out to that person, and I'm done.

Meggan: I have a question. So you're saying that your intent was to open dialogue with her to understand her stance.  (Reads message from post with aborted fetus on it.) It's our position to be objective on these issues and try to understand both sides. Do you believe that this message conveys that you are looking for an open dialogue?

Charlene: I believe I already explained my intentions.

Meggan: I understand what you explained that this is a cause you are very passionate about. However in this particular post, you are stating that you want to have open dialogue. The post reads like you are telling her about something you're unhappy with, not looking to have an open dialogue. So what I'm asking you is, do you believe that this is written in such a way that invites open dialogue?

Charlene: I don't know. That's all I wanted for it. I'm done.

Ed: Denise, did you have any questions,

Denise: No I think I've covered it all.
I just want to remind you of confidentiality and please do not discuss with any of your coworkers. Do not put it out in social media. This is a private investigation. We wouldn't want people talking about this if they are not involved. Be mindful of retaliation. You cannot be retaliated against and you cannot retaliate against anyone else. Do you have any questions?

Charlene; No, I don't but thank you.

Ed: Thank you for coming in today. This meeting is to get your side of all of this. You've done a good job of explaining what your side is. Obviously, we look at both sides when we are researching this investigation. Is there anything else you want to add or share, or help us to understand?

Charlene: No.

Ed: Chris Anything from you?

16

CONFIDENTIAL DOCUMENT

SWA004691

**App.257**

Chris: No.

Ed: Right now our deadline is the March 14th. I'm going to consider everything you've shared today. I'd be glad to look at anything else you have brought to the meeting today. I will contact TWU before the 14th to let them know the outcome of this investigation.

Charlene: So what happens next?

Chris: I'll explain to you how this works.

Ed: Denise, we are done with the meeting and we will talk soon. Thank you, have a good day.

Meeting is adjourned at 1222 PM

17

App.258