# EXHIBIT Y

| | |
|---|---|
| From: | Maureen Emlet |
| Sent: | Friday, February 24, 2017 11:46 AM CST |
| To: | Tammy Shaffer; Brianna Grant |
| CC: | Inflight Labor Relations Mailbox |
| Subject: | FW: Charlene Carter videos and posts |
| Attachments: | IMG_4914.png, IMG_4913.png, IMG_4912.png, IMG_4911.png, IMG_4910.png, IMG_4909.png, IMG_4908.png, IMG_4907.png |

Attached are Facebook posts showing a nexus between Charlene and SWA. Below are links to videos showing aborted fetuses. I could not find anything like this on Charlene's Facebook page, so I am not sure if she has more than one or if these posts were made on one of the closed sites. Please be forewarned that the videos are extremely disturbing.

Reen

**From:** Denise Gutierrez
**Sent:** Friday, February 24, 2017 11:16 AM
**To:** Ed Schneider; Maureen Emlet
**Subject:** Charlene Carter

Good morning! Included in this email you will find the links to the videos that were sent to Audrey Stone. Please be cautious when viewing the videos because they are quite graphic. The images attached are pictures from Charlene's public Facebook page which illustrate her connection to SWA. Please let me know if you have any questions.

https://www.facebook.com/samina.shah.12/videos/1220732134641472/
https://www.facebook.com/1901218913447707/videos/1901227263446872/

**Denise Gutierrez**
Employee Relations Senior Investigator
General Counsel
(214) 792-6671 (O)
(214) 402-7869 (C)
(214) 932-1442 (F)
2702 Love Field Dr.
Dallas, TX 75235



CONFIDENTIAL DOCUMENT

SWA006504



App.259



CONFIDENTIAL DOCUMENT

SWA006505

App.260



CONFIDENTIAL DOCUMENT

SWA006506

App.261



CONFIDENTIAL DOCUMENT

SWA006507

App.262



CONFIDENTIAL DOCUMENT

SWA006508

**App.263**



CONFIDENTIAL DOCUMENT

SWA006509

App.264



CONFIDENTIAL DOCUMENT

SWA006510

App.265



CONFIDENTIAL DOCUMENT

SWA006511

App.266



CONFIDENTIAL DOCUMENT

SWA006512

**App.267**