# EXHIBIT GG

Case 3:17-cv-02278-X   Document 212-38   Filed 02/07/21   Page 2 of 16   PageID 4725

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHARLENE CARTER                    )
                                   )
                                   ) CIVIL ACTION NO.
VS.                                ) 3:17-CV-02278-X
                                   )
SOUTHWEST AIRLINES CO., AND        )
TRANSPORT WORKERS UNION OF         )
AMERICA, LOCAL 556                 )


        ------------------------------------

                    CONFIDENTIAL
              TWU LOCAL 556 30(b)(6)
                 ORAL DEPOSITION OF
                   JESSICA PARKER
                 NOVEMBER 30, 2020

        ------------------------------------




        ANSWERS AND DEPOSITION OF JESSICA PARKER,

produced as a witness at the instance of the

Plaintiff, taken in the above-styled and -numbered

cause on NOVEMBER 30, 2020, at 4:13 p.m., before

CHARIS M. HENDRICK, a Certified Shorthand Reporter

in and for the State of Texas, witness located in

Loveland, Colorado, pursuant to the Federal Rules

of Civil Procedure, the current emergency order

regarding the COVID-19 State of Disaster, and the

provisions stated on the record or attached hereto.

**App.468**

CONFIDENTIAL DEPOSITION OF JESSICA PARKER

```
 1              A P P E A R A N C E S
 2   FOR THE PLAINTIFF:
 3       MR. MATTHEW B. GILLIAM
         NATIONAL RIGHT TO WORK LEGAL DEFENSE
 4       FOUNDATION, INC.
         8001 Braddock Road, Suite 600
 5       Springfield, Virginia  22160
         (703) 770-3339
 6       mbg@nrtw.org

 7

     FOR THE DEFENDANT, SOUTHWEST AIRLINES CO.:
 8
         MR. MICHAEL A. CORRELL
 9       REED SMITH LLP
         2850 North Harwood, Suite 1500
10       Dallas, Texas  75201
         (469) 680-4264
11       mcorrell@reedsmith.com

12
     FOR THE DEFENDANT, TRANSPORT WORKERS UNION OF
13   AMERICA, LOCAL 556:

14       MR. ADAM GREENFIELD
         MR. EDWARD B. CLOUTMAN, III
15       LAW OFFICES OF CLOUTMAN & GREENFIELD, PLLC
         3301 Elm Street
16       Dallas, Texas  75226
         (214) 939-9223
17       agreenfield@candglegal.com
         ecloutman@lawoffices.email
18

19       ALSO PRESENT:  MS. CHARLENE CARTER
                        MS. LAUREN ARMSTRONG
20

21

22

23

24

25
```

CONFIDENTIAL DEPOSITION OF JESSICA PARKER

```
 1                          INDEX

 2   Appearances ................................2

 3   JESSICA PARKER

 4        Examination by Mr. Gilliam..............4

 5

 6   Signature and Changes......................37

 7   Reporter's Certificate.....................39

 8

 9                        EXHIBITS

10   Exhibit 28 - ..............................12
     Union Business Confirmed Travel Request Form,
11   Document 41

12   Exhibit 29 - ..............................17
     TWU Women Take Action Nationwide Article,
13   Document 14

14   Exhibit 30 - ..............................30
     Facebook Posts TWU Local 556,
15   Documents 25(a) & 25(b)

16

17

18

19

20

21

22

23

24

25
```

Case 3:17-cv-02278-X Document 22-38 Filed 03/02/21 Page 5 of 16 PageID 4728

Page 4

```
 1                     PROCEEDINGS
 2           THE REPORTER:  Today's date is
 3   November 30, 2020.  The time is 4:13 p.m.  This is
 4   the 30(b)(6) deposition of Jessica Parker, and it
 5   is being conducted remotely in accordance with the
 6   current emergency order regarding the COVID-19
 7   State of Disaster.  The witness is located in
 8   Laughlin, Colorado.
 9           My name is Charis Hendrick, Court
10   Reporter, CSR No. 3469.  I am administering the
11   oath and reporting the deposition remotely by
12   stenographic means from my home in Ellis County,
13   Texas.
14                   JESSICA PARKER,
15   having been first duly sworn, testified as follows:
16                    EXAMINATION
17   BY MR. GILLIAM:
18      Q.  Good afternoon, Ms. Parker.  Do you
19   realize you are here today testifying on behalf of
20   Local 556 and not in your personal capacity?
21      A.  Yes.
22      Q.  Okay.  And prior to this deposition, did
23   you review any documents in preparation?
24      A.  No, I did not.
25      Q.  Okay.  And apart from legal counsel, did
```

Case 3:17-cv-02278-X Document 272-38 Filed 03/02/21 Page 6 of 16 PageID 4729

 1      A.   No.   Just for the -- just for the -- just

 2   for the meeting at TWU International.

