# EXHIBIT II

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

```
CHARLENE CARTER                 )
                                )
                                ) CIVIL ACTION NO.
VS.                             ) 3:17-CV-02278-X
                                )
SOUTHWEST AIRLINES CO., AND     )
TRANSPORT WORKERS UNION OF      )
AMERICA, LOCAL 556              )
```

---

CONFIDENTIAL
TWU LOCAL 556 30(b)(6)
ORAL DEPOSITION OF
AUDREY STONE
NOVEMBER 30, 2020

---

ANSWERS AND DEPOSITION OF AUDREY STONE, produced as a witness at the instance of the Plaintiff, taken in the above-styled and -numbered cause on NOVEMBER 30, 2020, at 9:00 a.m., before CHARIS M. HENDRICK, a Certified Shorthand Reporter in and for the State of Texas, witness located in Orting, Washington, pursuant to the Federal Rules of Civil Procedure, the current emergency order regarding the COVID-19 State of Disaster, and the provisions stated on the record or attached hereto.

CONFIDENTIAL DEPOSITION OF AUDREY STONE - 30B6
Case 3:17-cv-02278-X Document 272-85 Filed 03/04/22 Page 3 of 11 PageID 4762

Page 2

1       A P P E A R A N C E S

2   FOR THE PLAINTIFF:

3     MR. MATTHEW B. GILLIAM
    NATIONAL RIGHT TO WORK LEGAL DEFENSE
4     FOUNDATION, INC.
    8001 Braddock Road, Suite 600
5     Springfield, Virginia  22160
    (703) 770-3339
6     mbg@nrtw.org

7

  FOR THE DEFENDANT, SOUTHWEST AIRLINES CO.:
8
    MR. MICHAEL A. CORRELL
9     REED SMITH LLP
    2850 North Harwood, Suite 1500
10     Dallas, Texas  75201
    (469) 680-4264
11     mcorrell@reedsmith.com

12
  FOR THE DEFENDANT, TRANSPORT WORKERS UNION OF
13   AMERICA, LOCAL 556:

14     MR. ADAM GREENFIELD
    MR. EDWARD B. CLOUTMAN, III
15     LAW OFFICES OF CLOUTMAN & GREENFIELD, PLLC
    3301 Elm Street
16     Dallas, Texas  75226
    (214) 939-9223
17     agreenfield@candglegal.com
    ecloutman@lawoffices.email
18

19   FOR THE WITNESS, AUDREY STONE:

20     MR. JOE GILLESPIE
    GILLESPIE SANFORD LLP
21     4803 Gaston Avenue
    Dallas, Texas  75246
22     (214) 800-5111
    joe@gillespiesanford.com
23

24     ALSO PRESENT:  MS. CHARLENE CARTER
           MS. LAUREN ARMSTRONG
25

Page 3

```
 1                          INDEX

 2   Appearances ...................................2

 3   AUDREY STONE

 4       Examination by Mr. Gilliam...............5

 5

 6   Signature and Changes........................89

 7   Reporter's Certificate.......................91

 8
                            EXHIBITS
 9
     Exhibit 20 - ................................37
10   Letter from Department of Labor to Audrey Stone,
     Document 12
11
     Exhibit 21 - ................................44
12   Unity Update Published April 20, 2015,
     Document 13
13
     Exhibit 22 - ................................73
14   Email to Brett Nevarez from Todd Gage,
     Document 26
15
     Exhibit 23 - ................................81
16   Email to Audrey Stone from Brett Nevarez,
     Document 28
17

18

19

20

21

22

23

24

25
```

