# EXHIBIT JJ

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF TEXAS
                           DALLAS DIVISION
    CHARLENE CARTER,                §
                                    §
         Plaintiff,                 §
                                    §
    v.                              § Civil Action No.
                                    § 03:17-cv-02278-S
    SOUTHWEST AIRLINES CO.,         §
    AND TRANSPORT WORKERS           §
    UNION OF AMERICA LOCAL          §
    556,                            §
                                    §
         Defendants.                §
    _____
             REMOTE ORAL AND VIDEOTAPED DEPOSITION OF
                         CHARLENE CARTER
                         November 20, 2020
    _____
    ************************************************************
         PORTIONS OF TRANSCRIPT DESIGNATED CONFIDENTIAL:
                   PAGE 132:13 THROUGH 134:6
                   PAGE 134:19 THROUGH 135:10

    ************************************************************


         REMOTE ORAL AND VIDEOTAPED DEPOSITION OF CHARLENE
    CARTER, located at her residence in Aurora, Colorado,
    produced as a witness at the instance of the Defendant
    Southwest Airlines Co., and duly sworn, taken in the
    above-styled and numbered cause on November 20, 2020,
    from 10:02 a.m. to 4:36 p.m., before Joseph D.
    Hendrick, Certified Shorthand Reporter in and for the
    State of Texas, reported by machine shorthand, pursuant
    to Notice and the Federal Rules of Civil Procedure and
    any provisions stated on the record or attached hereto.

    Job No. 4341722
```

Page 1

```
 1                    A P P E A R A N C E S
 2   FOR THE PLAINTIFF:
          Mathew B. Gilliam (Via Zoom)
 3        NATIONAL RIGHT TO WORK
           LEGAL DEFENSE FOUNDATION, INC.
 4        8001 Braddock Road, Suite 600
          Springfield, Virginia 22160
 5        Telephone: 703-321-8510
          Facsimile: 703-321-9319
 6        Email: Mbg@nrtw.org
 7   FOR THE DEFENDANT SOUTHWEST AIRLINES:
          Michael A. Correll (Via Zoom)
 8        REED SMITH LLP
          2501 N. Harwood Street, Suite 1700
 9        Dallas, Texas 75201
          Telephone: 469-680-4200
10        Facsimile: 469-680-4299
          Email: mcorrell@reedsmith.com
11
     FOR THE DEFENDANT TRANSPORT WORKERS UNION OF AMERICA
12   LOCAL 556:
          Adam S. Greenfield (Via Zoom)
13        Edward B. Cloutman III (Via Zoom)
          CLOUTMAN & GREENFIELD
14        3301 Elm St.
          Dallas, TX 75226
15        Phone: 214-939-9222
          Email: agreenfield@candglegal.com
16
     ALSO PRESENT:
17        Chris Maberry (Via Zoom)
          Lauren Armstrong (Via Zoom)
18        Norm Harris, Videographer (Via Zoom)
19
20
21
22
23
24
25

