# EXHIBIT NN

| | |
|---|---|
| **From:** | Kevin Allen |
| **Sent:** | Tuesday, August 4, 2015 5:17 PM CDT |
| **To:** | Naomi Hudson; Brendan Conlon; Juan Suarez; Joe Harris; Patrick Scheirer; Adam Carlisle; Jim Jordan |
| **Cc:** | Tammy Shaffer; Brianna Grant |
| **Subject:** | RE: Update from Audrey |
| **Attachments:** | DOC080415-08042015171648.pdf |

**Kevin D. Allen**
**Manager Labor Relations**
**Inflight Services**



**From:** Naomi Hudson
**Sent:** Tuesday, August 04, 2015 10:47 AM
**To:** Tammy Shaffer; Brendan Conlon; Juan Suarez; Joe Harris; Kevin Allen; Patrick Scheirer; Adam Carlisle; Jim Jordan; Brianna Grant
**Subject:** FW: Update from Audrey

**From:** Naomi Hudson
**Sent:** Tuesday, August 04, 2015 10:46 AM
**To:** Randy Babbitt                                  ; Mike Ryan; Mike Hafner (                        ); Mike Van de Ven
**Cc:** Gerry Anderson (                        ); Russell Mccrady; Christine Colling; Patricia Pope; Bob Hughes
**Subject:** Update from Audrey

All,

I spoke with Audrey this morning; she returned from vacation yesterday. She told me of a recall petition that's going on; the petition is to recall all board members that voted to send the TA out for a vote. Although their minutes for the meeting that included that vote have not been approved or made available, "somebody" leaked the information regarding which board members voted which way. According to their by-laws, there is a process for a recall that calls for 50% +1 to sign the petition, if successful, the election committee with send out a vote. Again, it will take another 50% + 1 to recall the board member. Not an easy task, but doable.

There is pressure from the ranks to remove the <u>appointed</u> members from the negotiating team (Paul and Brandon); all other members were elected. A meeting of the board will be conducted next week (I believe) to discuss this topic. Audrey will fight to keep her team intact.

Later this month are membership meetings. TWU will be conducting surveys of the FA's, but they also have gathered mounds of information from their contract auction network (CAN—I believe) regarding comments they've heard. Audrey realizes there is a ton of work to do, and the process will not be swift.

She has committed to keeping me informed. I've requested a copy of their current by-laws and expect to receive them soon. Their by-laws are amendable every 2 years.
Thanks,
Naomi

SWA007465

App.533

| | |
|---|---|
| **From:** | Tammy Shaffer |
| **Sent:** | Tuesday, August 4, 2015 5:35 PM CDT |
| **To:** | Mike Ryan |
| **Subject:** | FW: Update from Audrey |
| **Attachments:** | DOC080415-08042015171648.pdf |

**FYi... (see attachment)**

**From:** Kevin Allen
**Sent:** Tuesday, August 04, 2015 5:18 PM
**To:** Naomi Hudson; Brendan Conlon; Juan Suarez; Joe Harris; Patrick Scheirer; Adam Carlisle; Jim Jordan
**Cc:** Tammy Shaffer; Brianna Grant
**Subject:** RE: Update from Audrey



**Kevin D. Allen**
**Manager Labor Relations**
**Inflight Services**



**From:** Naomi Hudson
**Sent:** Tuesday, August 04, 2015 10:47 AM
**To:** Tammy Shaffer; Brendan Conlon; Juan Suarez; Joe Harris; Kevin Allen; Patrick Scheirer; Adam Carlisle; Jim Jordan; Brianna Grant
**Subject:** FW: Update from Audrey


**From:** Naomi Hudson
**Sent:** Tuesday, August 04, 2015 10:46 AM
**To:** Randy Babbitt                              ; Mike Ryan; Mike Hafner (                              Mike Van de Ven
**Cc:** Gerry Anderson                              Russell Mccrady; Christine Colling; Patricia Pope; Bob Hughes
**Subject:** Update from Audrey

All,
I spoke with Audrey this morning; she returned from vacation yesterday. She told me of a recall petition that's going on; the petition is to recall all board members that voted to send the TA out for a vote. Although their minutes for the meeting that included that vote have not been approved or made available, "somebody" leaked the information regarding which board members voted which way. According to their by-laws, there is a process for a recall that calls for 50% +1 to sign the petition, if successful, the election committee with send out a vote. Again, it will take another 50% + 1 to recall the board member. Not an easy task, but doable.

