# EXHIBIT OO

| | |
|---|---|
| **From:** | Denise Gutierrez |
| **Sent:** | Monday, April 10, 2017 4:20 PM CDT |
| **To:** | Julie OGrady |
| **Subject:** | FW: Facebook Posts by DAL F/A Jeanna Jackson |

**From:** Denise Gutierrez
**Sent:** Tuesday, April 04, 2017 4:47 PM
**To:** Tammi Feuling
**Cc:** Jamie Dotson; Chad Martin; Sonya Lacore; Tammy Shaffer; Mike Sims; Juan Suarez; Toni Hamilton
**Subject:** Facebook Posts by DAL F/A Jeanna Jackson

Good afternoon, everyone! As many of you know, we have received several Facebook posts from LAS Flight Attendants Audrey Stone and Rickie Spand alleging retaliation from several other Flight Attendants. After reviewing various Facebook posts that Audrey and Ricky provided, we have identified that Jenna Jackson's post could be considered retaliation (outlined below). Employee Relations does not need to talk to the Flight Attendant because the post speaks for itself.

Inflight leadership can address the individual as necessary (either through a fact-finding or maybe a conversation of what retaliation means). With regard to Jeanna, it will be important to know if she is referring to a matter that was investigated by Employee Relations. Below is the Facebook post made by Jeanna Jackson:

**Jeanna Jackson**

"Its pathetic that any union president turns in any member. In any union. Members are allowed to have a dissenting opinion from that of the Officers of the union"

Please meet with Jeanna to address this post and be sure you cover the following topics:

- If Jeanna is referring to one the complaints handled by Employee Relations, this statement could be considered retaliation because filing an ER complaint is protected activity.
- All employees, including union presidents, have the right to file a complaint under our harassment policy and should feel free do so without the fear of retaliation.

Once you have met with Jeanna please provide Employee Relations a summary of your conversation for our file. If you have any questions please do not hesitate to contact me.

Thank you!

**Denise Gutierrez**
**Employee Relations Senior Investigator**
**General Counsel**

[redacted]

2702 Love Field Dr.
Dallas, TX 75235

SWA007471

App.549