# EXHIBIT B

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHARLENE CARTER                    )
                                   ) CIVIL ACTION NO.
VS.                                ) 3:17-CV-02278-X
                                   )
SOUTHWEST AIRLINES CO., AND        )
TRANSPORT WORKERS UNION OF         )
AMERICA, LOCAL 556                 )

-------------------------------------

CONFIDENTIAL
VIDEOTAPED DEPOSITION OF
AUDREY STONE
NOVEMBER 24, 2020

-------------------------------------

ANSWERS AND DEPOSITION OF AUDREY STONE, produced as a witness at the instance of the Plaintiff, taken in the above-styled and -numbered cause on NOVEMBER 24, 2020, at 9:07 a.m., before CHARIS M. HENDRICK, a Certified Shorthand Reporter in and for the State of Texas, witness located at Gillespie Sanford LLP, 4803 Gaston Avenue, Dallas, Texas, pursuant to the Federal Rules of Civil Procedure, the current emergency order regarding the COVID-19 State of Disaster, and the provisions stated on the record or attached hereto.

Case 3:17-cv-02278-X Document 246-2 Filed 10/04/21 Page 3 of 4 PageID 6652
CONFIDENTIAL VIDEOTAPED DEPOSITION OF AUDREY STONE

Page 233

1    A.  No.  It was just to be there in support of
2  equal rights and civil rights and to carry the
3  enthusiasm from our members that week at the
4  meeting, you know, about wanting to support each
5  other and standing up for equality and what that
6  looks like.  It was -- it was -- you know, our goal
7  was just to -- to be there in solidarity with some
8  of the other union groups and leaders that were
9  there.
10   Q.  Did you understand that you personally
11 were there advocating for abortion in any way?
12   A.  No.
13   Q.  Did anybody else in the group from 556
14 indicate to you that they were there to advocate
15 for abortion?
16   A.  No.  And one of our members that was there
17 with us was visibly pregnant.
18   Q.  And you personally -- or do you consider
19 yourself to be an advocate for abortion?
20   A.  No.
21   Q.  What -- what is your view with respect to
22 abortion and reproductive rights?
23   A.  I am personally pro-life.  I don't believe
24 it's -- I don't believe that I could ever make a
25 decision to terminate a pregnancy.  However, I

Case 3:17-cv-02278-X Document 246-2 Filed 10/04/21 Page 4 of 4 PageID 6659
CONFIDENTIAL VIDEOTAPED DEPOSITION OF AUDREY STONE

Page 234

1 don't believe I or anyone else has the right to
2 make that decision for another woman. And -- and
3 my career before Southwest Airlines shifted that
4 for me. Because prior to that, I had been very
5 black and white on pro-life as the only option.
6    Q. What was your view before and what changed
7 it?
8    A. Before, I -- I felt like -- I felt like it
9 was -- it was -- was taking a baby's life; and that
10 that was wrong. That's how I was raised. That was
11 my religious belief as well. And then I went to
12 work for an outpatient child and adolescent mental
13 health clinic.
14         And in that capacity, I worked with
15 children and teenagers, as well as their parents.
16 And during my time there, two of the clients I
17 worked with, two of the children were the product
18 of an incestual rape. And after working with them
19 and their family, it shifted it and it was no
20 longer a black-and-white issue for me because I
21 didn't think anyone had the right to tell either of
22 those women that they had to carry those
23 pregnancies to term when it was a rape from a
24 brother or an uncle or anyone else.
25    Q. While you were at the march, did you see