# EXHIBIT C

SPRING 2018 ISSUE

TOGETHER:
ACCOMPLISHMENTS / PAGE 10

EDUCATION COMMITTEE:
EXPANSION / PAGE 15

# UNITY
THE MAGAZINE OF TWU LOCAL 556

UNION ELECTIONS
PARTICIPATION / PAGE 18

TWU LOCAL 556 · SPRING 2018



TWU 556 - 9515

EXHIBIT NO. 2

Resp. App.25



10 | TWU LOCAL 556

# THE STATE OF OUR UNION
## WE'VE ACCOMPLISHED GREAT THINGS

Since I took office as our President in June 2013, our Union Leadership has accomplished so much on behalf of our Flight Attendants. We have continued to raise the bar in the industry, as I'm continually reminded when I speak to other Leaders in the airline industry. Below isn't an exhaustive list of all that we have accomplished together, but highlights some of the work we can be most proud of that has been accomplished by many people working together for you.

### OUR TWU LOCAL 556 TEAM ACCOMPLISHED:

- Began Contract Negotiations on time, as scheduled, despite the changeover of the Lead Negotiator and Union turmoil;
- Turned the Union's finances around and replenished the Treasury, making it the strongest in our Local's history;
- Launched the first test of Satellite Bases, after almost twelve years of discussions with Southwest Airlines;
- Maintained and further improved the industry's best Flight Attendant Contract, including a raise following the amendable date that will put our top out pay at $63.30 per TFP/$73.43 per hour;
- Negotiated for important language in *Southwest: The Magazine* regarding unauthorized photos and/or videos of Crew Members onboard the aircraft;
- Obtained additional pay above what is in the Contract for Recurrent Training when the FAA increased our hours;
- Worked through years' worth of grievances, eliminating backlogs and brought our grievances to the most current place we've been in decades;
- Negotiated and secured dozens of contractual, precedent setting settlements that were real victories for our Flight Attendants;
- Pushed back against the Hospitality Flyer Program (HFP), which resulted in both a delay of the launch and a rewrite of the program for our Flight Attendants;
- Negotiated an increase in the new uniform allotment dollar amount for all uniformed Employees;
- Secured a long-term, cost savings lease for our Union Office and outfitted it through the purchase of TWU International furniture negotiated at a steep discount;
- Brought back Union-sponsored dinners for our New Hire Flight Attendants that includes SWA-donated beverages and transportation;
- Renegotiated the Aviation Safety Action Program (ASAP) to remove the ability for SWA to discipline a Flight Attendant if the report is accepted into the program;
- Launched the first ever "Official" TWU Local 556 Facebook Group to give our Flight Attendants an additional forum to communicate and have their questions answered;
- Worked with AFA-Council 57 on the final transition terms for the AirTran Flight Attendants and completed the single carrier certification;
- Brought back the Local's Procedures and Guidelines to keep the Executive Board on track and accountable;
- Created a Mobilization/Organizing Committee that moved our Union forward;
- Modernized our Grievance Database to take us into the future;

TWU 556 - 9524

Resp. App.26



UNITY | 11

- Incorporated a new phone system that integrates with the new Grievance Database;
- Increased our Union Office Staff from one to five non-Flight Attendant Employees to provide better service for our Members;
- Rebuilt a working relationship with SWA Leadership to better advocate for our Flight Attendants, while still holding Management accountable;
- Rebuilt the relationships with the other Unions on Southwest Airlines property with quarterly Labor and Negotiation Summits;
- Fought hard for Flight Attendants who had received discipline, resulting in a record number of settlements reached at the earlier Step 2 level;
- Expanded Union communication channels to bring more news to you, including the return of Live Broadcast and then Facebook Live;
- Modernized the dues collection process to catch up on past dues owed;
- Provided assistance to TWU International in helping to organize Virgin America and JetBlue Flight Attendants to strengthen our profession;
- Improved Emergency Sick Call Procedures (ESCP) protocols to address your concerns, including an enhanced joint Q&A document with Southwest Airlines;
- Created Irregular Operations (IROPS) procedures both within our Union and with Southwest Airlines;
- Pushed for Southwest Airlines to develop Crew Ops Support Desk to adress hotel room accomoddations and transportation during sold out situations;
- Held Grievance Summits where resolutions are reached quickly on your grievances in a more timely manner;
- Took our Flight Attendants to Wall Street to share the personal stories of our Members who are the *People Behind the Profits*;
- Introduced first Electronic Membership Meeting, allowing for one simulcast meeting in all ten domiciles;
- Created a comprehensive contractual Q&A document with Southwest Airlines that includes Letters of Agreement and Understanding.

Of course there are goals we didn't reach. Our biggest unfulfilled challenge is to bring greater Unity to our workgroup.

> **I pledge to fully support our newly elected Officers and Board Members in uniting all of our Members, and ask that you will, too.**

Thank you for taking time to read what's just a glimpse of the work that our Union has been done on your behalf. I will forever be proud of this list and the countless others not found here.

### YIPPEE KI-YAY AND I'LL SEE YOU ON LINE!



Audrey Stone is a Las Vegas-based Flight Attendant and serves as Madam President of TWU Local 556.
astone@twu556.org

**Resp. App.27**