UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>　　　　　　　Defendants. | Civil Case No. 3:17-cv-02278-X<br><br>**PLAINTIFF CHARLENE CARTER'S APPENDIX IN SUPPORT OF HER RESPONSE TO TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556'S MOTION FOR SUMMARY JUDGMENT** |

**APPENDIX OF EXHIBITS**

A.　Deposition Testimony of Charlene Carter ...................................................................App.1

B.　Deposition Testimony of Audrey Stone ......................................................................App.22

C.　TWU Local 556 Unity Magazine: State of the Union Message ................................App.29

D.　Local 556 Rule 30(b)(6) Deposition Testimony (Audrey Stone) ..............................App.32

E.　Deposition Testimony of Maureen Emlet ...................................................................App.39

F.　Email Correspondence Reporting Recall Supporters .................................................App.52

G.　Local 556 Email Correspondence ...............................................................................App.88

Dated: February 17, 2022　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/ Matthew B. Gilliam
　　　　　　　　　　　　　　　　　　Mathew B. Gilliam (*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　New York Bar No. 5005996
　　　　　　　　　　　　　　　　　　*mbg@nrtw.org*
　　　　　　　　　　　　　　　　　　c/o National Right to Work Legal Defense
　　　　　　　　　　　　　　　　　　Foundation, Inc.
　　　　　　　　　　　　　　　　　　8001 Braddock Road, Suite 600

1

Springfield, Virginia 22160
Tel: 703-321-8510
Fax: 703-321-9319

s/ Jason E. Winford (*with permission*)
David E. Watkins
Texas Bar No. 20922000
*dwatkins@jenkinswatkins.com*
Jason E. Winford
Texas Bar No. 00788693
*jwinford@jenkinswatkins.com*
JENKINS & WATKINS, P.C.
4300 MacArthur Avenue, Suite 165
Dallas, Texas 75209
Tel: 214-378-6675
Fax: 214-378-6680

*Attorneys for Plaintiff Charlene Carter*

Case 3:17-cv-02278-X   Document 226   Filed 02/17/22   Page 3 of 3   PageID 7907

## Certificate of Service

I hereby certify that on February 17, 2022, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Matthew B. Gilliam