# EXHIBIT B

CONFIDENTIAL VIDEOTAPED DEPOSITION OF AUDREY STONE

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

```
CHARLENE CARTER                    )
                                   ) CIVIL ACTION NO.
VS.                                ) 3:17-CV-02278-X
                                   )
SOUTHWEST AIRLINES CO., AND        )
TRANSPORT WORKERS UNION OF         )
AMERICA, LOCAL 556                 )
```

---

CONFIDENTIAL
VIDEOTAPED DEPOSITION OF
AUDREY STONE
NOVEMBER 24, 2020

---

ANSWERS AND DEPOSITION OF AUDREY STONE, produced as a witness at the instance of the Plaintiff, taken in the above-styled and -numbered cause on NOVEMBER 24, 2020, at 9:07 a.m., before CHARIS M. HENDRICK, a Certified Shorthand Reporter in and for the State of Texas, witness located at Gillespie Sanford LLP, 4803 Gaston Avenue, Dallas, Texas, pursuant to the Federal Rules of Civil Procedure, the current emergency order regarding the COVID-19 State of Disaster, and the provisions stated on the record or attached hereto.

Page 49

1 specifically addressing that.
2  Q. Okay. And did Southwest also have a, I
3 guess, sexual harassment and discrimination policy
4 at that time?
5  A. Yes.
6  Q. Okay. And do you know if any flight
7 attendants were getting called in because their
8 social media activity was alleged to have violated
9 that sexual harassment, discrimination policy?
10  A. Again, I don't recall that specifically.
11 Because all of my conversations that I was having
12 with Southwest leadership that I had just spoken to
13 were specific to the social media violations.
14  Q. Okay. Now, I want to go back a second.
15 You mentioned Brian Talburt. Who -- who was Brian
16 Talburt?
17  A. He's a Southwest Airlines flight
18 attendant.
19  Q. Okay. And he is still a Southwest flight
20 attendant?
21  A. Yes.
22  Q. Okay. And has he held any positions with
23 the union?
24  A. He's not held the elected positions. He
25 has held, I believe, positions helping the

Case 3:17-cv-02278-X Document 228-2 Filed 10/04/22 Page 4 of 8 PageID 6463
CONFIDENTIAL VIDEOTAPED DEPOSITION OF AUDREY STONE

Page 50

1 negotiating team. And I think the first one was
2 called pre- -- the precinct captain program, before
3 my time. And then we had our version of one at the
4 beginning of our negotiations -- was called the
5 contract action network. So he was one of our --
6 our flight attendants that was on that.
7     Q.  Okay.  And what is the contract action
8 network?
9     A.  They were flight attendants brought in
10 from all of the domiciles to meet with the
11 negotiating team and our strategic advisor and talk
12 about how best to educate our flight attendants.
13 Because we are a large work group spread out across
14 the country, what communication channels should we
15 be using to talk to them to direct people to
16 information about negotiations.
17          They would do what we would call
18 lounge mobilizations where we would have a
19 coordinated day, we would publicize it in advance
20 and let our members know that on this day, in all
21 domiciles, during these times, members of your
22 negotiating team, flight attendants on our contract
23 action network, would be in the lounges to answer
24 questions about negotiations, what was going on.
25          So they were an additional kind of

Case 3:17-cv-02278-X Document 248-2 Filed 10/04/21 Page 5 of 8 PageID 6063
CONFIDENTIAL VIDEOTAPED DEPOSITION OF AUDREY STONE

Page 51

1    bridge to help funnel communication and information
2    from the negotiating team to help dis- --
3    disseminate it to the membership.
4        Q.  Okay.  And did you call this CAN for sure
5    -- short?
6        A.  Yes.
7        Q.  And about how many flight attendants were
8    -- were involved in the contract action network?
9        A.  I -- initially, I believe we had two to
10   three per domicile; so 20-plus.  And then we -- we
11   had people, you know, sign up to be an additional
12   part of that.  I don't know what the total number
13   ended up being.
14       Q.  Okay.  And when -- when was Brian Talburt
15   part of the contract action network?
16       A.  I believe -- I believe we put that in
17   place in 2014.
18       Q.  Do you know if he's continuously been
19   involved with the contract action network?
20       A.  No, he hasn't.  We -- we -- the work with
21   contract action network ended in 2015.
22       Q.  Okay.  And why did that end in 2015?
23       A.  After the first tentative agreement
24   failed, that particular committee ended.
25       Q.  Okay.  And was -- was -- did -- did the --

