# EXHIBIT F

| From: | Maureen Emlet |
| --- | --- |
| Sent: | Friday, February 24, 2017 7:39 AM CST |
| To: | Inflight Labor Relations Mailbox |
| Subject: | FW: Additional Information from PHX Flight Attendant Brian Talburt |
| Attachments: | Fwd.msg, Fwd.msg, Fwd.msg, Fwd.msg, Fwd.msg |

**From:** Julie OGrady
**Sent:** Thursday, February 23, 2017 9:10 AM
**To:** Maureen Emlet; Melissa Burdine; Carolene Goulbourne; Toni Hamilton
**Cc:** Deborah Edwards
**Subject:** Additional Information from PHX Flight Attendant Brian Talburt

Good Morning,

Deborah Edwards and I received the attached emails from Brian containing additional social media posts.  We can review this information and determine next steps.

Thanks,

Julie O'Grady, PHR
Employee Relations Senior Investigator
General Counsel
Southwest Airlines

CONFIDENTIAL DOCUMENT


EXHIBIT NO. 18

SWA005680

**Resp. App.52**

| From: | Maureen Emlet |
|---|---|
| Sent: | Friday, February 24, 2017 8:41 AM CST |
| To: | Tammy Shaffer |
| CC: | Brianna Grant |
| Subject: | FW: Additional Information from PHX Flight Attendant Brian Talburt |
| Attachments: | Fwd.msg, Fwd.msg, Fwd.msg, Fwd.msg, Fwd.msg |

Tammy,

These are more posts from Brian Talburt. I think he is going through all his archived files and digging up everything he can. ER is working with the Bases and Brian.

Reen

**From:** Julie OGrady
**Sent:** Thursday, February 23, 2017 9:10 AM
**To:** Maureen Emlet; Melissa Burdine; Carolene Goulbourne; Toni Hamilton
**Cc:** Deborah Edwards
**Subject:** Additional Information from PHX Flight Attendant Brian Talburt

Good Morning,

Deborah Edwards and I received the attached emails from Brian containing additional social media posts.  We can review this information and determine next steps.

Thanks,

Julie O'Grady, PHR
Employee Relations Senior Investigator
General Counsel
Southwest Airlines

███████████████████
███████████████████
███████████████
█████████████████████

CONFIDENTIAL DOCUMENT

**Resp. App.53**

| From: | Maureen Emlet |
|---|---|
| Sent: | Friday, February 24, 2017 4:53 PM CST |
| To: | Joe Hux; Brinkley Flanigan; Danielle Santiago; Brian Ridgeway; Carolene Goulbourne; Brett Salyer; Keith Rendone; Dave Kissman |
| Subject: | Fwd: Additional Information from PHX Flight Attendant Brian Talburt |
| Attachments: | Fwd.msg, ATT00001.htm, Fwd.msg, ATT00002.htm, Fwd.msg, ATT00003.htm, Fwd.msg, ATT00004.htm, Fwd.msg, ATT00005.htm |

Hey guys, pls see below. I'm not sure how this will influence your investigation.

Sent from my iPhone

Begin forwarded message:



**From:** "Julie OGrady ██████████████████████
**To:** "Maureen Emlet" ████████████████████>, "Melissa Burdine"
████████████████████, "Carolene Goulbourne"
███████████████████████, "Toni Hamilton" ██████████████████████████, "Edith
Barnett" ████████████████>
**Subject: FW: Additional Information from PHX Flight Attendant Brian Talburt**


Good Afternoon,

After doing some additional research on the information Brian forwarded to us on Wednesday, I did not see any additional information to investigate from an Employee Relations standpoint.  I found that some of the posts were previously brought forward to the Company and addressed.

Deborah is getting clarification from Brian to find out where he got the thread we are going to discuss with Flight Attendants ████████ and ████████.

Enjoy your weekend,

Julie O'Grady, PHR
Employee Relations Senior Investigator
General Counsel
Southwest Airlines
████████████████
████████████
████████████n

CONFIDENTIAL DOCUMENT

SWA004483

**Resp. App.54**

**From:** Julie OGrady
**Sent:** Thursday, February 23, 2017 9:10 AM
**To:** Maureen Emlet; Melissa Burdine; Carolene Goulbourne; Toni Hamilton
**Cc:** Deborah Edwards
**Subject:** Additional Information from PHX Flight Attendant Brian Talburt

Good Morning,

Deborah Edwards and I received the attached emails from Brian containing additional social media posts.  We can review this information and determine next steps.

Thanks,

Julie O'Grady, PHR
Employee Relations Senior Investigator
General Counsel
Southwest Airlines
██████████████
██████████
██████████
████████████

CONFIDENTIAL DOCUMENT

SWA004484

**Resp. App.55**

| From: | Maureen Emlet |
|---|---|
| Sent: | Monday, February 27, 2017 11:11 AM CST |
| To: | Inflight Labor Relations Mailbox |
| Subject: | FW: Inappropriate Social Media Posts at Multiple Bases |
| Attachments: | SS for Sam (2).docx |

**From:** Julie OGrady
**Sent:** Monday, February 27, 2017 11:02 AM
**To:** Tammi Feuling; Deborah Edwards; Ed Schneider; Carolene Goulbourne; Joe Hux
**Cc:** Maureen Emlet; Melissa Burdine; Edith Barnett; Toni Hamilton
**Subject:** Inappropriate Social Media Posts at Multiple Bases

Good Morning,

After review of the attached information, below are the names of the Flight Attendants, the time and date of their comments in 2014, and the comment they made on social media that could be perceived as retaliatory in nature.  The posts appear to be in regards to encouraging Flight Attendants to repost of a private message conversation between two Flight Attendants that contained a sexual comment referring to oral sex. Reposting messages related to the protected categories that are derogatory, negative, or sexual in nature would be a violations of the Company Policy Concerning Harassment, Sexual Harassment, Discrimination, & Retaliation.

I have attached the document containing the thread provided to Employee Relations.  At this time, I do not have the specific page or wall where this content was found.  I am working with Inflight Leadership, and we are in the process of trying to get this clarification.

Please work with Labor Relations and your HR Business Partner to address this matter.  Please let me know once you have addressed these comments, and I will add this information to our database.

Please contact me if you have any questions.

