# EXHIBIT G

| | |
|---|---|
| **From:** | Audrey Stone <AUDREY@twu556.org> |
| **Sent:** | Monday, October 13, 2014 5:14 PM |
| **To:** | Brian |
| **Subject:** | Re: Facebook. |

Not relevant.

Audrey Stone
President

TWU Local 556
The Union of Southwest Flight Attendants

7929 Brookriver Dr. Ste. 750
Dallas, Tx. 75247
p. 214-640-4301
f. 214-357-9870
e. astone@twu556.org
w. www.twu556.org

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited and subject to legal action . If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

On Oct 13, 2014, at 15:36, "Brian" < ▮▮▮▮▮▮▮ > wrote:

> I found this. It really has nothing to do with the topic at hand BUT it is an illustration of causual behind the scenes conversations we have and particuarly re SOCIAL MEDIA. I along with Mike and Sonya had a meeting last summer with VdV to discuss social media as a tool, TOGETHER with management and FAS to deliver and reenforce messages. As I told VdV, nobody listens to what you say. You are immediately discredited as being an overpaid executive. You in this world need WARRIORS (another word I use frequently as I did on the fateful post) to help to deliver the message. He was very interested/intrigued.
>
> An example of what I talked about is a thread bashing GK for his 4 million. I then take over that thread with facts. The facts are that in the US a CEO of a fortune 500 company earns 335X the average hourly worker. While I do not agree with this it is reality. With that in mind GK should be earning in excess of 9 million based on an average income of 40K per employee (which is probably way low). So the reality is that GK is UNDERPAID. We as FAs and Pilots want to be THE highest paid in the industry, why should GK not also??
>
> BCT
>
>
> -----Original Message-----
> From: Mike Hafner < ▮▮▮▮▮▮▮▮▮▮ >
> To: matthew siebenlist < ▮▮▮▮▮▮▮▮▮▮ >
> Cc: Brian < ▮▮▮▮▮ >
> Sent: Fri, Aug 16, 2013 6:21 am
> Subject: Re: Facebook.

EXHIBIT NO. 15

| From: | Todd Gage <vicepresident1@twu556.org> |
|---|---|
| Sent: | Saturday, November 16, 2013 4:05 PM |
| To: | Brett Nevarez; Audrey Stone |
| Cc: | Cuyler Thompson; John Parrott |
| Subject: | Re: Cope |

I wish you could give her a list of all the campaigns she has donated to in the last 17 years! Her head would explode.

**Todd D. Gage**
1st Vice President
Transport Workers Union Local 556



7929 Brookriver Dr. Ste. 750
Dallas, TX 75247
Phone (214)640-4302
Email: vicepresident1@twu556.org
Web: www.twu556.org

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited and subject to legal action . If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Brett Nevarez <vicepresident2@twu556.org>
**Date:** Saturday, November 16, 2013 10:15 AM
**To:** Audrey Stone <astone@twu556.org>
**Cc:** Cuyler Thompson <recordingsecretary@twu556.org>, John Parrott <treasurer@twu556.org>, Brett Nevarez <vicepresident2@twu556.org>, Todd Gage <vicepresident1@twu556.org>
**Subject:** Re: Cope

Yum to queso dip----so typical batshit/dipshit cannot read her paycheck!

Sent from my iPhone so please excuse typos!

In Unity,

United We Bargain
Divided We Beg

Brett Nevarez
TWU Local 556



On Nov 16, 2013, at 9:10, "Audrey Stone" <astone@twu556.or > wrote:

P.S. for those of you who know and love it, making my queso dip this afternoon!

i really need to start cooking more.

Audrey Stone
President

TWU Local 556
The Union of Southwest Flight Attendants

7929 Brookriver Dr. Ste. 750
Dallas, Tx. 75247
p. 214-640-4301
f. 214-357-9870
e. astone@twu556.org
w. www.twu556.org

Confidentiality Notice: This e-mail message, including any attachments, is for
the sole use of the intended recipient(s) and may contain confidential and
privileged information. Any unauthorized review, use, disclosure or
distribution is prohibited and subject to legal action . If you are not the
intended recipient, please contact the sender by reply e-mail and destroy all
copies of the original message.

