UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | § § § § § § § § § § § § § § § § | Civil Case No. 3:17-cv-02278-X |

**[PROPOSED] ORDER GRANTING DEFENDANTS' PARTIALLY OPPOSED MOTION TO EXTEND CURRENT PRETRIAL DEADLINES AND TRIAL SETTING**

The Court has considered Defendants' Partial Opposed Motion to Extend Current Pretrial Deadlines and Trial Setting filed in the above-captioned matter. Having considered the Motion, the Court hereby grants the Motion and rules as follows:

IT IS ORDERED that all pretrial deadlines are extended until _____.

IT IS FURTHER ORDERED that the trial of the above case is reset from its current setting of June 18, 2022 to the Court's two week docket beginning_____.at 10:00 am.


Date: _____          _____

1

US_ACTIVE-166692700.1