## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>　　　　　　　Defendants. | Civil Case No. 3:17-cv-02278-X |

### [Proposed] Order Granting in Part and Denying in Part Defendant Southwest Airlines Co. and Transport Workers Union of America, Local 556's Partially Opposed Motion to Extend Current Pretrial Deadlines and Trial Setting

Before the Court is Defendant Southwest Airlines Co. and Transport Workers Union of America, Local 556's Motion to Extend Current Pretrial Deadlines and Trial Setting. Having considered the Motion and Response, the Court hereby grants the Motion in part and denies the Motion in Part, and rules as follows:

IT IS ORDERED that all pretrial deadlines are extended until _____.

IT IS FURTHER ORDERED that the trial of the above case is rescheduled from its current setting of June 20, 2022, to the Court's two week docket beginning _____ at 10:00 a.m.

SIGNED on _____, 2022.


_____
Brantley Starr
United States District Judge