UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | Civil Case No. 3:17-cv-02278-X |

**JOINT STATUS REPORT REGARDING THE NUMBER OF DAYS AND JURORS NEEDED TO TRY THE CASE**

Pursuant to the Court's May 11, 2022 Amended Scheduling Order (ECF 233) and its May 5, 2022 Memorandum Opinion and Order (ECF 232), Plaintiff Charlene Carter ("Carter"), Defendant Southwest Airlines Co. ("Southwest"), and Defendant Transport Workers Union of America, Local 556 ("Local 556") (collectively, "the Parties"), through their counsel of record, submit this Joint Status Report regarding the number of days and jurors needed to try the case.

On Monday, May 16, 2022, the Parties' counsel conducted a conference call and conferred regarding the matters raised in the Court's May 5, 2022 Memorandum Order. The parties were not able to reach agreements as to those matters, but report as follows:

Carter's Counsel believes that 7 days are needed to try the case and requests a jury of 7 persons. Southwest's and Local 556's Counsel believe that 5 days are needed to try the case and request a jury of 12 persons.

DATED: May 17, 2022                                        Respectfully submitted,

1

<div style="display: flex;">

<div>

By: s/ Matthew B. Gilliam
Matthew B. Gilliam (*pro hac vice*)
New York Bar No. 5005996
*mbg@nrtw.org*
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Tel: 703-321-8510
Fax: 703-321-9319

*Attorney for Plaintiff Charlene Carter*

</div>

<div>

By: s/ Paulo B. McKeeby (*with permission*)
Paulo B. McKeeby
Texas Bar No. 00784571
*pmckeeby@reedsmith.com*
Brian K. Morris
Texas Bar No. 24108707
REED SMITH LLP
2850 N. Harwood Street, Suite 1500
Dallas, Texas 75201
Tel: 469-680-4200
Fax: 469-680-4299

*Attorneys for Defendant Southwest Airlines Co.*

By: s/ Adam S. Greenfield (*with permission*)
Edward B. Cloutman, III
Texas Bar No. 04411000
*ecloutman@lawoffices.email*
Adam S. Greenfield
Texas Bar No. 24075494
*agreenfield@candglegal.com*
LAW OFFICE OF CLOUTMAN & GREENFIELD, P.L.L.C.
3301 Elm Street
Dallas, Texas 75226-1637
Tel: 214-939-9222
Fax: 214-939-9229

*Attorneys for Defendant Transport Workers Union of America, Local 556*

</div>

</div>

US_ACTIVE-167073437.1

**CERTIFICATE OF SERVICE**

    I certify that, on this day, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                          s/ Matthew B. Gilliam
                                          *Attorney for Plaintiff Charlene Carter*