UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER, | ) |
|       Plaintiff, | ) |
| v. | ) Case No. 3:17-cv-02278-X |
| SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556, | ) |
|       Defendant. | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

Bobby G. Pryor and Matthew D. Hill are admitted in this court, and they appear in this case as additional counsel for Plaintiff Charlene Carter.

Date: June 1, 2022

                                                         Respectfully submitted,

                                                         */s/Bobby G. Pryor*
                                                         Bobby G. Pryor
                                                          State Bar No. 16373720
                                                          bpryor@pryorandbruce.com
                                                         Matthew D. Hill, Of Counsel
                                                          State Bar No. 24032296
                                                          mhill@pryorandbruce.com
                                                         Pryor & Bruce
                                                         302 N. San Jacinto
                                                         Rockwall, TX 75087
                                                         Telephone: (972) 771-3933
                                                         Facsimile: (972) 771-8343

                                                         *Attorneys for Plaintiff Charlene Carter*

APPEARANCE OF COUNSEL – Page 1