UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 3:17-cv-02278-X |
| | § | |
| SOUTHWEST AIRLINES CO., AND | § | |
| TRANSPORT WORKERS UNION | § | |
| OF AMERICA, LOCAL 556, | § | |
| | § | |
| Defendants | § | |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Movant Jason E. Winford ("Movant") files this Unopposed Motion to Withdraw as Counsel for Plaintiff Charlene Carter and in support respectfully states as follows:

Movant previously represented Plaintiff as local counsel while employed with the law firm of Jenkins & Watkins, P.C. However, Movant has recently changed law firms and is unable to continue to represent Plaintiff in this matter.

There is good cause for this Court to grant the Motion to Withdraw because Movant recently left the law firm of Jenkins & Watkins, P.C., and joined another law firm, Gordon Rees Scully Mansukhani, LLP, where Movant is unable to continue representing Plaintiff in this matter.

Plaintiff will continue to be ably represented by Matthew B. Gilliam of the National Right to Work Legal Defense Foundation, Inc., who has represented Plaintiff from the beginning of this matter as Plaintiff's primary counsel. Plaintiff will also be ably represented by Bobby G. Pryor and Matthew D. Hill of Pryor and Bruce, both experienced attorneys who have been retained to

represent Plaintiff as local counsel in this lawsuit going forward, and who filed their Appearance of Counsel on June 1, 2022 (Doc. 238).

Plaintiff approves the withdrawal of Movant, and Defendants do not oppose this Motion.

This withdrawal will not prejudice the parties or delay these proceedings.

## Conclusion

For the foregoing reasons, Movant Jason E. Winford respectfully requests that the Court grant his Motion to Withdraw as Counsel for Plaintiff.

Respectfully submitted,

*/s/ Jason E. Winford*
Jason E. Winford
Texas Bar No. 00788693
*jwinford@grsm.com*
GORDON REES SCULLY
MANSUKHANI, LLP
2200 Ross Avenue, Suite 3700
Dallas, Texas 75201
Telephone: (214) 231-4760
Facsimile: (214) 461-4053

*Withdrawing Attorney for Plaintiff*

## Certificate of Conference

Movant and Counsel for Plaintiff has conferred with counsel for Defendants regarding this Motion, and Defendants do not oppose the Motion.

*/s/ Jason E. Winford*