## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 3:17-cv-02278-X |
| | § | |
| SOUTHWEST AIRLINES CO., AND | § | |
| TRANSPORT WORKERS UNION | § | |
| OF AMERICA, LOCAL 556, | § | |
| | § | |
| Defendants | § | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Before the Court is Movant Jason E. Winford's ("Movant") Unopposed Motion to Withdraw as Counsel for Plaintiff Charlene Carter.

Having considered the Motion, the Court hereby GRANTS the Motion and ORDERS that Movant Jason E. Winford is withdrawn as counsel for Plaintiff Charlene Carter in this action.

SIGNED this ___ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE

Order Granting Motion to Withdraw as Counsel for Plaintiff – Page 1