**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**Dallas Division**

| | | |
|---|---|---|
| | § | |
| | § | |
| CHARLENE CARTER, | § | Civil Case No. 3:17-cv-02278-X |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| SOUTHWEST AIRLINES CO., AND | § | |
| TRANSPORT WORKERS UNION OF | § | |
| AMERICA, | § | |
| LOCAL 556, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## DECLARATION OF MEGGAN JONES

I, Meggan Jones, declare as follows:

1.      I am at least 18 years old.  I have personal knowledge of the facts stated herein, and if called as a witness, could competently testify thereto.

2.      I am Senior Manager of Inflight Labor Relations at Southwest Airlines Co. in Dallas, Texas.  I have held that position since approximately August of 2020.

3.      My job duties as Senior Manager of Inflight Labor Relations include, among other things, overseeing complaints relating to alleged violations of Southwest's social media policies.  In connection therewith, I have access to records regarding previous complaints made regarding Southwest's social media policies.

1

US_ACTIVE-167454455.1

4.     In connection with this declaration, I was asked to review Southwest's records regarding the social media complaints relating to the following employees: Casey Rittner, Josh Rosenberg, Brian Talburt, Bill Holcomb Sam Wilkins and Rickie Spand.

5.     I reviewed Southwest's records regarding the above identified employees, and the chart below reflects the information from those records regarding the social media related complaints:

2

US_ACTIVE-167454455.1

| Employee Name (and Location) | Nature of Social Media Violation | Date of Violation / File Opened | Supervisor Who Investigated & Issued Discipline | Ultimate Discipline Decision |
|---|---|---|---|---|
| Casey Rittner (Atlanta) | Social Media Threat to Gary Kelly in connection with collective bargaining negotiations. | 3/7/2016 | Graham Vandergrift, Base Manager – Atlanta | Termination converted to 30-day suspension |
| Josh Rosenberg (Oakland) | Social Media Threat to Gary Kelly in connection with collective bargaining negotiations. | 3/14/2017 | Carolene Goulbourne Base Manager – Oakland | No violation found; Coach and Counsel |
| Sam Wilkins (Oakland) | Comments of a sexual nature regarding co-employee posted on Social Media. | 3/26/2013 | Brett Salyer Assistant Base Manager – Oakland | Coach and Counsel |
| | Threatening Social Media post regarding firearms and a political candidate | 2012 post reported on 3/16/2017 | Carolene Goulbourne Base Manager – Oakland | Coach and counsel |
| Brian Talburt (Phoenix) | Threatening Social Media in which employee used the term "execution" | 9/30/2014 | Deborah Edwards Base Manager – Phoenix | Termination converted to 30-day suspension |
| | Derogatory and profane language in a social media post regarding a coworker. | 3/17/2015 | Ted Thornton Asst. Base Manager – Phoenix | Termination converted to Written Warning |
| | Social media post related to co-worker allegedly dating other co-workers | 8/19/2016 | Jeff Simpson Inflight Supervisor – Dallas

Deborah Edwards Base Manager – Phoenix | Coach and Counsel |

US_ACTIVE-167454455.1

| Bill Holcomb (Oakland) | Derogatory comments of a sexual nature regarding Southwest passenger.\n\nComments on Social Media related to co-worker sexual orientation and alleged stalking of a co-worker. | 4/10/2014\n\n3/10/2015 | Brett Salyer Base Manager – Oakland | 30-day suspension issued for two Social Media events - 7/30/14 and 3/10/15 |
| --- | --- | --- | --- | --- |
| Rickie Spand (Las Vegas) | Social media post related to co-worker allegedly dating other co-workers | 8/19/2016 | Jeff Simpson Inflight Supervisor – Dallas (Jackson)\n\nBrandon Durbin Asst. Base Manger – Las Vegas (Spand) | Coach and Counsel |
| | Threating Social media post related to union affiliation issues. | 11/9/2016 | Brandon Durbin Asst. Base Manger – Las Vegas (Spand) | Coach and Counsel |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed in Golden, Colorado on June 9th, 2022.

_____

Meggan Jones

US_ACTIVE-167454455.1