UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CHARLENE CARTER,** | § § § § | |
| **PLAINTIFF,** | § § § | |
| V. | § § | CIVIL CASE NO. 3:17-CV-02278-X |
| **SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,** | § § § § § § | |
| **DEFENDANTS.** | § § § | |

## THE PARTIES' TRIAL EXHIBIT LIST

The Parties, having conferred and agreed that there are no objections as to the authenticity of the parties' proposed exhibits, submit this joint trial exhibit list. The Parties reserve the right to make relevance or other evidentiary objections.

| EX. NO. | DESCRIPTION | IDENTIFICATION |
|---|---|---|
| 1. | Fourth Amended Complaint | |
| 2. | EEOC Charge re: Southwest | Carter Depo. Exh. 8; Carter 1 |
| 3. | EEOC Charge re: Local 556 | Exh. B to Complaint |
| 4. | Notices of Right to Sue | Exh. C to Fourth Amended Complaint |
| 5. | Carter – Response to First Set of Interrogatories | |
| 6. | Southwest Collective Bargaining Agreement | SWA000001-242 |
| 7. | Southwest Policy Concerning Harassment, Sexual Harassment, Discrimination & Retaliation | SWA004125 |
| 8. | Southwest 3.0.0 Basic Work Rules and Expectations | SWA000500-505 |

| EX. NO. | DESCRIPTION | IDENTIFICATION |
|---|---|---|
| 9. | Southwest Employee Social Media Policy | SWA000508 |
| 10. | Southwest Disability Discrimination & Workplace Accommodation Policy | SWA004124 |
| 11. | Southwest Mission Statement | SWA000506 |
| 12. | Southwest Basic Work Rules and Expectations | SWA000500-505 |
| 13. | Southwest Bullying and Hazing Policy | SWA000507 |
| 14. | Southwest Disability Discrimination and Workplace Accommodation Policy | SWA004123-4124 |
| 15. | Carter history of messaging Local 556 Pres. Stone | SWA000529-550; 000601-683 |
| 16. | Read Before Fly – Jan. 11, 2013 | SWA000415 |
| 17. | Carter communication re Union activities | Carter Depo. Exh. 12 |
| 18. | Read Before Fly – Jan. 14, 2015 | SWA005525 |
| 19. | Pres. Stone April 20, 2015 social media statement | Carter 109-111 |
| 20. | Read Before Fly – May 16, 2015 | SWA000416 |
| 21. | Southwest August 2015 emails re recall campaign | SWA004483-4484; 005680-5681; 006322; 006351-6354; 006522-6555; pg. 14-36 unmarked |
| 22. | Pres. Stone August 2015 emails re recall campaign | SWA007358-7367; 007464-7470 |
| 23. | President Stone Statement regarding Membership's Vote to Reject Tentative Collective Bargaining Agreement | Doc. No. 222-5 |
| 24. | Local 556 Executive Board November 2013 Emails re Carter | Doc. No. 226-7 |
| 25. | Local 556 Executive Board February 2014 Emails re Carter | Doc. No. 226-7 |
| 26. | Stone Oct 2014 Email with Talburt re Social Media | Doc. No. 226-7 |
| 27. | Talburt Oct 2014 Email with Stone re Social Media | Doc. No. 226-7 |
| 28. | Talburt Oct 2014 Email with Stone re Social Media | Doc. No. 226-7 |
| 29. | Stone Core Team Facebook Group Posts | Doc. No. 226-7 |
| 30. | Recall Petition Form | Doc. No. 222-6 |
| 31. | Jeanna Jackson Recall Information | Carter 2397-2399 |
| 32. | Carter Facebook Posts in Recall Group about Local 556's Participation in Women's March | Doc. No. 222-14 |
| 33. | Carter February 2017 Facebook Group Posts about Recall | Doc. No. 222-15 |
| 34. | TWU Local 556 Unity Magazine: State of the Union Message | TWU556 9515-9524 |
| 35. | Inflight Info on the Go – Feb. 17, 2016 | SWA006560 |
| 36. | Read Before Fly – Oct. 12, 2016 | SWA000417 |

