UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | § | |
|---|---|---|
| **CHARLENE CARTER,** | § | Civil Case No. 3:17-cv-02278-X |
| **Plaintiff,** | § | |
| v. | § | |
| **SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,** | § | |
| **Defendants.** | § | |

### DEFENDANT SOUTHWEST AIRLINES CO.'S WITNESS LIST

Pursuant to the Court's Amended Scheduling Order and Local Rule 26.2, Defendant Southwest Airlines Co. ("Southwest"), files its Witness List as follows:

| Witness Name | Whether Witness was Deposed | Witness Appearance at Trial |
|---|---|---|
| Ed Schneider | Yes | Probable |
| Meggan Jones | Yes | Probable |
| Denise Guiterrez | Yes | Probable |
| Maureen Emlet | Yes | Probable |
| Audrey Stone | Yes | Probable |
| Mike Sims | Yes | Probable |

1

Dated:  June 9, 2022

Respectfully submitted,

*/s/ Paulo B. McKeeby*
Paulo B. McKeeby
State Bar No. 00784571
Brian K. Morris
State Bar No. 24108707
**REED SMITH LLP**
2850 N. Harwood Street
Suite 1500
Dallas, Texas 75201
Phone: 469-680-4200
Facsimile: 469-680-4299
pmckeeby@reedsmith.com
bmorris@reedsmith.com

**ATTORNEYS FOR DEFENDANT SOUTHWEST AIRLINES CO.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been filed via the Court's ECF system and all counsel of record have been served on this 9th day of June, 2022.

*/s/ Paulo B. McKeeby*
Paulo B. McKeeby