UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § § § § | |
| PLAINTIFF, | § § | |
| V. | § § | CIVIL CASE NO. 3:17-CV-02278-X |
| SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556, | § § § § § | |
| DEFENDANTS. | § § § | |

### SOUTHWEST AIRLINES CO.'S DEPOSITION DESIGNATIONS

Defendant Southwest Airlines Co. ("Southwest"), pursuant to the Court's Amended Scheduling Order designates the following page and lines from the deposition of Audrey Stone taken on November 24, 2020:

**Page/Line Nos.**

9:19-25 to 10:1-19

23:8-25 to 24:1-22

23-25 to 29:1-14

37:11-25 to 38:1-24

39:17-25 to 41:1-4

43:1-22

39:1-25 to 70:1-25

86:8-25 to 87:1-16

117:1-9

171:13-25 to 172:1-21

176:3-8

200:10-25 to 203:1-4

209:13-25 to 216:1-16

217:13-25 to 220:1-3

221:21-25 to 223:1-21

225:20-25 to 227:1-25

228-1-25 to 229:1-12

230:4-25

231:7-19

233:10-25 to 234-1-24

234:25 to 235:1-14

237:8-25 to 238: 1-22

240:8-25 to 243:1-22

244:9-28 to 245:1-14

248:15-25 to 249-1-7

249:25 to 250:1-22

252:7-15

Dated: June 9, 2022                             Respectfully submitted,

                          */s Paulo B. McKeeby*
                          Paulo B. McKeeby
                          State Bar No. 00784571
                          Brian K. Morris
                          State Bar No. 24108707
                          **REED SMITH LLP**
                          2850 N. Harwood Street
                          Suite 1500
                          Dallas, Texas 75201
                          Phone: 469-680-4200
                          Facsimile: 469-680-4299
                          pmckeeby@reedsmith.com
                          bmorris@reedsmith.com

                          **ATTORNEYS FOR DEFENDANTS**
                          **SOUTHWEST AIRLINES CO.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been filed via the Court's ECF system and all counsel of record have been served on this 9th day of June, 2022.

                          */s/ Paulo B. McKeeby*
                          Paulo B. McKeeby