UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | Civil Case No. 3:17-cv-02278-X |

### [Proposed] Order on Plaintiff Charlene Carter's Motion *in Limine*

The Court, having considered Plaintiff Charlene Carter's Motion *in Limine*, hereby rules as follows:

| | | |
|---|---|---|
| Carter's motion to preclude evidence regarding arbitration proceedings (¶1): | Granted: \_\_\_\_ | Denied: \_\_\_\_\_ |
| Carter's motion to preclude evidence suggesting that Carter's Facebook messages to President Stone or her public complaints were not protected Activity (¶2): | Granted: \_\_\_\_ | Denied: \_\_\_\_\_ |
| Carter's motion to preclude evidence that she "participated in the Women's March" (¶3): | Granted: \_\_\_\_ | Denied: \_\_\_\_\_ |
| Carter's motion to preclude evidence regarding picture of t-shirt (¶4): | Granted: \_\_\_\_ | Denied: \_\_\_\_\_ |
| Carter's motion to preclude evidence that Carter called Local 556 President Audrey Stone a "murderer" (¶5): | Granted: \_\_\_\_ | Denied: \_\_\_\_\_ |
| Carter's motion to preclude evidence that Carter referred to Local 556 or any of its officials or members as a "criminal" or "crook" (¶6): | Granted: \_\_\_\_ | Denied: \_\_\_\_\_ |

Carter's motion to preclude evidence that Carter

| | | |
|---|---|---|
| "threatened" President Audrey Stone (¶7): | Granted: \_\_\_\_ | Denied: \_\_\_\_\_ |
| Carter's motion to preclude evidence that Carter wrote a Facebook message stating "#Democrats – This is what you support…" (¶8): | Granted: \_\_\_\_ | Denied: \_\_\_\_\_ |
| Carter's motion to preclude evidence regarding Southwest managers' subjective views regarding Abortion (¶9): | Granted: \_\_\_\_ | Denied: \_\_\_\_\_ |
| Carter's motion to preclude evidence regarding Carter's lack of subject evidence regarding Southwest managers' private discriminatory intent (¶10): | Granted: \_\_\_\_ | Denied: \_\_\_\_\_ |
| Carter's motion to preclude evidence that Carter believed President Stone tried to get her fired only because she was an objector (¶11): | Granted: \_\_\_\_ | Denied: \_\_\_\_\_ |
| Carter's motion to preclude evidence regarding Local 556's representation of Carter after President Stone reported her to Southwest for discipline (¶12): | Granted: \_\_\_\_ | Denied: \_\_\_\_\_ |
| Carter's motion to preclude evidence presented by Local 556 regarding an undue hardship defense (¶13): | Granted: \_\_\_\_ | Denied: \_\_\_\_\_ |
| Carter's motion to preclude evidence about whether Carter requested a religious accommodation (¶14): | Granted: \_\_\_\_ | Denied: \_\_\_\_\_ |
| Carter's motion to preclude evidence that Southwest fired Carter for "the manner of communications, insults, threats, and graphic images" (¶15): | Granted: \_\_\_\_ | Denied: \_\_\_\_\_ |
| Carter's motion to preclude evidence that Carter could engage in her religious observances, beliefs, and practices without violating Southwest's social media policies (¶16): | Granted: \_\_\_\_ | Denied: \_\_\_\_\_ |
| Carter's motion to preclude evidence that Southwest had no actual knowledge that Carter was religious or that her actions or statements were based on her religious belief (¶17): | Granted: \_\_\_\_ | Denied: \_\_\_\_\_ |

| | | |
|---|---|---|
| Carter's motion to preclude evidence that Carter failed to notify Southwest of her religious beliefs "prior to violating the [social media] policy" (¶18): | Granted: \_\_\_\_ | Denied: \_\_\_\_\_ |
| Carter's motion to preclude evidence regarding Southwest offering or Carter declining reinstatement as part of Southwest's "Last Chance Agreement" (¶19): | Granted: \_\_\_\_ | Denied: \_\_\_\_\_ |
| Carter's motion to preclude evidence regarding any person's specific support for Hillary Clinton or Donald Trump (¶20): | Granted: \_\_\_\_ | Denied: \_\_\_\_\_ |
| Carter's motion to preclude evidence regarding Southwest's July 9, 2020 Motion and Request for Sanctions (¶21): | Granted: \_\_\_\_ | Denied: \_\_\_\_\_ |
| Carter's motion to preclude evidence regarding settlement negotiations (¶22): | Granted: \_\_\_\_ | Denied: \_\_\_\_\_ |
| Carter's motion to preclude evidence that Plaintiff asserted privilege claims (¶23): | Granted: \_\_\_\_ | Denied: \_\_\_\_\_ |
| Carter's motion to preclude attempts to elicit testimony from Plaintiff about communications with her lawyers (¶24): | Granted: \_\_\_\_ | Denied: \_\_\_\_\_ |
| Carter's motion to preclude attempts to request Plaintiff's counsel to produce documents, to stipulate to any fact, or to make any agreement in the presence of the jury (¶25): | Granted: \_\_\_\_ | Denied: \_\_\_\_\_ |
| Carter's motion to preclude statements of law before the Court rules on the law applicable to the case (¶26): | Granted: \_\_\_\_ | Denied: \_\_\_\_\_ |
| Carter's motion to preclude evidence that Defendants were, or were not insured (¶27): | Granted: \_\_\_\_ | Denied: \_\_\_\_\_ |
| Carter's motion to preclude evidence of Defendants' financial adversity or Plaintiff's financial prosperity (¶28): | Granted: \_\_\_\_ | Denied: \_\_\_\_\_ |

Carter's motion to preclude evidence

that Plaintiff received contributions from
family, friends, or her husband (¶29):	Granted: ____	Denied: _____

Carter's motion to preclude references to
collateral sources of employee benefits (¶30):	Granted: ____	Denied: _____

Carter's motion to preclude evidence that
any recovery by Plaintiff either would or
would not be subject to federal income taxation
or any other form of taxation (¶31):	Granted: ____	Denied: _____

Carter's motion to preclude evidence that
Plaintiff filed this Motion in Limine or that
the Court ruled in response (¶32):	Granted: ____	Denied: _____

SIGNED on _____, 2022.

_____
Brantley Starr
United States District Judge