## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>                    Plaintiff,<br><br>V.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>                    Defendants. | Civil Case No. 3:17-cv-02278-X |

## CARTER'S DEPOSITION DESIGNATIONS

Pursuant to this Court's May 24, 2022 Amended Scheduling Order and Local Rule 26.2 and Rule 26(a)(3), Plaintiff Charlene Carter submits her Deposition Designations as follows:

### Deposition Testimony Designation

Carter intends to call each of the witnesses designated live at trial, but, in the event their testimony cannot be secure, submits the following deposition designations:

Deposition of Mike Sims

| |
|---|
| 5:1-17 |
| 6:8-7:25 |
| 10:24-11:3 |
| 11:7-10 |
| 11:16-12:13 |
| 12:24-14:14 |
| 14:19-17:9 |
| 18:17-19:6 |
| 19:15-21:5 |
| 23:12-23:21 |
| 26:12-27:12 |
| 27:21-28:6 |
| 28:10-16 |

| |
|---|
| 28:20-31:24 |
| 32:19-33:21 |
| 34:3-35:11 |
| 36:6-37:4 |
| 39:6-40:16 |
| 40:23-41:4 |
| 47:15-19 |
| 48:2-7 |
| 49:13-54:25 |
| 56:7-9 |
| 58:16-59:3 |
| 59:10-60:25 |
| 61:12-62:4 |
| 63:4-65:5 |
| 65:14-66:3 |
| 66:6-67:4 |
| 67:16-67:24 |
| 68:3-12 |
| 69:21-70:1 |
| 71:18-72:23 |
| 73:8-22 |
| 74:1-76:14 |
| 76:20-77:11 |
| 82:7-21 |
| 83:1-25 |
| 88:6-89:10 |
| 95:22-96:4 |
| 96:12-16 |
| 100:24-101:25 |
| 102:16-103:1 |
| 103:3-9 |
| 107:14-113:7 |
| 113:22-121:13 |
| 125:5-129:19 |
| 131:1-132:17 |
| 139:3-24 |
| 144:9-15 |
| 144:21-146:15 |
| 147:4-19 |
| 157:19-21 |
| 160:17-162:19 |
| 164:1-25 |
| 165:15-18 |
| 188:14-16 |
| 221:8-222:7 |

222:8-223:3

Deposition of Ed Schneider

| |
|---|
| 4:1-16 |
| 5:19-6:14 |
| 6:18-25 |
| 7:4-25 |
| 8:1-9:5 |
| 9:4-9:12 |
| 9:20-10:7 |
| 10:8-11:21 |
| 11:25-12:9 |
| 12:10-20 |
| 12:21-13:25 |
| 14:16-15:19 |
| 15:20-18:17 |
| 19:3-20:14 |
| 20:15-25 |
| 21:4-22:10 |
| 22:11-23:22 |
| 23:23-24:12 |
| 24:13-25:4 |
| 25:5-26:4 |
| 26:20-24 |
| 30:9-23 |
| 31:1-2 |
| 31:10-19 |
| 31:20-32:22 |
| 33:2-4 |
| 33:16-34:5 |
| 34:23-38:2 |
| 40:1-41:10 |
| 41:11-55:18 |
| 43:12-25 |
| 43:13-46:2 |
| 47:1-10 |
| 48:4-18 |
| 48:4-21 |
| 48:17-21 |
| 54:10-55:23 |
| 57:12-60:2 |
| 60:5-62:25 |
| 65:2-25 |

| |
|---|
| 65:6-66:13 |
| 67:1-11 |
| 68:14-70:12 |
| 69:15-17 |
| 69:18-70:12 |
| 70:13-74:14 |
| 75:2-76:13 |
| 76:18-79:18 |
| 80:2-83:14 |
| 81:5-23 |
| 83:15-25 |
| 83:23-85:20 |
| 84:10-14 |
| 84:24-86:1 |
| 85:1-20 |
| 89:19-91:4 |
| 91:17-24 |
| 92:22-25 |
| 95:21-98:22 |
| 96:18-21 |
| 97:1-8 |
| 97:12-25 |
| 98:1-7 |
| 100:16-101:24 |
| 103:4-108:22 |
| 108:3-13 |
| 109:2-6 |
| 110:8-111:13 |
| 111:20-114:5 |
| 112:1-113:25 |
| 114:23-25 |
| 115:9-118:6 |
| 117:25-118:2 |
| 118:16-23 |
| 120:8-13 |
| 122:6-124:6 |
| 124:23-126:2 |
| 126:7-21 |
| 126:11-14 |
| 126:15-25 |
| 130:24-131:1 |

Deposition of Maureen Emlet

| |
|---|
| 1-6:23 |
| 8:17-23 |
| 9:8-10:10 |
| 16:17-18:23 |
| 20:8-24 |
| 23:12-24:25 |
| 62:17-63:12 |
| 67:10-70:6 |
| 80:1-81:9 |
| 83:16-18 |
| 83:19-84:13 |
| 128:3-8 |

Deposition of Denise Gutierrez

| |
|---|
| 5:1-6:6 |
| 8:20-10:8 |
| 9:12-18 |
| 10:14-11:12 |
| 12:8-16:1 |
| 16:13-17:18 |
| 18:18-25 |
| 20:3-9 |
| 20:12-20 |
| 23:4-20 |
| 29:12-30:1 |
| 30:10-31:3 |
| 40:16-41:2 |
| 63:20-23 |

