UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLENE CARTER, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. 3:17-CV-2278-X |
| § | |
| TRANSPORT WORKERS UNION § | |
| OF AMERICA, LOCAL 556, and § | |
| SOUTHWEST AIRLINES CO., § | |
| § | |
| *Defendants*. § | |

## ORDER ON TIME LIMITS

The Court has reviewed the parties' pretrial materials. Carter will have 12 hours of jury time; Southwest and Local 556 will each have 6 hours of jury time. Southwest and Local 556 can pool their time if they wish. Trials in the Dallas federal courthouse average between 5.75 and 6 hours of time with the jury each day (starting with the jury at 9:00 AM, breaking an hour and fifteen minutes for lunch, and taking 1 short morning and 2 short afternoon breaks). Breaks and lunch do not count against a party's jury time. Sidebars that a party loses do count against a party's jury time.

**IT IS SO ORDERED** this 13th day of June, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE