## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHARLENE CARTER )
)
) CIVIL ACTION NO.
VS. ) 3:17-CV-02278-X
)
SOUTHWEST AIRLINES CO., AND )
TRANSPORT WORKERS UNION OF )
AMERICA, LOCAL 556 )

-----------------------------------
CONFIDENTIAL
TWU LOCAL 556 30(b)(6)
ORAL DEPOSITION OF
AUDREY STONE
NOVEMBER 30, 2020
-----------------------------------

ANSWERS AND DEPOSITION OF AUDREY STONE,
produced as a witness at the instance of the
Plaintiff, taken in the above-styled and -numbered
cause on NOVEMBER 30, 2020, at 9:00 a.m., before
CHARIS M. HENDRICK, a Certified Shorthand Reporter
in and for the State of Texas, witness located in
Orting, Washington, pursuant to the Federal Rules
of Civil Procedure, the current emergency order
regarding the COVID-19 State of Disaster, and the
provisions stated on the record or attached hereto.

## Page 2

APPEARANCES

FOR THE PLAINTIFF:
    MR. MATTHEW B. GILLIAM
    NATIONAL RIGHT TO WORK LEGAL DEFENSE
    FOUNDATION, INC.
    8001 Braddock Road, Suite 600
    Springfield, Virginia  22160
    (703) 770-3339
    mbg@nrtw.org

FOR THE DEFENDANT, SOUTHWEST AIRLINES CO.:

    MR. MICHAEL A. CORRELL
    REED SMITH LLP
    2850 North Harwood, Suite 1500
    Dallas, Texas  75201
    (469) 680-4264
    mcorrell@reedsmith.com

FOR THE DEFENDANT, TRANSPORT WORKERS UNION OF
AMERICA, LOCAL 556:
    MR. ADAM GREENFIELD
    MR. EDWARD B. CLOUTMAN, III
    LAW OFFICES OF CLOUTMAN & GREENFIELD, PLLC
    3301 Elm Street
    Dallas, Texas  75226
    (214) 939-9223
    agreenfield@candglegal.com
    ecloutman@lawoffices.email

FOR THE WITNESS, AUDREY STONE:
    MR. JOE GILLESPIE
    GILLESPIE SANFORD LLP
    4803 Gaston Avenue
    Dallas, Texas  75246
    (214) 800-5111
    joe@gillespiesanford.com

ALSO PRESENT:  MS. CHARLENE CARTER
    MS. LAUREN ARMSTRONG

## Page 3

INDEX

Appearances ..................................2
AUDREY STONE
    Examination by Mr. Gilliam...............5

Signature and Changes........................89
Reporter's Certificate.......................91

EXHIBITS

Exhibit 20 - ................................37
Letter from Department of Labor to Audrey Stone,
Document 12

Exhibit 21 - ................................44
Unity Update Published April 20, 2015,
Document 13

Exhibit 22 - ................................73
Email to Brett Nevarez from Todd Gage,
Document 26

Exhibit 23 - ................................81
Email to Audrey Stone from Brett Nevarez,
Document 28

## Page 4

PROCEEDINGS

THE REPORTER:  Today's date is
November 30, 2020.  The time is 9:00 a.m. Central
Standard Time.  This is the oral deposition of
Audrey Stone, and it is being conducted remotely in
accordance with the current emergency order
regarding the COVID-19 State of Disaster.  The
witness is located in Orting, Washington and
counsel has agreed that I can swear her in out of
state.

My name is Charis Hendrick, Court
Reporter, CSR No. 3469.  I am administering the
oath and reporting the deposition remotely by
stenographic means from my home in Ellis County,
Texas.  The witness has been identified to me
through counsel.

Would counsel please state their
appearances and locations for the record?  And the
city is fine.

MR. GILLIAM:  Matthew B. Gilliam for
plaintiff Charlene Carter in Springfield, Virginia.

MR. GREENFIELD:  Adam Greenfield on
behalf of Transportation Workers Union Local 556 on
behalf of the union.  And just for the record, this
is a Rule 30(b)(6) deposition and Ms. Stone is

Page 5

1    being designated for certain topics.  It's not
2    specifically her deposition.
3         MR. CORRELL:  Michael Correll for the
4    defendant Southwest Airlines.
5         MR. CLOUTMAN:  Sorry, Mike.  And this
6    is Ed Cloutman also for TWU Local 556, Dallas,
7    Texas.
8         MR. GILLESPIE:  And this is Joseph
9    Gillespie on behalf of the witness, Audrey Stone.
10         AUDREY STONE,
11    having been first duly sworn, testified as follows:
12         EXAMINATION
13    BY MR. GILLIAM:
14    Q.  Good morning, Ms. Stone.  As
15    Mr. Greenfield stated, this is a Rule 30(b)(6)
16    deposition of Transport Workers Union of America
17    Local 556; and that's your understanding as well?
18    **A.  Yes.**
19    Q.  Okay.  And you are the designated
20    representative of Local 556, correct?
21    **A.  Yes.**
22    Q.  Okay.  And if I say Local 556 or the
23    union, you understand that I mean Transport Workers
24    Union of America Local 556?
25    **A.  Yes.**

Page 6

1    Q.  Okay.  And because this is a Rule 30(b)(6)
2    deposition, do you understand that you are speaking
3    on behalf of Local 556 and not on your personal
4    behalf?
5    **A.  Yes, I do.**
6    Q.  Okay.  And you understand that you are
7    also speaking on the knowledge or potentially being
8    briefed on the collective knowledge on local -- of
9    Local 556, correct?
10    **A.  Yes.**
11    Q.  Okay.  And you are okay with that?
12    **A.  Yes.**
13    Q.  Okay.  And if I ask you a question that
14    you feel you haven't been briefed for or you don't
15    know, will you let me know that?
16    **A.  Yes.**
17    Q.  Okay.  And if that happens, we'll -- we'll
18    establish whether there is someone who is
19    designated to -- to speak on that question or
20    whether we can find somebody who -- who is.
21         Now, when we served the Notice of
22    Deposition on Local 556's attorney, there was a
23    list of potential areas that we might be asking
24    questions about; were you shown that list?
25    **A.  Which list?**

Page 7

1    Q.  A list of topics that we would potentially
2    be examining Local 556 about.
3    **A.  Yes.**
4    Q.  Okay.  And you have reviewed that list to
5    try to get up to speed the best you could?
6    **A.  Yes, I have.**
7    Q.  Okay.  Now, did you have any
8    communications with anyone from Local 556 in
9    preparation for this deposition?
10    **A.  Does -- besides legal counsel?**
11    Q.  Besides legal counsel, correct.
12    **A.  No.**
13    Q.  Okay.  And did you review any documents in
14    preparation for this deposition?
15    **A.  Yes.**
16    Q.  Okay.  And what did you review?
17    **A.  I reviewed some executive board meeting**
18    **minutes.**
19    Q.  Okay.  And what else did you review?
20    **A.  I reviewed the -- some board of election**
21    **reports.**
22    Q.  Okay.  What else did you review?
23    **A.  That's -- that's all.**
24    Q.  Okay.  And which executive board meeting
25    minutes did you review?

Page 8

1    **A.  I reviewed -- I skimmed executive board**
2    **meeting minutes from 2017.**
3    Q.  Do you know which month in -- in
4    2017?
5    **A.  I skimmed, I believe it was August through**
6    **December.**
7    Q.  Okay.  Did you review any other executive
8    board meeting minutes?
9    **A.  No.**
10    Q.  Okay.  And which board of election reports
11    did you review?
12    **A.  I reviewed the reports that were posted**
13    **regarding our officer election in 2015, as well as**
14    **both of the tentative agreement contract votes.**
15    Q.  Okay.  And did you review any -- any other
16    board of election reports?
17    **A.  No, I did not.**
18    Q.  Okay.  All right.  Now, you mentioned the
19    reports posted regarding officer elections from
20    2015; whose reports would those have been?
21    **A.  The board of election.**
22    Q.  Okay.  And that's Local 556's board of
23    election?
24    **A.  Yes.**
25    Q.  Okay.  And do they typically publish

Page 9

1 reports on -- on the officer elections?
2 **A. Yes.**
3 Q. Okay. And what do their reports say?
4 **A. Their reports contain the voting**
5 **statistics; typically, broken down both by**
6 **domicile, as well as overall participation, total**
7 **membership numbers and the final vote in terms of**
8 **the outcome of the vote.**
9 Q. Okay. And are those board of election
10 reports disseminated to the executive board?
11 **A. Yes, they are presented to the executive**
12 **board.**
13 Q. Okay. And do the -- are the reports, I
14 guess, presented to the membership -- the rest of
15 the membership?
16 **A. Yes, they are.**
17 Q. Okay. All right. And you said you also
18 reviewed both of the tentative agreement contract
19 votes. Are those -- or, I guess, is that voting
20 information contained in a specific type of report?
21 **A. It's documents that the board of election**
22 **prepares.**
23 Q. Okay. All right. And for the first
24 tentative agreement, do you recall how many --
25 well, let me ask it this way: For the first

Page 10

1 tentative agreement, do you know what percentage of
2 the union membership voted to ratify the first TA?
3 **A. It was approximate -- I am sorry. That**
4 **voted to ratify the TA?**
5 Q. Yes.
6 **A. In the first tentative agreement?**
7 Q. Yes, ma'am.
8 **A. That was approximately 13 percent.**
9 Q. Okay. And what percentage voted to ratify
10 the second tentative agreement?
11 **A. That was approximately 54 percent of the**
12 **eligible members that voted.**
13 Q. Okay. All right. Last time, I guess,
14 during -- during your last deposition, we talked a
15 little bit about collective bargaining agreement
16 negotiations. When you became president, were
17 contract negotiations already underway?
18 **A. No, they were not.**
19 Q. And was the contract -- do you recall when
20 that first contract became amendable?
21 **A. June 1st, 2013.**
22 Q. Okay. Now, in June 1st, 2013, were you,
23 as president, the lead negotiator for TWU Local
24 556?
25 **A. I don't believe I was as of June 1st,**

Page 11

1 **2013. I became lead negotiator as president right**
2 **around that time, shortly after.**
3 Q. Okay. And who was lead negotiator for
4 Local 556 prior to you?
5 **A. Prior to me, that would have been the**
6 **president -- prior president Stacy K. Martin.**
7 Q. Now, when Stacy Martin was removed as
8 president, was he not automatically removed as lead
9 negotiator for the negotiating team?
10 **A. Yes, he was.**
11 Q. Okay. He was. All right. All right.
12 Now, at any point during -- during your presidency,
13 was there a changeover in who the lead negotiator
14 was?
15 **A. No, there was not.**
16 Q. Okay. So the only changeover in who the
17 lead nego- -- negotiator was in 2013 was when you
18 became the lead negotiator?
19 **A. That's correct.**
20 Q. Okay. All right. And do -- so the
21 contract negotiations began how soon after June
22 1st, 2013?
23 **A. I believe they opened around June 10th.**
24 Q. Okay. Now, were you the only person who
25 changed on the negotiating team at that time?

Page 12

1 **A. In June, 2013?**
2 Q. Yes.
3 **A. Yes.**
4 Q. Okay. And do you recall who else was on
5 the negotiating team at -- around June 2013?
6 **A. Paul Sweetin, Bill Holcomb, Brett Nevarez**
7 **and Val Lorien.**
8 Q. Okay. And those were the only members on
9 the negotiating team for Local 556?
10 **A. Yes.**
11 Q. Okay. Do you remember who was on the
12 negotiating team for Southwest at that time?
13 **A. Naomi Hudson, Brandon Conlon, Claire**
14 **Taitte, Kevin Allen, Juan Suarez, Joe Harris.**
15 Q. Was there anyone else on the negotiating
16 team for Southwest that you recall?
17 **A. Not that I recall at that time.**
18 Q. Okay. And did anyone from Southwest
19 communicate any concerns about the changeover in
20 lead negotiator when you became lead negotiator?
21 **A. No.**
22 Q. Okay. And -- and do you know if the
23 company had any concerns about the changeover in
24 lead negotiator when you became lead negotiator?
25 **A. Not that I am aware of.**

Page 13

1    Q. Okay. And prior to the vote on the first
2  TA, was there any changeover at all in Local 556's
3  negotiating team?
4    **A. There was.**
5    Q. Okay. And what -- what were those
6  changes?
7    **A. Brandon Hillhouse replaced Val Lorien on**
8  **the negotiating team.**
9    Q. Okay. And I guess I should ask: Is -- is
10 Paul Sweetin a member of Local 556?
11   **A. Yes, he is.**
12   Q. Okay. And at that time, in 2013, was Paul
13 Sweetin a -- an officer?
14   **A. No, he was not.**
15   Q. Okay. Did Paul Sweetin have any elected
16 positions with the union? Well, let me -- let me
17 ask the question a little bit better.
18       At -- at the time of 2013, when the
19 contract negotiations were taking place, did Paul
20 hold an elected office with the union?
21   **A. I -- he may have been a shop steward; I**
22 **don't recall.**
23   Q. Okay. And at the time of negotiations in,
24 I guess, June of -- well, after June of 2013, did
25 Val Lorien hold elected office with the union?

Page 14

1    **A. I believe he was a shop steward as well.**
2    Q. Okay. And as -- as president, you are
3  automatically -- are you automatically part of the
4  negotiating team?
5    **A. Yes.**
6    Q. Okay. And was that also true -- well, let
7  me ask it this way: As an elected office holder,
8  was Brett Nevarez automatically part of the
9  negotiating team?
10   **A. No.**
11   Q. Okay. And maybe I'm assuming too much
12 there. Was -- was Brett Nevarez an elected officer
13 at the time of negotiations in 2013?
14   **A. Yes, he was.**
15   Q. Okay. And how did Brett Nevarez come to
16 be part of the negotiating team?
17   **A. He was elected as a member of the**
18 **negotiating team.**
19   Q. Okay. And are all members of Local 556's
20 negotiating team elected?
21   **A. No.**
22   Q. Okay. How many -- well, so of the members
23 of the negotiating team who aren't elected, how do
24 they come to be members of Local 556's negotiating
25 team?

Page 15

1    **A. They are appointed by the executive board.**
2    Q. Okay. And was Paul Sweetin appointed by
3  the executive board?
4    **A. Yes, he was.**
5    Q. Okay. And was Val Lorien appointed by the
6  executive board?
7    **A. Yes, he was.**
8    Q. And was Brett Nevarez also appointed by
9  the executive board?
10   **A. No, he was not.**
11   Q. Okay. How did Brett Nevarez come to be on
12 the executive board?
13   **A. He was elected by the membership --**
14   Q. Oh, I am sorry.
15   **A. -- for the negotiating team.**
16   Q. Okay. And that's a general election of
17 all union members?
18   **A. Yes, it is.**
19   Q. Okay. All right. Do you recall when Paul
20 Sweetin was appointed to the negotiating team?
21   **A. He was appointed by the previous executive**
22 **board. I was not a part of that executive board.**
23 **I believe it was sometime in 2012.**
24   Q. Okay. And was Val Lorien also appointed
25 by the previous executive board?

Page 16

1    **A. Yes, he was.**
2    Q. Okay. And prior to the vote on the first
3  tentative agreement, were any other members of the
4  negotiating team replaced besides Val Lorien?
5    **A. No.**
6    Q. Okay. All right. And did the new
7  executive board appoint Brandon Hillhouse to
8  replace Val Lorien?
9    **A. Yes, they did.**
10   Q. Okay. And did the -- the same executive
11 board vote to remove Val Lorien from the
12 negotiating team?
13   **A. No, they did not.**
14   Q. Okay. Why did Val Lorien leave the
15 negotiating team?
16   **A. Val Lorien left because of some things**
17 **that he had said and done that were not considered**
18 **professional or appropriate for a leader of our**
19 **union.**
20   Q. Okay. And was -- was Val Lorien
21 disciplined by the company for the things he said?
22   **A. No, I don't believe so.**
23   Q. Okay. And did Val Lorien remain a union
24 member?
25   **A. During --**

Page 17

1    Q.  I am sorry.  I'll ask the question a
2  different way.  So after Val Lorien, I guess, left
3  the negotiating team, did he remain a union member?
4    **A.  At that time, yes.**
5    Q.  Okay.  And does Val Lorien no longer work
6  for the company?
7    **A.  That's correct.**
8    Q.  Okay.  Do you know why Val Lorien left the
9  company?
10    **A.  Yes.**
11    Q.  Okay.  And why did Val Lorien leave the
12  company?
13    **A.  He took a position at another air carrier.**
14    Q.  Okay.  But Val Lorien wasn't terminated by
15  the company?
16    **A.  Yes, he was.**
17    Q.  Okay.  When was Val Lorien terminated by
18  the company?
19    **A.  I don't remember.**
20    Q.  Okay.  Do you remember if -- if Val Lorien
21  was terminated before the vote on the first TA?
22    **A.  I don't remember.**
23    Q.  Okay.  Do you know why Val Lorien was
24  terminated by the company?
25    **A.  Yes.**

Page 18

1    Q.  Okay.  And why was Val Lorien terminated
2  by the company?
3    **A.  Because he took a job with another**
4  **carrier, which we're not allowed to do under our**
5  **work rules.  And I believe he had also called out**
6  **sick for Southwest Airlines while he was working**
7  **for the other carrier.**
8    Q.  Okay.  All right.  Now, when the executive
9  board voted to send the first TA to the membership
10  for a vote, did the negotiating team give any
11  recommendations to the executive board as to
12  whether to send it to the -- the membership to vote
13  on?
14    **A.  No.  The negotiating team just presented**
15  **to the executive board.**
16    Q.  Okay.  And were there members of the
17  executive board who did not want to present to --
18  the tentative agreement to the membership vote?
19    **A.  Yes.**
20    Q.  Okay.  And did they -- did those executive
21  board members explain why they didn't want to send
22  it to the membership to vote on?
23    **A.  Yes.**
24    Q.  Okay.  And why did those executive board
25  members not want to present it to the membership to

Page 19

1  vote on?
2    **A.  Some of the board members felt like --**
3        MR. GREENFIELD:  Ms. -- Ms. Stone --
4  Ms. Stone, if you can -- if you may for a moment, I
5  don't know exactly where your testimony is going to
6  come from, but if it came during any sort of
7  executive session while legal counsel was present
8  in providing advice, I would advise you not to
9  testify that -- to that as attorney/client
10  privilege.  But to the extent it was -- it was not,
11  please answer the question to the best of your
12  ability.
13    Q.  (By Mr. Gilliam)  And are -- are you able
14  to answer the question, Ms. Stone?
15    **A.  Yes.**
16    Q.  Okay.
17    **A.  There were some members of the executive**
18  **board that felt like there were too many changes.**
19    Q.  Okay.  That there were too many changes
20  from the prior collective bargaining agreement?
21    **A.  Yes.**
22    Q.  Okay.  And did those -- well, did any
23  executive board members express any other concerns
24  apart from there being too many changes?
25    **A.  Different board members had different --**

Page 20

1  **different thoughts on it and different concerns.**
2    Q.  Okay.  What were some of the other
3  objections to presenting the -- the tentative
4  agreement to membership?
5    **A.  An extended duty day was one of them.  And**
6  **the change to the vacation pay was another.**
7    Q.  Okay.  Do you recall any other concerns
8  voiced by the executive board members to presenting
9  the -- the tentative agreement to membership?
10    **A.  No.**
11    Q.  Okay.  And were there specific changes to
12  the CBA that the executive board members objected
13  to?
14    **A.  What do you mean?**
15    Q.  Well, did any of the executive board
16  members identify specific changes from the prior
17  CBA that they think -- they thought should not be
18  presented to the membership to vote on?
19    **A.  Besides what I just spoke to?**
20    Q.  Well, you mentioned that there were --
21  that one of the concerns was too many changes, but
22  were there specific changes that the executive
23  board members identified?
24    **A.  The change in the vacation pay and the**
25  **change in the duty day.**