 3      Q.   Okay.   Now, prior to the event taking

 4   place, did -- did you ask Audrey Stone for

 5   authorization to organize the union's participation

 6   in the event?

 7      A.   I don't -- I don't know that I asked for

 8   her authorization.   We arranged -- there was -- we

 9   arranged travel to and from.   And I got approval

10   that we could -- because we were facilitating a

11   meeting while we were there, that we could use

12   union business travel.   And I -- I got approval for

13   that, but I don't know -- I don't remember anything

14   other than that.

15      Q.   Okay.   And you got the approval for union

16   business travel from Audrey Stone?

17      A.   I don't remember.   I don't remember.   I

18   think I initially emailed John Parrott and he

19   recommended that we check with Audrey, I believe is

20   how that happened.   It's been four years ago, so I

21   don't remember exactly.

22      Q.   Okay.   And how many union members ended up

23   attending the women's march?

24      A.   I -- if memory serves, I believe we had

25   28, but that is -- that is a rough guess.   It's a

Case 3:17-cv-00764-K Document 22-38 Filed 03/02/21 Page 7 of 16 PageID 4735

1    close guess, but it's --

2         Q.   Okay.  And did you decide who, I guess,

3    you would invite to attend the march?

4         A.   They were women who reached out that had

5    been involved in our union that showed -- that

6    expressed interest in going.

7         Q.   Now, of the women who expressed interest

8    in going, how did they learn that Local 556 was

9    going to participate in a women's march?

10        A.   I -- I don't recall how that all

11   transpired.

12        Q.   Okay.  But the union members reached out

13   to you personally or --

14        A.   Some of them did, I think, but others were

15   -- I -- I honestly don't remember how -- I -- I

16   knew, of people who were going, there were several

17   board members who went, so I -- I probably found

18   out through some -- through -- through board

19   members.

20        Q.   Okay.  And how -- do you know how they

21   went about getting authorization to attend?

22        A.   Well, there was no authorization to attend

23   -- to attend the march.  We had -- we had to

24   arrange lodging.  So, I guess, I don't understand

25   what you are asking.

CONFIDENTIAL DEPOSITION OF JESSICA PARKER

Page 11

```
 1      Q.  Did -- did the union members who wanted to

 2   attend have to, I guess, request to be pulled in

 3   order to attend?

 4      A.  I believe there were a handful of trip

 5   pulls.  I don't know how many.  John Parrott would

 6   probably know that exactly because he handles the

 7   pulls.

 8      Q.  Okay.  And who -- are there -- are there

 9   particular forms that have to be submitted in order

10   to, I guess, to -- to be pulled?

11      A.  If memory serves, most people arrange --

12   either already were off of work or arranged to be

13   off of work.  I -- I believe I submitted a handful

14   of people to -- I am assuming JP, with their trip,

15   their pairing number and the dates if it needed to

16   be pulled.

17      Q.  Okay.  And when you say you submitted a

18   handful of people, did you submit particular forms?

19      A.  I -- at that time, our -- the way we have

20   done things, I believe, has changed since then.  I

21   think I just emailed him names, employee numbers,

22   pairing number and dates.

23      Q.  Okay.  Let's see.  If I could have you

24   look at Document 41.  We will mark this as, I

25   guess, Exhibit 28; is that where we are?
```

Bradford Court Reporting, LLC     972.931.2799     www.bradfordreporting.com

**App.474**

Case 3:17-cv-02278-X Document 72-38 Filed 03/07/21 Page 9 of 16 PageID 4737

1   paragraph?

2       Q.  It's the one that starts, the WWC meeting

3   started with an all-day intensive how-to-lobby

4   session.