CONFIDENTIAL DEPOSITION OF AUDREY STONE - 30B6

Page 4

```
 1                    PROCEEDINGS
 2              THE REPORTER:  Today's date is
 3   November 30, 2020.  The time is 9:00 a.m. Central
 4   Standard Time.  This is the oral deposition of
 5   Audrey Stone, and it is being conducted remotely in
 6   accordance with the current emergency order
 7   regarding the COVID-19 State of Disaster.  The
 8   witness is located in Orting, Washington and
 9   counsel has agreed that I can swear her in out of
10   state.
11              My name is Charis Hendrick, Court
12   Reporter, CSR No. 3469.  I am administering the
13   oath and reporting the deposition remotely by
14   stenographic means from my home in Ellis County,
15   Texas.  The witness has been identified to me
16   through counsel.
17              Would counsel please state their
18   appearances and locations for the record?  And the
19   city is fine.
20              MR. GILLIAM:  Matthew B. Gilliam for
21   plaintiff Charlene Carter in Springfield, Virginia.
22              MR. GREENFIELD:  Adam Greenfield on
23   behalf of Transportation Workers Union Local 556 on
24   behalf of the union.  And just for the record, this
25   is a Rule 30(b)(6) deposition and Ms. Stone is
```

 1    being designated for certain topics.  It's not
 2    specifically her deposition.
 3              MR. CORRELL:  Michael Correll for the
 4    defendant Southwest Airlines.
 5              MR. CLOUTMAN:  Sorry, Mike.  And this
 6    is Ed Cloutman also for TWU Local 556, Dallas,
 7    Texas.
 8              MR. GILLESPIE:  And this is Joseph
 9    Gillespie on behalf of the witness, Audrey Stone.
10                       AUDREY STONE,
11    having been first duly sworn, testified as follows:
12                        EXAMINATION
13    BY MR. GILLIAM:
14       Q.  Good morning, Ms. Stone.  As
15    Mr. Greenfield stated, this is a Rule 30(b)(6)
16    deposition of Transport Workers Union of America
17    Local 556; and that's your understanding as well?
18       A.  Yes.
19       Q.  Okay. And you are the designated
20    representative of Local 556, correct?
21       A.  Yes.
22       Q.  Okay.  And if I say Local 556 or the
23    union, you understand that I mean Transport Workers
24    Union of America Local 556?
25       A.  Yes.

```
 1   reports on -- on the officer elections?
 2        A.   Yes.
 3        Q.   Okay.  And what do their reports say?
 4        A.   Their reports contain the voting
 5   statistics; typically, broken down both by
 6   domicile, as well as overall participation, total
 7   membership numbers and the final vote in terms of
 8   the outcome of the vote.
 9        Q.   Okay.  And are those board of election
10   reports disseminated to the executive board?
11        A.   Yes, they are presented to the executive
12   board.
13        Q.   Okay.  And do the -- are the reports, I
14   guess, presented to the membership -- the rest of
15   the membership?
16        A.   Yes, they are.
17        Q.   Okay.  All right.  And you said you also
18   reviewed both of the tentative agreement contract
19   votes.  Are those -- or, I guess, is that voting
20   information contained in a specific type of report?
21        A.   It's documents that the board of election
22   prepares.
23        Q.   Okay.  All right.  And for the first
24   tentative agreement, do you recall how many --
25   well, let me ask it this way:  For the first
```

Case 3:17-cv-02278-X Document 221-3 Filed 03/04/22 Page 8 of 11 PageID 4767
CONFIDENTIAL DEPOSITION OF AUDREY STONE - 30B6

Page 10

 1  tentative agreement, do you know what percentage of
 2  the union membership voted to ratify the first TA?
 3      A.  It was approximate -- I am sorry.  That
 4  voted to ratify the TA?
 5      Q.  Yes.
 6      A.  In the first tentative agreement?
 7      Q.  Yes, ma'am.
 8      A.  That was approximately 13 percent.
 9      Q.  Okay.  And what percentage voted to ratify
10  the second tentative agreement?
11      A.  That was approximately 54 percent of the
12  eligible members that voted.
13      Q.  Okay. All right.  Last time, I guess,
14  during -- during your last deposition, we talked a
15  little bit about collective bargaining agreement
16  negotiations.  When you became president, were
17  contract negotiations already underway?
18      A.  No, they were not.
19      Q.  And was the contract -- do you recall when
20  that first contract became amendable?
21      A.  June 1st, 2013.
22      Q.  Okay.  Now, in June 1st, 2013, were you,
23  as president, the lead negotiator for TWU Local
24  556?
25      A.  I don't believe I was as of June 1st,