                                                    Page 2
```

```
 1                         INDEX
 2    Appearances ................................   2
 3    Portion of transcript designated ............
      confidential
 4    End of confidential designation .............
 5
      Portion of transcript designated ............
 6    confidential
      End of confidential designation .............
 7
 8    Telephone conference with Judge Rutherford ..
      End of telephone conference..................
 9
10   CHARLENE CARTER
11        EXAMINATION BY MR. CORRELL ...............   6
          EXAMINATION BY MR. GREENFIELD ............ 223
12
      Signature and Changes  ........................277
13
      Reporter's Certification  .....................279
14
                         EXHIBITS
15
     NO.         DESCRIPTION                          PAGE(S)
16
       EXHIBIT 1    Certified Mail sent by            25
17                  Southwest Airlines Co. to
                    Charlene Carter dated March
18                  14, 2017
19     EXHIBIT 2    Exhibit marked but not offered    30
20     EXHIBIT 3    SWA000595 to SWA000692            30
                    Text messages from Charlene
21                  Carter to Audrey Stone
22     EXHIBIT 4    Excerpt of testimony from the     52
                    arbitration re the termination
23                  of Charlene Carter dated
                    December 8, 2017
24
25
```

Page 3

| | | | |
|---|---|---|---|
| EXHIBIT 5 | CONFIDENTIAL DOCUMENT Message between Charlene Carter and Jeanna Jackson dated March 30, 2017 | 68 | |
| EXHIBIT 6 | Carter 411 to Carter 416 Privileged & Confidential Reinstatement Settlement and Last Chance Agreement dated April 17, 2017, unsigned | 92 | |
| EXHIBIT 7 | CONFIDENTIAL DOCUMENT Text messages between Charlene Carter and Lynn McGomery | 105 | |
| EXHIBIT 8 | EEOC charge | 113 | |
| EXHIBIT 9 | Carter 2417 Billing records from Leader Care | 143 | |
| EXHIBIT 10 | CONFIDENTIAL DOCUMENT Billing records from Leader Care | 143 | |
| EXHIBIT 11 | Plaintiff Charlene Carter's Responses and Objections to Defendant Southwest Airlines Co.'s First Set of Interrogatories | 166 | |
| EXHIBIT 12 | Email from Charlene Carter to Jim Little dated 5/28/2013 with attachments, Caught in Collusion | 188 | |
| EXHIBIT 13 | Carter 380 to Carter 382 Email chain date 8/3/2013 re Thom McDaniel for TWU Convention Delegate | 204 | |
| EXHIBIT 14 | Carter 4015 to Carter 4017 Message posted by Brett Nevarez; Memorandum Regarding Social Media Concerns | 209 | |
| EXHIBIT 15 | App. 4187 Message from Brian Talbert and an unsent response | 210 | |

Page 4

```
 1    EXHIBIT 16    App. 4190                             211
                    Facebook post; Mike Casper to
 2                  Business Owners Fight Back
                    Against Cyberbullies
 3
      EXHIBIT 17    Exhibit marked but not offered  213
 4
      EXHIBIT 18    CONFIDENTIAL DOCUMENT                 213
 5                  Carter 4490 to Carter 4491
                    Screen shots
 6

 7
                 REQUESTED DOCUMENTS/INFORMATION
 8
     NO.    DESCRIPTION                                   PAGE
 9
          1  List of people treated unfairly by            264
10           Audrey Stone and her administration
11
12
            CERTIFIED QUESTIONS/INSTRUCTIONS NOT TO ANSWER
13
     NO.                                              PAGE/LINE
14
                              None
15
16
17
18
19
20
21
22
23
24
25
                                                     Page 5
```

1  THE REPORTER: Before we go on the record,
2  could I ask you to announce your appearances?
3  MR. CORRELL: Mike Correll appearing for
4  defendant Southwest Airlines.
5  MR. GILLIAM: Matthew Gilliam appearing for
6  plaintiff Charlene Carter.
7  MR. CLOUTMAN: Ed Cloutman, one of the
8  attorneys for Transport Workers Union Local 556.
9  MR. GREENFIELD: Adam Greenfield for
10 defendant Transportation Workers Union Local 556.
11 THE WITNESS: Charlene Carter, plaintiff.
12 MR. CORRELL: And we are also joined by
13 Chris Maberry who is counsel for Southwest Airlines and
14 Lauren Armstrong who is also from Southwest Airlines.
15 THE REPORTER: Would you raise your right
16 hand, please.
17 Do you swear or affirm that the testimony
18 you are about to give in this case will be the truth,
19 the whole truth, and nothing but the truth, so help you
20 God?
21 THE WITNESS: Yes, I do.
22           CHARLENE CARTER
23    having been duly sworn, testified as follows:
24              EXAMINATION
25 BY MR. CORRELL:

Page 6

```
 1        Q.    Oh, when you say voice your petition, in
 2   what way?
 3        A.    I supported the people that were recalling
 4   our board and was vocal about it.
 5        Q.    Okay.  And what information are you basing
 6   your account of that Ms. Stone would be aware that you
 7   were part of the recall efforts if you weren't actually
 8   able to sign that petition?
 9        A.    Because they had a list of all the people
10   that were talking about the recall.
11        Q.    Who had a list?
12        A.    The union.
13        Q.    Who at the union?
14        A.    The actual -- the actual people within the
15   union such as Audrey, Brett, Cuyler.  They -- they had
16   a whole list that was made up of all the people that
17   were the objectors that they passed around to the
18   membership and the recall people.
19        Q.    Is this a document you have seen?
20        A.    It is a document, yes, that I have seen.
21   It was posted on all of the Facebook pages that we were
22   all connected to within that time period.
23        Q.    Do you have this document?
24        A.    I believe I've given it to my attorneys,
25   yes.
```

Page 228