There is pressure from the ranks to remove the appointed members from the negotiating team (Paul and Brandon); all other members were elected. A meeting of the board will be conducted next week (I believe) to discuss this topic. Audrey will fight to keep her team intact.

Later this month are membership meetings. TWU will be conducting surveys of the FA's, but they also have gathered mounds of information from their contract auction network (CAN—I believe) regarding comments they've heard. Audrey realizes there is a ton of work to do, and the process will not be swift.

She has committed to keeping me informed. I've requested a copy of their current by-laws and expect to receive them soon. Their by-laws are amendable every 2 years.
Thanks,
Naomi

SWA007467

**App.535**

| | |
|---|---|
| **From:** | Jim Jordan |
| **Sent:** | Tuesday, August 4, 2015 11:16 AM CDT |
| **To:** | Naomi Hudson; Tammy Shaffer; Brendan Conlon; Juan Suarez; Joe Harris; Kevin Allen; Patrick Scheirer; Adam Carlisle; Brianna Grant |
| **Subject:** | RE: Update from Audrey |

**Jim**

**From:** Naomi Hudson
**Sent:** Tuesday, August 04, 2015 10:47 AM
**To:** Tammy Shaffer; Brendan Conlon; Juan Suarez; Joe Harris; Kevin Allen; Patrick Scheirer; Adam Carlisle; Jim Jordan; Brianna Grant
**Subject:** FW: Update from Audrey

**From:** Naomi Hudson
**Sent:** Tuesday, August 04, 2015 10:46 AM
**To:** Randy Babbitt                    ; Mike Ryan; Mike Hafner                    Mike Van de Ven
**Cc:** Gerry Anderson                    ; Russell Mccrady; Christine Colling; Patricia Pope; Bob Hughes                    )
**Subject:** Update from Audrey

All,
I spoke with Audrey this morning; she returned from vacation yesterday. She told me of a recall petition that's going on; the petition is to recall all board members that voted to send the TA out for a vote. Although their minutes for the meeting that included that vote have not been approved or made available, "somebody" leaked the information regarding which board members voted which way. According to their by-laws, there is a process for a recall that calls for 50% +1 to sign the petition, if successful, the election committee with send out a vote. Again, it will take another 50% + 1 to recall the board member. Not an easy task, but doable.

There is pressure from the ranks to remove the <u>appointed</u> members from the negotiating team (Paul and Brandon); all other members were elected. A meeting of the board will be conducted next week (I believe) to discuss this topic. Audrey will fight to keep her team intact.

Later this month are membership meetings. TWU will be conducting surveys of the FA's, but they also have gathered mounds of information from their contract auction network (CAN—I believe) regarding comments they've heard. Audrey realizes there is a ton of work to do, and the process will not be swift.

She has committed to keeping me informed. I've requested a copy of their current by-laws and expect to receive them soon. Their by-laws are amendable every 2 years.
Thanks,
Naomi

| | |
|---|---|
| **From:** | Tammy Shaffer |
| **Sent:** | Tuesday, August 4, 2015 11:07 AM CDT |
| **To:** | Kevin Allen |
| **Cc:** | Brianna Grant |
| **Subject:** | FW: Update from Audrey |

Kevin, since you sit on the negotiating Team I knew you would want to be provided the below update. I am not sure how much this information is being broadcast, if at all, so for now only for your FYI.