Case 3:17-cv-02278-X Document 248-2 Filed 10/04/22 Page 6 of 8 PageID 6465
CONFIDENTIAL VIDEOTAPED DEPOSITION OF AUDREY STONE

Page 52

1   did anyone decide to end the contract action
2   network committee because it was deemed to be
3   unsuccessful in light of the -- the tentative --
4   tentative agreements' rejection?
5       A.  No, it wasn't that.  It was that we just
6   -- we -- we revamped everything.  Even our
7   negotiating team had a change of members.  We -- we
8   took a reset with everything related to bargaining
9   after that.  And that was related to our bargaining
10  agreement.
11      Q.  Okay.  And do you know when Brian Talburt
12  was a precinct captain?
13      A.  I don't.  That was before -- that program
14  was set up before I worked for Southwest.
15      Q.  Okay.  And do you know if Brian Talburt
16  held any other positions with the union?
17      A.  No.
18      Q.  No, he didn't; or, no, you don't --
19      A.  Well, not to my knowledge.
20      Q.  Okay.  And what -- what do you remember
21  about Brian Talburt's, I guess, social media
22  violation at that time, in 2015?
23      A.  He had had a converse -- there was, I
24  believe, a conversation about a flight attendant.
25  And he and another flight attendant were talking

Case 3:17-cv-02278-X Document 248-2 Filed 10/04/21 Page 7 of 8 PageID 6455
CONFIDENTIAL VIDEOTAPED DEPOSITION OF AUDREY STONE

Page 233

1     A.  No.  It was just to be there in support of
2  equal rights and civil rights and to carry the
3  enthusiasm from our members that week at the
4  meeting, you know, about wanting to support each
5  other and standing up for equality and what that
6  looks like.  It was -- it was -- you know, our goal
7  was just to -- to be there in solidarity with some
8  of the other union groups and leaders that were
9  there.
10    Q.  Did you understand that you personally
11 were there advocating for abortion in any way?
12    A.  No.
13    Q.  Did anybody else in the group from 556
14 indicate to you that they were there to advocate
15 for abortion?
16    A.  No.  And one of our members that was there
17 with us was visibly pregnant.
18    Q.  And you personally -- or do you consider
19 yourself to be an advocate for abortion?
20    A.  No.
21    Q.  What -- what is your view with respect to
22 abortion and reproductive rights?
23    A.  I am personally pro-life.  I don't believe
24 it's -- I don't believe that I could ever make a
25 decision to terminate a pregnancy.  However, I

Case 3:17-cv-02278-X Document 228-2 Filed 10/04/22 Page 8 of 8 PageID 6455
CONFIDENTIAL VIDEOTAPED DEPOSITION OF AUDREY STONE

Page 234

1 don't believe I or anyone else has the right to
2 make that decision for another woman. And -- and
3 my career before Southwest Airlines shifted that
4 for me. Because prior to that, I had been very
5 black and white on pro-life as the only option.
6     Q. What was your view before and what changed
7 it?
8     A. Before, I -- I felt like -- I felt like it
9 was -- it was -- was taking a baby's life; and that
10 that was wrong. That's how I was raised. That was
11 my religious belief as well. And then I went to
12 work for an outpatient child and adolescent mental
13 health clinic.
14     And in that capacity, I worked with
15 children and teenagers, as well as their parents.
16 And during my time there, two of the clients I
17 worked with, two of the children were the product
18 of an incestual rape. And after working with them
19 and their family, it shifted it and it was no
20 longer a black-and-white issue for me because I
21 didn't think anyone had the right to tell either of
22 those women that they had to carry those
23 pregnancies to term when it was a rape from a
24 brother or an uncle or anyone else.
25     Q. While you were at the march, did you see