Please also note, the time and dates mentioned below that state "yesterday" or "23 hours" appear to be January 24, 2014.  There are also two names "Leesa Skygirl" and "Radar Lover" that are unknown at this time.

| Flight Attendant Name | Base | Time and Date | Comment on Social Media |
|---|---|---|---|
| Jeanna Jackson | DAL | January 21 at 3:15pm | Jeanna Jackson Do it! I will be all over that! perfect timing! |
| | | January 21 at 3:17pm | Jeanna Jackson During the TinaCoffee debacle over giving her password to people and then claiming she was hacked...this is ONE OF the derogatory comments made by miss priss sam willkins |

CONFIDENTIAL DOCUMENT

SWA006351

**Resp. App.56**

| | | | |
|---|---|---|---|
| | | January 22 at 7:35am | Jeanna Jackson Well, was it posted or did we decide not to? |
| | | January 22 at 12:00pm | Jeanna Jackson Charges don't work with them. We need to expose the skank for who she really is under all that hot air |
| | | January 22 at 10:47pm | Jeanna Jackson I say post it |
| Beverly Belanger | DAL | January 23 at 11:28am | Beverly Belanger Greg Hofer when do you plan to do this? I'm in just tell me when and where! |
| | | January 23 at 11:33am | Beverly Belanger I'm ready! |
| | | January 23 at 2:25pm | Beverly Belanger Shouldn't this be posted on one luv? People should know about this. |
| Miche Foley | DAL | January 21 at 3:17pm | Miche Foley I can like or say how despicable!! |
| Charlene Batts Carter | DEN | January 23 at 11:20am | Charlene Batts Carter Jeanna Jackson I agree....we need to expose each and everyone of them to their Hypocrisy....and Nastiness!! It starts from the top of the Food Chain too....Mr. McDaniel who is really good friends with SAM....HMMMMM the apple does not fall from the tree in TWU 556 |
| | | January 21 at 3:17pm | Molly Kearney I'm flying tonight, Greg, but later, when I get home I can get involved. |
| ▇▇▇▇ | OAK | Tuesday, January 21, 2014 | ▇▇▇ added photos.Perhaps I can post this on JUOO or One Luv, with Rick's name blacked out but I'm going to need a strong group of you commenting underneath my post, otherwise it will go now where. What say you all? |
| | | January 21 at 3:16pm | ▇▇▇ I'll need at least 10 commitments from you all. |
| | | January 21 at 3:19pm | ▇▇▇ That's right Molly. I forgot the back story, it was obtained by Chris Click who was thought to have hacked into Tina Coffee's account. Maybe we can't post it. |
| | | | I would also just black out Rick's name on the screen shot BEFORE I posted it. |
| | | January 23 at 11:32am | ▇▇▇ I'm going to post a "censored" version in about 5 minutes on JUOO. Please comment below the post. As you know the more comments the more hit counts each post gets. |
| | | January 23 at 11:45am | ▇▇▇ It's posted on JUOO. |

SWA006352

**Resp. App.57**

| | | | |
|---|---|---|---|
| | | | It's posted on JUOO. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | January 23 at 3:34pm | I plan to share it on One Luv tomorrow but I'm waiting to allow people to come to JUOO first and see all the other GREAT info we have posted there. |
| | | January 24 at 8:26am | Great job on JUOO everyone. WE DID GOOD TODAY. Please be prepared to counter some of the haters should they attempt to step in. |
| | | Yesterday at 1:48pm (appears to be January 24) | Will post later tonight (Saturday) unless someone wants to post it first. We need to expose there dysfunction as a team. We can do this, just like they did it. |
| | | Yesterday at 1:49pm (appears to be January 24) | Remember, don't post that screen shot above, use the censored one on JUOO. |
| Molly Kearney | PHX | January 21 at 3:16pm | Molly Kearney What is the back story to the screen shot? |
| | | January 22 at 7:50am | Stacey Wise It should sooooo be posted, shows her true colors. The followers on CONfusion worship her, it's sickening, she needs to be exposed as the fraud that she is. |
| | | January 23 at 11:33am | Stacey Wise I'll help out! |
| | BWI | January 21 at 4:16pm | Ok by me. No back story. Totally unsolicited Not aware of what, if any, punishment was given. |
| | | January 21 at 5:03pm | post the compensation stuff on JUOI if u want. Is do it but flying tonite. Thanks |

**CONFIDENTIAL DOCUMENT**

| | | | |
|---|---|---|---|
| | | January 22 at 12:01pm | ████ Agree Jeanna Jackson! |
| | | January 22 at 12:23pm | ████ I did. Read my earlier post. Was told "the matter has been investigated and closed". When asked what was done, I was told they couldn't disclose that info. I'm guessing nothing. |
| | | 23 hours ago (appears to be around January 24) | ████ Kent Hand, because I don't want my name associated with this act nor the woman who said it. |
| | | 23 hours ago (appears to be around January 24) | ████ Leesa Skygirl, Boo! Really wish you hadn't posted the un censored one. Can you go in and delete your post, please? |
| Mike Casper | LAS | January 23 at 12:12pm | Mike Casper and I revealed her name. |
| | | January 23 at 12:23pm | Mike Casper we cannot get in trouble for telling the truth. I'm tired of pussyfooting around revealing names of perps. it's her deal to handle, not mine. hers. |
| Radar Love | ? | January 23 at 1:45pm | Radar Love I have to wonder what good this is going to do in the JUOO group....Wouldn't it serve a bigger purpose in One Luv? |
| | | January 24 at 5:00pm | Radar Love Weren't you going to post on one luv today? |
| Leesa Skygirl | ? | January 21 at 3:23pm | Leesa Skygirl I'm in! |
| | | 23 hours ago (appears to be around January 24) | Leesa Skygirl posted uncensored |
| | | 23 hours ago (appears to be around January 24) | Leesa Skygirl It's deleted but I'm not in on this |

Thank you,

Julie O'Grady, PHR
Employee Relations Senior Investigator
General Counsel
Southwest Airlines

████████████████
████████████████
████████████████
████████████████

SWA006354

Resp. App.59

| From: | Maureen Emlet |
|---|---|
| Sent: | Friday, October 20, 2017 2:58 PM CDT |
| To: | Brianna Grant |
| Subject: | ███ Facebook |
| Attachments: | ███ Most Recent Facebook Posts.docx, FW Inappropriate Social Media Posts at Multiple Bases.msg, SS Chris Kuchi.docx, SS Kuchi 2.docx, SS Kuchi 3.docx, SS Kuchi 4.docx |

Hey Bri,

I couldn't find much with ███ name on it, but I am happy to keep looking if you like. I did take screenshots of his most recent posts, and I think there is an interesting pattern of trying to milk the Company for money and topple the Union. Do you want me to dig deeper?

Reen

**Maureen Emlet**
Manager
Labor Relations
████



**Southwest.**

CONFIDENTIALITY NOTICE
NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message from your system. Thank you.