On Nov 16, 2013, at 11:53, "Cuyler Thompson" <recordingsecretary@twu556.or >
wrote:

That just made my morning. ☺

**Cuyler Thompson**
TWU Local 556 Recording Secretary
RecordingSecretary@twu556.org
214-640-4305

Confidentiality Notice: This e-mail message, including any
attachments, is for the sole use of the intended recipient(s) and
may contain confidential and privileged information. Any
unauthorized review, use, disclosure or distribution is prohibited
and subject to legal action . If you are not the intended recipient,
please contact the sender by reply e-mail and destroy all copies of
the original message.

**From:** John Parrott
**Sent:** Saturday, November 16, 2013 8:51 AM
**To:** Audrey Stone; Cuyler Thompson; Brett Nevarez; Todd Gage
**Subject:** Fwd: Cope

Ha!

She has been supporting the thing she despises this entire time...

Sent from my iPhone

Begin forwarded message:

> **From:** Charlene Carter <charlenecarter@live.com>
> **Date:** November 16, 2013 at 10:38:18 AM CST
> **To:** John Parrott <treasurer@twu556.org>
> **Cc:** Charlene Carter <charlenecarter@live.com>
> **Subject: RE: Cope**
>
> Mr. Parrott,
>
> I has come to my attention that in my paycheck there
> is a deduction coming out for COPE and I would like
> to stop this from being deducted ASAP. I no longer
> want any of my money funding any Political Action
> that the union has deemed important to them. You
> see I am on the other side of the spectrum and do not
> want anything supporting what you all feel we
> should. I was talked into this COPE 17 years ago but
> was truly not aware just what kind of negative impact
> it would have on my JOB.
>
> So this is a formal request from: Charlene G. Carter
> ███ to have the COPE deduction Stopped ASAP
> from my Paycheck.
>
> Charlene G. Carter
> Proud to be ████████████

| | |
|---|---|
| **From:** | Brett Nevarez <vicepresident2@twu556.org> |
| **Sent:** | Thursday, February 06, 2014 12:52 PM |
| **To:** | Audrey Stone; Chad Kleibscheidel; Andr w Longan; John Parrott |
| **Subject:** | FW: de cert threat |

Cuyler's favorite is threatening to de cert now that she is NOT a Member and cannot be charged!

I am contacting legal counsel and will keep you advised.

I will approach Int'l after the 5 of us have decided on a course of action.

**From:** Trudy & Brett Nevarez [                    ]
**Sent:** Thursday, February 6, 2014 6:32 AM
**To:** Brett Nevarez
**Subject:** Fwd:

Luv,
Brett

Sent from my iPhone
so please excuse typos

Begin forwarded message:

> **From:** Brian <                    >
> **Date:** February 6, 2014 at 0:37:04 CST
> **To:**

EXHIBIT NO. 23

- **Charlene Batts Carter** You guys I am not mad you all in general I am just really upset with all the Apathy I see again!!! When will it stop and people WAKE UP....I am just really sick of all the Stuff this guy gets away with....I know about not getting involved for these reasons above. I am no mad at the past really I am just so Tired of the same old STUFF from this Union being fought about with Thom McDaniel....I want to start the process to really do something to hit him where it counts...and that is know that I am a Non Member Objector I would love to start the CARD Drive to get rid of TWU!!! FOR GOOD....We all see the writing on the Wall but until we really stand up to these Thugs nothing will ever really change....case in point what just happened with or Elected Board again. So if we are truly tired and really want to make a difference then lets get our Ducks in a ROW and Play our next Hand!!! We can all be Working on getting our Own Union. I am not afraid of Mr. McDaniel or TWU International anymore but I am tired of paying them ONE DIME of my MONEY to support Mr. McDaniel Pay Check. Do we even know if Stacey and Chris are filing Law Suites over what they did to them???? We just keep beating our heads against a Brick wall when it comes to all the Haters on TWU-Join Us Opt Out page. Sorry for the RANT but it has been 14 years and nothing has been done about the Corruption...REALLY!!!

about an hour ago · Like

- y at 2:15pm · Like

- 

**Dee Waynick** besides you can say what ever you want about anyone on here. management said they cant do a thing about what is said in closed groups. so post away. I asked them to make them stop with mean stuff on the other page they said they can't.