| EX. NO. | DESCRIPTION | IDENTIFICATION |
|---|---|---|
| 37. | Inflight Info on the Go – Jan. 20, 2017 | SWA401 |
| 38. | Read Before Fly – Feb. 22, 2017 | SWA000413-414 |
| 39. | Pres. Stone Feb. 24, 2017 investigation interview | SWA004633-4638 |
| 40. | Carter Last Chance Agreement | Carter Depo. Exh. 6 |
| 41. | Carter Termination Letter | Carter Depo. Exh. 1 |
| 42. | Carter 2014-2017 W2 | SWA001082-1085 |
| 43. | Carter income documents | SWA001086-1168 |
| 44. | Carter Work Records | SWA000934-000959 |
| 45. | Carter Affidavit | Doc. No. 222-38 |
| 46. | Abortion Images | SWA000595-597 |
| 47. | Genitalia Depictions | Carter74 |
| 48. | Carter Circulated Abortion Video No. 1 | SWA000595 |
| 49. | Carter Circulated Abortion Video No. 2 | SWA000596 |
| 50. | Carter Public Facebook Abortion Posts | SWA004645-4646 |
| 51. | Set of Messages to Stone | SWA000595-692 |
| 52. | Local 556 January 10-12, 2017 Executive Board Meeting Minutes | Doc. No. 222-9 |
| 53. | Women's March Planned Parenthood Newsletter | Doc. No. 222-8 |
| 54. | Women's March Expenditures | Carter 3268 |
| 55. | Local 556 travel forms re Women's March | TWU556-9476-9485 |
| 56. | Local 556 Women's March pictures | Carter 867, 1144, 1147, 1148, 1154, 1155, 1158, 1159, 1161, 1163, 1167, 1173, 1174, 1176, 1178, 1180, 1182, 1346, 1449 |
| 57. | TWU article re Women's March | Parker Depo. Exh. 29 |
| 58. | TWU Represented at the Women's March | Doc. No. 222-11 |
| 59. | Facebook posts re Local 556 Women's March | Parker Depo. Exh. 30 |
| 60. | Local 556 Women's March budget report | TWU556-9488-9492 |
| 61. | Oct. 6, 2014 Email – Carter Complaint | Carter2415-2416 |
| 62. | Jan. 20, 2017 Email – Statement re: Pink Cabin Lights | SWA006807 |
| 63. | Communications re Pink Cabin Lights | SWA006808-6818 |
| 64. | Carter's February 2017 Facebook Video Images and Messages Posted on Her Facebook Page | Doc. No. 222-16 |
| 65. | Carter's February 2017 Facebook Video Images and Messages sent to President Stone | Doc. No. 222-17 |
| 66. | Feb. 22, 2017 Email – Stone Report Facebook Posts / Graphic | SWA004226-4233 |