Deposition of Meggan Jones

| |
|---|
| 4:2-17 |
| 5:5-6 |
| 7:15-11:10 |
| 8:17-9:9 |
| 12:4-18 |
| 13:12-24 |
| 28:18-21 |
| 29:12-20 |
| 30:4-15 |
| 30:21-31:10 |
| 32:4-25 |

| |
|---|
| 36:18-19 |
| 37:5-6 |
| 46:19-47:14 |
| 48:21-25 |
| 49:6-25 |
| 50:23-51:25 |
| 52:3-15 |
| 53:7-54:5 |
| 56:16-25 |
| 60:16-61:16 |
| 62: 5-13 |
| 62:20-23 |
| 63:2-64:3 |
| 64:17-21 |
| 64:21-65:9 |
| 85:2-10 |

30(b)(6) Deposition of Local 556 Representative Audrey Stone

| |
|---|
| 4:1-16 |
| 5:14-6:16 |
| 6:25-7:6 |
| 9:23-10:12 |
| 10:21-11:2 |
| 11:12-15 |
| 12:4-14 |
| 14:1-5 |
| 14:15-15:4 |
| 15:16-16:9 |
| 18:8-19:1 |
| 19:17-21 |
| 22:3-25:22 |
| 26:2-28:22 |
| 30:10-13 |
| 30:18-31:4 |
| 31:10-31:23 |
| 33:5-33:15 |
| 34:13-35:11 |
| 40:12-21 |
| 41:3-18 |
| 41:22-42:11 |
| 42:15-18 |
| 42:25-43:15 |

| |
|---|
| 43:22-44:3 |
| 44:17-25 |
| 47:10-48:1 |
| 49:12-51:13 |
| 60:24-64:13 |
| 72:21-73:19 |
| 73:24-75:1 |
| 75:5-13 |
| 76:7-22 |
| |
| |

Deposition of Audrey Stone

| |
|---|
| 7:1-6 |
| 9:19-12:25 |
| 13:8-14:25 |
| 15:5-20:25 |
| 25:2-27:10 |
| 27:23-30:1 |
| 31:5-33:9 |
| 34:4-38:24 |
| 39:21-47:5 |
| 47:12-48:15 |
| 49:2-13 |
| 49:14-51:25 |
| 52:11-53:8 |
| 55:20-57:14 |
| 58:10-59:7 |
| 59:17-65:16 |
| 65:22-66:10 |
| 66:23-72:14 |
| 72:20-76:23 |
| 76:24-82:10 |
| 76:20-24 |
| 83:2-84:13 |
| 86:4-89:25 |
| 91:6-92:4 |
| 92:20-97:25 |
| 94:5-96:9 |
| 98:10-13 |
| 98:17-18 |
| 98:20-99:1 |
| 100:1-101:1 |

**Carter's Deposition Designations - Page 7**

| |
|---|
| 101:9-102:20 |
| 102:21-25 |
| 103:5-107:6 |
| 107:25 |
| 108:3 |
| 109:8-110:2 |
| 112:9-15 |
| 115:6-8 |
| 116:6-14 |
| 116:15-25 |
| 117:10-119:1 |
| 118:8-144:3 |
| 119:11-17 |
| 120:1-11 |
| 120:15-122:2 |
| 123:3-14 |
| 127:10-128:3 |
| 128:16-129:2 |
| 131:13-25 |
| 132:10-135:16 |
| 135:23-139:13 |
| 140:4-22 |
| 141:2-6 |
| 144:8-145:24 |
| 148:16-149:14 |
| 154:18-25 |
| 155:2-14 |
| 155:15-158:11 |
| 158:14-159:9 |
| 164:15-175:21 |
| 176:12-183:7 |
| 183:18-185:21 |
| 186:15-22 |
| 187:3-6 |
| 187:19-188:5 |
| 189:5-190:2 |
| 190:7-17 |
| 190:25-191:3 |
| 194:8-9 |
| 194:19-195:4 |
| 196:12-199:17 |
| 200:10-201:7 |
| 200:14-21 |
| 202:2-4 |
| 203:5-7 |

| |
|---|
| 203:15-204:16 |
| 209:13-210:11 |
| 213:24-214:3 |
| 214:12-16 |
| 215:8-216:3 |
| 227:21-229:25 |
| 233:21-234:5 |
| 233:21-234:24 |

Deposition of Jessica Parker

| |
|---|
| 4:1-20 |
| 5:14-7:24 |
| 8:8-23 |
| 9:3-11:25 |
| 12:10-15:2 |
| 15:10-18 |
| 15:23-17:20 |
| 18:1-3 |
| 19:5-21:20 |
| 23:5-25 |
| 27:1-31:21 |
| 28:16-31:25 |
| 33:6-34:14 |

Deposition of John Parrott

| |
|---|
| 2:15-24:8 |
| 4:1-25 |
| 6:11-25 |
| 7:12-20 |
| 8:3-23 |
| 10:20-23 |
| 11:14-15 |
| 13:13-16:3 |
| 16:4-25 |
| 17:11-27:23 |
| 32:16-34:3 |

Respectfully submitted,

*/s/* Matthew B. Gilliam
Matthew B. Gilliam (*admitted pro hac vice*)
New York Bar No. 5005996
c/o National Right to Work Legal Defense
Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Phone:  703.321.8510
Facsimile:  703.321.9319
mbg@nrtw.org

Bobby G. Pryor
State Bar No. 16373720
bpryor@pryorandbruce.com
Matthew D. Hill, Of Counsel
State Bar No. 24032296
mhill@pryorandbruce.com
PRYOR & BRUCE
302 N. San Jacinto
Rockwall, TX 75087
Telephone: (972) 771-3933
Facsimile: (972) 771-8343

**ATTORNEYS FOR PLAINTIFF
CHARLENE CARTER**

## Certificate of Service

I hereby certify that on June 9, 2022, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Matthew B. Gilliam