Page 21

1    Q.  Okay.  And there weren't any other changes
2  that executive board members found objectionable?
3    A.  Not that I recall.
4    Q.  Okay.  And what -- what was the change
5  involving the extended duty day?  Or let me ask it
6  this way:  In -- how did the tentative agreement
7  change the extended duty day from the prior CBA?
8    A.  The prior CBA had a 10-and-a-half-hour
9  limit on what we could be scheduled at.  And the
10  proposed agreement extended that to 12 hours with a
11  change in how the release and report was calculated
12  as well.
13    Q.  Okay.  And what was the change to vacation
14  pay?
15    A.  Instead of it being a set minimum per day,
16  it was going to change and be a pay model that was
17  variable similar to our sick -- sick bank in the
18  way you earned it.  The more you flew, the higher
19  your productivity, the more your vacation would
20  pay.  Conversely, if you were not -- were somebody
21  that flew less, your vacation could pay less.
22    Q.  And with the second tentative agreement,
23  did it include the change to vacation pay?
24    A.  It did not.
25    Q.  Okay.  And did the second tentative

Page 22

1  agreement include the extended duty day change?
2    A.  It -- no, it did not.
3    Q.  And we may have talked about it before,
4  but did the executive board vote to present the
5  second TA to the membership prior to their vote?
6    A.  Yes, they did.
7    Q.  Okay.  And, again, to the extent that the
8  communications didn't involve the -- the presence
9  of counsel, did the executive board members -- or
10  did any executive board members raise any
11  objections to presenting the second TA to the
12  membership?
13    A.  No, not that I recall.
14    Q.  Okay.  And, I mean, do you -- do you
15  believe that those changes to the TA were what made
16  the difference in getting it ratified?
17    A.  I believe they were part of the reason
18  that made the difference.
19    Q.  Okay.  What were the other reasons you
20  think made the difference?
21    A.  The feedback we heard regarding the first
22  TA was that, overall, it had too many changes.
23  There were pieces of it that were not well
24  understood that people believed were too
25  complicated.  And the second TA overall had less

Page 23

1  changes throughout; and with less changes, I
2  believe, was more easily understood.
3    Q.  Okay.  And were there differences between
4  the second TA and the prior collective bargaining
5  agreement that was in effect?
6    A.  Yes, there were.
7    Q.  Okay.  And after the first TA was
8  rejected, were there any further changes in the
9  negotiating team?
10    A.  Yes, there were.
11    Q.  Okay.  What were the other changes in the
12  negotiating team after the first TA was rejected?
13    A.  Both of the appointed negotiating team
14  members were replaced after they resigned.
15    Q.  Okay.  I am sorry.  Was Bill Holcomb also
16  an elected member of the negotiating team?
17    A.  Yes, he was.
18    Q.  Okay.  Okay.  And so Paul Sweetin was one
19  of the appointed members who resigned?
20    A.  Yes, he was.
21    Q.  And why did he resign?
22    A.  He felt like he was going to be removed by
23  the executive board anyway.  And he chose to go
24  ahead and resign on his own.
25    Q.  Okay.  And did the executive board want to

Page 24

1  remove Paul Sweetin?
2    A.  Yes, they did.
3    Q.  Okay.  And what --
4    A.  Some members.
5    Q.  Okay.  And did -- did those members, I
6  guess, voice their reasons why they wanted to
7  remove Paul Sweetin?
8    A.  They believed that pressure from the
9  membership wanted -- that be -- that because the
10  membership wanted to see some changes on the
11  negotiating team and they were -- felt pressure
12  from the membership to make some changes.
13    Q.  Okay.  Do you know if any other reasons
14  were expressed by executive board members about why
15  Paul Sweetin should resign?
16    A.  No, not to my knowledge.
17    Q.  Okay.  And do you know why Brandon
18  Hillhouse resigned?
19    A.  Yes.
20    Q.  Okay.  Why did Brandon Hillhouse resign?
21    A.  He did not want to continue on the
22  negotiating team.  He did not like how -- he -- how
23  some of the things -- just the stress of the job.
24  He was having a difficult time dealing with that
25  following the -- the failure of the TA and had been

Page 25

1    disappointed.  And he chose to resign.
2        Q.  And did the -- did any of the executive
3    board members discuss removing Brandon Hillhouse,
4    as well, prior to Brandon's resignation?
5        A.  Yes, they did.
6        Q.  Okay.  And what were some of the reasons
7    discussed as to why they wanted to remove Brandon
8    Hillhouse?
9        A.  For the same reasons as Paul Sweetin; that
10   they felt like the membership wanted to see some
11   change on the negotiating team.
12       Q.  Okay.  And did those executive board
13   members present any other reasons as to why Brandon
14   should be removed?
15       A.  No, not to my knowledge.
16       Q.  Okay.  And who replaced Paul Sweetin and
17   Brandon Hillhouse on the negotiating team?
18       A.  Trish Krider and Don Shipman.
19       Q.  Okay.  And did Trish Krider and Don
20   Shipman remain on the negotiating team through the
21   ratification of the second TA?
22       A.  Yes, they did.
23       Q.  Okay.  And were there any other changes on
24   the negotiating team through the ratification of
25   the second tentative agreement?

Page 26

1        A.  No, there were not.
2        Q.  Okay.  All right.  Now, after the first
3    tentative agreement was rejected, did the executive
4    board receive feedback about the vote through the
5    contract action network?
6        A.  Can you repeat the question, please?
7        Q.  Yeah.  And -- and just to refresh my
8    memory a little bit, what is it that the contract
9    action network does?
10       A.  The contract action network was a group of
11   flight attendants from all domiciles who assisted
12   the negotiating team in directing members to
13   negotiating team updates; where to find information
14   about negotiations; how to contact the negotiating
15   team.  They were, you know, the kind of
16   face-to-face out in the domiciles when we were at
17   the bargaining table to just help communicate
18   additional information about the status of
19   negotiations.
20       Q.  Okay.  And was the contract action network
21   giving the executive board members feedback of what
22   they have heard from membership after the first TA
23   was rejected?
24       A.  Yes.
25       Q.  Okay.  And, I guess, did the executive

Page 27

1    board also get feedback from membership meetings
2    after the -- the first TA was rejected?
3        A.  Yes.
4        Q.  Okay.  All right.  So it was through those
5    two sources that the executive board heard why
6    members -- many members were -- were rejecting the
7    tentative agreement?
8        A.  Those were two of the sources.
9        Q.  Okay.  Were there some other sources where
10   the executive board members learned why members may
11   have voted the way they did?
12       A.  Yes.
13       Q.  Okay.  What were some of those other
14   sources?
15       A.  The executive board heard via email.  The
16   executive board heard from members directly in
17   their domicile face-to-face.  The executive board
18   heard through phone calls from members.
19       Q.  Okay.  And, now, between the time that the
20   first tentative agreement was rejected and the
21   second tentative agreement was ratified, did
22   Southwest's negotiating team change at all?
23       A.  No, they did not.
24       Q.  Okay.  Okay.  Now, I think, in your --
25   your other deposition, you may have said that after

Page 28

1    the collective bargaining agreement was signed in
2    January of 2017, the -- the negotiating teams for
3    Southwest and the union continued to -- to meet on
4    some issues; is that correct?
5        A.  Yes.
6        Q.  Okay.  And what were some of the issues
7    they continued to meet about?
8        A.  Working through the implementation
9    schedule of when the changes in the new collective
10   bargaining agreement, when they would be
11   implemented; time frames for that.  As well as
12   working on a comprehensive question and answer --
13   Q&A document on both the new changes in the
14   contract, as well as combining it with previous
15   Q&As that it had done on previous contracts, the
16   pieces that were still relevant to create a
17   comprehensive document.
18       And then members of the negotiating
19   team, along with members of the scheduling
20   committee, also began meeting to discuss
21   satellite-based test agreement per the language in
22   the CBA that was ratified.
23       Q.  All right.  And of -- of the new changes
24   with the new CBA, what -- what -- what changes were
25   being implemented in 2017?

Page 29

1    A. The -- there were changes in Article 32
2 that were being implemented in 2017.
3    Q. And what is Article 32 about?
4    A. Attendance policy.
5    Q. Okay. All right. Were there other
6 changes that were being implemented in 2017 that
7 you recall?
8    A. That's what I can recall off the top of my
9 head for 2017.
10    Q. Okay.
11    A. I -- I did think of something else. One
12 of the additional pay rates was implemented in 2017
13 too.
14    Q. Okay. And when did the new pay rates go
15 into effect?
16    A. The first one went into effect November
17 1st, 2016. And the second one went into effect
18 November 1st, 2017. And the final one went into
19 effect November 1st, 2018.
20    Q. Okay. All right. And when did that 2000
21 -- well -- yeah, when did that, I guess, 2017
22 contract become amendable?
23    A. There wasn't a 2017 contract.
24    Q. Yeah. I am sorry. The -- the CBA -- I am
25 not sure what -- the date range on it, but the --

Page 30

1 the CBA that, I guess, was signed in January of
2 2017, when did that become amendable?
3    A. November 1st, 2018.
4    Q. Okay. And apart from what you described
5 with the implementation schedule, the Q&A document
6 and meeting, I guess, about the satellite base test
7 agreement, did the negotiating team -- teams meet
8 to discuss any other issues after January 2017?
9    A. No, they didn't.
10    Q. Okay. All right. Now, when did you first
11 hear about the idea of a petition to recall
12 executive board members?
13    A. I believe it was the latter part of 2016.
14    Q. Okay. And do you know if the executive
15 board discussed the -- the recall petition prior to
16 the latter part of 2016?
17    A. I don't recall.
18    Q. Okay. And did -- was the executive board
19 aware that a recall petition was being circulated
20 prior to latter part of 2016?
21    A. I -- the executive board became aware of
22 it once it was circulating. I just don't recall
23 exactly when that was.
24    Q. Okay. And how did the executive board
25 become aware of the recall petition being

Page 31

1 circulated?
2    A. I believe there were board members that
3 had been in the lounge and had heard flight
4 attendants talking about it.
5    Q. Which executive board members had, I
6 guess, become aware of the recall petition being
7 circulated?
8    A. There were some domicile executive board
9 members. I don't recall which ones.
10    Q. And what were the domicile
11 executive board members saying about the recall
12 petition?
13    A. That there was a recall petition to --
14 going around to recall most of the executive board;
15 specifically, the executive board members that had
16 voted to put the tentative agreement out to the
17 membership for a vote. I believe we also received
18 communication from -- from members as well about
19 the recall petition.
20    Q. Okay. And the -- do you recall when the
21 recall petition was actually turned in to Local
22 556?
23    A. I believe sometime in early 2017.
24    Q. Okay.
25       MR. GREENFIELD: And, Matthew, for the

Page 32

1 record, we will be providing another witness to go
2 more in depth on several issues regarding the
3 recall effort and processes and procedures,
4 et cetera.
5       MR. GILLIAM: Okay.
6    Q. (By Mr. Gilliam) In -- why -- I guess --
7 did the executive board members you mentioned that
8 were talking about hearing about the -- the recall
9 petition, did -- did they say why the recall
10 petition was targeting executive board members who
11 voted to put the TA out?
12    A. No, I don't recall specifics other than it
13 was just naming the board members who did vote to
14 put it out.
15    Q. Okay. And, I guess, which -- which
16 executive board members voted against putting the
17 TA out?
18    A. Donna Keith, Jessica -- Jessica Parker,
19 John DiPippa; and I believe B.R. Ricks, but I am
20 not positive.
21    Q. Okay. All right.
22       MR. GILLIAM: And can we go off the
23 record for just a moment?
24       MR. CLOUTMAN: Sure.
25       (Off-the-record discussion.)

Page 33

1   (Recess taken.)
2   (Testimony of Lyn Montgomery was taken
3   during this time and now resuming with
4   Audrey Stone.)
5   Q. (By Mr. Gilliam) All right. I guess we
6   are back on the record. Ms. Stone, we were talking
7   a little bit about the recall petition. What did
8   Local 556 do with the recall petition when it was
9   delivered?
10   **A. The executive board made a motion that it**
11   **was not proper and legally inoperative and that the**
12   **signatures would not be considered.**
13   Q. Okay. When did the executive board make
14   that determination?
15   **A. I believe that was early, mid-2017.**
16   Q. Okay. And was the International involved
17   in that decision-making process at all?
18   THE REPORTER: She's frozen.
19   MR. GILLIAM: Yeah.
20   MR. GREENFIELD: I assume she will be
21   back shortly. But on this, Matthew -- and I -- and
22   I can't remember if I have shared it with you -- we
23   will also be putting forth Donna Keith today on
24   several issues regarding the recall petition.
25   MR. GILLIAM: Okay.

Page 34

1   MR. CLOUTMAN: And Jessica Parker.
2   MR. GREENFIELD: And Jessica Parker.
3   Thank you.
4   MR. GILLESPIE: She's trying to --
5   she's trying to sign back in. I am going to try to
6   call her and see what is going on. I will just
7   mute my mic and watch this if she pops back up.
8   MR. GILLIAM: I'll -- I'll be close by
9   here. I will do the same.
10   MR. GILLESPIE: Okay.
11   (Recess taken.)
12   Q. (By Mr. Gilliam) Okay. We will just hop
13   back on the record. All right, Ms. Stone, you were
14   reelected to president in March 2015, correct?
15   **A. Yes, that's correct.**
16   Q. Okay. And was there a complaint filed
17   with the Department of Labor about those elections?
18   **A. Yes, there was.**
19   Q. Okay. And what was the complaint about?
20   **A. I don't remember the specifics of -- of**
21   **the DOL complaints. I believe there was more than**
22   **one.**
23   Q. Okay. What -- what do you remember about
24   either complaint?
25   **A. I believe it was filed by Chris Click.**

Page 35

1   Q. And do you know if two separate -- well,
2   do you know if both were filed or do you believe
3   both --
4   **A. I don't know.**
5   Q. Okay. Do you --
6   **A. And I --**
7   Q. -- do you remember any of the general
8   allegations of the complaint?
9   **A. I think there was a question regarding if**
10   **any union resources had been utilized during the**
11   **election.**
12   Q. Okay. And let's see. If I could mark
13   Document 12, if you still have your documents
14   handy. I am not sure what exhibit number we're on.
15   I guess this is exhibit -- I don't know if we were
16   -- I think we were doing the continuing --
17   THE REPORTER: It will be Number 20.
18   MR. GILLIAM: Okay. Yeah, let's --
19   MR. GILLESPIE: We weren't really
20   ready for documents. I am sorry. So are these the
21   same ones that were used during her deposition?
22   MR. GILLIAM: Yes. Yeah.
23   MR. GILLESPIE: Okay. So, Audrey, do
24   you have a copy of the PDFs from your deposition?
25   THE WITNESS: I'll have to pull them

Page 36

1   up. It will take me a moment. I didn't have those
2   ready. I think I can still access them.
3   MR. GILLIAM: And did they -- they
4   send you the new batch of documents for Local 556?
5   MR. GILLESPIE: Not that I am aware
6   of.
7   MR. GREENFIELD: I can send those over
8   right now --
9   MR. GILLIAM: Okay.
10   MR. GREENFIELD: -- just so she has
11   them -- she has them in case there are any
12   additional questions on those.
13   MR. GILLIAM: Whenever you are
14   ready --
15   MR. GREENFIELD: Audrey, I am going to
16   send I-12 as well. And Joe, you too, I will CC
17   you on this. It is sent. So let me know or let
18   Matthew know when -- when you have what you need.
19   MR. GILLESPIE: Audrey, let us know
20   when you have had a chance to get those documents.
21   THE WITNESS: I have them and am just
22   reviewing.
23   MR. GILLESPIE: Okay.
24   MR. GILLIAM: Yeah. If you want to
25   take a look at Document 12 once you have had the

Page 37

1  chance to review it, let me know and I will
2  continue.
3      (Exhibit 20 marked.)
4      THE WITNESS:  Okay.
5      Q.  (By Mr. Gilliam)  Now, do you recognize
6  this?
7      A.  Just from -- just from looking at it right
8  now.
9      Q.  Okay.  And -- and what is it?
10     A.  It is a letter from the Department of
11  Labor addressed to me extending -- I believe it's
12  extending the time in which a complaint could be
13  filed.
14     Q.  And --
15     A.  And it was --
16     Q.  Oh, I am sorry to interrupt.  Were you
17  finished?
18     A.  I just -- I -- I was -- no.  I was just
19  continuing down.  It was signed by one of our legal
20  counsels.
21     Q.  Okay.  And do you know if a suit was ever
22  filed as a result of this complaint?
23     A.  A legal suit?
24     Q.  Yes.
25     A.  No, not to my knowledge.

Page 38

1      Q.  Okay.  Do you know what the outcome of the
2  investigation was?
3      A.  The outcome was that the Department of
4  Labor did not find any violations in how TWU Local
5  556 conducted the officer elect -- officer and
6  board elections.
7      Q.  Okay.  Do you know if that decision was
8  appealed in any way?
9      A.  I don't know if it was appealed.
10     Q.  Okay.  Now, I think, earlier, we were
11  talking a little bit about the -- the recall.  And
12  do -- do you know if the recall group took any
13  particular position on the first tentative
14  agreement?
15     A.  What do you mean the recall group?
16     Q.  Well, there was a group of flight
17  attendants who supported the recall of certain
18  executive board officers, correct?
19     A.  Yes.
20     Q.  And, I guess, within that group, there
21  were -- I guess, there were a group of flight
22  attendants who -- who supported that effort,
23  correct?
24     A.  Yes.
25     Q.  Okay.  Now, do you know if that group of

Page 39

1  flight attendants opposed the ratification of the
2  first tentative agreement?
3      MR. GREENFIELD:  I am going to object
4  to the question being vague.  I am -- I am just not
5  clear as to what group you are talking about,
6  Matthew.
7      Q.  (By Mr. Gilliam)  You can answer if you --
8  you understood, Ms. Stone.
9      A.  I -- I don't understand what you are
10  asking.
11     Q.  So there were a particular group of flight
12  attendants that supported the -- the recall of the
13  556 executive board officers, correct?
14     A.  Yes.
15     Q.  Okay.  Do you know if that same group of
16  flight attendants opposed the ratification of the
17  first tentative agreement?
18     MR. GREENFIELD:  Objection to calling
19  for speculation, you know, the recall petition.
20  Again, the vagueness of what group you are talking
21  about.  There was, you know, a large petition put
22  together.  So I -- I am not sure exactly who you
23  are referring to.
24     MR. GILLIAM:  Well, and I asked her
25  too if she -- she knew if the recall group opposed.