5       A.  Yes.

6       Q.  Okay.  And did the Local 556 members

7   attend that meeting during the week of the women's

8   march?

9       A.  I am not sure what this -- because we

10  spoke about the Pregnant Women's Fairness Act at

11  the meeting.  Is this -- I don't know if this is

12  referring to --

13      Q.  It says, the WWC meeting started with an

14  all-day intensive how-to-lobby session facilitated

15  by WWC chair and TWU political field representative

16  Gwen York.

17      A.  Okay.  But it talks about -- prior to

18  that, it talks about TWU International's working

19  women's committee meeting held thrice yearly; that

20  -- that was not the -- so I don't know if it's

21  referring to that meeting or if it's referring to

22  the meeting that we had on the 19th.  And so --

23  because I haven't read through this entire article,

24  I believe that that is -- that's referring to the

25  -- to the meeting held February 28th through March

App.475

Case 3:17-cv-02925-N Document 124-33 Filed 03/02/21 Page 10 of 16 PageID 4733

```
 1        A.   That says -- I am sorry, what?

 2        Q.   Carter 1144.

 3        A.   I don't -- are we on 25?

 4             MR. GREENFIELD:  25-A, Ms. Parker.  It

 5   will be the second document on the second page on

 6   25-A.

 7        A.   Okay.  I am on 25-A and I don't see --

 8        Q.   (By Mr. Gilliam)  Really small letters in

 9   the bottom right-hand corner.

10        A.   Okay.  I --

11        Q.   You found it?

12        A.   It says Carter 1163?

13        Q.   Do you see one that says 1144?

14        A.   1150 -- I think --

15        Q.   It should be the second page.

16        A.   Okay.  Carter 1144.  Sorry.  It's tiny.

17        Q.   No, yeah, yeah, it is very small, so, no.

18   And do you know who ███████████████████ is?

19        A.   I do.

20        Q.   Okay.  And who is she?

21        A.   She's a flight attendant and a member of

22   Local 556.

23        Q.   Okay.  Is she a member of the working

24   women's committee?

25        A.   Yes.
```

Page 29

```
 1      Q.  Okay.  And is she the person carrying the
 2  sign in that picture?
 3      A.  Yes.
 4      Q.  Okay.  And let's see.  Going to the next
 5  page.  And do you recognize any union members in
 6  this picture?
 7      A.  Yes.
 8      Q.  Okay.  And who are the union members you
 9  recognize in this picture?
10      A.  The far left, I believe, is ▮▮▮▮▮
11  ▮▮▮▮▮▮▮.  On the top of ▮▮▮▮▮ shoulder is
12  Audrey Stone.  ▮▮▮▮▮▮▮ is next.  I don't know
13  who the male is.  And -- but then -- I don't -- I
14  don't know who that is.
15      Q.  Okay.
16      A.  And then it's ▮▮▮▮▮▮ on the far
17  right.
18      Q.  Okay.  And do you recognize this banner
19  being carried here?
20      A.  Yes.
21      Q.  Okay.  And where did the banner come from?
22      A.  I believe we had it made prior to the
23  march.
24      Q.  Okay.  And let's see.  Let me see.  If I
25  can direct you to the next page too.
```

**App.477**

Page 30

```
 1      A.  Okay.

 2      Q.  This one -- this is the one that says

 3  Carter 1147 at the bottom?

 4      A.  Yes.

 5      Q.  Okay.  And this picture here, was this

 6  posted on TWU Local 556's page?

 7      A.  This is -- I believe this may be from the

 8  Facebook page, but it -- it may have been also

 9  posted on the website.  I don't know; I think it

10  was.

11      Q.  Okay.  And did you share it on your

12  Facebook page?

13      A.  I don't remember.

14      Q.  Okay.  And up at the top, it says, Jessica

15  Parker shared TWU Local 556's video; and it says,

16  why we marched.

17          Does that --

18      A.  I didn't remember sharing it.  I didn't

19  remember sharing it.

20      Q.  Okay.  And then if we could go to the next

21  page.

22      A.  Okay.

23      Q.  And was this a -- also a picture you

24  posted on your Facebook page?

25      A.  Yes.  It looks like it.
```

Page 31

1    Q.  Okay.  And all of the women pictured

2    there, are they Local 556 members?