CONFIDENTIAL DEPOSITION OF AUDREY STONE - 30B6
Case 3:17-cv-02278-X Document 221-85 Filed 03/02/21 Page 9 of 11 PageID 4768

Page 90

1      I, AUDREY STONE, have read the foregoing
deposition and hereby affix my signature that same
2   is true and correct, except as noted above.

3

4

5                    _____
                     AUDREY STONE
6

7   THE STATE OF _____
    COUNTY OF _____
8

9   Before me, _____, on this day
    personally appeared AUDREY STONE, known to me (or
10  proved to me under oath or through _____) to
    be the person whose name is subscribed to the
11  foregoing instrument and acknowledged to me that
    they executed the same for the purposes and
12  consideration therein expressed.

13

14  Given under my hand and seal of office this _____
    day of _____, 2020.
15

16

17  _____
    NOTARY PUBLIC IN AND FOR THE
18  STATE OF _____

19

20  MY COMMISSION EXPIRES:_____

21

22

23

24

25

Case 3:17-cv-02278-X Document 227-15 Filed 09/02/22 Page 10 of 11 PageID 4769
CONFIDENTIAL DEPOSITION OF AUDREY STONE - 30B6

Page 91

1      REPORTER'S CERTIFICATION
2   IN THE UNITED STATES DISTRICT COURT
    FOR THE NORTHERN DISTRICT OF TEXAS
3            DALLAS DIVISION

4   CHARLENE CARTER          )
                             )
5                            ) CIVIL ACTION NO.
    VS.                      ) 3:17-CV-02278-X
6                            )
    SOUTHWEST AIRLINES CO., AND )
7   TRANSPORT WORKERS UNION OF )
    AMERICA, LOCAL 556       )
8

9   ------------------------------------

10              CONFIDENTIAL
         TWU LOCAL 556 30(b)(6)
11       DEPOSITION OF AUDREY STONE
             NOVEMBER 30, 2020
12            (REPORTED REMOTELY)

13  ------------------------------------

14      I, CHARIS M. HENDRICK, Certified Shorthand

15  Reporter in and for the State of Texas, do hereby

16  certify to the following:

17      That the witness, AUDREY STONE, was by me

18  duly sworn and that the transcript of the oral

19  deposition is a true record of the testimony given

20  by the witness.

21      I further certify that pursuant to Federal

22  Rules of Civil Procedure, Rule 30(e)(1)(A) and (B)

23  as well as Rule 30(e)(2), that review of the

24  transcript and signature of the deponent:

25      __xx__ was requested by the deponent and/or a

1  party before completion of the deposition.

2  _____ was not requested by the deponent and/or

3  a party before the completion of the deposition.

4       I further certify that I am neither

5  attorney  nor counsel for, nor related to or

6  employed by any of the parties to the action in

7  which this deposition is taken and further that I

8  am not a relative or employee of any attorney of

9  record in this cause, nor am I financially or

10 otherwise interested in the outcome of the action.

11      The amount of time used by each party at

12 the deposition is as follows:

13      Mr. Gilliam - 2:43 hours/minutes

14

15      Subscribed and sworn to on this 8th day of

16 December, 2020.

17

18

19      _____
        CHARIS M. HENDRICK, CSR # 3469
20      Certification Expires: 10-31-21
        Bradford Court Reporting, LLC
21      7015 Mumford Street
        Dallas, Texas  75252
22      Telephone 972-931-2799
        Facsimile 972-931-1199
23      Firm Registration No. 38

24

25