```
 1    if anyone's at odds, it's the union and the company, is
 2    that correct, traditionally?
 3         A.    Traditionally, but that wasn't what was
 4    happening under Audrey's administration.
 5         Q.    Okay.  But Southwest's administration
 6    hadn't changed, had it?
 7              MR. GILLIAM:  Objection, vague.
 8         A.    When you say administration you mean as in
 9    the people that work there?
10    BY MR. GREENFIELD:
11         Q.    Well, yeah, I'm trying to understand how
12    those two ideas jive, that, you know, generally I think
13    the company -- most companies would prefer not to have
14    a unionized workforce.  So I'm trying to understand why
15    you think the company would hold an animus against
16    somebody who doesn't want to be a part of the union.
17         A.    Because during the contract negotiations we
18    were the loudest and Southwest Airlines wanted the
19    contract signed.
20         Q.    Okay.
21         A.    And so -- and we know that Audrey and them
22    were selling us a bad contract and we were very vocal
23    on it, and that was one of the other reasons that we
24    decided to opt out and then also call for recall, and
25    we were also -- all the ones that were doing that were
```

Page 238

1          I, CHARLENE CARTER, have read the foregoing
2  deposition and hereby affix my signature that same is
3  true and correct, except as noted above.
4
5                          _____
                        CHARLENE CARTER
6
7  STATE OF _____)
8  COUNTY OF _____)
9
10        Before me _____ on this day
11 personally appeared CHARLENE CARTER, known to me (or
12 proved to me on the oath of _____ or
13 through _____ (description of identity card
14 or other document)) to be the person whose name is
15 subscribed to the foregoing instrument and acknowledged
16 to me that he executed the same for the purposes and
17 consideration therein expressed.
18        Given under my hand and seal of office this
19 _____ day of _____, _____.
20
21                         _____
                        Notary Public in and for the
22                         State of _____
23
24
25

```
 1              REPORTER'S CERTIFICATION

 2            DEPOSITION OF CHARLENE CARTER

 3                  November 20, 2020

 4         I, Joseph D. Hendrick, Notary Public and

 5   Certified Shorthand Reporter in the State of Texas,

 6   hereby certify to the following:

 7            That the Witness, CHARLENE CARTER, was duly

 8   sworn by the officer and that the transcript of the

 9   oral deposition is a true record of the testimony given

10   by the witness;

11            I further certify that pursuant to FRCP

12   Rule 30(f)(1) that the signature of the deponent:

13                  X     was requested by the deponent or

14   a party before the completion of the deposition and is

15   to be returned within 30 days from date of receipt of

16   the transcript;

17            _____ was not requested by the

18   deponent or a party before the completion of the

19   deposition;

20            I further certify that the amount of time

21   used by each party is as follows:

22       Mathew B. Gilliam - 00:00:00

23       Michael A. Correll - 04:54:50

24       Adam S. Greenfield - 01:08:13

25       Edward B. Cloutman III - 00:00:00
```

PORTIONS OF TRANSCRIPT DESIGNATED CONFIDENTIAL

```
 1              I further certify that I am neither counsel
 2     for, related to, nor employed by any of the parties or
 3     attorneys in the action in which this proceeding was
 4     taken;
 5              Further, I am not a relative or employee of
 6     any attorney of record, nor am I financially or
 7     otherwise interested in the outcome of the action.
 8              Subscribed and sworn to on this date:
 9     December 8, 2020.
10
11
12
13
14
15
16
17
                Joseph D. Hendrick, CSR #947
18              Expiration Date: 04/30/2021
                Notary Comm. Exp. 01/13/23
19              Veritext Legal Solutions
                Firm Registration No. 571
20              300 Throckmorton Street, Ste. 1600
                Fort Worth, TX  76102
21              Telephone (800) 336-4000
22
23
24
25

                                                  Page 280
```