**From:** Naomi Hudson
**Sent:** Tuesday, August 04, 2015 10:47 AM
**To:** Tammy Shaffer; Brendan Conlon; Juan Suarez; Joe Harris; Kevin Allen; Patrick Scheirer; Adam Carlisle; Jim Jordan; Brianna Grant
**Subject:** FW: Update from Audrey

**From:** Naomi Hudson
**Sent:** Tuesday, August 04, 2015 10:46 AM
**To:** Randy Babbitt (); Mike Ryan; Mike Hafner (); Mike Van de Ven
**Cc:** Gerry Anderson (); Russell Mccrady; Christine Colling; Patricia Pope; Bob Hughes
**Subject:** Update from Audrey

All,
I spoke with Audrey this morning; she returned from vacation yesterday. She told me of a recall petition that's going on; the petition is to recall all board members that voted to send the TA out for a vote. Although their minutes for the meeting that included that vote have not been approved or made available, "somebody" leaked the information regarding which board members voted which way. According to their by-laws, there is a process for a recall that calls for 50% +1 to sign the petition, if successful, the election committee with send out a vote. Again, it will take another 50% + 1 to recall the board member. Not an easy task, but doable.

There is pressure from the ranks to remove the <u>appointed</u> members from the negotiating team (Paul and Brandon); all other members were elected. A meeting of the board will be conducted next week (I believe) to discuss this topic. Audrey will fight to keep her team intact.

Later this month are membership meetings. TWU will be conducting surveys of the FA's, but they also have gathered mounds of information from their contract auction network (CAN—I believe) regarding comments they've heard. Audrey realizes there is a ton of work to do, and the process will not be swift.

She has committed to keeping me informed. I've requested a copy of their current by-laws and expect to receive them soon. Their by-laws are amendable every 2 years.
Thanks,
Naomi

| | |
|---|---|
| **From:** | Tammy Shaffer |
| **Sent:** | Tuesday, August 4, 2015 11:04 AM CDT |
| **To:** | Naomi Hudson |
| **Subject:** | RE: Update from Audrey |

Thank you for the update.

---

**From:** Naomi Hudson
**Sent:** Tuesday, August 04, 2015 10:47 AM
**To:** Tammy Shaffer; Brendan Conlon; Juan Suarez; Joe Harris; Kevin Allen; Patrick Scheirer; Adam Carlisle; Jim Jordan; Brianna Grant
**Subject:** FW: Update from Audrey

---

**From:** Naomi Hudson
**Sent:** Tuesday, August 04, 2015 10:46 AM
**To:** Randy Babbitt (███); Mike Ryan; Mike Hafner (███); Mike Van de Ven
**Cc:** Gerry Anderson (███); Russell Mccrady; Christine Colling; Patricia Pope; Bob Hughes (███)
**Subject:** Update from Audrey

All,
I spoke with Audrey this morning; she returned from vacation yesterday. She told me of a recall petition that's going on; the petition is to recall all board members that voted to send the TA out for a vote. Although their minutes for the meeting that included that vote have not been approved or made available, "somebody" leaked the information regarding which board members voted which way. According to their by-laws, there is a process for a recall that calls for 50% +1 to sign the petition, if successful, the election committee with send out a vote. Again, it will take another 50% + 1 to recall the board member. Not an easy task, but doable.

There is pressure from the ranks to remove the <u>appointed</u> members from the negotiating team (Paul and Brandon); all other members were elected. A meeting of the board will be conducted next week (I believe) to discuss this topic. Audrey will fight to keep her team intact.

Later this month are membership meetings. TWU will be conducting surveys of the FA's, but they also have gathered mounds of information from their contract auction network (CAN—I believe) regarding comments they've heard. Audrey realizes there is a ton of work to do, and the process will not be swift.

She has committed to keeping me informed. I've requested a copy of their current by-laws and expect to receive them soon. Their by-laws are amendable every 2 years.
Thanks,
Naomi



**Diane L Clark**
17 hrs

200 buttons. Hit me up in BWI



CONFIDENTIAL DOCUMENT

SWA007358



EXHIBIT NO. 10

App.539



 **Jeanna Jackson**
21 hrs · Dallas, TX

Nasty little rumor going around that a cease and desist letter was sent out to stop recall ~ COMPLETELY FALSE! They are feeling the heat!