EXHIBIT NO. 19

**CONFIDENTIAL DOCUMENT**

SWA006322

**Resp. App.60**

| From: | Mike Sims |
|---|---|
| Sent: | Monday, March 27, 2017 10:41 AM CDT |
| To: | Tammy Shaffer |
| CC: | Inflight Labor Relations-DG |
| Subject: | Jeanna Jackson Letter |

Tammy:

I received this yesterday from PHX F/A Brian Talburt. For the file.

**From: Brian** ████████████
**Sent:** Sunday, March 26, 2017 4:54 AM
**To:** Mike Sims
**Subject:** JJ Letter

Here is here latest attempt. Having surrogates contact people to send this email to on her behalf. Funny I didn't realize how much she loved Thom. :) She was yapping her gums 15 years ago about McNasty and his clan which may have included you at that time? Not exactly sure when she began. But sweet how wonderful everything was and how wonderful our corrupt union was before Audrey.

**From: Jeanna Jackson** ████████████>
**Date:** March 25, 2017 at 8:12:23 PM EDT
**To** ████████████▪████████████
**Subject: Heartfelt Message from a Fellow Flight Attendant**

Fellow Flight Attendants and Members of TWU Local 556:

I wanted to take a moment to share with you the history behind the Recall Petition that began in August 2015.

Many believe I started this petition due to a personal vendetta or grudge against the parties listed in the petition.  While I will admit that I was very disappointed and disillusioned with the way Audrey Stone and her Board were put in office in 2013, I made a commitment to myself to try and support my Union and it's leaders as I had for the previous 26 years as a Member of 556.  I reached out to the officers with congratulations and an offer of good will to do anything in my power to help us get a good contract.  My emails fell on deaf ears.  I went to meetings, I read every article or newsletter put out by the Union and tried to stay involved.  Then in 2015 my duly elected Domicile Exec. Board Member, BR Ricks, was illegally kicked off the board to which he was elected by a large margin.   It was due to a "rule" that had never been enforced on any other member of the Board and was unjustly used to kick him off.  He had proven his Dallas residency with 3 different forms of proof but was removed from his position anyway.  It took 5 months for the Appeal to International to work its way thru the system but he was finally reinstated as the elected DEBM for Dallas.  This of course was AFTER the EB voted to send the first TA to the Membership in which we voted it down by a whopping 9,916 NO VOTES.   In that time, I asked Audrey Stone to her face in the Dallas lounge why BR Ricks was kicked off the Board and she lied to my face by telling me that he had not proven his Dallas residency when I knew for a fact that he had.  That was when I

**CONFIDENTIAL DOCUMENT**

SWA006552



**Resp. App. 61**

knew this Membership was in trouble, when a President of the 2nd largest chapter in TWU could lie to a Member without batting an eye.

I began the Recall petition after it was proven that this Board would not resign as they should have after a whopping failure of a TA Vote.  We begged and pleaded for them to resign yet they ignored the Membership again.  I researched every single avenue available to us as a Membership to force them to resign and was left with the Recall.  I created the petition, had it approved by a Dept. of Labor Investigator and a labor attorney.  It was not created on a whim…it was well thought out and applied.  At first I was ignored and referred to as an angry old burnt out flight attendant.  Then I was laughed at and referred to as a crazy Dallas flight attendant yet with every stupid thing this Board did my phone and email would light up like crazy with flight attendants wanting to sign the petition.  Some of those stupid things are:

1.  Failing to honor the Will of this Membership by resigning as is normal custom for huge losses.
2.  The bleeding of our hard earned dues on worthless surveys, childish campaigns "Sign Now Gary" when there was no contract to sign, the Digital Media Training (training FA's how to bully people on FB) and the Precinct Captain Training (teaching FA's how to sell us a crappy TA) and thousands of dollars spent on the NT House in Dallas where the Negotiating Team was supposed to stay in order to save money yet some Members chose to stay at a hotel instead, all on our dime.
3.  Lack of grievances being filed when Members were harmed by management.
4.  Failure to do anything constructive for the 2,000 former A/T FA's regarding the point conversion (Audrey would not even pull the former AFA president in order to attend the meeting in Dallas).
5.  The Long Beach Inaugural Flight where members of the Digital Media Team were pulled with pay and paid to fly on our inaugural flights from OAK – LGB and pass out cocktail napkins to our passengers.  We even paid for full fare tickets for these FA's to fly as revenue pax instead of non revenue.
6.  Let's not forget the President and EB's virtual disappearance during the epic Meltdown of July 2016 where thousands of flight attendants were stranded for days without hotel rooms and unable to get home.
7.  The snow storm debacle where yet again, flight attendants were left without hotel rooms after we were promised this would never happen again.
8.  The Secret Shopper program that was almost launched on March 1 had it not been for the abundance of complaints from FA's to upper management about it being bad idea.  556 claims they filed a grievance but nothing has happened as of yet.  They claim they filed a grievance over the July 16 IT Meltdown as well yet nothing has been done on that situation either.
9.  The 10 day Emergency Sick Call Procedure that was implemented during Spring Break and continued for several days after the operation had smoothed out and Reserves were left at home while line holders were rerouted unnecessarily.  No grievance to be filed on this debacle either.

CONFIDENTIAL DOCUMENT

**Resp. App.62**

My point with all of these issues is to show that this Recall is NOT PERSONAL, IT'S BUSINESS. This EB controls our livelihoods and our careers and they do nothing whatsoever to make it better. They do nothing to stop the constant contract violations we as flight attendants are subject to more often than not. They file no grievances to fight injustices that flight attendants are subjected to on a daily basis. They are taking our dues (even raising our dues) yet we get no return on our investment in TWU Local 556!

I am just a Flight Attendant who chose this great airline back in 1987 at the ripe old age of 21 to try out flying for a few years. 30 years later I cannot imagine doing anything else. My point is we used to have a strong and united Union leadership that represented this great group of flight attendants on anything and everything. Sadly the decline began in 2013/2014. I remember when we were the most respected Union on property at this airline, everyone wanted OUR union leadership because they fought FOR US and not AGAINST US.

Please consider signing this all important Recall petition. It is not too late for new signatures from those who have never signed. Please join the fight to get Union representation that works for us and not against us. We deserve better from our union leadership. We deliver safe fantastic customer service and we deserve to be treated with respect.

Please put the stories of what you have heard about Me, the Messenger, aside and focus on what we are trying to achieve….UNION REPRESENTATION LIKE IT'S SUPPOSED TO BE!!

Feel free to call or email me any time if you have questions. We have a very short time to get any additional signatures before the next step is taken to have a Recall Election.