Yesterday at 2:26pm · Like · 3

- 

**Radar Love** woohooo

Yesterday at 2:27pm · Like · 1





Resp. App.94

Regina Lux-Hughes No, Laura, I just saw it. I won't respond. I'm sure Fusi is teaming with his minions. I don't recall asking about that on Fusion, although it's totally possible. I thought I asked about that here in 556 core page. See that's the problem with drinking wine and FB...

18 hrs · Like · 👍2

**Regina Lux-Hughes**



18 hrs · Like

**Brett Nevarez** Thanks for the screenshot Regina Lux-Hughes!

Click is getting agitated. I think he may private message his way into big troubles for himself.

14 hrs · Like · 👍5

**Brett Nevarez** Lara Silva & anybody else get PMs from Click; please screenshot & save for posterity.

14 hrs · Like · 👍4

**Brian Talburt** We can only hope .

14 hrs · Like · 👍1

Sam Wilkins Ahhhh he gave me a shout out

**Resp. App.95**



**Lara Silva**
Yesterday at 12:02pm · Spring Valley, NV

Well that was quick. I just got a pm from Chris Click.

Like · Comment

👍 Matthew Fearcy and 3 others like this.                    ✔ Seen by 53

**Lara Silva** Not responding to him.
Yesterday at 12:06pm · Like · 👍 2

**Michael C Cook** Does he wanna borrow a dollar for a can tip? Don't fall for it. It's a trick
Yesterday at 12:09pm · Like · 👍 6

**Lara Silva** I know . I'm ignoring him.
Yesterday at 12:10pm · Like · 👍 3

**Audrey Stone Twu** What's he saying?
Yesterday at 12:23pm · Like · 👍 3

**Lara Silva** He said " what do you mean by lost $1 million? I think you may be misinformed. I need to know what you mean by this.
Yesterday at 12:27pm · Like · 👍 5

**Brian Talburt** tell him I am feeling a little left out. He hasnt contacted me. I would be happy to help remind him.
Yesterday at 12:42pm · Like · 👍 5

**Lara Silva** You didn't use the word lost, so you're safe. 😜 Hopefully my craps table analogy will make them hush.
Yesterday at 12:44pm · Like · 👍 8

**Nicole Perez** Your craps table analogy was brilliant.
Yesterday at 12:59pm · Like · 👍 9

**Lara Silva** Ha ha, thanks. Chris was telling her to trip me up.
Yesterday at 1:01pm · Like · 👍 2

**Robert Swafford** I literally told Wayne after reading her "talk it out, don't write it up" article in Fusion; if only she lived by her words....she may not have written anyone up (tho I can't be 1000% sure) but she sure does like to talk...A LOT. Both to/about FA'S. Most of which is incorrect information. FUCKTARD
Yesterday at 1:05pm · Like · 👍 5

**Nicole Perez** Her spin on SM hotel is comical. She says nothing about the

| | |
|---|---|
| **From:** | Brian Talburt <​███████████​> |
| **Sent:** | Mon      , October 13, 2014 6:02 PM |
| **To:** | Audrey Stone |
| **Subject:** | Re: Casper and Hofer Rant |

not that i can find. I use "targeted assassination" as the metaphor.

Sent from my iPhone

On Oct 13, 2014, at 2:13 PM, Audrey Stone <astone@twu556.org> wrote:

> Brian,
>
> Thanks for sending. Will go throughout when done with negotiations. Anything you have where you've used "public execution" in writing?
>
> Audrey Stone
> President
> _____
>
> TWU Local 556
> The Union of Southwest Flight Attendants
>
> 7929 Brookriver Dr. Ste. 750
> Dallas, Tx. 75247
> p. 214-640-4301
> f. 214-357-9870
> e. astone@twu556.org
> w. www.twu556.org
>
>
> Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited and subject to legal action . If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
>
> On Oct 13, 2014, at 16:06, "Brian" <​███████████​> wrote:
>
>> Oops already sent to a different email
>>
>> -----Original Message-----
>> From: Brian <​███████​>
>> To: audreystone <​███████████​>
>> Sent: Mon, Oct 13, 2014 1:21 pm
>> Subject: Fwd: Casper and Hofer Rant
>>
>> Audrey,
>>
>> A couple of things about this thread. Please delete Brett's comment about leg breaking. Also this was a private email between Mike and I. I take this stuff very seriously and would hate to breach a confidence he obviously had in me based on the long term relationship we developed. He is a great person, that I believe. With all that said, at the end of the day we are talking about my job and my life and family. I cannot holdback