| EX. NO. | DESCRIPTION | IDENTIFICATION |
|---|---|---|
| | Images | |
| 67. | Feb. 22, 2017 Email – Stone Follow Up Email re: Facebook Posts / Graphic Images | SWA004421-4422 |
| 68. | Feb. 22, 2017 Email – Brian to OGrady et al | SWA004487-4496 |
| 69. | Feb. 22, 2017 Email – Brian to OGrady et al | SWA004497-4523 |
| 70. | Feb. 22, 2017 Email – Brian to OGrady et al | SWA004524-4545 |
| 71. | Feb. 22, 2017 Email – Brian to OGrady et al | SWA004546-4568 |
| 72. | Feb. 22, 2017 Email – Brian to OGrady et al | SWA004569-4591 |
| 73. | Feb. 23, 2017 Email – Base Manager Follow Up Email re: Facebook Posts / Graphic Images | SWA004239-4240 |
| 74. | Feb. 23, 2017 Email – E. Schneider Email re: Stone Report | SWA004450-4455 |
| 75. | Feb. 23, 2017 Email – Hudson to Stephenson | SWA004456-4458 |
| 76. | Feb. 23, 2017 Email – D. Gutierrez Response to E. Schneider re: Stone Report | SWA004459-4461 |
| 77. | Feb. 23, 2017 Email – Kissman to Sims | SWA004465 |
| 78. | Feb. 23, 2017 Email – Kissman to Hudson | SWA004468-4470 |
| 79. | Feb, 23, 2017 Email – Hudson to Kissman | SWA004471-4473 |
| 80. | Feb. 23, 2017 Email – Kissman to Hudson | SWA004474-4476 |
| 81. | Feb, 23, 2017 Email – Hudson to Kissman | SWA004477-4479 |
| 82. | Feb. 23, 2017 Email – E. Schneider Email re: Stone Meeting | SWA007159-7166 |
| 83. | Feb. 23, 2017 Email – M. Emlet Email re: Stone Report Facebook Posts / Graphic Images | SWA005682-5687 |
| 84. | Feb. 24, 2017 Email – Emlet to Kissman et al | SWA004483-4484 |
| 85. | Feb. 24, 2017 Email – Emlet to Shaffer | SWA005681 |
| 86. | Feb. 24, 2017 Email – Emlet to Shaffer | SWA005682-5687 |
| 87. | Feb. 24, 2017 Email – Emlet to Stephenson et al | SWA005688-5693 |
| 88. | Feb. 24, 2017 Email – Schneider to Emlet et al | SWA005694-5696 |
| 89. | Feb. 24, 2017 – A. Stone Fact Finding Meeting Notes | SWA004634-4638 |
| 90. | Feb. 24, 2017 Email – M. Emlet Email re: Nexus | SWA006504-6513 |
| 91. | Feb. 25, 2017 Email – M. Emlet Email re: Stone Complaint | SWA005682-005687 |
| 92. | Feb. 26, 2017 Email – C. Carter Email re: Fact Finding Meeting | SWA004277-4279 |
| 93. | Feb. 27, 2017 Email – Barnett to Edwards | SWA004485-4486 |
| 94. | Feb. 27, 2017 Email and Attachments – A. Stone Screenshots | SWA004244-4267 |
| 95. | Feb. 27, 2017 Email – Gutierrez to Stone | SWA000529-550 |
| 96. | Feb. 28, 2017 Email – Schneider to Emlet et al | SWA004633-4638 |
| 97. | Feb. 29, 2017 Email and Attachments – A. Stone Facebook Thread | SWA000529-550 |
| 98. | C. Carter Fact Finding Meeting Notes | SWA004676-4692 |
| 99. | Mar. 7 Email and Attachments – D. Gutierrez to E. Schneider re: | SWA004643-4646 |

**The Parties Trial Exhibit List – Page 4**
US_ACTIVE-167402117.6

| EX. NO. | DESCRIPTION | IDENTIFICATION |
|---|---|---|
| | Public Posts | |
| 100. | Mar. 7, 2017 Carter investigation notes | SWA004675-4692 |
| 101. | Southwest correspondence re Carter investigation | SWA004421, 004433, 004436, 004444, 004450, 004456, 004459, 004624, 004630, 004863, 005697, 005882, 006819, 007159 |
| 102. | Carter Facebook re purported nexus to Southwest | SWA006504-6512 |
| 103. | Mar. 9, 2017 Email and Attachments – Re: Carter Fact Finding Notes and Materials | SWA004675-4710 |
| 104. | Mar. 7, 2017 Fact Finding Meeting Notes and Schneider Email to Emlet et al | SWA004675-4692 |
| 105. | Mar. 9, 2017 Email and Attachments – Re: Carter Fact Finding Meeting Presentation | SWA004647-4674 |
| 106. | Mar. 9, 2017 Email – Emlet to Shaffer | SWA005697-5758 |
| 107. | Mar. 10, 2017 Email – E. Schneider Investigation Summary | SWA004711-4712 |
| 108. | Mar. 13, 2017 Email – Investigation and Images | SWA004713-4714 |
| 109. | Mar. 13, 2017 Email – Emlet to Schneider | SWA005759-5761 |
| 110. | Mar. 13, 2017 Email – Correspondence re: Investigation and Termination Letter | SWA005762-5763 |
| 111. | Mar. 13, 2015 Email – Schneider to Emlet | SWA005762-5764 |
| 112. | Mar. 27, 2017 Email – Sims to Shaffer | SWA005775-5777 |
| 113. | Mar. 27, 2017 Email – Sims to Shaffer | SWA005778-5780 |
| 114. | Mar. 27, 2017 Email – Sims to Shaffer | SWA005781-5783 |
| 115. | Southwest's March 14, 2017 Termination Letter | SWA005796 |
| 116. | Mar. 29, 2017 Email – Additional C. Carter Posts | SWA005784-5788 |
| 117. | Apr. 3, 2017 Email – Chaffin to Inflight | SWA005789-5813 |
| 118. | Apr. 4, 2017 – Carter Step 2 Documents | SWA000785-933 |
| 119. | Apr. 6, 2017 Email – Burdine to Sims | SWA005814-5831 |
| 120. | Apr. 17, 2017 Email – Carter Correspondence re: Fake Facebook Posts | SWA000523 |
| 121. | Apr. 17, 2017 Email – Additional Carter Correspondence re: Fake Facebook Posts | SWA000481-483 |
| 122. | Apr. 18, 2017 Email – Carter Correspondence to M. Sims | SWA006911-6913 |
| 123. | April 19, 2017 Text Message – Carter Message With Lynn | Carter Depo. Exh. 7 |