Page 40

1      MR. GREENFIELD:  There was -- there
2  was a recall petition filed, so there is -- there
3  is certainly a group of individuals who -- who
4  filed that.  But, I guess, if you are asking for,
5  you know, what specific individuals thought within
6  that, I think that's, again, asking for speculative
7  testimony.  And -- and, again, vague on -- to who
8  you are specifically talking about.  Unless you are
9  talking about the entire group, which I don't know
10  that she can -- she can properly testify to an
11  entire group.
12     Q.  (By Mr. Gilliam)  Well, do you -- do you
13  remember some of the recall supporters?
14     A.  Yes.
15     Q.  Okay.  And who were some of those recall
16  supporters?
17     A.  Jeanna Jackson.
18     Q.  Okay.  Who else?
19     A.  Chris Click.
20     Q.  Okay.  Who else?
21     A.  Greg Hofer.
22     Q.  All right.  Who else?
23     A.  Those are the names that come to mind off
24  the top of my head.
25     Q.  Okay.  You don't recall any other recall

Page 41

1  supporters?
2      **A. Specifically, no.**
3      Q.  Do you know if Jeanna Jackson
4  opposed ratification of the first tentative
5  agreement?
6      **A. I don't know how she voted on the**
7  **tentative agreement.**
8      Q.  Do you know if she ever made any
9  statements opposing the ratification of the first
10  tentative agreement?
11      **A. Yes.**
12      Q.  Okay.  And did she?
13      **A. Yes.**
14      Q.  Okay.  What do you recall about the
15  statement she made in opposition to the first
16  tentative agreement?
17      **A. That she -- she didn't like it; that she**
18  **didn't think it was a good agreement.**
19      Q.  Do you recall what exactly she opposed in
20  the first tentative agreement?
21      **A. No, I don't.**
22      Q.  Okay.  Do you remember Chris Click making
23  any statements in opposition to the first tentative
24  agreement?
25      **A. Yes.**

Page 42

1      Q.  Okay.  And what -- what do you recall
2  about the statements he made in opposition to the
3  first tentative agreement?
4      **A. I believe he posted a long list of various**
5  **items that he -- his interpretation of them -- his**
6  **interpretation of the changes, as well as his**
7  **opinion about the changes.  I don't recall**
8  **specifics.  It was -- my recollection, it was a**
9  **lengthy -- a lengthy list.**
10      Q.  Okay.  Where did he post that list?
11      **A. I believe it was on Facebook.**
12      Q.  Do you recall if it was in any particular
13  Facebook group?
14      **A. No.**
15      Q.  Okay.  And how did you become aware of
16  that post?
17      **A. I think he may have emailed -- may have**
18  **emailed the executive board with the same list.**
19      Q.  Do you recall when he sent that email?
20      **A. No.  And I am not positive.**
21      Q.  Do you recall any other statements Chris
22  Click made in opposition to ratification of the
23  first tentative agreement?
24      **A. No.**
25      Q.  Okay.  Do you recall any statements that

Page 43

1  Greg Hofer made in opposition to the first
2  tentative agreement?
3      **A. Not specifically.  Just that he -- he**
4  **didn't support it.**
5      Q.  And how did you become aware that he
6  didn't support it?
7      **A. Flight attendant feedback.  There was just**
8  **chatter that people are talking about it on social**
9  **media.**
10      Q.  Do you remember where on social media you
11  saw it?
12      **A. I don't know that I saw it myself.  Other**
13  **-- other flight attendants were talking about**
14  **seeing it and that there was discussion in various**
15  **Facebook groups once the TA was released.**
16      Q.  Okay.  And who relayed those discussions
17  to you?
18      **A. I don't recall specifically.**
19      Q.  Do you recall whether they were executive
20  board members?
21      **A. They could have been.**
22      Q.  Okay.  All right.  One minute.  Wanted to
23  shift back to the -- the social media policies; we
24  discussed those a little bit in -- in your
25  deposition.  If I could have you review -- let me

Page 44

1  see which document it is in.  13.  I guess we mark
2  that as Exhibit 21.
3          (Exhibit 21 marked.)
4          MR. GREENFIELD:  And is this Document
5  13 from the first batch when you deposed her in her
6  individual capacity?
7          MR. GILLIAM:  Yes.  Yeah.
8          MR. GREENFIELD:  Okay.  Ms. Stone, do
9  you have that document?  I can email it to you
10  pretty quickly if you do not.
11          THE WITNESS:  I do have it.  I want to
12  make sure I am reviewing the correct one.  It's --
13  if it's the part of a Unity update that included a
14  president's message from April 2015?
15      Q.  (By Mr. Gilliam)  Yes.  That's it.
16      **A. Okay.**
17      Q.  All right.  So you recognize this
18  document?
19      **A. Yes, I do.**
20      Q.  And what is it?
21      **A. It is part of a Unity update that was**
22  **published on April 20th, 2015 and it contains a**
23  **president's message from me.**
24      Q.  Okay.  Now, it starts off and says, in my
25  last's president message, I address social media.

Page 45

1 Did -- when did Local 556 issue the
2 prior president's message?
3 **A. I am not certain, looking at this, which**
4 **-- if it had been the very last one, we usually**
5 **issued Unity updates on the 5th and 20th of the**
6 **month. So based off of that, I am assuming it**
7 **would have been referring to April 5th.**
8 Q. Okay. Do you recall whether you made a
9 statement in the president's message on social
10 media on April 5th?
11 **A. I don't.**
12 Q. Okay. Do you recall whether you made any
13 statements in, I guess, the Unity update at any
14 time prior to April 5th?
15 **A. I don't recall specifics.**
16 Q. Okay. And do you recall also issuing an
17 apology on social media about some of the posts
18 that were made in connection with the Core group?
19 **A. In what capacity?**
20 Q. Well, I guess, let's maybe make this
21 easier. If I could refer you to -- forget which
22 document it is here -- Document 17.
23 **A. Okay.**
24 Q. And have you had a chance to look at this?
25 **A. Yes.**

Page 46

1 Q. Okay. And this is an apology you made in
2 connection with the -- some, I guess, social media
3 activity on the Core Team website, correct?
4 **A. Yes.**
5 Q. Okay. And do you know, when you, I guess,
6 issued this statement, was it part of a Unity
7 update?
8 **A. No, it was not. It was done by me**
9 **personally, not via a union communication.**
10 Q. Okay. And when you posted it, where did
11 you post it?
12 **A. Fusion.**
13 Q. Okay. All right. But you do not recall
14 addressing any social media issues in Unity prior
15 to April of 2015?
16 **A. I don't recall the specifics. I**
17 **frequently wrote about topics going on within the**
18 **union.**
19 Q. Okay. Do you recall, I guess, discussing
20 social media generally as a topic in the Unity
21 update prior to April of 2015?
22 **A. I -- I wrote that I had addressed it in a**
23 **previous message, so that means that I -- I think I**
24 **would have. I just don't know specifically what --**
25 **without reviewing that document, what I said.**

Page 47

1 Q. Okay. Do you know who might recall what
2 was stated in the president's message in the last
3 Unity update?
4 **A. Do I know who would recall?**
5 Q. Yes, yeah, if you know if there's somebody
6 from the union who would be able to address what
7 was stated in the --
8 **A. If there's somebody who has reviewed that**
9 **document recently.**
10 Q. Okay. And these -- are these Unity
11 updates, I guess, they are published by Local 556?
12 **A. Yes.**
13 Q. Okay. Is there someone in charge of, I
14 guess, assembling the -- the update and -- and
15 disseminating it?
16 **A. Yes.**
17 Q. Okay. Who is that person?
18 **A. Our communications chairperson is who was**
19 **responsible for organizing the content, formatting**
20 **it and emailing it out to the membership.**
21 Q. Okay. What is that person's name?
22 **A. At that time?**
23 Q. Yes.
24 **A. Cuyler Thompson.**
25 Q. Okay. Do you know who that person is now?

Page 48

1 **A. I believe it's Keander Early (phonetic).**
2 Q. Okay. All right. Okay. And after this
3 April 2015 message, did the union ever issue any
4 other statements to members about social media
5 policies?
6 **A. We may have.**
7 Q. Okay. But you don't know?
8 **A. I -- I don't -- I don't recall. I wasn't**
9 **the only one who wrote articles about, you know,**
10 **what was happening within the union.**
11 Q. Okay. Now, do you know of anyone else who
12 would know, for the time you were president, who --
13 or whether the union made any statements about
14 social media policies?
15 **A. Again, if there is someone who has**
16 **reviewed all twice-a-month Unity updates that went**
17 **out during my presidency, they might know.**
18 Q. Okay. Now, is it correct that after your
19 -- your communications with Mike Hafner and Naomi
20 Hudson in the early part of 2015, that the union's
21 communications with Southwest management about the
22 enforcement of the social media policies, in a
23 broad sense, just stopped?
24 **A. They didn't continue the way that I had**
25 **hoped that they would.**

Page 49

1    Q. Okay. But, again, apart from maybe
2  specific grievances and those communications, were
3  there no further communications at a high level?
4    A. There was a transition that took place
5  amongst -- with Mike Hafner, and he transitioned
6  out of his position and there was a changeover in
7  leadership. And the communications with the new
8  leadership was on a list of things that had been
9  ongoing. And she just wasn't -- didn't appear to
10  be a priority to sit down and continue the
11  communications after Hafner vacated his position.
12    Q. Okay. And when -- after Sonya Lacore
13  became VP of inflight, were there any
14  communications whatsoever about the social media
15  policies between Local 556 and Southwest?
16    A. Yes.
17    Q. Okay. And what were those communications?
18    A. They were part of our regular meetings
19  with inflight leadership on, you know, wanting to
20  continue to sit down and try to address changes.
21  It had been my hope -- and I had expressed that to
22  Hafner -- that we could try to look at how the
23  social media policy would be applied specifically
24  to our work group. And I expressed that to Sonya
25  and other leaders, but there wasn't a

Page 50

1  follow-through on -- on continuing those
2  discussions.
3    Q. Okay. Now, apart from your involvement as
4  the union president, did anyone else from Local
5  556's leadership participate in those discussions
6  with Southwest management?
7    A. There were -- the high level or the -- any
8  discussions on the -- I just want to clarify which
9  conversations. There were conversations happening
10  amongst grievance specialists related to grievances
11  that were ongoing within the union. So there were
12  conversations that always took place regarding
13  grievances.
14    Q. So outside of the grievance specialist,
15  starting there, what -- what -- who else
16  participated in those communications at the high
17  level?
18    A. I believe that it was discussed at points
19  during our monthly executive board meetings.
20  Various members of inflight leadership would attend
21  and we would typically have a list of topics; some
22  that were base-specific, some that were general we
23  were seeing throughout the system. And all board
24  members had an opportunity to speak to inflight
25  leadership regarding any concerns that had been

Page 51

1  brought forward by members.
2    Q. Okay. What were some of the general
3  concerns that were discussed in those meetings?
4    A. About social media or in general?
5    Q. About social media policies.
6    A. I believe that we discussed that we had
7  seen an -- what appeared to be an increase in
8  flight attendants being disciplined under the
9  social media policy.
10    Q. And was that the -- I guess, was that an
11  increase in -- in discipline in the year 2015?
12    A. I think, beginning the end of 2014 and
13  going into the first part of 2015.
14    Q. Okay. And, I guess, after, say, the first
15  half of 2015, did you have meetings about those
16  same general concerns, about there being an
17  increase in social media policy discipline?
18    A. No. In the second half of 2015, my focus
19  was on bargaining.
20    Q. Okay. And did anybody else from Local 556
21  meet with management about the social media
22  policies in the second half of 2015?
23    A. Generally, no, not to my knowledge. But,
24  again, the grievance team members were regularly in
25  communication with Southwest Airlines leadership on

Page 52

1  any grievance-related issues that could have
2  included social media cases.
3    Q. Okay. And outside of the grievance
4  specialists -- and you -- do you know if any -- any
5  other union leaders were having those conversations
6  with Southwest management?
7    A. Not to my knowledge.
8    Q. Okay. And to your knowledge, were they
9  having those -- having any of those communications
10  with Southwest management after 2015?
11    A. Not -- not to my recollection.
12    Q. Okay. Now, do you recall what
13  communications the grievance specialists were
14  having in 2015 with Southwest management about
15  social media policy discipline?
16    A. I wasn't a part of conversations that the
17  individual grievance specialist had. It was their
18  responsibility to both file the grievance and
19  communicate directly with Southwest Airlines labor
20  on the details of the grievance and to try to
21  negotiate settlements on behalf of the flight
22  attendants.
23    Q. Did the grievance specialists have any --
24  well, let's strike that and start again.
25      Did the grievance specialists ever

Page 53

1  communicate any, I guess, trends they were seeing
2  in -- in discipline under the social media
3  policies?
4      A.  Communicate to who?
5      Q.  The executive board.
6      A.  The grievance chairperson normally
7  attended the executive board meeting and presented
8  a grievance committee report that would include
9  breakdowns of discipline across the board; would
10  usually list statistics on what -- how many new
11  grievances had been filed, how many had been
12  settled, how many had been withdrawn and what the
13  -- the topics were.
14      MR. GREENFIELD:  And, Mr. Gilliam, we
15  will be providing Brandon Hillhouse on -- on some
16  of those specifics later this afternoon.
17      MR. GILLIAM:  Okay.  All right.
18      Q.  (By Mr. Gilliam)  And, Ms. Stone, do you
19  recall the -- the grievance chair doing that
20  throughout the duration of your -- your presidency?
21      A.  Yes.
22      Q.  Okay.  All right.  Now, do you recall
23  Southwest issuing a read-before-fly in 2017 about
24  social media policy violations?
25      A.  I recall them issuing a read-before-fly.

Page 54

1  I don't recall exactly when it was.
2      Q.  Okay.  And do you recall if the Southwest
3  management had any communications with the union
4  executive board before issuing its read-before-fly
5  memos about social media policy violations?
6      A.  No, I don't recall if there was
7  communication to the executive board.  Depending on
8  the -- the topic, they would -- they might notify a
9  particular committee chairperson, if it related to
10  their committee, before a communication went out.
11      Q.  Okay.  All right.  And do you know what
12  the digital media team is?
13      A.  Yes.
14      Q.  And what is the digital media team?
15      A.  It was a group of flight attendants
16  systemwide throughout all domiciles who were
17  brought in to assist the negotiating team as part
18  of our ongoing education efforts to communicate and
19  educate our membership regarding the status of
20  negotiations, where to go to get information
21  regarding negotiations, progress that we were
22  making in negotiations, but to do it via the
23  digital platform.
24      They were also there to help the
25  negotiating team with any campaigns we wanted to do

Page 55

1  digitally.  For instance, if we were going to do a
2  campaign where we were going to tweet something or
3  have people change their profile pics in support of
4  something going on in negotiations, they were there
5  to help the negotiating team communicate that
6  message out to the membership digitally.
7      Q.  Okay.  Now, this was a union group, wasn't
8  it?
9      A.  Yes.
10      Q.  Okay.  And you mentioned they -- well, I
11  -- I may misstate this, so correct me if I am
12  wrong.  Someone -- they would help coordinate if
13  somebody wanted to change their profile pic?
14      A.  No.  It was if the union -- specifically,
15  the negotiating team -- was going to do any type of
16  campaign around our contract negotiations, and we
17  wanted a coordinated effort amongst the membership
18  to have something displayed that was in support of
19  negotiations or union around support of contract
20  negotiations.  They were there to help us
21  communicate that, be the first to -- to do it; and
22  then assist anybody, you know, in even the
23  technical side of -- of how do you -- how -- how --
24  you know, how do you do that.
25      Q.  Okay.  I think you mentioned something

Page 56

1  about changing profile pics?
2      A.  Yes.
3      Q.  And who -- who would change their profile
4  pics as part of, I guess, the negotiating team
5  strategy or --
6      A.  Whatever members chose to -- chose to do
7  that; whatever flight attendants elected to
8  participate in that.
9      Q.  Okay.  And they -- they would change their
10  profile pic on Facebook?
11      A.  Yes.
12      Q.  Okay.  All right.  And was there a -- I
13  guess, was there a leader of the digital media
14  team?
15      A.  There -- yes, there was a liaison between
16  the negotiating team and the digital media team.
17      Q.  And who was the liaison?
18      A.  Sam Wilkins.
19      Q.  Okay.  And was there a central group
20  within the digital media team to coordinate between
21  the flight attendants at all of the bases?
22      A.  No.  I believe that was -- that was
23  coordinated through Sam, as well as one of our
24  communications committee members, our
25  cochairperson, Eric Schwenk.

Page 57

1    Q.  Okay.  Now, was there a group of flight
2  attendants who were disciplined for posting,
3  hashtag, Gary, sign now, at some point?
4    A.  I don't recall that there was a group of
5  flight attendants, no.
6    Q.  Okay.  Do you remember if there were any
7  individual flight attendants who were disciplined
8  for -- for posting, hashtag, Gary sign now?
9    A.  Yes.
10   Q.  Okay.  And who -- who was that flight
11 attendant?
12   A.  I believe it was Casey Rittner.
13   Q.  Okay.  And do you know if there were any
14 other flight attendants who were disciplined for
15 that?
16   A.  I don't -- I don't recall.
17   Q.  Okay.  Do you know if the -- if there was
18 a digital media team campaign using that strategy
19 of having people put, hashtag, Gary sign now, on
20 their pages?
21   A.  Yes.
22   Q.  Okay.  And how -- how did that start?
23   A.  How did what start?
24   Q.  That campaign.
25   A.  It was part of our strategic bargaining

Page 58

1  campaign with contract negotiations.
2    Q.  Okay.  And was that -- did that campaign
3  start before the first tentative agreement was
4  ratified?
5    A.  The first tentative agreement wasn't
6  ratified.
7    Q.  I am sorry.  Rejected.
8    A.  No.
9    Q.  Okay.  When -- when did that campaign
10 begin?
11   A.  That -- that campaign began after we had
12 returned to the bargaining table, the negotiations
13 -- after negotiations resumed following the
14 rejected TA.
15   Q.  Okay.  And did that -- did flight
16 attendants continue using that -- hashtag, Gary
17 sign now -- through the ratification of the second
18 tentative agreement?
19   A.  No.
20   Q.  Okay.  When did that stop?
21   A.  I don't recall the specific time frames.
22 We would -- we would -- we would do strategic
23 actions around certain time periods, many of them
24 were not ongoing.
25   Q.  Okay.

Page 59

1    A.  Some were just for a special occasion.
2    Q.  Okay.  And do you remember when this
3  particular, Gary sign now hashtag, campaign
4  stopped?
5    A.  I don't recall when it stopped.  I don't
6  believe it was running for very long.
7    Q.  Okay.  Do you know why -- well, who made
8  the decision to stop it?
9    A.  The negotiating team made decisions
10 regarding our strategic campaign.
11   Q.  Okay.  Do you know why the negotiating
12 team decided to stop the -- the, Gary sign now,
13 campaign?
14   A.  Because of the next steps that we took in
15 bargaining.
16   Q.  Okay.  And what were those next steps?
17   A.  Southwest wasn't willing to agree to a
18 comprehensive tentative agreement that we had
19 proposed and wanted to go back through and continue
20 to bargain and -- and make changes in different
21 articles.
22   Q.  Okay.  When was it that the union proposed
23 the comprehensive collective bargaining agreement?
24   A.  I believe it was the end of 2015.
25   Q.  Okay.