3    A.  Yes.

4    Q.  Okay.  All right.  And do you know who

5    ███████████████████████ is?

6    A.  Yes.  ████████████████

7    Q.  Okay.  And is she also a Southwest flight

8    attendant?

9    A.  At the time, she was.  She's retired.

10   Q.  Okay.  Was she also a member of the WISE

11   committee?

12   A.  Yes.

13   Q.  Okay.  And she attended the march?

14   A.  She did, yes.

15   Q.  Okay.  Do you know who ████████████████ is?

16   A.  Yes.

17   Q.  Okay.  Is she also a flight attendant?

18   A.  She is, yes.

19   Q.  Okay.  And did she also attend the women's

20   march with Local 556?

21   A.  She did, yes.

22   Q.  Okay.  All right.  Now, at any point, did

23   you learn about the Facebook posts and messages

24   that Charlene Carter sent to Audrey Stone?

25   A.  I knew something had been sent to Audrey

CONFIDENTIAL DEPOSITION OF JESSICA PARKER

Page 38

```
 1        I, JESSICA PARKER, have read the foregoing
    deposition and hereby affix my signature that same
 2   is true and correct, except as noted above.

 3

 4

 5                    _____
                      JESSICA PARKER
 6

 7   THE STATE OF _____
     COUNTY OF _____
 8

 9   Before me, _____, on this day
     personally appeared JESSICA PARKER, known to me (or
10   proved to me under oath or through _____) to
     be the person whose name is subscribed to the
11   foregoing instrument and acknowledged to me that
     they executed the same for the purposes and
12   consideration therein expressed.

13

14   Given under my hand and seal of office this _____
     day of _____, 2020.
15

16

17   _____
     NOTARY PUBLIC IN AND FOR THE
18   STATE OF _____

19

20   MY COMMISSION EXPIRES:_____

21

22

23

24

25
```

Bradford Court Reporting, LLC    972.931.2799    www.bradfordreporting.com

**App.480**

Page 39

1                    REPORTER'S CERTIFICATION

2              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF TEXAS
3                      DALLAS DIVISION

4    CHARLENE CARTER                      )
                                          )
5                                         ) CIVIL ACTION NO.
     VS.                                  ) 3:17-CV-02278-X
6                                         )
     SOUTHWEST AIRLINES CO., AND )
7    TRANSPORT WORKERS UNION OF   )
     AMERICA, LOCAL 556           )

8

9         ------------------------------------

10                     CONFIDENTIAL
               TWU LOCAL 556 30(b)(6)
11               ORAL DEPOSITION OF
                   JESSICA PARKER
12               NOVEMBER 30, 2020

13        ------------------------------------

14

15        I, CHARIS M. HENDRICK, Certified Shorthand

16   Reporter in and for the State of Texas, do hereby

17   certify to the following:

18        That the witness, JESSICA PARKER, was by

19   me duly sworn and that the transcript of the oral

20   deposition is a true record of the testimony given

21   by the witness.

22        I further certify that pursuant to Federal

23   Rules of Civil Procedure, Rule 30(e)(1)(A) and (B)

24   as well as Rule 30(e)(2), that review of the

25   transcript and signature of the deponent:

1        __xx__ was requested by the deponent and/or a

2    party before completion of the deposition.

3        _____ was not requested by the deponent and/or

4    a party before the completion of the deposition.

5            I further certify that I am neither

6    attorney  nor counsel for, nor related to or

7    employed by any of the parties to the action in

8    which this deposition is taken and further that I

9    am not a relative or employee of any attorney of

10   record in this cause, nor am I financially or

11   otherwise interested in the outcome of the action.

12           The amount of time used by each party at

13   the deposition is as follows:

14           Mr. Gilliam - 50 minutes

15

16           Subscribed and sworn to on this 8th day of

17   December, 2020.

18

19

20           *Charis M Hendrick*
             CHARIS M. HENDRICK, CSR # 3469
21           Certification Expires: 10-31-21
             Bradford Court Reporting, LLC
22           7015 Mumford Street
             Dallas, Texas  75252
23           Telephone 972-931-2799
             Facsimile 972-931-1199
24           Firm Registration No. 38

25