CONFIDENTIAL DOCUMENT

SWA007359

App.540

 **Jeanna Jackson**
August 2 at 1:13pm · Garland, TX

Your 556 Executive Board



**CONFIDENTIAL DOCUMENT**　　　　　　　　　　　　　　　　　　　　　　　　　　SWA007360

App.542


**Jeanna Jackson**
August 2 at 1:53pm

Updated Change.org petition with an updated pdf version of recall petition! BRILLIANT!



**Step One? Vote NO. Step two? Recall some of the Executive Board**

Our massive victory at the voting booth is just the first step to obtain the T.A. and the Contract we deserve. Please join the movement, print, sign and circulate this...

CHANGE.ORG

Petition Update

# Step One? Vote NO. Step two? Recall some of the Executive Board



**Greg Hofer**
San Anselmo, CA

Aug 2, 2015 — Our massive victory at the voting booth is just the first step to obtain the T.A. and the Contract we deserve.

CONFIDENTIAL DOCUMENT

SWA007361

Please join the movement, print, sign and circulate this non electronic petition to recall every 556 Executive Board Officer who voted to approve our T.A.

Removing Executive Board Officers will help ensure our next T.A. will actually be the one WE are proud to vote yes for.

If you would like me to E mail you a more easily printable petition, please send your request to hofergregory@gmail.com

--------------------------------------------

RECALL PETITION

I wish to recall the following members o f the Executive Board: President Audrey Stone, 1st Vice President Todd
Gage, 2nd Vice President Brett Nevarez, Recording Secretary Cuyler Thompson, Financial Secretary/Treasurer John Parrott, Board Member at Large Sam Wilkins, Board Member at Large Crystal Reven, DEBM Andrea Garnett,
DEBM Stacey Vavakas, DEBM David Jackson, DEBM Pamila Forte, DEBM Rachel Brownfield, DEBM Jimmy
West, DEBM Matt Hettich for the following violations:
Under the Transport Workers Union Local 556 Bylaws Objectives Article II (b)
(b) To establish through collective bargaining adequate wage standards and retirement benefits, shorter hours of work and improvements in the conditions of employment for the workers in the industry.
"By including language in the Tentative Agreement that would increase the scheduled duty day from 10.5 hours to 12
hours for Flight Attendants this clearly violates the provision and completely contradicts the language that
specifically states shorter hours of work."
Under the TWU International Constitution Article XIX Section 5
(a) Violation of any of the provisions of this Constitution, any collective bargaining agreement or working rule of the union;
(n) By act, omission or conduct prejudicing or damaging the interests and welfare of the International
Union or of his/her local Union.
For these reasons, I am requesting that the Board of Election under the supervision of the Department of Labor hold
a new election to replace the members listed above.
In signing, I understand I am not advocating for or against any particular officer or board member nor any future
candidate, instead recalling these officers and calling for a new election to be held. I am also aware that the recalled
officers do have the right and ability to run again should they choose to do so.
1._____ 2._____
3._____ 4._____

CONFIDENTIAL DOCUMENT                                                                                                     SWA007362



**Jeanna Jackson**
July 31 at 6:29pm

Meeting with DOL went great...she thinks we have a very strong case for Election Violations from the March 2015 Executive Board elections...investigation is not complete, Madam President will be interviewed with her attorney that is being paid for by Union dues at the end of August...other parties are being interviewed as well...she said the Recall Petition was written correctly and to keep obtaining signatures...we won't know outcome of investigation until October/November....I felt really good after the interview, she seemed very concerned with all of the fraudulent and corrupt things being done at 556...THEY ARE LISTENING TO US!!!



**MaryEllen Matter**
August 2 at 8:46am

# "You have to treat your employees like customers." —Herb Kelleher,

upon being asked his "secret to success"

Sources: Joe Nocera, NYT, "Parting Words of an Airline Pioneer," on the occasion of Herb Kelleher's retirement after 37 years at Southwest Airlines (SWA's pilots union took out a full-page ad in USA Today thanking HK for all he had done); across the way in Dallas, American Airlines' pilots were picketing AA's Annual Meeting)

CONFIDENTIAL DOCUMENT                                        SWA007363

**App.544**


July 31 at 10:06pm · Palm Bay, FL

My frustration continues to rise. At a special EB meeting today, a motion was made and seconded to remove the 2 appointed NT member. Todd Gage, who was running the meeting because Audrey wasn't present, called the motion out of order because it wasn't relevant to what the special meeting was called for. Although it is not uncommon for separate matters to be discussed once a meeting is called, he refused to let the motion go to a vote. I need to step back and chose my words wisely because currently they are filled with emotions, most of which aren't good and range from anger and frustration to disappointment and hopelessness. Sigh.