If you have any questions or you need anything confirmed, I can be reached at ████████ or ████████████████

In Unity and with Luv,
Jeanna Jackson
████████████

CONFIDENTIAL DOCUMENT

SWA006554

**Resp. App.63**

| From: | Inflight Labor Relations Mailbox |
|---|---|
| Sent: | Tuesday, December 19, 2017 2:41 PM CST |
| To: | Inflight Labor Relations-DG |
| Subject: | Jeanna Jackson TWU Trial |

# Trial Notification

by Cuyler Thompson | Nov 20, 2017 | News, Pinned, Union Business

*UPDATED December 3: In accordance with the TWU International Constitution, the TWU Local 556 Executive Board has granted Member Jeanna Jackson's request for postponement of her Trial. The trial has been rescheduled to begin at 0900 on Thursday, January 18 in Dallas, Texas.*

During the November 2017 TWU Local 556 Executive Board Meeting, the Executive Board reviewed charges which allege that Member Jeanna Jackson has violated the TWU International Constitution, the TWU Local 556 Bylaws and/or engaged in conduct unbecoming a Member of our Union. The Executive Board has examined the charges and found them to be proper, requiring that a trial be held. Sister Jackson has been suspended from her elected position as a Shop Steward, pending trial.

Per Article XX of the TWU International Constitution, the Executive Board has chosen three TWU Local 556 Members to serve on the Trial Committee. Three Alternate Trial Committee Members were also chosen. The trial is scheduled to begin at 0900 on Thursday, December 14 in Dallas, Texas.

Sincerely and fraternally,
Cuyler Thompson
Recording Secretary
Transport Workers Union Local 556

CONFIDENTIAL DOCUMENT

**Resp. App.64**

| From: | Sue Ann Chaffin |
|---|---|
| Sent: | Tuesday, November 28, 2017 3:41 PM CST |
| To: | Inflight Labor Relations-DG |
| Subject: | Jeanna Jackson |

 

# Trial Notification

by Cuyler Thompson | Nov 20, 2017 | News, Pinned, Union Business

During the November 2017 TWU Local 556 Executive Board Meeting, the Executive Board reviewed charges which allege that Member Jeanr violated the TWU International Constitution, the TWU Local 556 Bylaws and/or engaged in conduct unbecoming a Member of our Union. The has examined the charges and found them to be proper, requiring that a trial be held. Sister Jackson has been suspended from her elected Steward, pending trial.

Per Article XX of the TWU International Constitution, the Executive Board has chosen three TWU Local 556 Members to serve on the Trial Co Alternate Trial Committee Members were also chosen. The trial is scheduled to begin at 0900 on Thursday, December 14 in Dallas, Texas.

Sincerely and fraternally,

Cuyler Thompson
Recording Secretary
Transport Workers Union Local 556

Sue Ann Chaffin
Labor Relations Specialist
Inflight Services

Resp. App.65

**From:**   Brian ███████████████
**Sent:**   Thursday, February 23, 2017 10:46 AM
**To:**    ████████████████; ████████████
**Cc:**          Audrey Stone
**Subject:**   Fwd: Recall being careful

---

Julie,

As a follow up to our conversation yesterday I am including the following recent post. A further example of the public encouragement and endorsement of retaliatory practices of Jeanna Jackson and company.

Sincerely,

Brian Talburt

-----Original Message-
From: Edgel Ma ███████████████████
To: Brian Talburt ████████████
Sent: Thu, Feb 23, 2017 7:08 am
Subject: Recall being careful



**Jeanna Jackson** ▶ TWU 556 TA 2.0
58 mins ·

This Recall is happening, it's real and it's valid...if it wasn't then all of the anti recall people would not be fighting so hard to discredit the Recall or ANY/ALL of it's supporters...

From here on out, please be careful what you post. The usual suspects are on the hunt to get anyone and everyone in trouble with the principal's office.

There are tattle tales on every group page who like to keep the pot stirred so just please be mindful of the rules...no names, initials, no name calling...we are ALLOWED TO HAVE A DISSENTING OPINION from those who are in office at 556...that is a fact.

I will continue to only post facts that have been confirmed and can be backed up....

Come at me as you will but I/WE have truth on our side...

Feel free to PM or text me any information you deem important...

This Recall IS Happening!

👍 Like          💬 Comment

👍❤️ 9

Write a comment...          Post

2

| | |
|---|---|
| **From:** | Deborah Edwards ███████████████ |
| **Sent:** | Thursday, February 23, 2017 1:52 PM |
| **To:** | Brian; Julie OGrady |
| **Cc:** | Audrey Stone |
| **Subject:** | RE: Recall being carefu |

---

Thank you for sending these to us, Brian.
We will look into it and let you know if we have any questions.

**Deborah Edwards**
Base Mgr PHX Inflight
███████████████



**From:** Brian ███████████████
**Sent:** Thursday, February 23, 2017 8:46 AM
**To:** Jul  OGrad   Deb rah Edwards ███████████
**Cc:** ███████████ astone@twu556.org
**Subject:** Fwd: Recall being careful

Julie,

As a follow up to our conversation yesterday I am including the following recent post. A further example of the public encouragement and endorsement of retaliatory practices of Jeanna Jackson and company.

Sincerely,

Brian Talburt

-----Original Message-
From: Edgel Maynard ███████████████
To: Brian Talburt ███████████
Sent: Thu, Feb 23, 2017 7:08 am
Subject: Recall being careful

| **From:** | Brian ████████████ |
| **Sent:** | Sunday, February 26, 2017 3:22 PM |
| **To:** | |
| **Cc:** | ██████████████████; Audrey Stone |
| **Subject:** | Fwd: When does it stop? Cont. |

Julie,

The below was copied from SWA own internal policies. I am confident you are familiar with the contents as am I. We spoke last week re previous allegations made by me involving "retaliation" which is an offense up to and including termination. As previously mentioned this workplace harassment and now retaliation has continued for years. As you are also no doubt aware it is always attempted to somehow be linked by the perpetrators as the "union" thus somehow removing themselves from the below policies.  SW appears to be reluctant to involve itself in "union" activity, selectively however. Years of this activity has gone mostly unreported officially. I/we have addressed issues on occasion to only have no relief or reprieve. Several of the many issues  where I have been the subject of their targeting include.

1. A pic posted of me so that "everyone" could see who I was. Sadly the pic on an anonymous page included my then 12 year old daughter. I asked one of the known participants on this page to remove it and was mocked and clowned for this.