EXHIBIT NO. 2

**Resp. App.97**

anything that may be deemed necessary. I am hopeful that relationship is working behind the scened in some form on my behalf and would not want to do anything to harm him. This is just an illustration of the types of conversations I have had WITH senior SW management re dealing with problem people and in this case specifically Hofer and Casper. I have begged in the past to ghost ride a Casper flt or 2 or to have PI monitor Hofer on one of his many OJI/Medial Leaves....... This is very much part of regular discussions on many occasions. I obviously do not have a printed copy of a long conversation Naomi and I had a month ago or so re again THIS very topic with the same type of metaphor. Begging her/them to do something to ONE of them to stop all of this. Hofer was the topic of THAT conversation.

I really value/treasure the relationships I have developed over the years. As am I they are good people with a job to do. I hope and pray they are doing what ever THEY can do on my behalf as they KNOW me and they KNOW my language and my intent probably better than my wife.

Carlos reminded me of a group setting while working on the 800 where we engaged in similar talk. Matthew Siembenlist is well aware of it as well and the frequency and the intent of using the exact same language in discussions with  Sr. Leaders.

So what I am saying is IF we have to use this type of evidence to secure my job then we have to do what we have to do. Please just keep my thoughts in mind.  BTW the Rocky Mountain email is Mike's personal email. I do not like using company email for obvious reasons .

Brian


-----Original Message-----
From: Rocky Mountain <
To: Brian Talburt <
Sent: Tue, Jul 29, 2014 3:06 am
Subject: Re: Casper and Hofer Rant

He is such an ass.

On Monday, July 28, 2014, Brian Talburt <                    > wrote:
More on this in later email.

Sent from my iPhone

Begin forwarded message:

> **From:** Trudy & Brett Nevarez <
> **Date:** July 27, 2014 at 8:16:21 AM MST
> **To:** Brian <
> **Subject: Fwd: Casper and Hofer Rant**

Leg breaking time for Casper the ghost scab!

Luv,
Brett

Sent from my iPhone
so please excuse typos

Begin forwarded message:

> **From:** Tina <
> **Date:** July 25, 2014 at 22:09:25 MDT

**To:** ▓▓▓▓▓▓▓▓▓▓▓
**Subject: Casper and Hofer Rant**

Someone sent this to me. Sorry, I sent it to
your personal email but I'm on my Moms
computer right now. Thought you might want
to see it. Personally, when they said they
were going to have the CAN team show how
much we make compared to other airlines I
expected this type of conspiracy theory.
A couple of Cop outs in the PHX lounge gave
Nathan a hard time today. He was just
handing out the orange papers before he
went out on a flight. Mad Molly and some
other chick, I think her name was Shawna.
Tim Blore was in there and witnessed it.
They were recruiting for FA's to Opt Out. I
was there too in another area but they did not
say anything to me.

TC

**From:** "▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓"
<SouthwestFlightAttendants@yahoogroups.com>
**Date:** July 25, 2014 at 10:24:46
PM EDT
**To:** <SouthwestFlightAttendants@yahoogroups.com>
**Subject: [SouthwestFlightAttendants]**
**Flashback Friday.....How it all**
**happened: The 556 Palace**
**Coup**
**Reply-**
**To:** SouthwestFlightAttendants@yahoogroups.com

Hi foks,
As we go into what seems to be the
tail end of our contract negotiations
(seeing that we've been schooled
as to how much we are paid vs the
industry by the recent CAN team
'orange sheet' handout -- and by the
recent communication from Paul
Sweetin on the TWU 556 FB
account -- which told us that the
negotiators will not allow flying
minimums (but omitted mentioning
OTHER kinds of minimums like
those for medical, dental, flight and
so forth) ... it's important to
remember where these current
residents of our union office came
from. Remember, they are not your
elected representatives.

Personally, I think the 'orange sheet'
handout is an attempt to lower our
expectations for a payraise and the
Sweetin FB memo a soft probe into
'employee incentive minimums' or
somesuch thing. We should
NEVER have to fly a certain amount
to get health, vision, dental or any
other current benefit we enjoy now.
Not with the company posting 17%
ROI and RECORD PROFITS.