| EX. NO. | DESCRIPTION | IDENTIFICATION |
|---|---|---|
|  | Montgomery |  |
| 124. | Apr. 26, 2018 – Opinion and Award of the Arbitrator | SWA000707-725 |
| 125. | Southwest Flight Attendant Social Media Pictures | Carter 4134-4167 |
| 126. | Counselor invoice | Carter 2417 |
| 127. | Counselor invoice | Carter Depo. Exh. 10 |
| 128. | Counselor expenses | Carter4489 |
| 129. | Medical bills | Carter2418 |
| 130. | Carter earnings | Carter2419-2424 |
| 131. | Carter employment efforts | Carter2213-2222 |
| 132. | Southwest April 4, 2017 Email regarding Local 556 President Stone and Shop Steward Spand reporting Recall Leader Jeanna Jackson and other Flight Attendants for Discipline | SWA007471 |
| 133. | Feb. 23, 2017 Email – E. Schneider Email re: Stone Meeting | SWA007159-7166 |
| 134. | Recall Petition Findings and Process | TWU 7390-7398 |
| 135. | TWU Local 556 Bylaws | TWU 7373-7381 |
| 136. | Text to Lynn Montgomery | TWU 4176-4391 |
| 137. | Emails concerning Carter's Step 2 hearing | TWU 4176-491 |
| 138. | Southwest Airlines Co. 2021 Annual Report | Carter 4503-4670 |

Dated:  June 9, 2022                              Respectfully submitted,


                                                */s/ Paulo B. McKeeby*
Paulo B. McKeeby
State Bar No. 00784571
Brian K. Morris
State Bar No. 24108707
**REED SMITH LLP**
2850 N. Harwood Street
Suite 1500
Dallas, Texas 75201
Phone: 469-680-4200
Facsimile: 469-680-4299
pmckeeby@reedsmith.com
bmorris@reedsmith.com

**ATTORNEYS FOR DEFENDANT SOUTHWEST AIRLINES CO.**


*/s/ Adam S. Greenfield*
Adam S. Greenfield
State Bar No. 24075494
**CLOUTMAN & GREENFIELD, PLLC**
3301 Elm Street
Dallas, Texas 75226
Phone:  214.642.7486
Facsimile:  214.939.9229
agreenfield@candglegal.com

Edward B. Cloutman, III
State Bar No. 04411000
**LAW OFFICES OF EDWARD CLOUTMAN, III**
3301 Elm Street
Dallas, TX 75226
Phone:  214.939.9222
Facsimile:  214.939.9229

**ATTORNEYS FOR DEFENDANT TWU LOCAL 556**

7

/s/ Matthew B. Gilliam
Matthew B. Gilliam (*admitted pro hac vice*)
New York Bar No. 5005996
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Phone:  703.321.8510
Facsimile:  703.321.9319
mbg@nrtw.org


Bobby G. Pryor
State Bar No. 16373720
bpryor@pryorandbruce.com
Matthew D. Hill, Of Counsel
State Bar No. 24032296
mhill@pryorandbruce.com
PRYOR & BRUCE
302 N. San Jacinto
Rockwall, TX 75087
Telephone: (972) 771-3933
Facsimile: (972) 771-8343


**ATTORNEYS FOR PLAINTIFF
CHARLENE CARTER**

8