Page 60

1    A.  May have been early 2016.
2    Q.  Okay.  And do you know if the union still
3  has a digital -- digital media team?
4    A.  Not to my knowledge, no.
5    Q.  Okay.  And did the -- I guess, was the
6  digital media team in existence the whole time
7  while you were president?
8    A.  No.
9    Q.  And why did it end?
10   A.  It shifted.  We -- during the rollout of
11 the second tentative agreement, the union actually
12 formed a Facebook group where any member could join
13 and ask questions and have their questions answered
14 by a union member regarding any -- any questions
15 they had about the tentative agreement, voting on
16 the tentative agreement, things like that.
17   Q.  Okay.  And what was that Facebook group
18 called?
19   A.  The Official TWU Local 556 Facebook Group.
20   Q.  Okay.  All right.  And did the digital
21 media team have its own Facebook group when it was
22 around?
23   A.  No, not to my knowledge.
24   Q.  All right.  Shifting gears a little bit
25 here.  Do you know what a religious accommodation

Page 61

1  request is?
2  **A. I believe so, yes.**
3  Q. Okay. And what is it?
4  **A. I think it's when someone comes forward --**
5  **a member comes forward and requests to not pay dues**
6  **due to their religious beliefs.**
7  Q. Okay. Now, have you -- are you familiar
8  with religious accommodation requests in the
9  workplace?
10  **A. A little bit.**
11  Q. Okay. Do you know if any Southwest flight
12  attendants ever asked the union to assist it with a
13  religious accommodation in the workplace?
14  **A. Yes.**
15  Q. Okay. And what do you recall that
16  instance?
17  **A. I recall that there was one flight**
18  **attendant who had approached one of our national**
19  **officers while they were in -- the flight attendant**
20  **was in training for Southwest Airlines and was a**
21  **candidate, and had asked if we provided religious**
22  **accommodations for members.**
23  Q. Okay. And, I guess, what was the union's
24  response to that individual?
25  **A. That -- I wasn't present for the**

Page 62

1  **conversation, but I believe that officer told the**
2  **individual that he would need to look into it and**
3  **get back to him. And reminded him that he would**
4  **not be responsible for paying dues until he**
5  **successfully completed probation because, under our**
6  **contract, that's when a flight attendant became a**
7  **member.**
8  Q. Okay. Now, are you aware of any situation
9  where a flight attendant has made a request of the
10  company that they, I guess, be given some exception
11  under a work rule because of their religious
12  beliefs?
13  **A. Exceptions for what?**
14  Q. I guess, for instance, if a flight
15  attendant doesn't want to fly on a particular day
16  because of her religious beliefs, are you familiar
17  with any -- any flight attendant who has sought an
18  exception to Southwest's general rules because of
19  those religious beliefs?
20  **A. I believe so.**
21  Q. Okay. And you believe that a flight
22  attendant has sought that sort of exception from
23  the company?
24  **A. Yes. Not -- not familiar with work**
25  **schedule, but an exception, yes.**

Page 63

1  Q. Okay. And what -- what -- what are you --
2  what do you recall?
3  **A. That there was a flight attendant who**
4  **requested an exception regarding their uniform many**
5  **years ago, back before we had a dress -- a dress or**
6  **a skirt option because they -- their religion --**
7  **she wanted to wear a dress or a skirt due to**
8  **religious reasons. And we didn't have one at that**
9  **time in our uniform.**
10  Q. Okay. And do you know if the flight
11  attendant was granted that exception?
12  **A. I believe so because she wore a skirt.**
13  Q. Okay. Now, has the union ever assisted
14  any flight attendants with, I guess, a request of
15  that nature, wanting an exception because of their
16  religious beliefs?
17  **A. Not to my knowledge, no.**
18  Q. Okay.
19  **A. Not that I am aware of.**
20  Q. Okay. Are you aware of any flight
21  attendants who have requested to wear a hijab
22  because of their religious beliefs?
23  **A. I believe there are some, but I wasn't**
24  **involved or don't have knowledge to the specifics**
25  **of their situation.**

Page 64

1  Q. Okay. Now, would -- to the extent that
2  the union is involved in -- in those sorts of
3  issues, would -- who would get involved?
4  **A. Depending on -- it would depend on who the**
5  **flight attendant first brought it to. It could be**
6  **their domicile executive board member. It could be**
7  **that they reach out to the civil and human rights**
8  **committee. It could be that they reach out to the**
9  **working women's committee -- well, now WISE. It**
10  **would just depend on who the flight attendant**
11  **brought that to. They may call the union office,**
12  **just the general union line, and bring it forward**
13  **to whichever member answered the call.**
14  Q. Okay. And do you know if the civil and
15  human rights committee ever addressed those
16  religious accommodation issues in a general way?
17  **A. I am not aware of them addressing**
18  **religious accommodations.**
19  Q. Okay. All right. Now, do you know if a
20  flight attendant has ever, I guess, brought --
21  well, let me -- let me start over.
22       Has a flight attendant ever sought the
23  union's assistance for a complaint that he or she
24  had that her religious beliefs were being
25  discriminated against?

Page 65

1    A. Not that I am aware of --
2    Q. Okay.
3    A. -- or that I recall.
4    Q. Okay. And if anyone with the -- the union
5  would have knowledge of that, who would it be?
6    A. I honestly don't know. I am not aware of
7  any of those requests being made to the union
8  during -- during my time.
9    Q. Okay. And, earlier, you mentioned the
10  term "grievance specialist." And I just want to
11  clarify. What is a grievance specialist?
12    A. A grievance specialist is a flight
13  attendant and a TWU Local 556 member who typically
14  works full-time in our union office. They handle
15  the day-to-day filing and processing of all
16  grievance (sic) on behalf of our flight attendants.
17    Q. And how many grievance specialists does
18  Local 556 have?
19    A. Currently, I don't know.
20    Q. Okay. While you were president, how many
21  grievance specialists did Local 556 have?
22    A. I believe we had approximately 13 flight
23  attendants that were full-time on our grievance
24  team; some that were grievance specialists and some
25  that just -- they were part of the grievance team,

Page 66

1  but just answered phone calls and assisted flight
2  attendants with questions.
3    Q. Okay. Was Becky Parker a grievance
4  specialist?
5    A. At one time, yes. She was also our
6  grievance chairperson.
7    Q. Okay. All right. And does a grievance
8  specialist ever get involved in a -- I guess, an
9  investigation of a flight attendant's conduct
10  before the grievance is actually filed?
11    A. The grievance specialists themselves don't
12  typically. Someone from our grievance team would
13  assist the flight attendant in securing union
14  representation for any meeting that Southwest
15  Airlines management had requested.
16    Q. Okay. Now, when a -- when a flight
17  attendant is represented in an investigation,
18  before any discipline is ever issued, does the
19  representative have certain information they have
20  to report back to the grievance team?
21    A. Yes. They are requested to take notes of
22  the fact-finding meeting; that's the meeting
23  between the flight attendant and members of
24  Southwest Airlines management. The representative
25  is -- again, they are required to document that

Page 67

1  meeting and submit notes to the union for that
2  flight attendant.
3    Q. Okay. Now, is the representative asked to
4  provide any other information back to the grievance
5  team as part of the representation?
6    A. Just any -- if there were any other
7  documents that Southwest Airlines provided, the
8  flight attendant copies those, or any other
9  information that Southwest Airlines provided. Or
10  if the flight attendant provided Southwest Airlines
11  documentation of something they were asking about,
12  then the representative was always asked to get a
13  copy and also provide the union office with copies
14  of any of those documents that either side may have
15  presented.
16    Q. Okay. And what does the grievance team do
17  with that information when they receive it from the
18  representative?
19    A. There -- there is a grievance database, so
20  notes are recorded in the database; and, like, when
21  the meeting is scheduled, who the rep is scheduled
22  for. And then after the meeting, the fact-finding
23  meeting notes are uploaded into the database, as
24  well as any supporting documentation that was
25  provided, the grievance specialist would be

Page 68

1  responsible for uploading that and -- into the
2  grievance database.
3    Q. Okay. And who has access to that
4  database?
5    A. Everybody on the grievance team -- all
6  flight attendants on the grievance team have access
7  to it. The executive board has access to it. And
8  there are some committee chairs that have access to
9  it. Or at least did during the time I was there; I
10  can't speak to who has access to it now.
11    Q. Okay. And during the time you were there,
12  which committee chairs had access to that database?
13    A. The grievance committee chairperson.
14    Q. And which other committee chairs?
15    A. The safety committee chairperson because
16  they were also on the executive board. So any --
17  any chair position that was filled by an executive
18  board member would have -- they would have
19  automatically had access to the database as well.
20    Q. Okay. And what other chairs had access to
21  the database while you were president?
22    A. I believe the grievance chairperson may
23  have been the only one that wasn't also a board
24  member --
25    Q. Okay.

Page 69

1    A. -- that had access to it.
2    Q. And who was the safety committee chair at
3    the time you were president?
4    A. Michael Massoni.
5    Q. Okay.
6    A. There were other chairpersons, again, that
7    were also executive board members, so they would
8    have had -- he was an -- one -- an example I was
9    giving.
10    Q. Okay.
11    A. The -- are you -- are you asking me to
12    list all the specific chairpeople that were also
13    executive board members that had it? I'm just
14    trying to clarify your question. I want to make
15    sure I am answering accurately.
16    Q. No. If -- I guess, just to clarify, were
17    there any committee chairs who were not executive
18    board members who had access?
19    A. Besides the grievance --
20    Q. Besides --
21    A. -- chairperson?
22    Q. -- the grievance --
23    A. Not -- not that I can recall.
24    Q. Okay. All right. Let's see.
25        MR. GILLIAM: I may be ready to move

Page 70

1    on to some of the other topics that are -- that
2    would be covered by some of the other people you
3    mentioned, Adam. Oh, I think you are muted.
4        MR. GREENFIELD: Yup. Sorry about
5    that. Say that one more time. My apologies.
6        MR. GILLIAM: Yeah. I was just saying
7    that I think that I am probably about ready to move
8    on to some of the other topics that are, you know,
9    I guess, better -- you know, that are designated
10    for someone else. I --
11        MR. GREENFIELD: Okay.
12        MR. GILLIAM: -- I guess I -- I may
13    have other topics for Ms. Stone.
14        MR. GREENFIELD: Okay. Do you -- do
15    you know what those topics might be? Because we
16    would like to release the witness, if we can.
17        MR. GILLIAM: Okay. Can we go off the
18    record for just a minute?
19        MR. GREENFIELD: Of course.
20        (Recess taken.)
21    Q. (By Mr. Gilliam) Ms. Stone, can you hear
22    me? Are you back?
23    A. I can. And I -- while we were on break, I
24    want to clarify -- thought of something I wanted to
25    clarify.

Page 71

1    Q. Okay.
2    A. Regarding -- I believe you asked if there
3    was -- related to the question of leaders --
4    specific leaders of the DMT. And I had given the
5    name Sam Wilkins and the cochairperson of our
6    communications committee, Eric Schwenk.
7    Q. Yes.
8    A. There was also -- she was not the leader,
9    but we also had a -- had, for a brief time, a
10    professional digital media person that was not a
11    member of 556 that was also assisting Sam and Eric
12    and the members of the DMT.
13    Q. Okay. And who was that person?
14    A. Beth Becker.
15        THE REPORTER: I'm sorry, say it
16    again.
17        THE WITNESS: Beth Becker.
18    Q. (By Mr. Gilliam) And Beth Becker was not
19    a flight attendant?
20    A. That's correct, yes.
21    Q. Okay. All right.
22    A. And she -- I believe she -- she had, I
23    believe, a Facebook group that she utilized to
24    communicate with the DMT and -- with the DMT.
25    Q. Okay. And was that a private Facebook

Page 72

1    group?
2    A. Yes.
3    Q. Okay. And what did they communicate about
4    in that private Facebook group?
5    A. It was utilized to let them know if we
6    were going to be needing their help on launching a
7    digital campaign. To -- to the best of my
8    recollection, that's -- it was -- was a
9    communication tool to talk about the -- upcoming
10    campaigns.
11    Q. Okay. Do you know if they ever discussed
12    the recall petition in that Facebook group?
13    A. I don't know. Not -- I don't believe so.
14    Q. Okay. And as president, did you have
15    access to that Facebook group as well?
16    A. Yes.
17    Q. Okay. All right. Did any members of
18    Southwest management have access to that group?
19    Probably not.
20    A. No. Not to my knowledge.
21    Q. Okay. All right. Well, shifting gears a
22    little bit, what -- what communications did the
23    executive board have about Ms. Carter prior to her
24    termination?
25    A. I don't recall the executive board having

Page 73

1    any communications about Ms. Carter.
2        Q.  Okay.  Did anyone from the executive board
3    ever have any communications with Thom McDaniel
4    about Ms. Carter?
5        A.  Not that I'm aware of.  Not that I'm aware
6    of.  Yeah, not that I recall.
7        Q.  Okay.
8        A.  And I -- again, I don't recall any
9    communications with the executive board.  I believe
10   there was one communication from the treasurer
11   informing some of us that she had requested to stop
12   her COPE deduction.
13       Q.  Okay.  Did anybody from the executive
14   board ever have any communications with Don Shipman
15   about Carter prior to her termination?
16       A.  Not that I am aware of.
17       Q.  Okay.  Let's see.  If I could direct you
18   to Document 26.  And I guess this will be marked as
19   Exhibit 22.
20           THE REPORTER:  Did you want to mark 17
21   as 22 when you talked about it earlier?
22           MR. GILLIAM:  No.
23           THE REPORTER:  Okay.
24           (Exhibit 22 marked.)
25       A.  Okay.

Page 74

1        Q.  (By Mr. Gilliam)  And do you recognize
2    this?
3        A.  Yes.
4        Q.  And what is it?
5        A.  It's the email I just spoke about where
6    Ms. Carter was requesting of our treasurer to stop
7    her contributions to Committee on Political
8    Education.
9        Q.  Okay.  And going, I guess, down to the
10   first response from John Parrott on November 16th,
11   2013; do you see where I am?
12       A.  Yes.
13       Q.  And it says, she has been
14   supporting the thing she despises this entire time.
15           Did -- did the executive board know
16   what political causes she -- she despised?
17       A.  The executive board -- I don't know of any
18   knowledge the executive board had regarding her
19   political causes.
20       Q.  Okay.  And Cuyler Thompson responds, this
21   just made my morning.
22           Did -- so Cuyler Thompson knew who she
23   was prior to this email, correct?
24       A.  Yes.
25       Q.  Okay.  And how did Cuyler Thompson know

Page 75

1    who Audrey Stone (sic) was?
2           MR. GREENFIELD:  Objection.  Calls for
3    speculation.  But if you can answer, go ahead,
4    Audrey.
5        A.  I heard, how did Cuyler Thompson know who
6    Audrey Stone was.
7        Q.  (By Mr. Gilliam)  I'm sorry.  How did
8    Cuyler Thompson know who Charlene Carter was?
9        A.  Cuyler had been doing union work a lot
10   longer than I had.  He had been involved with 556
11   at this point for a very, very long time; over a
12   decade.  So I don't -- I don't know how or what
13   capacity he -- he knew of Ms. Carter.
14       Q.  Okay.  Had the executive board ever
15   discussed Charlene Carter in the context of her
16   suggesting a potential decertification of Local
17   556?
18       A.  No.  Not -- to my knowledge, the executive
19   board had not discussed that.
20       Q.  Okay.  Let's see.  And you have an email
21   in this chain that says, PS, for those of you who
22   know and love it, making my queso dip this
23   afternoon.
24           Were you -- were you referring to
25   anything there apart from queso dip?

Page 76

1        A.  No, I wasn't.
2        Q.  Okay.  So that's not a euphemism of some
3    kind?
4        A.  No.  I had a queso dip I frequently made
5    and took up to the union office that people really
6    enjoyed eating.
7        Q.  Okay.  And Brett Nevarez says, yum to
8    queso dip.  So typical batshit/dipshit cannot read
9    her paycheck.
10           And did you know who batshit/dipshit
11   was?
12       A.  I -- no.  I -- I assumed that he was
13   speaking to -- speaking about Ms. Carter because I
14   believe she had already opted out of the union
15   itself at this point and didn't realize she was
16   still contributing to COPE.
17       Q.  And had -- have you heard Brett Nevarez
18   refer to her at any other time as batshit/dipshit?
19       A.  Batshit/dipshit, no.
20       Q.  Okay.  Have you ever heard Brett at any
21   other time refer to Ms. Carter as batshit?
22       A.  Yes.
23       Q.  Okay.  And when was that?
24       A.  I don't recall when it was.
25       Q.  Okay.  Was it on multiple other occasions?

Page 77

1    A.  I don't recall.  I don't recall when I
2  heard him use it.
3    Q.  Okay.  And then at the very top, there is
4  an email from Todd Gage that says, I wish you could
5  give her a list of all the campaigns she has
6  donated to in the last 17 years.
7        So what -- what campaigns did the COPE
8  money specifically go to?
9    A.  The Committee on Political Education
10  funds, those were managed and those decisions were
11  made by TWU International.  So some of the funds
12  went to -- the ones I am familiar with -- the
13  no-knives campaign that ran in 2012 when there was
14  discussion that they were going to relax the
15  restrictions about what could be carried on
16  aircrafts; and that it would include that certain
17  items that were viewed as weapons, certain knives
18  below certain sizes, were going to be allowed.
19  Items that had been banned since 2011.
20        TWU International, I know, utilized
21  COPE funds to support that campaign, along with
22  other airlines and union -- airline union groups.
23  And TWU International would utilize COPE funds to
24  support candidates running for office that they
25  believed were labor friendly and were going to

Page 78

1  support workers and workers' rights; those were
2  some of the examples.
3    Q.  Okay.  Do you know if COPE money was ever
4  specifically used to support candidates who
5  supported women's rights?
6    A.  I -- I don't know for certain.  I -- I
7  don't know.  I don't have a list of specific
8  candidates or the issues that they supported that
9  International donated to.  They could -- they could
10  have.
11    Q.  Did -- did the International communicate
12  with the Local about what causes they supported?
13    A.  Sometimes they did.  Sometimes they asked
14  the Local to participate in -- in campaigns.  They
15  would ask us to email things to our members asking
16  for their participation.  If, you know, they needed
17  to contact their congressman, for instance, on
18  issues that International was either supporting or
19  was, you know, trying to stop.
20    Q.  What -- what specific things do you
21  remember International asking Local 556 to
22  participate in?
23    A.  There were -- at one point, I believe,
24  there was something going on with railroad changes.
25  There was potential legislation that was going to

Page 79

1  take -- take work away from union members in the
2  railroad industry.  So they would ask -- I believe
3  they asked our support to have our members contact
4  -- contact their rep-- their elected
5  representatives to stop that change.
6        There were some pieces of legislation
7  around the FAA Reauthorization Act that we
8  partnered with International and other airline
9  unions in supporting; so changes with that.  There
10  -- there, I know, was something regarding the Right
11  to Work Foundation at one point that International
12  had emailed out and had asked of us to participate
13  in as well of stopping something that was going to
14  take workers -- workers' rights or voices away.
15    Q.  Okay.  Do you remember the International
16  ever asking Local 556 to participate in causes that
17  did not specifically involve transportation?
18    A.  I don't recall.  Most of the ones I can
19  think of affected -- affected members within
20  Transportation Workers Union, but not all of the
21  members within TWU are directly in the --
22  transportation-related job.
23    Q.  What other causes do you recall
24  International asking Local 556 to participate in?
25    A.  I don't recall any other specific --

Page 80

1  specific causes.
2    Q.  Okay.  Do you know if COPE --
3        MR. GREENFIELD:  And -- and, Matthew,
4  we're starting to get a bit far afield.  But I -- I
5  understand where you are asking from the 30(b)(6)
6  Notice on Topic Number 18, and I believe it's --
7  it's -- 18 is asking about the function of COPE in
8  relationship to and communications and activities
9  concerning abortion, reproductive freedom, Planned
10  Parenthood, the march on Washington and any
11  complaints or court's investigations or decisions
12  about flight attendants' violations or alleged
13  violations of the social media policy.
14        So I have given you a little bit of
15  leeway, but we are starting to get pretty far
16  afield from -- from that topic.
17        MR. GILLIAM:  Well, my next question
18  is --
19    Q.  (By Mr. Gilliam)  So are you familiar if
20  COPE ever contributed any money to Planned
21  Parenthood?
22        MR. GREENFIELD:  There we go.
23    A.  No.  No, not to my knowledge.  No.
24    Q.  (By Mr. Gilliam)  Okay.  All right.  Now,
25  did Local 556 ever have any direct communications

Page 81

1  in a formal way with Planned Parenthood?
2     **A.  No, we did not.**
3     Q.  Okay.  All right.  Let's see.  Also like
4  you to reference Document 28.  If we could mark
5  this as 23, Exhibit 23.
6         (Exhibit 23 marked.)
7     **A.  28, correct?**
8     Q.  (By Mr. Gilliam)  Yes, Document 28.
9     **A.  Okay.**
10    Q.  Have you had the chance to review this?
11 If you need a moment, that's fine.
12    **A.  Yes, please.  Thank you.**
13    Q.  Sure.
14       MR. GREENFIELD:  Mr. Gilliam, what
15 topic is -- is this falling under?
16       MR. GILLIAM:  Well, I believe 11, but
17 also 17.
18       MR. GREENFIELD:  Okay.
19    **A.  Okay.**
20    Q.  (By Mr. Gilliam)  Do you recognize this?
21    **A.  No.  Just looking at it right now, but,**
22 **no.**
23    Q.  Okay.  Now, this appears to be an email
24 from Brett Nevarez to you, Chad Kleibscheidel,
25 Andrew Longan and John Parrott.  Who is Chad