On August 10th our Executive Board will meet and this TA will I'm sure be addressed fully there. Right now we as a membership have the RIGHT and OBLIGATION to empower our elected representatives to stand strong for us. We deserve a complete revamp of our NT. We also need to have the two members that serve on BOTH the Negotiating Team and the Executive Board to recuse themselves from voting on revamping the negotiating team. We ALSO need them to insure that we will be a party to any information they will be using to justify what we as a membership want going forward. Wherever you stand on the recall we MUST help our elected EB stand strong. Contact your base rep INDIVIDUALLY and directly by email or phone as well as the board members at large. Do not let the 9916 voices get lost. Stay strong and unified.

CONFIDENTIAL DOCUMENT

SWA007364

App.545



**Jeanna Jackson**
August 1 at 11:00am

Just an FYI, please do not get Recall confused with Removal...two different things! Removal means officers removed and a line of succession is ordered...this is a Recall which FORCES A NEW ELECTION...THEY ARE ALLOWED TO RUN AGAIN ALONG WITH ANYONE ELSE WHO WANTS TO RUN AND IS ELIGIBLE!!!!

**ARTICLE X**
**RECALL OF OFFICER**

(a) A recall election shall be held if fifty (50%) percent plus one of the Membership in good standing sign, in person, a written petition demanding the recall of an Officer(s). Such petition must allege that the Officer has violated his/her obligations under the Local or International Constitution and specify the obligations which have been violated and the acts or omissions which constitute the violation. The above statement must be set forth on each page of the petition and the Members' employee number and date of signature accompany each signature. The Financial Secretary-Treasurer shall be responsible for validating the signatures on a recall petition and such signatures shall be considered valid up to one year from the date of signature. If the Financial Secretary-Treasurer is the subject of the petition, the Recording Secretary will validate the signatures. If the entire Board is the subject of the petition, an Officer assigned by the International Union will validate the signatures.

10

CONFIDENTIAL DOCUMENT

SWA007365

App.546

App.547

 **Lisa Dedina Contreras**
July 31 at 7:07pm

Just an FYI my husband works on the ramp in Phoenix he told me today that TSA has a new rule whenever you get your sida badge renewed (usually every 2 years) they will do a background check and fingerprints you the background check goes back 10 years, if you have a drug related or alcohol-related arrest you will be fired from Southwest Airlines. I saw The RBF regarding flight attendants getting those badges so anyone thinking of getting one just know they'll do a ten-year background check if you've ever had a DUI you'll be fired. Could there be a reason that Swa is offering us to get these badges???? I know a few friends who have gotten a dui in the past. Ramp agent got fired today



CONFIDENTIAL DOCUMENT                                                                                                         SWA007366

App.548



**Jeanna Jackson**
July 31 at 6:57pm

Got a call today from a concerned FA regarding Agency Fee Objectors "Opt Outers"...she warned me that there is a "faction of fa's" who are working against those of us with Recall Petitions claiming that I am an Opt Outer who is using fa's to do my dirty work...let me clarify: I did opt out in November 2013 but realized that I had lost my voice and vote and it bothered me so I chose to Opt back in during the month of July 2014...I paid the $100 fee that THIS CORRUPT EXECUTIVE BOARD took upon themselves to charge any person who chose to Opt back in...so I, Jeanna Jackson am a Member of TWU 556 in Good Standing...there are several Opt Outers who are carrying petitions, which is legal, they are collecting signatures, which is legal but they are not allowed to sign the petition unless they choose to pay the $100 fee and Opt back in....any questions?? GOI

CONFIDENTIAL DOCUMENT

SWA007367