2. My personal payroll report (from blocked screen) was discussed while working on special project for SWA at HDQ. I was paid what SW committed to paying me. This was posted and widely discussed on a social media site. I naively contacted the perpetrator personally and was turned in for "harassing and threatening" him. I requested a meeting with the individual and was denied by him. He received no form of discipline for the public disclosure of my private information on a public site. For years after this posting I was ridiculed and harassed on public pages for receiving the payment suggested and promised by SWA for working on special projects. Jeanna Jackson was an active participant. I requested intervention and relief from Senior Leaders and received neither.

3. Widely believed the same person, last year posted a 29 year old pic of me taken while DHing and reading the newspaper. This was posted with no reference to the date of the situation with a caption reading "Lazy ass for 30 years".

4. Unbeknownst  to me my pic was taken while volunteering to "get out the vote" effort in the PHX lounge. It was taken by a PHX FA, txted to a BWI FA and posted on a public FB page of 1000's of people accusing me of "voter intimidation and coercion".  My message was simply VOTE as witnessed by anyone present on that day. This was reported to a senior leader and was told "nothing could be done". My unauthorized pic posted and my character targeted yet "nothing could be done".

5. After being completely and unjustly "terminated" for 3 days, reduced and reluctantly accepting an unjustified 30 day suspension I was frequently a target of late night  FB activity. One one occasion while serving on the design committee for the 737 Max galley, I was targeted by Ms. Jackson for my role on such a

**Resp. App.69**

committee. Further it was stated on a public page how SHE personally was informed by then VP Mike Hafner I would never be serving on another "committee for SWA. Ielected to remain out of any group pictures taken as a means of keeping my name out of the important work we were doing so as to not damage the team or the company from her never ending attacks.

This has gone on for YEARS. Much has been reported by others including a seriously DISABLED at the time, Bill Holcolmb that was a target of bullying and lies on  a public venue. This WAS reported and CLEARLY in violation of SW policy and likely Federal law. NOTHING was done.

The above is a small snapshot of mostly unreported incidents . I am ONE individual of dozens that have been a target of Ms. Jackson and her Klan.

I have remained silent, I will no longer. I recently submitted a report of workplace retaliation. I have no knowledge of the progress of this "investigation" but the attached shows yet another level of retaliation for that report and likely others as well. We followed the direction of SWA and are now being targeted for persecution by the same individual that has been investigated. I again ask "when does it stop"? I now question whether or not SWA may be a coconspirator for its lack of action? In the past I never would have allowed my  mind to go there but after scores of situations reported by many others always involving the same individual or small group of individuals, one must wonder if the destabilization of our Union may be in the best interest of SWA??   Enough is enough and it is time. I will no longer remain silent and I will no longer allow SWA inactivity to allow me or others to be targeted by this individual with or without the blind eye turned by SW leadership.

Respectfully,


Brian Talburt


As a reminder, bullying is defined as malicious, unwelcome and severe mistreatment that harms, intimidates, offends, degrades, or humiliates an Employee or specific group of Employees. Bullying behaviors can be verbal, physical, or exclusion-type, and now, with the most recent update to Guidelines for Employees, also include cyber bullying.

Concerns regarding use of social media in a manner that violates the Social Media Policy should be reported to SocialMediaPolicy-DG@wnco.com. If you believe social media is being used in a manner that violates the Policy Concerning Harassment, Sexual Harassment, Discrimination & Retaliation, refer to that policy for reporting procedures. Southwest prohibits taking adverse action against any Employee for reporting a possible violation of the Social Media Policy or for cooperating in an investigation. Any Employee who retaliates against another Employee for reporting a possible violation of the Social Media Policy or for cooperating in an investigation will be subject to disciplinary action up to and including termination of employment.



**Jeanna Jackson**
1 hr

Just a thought regarding social media, our own beliefs and this EB in charge of 556. We are getting close to Recalling them so what are they doing? Fighting us and fighting DIRTY! I want to implore everyone on here and other groups to please refrain from posting anywhere any type of words or thoughts that could even be perceived as a threat or bullying action...there are those (and we all know who the multiple offenders are) that will run to Mommy and tattletale that they were being bullied simply because their facts were corrected or their opinions where debated or they were flat out disagreed with. Our EB seems to have forgotten that we do have a right to have a DISSENTING OPINION FROM OUR UNION, as per our Bylaws and they cannot control what we do or think! As a matter of fact, the last time I checked, the UNION WORKS FOR US or is supposed to.

In the end, we all need to remember we are flight attendants for a great airline and we have a pretty good job here, not perfect, but pretty damn good. Keep it professional, keep it factual and pray harder than you have ever prayed in your life that we get a fair judge that has never heard of TWU International or has never been paid by them...I truly feel the judge in our case is the only roadblock in our way to TOTAL RECALL OF 556!!!!

👍 19                                                7 Comments

👍 Like                          💬 Comment



Resp. App.71



**Deborah Williams**
It will all catch up with them when they least expect it...they must be feeling the heat....Turn it up!!! Good always wins over evil!!!

1 hour ago · Like · 👍 4 · Reply

**Joseph Campbell**
Good advice. Please refrain from posting in groups where you know there to be individuals planted there to do you harm. I've caught numerous undercover rats taking snap shots of posts in order to use them later against members in discipline or Union charges. I know you believe that you are protected under the First Amendment, however they will still put you through the hassle and stress of defending yourself and your job.

49 minutes ago · Like · 👍 3 · Reply

> **Jeanna Jackson**
> Exactly Joe
> 2 minutes ago · Like · Reply

> Write a reply...

**Miche Foley Hill**
That's why it's so important to recall these people, so they can't move on to international!  They would make our lives even more unbearable!

3 minutes ago · Like · 👍 1 · Reply

**Jeanna Jackson**
Amen Ms **Miche Foley Hill**

1 minute ago · Like · 👍 1 · Reply

Write a comment...     Post

| | |
|---|---|
| **From:** | Brian ████████████ |
| **Sent:** | Wednesday, March 01, 2017 7:33 AM |
| **To:** | ████████████████ |
| **Cc:** | Audrey Stone |
| **Subject:** | When does it stop? Cont. |

Folks,

I am not sure exactly which leaders I am to be directing this to as Julie asked my last correspondence be directed to "leaders" as I thought she was the appropriate person. I am confident that she/you all are overwhelmed with this type of thing but it is important, timely and relevant.