Did I mention RECORD PROFITS?

Folks, don't settle for a concessionary contract. From all the signs I see, the union is sleeping with the company and, despicable as this is, I think it will result in a sub par Tentative Agreement. It's not necessary in these economic BOOM times.

Hold the 556 Executive Board and the rest of the residents of our union hall ACCOUNTABLE. A resounding NO VOTE is an acceptable thing you know.

The below is reprinted with permission from Greg Hofer. Thanks for your concise work, Greg. It's time the membership knew the real ins and outs of the 'Palace Coup'.

Mike Casper

The situation was this. Local 556 just conducted it's Officer elections for 15 positions (at the time) In about 11 of those 15 positions the incumbents were not reelected by a very wide margin, it wasn't even close. Many of those incumbents were ENTRENCHED FOR YEARS AND YEARS in various high paying Union positions with full time and part time pulls (from flying) including a few Committee chair positions.

This clean sweep was so un-predicted and unexpected the shock of it caused some of the Union office staff and grievance team to walk off the job in the middle of the day. It caused the Grievance Chair who was also the loser in the Presidential race to give two weeks notice and then walk off.

The new Executive Board Officers went about their way and assumed their positions with high hopes. During their first (and only) year in office, the formerly entrenched Officers confirmed they were not going to walk away from the money as quietly as you might expect someone who was beaten so badly in an election might have.

They organized every supporter they could muster to attend the next 3 Union Membership meetings and caused the most ugly Membership meetings I've ever seen to take place where people were shouting to obtain the floor, interrupting each other repeatedly, making ugly

statements about others and their
personal habits and so on and so
on. In other words, it wasn't even a
meeting, there was very little
decorum at all. Meetings lasted for
5 and 6 hours. This didn't happen
by accident as the attacks were
basically focused on the newly
elected Officers, but focused mostly
on the top positions of President,
the 1st Vice President and the
Treasure and the Recording
Secretary and 2nd Vice President.

Before they could even hit the
ground running, the dissent and the
attacks were so overwhelming the
infighting even spread into the
Executive Board causing what's
known as a divided board. Which
rapidly started to file Union charges
against each other to have some
who were once good friends (or so I
thought) removed from office by trial
as per the Union Constitution.

So now the voting starts on the
charges to force a trial and it's very
close, in fact you need a majority
vote to force a trial and the
opposing side did not have that
majority. During the stress, two
Officers resigned their positions
which then give them the majority
vote they wanted. In another trial
the Executive Board actually had to
violate a bylaw regarding Roberts
Rules of Order to force a trial...
which they did.

So now there were multiple trials
scheduled for different officers.
One trial for two of the Officers,
became a problem as both sides
disagreed on the opposing sides
right to change the trial dates which
caused two separate trials to take
place for the same people in which
case each trial had no one show up
from the opposing side to offer any
defense. To make matters worse,
each trial had a different verdict.
The first trial they were found not
guilty and they reclaimed their office
with another trial yet to be
scheduled and confirmed by their
opponents and another trial still
scheduled for the President. .

As I mentioned above, while these
trials were going back and forth, the
Rec. Secretary and the 2nd VP
resigned their positions as well
causing the persons who received
the next highest number of votes in
the election to fill the position, which
just happened to be the long term
entrenched incumbents who were
so unexpectedly voted out of office
by a landslide who then voted to

force a trial for the President.

Now as the Officers in question were found not guilty in the first trial and back working in the Union office this caused others to go to the Union building and attempt to change the locks to lock them out by changing the key cards, which of course didn't work but it was a nice try so then of course they had to call the cops who then showed up and did nothing as they saw no crime in progress.

Now with those new Executive Board Officers back in power came the paybacks and by that I mean people who were previously unappointed by the newly elected Executive Board were now appointed back to their positions on Committees and Chairs forcing of course the previous Committee Chairs to be shown the door. This is when you really notice how the "crony" system works.

I'm sure I left out lots of details....it was a mess.