Page 82

1  Kleibscheidel, if I am saying that correctly?
2     **A.  He is the current first vice president.  I**
3  **do not believe this was an email that was sent to**
4  **him, I believe.  It's autopopulate from when --**
5  **whenever this was pulled based off of the union**
6  **email address.**
7     Q.  Okay.  So, yeah, I don't quite follow.  Is
8  this a distribution group that it was sent to?
9     **A.  No.  Looking at the from, it says it's**
10 **from Brett Nevarez, but the email address is from**
11 **vicepresident2@twu556.org.  All of our email**
12 **addresses within 556, you could access it either**
13 **via our first initial, last name or by the actual**
14 **position of the person.  I believe that whenever**
15 **this document was pulled, it's showing the first**
16 **vice president email address; that position is now**
17 **being held by Chad Kleibscheidel.  He was not in**
18 **that position in February of 2014.**
19    Q.  Okay.  So instead of Chad Kleibscheidel,
20 who would have received this message as first vice
21 president in 2014?
22    **A.  Todd Gage.**
23    Q.  Okay.  And who is Andrew Longan?
24    **A.  He is a flight attendant now.**
25    Q.  Okay.  Do you know if -- well, did -- did

Page 83

1  Andrew Longan hold an office with the union in
2  2014?
3     **A.  No.**
4     Q.  Okay.  Do you know why Andrew Longan would
5  be receiving this message?
6     **A.  Again, I believe it's just the timing of**
7  **an auto -- of when this document was -- was pulled.**
8  **I don't believe he received this email in 2014.**
9     Q.  Okay.  And the email says, Cuyler's
10 favorite is threatening to decert now that she is
11 not a member and cannot be charged.
12       And I believe this document, when it
13 was produced, was followed by the post on the -- is
14 it the third page or second page?  There is a post
15 by Charlene Carter.  I think you mentioned that you
16 don't really recall this email.  Is there -- so I
17 assume where it says, I will approach International
18 after the five of us have decided on a course of
19 action, you don't know what that's referring to, do
20 you?
21    **A.  No.**
22    Q.  Do you know who would have that
23 information?
24    **A.  I would assume Brett Nevarez.  And I am --**
25 **I am just -- I am assuming that just based off of**

Page 84

1  **what he wrote and that he was speaking to the TWU**
2  **Constitution.**
3     Q.  Okay.  And I am sorry.  Why do you think
4  he is referring to the TWU Constitution?
5     **A.  Because he says he'll approach**
6  **International; and there is -- there is language in**
7  **the TWU Constitution about attempts to decertify.**
8     Q.  Okay.  Can you be charged under the
9  International Constitution for threatening to
10 decertify?
11    **A.  I don't believe so.  I think you actually**
12 **have to be a member of the union, but I have not**
13 **reviewed the Constitution lately.**
14    Q.  Okay.  All right.  Now, what -- what does
15 the health committee do?
16    **A.  The TWU Local 556 health committee works**
17 **closely with our safety committee to address any**
18 **concerns that come up related to flight attendant**
19 **health.  They communicate with membership about any**
20 **issues related to health.  And, again, they work**
21 **very closely with the safety committee.**
22    Q.  Okay.  Now, is -- does the health
23 committee get involved in any issues pertaining to
24 women's reproductive health?
25    **A.  No.**

Page 85

1    Q. What is the civil and human rights
2  committee?
3    **A. Civil and human rights committee is a**
4  **committee that is there to promote civil and human**
5  **rights. Being inclusive, any diversity issues that**
6  **are brought forward; items like that.**
7    Q. And what does it do to promote civil and
8  human rights?
9    **A. There are different activities that the**
10  **civil and human rights committee has participated**
11  **in. Some partnering with TWU International; some,**
12  **for instance, around Martin Luther King Day;**
13  **participating in some of the -- the LGBT parades.**
14  **Those are an example of some of the activities that**
15  **the civil and human rights committee participated**
16  **in.**
17    Q. Okay. Has the civil and human rights
18  committee ever been involved in any investigations
19  into flight attendants' social media policies?
20    **A. No, not to my knowledge.**
21    Q. And to ask a similar question: Has
22  -- are -- are you aware of any disciplinary issue
23  under any of the social media policies that have
24  involved the sort of issues that the civil and
25  human rights committee work on and has, I guess,

Page 86

1  involved them?
2    **A. The committee itself, not to my knowledge,**
3  **no.**
4    Q. Okay.
5    **A. Not that I -- not that I recall.**
6    Q. Okay. And was the civil and human rights
7  committee involved in the union's participation in
8  the women's march?
9    **A. The chairperson of the civil and human**
10  **rights committee was -- was -- attended the meeting**
11  **that was held that week, as well as the march, yes.**
12    Q. Okay. And who was the chairperson?
13    **A. Lori Lochelt.**
14    Q. Okay. Did the civil and human rights
15  committee have any other involvement in the women's
16  march activities that occurred that week?
17    **A. Not that I am aware of. But, again, I**
18  **didn't -- I didn't set up that -- I wasn't in**
19  **charge of the working women's committee that took**
20  **place that week.**
21    Q. Okay. Was that Jessica Parker that was
22  involved in that?
23    **A. Yes.**
24    Q. Okay. And has the civil and human rights
25  committee participated in any activities that

Page 87

1  involved Planned Parenthood?
2    **A. No.**
3    Q. Okay.
4    **A. Not to my knowledge.**
5    Q. Okay. And has the education committee
6  participated in any events that involved Planned
7  Parenthood?
8    **A. No.**
9    Q. Okay. Okay.
10    MR. GILLIAM: I think that's -- that's
11  it for now for Ms. Stone.
12    MR. CLOUTMAN: Is she released,
13  Mr. Gilliam?
14    MR. GILLIAM: Yes. Do you have
15  somebody specific to cover document collection and
16  that -- those issues?
17    MR. CLOUTMAN: Document collection?
18    MR. GILLIAM: Yeah.
19    MR. CLOUTMAN: To the extent -- to the
20  extent it's not privileged, yes, sir.
21    MR. GILLIAM: Okay. All right.
22    MR. GILLESPIE: Okay. Thank you. So
23  is the witness released?
24    MR. GILLIAM: Yes.
25    MR. CLOUTMAN: Thank y'all.

Page 88

1    MR. GILLESPIE: Thank y'all. Y'all
2  have a good afternoon. Don't have too much fun.
3    MR. CLOUTMAN: Promise.
4    (End of Proceedings, 12:58 p.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 89

```
1           CHANGES AND SIGNATURE
2   WITNESS NAME: AUDREY STONE
3   DATE OF DEPOSITION: NOVEMBER 30, 2020
4   PAGE     LINE    CHANGEREASON
5   _____
6   _____
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24  _____
25  _____
```

Page 90

```
1        I, AUDREY STONE, have read the foregoing
2   deposition and hereby affix my signature that same
    is true and correct, except as noted above.
3
4
5        _____
              AUDREY STONE
6
7   THE STATE OF _____
    COUNTY OF _____
8
9   Before me, _____, on this day
    personally appeared AUDREY STONE, known to me (or
10  proved to me under oath or through _____) to
    be the person whose name is subscribed to the
11  foregoing instrument and acknowledged to me that
    they executed the same for the purposes and
12  consideration therein expressed.
13
14  Given under my hand and seal of office this _____
    day of _____, 2020.
15
16
17  _____
    NOTARY PUBLIC IN AND FOR THE
18  STATE OF _____
19
20  MY COMMISSION EXPIRES:_____
21
22
23
24
25
```

Page 91

```
1           REPORTER'S CERTIFICATION
2       IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF TEXAS
3              DALLAS DIVISION
4   CHARLENE CARTER        )
                           )
5                          ) CIVIL ACTION NO.
    VS.                    ) 3:17-CV-02278-X
6                          )
    SOUTHWEST AIRLINES CO., AND )
7   TRANSPORT WORKERS UNION OF  )
    AMERICA, LOCAL 556       )
8
9   ----------------------------------
10           CONFIDENTIAL
         TWU LOCAL 556 30(b)(6)
11      DEPOSITION OF AUDREY STONE
           NOVEMBER 30, 2020
12         (REPORTED REMOTELY)
13  ----------------------------------
14      I, CHARIS M. HENDRICK, Certified Shorthand
15  Reporter in and for the State of Texas, do hereby
16  certify to the following:
17      That the witness, AUDREY STONE, was by me
18  duly sworn and that the transcript of the oral
19  deposition is a true record of the testimony given
20  by the witness.
21      I further certify that pursuant to Federal
22  Rules of Civil Procedure, Rule 30(e)(1)(A) and (B)
23  as well as Rule 30(e)(2), that review of the
24  transcript and signature of the deponent:
25      __xx__ was requested by the deponent and/or a
```

Page 92

```
1   party before completion of the deposition.
2       _____ was not requested by the deponent and/or
3   a party before the completion of the deposition.
4       I further certify that I am neither
5   attorney  nor counsel for, nor related to or
6   employed by any of the parties to the action in
7   which this deposition is taken and further that I
8   am not a relative or employee of any attorney of
9   record in this cause, nor am I financially or
10  otherwise interested in the outcome of the action.
11      The amount of time used by each party at
12  the deposition is as follows:
13      Mr. Gilliam - 2:43 hours/minutes
14
15      Subscribed and sworn to on this 8th day of
16  December, 2020.
17
18
19  _Charis M Hendrick_____
    CHARIS M. HENDRICK, CSR # 3469
20  Certification Expires: 10-31-21
    Bradford Court Reporting, LLC
21  7015 Mumford Street
    Dallas, Texas  75252
22  Telephone 972-931-2799
    Facsimile 972-931-1199
23  Firm Registration No. 38
24
25
```

## A

**a.m** 1:19 4:3
**ability** 19:12
**able** 19:13 47:6
**abortion** 80:9
**above-styled**
  1:18
**access** 36:2 68:3
  68:6,7,8,10,12
  68:19,20 69:1
  69:18 72:15,18
  82:12
**accommodation**
  60:25 61:8,13
  64:16
**accommodati...**
  61:22 64:18
**accurately** 69:15
**acknowledged**
  90:11
**Act** 79:7
**action** 1:4 26:5,9
  26:10,20 83:19
  91:5 92:6,10
**actions** 58:23
**activities** 80:8
  85:9,14 86:16
  86:25
**activity** 46:3
**actual** 82:13
**Adam** 2:14 4:22
  70:3
**additional** 26:18
  29:12 36:12
**address** 44:25
  47:6 49:20
  82:6,10,16
  84:17
**addressed** 37:11
  46:22 64:15
**addresses** 82:12
**addressing**
  46:14 64:17
**administering**
  4:12
**advice** 19:8

**advise** 19:8
**affix** 90:1
**afield** 80:4,16
**afternoon** 53:16
  75:23 88:2
**ago** 63:5
**agree** 59:17
**agreed** 4:9
**agreement** 8:14
  9:18,24 10:1,6
  10:10,15 16:3
  18:18 19:20
  20:4,9 21:6,10
  21:22 22:1
  23:5 25:25
  26:3 27:7,20
  27:21 28:1,10
  28:21 30:7
  31:16 38:14
  39:2,17 41:5,7
  41:10,16,18,20
  41:24 42:3,23
  43:2 58:3,5,18
  59:18,23 60:11
  60:15,16
**agreenfield@c...**
  2:17
**ahead** 23:24
  75:3
**air** 17:13
**aircrafts** 77:16
**airline** 77:22
  79:8
**airlines** 1:5 2:7
  5:4 18:6 51:25
  52:19 61:20
  66:15,24 67:7
  67:9,10 77:22
  91:6
**allegations** 35:8
**alleged** 80:12
**Allen** 12:14
**allowed** 18:4
  77:18
**amendable**
  10:20 29:22

30:2
**America** 1:6
  2:13 5:16,24
  91:7
**amount** 92:11
**and/or** 91:25
  92:2
**Andrew** 81:25
  82:23 83:1,4
**answer** 19:11,14
  28:12 39:7
  75:3
**answered** 60:13
  64:13 66:1
**answering** 69:15
**ANSWERS** 1:16
**anybody** 51:20
  55:22 73:13
**anyway** 23:23
**apart** 19:24 30:4
  49:1 50:3
  75:25
**apologies** 70:5
**apology** 45:17
  46:1
**appealed** 38:8,9
**appear** 49:9
**appearances** 3:2
  4:18
**appeared** 51:7
  90:9
**appears** 81:23
**applied** 49:23
**appoint** 16:7
**appointed** 15:1
  15:2,5,8,20,21
  15:24 23:13,19
**approach** 83:17
  84:5
**approached**
  61:18
**appropriate**
  16:18
**approximate**
  10:3
**approximately**

10:8,11 65:22
**April** 3:12 44:14
  44:22 45:7,10
  45:14 46:15,21
  48:3
**areas** 6:23
**ARMSTRONG**
  2:24
**Article** 29:1,3
**articles** 48:9
  59:21
**asked** 39:24
  61:12,21 67:3
  67:12 71:2
  78:13 79:3,12
**asking** 6:23
  39:10 40:4,6
  67:11 69:11
  78:15,21 79:16
  79:24 80:5,7
**assembling**
  47:14
**assist** 54:17
  55:22 61:12
  66:13
**assistance** 64:23
**assisted** 26:11
  63:13 66:1
**assisting** 71:11
**assume** 33:20
  83:17,24
**assumed** 76:12
**assuming** 14:11
  45:6 83:25
**attached** 1:25
**attempts** 84:7
**attend** 50:20
**Attendance** 29:4
**attendant** 43:7
  57:11 61:18,19
  62:6,9,15,17
  62:22 63:3,11
  64:5,10,20,22
  65:13 66:13,17
  66:23 67:2,8
  67:10 71:19

82:24 84:18
**attendant's** 66:9
**attendants**
  26:11 31:4
  38:17,22 39:1
  39:12,16 43:13
  51:8 52:22
  54:15 56:7,21
  57:2,5,7,14
  58:16 61:12
  63:14,21 65:16
  65:23 66:2
  68:6
**attendants'**
  80:12 85:19
**attended** 53:7
  86:10
**attorney** 6:22
  92:5,8
**attorney/client**
  19:9
**Audrey** 1:10,16
  2:19 3:3,10,16
  4:5 5:9,10 33:4
  35:23 36:15,19
  75:1,4,6 89:2
  90:1,5,9 91:11
  91:17
**August** 8:5
**auto** 83:7
**automatically**
  11:8 14:3,3,8
  68:19
**autopopulate**
  82:4
**Avenue** 2:21
**aware** 12:25
  30:19,21,25
  31:6 36:5
  42:15 43:5
  62:8 63:19,20
  64:17 65:1,6
  73:5,5,16
  85:22 86:17

## B

**B** 2:3,14 4:20

91:22
**B.R** 32:19
**back** 33:6,21
  34:5,7,13
  43:23 59:19
  62:3 63:5
  66:20 67:4
  70:22
**bank** 21:17
**banned** 77:19
**bargain** 59:20
**bargaining**
  10:15 19:20
  23:4 26:17
  28:1,10 51:19
  57:25 58:12
  59:15,23
**base** 30:6
**base-specific**
  50:22
**based** 45:6 82:5
  83:25
**bases** 56:21
**batch** 36:4 44:5
**batshit** 76:21
**batshit/dipshit**
  76:8,10,18,19
**Becker** 71:14,17
  71:18
**Becky** 66:3
**began** 11:21
  28:20 58:11
**beginning** 51:12
**behalf** 4:23,24
  5:9 6:3,4 52:21
  65:16
**beliefs** 61:6
  62:12,16,19
  63:16,22 64:24
**believe** 8:5
  10:25 11:23
  14:1 15:23
  16:22 18:5
  22:15,17 23:2
  30:13 31:2,17
  31:23 32:19

33:15 34:21,25
  35:2 37:11
  42:4,11 48:1
  50:18 51:6
  56:22 57:12
  59:6,24 61:2
  62:1,20,21
  63:12,23 65:22
  68:22 71:2,22
  71:23 72:13
  73:9 76:14
  78:23 79:2
  80:6 81:16
  82:3,4,14 83:6
  83:8,12 84:11
**believed** 22:24
  24:8 77:25
**best** 7:5 19:11
  72:7
**Beth** 71:14,17
  71:18
**better** 13:17
  70:9
**Bill** 12:6 23:15
**bit** 10:15 13:17
  26:8 33:7
  38:11 43:24
  60:24 61:10
  72:22 80:4,14
**board** 7:17,20
  7:24 8:1,8,10
  8:16,21,22 9:9
  9:10,12,21
  15:1,3,6,9,12
  15:22,22,25
  16:7,11 18:9
  18:11,15,17,21
  18:24 19:2,18
  19:23,25 20:8
  20:12,15,23
  21:2 22:4,9,10
  23:23,25 24:14
  25:3,12 26:4
  26:21 27:1,5
  27:10,15,16,17
  30:12,15,18,21

30:24 31:2,5,8
  31:11,14,15
  32:7,10,13,16
  33:10,13 38:6
  38:18 39:13
  42:18 43:20
  50:19,23 53:5
  53:7,9 54:4,7
  64:6 68:7,16
  68:18,23 69:7
  69:13,18 72:23
  72:25 73:2,9
  73:14 74:15,17
  74:18 75:14,19
**Braddock** 2:4
**Bradford** 92:20
**Brandon** 12:13
  13:7 16:7
  24:17,20 25:3
  25:7,13,17
  53:15
**Brandon's** 25:4
**break** 70:23
**breakdowns**
  53:9
**Brett** 3:14,16
  12:6 14:8,12
  14:15 15:8,11
  76:7,17,20
  81:24 82:10
  83:24
**brief** 71:9
**briefed** 6:8,14
**bring** 64:12
**broad** 48:23
**broken** 9:5
**brought** 51:1
  54:17 64:5,11
  64:20 85:6

───────
**C**
───────
**C** 2:1
**calculated** 21:11
**call** 34:6 64:11
  64:13
**called** 18:5
  60:18

**calling** 39:18
**calls** 27:18 66:1
  75:2
**campaign** 55:2
  55:16 57:18,24
  58:1,2,9,11
  59:3,10,13
  72:7 77:13,21
**campaigns**
  54:25 72:10
  77:5,7 78:14
**candidate** 61:21
**candidates**
  77:24 78:4,8
**capacity** 44:6
  45:19 75:13
**carried** 77:15
**carrier** 17:13
  18:4,7
**Carter** 1:3 2:24
  4:21 72:23
  73:1,4,15 74:6
  75:8,13,15
  76:13,21 83:15
  91:4
**case** 36:11
**cases** 52:2
**Casey** 57:12
**cause** 1:19 92:9
**causes** 74:16,19
  78:12 79:16,23
  80:1
**CBA** 20:12,17
  21:7,8 28:22
  28:24 29:24
  30:1
**CC** 36:16
**central** 4:3
  56:19
**certain** 5:1
  38:17 45:3
  58:23 66:19
  77:16,17,18
  78:6
**certainly** 40:3
**Certificate** 3:7

**Certification**
  91:1 92:20
**Certified** 1:20
  91:14
**certify** 91:16,21
  92:4
**cetera** 32:4
**Chad** 81:24,25
  82:17,19
**chain** 75:21
**chair** 53:19
  68:17 69:2
**chairpeople**
  69:12
**chairperson**
  47:18 53:6
  54:9 66:6
  68:13,15,22
  69:21 86:9,12
**chairpersons**
  69:6
**chairs** 68:8,12
  68:14,20 69:17
**chance** 36:20
  37:1 45:24
  81:10
**change** 20:6,24
  20:25 21:4,7
  21:11,13,16,23
  22:1 25:11
  27:22 55:3,13
  56:3,9 79:5
**changed** 11:25
**changeover**
  11:13,16 12:19
  12:23 13:2
  49:6
**CHANGERE...**
  89:4
**changes** 3:6 13:6
  19:18,19,24
  20:11,16,21,22
  21:1 22:15,22
  23:1,1,8,11
  24:10,12 25:23
  28:9,13,23,24