It would appear someone is scheduled for a FF meeting and further evidence of retaliation and division of our workgroup caused by a very small select group. In this screen shot of yesterday once again it is the "union" where the finger is pointed and its officers. If I may be so bold as to suggest that my complaint of retaliation were to be the trigger of this investigation I am one of scores of individuals, not Audrey Stone or any of the other 11 Union officials that are currently the target of her campaign that has continued for 15 years, rather an employee that is entitled to protection of my employer. I am not a Union "minion" rather a hard working employee of Southwest Airlines that has shown intense loyalty to my Company and Union for 35 years. This will NEVER stop with this person. It has gone on non stop for 15 years and even with an apparent threat of discipline , it continues and in a very public venue. We can only imagine what is being discussed and plotted behind closed doors as evidenced by the past intel I have provided as illustration for this very purpose. While our "Union" may be the current target of her smear campaign, the target has been many people including myself over this time, again as evidenced by the previous screen shots. This person becomes more bold and more empowered with each and every "investigation" that has occurred on her behalf in the past and will so in the future.

When does it stop? Who does she know? Why is she been protected all these years?

Respectfully,

Brian Talburt

-----Original Messag
From: Brian Talburt ████████████
To:████████████████████
Sent: Wed, Mar 1, 2017 5:10 am

Sent from my iPhone

**Resp. App.73**





| From: | Mike Sims < ██████████████████ |
|---|---|
| Sent: | Tues   , May 16, 2017 9:30 AM |
| To | Brian; Sonya Lacore |
| Cc: | <████████████; Audrey Stone |
| Subject: | RE: When does it stop? Cont... |

---

Thank you, Brian.  We will review your concerns.

Take care,

Mike Sims

**From:** Brian ██████████████
**Sent:** Monday, May 15, 2017 7:34 PM
**To:** Mike Sims; Sonya Lacore
**Cc:** ██████████████   president@twu556.org
**Subject:** When does it stop? Cont...

Mike,

I am  including a variety of recent FB posts from Jeanna Jackson. I frankly am amazed at the boldness of this person to continue uninterrupted on her never ending assault on both our company and union in spite of consecutive 30 day suspensions for her behavior. I have to say I am further amazed and disappointed in the responsiveness to the vast array of postings and violations committed by this person, yet  she is still employed. I have never seen such reckless behavior without fear of consequences and quite frankly I attribute the  tepid responsiveness of SW to have further emboldened this person.

In the attached screen shots posted in the past week and a half I find them troublesome for a number of reasons.

1. Jeanna has now appointed herself the point person of our Union. She has reached out to new flight attendants and most recently stalked FB pages of not yet trained FAs in order to influence these unsuspecting people. What type of message does this send to these not yet employees about not only our Union but more importantly our company. After her post was made on this private page, that she infiltrated, you can see a comment by one of the classmates stating "this bitch infiltrated our page". How does this reflect upon these trainees?

2 In other screen shots she (as the  self appointed go to person) is bringing into question the validity of the data provided by SWA re sick leave numbers suggesting they are inflated and it is SW mismanagement that is the root cause of the ESCP. You are I are both quite familiar with the data as well as the serious attendance issues the company faces.

I am including a portion of the recently updated Social Media Policy that I am sure you are quite familiar.

Social media communications that do not specifically reference or mention Southwest Airlines can, depending on the content of the communications, negatively impact Southwest Airlines, its Employees, and/or its Customers. For that reason, certain social media content that in any way is later related to Southwest Airlines, reflects poorly upon Southwest Airlines, and/or impacts the workplace, is a violation of this policy and may result in discipline, up to and including termination. EXAMPLES OF PROHIBITED SOCIAL MEDIA CONTENT INCLUDE, BUT ARE NOT LIMITED TO, THE FOLLOWING: ● Content that may be viewed as untrue, disrespectful, malicious, obscene, violent, harassing, bullying, defamatory, threatening, lewd, intimidating, discriminatory, or retaliatory; ● Content that may be viewed as damaging Southwest Airlines' public perception;

Clearly she has presented "Untrue" information.
Clearly she has damaged the perception of SWA to a great many followers, now including not yet even new hires.

Clearly she is not misrepresenting herself as some type of "official spokesperson" to not yet hired employees.

Mike this has been a 15 year odyssey with this person. This is nothing new BUT the years of inactivity by SWA has only increased the frequency and the viciousness of the attacks on both the union and company. 2 years ago I dismissed her as an irrelevant loudmouth malcontent. It has sadly become increasingly obvious of 2 points. One being that she is no longer irrelevant and a fair amount of people now consider her to be a combination of a hero and martyr for not only standing up to the Union but withstanding the recent discipline she has received. The second being that she will not stop and must be stopped.

When is enough, enough and how much longer and how many more people will be influenced by this person before you put a stop to this madness? As I recently reminded you, some 5 years ago I asked how long will you allow a certain character to terrorize employees before you do something about it?  We are still waiting for permanent action to be taken.

Regards,

Brian Talburt



**FROM NOTIFICATIONS**

**Jeanna Jackson**
4 mins · Talty, TX

According to our former 556 president and current international vp, our ESCP (like the rest of our contract) is "gray" but "gray" in OUR favor. The reason this weak and ineffective Executive Board will not grieve the abuse we are receiving over ESCP is because He, the former 556 Pres is afraid an arbitrator will rule in company's favor by saying "ok SWA, you can declare ESCP IF 15% of your Flight Attendants call in sick"

This is ridiculous in and of itself.

We need actual numbers of actual sick calls that aren't all lumped in together. For instance, the company includes work comp pulls, family death pulls, personal leave of absence pulls and those already on medical leaves in their daily sick call totals. Plus if a FA calls in sick for a 3 day trip, they count that as 3 sick calls instead of 1. Somethings just don't add up

Imho we roll the dice and take our chances with an arbitrator who will see through the funny math that's being used to staff our notoriously understaffed work group and stop the madness

👍 2

👍 Like          💬 Comment





| | |
|---|---|
| **From:** | Brian ██████████ |
| **Sent:** | Sunday, July 02, 2017 7:56 PM |
| **To:** | ███████████████████ |
| **Cc:** | ██████████████  ████████████  Audrey Stone; ███████████ |
| **Subject:** | When does it end?? Cont... |

---

Mike and Julie,

   I was yesterday made aware of a series of posts/txts that were sent to, what I am told, numerous people. I have the documentation from one person that received this txt, believed to be a "friendly" so one can only assume that many more within this group received the same or similar text message I fwd this to you for several reasons. One to go on record to SWA that I had nothing to do with this. I am confident this has been turned into SW in the past suggesting that I was the author. I can further assume that it could not be verified as me to I received no notice of this. The txts that were were sent above can and will be verified by the recipient and today it was disclosed to me by another 3rd party that they too were advised I had posted these. This is clearly indicated in the included screen shots of personal texts. This is  evidence of continued workplace harassment, creating a hostile work environment, providing misinformation and likely continued retaliation by this individual That is a closed book for which I received what was considered reasonable discipline.  That should have been an end to this story and the continued references of this is clearly retaliatory She clearly is referencing my past "challenges" while referencing  "my talk".  As I  once indicated to you Mike , I was informed that a group of 20 people contacted SW previously suggesting SMV that led to my discipline. Should this be true I can be confident that Ms. Jackson would have been one of the 20. This is not the first time she has alluded to my situation and no doubt there are countless other examples that have not been unearthed.