Posted
by: ███████████████████

| From: | Brian ◁ ▷ |
| Sent: | Monday, October 13, 2014 5:06 PM |
| To: | ◁ ▷; ◁ ▷; Audrey Stone |
| Subject: | Re: Casper and Hofer Rant |

Oops already sent to a different email

-----Original Message-----
From: Brian ◁ ▷
To: audreystone ◁ ▷
Sent: Mon, Oct 13, 2014 1:21 pm
Subject: Fwd: Casper and Hofer Rant

Audrey,

A couple of things about this thread. Please delete Brett's comment about leg breaking. Also this was a private email between Mike and I. I take this stuff very seriously and would hate to breach a confidence he obviously had in me based on the long term relationship we developed. He is a great person, that I believe. With all that said, at the end of the day we are talking about my job and my life and family. I cannot holdback anything that may be deemed necessary. I am hopeful that relationship is working behind the scened in some form on my behalf and would not want to do anything to harm him. This is just an illustration of the types of conversations I have had WITH senior SW management re dealing with problem people and in this case specifically Hofer and Casper. I have begged in the past to ghost ride a Casper flt or 2 or to have PI monitor Hofer on one of his many OJI/Medial Leaves....... This is very much part of regular discussions on many occasions. I obviously do not have a printed copy of a long conversation Naomi and I had a month ago or so re again THIS very topic with the same type of metaphor. Begging her/them to do something to ONE of them to stop all of this. Hofer was the topic of THAT conversation.

I really value/treasure the relationships I have developed over the years. As am I they are good people with a job to do. I hope and pray they are doing what ever THEY can do on my behalf as they KNOW me and they KNOW my language and my intent probably better than my wife.

Carlos reminded me of a group setting while working on the 800 where we engaged in similar talk. Matthew Siembenlist is well aware of it as well and the frequency and the intent of using the exact same language in discussions with Sr. Leaders.

So what I am saying is IF we have to use this type of evidence to secure my job then we have to do what we have to do. Please just keep my thoughts in mind. BTW the Rocky Mountain email is Mike's personal email. I do not like using company email for obvious reasons .

Brian

-----Original Message-----
From: Rocky Mountain ◁ ▷
To: Brian Talburt ◁ ▷
Sent: Tue, Jul 29, 2014 3:06 am
Subject: Re: Casper and Hofer Rant

He is such an ass.

On Monday, July 28, 2014, Brian Talburt ◁ ▷ wrote:
More on this in later email.

Sent from my iPhone

Begin forwarded message:

**From:** Trudy & Brett Nevarez ▮▮▮▮▮
**Date:** July 27, 2014 at 8:16:21 AM MST
**To:** Brian ◄▮▮▮▮▮►
**Subject: Fwd: Casper and Hofer Rant**

Leg breaking time for Casper the ghost scab!

Luv,
Brett

Sent from my iPhone
so please excuse typos

Begin forwarded message:

> **From:** Tina ·▮▮▮▮▮
> **Date:** July 25, 2014 at 22:09:25 MDT
> **To:** ▮▮▮▮▮
> **Subject: Casper and Hofer Rant**
>
> Someone sent this to me.  Sorry, I sent it to your personal email but I'm on my Moms computer right now.  Thought you might want to see it. Personally, when they said they were going to have the CAN team show how much we make compared to other airlines I expected this type of conspiracy theory.
> A couple of Cop outs in the PHX lounge gave Nathan a hard time today. He was just handing out the orange papers before he went out on a flight. Mad Molly and some other chick, I think her name was Shawna. Tim Blore was in there and witnessed it.  They were recruiting for FA's to Opt Out.  I was there too in another area but they did not say anything to me.
>
> TC
>
> > **From:** "▮▮▮▮▮ [SouthwestFlightAttendants]"
> > <SouthwestFlightAttendants@yahoogroups.com>
> > **Date:** July 25, 2014 at 10:24:46 PM EDT
> > **To:** <SouthwestFlightAttendants@yahoogroups.com>
> > **Subject: [SouthwestFlightAttendants] Flashback Friday.....How it all happened: The 556 Palace Coup**
> > **Reply-To:** SouthwestFlightAttendants@yahoogroups.com
> >
> > Hi foks,
> > As we go into what seems to be the tail end of our contract negotiations (seeing that we've been schooled as to how much we are paid vs the industry by the recent CAN team 'orange sheet' handout -- and by the recent communication from Paul Sweetin on the TWU 556 FB account -- which told us that the negotiators will not allow flying minimums (but omitted mentioning OTHER kinds of minimums like those for medical, dental, flight and so forth)  ... it's important to remember where these current residents of our union office came from. Remember, they are not your elected representatives.
> >
> > Personally, I think the 'orange sheet' handout is an attempt to lower our expectations for a payraise and the Sweetin FB memo a soft probe into 'employee incentive minimums' or somesuch thing.  We should NEVER have to fly a certain amount to get health, vision, dental or any other current benefit we enjoy now. Not with the company posting 17% ROI and RECORD PROFITS.
> >
> > Did I mention RECORD PROFITS?
> >
> > Folks, don't settle for a concessionary contract.  From all the signs I see, the union is sleeping with the company and,