29:1,6 42:6,7
49:20 59:20
78:24 79:9
89:1
changing 56:1
charge 47:13
86:19
charged 83:11
84:8
Charis 1:20 4:11
91:14 92:19
Charlene 1:3
2:24 4:21 75:8
75:15 83:15
91:4
chatter 43:8
chose 23:23 25:1
56:6,6
Chris 34:25
40:19 41:22
42:21
circulated 30:19
31:1,7
circulating
30:22
city 4:19
civil 1:4,23 64:7
64:14 85:1,3,4
85:7,10,15,17
85:24 86:6,9
86:14,24 91:5
91:22
Claire 12:13
clarify 50:8
65:11 69:14,16
70:24,25
clear 39:5
Click 34:25
40:19 41:22
42:22
close 34:8
closely 84:17,21
Cloutman 2:14
2:15 5:5,6
32:24 34:1
87:12,17,19,25

88:3
cochairperson
56:25 71:5
collection 87:15
87:17
collective 6:8
10:15 19:20
23:4 28:1,9
59:23
combining
28:14
come 14:15,24
15:11 19:6
40:23 84:18
comes 61:4,5
COMMISSION
90:20
committee 28:20
53:8 54:9,10
56:24 64:8,9
64:15 68:8,12
68:13,14,15
69:2,17 71:6
74:7 77:9
84:15,16,17,21
84:23 85:2,3,4
85:10,15,18,25
86:2,7,10,15
86:19,25 87:5
communicate
12:19 26:17
52:19 53:1,4
54:18 55:5,21
71:24 72:3
78:11 84:19
communication
31:18 46:9
51:25 54:7,10
72:9 73:10
communicatio...
7:8 22:8 47:18
48:19,21 49:2
49:3,7,11,14
49:17 50:16
52:9,13 54:3
56:24 71:6

72:22 73:1,3,9
73:14 80:8,25
company 12:23
16:21 17:6,9
17:12,15,18,24
18:2 62:10,23
complaint 34:16
34:19,24 35:8
37:12,22 64:23
complaints
34:21 80:11
completed 62:5
completion 92:1
92:3
complicated
22:25
comprehensive
28:12,17 59:18
59:23
concerning 80:9
concerns 12:19
12:23 19:23
20:1,7,21
50:25 51:3,16
84:18
conduct 66:9
conducted 4:5
38:5
CONFIDENT...
1:9 91:10
congressman
78:17
Conlon 12:13
connection
45:18 46:2
consideration
90:12
considered
16:17 33:12
Constitution
84:2,4,7,9,13
contact 26:14
78:17 79:3,4
contain 9:4
contained 9:20
contains 44:22

content 47:19
context 75:15
continue 24:21
37:2 48:24
49:10,20 58:16
59:19
continued 28:3
28:7
continuing
35:16 37:19
50:1
contract 8:14
9:18 10:17,19
10:20 11:21
13:19 26:5,8
26:10,20 28:14
29:22,23 55:16
55:19 58:1
62:6
contracts 28:15
contributed
80:20
contributing
76:16
contributions
74:7
conversation
62:1
conversations
50:9,9,12 52:5
52:16
Conversely
21:20
coordinate
55:12 56:20
coordinated
55:17 56:23
COPE 73:12
76:16 77:7,21
77:23 78:3
80:2,7,20
copies 67:8,13
copy 35:24
67:13
Core 45:18 46:3
correct 5:20 6:9

7:11 11:19
17:7 28:4
34:14,15 38:18
38:23 39:13
44:12 46:3
48:18 55:11
71:20 74:23
81:7 90:2
correctly 82:1
Correll 2:8 5:3,3
counsel 4:9,16
4:17 7:10,11
19:7 22:9 92:5
counsels 37:20
County 4:14
90:7
course 70:19
83:18
Court 1:1 4:11
91:2 92:20
court's 80:11
cover 87:15
covered 70:2
COVID-19 1:24
4:7
create 28:16
CSR 4:12 92:19
current 1:23 4:6
82:2
Currently 65:19
Cuyler 47:24
74:20,22,25
75:5,8,9
Cuyler's 83:9

                D

Dallas 1:2 2:10
2:16,21 5:6
91:3 92:21
database 67:19
67:20,23 68:2
68:4,12,19,21
date 4:2 29:25
89:3
day 20:5,25 21:5
21:7,15 22:1
62:15 85:12

90:9,14 92:15
**day-to-day**
65:15
**dealing** 24:24
**decade** 75:12
**December** 8:6
92:16
**decert** 83:10
**decertification**
75:16
**decertify** 84:7
84:10
**decided** 59:12
83:18
**decision** 38:7
59:8
**decision-maki...**
33:17
**decisions** 59:9
77:10 80:11
**deduction** 73:12
**defendant** 2:7
2:12 5:4
**DEFENSE** 2:3
**delivered** 33:9
**Department**
3:10 34:17
37:10 38:3
**depend** 64:4,10
**Depending** 54:7
64:4
**deponent** 91:24
91:25 92:2
**deposed** 44:5
**deposition** 1:10
1:16 4:4,13,25
5:2,16 6:2,22
7:9,14 10:14
27:25 35:21,24
43:25 89:3
90:1 91:11,19
92:1,3,7,12
**depth** 32:2
**described** 30:4
**designated** 5:1
5:19 6:19 70:9

**despised** 74:16
**despises** 74:14
**details** 52:20
**determination**
33:14
**difference** 22:16
22:18,20
**differences** 23:3
**different** 17:2
19:25,25 20:1
20:1 59:20
85:9
**difficult** 24:24
**digital** 54:12,14
54:23 56:13,16
56:20 57:18
60:3,3,6,20
71:10 72:7
**digitally** 55:1,6
**dip** 75:22,25
76:4,8
**DiPippa** 32:19
**direct** 73:17
80:25
**directing** 26:12
**directly** 27:16
52:19 79:21
**disappointed**
25:1
**Disaster** 1:24
4:7
**disciplinary**
85:22
**discipline** 51:11
51:17 52:15
53:2,9 66:18
**disciplined**
16:21 51:8
57:2,7,14
**discriminated**
64:25
**discuss** 25:3
28:20 30:8
**discussed** 25:7
30:15 43:24
50:18 51:3,6

72:11 75:15,19
**discussing** 46:19
**discussion** 32:25
43:14 77:14
**discussions**
43:16 50:2,5,8
**displayed** 55:18
**disseminated**
9:10
**disseminating**
47:15
**distribution**
82:8
**DISTRICT** 1:1
1:1 91:2,2
**diversity** 85:5
**DIVISION** 1:2
91:3
**DMT** 71:4,12,24
71:24
**document** 3:10
3:12,14,16
28:13,17 30:5
35:13 36:25
44:1,4,9,18
45:22,22 46:25
47:9 66:25
73:18 81:4,8
82:15 83:7,12
87:15,17
**documentation**
67:11,24
**documents** 7:13
9:21 35:13,20
36:4,20 67:7
67:14
**doing** 35:16
53:19 75:9
**DOL** 34:21
**domicile** 9:6
27:17 31:8,10
64:6
**domiciles** 26:11
26:16 54:16
**Don** 25:18,19
73:14

**donated** 77:6
78:9
**Donna** 32:18
33:23
**dress** 63:5,5,7
**due** 61:6 63:7
**dues** 61:5 62:4
**duly** 5:11 91:18
**duration** 53:20
**duty** 20:5,25
21:5,7 22:1

**E**

**E** 2:1,1
**earlier** 38:10
65:9 73:21
**early** 31:23
33:15 48:1,20
60:1
**earned** 21:18
**easier** 45:21
**easily** 23:2
**eating** 76:6
**ecloutman@la...**
2:17
**Ed** 5:6
**educate** 54:19
**education** 54:18
74:8 77:9 87:5
**EDWARD** 2:14
**effect** 23:5 29:15
29:16,17,19
**effort** 32:3 38:22
55:17
**efforts** 54:18
**either** 34:24
67:14 78:18
82:12
**elect** 38:5
**elected** 13:15,20
13:25 14:7,12
14:17,20,23
15:13 23:16
56:7 79:4
**election** 7:20
8:10,13,16,21
8:23 9:9,21

15:16 35:11
**elections** 8:19
9:1 34:17 38:6
**eligible** 10:12
**Ellis** 4:14
**Elm** 2:15
**email** 3:14,16
27:15 42:19
44:9 74:5,23
75:20 77:4
78:15 81:23
82:3,6,10,11
82:16 83:8,9
83:16
**emailed** 42:17
42:18 79:12
**emailing** 47:20
**emergency** 1:23
4:6
**employed** 92:6
**employee** 92:8
**enforcement**
48:22
**enjoyed** 76:6
**entire** 40:9,11
74:14
**Eric** 56:25 71:6
71:11
**establish** 6:18
**et** 32:4
**euphemism** 76:2
**events** 87:6
**Everybody** 68:5
**exactly** 19:5
30:23 39:22
41:19 54:1
**Examination**
3:4 5:12
**examining** 7:2
**example** 69:8
85:14
**examples** 78:2
**exception** 62:10
62:18,22,25
63:4,11,15
**Exceptions**

CONFIDENTIAL DEPOSITION OF AUDREY STONE- 30B6

62:13
**executed** 90:11
**executive** 7:17
  7:24 8:1,7 9:10
  9:11 15:1,3,6,9
  15:12,21,22,25
  16:7,10 18:8
  18:11,15,17,20
  18:24 19:7,17
  19:23 20:8,12
  20:15,22 21:2
  22:4,9,10
  23:23,25 24:14
  25:2,12 26:3
  26:21,25 27:5
  27:10,15,16,17
  30:12,14,18,21
  30:24 31:5,8
  31:11,14,15
  32:7,10,16
  33:10,13 38:18
  39:13 42:18
  43:19 50:19
  53:5,7 54:4,7
  64:6 68:7,16
  68:17 69:7,13
  69:17 72:23,25
  73:2,9,13
  74:15,17,18
  75:14,18
**exhibit** 3:9,11,13
  3:15 35:14,15
  37:3 44:2,3
  73:19,24 81:5
  81:6
**EXHIBITS** 3:8
**existence** 60:6
**Expires** 90:20
  92:20
**explain** 18:21
**express** 19:23
**expressed** 24:14
  49:21,24 90:12
**extended** 20:5
  21:5,7,10 22:1
**extending** 37:11

37:12
**extent** 19:10
  22:7 64:1
  87:19,20

**F**

**FAA** 79:7
**face-to-face**
  26:16 27:17
**Facebook** 42:11
  42:13 43:15
  56:10 60:12,17
  60:19,21 71:23
  71:25 72:4,12
  72:15
**Facsimile** 92:22
**fact-finding**
  66:22 67:22
**failure** 24:25
**falling** 81:15
**familiar** 61:7
  62:16,24 77:12
  80:19
**far** 80:4,15
**favorite** 83:10
**February** 82:18
**Federal** 1:22
  91:21
**feedback** 22:21
  26:4,21 27:1
  43:7
**feel** 6:14
**felt** 19:2,18
  23:22 24:11
  25:10
**file** 52:18
**filed** 34:16,25
  35:2 37:13,22
  40:2,4 53:11
  66:10
**filing** 65:15
**filled** 68:17
**final** 9:7 29:18
**financially** 92:9
**find** 6:20 26:13
  38:4
**fine** 4:19 81:11

**finished** 37:17
**Firm** 92:23
**first** 5:11 9:23
  9:25 10:2,6,20
  13:1 16:2
  17:21 18:9
  22:21 23:7,12
  26:2,22 27:2
  27:20 29:16
  30:10 38:13
  39:2,17 41:4,9
  41:15,20,23
  42:3,23 43:1
  44:5 51:13,14
  55:21 58:3,5
  64:5 74:10
  82:2,13,15,20
**five** 83:18
**flew** 21:18,21
**flight** 26:11 31:3
  38:16,21 39:1
  39:11,16 43:7
  43:13 51:8
  52:21 54:15
  56:7,21 57:1,5
  57:7,10,14
  58:15 61:11,17
  61:19 62:6,9
  62:14,17,21
  63:3,10,14,20
  64:5,10,20,22
  65:12,16,22
  66:1,9,13,16
  66:23 67:2,8
  67:10 68:6
  71:19 80:12
  82:24 84:18
  85:19
**fly** 62:15
**focus** 51:18
**follow** 82:7
**follow-through**
  50:1
**followed** 83:13
**following** 24:25
  58:13 91:16

**follows** 5:11
  92:12
**foregoing** 90:1
  90:11
**forget** 45:21
**formal** 81:1
**formatting**
  47:19
**formed** 60:12
**forth** 33:23
**forward** 51:1
  61:4,5 64:12
  85:6
**found** 21:2
**Foundation** 2:4
  79:11
**frames** 28:11
  58:21
**freedom** 80:9
**frequently** 46:17
  76:4
**friendly** 77:25
**frozen** 33:18
**full-time** 65:14
  65:23
**fun** 88:2
**function** 80:7
**funds** 77:10,11
  77:21,23
**further** 23:8
  49:3 91:21
  92:4,7
**Fusion** 46:12

**G**

**Gage** 3:14 77:4
  82:22
**Gary** 57:3,8,19
  58:16 59:3,12
**Gaston** 2:21
**gears** 60:24
  72:21
**general** 15:16
  35:7 50:22
  51:2,4,16
  62:18 64:12,16
**generally** 46:20

51:23
**getting** 22:16
**Gillespie** 2:20
  2:20 5:8,9 34:4
  34:10 35:19,23
  36:5,19,23
  87:22 88:1
**Gilliam** 2:3 3:4
  4:20,20 5:13
  19:13 32:5,6
  32:22 33:5,19
  33:25 34:8,12
  35:18,22 36:3
  36:9,13,24
  37:5 39:7,24
  40:12 44:7,15
  53:14,17,18
  69:25 70:6,12
  70:17,21 71:18
  73:22 74:1
  75:7 80:17,19
  80:24 81:8,14
  81:16,20 87:10
  87:13,14,18,21
  87:24 92:13
**give** 18:10 77:5
**given** 62:10 71:4
  80:14 90:14
  91:19
**giving** 26:21
  69:9
**go** 23:23 29:14
  32:1,22 54:20
  59:19 70:17
  75:3 77:8
  80:22
**going** 19:5 21:16
  23:22 31:14
  34:5,6 36:15
  39:3 46:17
  51:13 55:1,2,4
  55:15 72:6
  74:9 77:14,18
  77:25 78:24,25
  79:13
**good** 5:14 41:18

88:2
granted 63:11
Greenfield 2:14
  2:15 4:22,22
  5:15 19:3
  31:25 33:20
  34:2 36:7,10
  36:15 39:3,18
  40:1 44:4,8
  53:14 70:4,11
  70:14,19 75:2
  80:3,22 81:14
  81:18
Greg 40:21 43:1
grievance 50:10
  50:14 51:24
  52:3,13,17,18
  52:20,23,25
  53:6,8,19
  65:10,11,12,16
  65:17,21,23,24
  65:25 66:3,6,7
  66:10,11,12,20
  67:4,16,19,25
  68:2,5,6,13,22
  69:19,22
grievance-rela...
  52:1
grievances 49:2
  50:10,13 53:11
group 26:10
  38:12,15,16,20
  38:21,25 39:5
  39:11,15,20,25
  40:3,9,11
  42:13 45:18
  49:24 54:15
  55:7 56:19
  57:1,4 60:12
  60:17,19,21
  71:23 72:1,4
  72:12,15,18
  82:8
groups 43:15
  77:22
guess 9:14,19

10:13 13:9,24
  17:2 24:6
  26:25 29:21
  30:1,6 31:6
  32:6,15 33:5
  35:15 38:20,21
  40:4 44:1
  45:13,20 46:2
  46:5,19 47:11
  47:14 51:10,14
  53:1 56:4,13
  60:5 61:23
  62:10,14 63:14
  64:20 66:8
  69:16 70:9,12
  73:18 74:9
  85:25

——————
        H
——————
Hafner 48:19
  49:5,11,22
half 51:15,18,22
hand 90:14
handle 65:14
handy 35:14
happening
  48:10 50:9
happens 6:17
Harris 12:13
Harwood 2:9
hashtag 57:3,8
  57:19 58:16
  59:3
he'll 84:5
head 29:9 40:24
health 84:15,16
  84:19,20,22,24
hear 30:11
  70:21
heard 22:21
  26:22 27:5,15
  27:16,18 31:3
  75:5 76:17,20
  77:2
hearing 32:8
held 82:17 86:11
help 26:17 54:24

55:5,12,20
  72:6
Hendrick 1:20
  4:11 91:14
  92:19
hereto 1:25
high 49:3 50:7
  50:16
higher 21:18
hijab 63:21
Hillhouse 13:7
  16:7 24:18,20
  25:3,8,17
  53:15
Hofer 40:21
  43:1
Holcomb 12:6
  23:15
hold 13:20,25
  83:1
holder 14:7
home 4:14
honestly 65:6
hop 34:12
hope 49:21
hoped 48:25
hours 21:10
hours/minutes
  92:13
Hudson 12:13
  48:20
human 64:7,15
  85:1,3,4,8,10
  85:15,17,25
  86:6,9,14,24

——————
        I
——————
I-12 36:16
idea 30:11
identified 4:15
  20:23
identify 20:16
III 2:14
implementation
  28:8 30:5
implemented
  28:11,25 29:2

29:6,12
include 21:23
  22:1 53:8
  77:16
included 44:13
  52:2
inclusive 85:5
increase 51:7,11
  51:17
INDEX 3:1
individual 44:6
  52:17 57:7
  61:24 62:2
individuals 40:3
  40:5
industry 79:2
inflight 49:13,19
  50:20,24
information
  9:20 26:13,18
  54:20 66:19
  67:4,9,17
  83:23
informing 73:11
initial 82:13
inoperative
  33:11
instance 1:17
  55:1 61:16
  62:14 78:17
  85:12
instrument
  90:11
interested 92:10
International
  33:16 77:11,20
  77:23 78:9,11
  78:18,21 79:8
  79:11,15,24
  83:17 84:6,9
  85:11
interpretation
  42:5,6
interrupt 37:16
investigation
  38:2 66:9,17

investigations
  80:11 85:18
involve 22:8
  79:17
involved 33:16
  63:24 64:2,3
  66:8 75:10
  84:23 85:18,24
  86:1,7,22 87:1
  87:6
involvement
  50:3 86:15
involving 21:5
issue 45:1 48:3
  85:22
issued 45:5 46:6
  66:18
issues 28:4,6
  30:8 32:2
  33:24 46:14
  52:1 64:3,16
  78:8,18 84:20
  84:23 85:5,24
  87:16
issuing 45:16
  53:23,25 54:4
items 42:5 77:17
  77:19 85:6

——————
        J
——————
Jackson 40:17
  41:3
January 28:2
  30:1,8
Jeanna 40:17
  41:3
Jessica 32:18,18
  34:1,2 86:21
job 18:3 24:23
  79:22
Joe 2:20 12:14
  36:16
joe@gillespies...
  2:22
John 32:19
  74:10 81:25
join 60:12