   One thing I am confident of is my lack of tech skills. I would have no idea how to create such a post with an apparent  China address nor would I stoop to such tactics. I am not sure where or when this post was made. The date of the txt that was sent  by Ms. Jackson including a screenshot of the post  was Aug 16, 2016.

I ask once again, when does it end? When a person is injured or worse for this person providing 15,000 people the physical address of another? When 15000 people receive the personal phone number of another, intended purely for the purpose of harassing or worse  of this individual? When the market value of our company declines due to public statements to reporters about safety issues of our airline? How long does it continue. How many people must be harmed before our employer takes action to stop the insanity?

Respectfully,

Brian Talburt
████████████

| | |
|---|---|
| **From:** | Brian ████████████ |
| **Sent:** | Tuesd , August 08, 2017 2:43 PM |
| **To:** | <u>Audrey Stone</u> |
| **Subject:** | Fwd: A  VOICE |

---

For your reading pleasure from 2010.

WHY in the hell did I not find the "targeted assassination" comment 3 years ago when would have been useful?

When does it stop?




-----Original Message-----
From: denny sebesta ████████████████████
To:████████ ████████████
Sent: Sun, Nov 14, 2010 2:37 pm
Subject: Re: A VOICE

Yeah, I read Carlos' post and he did go out with a big bang and with such passion.  LOL!

Funny how they keep giving some 2nd and 3rd chances, but with others, they decide to cut immediately.  I believe Casper even told you he removed Thom McDaniel because he didn't like his spin, yet Thom broke none of the rules of the Forum.  Very sad how that forum has digressed.

Denny S.

---

**From:** ████████████ < ████████████ >
**To:** Denny Sebesta < ████████████ >
**Sent:** Sun, November 14, 2010 2:52:30 PM
**Subject:** Fw: A VOICE

Denny, Guess Carlos decided to go with a bang:). I was tired of wasting time with these fools. No point in engaging them. I have encouraged Mike H to have a targeted assasination and take him out. He is a tumor that spreads. If they were to (which they won't) it would become your job to defend him.
Sent on the Sprint® Now Network from my BlackBerry®

---

**From:** "Carlos and Sonja Batlle" < ████████████ >
**Date:** Sun, 14 Nov 2010 10:15:07 -0700
**To:** ████████████
**Subject:** Fw: A VOICE


----- Original Message -----
**From:** <u>Carlos and Sonja Batlle</u>
**To:** <u>SouthwestFlightAttendants@yahoogroups.com</u>
**Sent:** Sunday, November 14, 2010 10:14 AM
**Subject:** Re: A VOICE

Click,

**Resp. App.81**

You must have selective viewings as you have been in the forefront of the BAND OF BITCHERS on this forum.

I recently flew through BWI and had a 4th on my jump seat so I inquired about you. I no sooner finished saying your name when they described you as a "know it all punk" and that your are extremely negative against SWA and seemed unhappy that you can't pursue your career as air traffic controller (their description not mine). Due to the fact that you fly a double line ( I  believe it was yours and your wives') and because of the income of a double line it would be a pay cut to pursue an air traffic controllers starting salary (sound familiar).  For months you've have bitched along with the vocal minority on many issues. Our current contract, the envy of the industry.  You were sure it would not pass and you beat the drum hoping for support as you nitpicked insignificant issues and of course the silent majority PROVED YOU WRONG by passing it by 89.6 % ( largest percentage passing in SWA's history)

You recently try to tutor on this forum a f/a on how to milk our already liberal attendance policy which was rather unproductive considering the record sick calls that we've recently experienced. Not to mention that we've exceeded our budget in this area and our next round of pay raises ( not including 800's t/a) will be profit performance based. What's comical is that your vernaculars and advice was incorrect which makes you more of a DUMB ASS PUNK. (how do you like my capitals now?)

Conga Leader Joel,

Why don't don't you start a conga line and take the these BAND OF BITCHERS to whatever banana republic you came from so that we may rid SWA of these nauseating negativism. I too am from another country but realize how good we have it here at SWA. You on the other hand seem to feed off the other bitchers and contribute to the negativism on this forum.


Casper,

If you put as much effort in doing your flight attendant duties as you do trying to be someone of importance on this forum you might become a descent flight attendant (SET UP A GALLEY FOR YOUR  C FLIGHT ATTENDANTS FOR GOODNESS SAKES). Though your not as negative as most of the BAND OF BITCHERS you use this forum as a self serving tool of importance more than anything else.  Please remove me from this  pathetic, unproductive, nauseating, ever so draining GANG OF GRIPERS, BAND OF BITCHERS, PISSERS AND MOANERS, NEGATIVE NELLIES,  of a forum.


Silent Majority,

See these BAND OF BITCHERS as the vocal minority in dire need of trying to find happiness. They don't reflect those who see SWA as a great gig and would rather focus on  the positives and growth.
 To those who have expressed gratitude for my postings  via private emails, in person in the lounges, or during a/c changes. Thanks, trust me when I say that the your numbers far out number the BAND Of BITCHERS.

Casper,
 How bout it, have I broken enough of your Aunt Rita's goofy ass self serving rules NOW??????. Can I be removed ... Thanks in advance

 May the BAND Of BITCHERS, GANG OF GRIPPERS, NEGATIVE NELLIES, PISSERS AND MOANERS, WENDY WHINERS, find happiness one day.

Carlos Batlle,
█████████

| | |
|---|---|
| **From:** | rickie spand < ███████████████ |
| **Sent:** | Sunda , March 26, 2017 12:29 PM |
| **To:** | Suzanne Stephensen; Sonya Lacor ; |
| **Cc:** | Executive Board; Audrey Stone; Brett Nevarez |
| **Subject:** | Fwd: Heartfelt Message from a Fellow Flight Attenda |

---

Dear Leadership,

After my last fact finding, I had received a fed ex package informing me to be Mindful of the social media policy. I felt I didn't do anything wrong, and I received a Coach and counsel. I heeded my warning and stayed out of social media in regards to Miss Jeanna Jackson and her recall propaganda.

Months later she is still promoting this Recall and I'm silent. I had informed leadership in my IR this is harassment to my fellow Flight Attendants, And it is. How is this allowed? When is it going to stop? How is it ok for a crew member to stir up hate for others? Is the company I know and love accepting this behavior?