despicable as this is, I think it will result in a sub par Tentative Agreement. It's not necessary in these economic BOOM times.

Hold the 556 Executive Board and the rest of the residents of our union hall ACCOUNTABLE. A resounding NO VOTE is an acceptable thing you know.

The below is reprinted with permission from Greg Hofer. Thanks for your concise work, Greg. It's time the membership knew the real ins and outs of the 'Palace Coup'.

Mike Casper █████

█████████

The situation was this. Local 556 just conducted it's Officer elections for 15 positions (at the time) In about 11 of those 15 positions the incumbents were not reelected by a very wide margin, it wasn't even close. Many of those incumbents were ENTRENCHED FOR YEARS AND YEARS in various high paying Union positions with full time and part time pulls (from flying) including a few Committee chair positions.

This clean sweep was so un-predicted and unexpected the shock of it caused some of the Union office staff and grievance team to walk off the job in the middle of the day. It caused the Grievance Chair who was also the loser in the Presidential race to give two weeks notice and then walk off.

The new Executive Board Officers went about their way and assumed their positions with high hopes. During their first (and only) year in office, the formerly entrenched Officers confirmed they were not going to walk away from the money as quietly as you might expect someone who was beaten so badly in an election might have.

They organized every supporter they could muster to attend the next 3 Union Membership meetings and caused the most ugly Membership meetings I've ever seen to take place where people were shouting to obtain the floor, interrupting each other repeatedly, making ugly statements about others and their personal habits and so on and so on. In other words, it wasn't even a meeting, there was very little decorum at all. Meetings lasted for 5 and 6 hours. This didn't happen by accident as the attacks were basically focused on the newly elected Officers, but focused mostly on the top positions of President, the 1st Vice President and the Treasure and the Recording Secretary and 2nd Vice President.

Before they could even hit the ground running, the dissent and the attacks were so overwhelming the infighting even spread into the Executive Board causing what's known as a divided board. Which rapidly started to file Union charges against each other to have some who were once good friends (or so I thought) removed from office by trial as per the Union Constitution.

So now the voting starts on the charges to force a trial and it's very close, in fact you need a majority vote to force a trial and the opposing side did not have that majority. During the stress, two Officers resigned their positions which then give them the majority vote they wanted. In another trial the Executive Board actually had to violate a bylaw regarding Roberts Rules of Order to force a trial... which they did.

So now there were multiple trials scheduled for different officers. One trial for two of the Officers, became a problem as both sides disagreed on the opposing sides right to change the trial dates which caused two separate trials to take place for the same

people in which case each trial had no one show up from the opposing side to offer any defense. To make matters worse, each trial had a different verdict. The first trial they were found not guilty and they reclaimed their office with another trial yet to be scheduled and confirmed by their opponents and another trial still scheduled for the President. .

As I mentioned above, while these trials were going back and forth, the Rec. Secretary and the 2nd VP resigned their positions as well causing the persons who received the next highest number of votes in the election to fill the position, which just happened to be the long term entrenched incumbents who were so unexpectedly voted out of office by a landslide who then voted to force a trial for the President.

Now as the Officers in question were found not guilty in the first trial and back working in the Union office this caused others to go to the Union building and attempt to change the locks to lock them out by changing the key cards, which of course didn't work but it was a nice try so then of course they had to call the cops who then showed up and did nothing as they saw no crime in progress.

Now with those new Executive Board Officers back in power came the paybacks and by that I mean people who were previously unappointed by the newly elected Executive Board were now appointed back to their positions on Committees and Chairs forcing of course the previous Committee Chairs to be shown the door. This is when you really notice how the "crony" system works.

I'm sure I left out lots of details....it was a mess.

Posted by: ████████████████