CONFIDENTIAL DEPOSITION OF AUDREY STONE- 30B6

Page 99

**Joseph** 5:8
**Juan** 12:14
**June** 10:21,22
  10:25 11:21,23
  12:1,5 13:24
  13:24

**K**

**K** 11:6
**Keander** 48:1
**Keith** 32:18
  33:23
**Kevin** 12:14
**kind** 26:15 76:3
**King** 85:12
**Kleibscheidel**
  81:24 82:1,17
  82:19
**knew** 39:25
  74:22 75:13
**knives** 77:17
**know** 6:15,15
  8:3 10:1 12:22
  17:8,23 19:5
  24:13,17 26:15
  30:14 35:1,2,4
  35:15 36:17,18
  36:19 37:1,21
  38:1,7,9,12,25
  39:15,19,21
  40:5,9 41:3,6,8
  43:12 46:5,24
  47:1,4,5,25
  48:7,9,11,12
  48:17 49:19
  52:4 54:11
  55:22,24 57:13
  57:17 59:7,11
  60:2,25 61:11
  63:10 64:14,19
  65:6,19 70:8,9
  70:15 72:5,11
  72:13 74:15,17
  74:25 75:5,8
  75:12,22 76:10
  77:20 78:3,6,7
  78:16,19 79:10

80:2 82:25
  83:4,19,22
**knowledge** 6:7,8
  24:16 25:15
  37:25 51:23
  52:7,8 60:4,23
  63:17,24 65:5
  72:20 74:18
  75:18 80:23
  85:20 86:2
  87:4
**known** 90:9
**Krider** 25:18,19

**L**

**labor** 3:10 34:17
  37:11 38:4
  52:19 77:25
**Lacore** 49:12
**language** 28:21
  84:6
**large** 39:21
**last's** 44:25
**lately** 84:13
**launching** 72:6
**LAUREN** 2:24
**LAW** 2:15
**lead** 10:23 11:1
  11:3,8,13,17
  11:18 12:20,20
  12:24,24
**leader** 16:18
  56:13 71:8
**leaders** 49:25
  52:5 71:3,4
**leadership** 49:7
  49:8,19 50:5
  50:20,25 51:25
**learned** 27:10
**leave** 16:14
  17:11
**leeway** 80:15
**left** 16:16 17:2,8
**legal** 2:3 7:10,11
  19:7 37:19,23
**legally** 33:11
**legislation** 78:25

79:6
**lengthy** 42:9,9
**let's** 35:12,18
  45:20 52:24
  69:24 73:17
  75:20 81:3
**letter** 3:10 37:10
**level** 49:3 50:7
  50:17
**LGBT** 85:13
**liaison** 56:15,17
**limit** 21:9
**line** 64:12 89:4
**list** 6:23,24,25
  7:1,4 42:4,9,10
  42:18 49:8
  50:21 53:10
  69:12 77:5
  78:7
**little** 10:15
  13:17 26:8
  33:7 38:11
  43:24 60:24
  61:10 72:22
  80:14
**LLC** 92:20
**LLP** 2:9,20
**local** 1:6,9 2:13
  4:23 5:6,17,20
  5:22,24 6:3,8,9
  6:22 7:2,8 8:22
  10:23 11:4
  12:9 13:2,10
  14:19,24 31:21
  33:8 36:4 38:4
  45:1 47:11
  49:15 50:4
  51:20 60:19
  65:13,18,21
  75:16 78:12,14
  78:21 79:16,24
  80:25 84:16
  91:7,10
**located** 1:21 4:8
**locations** 4:18
**Lochelt** 86:13

long 42:4 59:6
  75:11
**Longan** 81:25
  82:23 83:1,4
**longer** 17:5
  75:10
**look** 36:25 45:24
  49:22 62:2
**looking** 37:7
  45:3 81:21
  82:9
**Lori** 86:13
**Lorien** 12:7 13:7
  13:25 15:5,24
  16:4,8,11,14
  16:16,20,23
  17:2,5,8,11,14
  17:17,20,23
  18:1
**lot** 75:9
**lounge** 31:3
**love** 75:22
**Luther** 85:12
**Lyn** 33:2

**M**

**M** 1:20 91:14
  92:19
**ma'am** 10:7
**making** 41:22
  54:22 75:22
**managed** 77:10
**management**
  48:21 50:6
  51:21 52:6,10
  52:14 54:3
  66:15,24 72:18
**march** 34:14
  80:10 86:8,11
  86:16
**mark** 35:12 44:1
  73:20 81:4
**marked** 37:3
  44:3 73:18,24
  81:6
**Martin** 11:6,7
  85:12

**Massoni** 69:4
**Matthew** 2:3
  4:20 31:25
  33:21 36:18
  39:6 80:3
**mbg@nrtw.org**
  2:6
**McDaniel** 73:3
**mcorrell@ree...**
  2:11
**mean** 5:23 20:14
  22:14 38:15
**means** 4:14
  46:23
**media** 43:9,10
  43:23 44:25
  45:10,17 46:2
  46:14,20 48:4
  48:14,22 49:14
  49:23 51:4,5,9
  51:17,21 52:2
  52:15 53:2,24
  54:5,12,14
  56:13,16,20
  57:18 60:3,6
  60:21 71:10
  80:13 85:19,23
**meet** 28:3,7 30:7
  51:21
**meeting** 7:17,24
  8:2,8 28:20
  30:6 53:7
  66:14,22,22
  67:1,21,22,23
  86:10
**meetings** 27:1
  49:18 50:19
  51:3,15
**member** 13:10
  14:17 16:24
  17:3 23:16
  60:12,14 61:5
  62:7 64:6,13
  65:13 68:18,24
  71:11 83:11
  84:12

Case 3:17-cv-02278-X   Document 263   Filed 06/13/22   Page 31 of 37   PageID 8595
CONFIDENTIAL DEPOSITION OF AUDREY STONE- 30B6

Page 100

members 10:12
12:8 14:19,22
14:24 15:17
16:3 18:16,21
18:25 19:2,17
19:23,25 20:8
20:12,16,23
21:2 22:9,10
23:14,19 24:4
24:5,14 25:3
25:13 26:12,21
27:6,6,10,10
27:16,18 28:18
28:19 30:12
31:2,5,9,11,15
31:18 32:7,10
32:13,16 43:20
48:4 50:20,24
51:1,24 56:6
56:24 61:22
66:23 69:7,13
69:18 71:12
72:17 78:15
79:1,3,19,21
membership 9:7
9:14,15 10:2
15:13 18:9,12
18:18,22,25
20:4,9,18 22:5
22:12 24:9,10
24:12 25:10
26:22 27:1
31:17 47:20
54:19 55:6,17
84:19
memory 26:8
memos 54:5
mentioned 8:18
20:20 32:7
55:10,25 65:9
70:3 83:15
message 44:14
44:23,25 45:2
45:9 46:23
47:2 48:3 55:6
82:20 83:5

mic 34:7
Michael 2:8 5:3
69:4
mid-2017 33:15
Mike 5:5 48:19
49:5
mind 40:23
minimum 21:15
minute 43:22
70:18
minutes 7:18,25
8:2,8
misstate 55:11
model 21:16
moment 19:4
32:23 36:1
81:11
money 77:8 78:3
80:20
Montgomery
33:2
month 8:3 45:6
monthly 50:19
morning 5:14
74:21
motion 33:10
move 69:25 70:7
multiple 76:25
Mumford 92:21
mute 34:7
muted 70:3

————— N —————
N 2:1
name 4:11 47:21
71:5 82:13
89:2 90:10
names 40:23
naming 32:13
Naomi 12:13
48:19
national 2:3
61:18
nature 63:15
need 36:18 62:2
81:11
needed 78:16

needing 72:6
nego- 11:17
negotiate 52:21
negotiating 11:9
11:25 12:5,9
12:12,15 13:3
13:8 14:4,9,16
14:18,20,23,24
15:15,20 16:4
16:12,15 17:3
18:10,14 23:9
23:12,13,16
24:11,22 25:11
25:17,20,24
26:12,13,14
27:22 28:2,18
30:7 54:17,25
55:5,15 56:4
56:16 59:9,11
negotiations
10:16,17 11:21
13:19,23 14:13
26:14,19 54:20
54:21,22 55:4
55:16,19,20
58:1,12,13
negotiator 10:23
11:1,3,9,13,17
11:18 12:20,20
12:24,24
neither 92:4
network 26:5,9
26:10,20
Nevarez 3:14,16
12:6 14:8,12
14:15 15:8,11
76:7,17 81:24
82:10 83:24
new 16:6 28:9
28:13,23,24
29:14 36:4
49:7 53:10
no-knives 77:13
normally 53:6
North 2:9
NORTHERN

1:1 91:2
NOTARY 90:17
noted 90:2
notes 66:21 67:1
67:20,23
Notice 6:21 80:6
notify 54:8
November 1:11
1:19 4:3 29:16
29:18,19 30:3
74:10 89:3
91:11
number 35:14
35:17 80:6
numbered 1:18
numbers 9:7

————— O —————
oath 4:13 90:10
object 39:3
objected 20:12
Objection 39:18
75:2
objectionable
21:2
objections 20:3
22:11
occasion 59:1
occasions 76:25
occurred 86:16
Off-the-record
32:25
office 13:20,25
14:7 64:11
65:14 67:13
76:5 77:24
83:1 90:14
officer 8:13,19
9:1 13:13
14:12 38:5,5
62:1
officers 38:18
39:13 61:19
OFFICES 2:15
Official 60:19
Oh 15:14 37:16
70:3

okay 5:19,22 6:1
6:6,11,11,13
6:17 7:4,7,13
7:16,19,22,24
8:3,7,10,15,18
8:22,25 9:3,9
9:13,17,23
10:9,13,22
11:3,11,16,20
11:24 12:4,8
12:11,18,22
13:1,5,9,12,15
13:23 14:2,6
14:11,15,19,22
15:2,5,11,16
15:19,24 16:2
16:6,10,14,20
16:23 17:5,8
17:11,14,17,20
17:23 18:1,8
18:16,20,24
19:16,19,22
20:2,7,11 21:1
21:4,13,25
22:7,14,19
23:3,7,11,15
23:18,18,25
24:3,5,13,17
24:20 25:6,12
25:16,19,23
26:2,20,25
27:4,9,13,19
27:24,24 28:6
29:5,10,14,20
30:4,10,14,18
30:24 31:10,20
31:24 32:5,15
32:21 33:13,16
33:25 34:10,12
34:16,19,23
35:5,12,18,23
36:9,23 37:4,9
37:21 38:1,7
38:10,25 39:15
40:15,18,20,25
41:3,12,14,22

42:1,10,15,25
43:16,22 44:8
44:16,24 45:8
45:12,16,23
46:1,5,10,13
46:19 47:1,10
47:13,17,21,25
48:2,2,7,11,18
49:1,12,17
50:3 51:2,14
51:20 52:3,8
52:12 53:17,22
54:2,11 55:7
55:10,25 56:9
56:12,19 57:1
57:6,10,13,17
57:22 58:2,9
58:15,20,25
59:2,7,11,16
59:22,25 60:2
60:5,17,20
61:3,7,11,15
61:23 62:8,21
63:1,10,13,18
63:20 64:1,14
64:19 65:2,4,9
65:20 66:3,7
66:16 67:3,16
68:3,11,20,25
69:5,10,24
70:11,14,17
71:1,13,21,25
72:3,11,14,17
72:21 73:2,7
73:13,17,23,25
74:9,13,20,25
75:14,20 76:2
76:7,20,23,25
77:3 78:3
79:15 80:2,24
81:3,9,18,19
81:23 82:7,19
82:23,25 83:4
83:9 84:3,8,14
84:22 85:17,21
86:4,6,12,14

86:21,24 87:3
87:5,9,9,21,22
**once** 30:22
36:25 43:15
**ones** 31:9 35:21
77:12 79:18
**ongoing** 49:9
50:11 54:18
58:24
**opened** 11:23
**opinion** 42:7
**opportunity**
50:24
**opposed** 39:1,16
39:25 41:4,19
**opposing** 41:9
**opposition**
41:15,23 42:2
42:22 43:1
**opted** 76:14
**option** 63:6
**oral** 1:10 4:4
91:18
**order** 1:23 4:6
**organizing**
47:19
**Orting** 1:22 4:8
**outcome** 9:8
38:1,3 92:10
**outside** 50:14
52:3
**overall** 9:6
22:22,25

**P**

**P** 2:1,1
**p.m** 88:4
**page** 83:14,14
89:4
**pages** 57:20
**parades** 85:13
**Parenthood**
80:10,21 81:1
87:1,7
**Parker** 32:18
34:1,2 66:3
86:21

**Parrott** 74:10
81:25
**part** 14:3,8,16
15:22 22:17
30:13,16,20
44:13,21 46:6
48:20 49:18
51:13 52:16
54:17 56:4
57:25 65:25
67:5
**participate** 50:5
56:8 78:14,22
79:12,16,24
**participated**
50:16 85:10,15
86:25 87:6
**participating**
85:13
**participation**
9:6 78:16 86:7
**particular** 38:13
39:11 42:12
54:9 59:3
62:15
**parties** 92:6
**partnered** 79:8
**partnering**
85:11
**party** 92:1,3,11
**Paul** 12:6 13:10
13:12,15,19
15:2,19 23:18
24:1,7,15 25:9
25:16
**pay** 20:24 21:14
21:16,20,21,23
29:12,14 61:5
**paycheck** 76:9
**paying** 62:4
**PDFs** 35:24
**people** 22:24
43:8 55:3
57:19 70:2
76:5
**percent** 10:8,11

**percentage** 10:1
10:9
**periods** 58:23
**person** 11:24
47:17,25 71:10
71:13 82:14
90:10
**person's** 47:21
**personal** 6:3
**personally** 46:9
90:9
**pertaining** 84:23
**petition** 30:11
30:15,19,25
31:6,12,13,19
31:21 32:9,10
33:7,8,24
39:19,21 40:2
72:12
**phone** 27:18
66:1
**phonetic** 48:1
**pic** 55:13 56:10
**pics** 55:3 56:1,4
**pieces** 22:23
28:16 79:6
**place** 13:19 49:4
50:12 86:20
**plaintiff** 1:18
2:2 4:21
**Planned** 80:9,20
81:1 87:1,6
**platform** 54:23
**please** 4:17
19:11 26:6
81:12
**PLLC** 2:15
**point** 11:12 57:3
75:11 76:15
78:23 79:11
**points** 50:18
**policies** 43:23
48:5,14,22
49:15 51:5,22
53:3 85:19,23
**policy** 29:4

49:23 51:9,17
52:15 53:24
54:5 80:13
**political** 74:7,16
74:19 77:9
**pops** 34:7
**position** 17:13
38:13 49:6,11
68:17 82:14,16
82:18
**positions** 13:16
**positive** 32:20
42:20
**post** 42:10,16
46:11 83:13,14
**posted** 8:12,19
42:4 46:10
**posting** 57:2,8
**posts** 45:17
**potential** 6:23
75:16 78:25
**potentially** 6:7
7:1
**preparation** 7:9
7:14
**prepares** 9:22
**presence** 22:8
**present** 2:24
18:17,25 19:7
22:4 25:13
61:25
**presented** 9:11
9:14 18:14
20:18 53:7
67:15
**presenting** 20:3
20:8 22:11
**presidency**
11:12 48:17
53:20
**president** 10:16
10:23 11:1,6,6
11:8 14:2
34:14 44:25
48:12 50:4
60:7 65:20

68:21 69:3
72:14 82:2,16
82:21
**president's**
44:14,23 45:2
45:9 47:2
**pressure** 24:8,11
**pretty** 44:10
80:15
**previous** 15:21
15:25 28:14,15
46:23
**prior** 11:4,5,6
13:1 16:2
19:20 20:16
21:7,8 22:5
23:4 25:4
30:15,20 45:2
45:14 46:14,21
72:23 73:15
74:23
**priority** 49:10
**private** 71:25
72:4
**privilege** 19:10
**privileged** 87:20
**probably** 70:7
72:19
**probation** 62:5
**Procedure** 1:23
91:22
**procedures** 32:3
**Proceedings** 4:1
88:4
**process** 33:17
**processes** 32:3
**processing**
65:15
**produced** 1:17
83:13
**productivity**
21:19
**professional**
16:18 71:10
**profile** 55:3,13
56:1,3,10

**progress** 54:21
**Promise** 88:3
**promote** 85:4,7
**proper** 33:11
**properly** 40:10
**proposed** 21:10
59:19,22
**proved** 90:10
**provide** 67:4,13
**provided** 61:21
67:7,9,10,25
**providing** 19:8
32:1 53:15
**provisions** 1:25
**PS** 75:21
**PUBLIC** 90:17
**publish** 8:25
**published** 3:12
44:22 47:11
**pull** 35:25
**pulled** 82:5,15
83:7
**purposes** 90:11
**pursuant** 1:22
91:21
**put** 31:16 32:11
32:14 39:21
57:19
**putting** 32:16
33:23

---

**Q**

**Q&A** 28:13 30:5
**Q&As** 28:15
**queso** 75:22,25
76:4,8
**question** 6:13,19
13:17 17:1
19:11,14 26:6
28:12 35:9
39:4 69:14
71:3 80:17
85:21
**questions** 6:24
36:12 60:13,13
60:14 66:2
**quickly** 44:10

**quite** 82:7

---

**R**

**R** 2:1
**railroad** 78:24
79:2
**raise** 22:10
**ran** 77:13
**range** 29:25
**rates** 29:12,14
**ratification**
25:21,24 39:1
39:16 41:4,9
42:22 58:17
**ratified** 22:16
27:21 28:22
58:4,6
**ratify** 10:2,4,9
**reach** 64:7,8
**read** 76:8 90:1
**read-before-fly**
53:23,25 54:4
**ready** 35:20
36:2,14 69:25
70:7
**realize** 76:15
**really** 35:19
76:5 83:16
**reason** 22:17
**reasons** 22:19
24:6,13 25:6,9
25:13 63:8
**Reauthorizati...**
79:7
**recall** 9:24 10:19
12:4,16,17
13:22 15:19
20:7 21:3
22:13 29:7,8
30:11,15,17,19
30:22,25 31:6
31:9,11,13,14
31:19,20,21
32:3,8,9,12
33:7,8,24
38:11,12,15,17
39:12,19,25

40:2,13,15,25
40:25 41:14,19
42:1,7,12,19
42:21,25 43:18
43:19 45:8,12
45:15,16 46:13
46:16,19 47:1
47:4 48:8
52:12 53:19,22
53:25 54:1,2,6
57:4,16 58:21
59:5 61:15,17
63:2 65:3
69:23 72:12,25
73:6,8 76:24
77:1,1 79:18
79:23,25 83:16
86:5
**receive** 26:4
67:17
**received** 31:17
82:20 83:8
**receiving** 83:5
**Recess** 33:1
34:11 70:20
**recognize** 37:5
44:17 74:1
81:20
**recollection** 42:8
52:11 72:8
**recommendati...**
18:11
**record** 1:25 4:18
4:24 32:1,23
33:6 34:13
70:18 91:19
92:9
**recorded** 67:20
**REED** 2:9
**reelected** 34:14
**refer** 45:21
76:18,21
**reference** 81:4
**referring** 39:23
45:7 75:24
83:19 84:4

**refresh** 26:7
**regarding** 1:24
4:7 8:13,19
22:21 32:2
33:24 35:9
50:12,25 54:19
54:21 59:10
60:14 63:4
71:2 74:18
79:10
**Registration**
92:23
**regular** 49:18
**regularly** 51:24
**rejected** 23:8,12
26:3,23 27:2
27:20 58:7,14
**rejecting** 27:6
**related** 50:10
54:9 71:3
84:18,20 92:5
**relationship**
80:8
**relative** 92:8
**relax** 77:14
**relayed** 43:16
**release** 21:11
70:16
**released** 43:15
87:12,23
**relevant** 28:16
**religion** 63:6
**religious** 60:25
61:6,8,13,21
62:11,16,19
63:8,16,22
64:16,18,24
**remain** 16:23
17:3 25:20
**remember** 12:11
17:19,20,22
33:22 34:20,23
35:7 40:13
41:22 43:10
57:6 59:2
78:21 79:15