The problem is not because of a recall, its slander to Audrey Stone, and everyone who is working in a professional environment.

These continued efforts have been leaked to the media and is damaging/damage the brand of Southwest Airlines, and Southwest Airlines management.

I'm delivering pos, and it's becoming very hard to do it with these efforts.

I'm asking my leadership to do the right thing and stop this behavior.

Rickie Spand

Sent from my iPhone

Begin forwarded message:

> **From:** Cheryl Vernon < ███████████████
> **Date:** March 25, 2017 at 20:37:03 EDT
> **To** ███████████████
> **Subject: Fwd: Heartfelt Message from a Fellow Flight Attendant**

Sent from my iPhone

Begin forwarded message:

Resp. App.83

**From:** Jeanna Jackson ███████████████
**Date:** March 25, 2017 at 8:12:23 PM EDT
**To:** ██████████████████
██████████████████
**Subject: Heartfelt Message from a Fellow Flight Attendant**

Fellow Flight Attendants and Members of TWU Local 556:

I wanted to take a moment to share with you the history behind the Recall Petition that began in August 2015.

Many believe I star ed this petition due to a personal vendetta or grudge against the parties listed in the petition.  While I will admit that I was very disappoin ed and disillusioned with the way Audrey Stone and her Board were put in office in 2013,  I made a commitment to myself to try and support my Union and it's leaders as I had for the previous 26 years as a Member of 556.  I reached out to the officers with congratulations and an offer of good will to do anything in my power to help us get a good cont act.  My emails fell on deaf ears.  I went to meetings, I read every article or newsletter put out by the Union and tried to stay involved.  Then in 2015 my duly elected Domicile Exec. Board Member, BR Ricks, was illegally kicked off the board to which he was elected by a large margin.   It was due to a "rule" that had never been enforced on any other member of the Board and was unjustly used to kick him off.  He had proven his Dallas residency with 3 different forms of proof but was removed from his position anyway.  It took 5 months for the Appeal to Inter   tional to work its way thru the system but he was finally reinst   ed as the elected DEBM for Dallas.  This of course was AFTER the EB voted to send the first TA to the Membership in which we voted it down by a whopping 9,916 NO VOTES.   In that time, I asked Audrey Stone to her face in the Dallas lounge why BR Ricks was kicked off the Board and she lied to my face by telling me that he had not proven his Dallas residency when I knew for a fact that he had.  That was when I knew this Membership was in trouble, when a President of the 2nd largest chapter in TWU could lie to a Member without batting an eye.

I began the Recall petition after it was proven that this Board would not resign as they should have after

a whopping failure of a TA Vote.  We begged and pleaded for them to resign yet they ignored the Membership again.  I researched every single avenue available to us as a Membership to force them to resign and was left with the Recall.  I crea ed the petition, had it approved by a Dept. of Labor Investigator and a labor attorney.  It was not created on a whim…it was well thought out and applied.  At first I was ignored and referred to as an angry old burnt out flight attendant.  Then I was laughed at and referred to as a crazy Dallas flight attenda  t yet with every stupid thing this Board did my phone and email would light up like crazy with flight attendants wa  ting to sign the petition.  Some of those stupid things are:

1.   Failing to honor the Will of this Membership by resigning as is normal custom for huge losses.

2.   The bleeding of our hard earned dues on worthless surveys, childish campaigns "Sign Now Gary" when there was no contract to sign, the Digital Media Training (training FA's how to bully people on FB) and the Precinct Captain Training (teaching FA's how to sell us a crappy TA) and thousands of dollars spent on the NT House in Dallas where the Negotiating Team was supposed to stay in order to save money yet some Members chose to stay at a hotel instead, all on our dime.

3.   Lack of grievances being filed when Members were harmed by management.

4.   Failure to do anything constructive for the 2,000 former A/T FA's regarding the point conversion (Audrey would not even pull the former AFA president in order to attend the meeting in Dallas).

5.   The Long Beach Inaugural Flight where members of the Digital Media Team were pulled with pay and paid to fly on our inaugural flights from OAK – LGB and pass out cocktail napkins to our passengers.  We even paid for full fare tickets for these FA's to fly as revenue pax instead of non revenue.

6.   Let's not forget the President and EB's virtual disappearance during the epic Meltdown of July 2016 where thousands of flight attend    ts were stranded for days without hotel rooms and unable to get home.

7.   The snow storm debacle where yet again, flight attendants were left without hotel

rooms after we were promised this would never happen again.

8.   The Secret Shopper program that was almost launched on March 1 had it not been for the abundance of complaints from FA's to upper management about it being bad idea.  556 claims they filed a grievance but nothing has happened as of yet.  They claim they filed a grievance over the July 16 IT Meltdown as well yet nothing has been done on that situation either.

9.   The 10 day Emergency Sick Call Procedu that was implemented during Spring Break and continued for several days after the operation had smoothed out and Reserves were left at home while line holders were rero    ed unnecessarily.  No grievance to be filed on this debacle either.

My point with all of these issues is to show that this Recall is NOT PERSONAL, IT'S BUSINESS.  This EB controls our livelihoods and our careers and they do nothing whatsoever to make it better.  They do nothing to stop the constant contract violations we as flight attenda  ts are subject to more often than not.  They file no grievances to fight injustices that flight attendants are subjected to on a daily basis.  They are taking our dues (even raising our dues) yet we get no return on our investment in TWU Local 556!

I am just a Flight Attendant who chose this great airline back in 1987 at the ripe old age of 21 to try out flying for a few years.  30 years later I cannot imagine doing anythi else.  My point is we used to have a strong and united Union leadership that represented this great group of flight attend    ts on anything and everything.  Sadly the decline began in 2013/2014.  I remember when we were the most respected Union on property at this airline, everyone wanted OUR union leadership because they fought FOR US and not AGAINST US.

Please consider signing this all important Recall petition.  It is not too late for new signatures from those who have never signed.  Please join the fight to get Union

representation that works for us and not against us.  We deserve better from our union leadership.  We deliver safe fan customer service and we deserve to be treated with respect.

Please put the stories of what you have heard about Me, the Messenger, aside and focus on what we are trying to achieve….UNION REPRESENT TION LIKE IT'S SUPPOSED TO BE!!

Feel free to call or email me any time if you have questions.  We have a very short time to get any additional signatures before the next step is taken to have a Recall Election.

If you have any questions or you need anything confirmed, I can be reached at ███████████ or ███████████████████████

In Unity and with Luv,
Jeanna Jackson
████████████████

&lt;recall petition last and final2.pdf&gt;