Case 3:17-cv-02278-X   Document 263   Filed 06/13/22   Page 34 of 37   PageID 8598
CONFIDENTIAL DEPOSITION OF AUDREY STONE- 30B6

Page 103

reminded 62:3
remotely 4:5,13
  91:12
remove 16:11
  24:1,7 25:7
removed 11:7,8
  23:22 25:14
removing 25:3
rep 67:21
rep- 79:4
repeat 26:6
replace 16:8
replaced 13:7
  16:4 23:14
  25:16
report 9:20
  21:11 53:8
  66:20
REPORTED
  91:12
Reporter 1:20
  4:2,12 33:18
  35:17 71:15
  73:20,23 91:15
Reporter's 3:7
  91:1
reporting 4:13
  92:20
reports 7:21
  8:10,12,16,19
  8:20 9:1,3,4,10
  9:13
representation
  66:14 67:5
representative
  5:20 66:19,24
  67:3,12,18
representatives
  79:5
represented
  66:17
reproductive
  80:9 84:24
request 61:1
  62:9 63:14
requested 63:4

63:21 66:15,21
  73:11 91:25
  92:2
requesting 74:6
requests 61:5,8
  65:7
required 66:25
resign 23:21,24
  24:15,20 25:1
resignation 25:4
resigned 23:14
  23:19 24:18
resources 35:10
responds 74:20
response 61:24
  74:10
responsibility
  52:18
responsible
  47:19 62:4
  68:1
rest 9:14
restrictions
  77:15
result 37:22
resumed 58:13
resuming 33:3
returned 58:12
review 7:13,16
  7:19,22,25 8:7
  8:11,15 37:1
  43:25 81:10
  91:23
reviewed 7:4,17
  7:20 8:1,12
  9:18 47:8
  48:16 84:13
reviewing 36:22
  44:12 46:25
Ricks 32:19
right 2:3 8:18
  9:17,23 10:13
  11:1,11,11,20
  15:19 16:6
  18:8 26:2 27:4
  28:23 29:5,20

30:10 32:21
  33:5 34:13
  36:8 37:7
  40:22 43:22
  44:17 46:13
  48:2 53:17,22
  54:11 56:12
  60:20,24 64:19
  66:7 69:24
  71:21 72:17,21
  79:10 80:24
  81:3,21 84:14
  87:21
rights 64:7,15
  78:1,5 79:14
  85:1,3,5,8,10
  85:15,17,25
  86:6,10,14,24
Rittner 57:12
Road 2:4
rollout 60:10
rule 4:25 5:15
  6:1 62:11
  91:22,23
rules 1:22 18:5
  62:18 91:22
running 59:6
  77:24

─────────────
S
─────────────
S 2:1
safety 68:15
  69:2 84:17,21
Sam 56:18,23
  71:5,11
SANFORD 2:20
satellite 30:6
satellite-based
  28:21
saw 43:11,12
saying 31:11
  70:6 82:1
says 44:24 74:13
  75:21 76:7
  77:4 82:9 83:9
  83:17 84:5
schedule 28:9

30:5 62:25
scheduled 21:9
  67:21,21
scheduling
  28:19
Schwenk 56:25
  71:6
seal 90:14
second 10:10
  21:22,25 22:5
  22:11,25 23:4
  25:21,25 27:21
  29:17 51:18,22
  58:17 60:11
  83:14
securing 66:13
see 24:10 25:10
  34:6 35:12
  44:1 69:24
  73:17 74:11
  75:20 81:3
seeing 43:14
  50:23 53:1
seen 51:7
send 18:9,12,21
  36:4,7,16
sense 48:23
sent 36:17 42:19
  82:3,8
separate 35:1
served 6:21
session 19:7
set 21:15 86:18
settled 53:12
settlements
  52:21
shared 33:22
shift 43:23
shifted 60:10
shifting 60:24
  72:21
Shipman 25:18
  25:20 73:14
shop 13:21 14:1
Shorthand 1:20
  91:14

shortly 11:2
  33:21
showing 82:15
shown 6:24
sic 65:16 75:1
sick 18:6 21:17
  21:17
side 55:23 67:14
sign 34:5 57:3,8
  57:19 58:17
  59:3,12
signature 3:6
  89:1 90:1
  91:24
signatures 33:12
signed 28:1 30:1
  37:19
similar 21:17
  85:21
sir 87:20
sit 49:10,20
situation 62:8
  63:25
sizes 77:18
skimmed 8:1,5
skirt 63:6,7,12
SMITH 2:9
social 43:8,10,23
  44:25 45:9,17
  46:2,14,20
  48:4,14,22
  49:14,23 51:4
  51:5,9,17,21
  52:2,15 53:2
  53:24 54:5
  80:13 85:19,23
somebody 6:20
  21:20 47:5,8
  55:13 87:15
Sonya 49:12,24
soon 11:21
sorry 5:5 10:3
  15:14 17:1
  23:15 29:24
  35:20 37:16
  58:7 70:4

CONFIDENTIAL DEPOSITION OF AUDREY STONE- 30B6

71:15 75:7
84:3
**sort** 19:6 62:22
85:24
**sorts** 64:2
**sought** 62:17,22
64:22
**sources** 27:5,8,9
27:14
**Southwest** 1:5
2:7 5:4 12:12
12:16,18 18:6
28:3 48:21
49:15 50:6
51:25 52:6,10
52:14,19 53:23
54:2 59:17
61:11,20 66:14
66:24 67:7,9
67:10 72:18
91:6
**Southwest's**
27:22 62:18
**speak** 6:19
50:24 68:10
**speaking** 6:2,7
76:13,13 84:1
**special** 59:1
**specialist** 50:14
52:17 65:10,11
65:12 66:4,8
67:25
**specialists** 50:10
52:4,13,23,25
65:17,21,24
66:11
**specific** 9:20
20:11,16,22
40:5 49:2
58:21 69:12
71:4 78:7,20
79:25 80:1
87:15
**specifically** 5:2
31:15 40:8
41:2 43:3,18

46:24 49:23
55:14 77:8
78:4 79:17
**specifics** 32:12
34:20 42:8
45:15 46:16
53:16 63:24
**speculation**
39:19 75:3
**speculative** 40:6
**speed** 7:5
**spoke** 20:19
74:5
**Springfield** 2:5
4:21
**Stacy** 11:6,7
**Standard** 4:4
**start** 52:24
57:22,23 58:3
64:21
**starting** 50:15
80:4,15
**starts** 44:24
**state** 1:21,24 4:7
4:10,17 90:7
90:18 91:15
**stated** 1:25 5:15
47:2,7
**statement** 41:15
45:9 46:6
**statements** 41:9
41:23 42:2,21
42:25 45:13
48:4,13
**STATES** 1:1
91:2
**statistics** 9:5
53:10
**status** 26:18
54:19
**stenographic**
4:14
**steps** 59:14,16
**steward** 13:21
14:1
**Stone** 1:10,16

2:19 3:3,10,16
4:5,25 5:9,10
5:14 19:3,4,14
33:4,6 34:13
39:8 44:8
53:18 70:13,21
75:1,6 87:11
89:2 90:1,5,9
91:11,17
**stop** 58:20 59:8
59:12 73:11
74:6 78:19
79:5
**stopped** 48:23
59:4,5
**stopping** 79:13
**strategic** 57:25
58:22 59:10
**strategy** 56:5
57:18
**Street** 2:15
92:21
**stress** 24:23
**strike** 52:24
**Suarez** 12:14
**submit** 67:1
**subscribed**
90:10 92:15
**successfully**
62:5
**suggesting** 75:16
**suit** 37:21,23
**Suite** 2:4,9
**support** 43:4,6
55:3,18,19
77:21,24 78:1
78:4 79:3
**supported** 38:17
38:22 39:12
78:5,8,12
**supporters**
40:13,16 41:1
**supporting**
67:24 74:14
78:18 79:9
**sure** 29:25 32:24

35:14 39:22
44:12 69:15
81:13
**swear** 4:9
**Sweetin** 12:6
13:10,13,15
15:2,20 23:18
24:1,7,15 25:9
25:16
**sworn** 5:11
91:18 92:15
**system** 50:23
**systemwide**
54:16

**T**
**TA** 10:2,4 13:2
17:21 18:9
22:5,11,15,22
22:25 23:4,7
23:12 24:25
25:21 26:22
27:2 32:11,17
43:15 58:14
**table** 26:17
58:12
**Taitte** 12:14
**take** 36:1,25
66:21 79:1,1
79:14
**taken** 1:18 33:1
33:2 34:11
70:20 92:7
**talk** 72:9
**talked** 10:14
22:3 73:21
**talking** 31:4
32:8 33:6
38:11 39:5,20
40:8,9 43:8,13
**targeting** 32:10
**team** 11:9,25
12:5,9,12,16
13:3,8 14:4,9
14:16,18,20,23
14:25 15:15,20
16:4,12,15

17:3 18:10,14
23:9,12,13,16
24:11,22 25:11
25:17,20,24
26:12,13,15
27:22 28:19
30:7 46:3
51:24 54:12,14
54:17,25 55:5
55:15 56:4,14
56:16,16,20
57:18 59:9,12
60:3,6,21
65:24,25 66:12
66:20 67:5,16
68:5,6
**teams** 28:2 30:7
**technical** 55:23
**Telephone** 92:22
**tentative** 8:14
9:18,24 10:1,6
10:10 16:3
18:18 20:3,9
21:6,22,25
25:25 26:3
27:7,20,21
31:16 38:13
39:2,17 41:4,7
41:10,16,20,23
42:3,23 43:2
58:3,5,18
59:18 60:11,15
60:16
**term** 65:10
**terminated**
17:14,17,21,24
18:1
**termination**
72:24 73:15
**terms** 9:7
**test** 28:21 30:6
**testified** 5:11
**testify** 19:9
40:10
**testimony** 19:5
33:2 40:7

Case 3:17-cv-02278-X   Document 263   Filed 06/13/22   Page 36 of 37   PageID 8600
CONFIDENTIAL DEPOSITION OF AUDREY STONE- 30B6

Page 105

91:19
**Texas** 1:1,21
2:10,16,21
4:15 5:7 91:2
91:15 92:21
**Thank** 34:3
81:12 87:22,25
88:1
**thing** 74:14
**things** 16:16,21
24:23 49:8
60:16 78:15,20
**think** 20:17
22:20 27:24
29:11 35:9,16
36:2 38:10
40:6 41:18
42:17 46:23
51:12 55:25
61:4 70:3,7
79:19 83:15
84:3,11 87:10
**third** 83:14
**Thom** 73:3
**Thompson**
47:24 74:20,22
74:25 75:5,8
**thought** 20:17
40:5 70:24
**thoughts** 20:1
**threatening**
83:10 84:9
**time** 4:3,4 10:13
11:2,25 12:12
12:17 13:12,18
13:23 14:13
17:4 24:24
27:19 28:11
33:3 37:12
45:14 47:22
48:12 58:21,23
60:6 63:9 65:8
66:5 68:9,11
69:3 70:5 71:9
74:14 75:11
76:18,21 92:11

**timing** 83:6
**today** 33:23
**Today's** 4:2
**Todd** 3:14 77:4
82:22
**told** 62:1
**tool** 72:9
**top** 29:8 40:24
77:3
**topic** 46:20 54:8
80:6,16 81:15
**topics** 5:1 7:1
46:17 50:21
53:13 70:1,8
70:13,15
**total** 9:6
**training** 61:20
**transcript** 91:18
91:24
**transition** 49:4
**transitioned**
49:5
**Transport** 1:6
2:12 5:16,23
91:7
**transportation**
4:23 79:17,20
**transportatio...**
79:22
**treasurer** 73:10
74:6
**trends** 53:1
**Trish** 25:18,19
**true** 14:6 90:2
91:19
**try** 7:5 34:5
49:20,22 52:20
**trying** 34:4,5
69:14 78:19
**turned** 31:21
**tweet** 55:2
**twice-a-month**
48:16
**two** 27:5,8 35:1
**TWU** 1:9 5:6
10:23 38:4

60:19 65:13
77:11,20,23
79:21 84:1,4,7
84:16 85:11
91:10
**type** 9:20 55:15
**typical** 76:8
**typically** 8:25
9:5 50:21
65:13 66:12

—————
**U**
**understand** 5:23
6:2,6 39:9 80:5
**understanding**
5:17
**understood**
22:24 23:2
39:8
**underway** 10:17
**uniform** 63:4,9
**union** 1:6 2:12
4:23,24 5:16
5:23,24 10:2
13:16,20,25
15:17 16:19,23
17:3 28:3
35:10 46:9,18
47:6 48:3,10
48:13 50:4,11
52:5 54:3 55:7
55:14,19 59:22
60:2,11,14
61:12 63:13
64:2,11,12
65:4,7,14
66:13 67:1,13
75:9 76:5,14
77:22,22 79:1
79:20 82:5
83:1 84:12
91:7
**union's** 48:20
61:23 64:23
86:7
**unions** 79:9
**UNITED** 1:1

91:2
**Unity** 3:12 44:13
44:21 45:5,13
46:6,14,20
47:3,10 48:16
**upcoming** 72:9
**update** 3:12
44:13,21 45:13
46:7,21 47:3
47:14
**updates** 26:13
45:5 47:11
48:16
**uploaded** 67:23
**uploading** 68:1
**use** 77:2
**usually** 45:4
53:10
**utilize** 77:23
**utilized** 35:10
71:23 72:5
77:20

—————
**V**
**vacated** 49:11
**vacation** 20:6,24
21:13,19,21,23
**vague** 39:4 40:7
**vagueness** 39:20
**Val** 12:7 13:7,25
15:5,24 16:4,8
16:11,14,16,20
16:23 17:2,5,8
17:11,14,17,20
17:23 18:1
**variable** 21:17
**various** 42:4
43:14 50:20
**vice** 82:2,16,20
**vicepresident2...**
82:11
**viewed** 77:17
**violations** 38:4
53:24 54:5
80:12,13
**Virginia** 2:5
4:21

**voice** 24:6
**voiced** 20:8
**voices** 79:14
**vote** 9:7,8 13:1
16:2,11 17:21
18:10,12,18,22
19:1 20:18
22:4,5 26:4
31:17 32:13
**voted** 10:2,4,9
10:12 18:9
27:11 31:16
32:11,16 41:6
**votes** 8:14 9:19
**voting** 9:4,19
60:15
**VP** 49:13
**VS** 1:4 91:5

—————
**W**
**want** 18:17,21
18:25 23:25
24:21 36:24
44:11 50:8
62:15 65:10
69:14 70:24
73:20
**wanted** 24:6,9
24:10 25:7,10
43:22 54:25
55:13,17 59:19
63:7 70:24
**wanting** 49:19
63:15
**Washington**
1:22 4:8 80:10
**wasn't** 17:14
29:23 48:8
49:9,25 52:16
55:7 58:5
59:17 61:25
63:23 68:23
76:1 86:18
**watch** 34:7
**way** 9:25 14:7
17:2 21:6,18
27:11 38:8

Case 3:17-cv-02278-X   Document 263   Filed 06/13/22   Page 37 of 37   PageID 8601
CONFIDENTIAL DEPOSITION OF AUDREY STONE- 30B6

Page 106

48:24 64:16
81:1
**we'll** 6:17,17
**we're** 18:4 35:14
80:4
**weapons** 77:17
**wear** 63:7,21
**website** 46:3
**week** 86:11,16
86:20
**went** 29:16,17
29:18 48:16
54:10 77:12
**weren't** 21:1
35:19
**whatsoever**
49:14
**whichever** 64:13
**Wilkins** 56:18
71:5
**willing** 59:17
**WISE** 64:9
**wish** 77:4
**withdrawn**
53:12
**witness** 1:17,21
2:19 4:8,15 5:9
32:1 35:25
36:21 37:4
44:11 70:16
71:17 87:23
89:2 91:17,20
**women's** 64:9
78:5 84:24
86:8,15,19
**wore** 63:12
**work** 2:3 17:5
18:5 49:24
62:11,24 75:9
79:1,11 84:20
85:25
**workers** 1:6
2:12 4:23 5:16
5:23 78:1
79:14,20 91:7
**workers'** 78:1

79:14
**working** 18:6
28:8,12 64:9
86:19
**workplace** 61:9
61:13
**works** 65:14
84:16
**wrong** 55:12
**wrote** 46:17,22
48:9 84:1

---

**X**

**xx** 91:25

---

**Y**

**y'all** 87:25 88:1
88:1
**yeah** 26:7 29:21
29:24 33:19
35:18,22 36:24
44:7 47:5 70:6
73:6 82:7
87:18
**year** 51:11
**years** 63:5 77:6
**yum** 76:7
**Yup** 70:4

---

**Z**

---

**0**

---

**1**

**10-31-21** 92:20
**10-and-a-half-...**
21:8
**10th** 11:23
**11** 81:16
**12** 3:10 21:10
35:13 36:25
**12:58** 88:4
**13** 3:12 10:8
44:1,5 65:22
**1500** 2:9
**16th** 74:10
**17** 45:22 73:20

77:6 81:17
**18** 80:6,7
**1st** 10:21,22,25
11:22 29:17,18
29:19 30:3

---

**2**

**2** 3:2
**2:43** 92:13
**20** 3:9,12 35:17
37:3
**2000** 29:20
**2011** 77:19
**2012** 15:23
77:13
**2013** 10:21,22
11:1,17,22
12:1,5 13:12
13:18,24 14:13
74:11
**2014** 51:12
82:18,21 83:2
83:8
**2015** 3:12 8:13
8:20 34:14
44:14,22 46:15
46:21 48:3,20
51:11,13,15,18
51:22 52:10,14
59:24
**2016** 29:17
30:13,16,20
60:1
**2017** 8:2,4 28:2
28:25 29:2,6,9
29:12,18,21,23
30:2,8 31:23
53:23
**2018** 29:19 30:3
**2020** 1:11,19 4:3
89:3 90:14
91:11 92:16
**20th** 44:22 45:5
**21** 3:11 44:2,3
**214** 2:16,22
**22** 3:13 73:19,21
73:24

**22160** 2:5
**23** 3:15 81:5,5,6
**26** 3:14 73:18
**28** 3:16 81:4,7,8
**2850** 2:9

---

**3**

**3:17-CV-0227...**
1:4 91:5
**30** 1:11,19 4:3
89:3 91:11
**30(b)(6)** 1:9 4:25
5:15 6:1 80:5
91:10
**30(e)(1)(A)**
91:22
**30(e)(2)** 91:23
**32** 29:1,3
**3301** 2:15
**3469** 4:12 92:19
**37** 3:9
**38** 92:23

---

**4**

**44** 3:11
**469** 2:10
**4803** 2:21

---

**5**

**5** 3:4
**54** 10:11
**556** 1:6,9 2:13
4:23 5:6,17,20
5:22,24 6:3,9
7:2,8 10:24
11:4 12:9
13:10 31:22
33:8 36:4 38:5
39:13 45:1
47:11 49:15
51:20 60:19
65:13,18,21
71:11 75:10,17
78:21 79:16,24
80:25 82:12
84:16 91:7,10
**556's** 6:22 8:22

13:2 14:19,24
50:5
**5th** 45:5,7,10,14

---

**6**

**600** 2:4
**680-4264** 2:10

---

**7**

**7015** 92:21
**703** 2:5
**73** 3:13
**75201** 2:10
**75226** 2:16
**75246** 2:21
**75252** 92:21
**770-3339** 2:5

---

**8**

**800-5111** 2:22
**8001** 2:4
**81** 3:15
**89** 3:6
**8th** 92:15

---

**9**

**9:00** 1:19 4:3
**91** 3:7
**939-9223** 2:16
**972-931-1199**
92:22
**972-931-2799**
92:22