Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHARLENE CARTER           )
                          )
                          ) CIVIL ACTION NO.
VS.                       ) 3:17-CV-02278-X
                          )
SOUTHWEST AIRLINES CO., AND )
TRANSPORT WORKERS UNION OF )
AMERICA, LOCAL 556        )

---------------------------------
CONFIDENTIAL
TWU LOCAL 556 30(b)(6)
ORAL DEPOSITION OF
JESSICA PARKER
NOVEMBER 30, 2020
---------------------------------

ANSWERS AND DEPOSITION OF JESSICA PARKER, produced as a witness at the instance of the Plaintiff, taken in the above-styled and -numbered cause on NOVEMBER 30, 2020, at 4:13 p.m., before CHARIS M. HENDRICK, a Certified Shorthand Reporter in and for the State of Texas, witness located in Loveland, Colorado, pursuant to the Federal Rules of Civil Procedure, the current emergency order regarding the COVID-19 State of Disaster, and the provisions stated on the record or attached hereto.

Page 2

APPEARANCES

FOR THE PLAINTIFF:
  MR. MATTHEW B. GILLIAM
  NATIONAL RIGHT TO WORK LEGAL DEFENSE
  FOUNDATION, INC.
  8001 Braddock Road, Suite 600
  Springfield, Virginia 22160
  (703) 770-3339
  mbg@nrtw.org

FOR THE DEFENDANT, SOUTHWEST AIRLINES CO.:

  MR. MICHAEL A. CORRELL
  REED SMITH LLP
  2850 North Harwood, Suite 1500
  Dallas, Texas 75201
  (469) 680-4264
  mcorrell@reedsmith.com

FOR THE DEFENDANT, TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556:
  MR. ADAM GREENFIELD
  MR. EDWARD B. CLOUTMAN, III
  LAW OFFICES OF CLOUTMAN & GREENFIELD, PLLC
  3301 Elm Street
  Dallas, Texas 75226
  (214) 939-9223
  agreenfield@candglegal.com
  ecloutman@lawoffices.email

ALSO PRESENT: MS. CHARLENE CARTER
              MS. LAUREN ARMSTRONG

Page 3

INDEX
Appearances .................................2
JESSICA PARKER
  Examination by Mr. Gilliam...............4

Signature and Changes........................37
Reporter's Certificate.......................39

EXHIBITS
Exhibit 28 - ................................12
Union Business Confirmed Travel Request Form, Document 41
Exhibit 29 - ................................17
TWU Women Take Action Nationwide Article, Document 14
Exhibit 30 - ................................30
Facebook Posts TWU Local 556, Documents 25(a) & 25(b)

Page 4

PROCEEDINGS

THE REPORTER: Today's date is November 30, 2020. The time is 4:13 p.m. This is the 30(b)(6) deposition of Jessica Parker, and it is being conducted remotely in accordance with the current emergency order regarding the COVID-19 State of Disaster. The witness is located in Laughlin, Colorado.

My name is Charis Hendrick, Court Reporter, CSR No. 3469. I am administering the oath and reporting the deposition remotely by stenographic means from my home in Ellis County, Texas.

JESSICA PARKER,
having been first duly sworn, testified as follows:

EXAMINATION
BY MR. GILLIAM:
  Q. Good afternoon, Ms. Parker. Do you realize you are here today testifying on behalf of Local 556 and not in your personal capacity?
  A. Yes.
  Q. Okay. And prior to this deposition, did you review any documents in preparation?
  A. No, I did not.
  Q. Okay. And apart from legal counsel, did

Page 5

1  you have any --
2  **A. Excuse me. I received the -- the Subpoena**
3  **-- or the deposition -- the document that had the**
4  **items that you were going to be addressing.**
5  Q. Okay.
6  **A. That's all.**
7  Q. No other documents, though?
8  **A. No.**
9  Q. Okay. And apart from legal counsel, did
10 you have any communications with anybody in
11 preparation for this deposition?
12 **A. No. Not apart from legal counsel.**
13 Q. Okay. And I don't want to know about
14 those. And do you hold any union committee
15 positions with TWU Local 556?
16 **A. I do.**
17 Q. And what are those positions?
18 **A. I am the chairperson for our scholarship**
19 **committee. I am also the chairperson for our**
20 **women's committee.**
21 Q. Okay. Do you hold any other positions
22 with Local 556?
23 **A. I am the Denver domicile executive board**
24 **member.**
25 Q. Okay. And is the Denver executive board

Page 6

1  member also called a DEBM?
2  **A. Yes, it is.**
3  Q. Okay. And how long have you been a DEBM?
4  **A. Almost six years. This is the end of my**
5  **second term; and the terms are three years each.**
6  Q. Okay. All right. And how long have you
7  been chair of the working women's committee?
8  **A. For four years.**
9  Q. Okay.
10 **A. I believe. If I am doing my math right,**
11 **four years.**
12 Q. Since around 2016?
13 **A. The -- towards the end of 2016, yes.**
14 Q. Okay. All right. And you -- you were
15 involved in planning the union's participation in
16 the January 2017 women's march, correct?
17 **A. Yes, I was.**
18 Q. Okay. And what -- was it your idea to, I
19 guess, plan the -- Local 556's participation in
20 that march?
21 **A. Yes.**
22 Q. Okay. And, I guess, how did you learn
23 about the women's march?
24 **A. I -- I don't remember specifically how I**
25 **learned about it. I mean, it was -- it was kind of**

Page 7

1  **all over the place, so on social media and --**
2  Q. Okay. And did -- now, the working --
3  working women's committee is allocated a budget; is
4  that correct?
5  **A. Yes.**
6  Q. Okay. And did -- in planning for the
7  women's march, did you ask for any additional, I
8  guess, money from the executive board in order to
9  participate?
10 **A. No, I did not.**
11 Q. Okay. So you -- you just used the funds
12 that were allocated to plan the march -- or your
13 participation in the march?
14 **A. I operated within my budget, yes.**
15 Q. Okay. And do you know if the
16 International was involved in the women's march in
17 any -- in any way?
18 **A. Gwen York, who is deceased, but she**
19 **facilitated the meeting that we had at TWU**
20 **International. I don't know of any of their**
21 **involvement in any other capacity.**
22 Q. Okay. And does the International also
23 have a working women's committee?
24 **A. Yes.**
25 Q. Okay. And the working women's committee

Page 8

1  is strictly a union committee, correct?
2  **A. Yes.**
3  Q. Okay. Is there any joint women's
4  committee between Southwest and the union?
5  **A. The company?**
6  Q. Yes.
7  **A. No.**
8  Q. Okay. Now, when -- when you decided that
9  you wanted to plan an event to, I guess, get Local
10 556 members to go to Washington, D.C. and
11 participate in the march, did you talk to Audrey
12 Stone about it?
13 **A. Yes. We communicated.**
14 Q. And what communications did you have with
15 Audrey Stone about the women's march?
16 **A. We coordinated for -- we had the meeting**
17 **at TWU International; I believe it was on January**
18 **19th. The march was on January 21st. And we**
19 **coordinated planning the meeting -- the agenda for**
20 **the meeting and lodging while we were there.**
21 Q. Okay. And did you have a written agenda
22 for the meeting?
23 **A. We did, yes.**
24 Q. Okay. And did you have a written agenda
25 for, I guess, all of the events that week?

Page 9

 A. No. Just for the -- just for the -- just for the meeting at TWU International.
 Q. Okay. Now, prior to the event taking place, did -- did you ask Audrey Stone for authorization to organize the union's participation in the event?
 A. I don't -- I don't know that I asked for her authorization. We arranged -- there was -- we arranged travel to and from. And I got approval that we could -- because we were facilitating a meeting while we were there, that we could use union business travel. And I -- I got approval for that, but I don't know -- I don't remember anything other than that.
 Q. Okay. And you got the approval for union business travel from Audrey Stone?
 A. I don't remember. I don't remember. I think I initially emailed John Parrott and he recommended that we check with Audrey, I believe is how that happened. It's been four years ago, so I don't remember exactly.
 Q. Okay. And how many union members ended up attending the women's march?
 A. I -- if memory serves, I believe we had 28, but that is -- that is a rough guess. It's a

Page 10

close guess, but it's --
 Q. Okay. And did you decide who, I guess, you would invite to attend the march?
 A. They were women who reached out that had been involved in our union that showed -- that expressed interest in going.
 Q. Now, of the women who expressed interest in going, how did they learn that Local 556 was going to participate in a women's march?
 A. I -- I don't recall how that all transpired.
 Q. Okay. But the union members reached out to you personally or --
 A. Some of them did, I think, but others were -- I -- I honestly don't remember how -- I -- I knew, of people who were going, there were several board members who went, so I -- I probably found out through some -- through -- through board members.
 Q. Okay. And how -- do you know how they went about getting authorization to attend?
 A. Well, there was no authorization to attend -- to attend the march. We had -- we had to arrange lodging. So, I guess, I don't understand what you are asking.

Page 11

 Q. Did -- did the union members who wanted to attend have to, I guess, request to be pulled in order to attend?
 A. I believe there were a handful of trip pulls. I don't know how many. John Parrott would probably know that exactly because he handles the pulls.
 Q. Okay. And who -- are there -- are there particular forms that have to be submitted in order to, I guess, to -- to be pulled?
 A. If memory serves, most people arrange -- either already were off of work or arranged to be off of work. I -- I believe I submitted a handful of people to -- I am assuming JP, with their trip, their pairing number and the dates if it needed to be pulled.
 Q. Okay. And when you say you submitted a handful of people, did you submit particular forms?
 A. I -- at that time, our -- the way we have done things, I believe, has changed since then. I think I just emailed him names, employee numbers, pairing number and dates.
 Q. Okay. Let's see. If I could have you look at Document 41. We will mark this as, I guess, Exhibit 28; is that where we are?

Page 12

 THE REPORTER: Yes.
 MR. GREENFIELD: And, Jessica, I emailed you several of those. Did you -- did those emails come through?
 THE WITNESS: Yeah, I'm looking -- I am having to look on my phone because -- so Document 41?
 Q. (By Mr. Gilliam) Yes, ma'am.
 A. Okay.
  (Exhibit 28 marked.)
 A. Okay.
 Q. (By Mr. Gilliam) Do you recognize this?
 A. Yes. These are -- I haven't done a pull in so long. Oh, these are our -- these are the travel requests. I am sorry. It's -- we haven't been traveling, so -- yes. I recognize this.
 Q. Okay. And you said these are -- these are Travel Request Forms?
 A. These are travel -- as titled on the top, these are Travel Request Forms, yes.
 Q. Okay. Do you know if you submitted these to John Parrott?
 A. I -- I could have. I don't know if I submitted them or if they submitted them themselves. I don't know.

Page 13

1  Q. Okay. Do you know whether it's the
2  company or the union that generates the blank form
3  itself?
4  **A. I don't know --**
5  Q. Okay.
6  **A. -- where the form comes from.**
7  Q. Okay. And -- okay. And you don't know if
8  they are union forms?
9  **A. Well, it's -- I mean, it's a union form.**
10 **It says, Union Business Travel Request. I don't**
11 **know who -- you know, because it goes through the**
12 **company. I am assuming this is generated by our**
13 **union, but I have nothing to do with that, so I**
14 **wouldn't know.**
15 Q. Okay. And do you remember having any
16 communications about filling out these forms?
17 **A. I would imagine I had them, but I don't**
18 **remember those communications.**
19 Q. Okay. And when these forms are submitted,
20 do you know if Southwest has to authorize the
21 travel request?
22 **A. I don't know what the process is for how**
23 **they are authorized.**
24 Q. Okay. All right. Now, I guess, what --
25 what was -- now, what was your interest in having

Page 14

1  Local 556 participate in the women's march?
2  **A. As chair of the women's committee, I -- I**
3  **just thought it would be an important event for the**
4  **Local to be involved in. There were other unions**
5  **-- the Coalition of Labor Union Women and other**
6  **union organizations, AFL-CIO; there were other**
7  **labor groups involved with the march.**
8  Q. Okay. And besides labor groups, do you
9  know if there were other groups involved with the
10 march?
11 **A. I have no idea.**
12 Q. Okay. You don't know if any other groups
13 were involved in the march at all?
14 **A. Well, I don't know -- I mean, what -- I**
15 **don't understand your question. I am sure there**
16 **were a lot of groups, but I don't know -- I mean,**
17 **we were focused on the union aspect of it, so --**
18 Q. Do you know if the women's march had any
19 sponsors?
20 **A. Oh, they had a lot of sponsors.**
21 Q. Okay. Do you remember some of the
22 sponsors?
23 **A. The National Organization for Women was a**
24 **sponsor. I think moveon.org was a sponsor.**
25 **Planned Parenthood, I believe, was a sponsor. I**

Page 15

1  **mean, they had -- they had many, many sponsors for**
2  **that, for the march.**
3  Q. Do you know if any groups were prohibited
4  from participating in the march?
5  **A. I -- I don't know.**
6  Q. Okay. Do you know who the New Wave
7  Feminists are?
8  **A. I have never heard of the New Wave**
9  **Feminists.**
10 Q. Okay. All right. Now, who -- do you
11 remember if you traveled with any other union
12 members on your way to the march?
13 **A. I mean, I don't remember. We were**
14 **traveling from all over the country, so I don't**
15 **know if anyone else was going from -- I mean, I**
16 **would assume I was flying from -- I would have to**
17 **look back, but I assume I was flying from Denver.**
18 **And I don't know if we -- I don't recall.**
19 Q. Okay. Do -- do you recall whether the --
20 the cabin lights on your flight were turned pink?
21 **A. I don't believe they were, but I -- I**
22 **don't remember. I don't -- I don't think so.**
23 Q. Okay. All right. Now, were the events in
24 -- that took place at the women's march, I guess,
25 covered on Local 556's website?

Page 16

1  **A. I believe a video was posted afterwards.**
2  **I don't know. I don't remember if I -- I typically**
3  **write a communication piece if I -- if we're**
4  **involved in something. I don't remember if I wrote**
5  **a communication piece, but I know there was a video**
6  **posted.**
7  Q. Okay. And what was the video about?
8  **A. It showed some of the pictures from the**
9  **march. And a few of the women from Local 556 who**
10 **participated just spoke briefly about what the**
11 **march meant to them.**
12 Q. Okay. And in the video, what did the
13 different women speak about in terms of what the
14 march meant to them?
15 **A. I think I spoke about government**
16 **representation and how women are underrepresented**
17 **in our -- you know, in Congress. Some -- there was**
18 **-- someone spoke about LGBTQ rights, racial**
19 **equality, women's equality; that's -- that's --**
20 **that's what I remember from the video.**
21 Q. Okay. And you don't remember any of the
22 other contents of the video?
23 **A. There were pictures that we had submitted**
24 **and just little, short statements from women, but**
25 **it was -- but it was a short video. It wasn't -- I**

Page 17

1 don't believe it was very long at all.
2   Q. Okay. Do you remember if it was under 10
3 minutes?
4   A. Oh, definitely under 10 minutes, I would
5 think.
6   Q. Okay.
7   A. I would think it was less than five
8 minutes, probably.
9   Q. Okay. And the video was posted on TWU
10 556's website?
11   A. I -- I think it was, yes.
12   Q. Okay. And did some of the different, I
13 guess, Local 556 members who attended post about
14 the march on their Facebook pages as well?
15   A. I would imagine that they did, but I don't
16 know.
17   Q. Okay.
18   A. I believe I did, but I don't know what
19 other people did.
20       (Exhibit 29 marked.)
21   Q. (By Mr. Gilliam) Okay. All right. Let's
22 see. If I could direct you to Document 14.
23   A. 14?
24   Q. Yes, ma'am.
25   A  Yes.

Page 18

1   Q. All right. And if you want to take a
2 minute to review that. And once you've had the
3 chance to look it over, let me know.
4   A. I mean, do you want me to read the whole
5 article or just --
6   Q. No. Only if you want to; you certainly
7 can. I was just going to ask you some questions
8 about it and I wanted to make sure you had the
9 chance to familiarize yourself with it.
10   A. Okay.
11   Q. All right. Do you recognize this?
12   A. I am assuming this is a TWU International
13 publication just by the -- it's not -- it doesn't
14 appear to be a 556 publication. It looks like TWU
15 International.
16   Q. Okay. Do you recognize it?
17   A. I don't remember seeing it. I may have,
18 but I don't remember.
19   Q. Okay. Now, in the first -- I guess, the
20 -- really, the second paragraph that starts, first
21 -- first, women from across the union's staff -- do
22 you see where --
23   A. Yes. Can you give me one second to get a
24 Kleenex? I am sorry.
25   Q. Sure, sure. Yeah, we can take a quick

Page 19

1 break.
2       MR. GILLIAM: Go off the record real
3 quick.
4       (Off-the-record discussion.)
5   Q. (By Mr. Gilliam) Are you ready? You good
6 to go?
7   A. Yeah. I am good to go.
8   Q. Okay. Now, let's see. That -- that, I
9 guess, again, second paragraph where it says the --
10 let's see. Women from across the union's staff and
11 divisions came to Washington, D.C. to participate
12 in the historic women's march on Washington -- and
13 then it continues -- to support women's rights,
14 labor and human rights.
15       And do you -- were you there
16 supporting women's rights?
17   A. I was.
18   Q. Okay. And do you think supporting women's
19 rights includes supporting women's reproductive
20 rights?
21       MR. GREENFIELD: And -- and hold on,
22 Matthew. I'm going to object. She's here to
23 testify -- not about her personal views on
24 anything. She's here to testify about TWU -- TWU
25 556's stance on things. So, really, Ms. Parker's

Page 20

1 personal views are not for deposition -- right for
2 deposition today.
3   Q. (By Mr. Gilliam) Well, was the -- were --
4 were you-all there -- were the union members there
5 supporting women's reproductive rights?
6   A. No.
7   Q. Okay. Then why -- why were the union
8 members attending?
9       MR. GREENFIELD: Objection.
10 Speculation as to why individuals -- specific
11 people who attended the meeting were attending.
12 You can answer to the best of your ability,
13 Ms. Parker.
14   A. Knowing the women who went and -- we were
15 there for -- I was there because I do not believe
16 women are equally represented in leadership
17 positions all the way from our Local to city --
18 city and state government, all the way up to
19 federal government. And women's equality -- and
20 that includes racial equality, LGBTQ equality, but
21 the main focus was women within their -- within
22 their unions.
23   Q. (By Mr. Gilliam) Okay. And Local 556 was
24 there to support women within their unions?
25   A. We were there to support, as I said,

Page 21

women's equality, LGBTQ, racial equality; to foster and encourage women to be in leadership positions.
Q. Okay. And was Local 556 there to support women's rights generally?
A. Yes.
Q. Okay. And do women's rights include women's reproductive rights?
A. We were not there in any way, shape or form to support or to not support abortion or women's reproductive rights.
Q. Okay. Now, in the second column near the top, it talks about the Pregnant Women Fairness Act.
A. Yes.
Q. And was Local 556 there supporting the Pregnant Woman Fairness -- or Women Fairness Act?
A. We discussed this at our meeting and I discussed it at other working women's meeting. And I believe the -- but, yes, that would be an aspect of something that we were there for.
Q. Okay. And then further down, I guess, the second full paragraph, it says -- there is a sentence there that starts, before heading to Capitol Hill -- do you see where I am?
A. Where -- I am sorry, where -- what

Page 22

paragraph?
Q. It's the one that starts, the WWC meeting started with an all-day intensive how-to-lobby session.
A. Yes.
Q. Okay. And did the Local 556 members attend that meeting during the week of the women's march?
A. I am not sure what this -- because we spoke about the Pregnant Women's Fairness Act at the meeting. Is this -- I don't know if this is referring to --
Q. It says, the WWC meeting started with an all-day intensive how-to-lobby session facilitated by WWC chair and TWU political field representative Gwen York.
A. Okay. But it talks about -- prior to that, it talks about TWU International's working women's committee meeting held thrice yearly; that -- that was not the -- so I don't know if it's referring to that meeting or if it's referring to the meeting that we had on the 19th. And so -- because I haven't read through this entire article, I believe that that is -- that's referring to the -- to the meeting held February 28th through March

Page 23

2nd.
Q. Okay. And did you attend that meeting?
A. I -- I am sure that I would have, as chairperson of the women's committee.
Q. Okay. Now, the week of the women's march, you did attend a meeting during that time, correct?
A. We did. Yes, we held a meeting on the 19th.
Q. Okay. I am sorry. Was that meeting facilitated by Gwen York also?
A. Gwen York and Audrey Stone facilitated the meeting.
Q. Okay. And what was that meeting about?
A. We had Liz Shuler, who is secretary/treasurer for the AFL-CIO, came and spoke to us. Working America, who is an organization that provides a union for people that don't have unions on the job, came and spoke with us. And we discussed -- it was actually at that time that we renamed the women's committee to the -- to the WISE committee, Women's Issues Service and Education, and discussed what we would like our focus to be as a committee.
Q. Okay. Now, was that the meeting where you talked about prioritizing goals?

Page 24

A. I -- I believe that that's referring to the February -- is that -- is that under --
Q. Let's see.
A. Where is prioritizing goals?
Q. I am looking for it too. Well, I don't see that, but you said you talked about what the WISE committee would focus on?
A. Yes.
Q. Okay. And what were some of the, I guess, subjects that you-all discussed WISE focusing on?
A. We discussed having, I guess, a point person in each domicile that could facilitate volunteer activities with a -- with a women's group. You know, for example, in Denver, I facilitate and volunteer activities with SafeHouse Denver, which is a emergency shelter for women -- or for men; they have men too -- for domestic violence. One -- one base -- I think it was Los Angeles; I can't remember -- did a book drive for women in prison.
Things like -- so we talked about volunteer activities that we could get involved in. I believe we discussed sexual harassment and sexual assault at work and just things that we thought, as a work group and as women and as union women, we

Page 25

1 should address.
2 Q. Okay. Now, during -- during that week,
3 did any of the Local 556 members meet with any
4 lawmakers?
5 **A. No, we did not.**
6 Q. Okay. That was only during the second
7 meeting?
8 **A. I believe the things that -- talked about**
9 **-- legislation is talking about the February 28th**
10 **meeting.**
11 Q. Okay. Now, did you participate for Local
12 556 in that how-to lobbying session they talk about
13 here?
14 **A. I don't -- I don't remember.**
15 Q. Okay. But you think you would have
16 attended that meeting?
17 **A. I -- I think that I would have attended**
18 **that meeting. I am not 100 percent sure, but I**
19 **think I would have.**
20 Q. Okay. And it -- it talks about TWU
21 members being armed with talking points and a
22 leave-behind flyer. Do you know if you received a
23 flyer?
24 **A. I -- I don't recall. I don't recall that.**
25 Q. Okay. Now, during that week of -- that

Page 26

1 all of the Local 556 members there -- were there,
2 did anyone from Local 556 take part in activities
3 promoting the Pregnant Women Fairness Act?
4 **A. No.**
5 Q. Okay. And was -- in that -- again, during
6 the -- that meeting that took place in January, did
7 the women's committee have any discussions about
8 national right-to-work legislation?
9 **A. No.**
10 Q. Okay. All right. And if I could direct
11 your attention to the second page.
12 **A. Okay.**
13 Q. And the picture in the top right-hand
14 corner. Are there any Local 556 members in that
15 picture?
16 **A. No. Oh, gosh, my dogs. Hold, please.**
17       MR. GREENFIELD: I assumed that was
18 you, Ed.
19       MR. GILLIAM: I did too.
20       MR. CLOUTMAN: I am not the only Hound
21 of the Baskervilles harborer.
22       THE WITNESS: No. You be quiet.
23 Okay. I'm -- Zoom meetings are great. Come here,
24 buddy. Come here.
25       (Exhibit 30 marked.)

Page 27

1 Q. (By Mr. Gilliam) If I could direct you to
2 Document 25.
3       MR. GILLIAM: Go ahead and mark
4 Document 14 as Exhibit 29.
5 **A. Okay.**
6 Q. All right. And do you recognize some of
7 these pages?
8 **A. I do.**
9 Q. Okay. And what are they?
10 **A. Pictures from the march --**
11 Q. Okay.
12 **A. -- and pictures from -- the top picture is**
13 **the picture after -- either before or after our**
14 **meeting on the 19th. And I believe the rest are**
15 **pictures from the march.**
16 Q. Okay. Now, during the meeting that took
17 place on the 19th, were there any discussions
18 involving women's reproductive rights?
19 **A. No.**
20 Q. Okay. Were there any discussions about
21 Planned Parenthood?
22 **A. No.**
23 Q. Okay. Now, going back to Document 25. If
24 I could direct you to -- let's see -- the page at
25 the bottom that says Carter 1144.

Page 28

1 **A. That says -- I am sorry, what?**
2 Q. Carter 1144.
3 **A. I don't -- are we on 25?**
4       MR. GREENFIELD: 25-A, Ms. Parker. It
5 will be the second document on the second page on
6 25-A.
7 **A. Okay. I am on 25-A and I don't see --**
8 Q. (By Mr. Gilliam) Really small letters in
9 the bottom right-hand corner.
10 **A. Okay. I --**
11 Q. You found it?
12 **A. It says Carter 1163?**
13 Q. Do you see one that says 1144?
14 **A. 1150 -- I think --**
15 Q. It should be the second page.
16 **A. Okay. Carter 1144. Sorry. It's tiny.**
17 Q. No, yeah, yeah, it is very small, so, no.
18 And do you know who Elizabeth Alexander is?
19 **A. I do.**
20 Q. Okay. And who is she?
21 **A. She's a flight attendant and a member of**
22 **Local 556.**
23 Q. Okay. Is she a member of the working
24 women's committee?
25 **A. Yes.**

Page 29

1 Q. Okay. And is she the person carrying the
2 sign in that picture?
3 A. Yes.
4 Q. Okay. And let's see. Going to the next
5 page. And do you recognize any union members in
6 this picture?
7 A. Yes.
8 Q. Okay. And who are the union members you
9 recognize in this picture?
10 A. The far left, I believe, is Angie
11 Kilbourne. On the top of Angie's shoulder is
12 Audrey Stone. Lori Lochelt is next. I don't know
13 who the male is. And -- but then -- I don't -- I
14 don't know who that is.
15 Q. Okay.
16 A. And then it's Sam Wilkins on the far
17 right.
18 Q. Okay. And do you recognize this banner
19 being carried here?
20 A. Yes.
21 Q. Okay. And where did the banner come from?
22 A. I believe we had it made prior to the
23 march.
24 Q. Okay. And let's see. Let me see. If I
25 can direct you to the next page too.

Page 30

1 A. Okay.
2 Q. This one -- this is the one that says
3 Carter 1147 at the bottom?
4 A. Yes.
5 Q. Okay. And this picture here, was this
6 posted on TWU Local 556's page?
7 A. This is -- I believe this may be from the
8 Facebook page, but it -- it may have been also
9 posted on the website. I don't know; I think it
10 was.
11 Q. Okay. And did you share it on your
12 Facebook page?
13 A. I don't remember.
14 Q. Okay. And up at the top, it says, Jessica
15 Parker shared TWU Local 556's video; and it says,
16 why we marched.
17     Does that --
18 A. I didn't remember sharing it. I didn't
19 remember sharing it.
20 Q. Okay. And then if we could go to the next
21 page.
22 A. Okay.
23 Q. And was this a -- also a picture you
24 posted on your Facebook page?
25 A. Yes. It looks like it.

Page 31

1 Q. Okay. And all of the women pictured
2 there, are they Local 556 members?
3 A. Yes.
4 Q. Okay. All right. And do you know who
5 Allyson Parker-Lauck is?
6 A. Yes. She's my sister.
7 Q. Okay. And is she also a Southwest flight
8 attendant?
9 A. At the time, she was. She's retired.
10 Q. Okay. Was she also a member of the WISE
11 committee?
12 A. Yes.
13 Q. Okay. And she attended the march?
14 A. She did, yes.
15 Q. Okay. Do you know who Alexa McCracken is?
16 A. Yes.
17 Q. Okay. Is she also a flight attendant?
18 A. She is, yes.
19 Q. Okay. And did she also attend the women's
20 march with Local 556?
21 A. She did, yes.
22 Q. Okay. All right. Now, at any point, did
23 you learn about the Facebook posts and messages
24 that Charlene Carter sent to Audrey Stone?
25 A. I knew something had been sent to Audrey

Page 32

1 by Charlene, but I was not aware of the specifics
2 of it, what it was. I didn't see any of it.
3 Q. Okay. And at any point, do you know if
4 anybody on the working women's committee reviewed
5 it?
6 A. Not to my knowledge, but I don't know.
7 Q. Okay. All right. Now, did the -- outside
8 of the women's march, did the -- well, let me ask
9 this: Back pre-COVID, where -- well, did the
10 working women's committee hold meetings --
11 committee meetings?
12 A. The International working women's
13 committee?
14 Q. No. The Local.
15 A. We did not. We had -- well, we had
16 conference call meetings, yes. But it's been quite
17 a while since we've done that.
18 Q. Okay. And, I guess, at any point, were
19 you having regular conference call meetings?
20 A. We had them -- we had several after we
21 kind of restructured the committee and renamed the
22 committee. I don't know if they would be regular.
23 We attempted to have meetings and it was just --
24 logistically, it was -- it was difficult because
25 we're all over the country.

Page 33

1  Q. Okay. All right. Okay. Let's see.
2  MR. GILLIAM: I think that's all I
3  have. Can I just take -- go off the record?
4  MR. GREENFIELD: Okay.
5  (Recess taken.)
6  Q. (By Mr. Gilliam) Okay. Now, Ms. Parker,
7  at the meeting you-all held during the women's
8  march, did you knit some of the pink hats that are
9  depicted in some of the pictures?
10  **A. Did I knit them?**
11  Q. Did members knit them?
12  **A. I -- yes, I think that some people were**
13  **knitting them.**
14  Q. Okay. Okay. And those are called the
15  pink pussy hats, correct?
16  **A. They are.**
17  Q. Okay. Do you know what they signify?
18  **A. It was a play on Trump saying he can grab**
19  **them by the pussy and there is nothing they can do**
20  **about it.**
21  Q. Okay. Those -- those hats were a play
22  specifically on Trump?
23  **A. They were a play on what he said and how**
24  **-- and just that -- that type of language towards**
25  **women.**

Page 34

1  Q. Okay. All right. And, of course, I lost
2  my place here.
3  Now, did you see -- during the women's
4  march, did you see anyone protesting against
5  abortion?
6  **A. I -- I believe so. I think there were --**
7  **no, I know there were people.**
8  Q. Okay. And were they carrying signs that
9  depicted aborted fetuses?
10  **A. I don't recall that.**
11  Q. Okay. Do you recall them carrying any
12  signs?
13  **A. I don't recall the specifics of their**
14  **signs.**
15  Q. Okay. All right. And I think I have you
16  on this topic here. Now, are you familiar with the
17  union's communications about Ms. Carter's social
18  media activity?
19  **A. No.**
20  Q. Okay.
21  MR. GREENFIELD: And, I think,
22  Matthew, you are talking about Number 9?
23  MR. GILLIAM: Yeah.
24  MR. GREENFIELD: Yeah. We had brought
25  up Jessica potentially being someone for the --

Page 35

1  discussing the recall effort as part of Number 9
2  and 12, if that was the other one. I -- I think
3  she probably could, but we -- we do have Donna
4  Keith ready and prepared to talk on -- more
5  substantively on those two topics.
6  MR. GILLIAM: Okay. She's prepared on
7  9 and 12?
8  MR. GREENFIELD: Donna Keith?
9  MR. GILLIAM: Yeah.
10  MR. GREENFIELD: Well, as -- 12 in
11  relationship to the recall effort. And as far as
12  9, anything related to Ms. Carter's involvement in
13  the recall effort, to the degree she's aware of it.
14  MR. GILLIAM: Okay. Well, I'll --
15  I'll ask.
16  Q. (By Mr. Gilliam) Ms. Parker, do you have
17  any knowledge of Ms. Carter's involvement in the
18  recall effort?
19  **A. No.**
20  Q. Okay. All right.
21  MR. GILLIAM: And I -- I will release
22  you. I am done.
23  THE WITNESS: Okay.
24  MR. CLOUTMAN: Thank you, Jessica.
25  THE WITNESS: Thanks, Ed. Thanks,

Page 36

1  Adam.
2  MR. GREENFIELD: Thank you,
3  Ms. Parker. Have a good day.
4  THE REPORTER: Mr. Greenfield, are you
5  wanting me to send you the originals for them to
6  read and sign on all of these?
7  MR. GREENFIELD: Yes, ma'am.
8  (End of Proceedings, 5:14 p.m.)

## Page 37

```
 1              CHANGES AND SIGNATURE
 2   WITNESS NAME: JESSICA PARKER
 3   DATE OF DEPOSITION: NOVEMBER 30, 2020
 4   PAGE     LINE     CHANGE    REASON
 5   _____
 6   _____
 7   _____
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25   _____
```

## Page 38

```
 1       I, JESSICA PARKER, have read the foregoing
     deposition and hereby affix my signature that same
 2   is true and correct, except as noted above.
 3
 4
 5       _____
         JESSICA PARKER
 6
 7   THE STATE OF _____
     COUNTY OF _____
 8
 9   Before me, _____, on this day
     personally appeared JESSICA PARKER, known to me (or
10   proved to me under oath or through _____) to
     be the person whose name is subscribed to the
11   foregoing instrument and acknowledged to me that
     they executed the same for the purposes and
12   consideration therein expressed.
13
14   Given under my hand and seal of office this _____
     day of _____, 2020.
15
16
17   _____
     NOTARY PUBLIC IN AND FOR THE
18   STATE OF _____
19
20   MY COMMISSION EXPIRES:_____
21
22
23
24
25
```

## Page 39

```
 1            REPORTER'S CERTIFICATION
 2       IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF TEXAS
 3                 DALLAS DIVISION
 4   CHARLENE CARTER          )
                              )
 5                            ) CIVIL ACTION NO.
     VS.                      ) 3:17-CV-02278-X
 6                            )
     SOUTHWEST AIRLINES CO., AND )
 7   TRANSPORT WORKERS UNION OF )
     AMERICA, LOCAL 556        )
 8
 9   ----------------------------------
10              CONFIDENTIAL
          TWU LOCAL 556 30(b)(6)
11           ORAL DEPOSITION OF
              JESSICA PARKER
12           NOVEMBER 30, 2020
13   ----------------------------------
14
15       I, CHARIS M. HENDRICK, Certified Shorthand
16   Reporter in and for the State of Texas, do hereby
17   certify to the following:
18       That the witness, JESSICA PARKER, was by
19   me duly sworn and that the transcript of the oral
20   deposition is a true record of the testimony given
21   by the witness.
22       I further certify that pursuant to Federal
23   Rules of Civil Procedure, Rule 30(e)(1)(A) and (B)
24   as well as Rule 30(e)(2), that review of the
25   transcript and signature of the deponent:
```

## Page 40

```
 1      __xx__ was requested by the deponent and/or a
 2   party before completion of the deposition.
 3      _____ was not requested by the deponent and/or
 4   a party before the completion of the deposition.
 5       I further certify that I am neither
 6   attorney nor counsel for, nor related to or
 7   employed by any of the parties to the action in
 8   which this deposition is taken and further that I
 9   am not a relative or employee of any attorney of
10   record in this cause, nor am I financially or
11   otherwise interested in the outcome of the action.
12       The amount of time used by each party at
13   the deposition is as follows:
14       Mr. Gilliam - 50 minutes
15
16       Subscribed and sworn to on this 8th day of
17   December, 2020.
18
19
20   _Charis M Hendrick_____
         CHARIS M. HENDRICK, CSR # 3469
21       Certification Expires: 10-31-21
         Bradford Court Reporting, LLC
22       7015 Mumford Street
         Dallas, Texas 75252
23       Telephone 972-931-2799
         Facsimile 972-931-1199
24       Firm Registration No. 38
25
```

### A
ability 20:12
aborted 34:9
abortion 21:9
  34:5
above-styled
  1:18
acknowledged
  38:11
Act 21:13,16
  22:10 26:3
action 1:4 3:12
  39:5 40:7,11
activities 24:13
  24:15,22 26:2
activity 34:18
Adam 2:14 36:1
additional 7:7
address 25:1
addressing 5:4
administering
  4:10
affix 38:1
AFL-CIO 14:6
  23:15
afternoon 4:18
agenda 8:19,21
  8:24
ago 9:20
agreenfield@c...
  2:17
ahead 27:3
AIRLINES 1:5
  2:7 39:6
Alexa 31:15
Alexander 28:18
all-day 22:3,14
allocated 7:3,12
Allyson 31:5
America 1:6
  2:13 23:16
  39:7
amount 40:12
and/or 40:1,3
Angeles 24:19
Angie 29:10

Angie's 29:11
answer 20:12
ANSWERS 1:16
anybody 5:10
  32:4
apart 4:25 5:9
  5:12
appear 18:14
Appearances
  3:2
appeared 38:9
approval 9:9,12
  9:15
armed 25:21
ARMSTRONG
  2:19
arrange 10:24
  11:11
arranged 9:8,9
  11:12
article 3:12 18:5
  22:23
asked 9:7
asking 10:25
aspect 14:17
  21:19
assault 24:24
assume 15:16,17
assumed 26:17
assuming 11:14
  13:12 18:12
attached 1:25
attempted 32:23
attend 10:3,21
  10:22,23 11:2
  11:3 22:7 23:2
  23:6 31:19
attendant 28:21
  31:8,17
attended 17:13
  20:11 25:16,17
  31:13
attending 9:23
  20:8,11
attention 26:11
attorney 40:6,9

Audrey 8:11,15
  9:4,16,19
  23:11 29:12
  31:24,25
authorization
  9:5,8 10:21,22
authorize 13:20
authorized
  13:23
aware 32:1
  35:13

### B
B 2:3,14 39:23
back 15:17
  27:23 32:9
banner 29:18,21
base 24:18
Baskervilles
  26:21
behalf 4:19
believe 6:10
  8:17 9:19,24
  11:4,13,20
  14:25 15:21
  16:1 17:1,18
  20:15 21:19
  22:24 24:1,23
  25:8 27:14
  29:10,22 30:7
  34:6
best 20:12
blank 13:2
board 5:23,25
  7:8 10:17,18
book 24:19
bottom 27:25
  28:9 30:3
Braddock 2:4
Bradford 40:21
break 19:1
briefly 16:10
brought 34:24
buddy 26:24
budget 7:3,14
business 3:10
  9:12,16 13:10

### C
C 2:1
cabin 15:20
call 32:16,19
called 6:1 33:14
capacity 4:20
  7:21
Capitol 21:24
carried 29:19
carrying 29:1
  34:8,11
Carter 1:3 2:19
  27:25 28:2,12
  28:16 30:3
  31:24 39:4
Carter's 34:17
  35:12,17
cause 1:19 40:10
certainly 18:6
Certificate 3:7
Certification
  39:1 40:21
Certified 1:20
  39:15
certify 39:17,22
  40:5
chair 6:7 14:2
  22:15
chairperson
  5:18,19 23:4
chance 18:3,9
changed 11:20
CHANGERE...
  37:4
Changes 3:6
  37:1
Charis 1:20 4:9
  39:15 40:20
Charlene 1:3
  2:19 31:24
  32:1 39:4
check 9:19
city 20:17,18
Civil 1:4,23 39:5
  39:23
close 10:1

CLOUTMAN
  2:14,15 26:20
  35:24
Coalition 14:5
Colorado 1:22
  4:8
column 21:11
come 12:4 26:23
  26:24 29:21
comes 13:6
COMMISSION
  38:20
committee 5:14
  5:19,20 6:7 7:3
  7:23,25 8:1,4
  14:2 22:19
  23:4,20,21,23
  24:7 26:7
  28:24 31:11
  32:4,10,11,13
  32:21,22
communicated
  8:13
communication
  16:3,5
communicatio...
  5:10 8:14
  13:16,18 34:17
company 8:5
  13:2,12
completion 40:2
  40:4
conducted 4:5
conference
  32:16,19
CONFIDENT...
  1:9 39:10
Confirmed 3:10
Congress 16:17
consideration
  38:12
contents 16:22
continues 19:13
coordinated
  8:16,19
corner 26:14

28:9
**correct** 6:16 7:4 8:1 23:6 33:15 38:2
**CORRELL** 2:8
**counsel** 4:25 5:9 5:12 40:6
**country** 15:14 32:25
**County** 4:12 38:7
**course** 34:1
**Court** 1:1 4:9 39:2 40:21
**covered** 15:25
**COVID-19** 1:24 4:6
**CSR** 4:10 40:20
**current** 1:23 4:6

### D

**D.C** 8:10 19:11
**Dallas** 1:2 2:10 2:16 39:3 40:22
**date** 4:2 37:3
**dates** 11:15,22
**day** 36:3 38:9,14 40:16
**DEBM** 6:1,3
**deceased** 7:18
**December** 40:17
**decide** 10:2
**decided** 8:8
**DEFENDANT** 2:7,12
**DEFENSE** 2:3
**definitely** 17:4
**degree** 35:13
**Denver** 5:23,25 15:17 24:14,16
**depicted** 33:9 34:9
**deponent** 39:25 40:1,3
**deposition** 1:10 1:16 4:4,11,22

5:3,11 20:1,2 37:3 38:1 39:11,20 40:2 40:4,8,13
**different** 16:13 17:12
**difficult** 32:24
**direct** 17:22 26:10 27:1,24 29:25
**Disaster** 1:24 4:7
**discussed** 21:17 21:18 23:19,22 24:10,11,23
**discussing** 35:1
**discussion** 19:4
**discussions** 26:7 27:17,20
**DISTRICT** 1:1 1:1 39:2,2
**DIVISION** 1:2 39:3
**divisions** 19:11
**document** 3:11 3:13 5:3 11:24 12:7 17:22 27:2,4,23 28:5
**documents** 3:15 4:23 5:7
**dogs** 26:16
**doing** 6:10
**domestic** 24:17
**domicile** 5:23 24:12
**Donna** 35:3,8
**drive** 24:19
**duly** 4:15 39:19

### E

**E** 2:1,1
**ecloutman@la...** 2:17
**Ed** 26:18 35:25
**Education** 23:21
**EDWARD** 2:14
**effort** 35:1,11,13

35:18
**either** 11:12 27:13
**Elizabeth** 28:18
**Ellis** 4:12
**Elm** 2:15
**emailed** 9:18 11:21 12:3
**emails** 12:4
**emergency** 1:23 4:6 24:16
**employed** 40:7
**employee** 11:21 40:9
**encourage** 21:2
**ended** 9:22
**entire** 22:23
**equality** 16:19 16:19 20:19,20 20:20 21:1,1
**equally** 20:16
**event** 8:9 9:3,6 14:3
**events** 8:25 15:23
**exactly** 9:21 11:6
**Examination** 3:4 4:16
**example** 24:14
**Excuse** 5:2
**executed** 38:11
**executive** 5:23 5:25 7:8
**Exhibit** 3:10,12 3:14 11:25 12:10 17:20 26:25 27:4
**EXHIBITS** 3:9
**Expires** 38:20 40:21
**expressed** 10:6,7 38:12

### F

**Facebook** 3:14 17:14 30:8,12

30:24 31:23
**facilitate** 24:12 24:15
**facilitated** 7:19 22:14 23:10,11
**facilitating** 9:10
**Facsimile** 40:23
**Fairness** 21:12 21:16,16 22:10 26:3
**familiar** 34:16
**familiarize** 18:9
**far** 29:10,16 35:11
**February** 22:25 24:2 25:9
**federal** 1:22 20:19 39:22
**Feminists** 15:7,9
**fetuses** 34:9
**field** 22:15
**filling** 13:16
**financially** 40:10
**Firm** 40:24
**first** 4:15 18:19 18:20,21
**five** 17:7
**flight** 15:20 28:21 31:7,17
**flyer** 25:22,23
**flying** 15:16,17
**focus** 20:21 23:22 24:7
**focused** 14:17
**focusing** 24:10
**following** 39:17
**follows** 4:15 40:13
**foregoing** 38:1 38:11
**form** 3:10 13:2,6 13:9 21:9
**forms** 11:9,18 12:18,20 13:8 13:16,19

**foster** 21:1
**found** 10:17 28:11
**FOUNDATION** 2:4
**four** 6:8,11 9:20
**full** 21:22
**funds** 7:11
**further** 21:21 39:22 40:5,8

### G

**generally** 21:4
**generated** 13:12
**generates** 13:2
**getting** 10:21
**Gilliam** 2:3 3:4 4:17 12:8,12 17:21 19:2,5 20:3,23 26:19 27:1,3 28:8 33:2,6 34:23 35:6,9,14,16 35:21 40:14
**give** 18:23
**given** 38:14 39:20
**go** 8:10 19:2,6,7 27:3 30:20 33:3
**goals** 23:25 24:4
**goes** 13:11
**going** 5:4 10:6,8 10:9,16 15:15 18:7 19:22 27:23 29:4
**good** 4:18 19:5,7 36:3
**gosh** 26:16
**government** 16:15 20:18,19
**grab** 33:18
**great** 26:23
**Greenfield** 2:14 2:15 12:2 19:21 20:9 26:17 28:4

33:4 34:21,24
35:8,10 36:2,4
36:7
**group** 24:14,25
**groups** 14:7,8,9
14:12,16 15:3
**guess** 6:19,22
7:8 8:9,25 9:25
10:1,2,24 11:2
11:10,25 13:24
15:24 17:13
18:19 19:9
21:21 24:9,11
32:18
**Gwen** 7:18
22:16 23:10,11

**H**
**hand** 38:14
**handful** 11:4,13
11:18
**handles** 11:6
**happened** 9:20
**harassment**
24:23
**harborer** 26:21
**Harwood** 2:9
**hats** 33:8,15,21
**heading** 21:23
**heard** 15:8
**held** 22:19,25
23:7 33:7
**Hendrick** 1:20
4:9 39:15
40:20
**hereto** 1:25
**Hill** 21:24
**historic** 19:12
**hold** 5:14,21
19:21 26:16
32:10
**home** 4:12
**honestly** 10:15
**Hound** 26:20
**how-to** 25:12
**how-to-lobby**
22:3,14

**human** 19:14

**I**
**idea** 6:18 14:11
**III** 2:14
**imagine** 13:17
17:15
**important** 14:3
**include** 21:6
**includes** 19:19
20:20
**INDEX** 3:1
**individuals**
20:10
**initially** 9:18
**instance** 1:17
**instrument**
38:11
**intensive** 22:3
22:14
**interest** 10:6,7
13:25
**interested** 40:11
**International**
7:16,20,22
8:17 9:2 18:12
18:15 32:12
**International's**
22:18
**invite** 10:3
**involved** 6:15
7:16 10:5 14:4
14:7,9,13 16:4
24:22
**involvement**
7:21 35:12,17
**involving** 27:18
**Issues** 23:21
**items** 5:4

**J**
**January** 6:16
8:17,18 26:6
**Jessica** 1:10,16
3:3 4:4,14 12:2
30:14 34:25
35:24 37:2

38:1,5,9 39:11
39:18
**job** 23:18
**John** 9:18 11:5
12:22
**joint** 8:3
**JP** 11:14

**K**
**Keith** 35:4,8
**Kilbourne** 29:11
**kind** 6:25 32:21
**Kleenex** 18:24
**knew** 10:16
31:25
**knit** 33:8,10,11
**knitting** 33:13
**know** 5:13 7:15
7:20 9:7,13
10:20 11:5,6
12:21,23,25
13:1,4,7,11,11
13:14,20,22
14:9,12,14,16
14:18 15:3,5,6
15:15,18 16:2
16:5,17 17:16
17:18 18:3
22:11,20 24:14
25:22 28:18
29:12,14 30:9
31:4,15 32:3,6
32:22 33:17
34:7
**Knowing** 20:14
**knowledge** 32:6
35:17
**known** 38:9

**L**
**labor** 14:5,7,8
19:14
**language** 33:24
**Laughlin** 4:8
**LAUREN** 2:19
**LAW** 2:15
**lawmakers** 25:4

**leadership** 20:16
21:2
**learn** 6:22 10:8
31:23
**learned** 6:25
**leave-behind**
25:22
**left** 29:10
**legal** 2:3 4:25
5:9,12
**legislation** 25:9
26:8
**let's** 11:23 17:21
19:8,10 24:3
27:24 29:4,24
33:1
**letters** 28:8
**LGBTQ** 16:18
20:20 21:1
**lights** 15:20
**LINE** 37:4
**little** 16:24
**Liz** 23:14
**LLC** 40:21
**LLP** 2:9
**lobbying** 25:12
**Local** 1:6,9 2:13
3:14 4:20 5:15
5:22 6:19 8:9
10:8 14:1,4
15:25 16:9
17:13 20:17,23
21:3,15 22:6
25:3,11 26:1,2
26:14 28:22
30:6,15 31:2
31:20 32:14
39:7,10
**located** 1:21 4:7
**Lochelt** 29:12
**lodging** 8:20
10:24
**logistically**
32:24
**long** 6:3,6 12:14
17:1

**look** 11:24 12:6
15:17 18:3
**looking** 12:5
24:5
**looks** 18:14
30:25
**Lori** 29:12
**Los** 24:19
**lost** 34:1
**lot** 14:16,20
**Loveland** 1:22

**M**
**M** 1:20 39:15
40:20
**ma'am** 12:8
17:24 36:7
**main** 20:21
**male** 29:13
**march** 6:16,20
6:23 7:7,12,13
7:16 8:11,15
8:18 9:23 10:3
10:9,23 14:1,7
14:10,13,18
15:2,4,12,24
16:9,11,14
17:14 19:12
22:8,25 23:5
27:10,15 29:23
31:13,20 32:8
33:8 34:4
**marched** 30:16
**mark** 11:24 27:3
**marked** 12:10
17:20 26:25
**math** 6:10
**Matthew** 2:3
19:22 34:22
**mbg@nrtw.org**
2:6
**McCracken**
31:15
**mcorrell@ree…**
2:11
**mean** 6:25 13:9
14:14,16 15:1

15:13,15 18:4
**means** 4:12
**meant** 16:11,14
**media** 7:1 34:18
**meet** 25:3
**meeting** 7:19
  8:16,19,20,22
  9:2,11 20:11
  21:17,18 22:2
  22:7,11,13,19
  22:21,22,25
  23:2,6,7,9,12
  23:13,24 25:7
  25:10,16,18
  26:6 27:14,16
  33:7
**meetings** 26:23
  32:10,11,16,19
  32:23
**member** 5:24
  6:1 28:21,23
  31:10
**members** 8:10
  9:22 10:12,17
  10:19 11:1
  15:12 17:13
  20:4,8 22:6
  25:3,21 26:1
  26:14 29:5,8
  31:2 33:11
**memory** 9:24
  11:11
**men** 24:17,17
**messages** 31:23
**MICHAEL** 2:8
**minute** 18:2
**minutes** 17:3,4,8
  40:14
**money** 7:8
**moveon.org**
  14:24
**Mumford** 40:22

**N**

**N** 2:1
**name** 4:9 37:2
  38:10

**names** 11:21
**national** 2:3
  14:23 26:8
**Nationwide** 3:12
**near** 21:11
**needed** 11:15
**neither** 40:5
**never** 15:8
**New** 15:6,8
**North** 2:9
**NORTHERN**
  1:1 39:2
**NOTARY** 38:17
**noted** 38:2
**November** 1:11
  1:19 4:3 37:3
  39:12
**number** 11:15
  11:22 34:22
  35:1
**numbered** 1:18
**numbers** 11:21

**O**

**oath** 4:11 38:10
**object** 19:22
**Objection** 20:9
**Off-the-record**
  19:4
**office** 38:14
**OFFICES** 2:15
**Oh** 12:14 14:20
  17:4 26:16
**okay** 4:22,25 5:5
  5:9,13,21,25
  6:3,6,9,14,18
  6:22 7:2,6,11
  7:15,22,25 8:3
  8:8,21,24 9:3
  9:15,22 10:2
  10:12,20 11:8
  11:17,23 12:9
  12:11,17,21
  13:1,5,7,7,15
  13:19,24 14:8
  14:12,21 15:6
  15:10,19,23

16:7,12,21
17:2,6,9,12,17
17:21 18:10,16
18:19 19:8,18
20:7,23 21:3,6
21:11,21 22:6
22:17 23:2,5,9
23:13,24 24:9
25:2,6,11,15
25:20,25 26:5
26:10,12,23
27:5,9,11,16
27:20,23 28:7
28:10,16,20,23
29:1,4,8,15,18
29:21,24 30:1
30:5,11,14,20
30:22 31:1,4,7
31:10,13,15,17
31:19,22 32:3
32:7,18 33:1,1
33:4,6,14,14
33:17,21 34:1
34:8,11,15,20
35:6,14,20,23
**once** 18:2
**operated** 7:14
**oral** 1:10 39:11
  39:19
**order** 1:23 4:6
  7:8 11:3,9
**organization**
  14:23 23:16
**organizations**
  14:6
**organize** 9:5
**originals** 36:5
**outcome** 40:11
**outside** 32:7

**P**

**P** 2:1,1
**p.m** 1:19 4:3
  36:8
**page** 26:11
  27:24 28:5,15
  29:5,25 30:6,8

30:12,21,24
37:4
**pages** 17:14 27:7
**pairing** 11:15,22
**paragraph**
  18:20 19:9
  21:22 22:1
**Parenthood**
  14:25 27:21
**Parker** 1:10,16
  3:3 4:4,14,18
  20:13 28:4
  30:15 33:6
  35:16 36:3
  37:2 38:1,5,9
  39:11,18
**Parker's** 19:25
**Parker-Lauck**
  31:5
**Parrott** 9:18
  11:5 12:22
**part** 26:2 35:1
**participate** 7:9
  8:11 10:9 14:1
  19:11 25:11
**participated**
  16:10
**participating**
  15:4
**participation**
  6:15,19 7:13
  9:5
**particular** 11:9
  11:18
**parties** 40:7
**party** 40:2,4,12
**people** 10:16
  11:11,14,18
  17:19 20:11
  23:17 33:12
  34:7
**percent** 25:18
**person** 24:12
  29:1 38:10
**personal** 4:20
  19:23 20:1

**personally** 10:13
  38:9
**phone** 12:6
**picture** 26:13,15
  27:12,13 29:2
  29:6,9 30:5,23
**pictured** 31:1
**pictures** 16:8,23
  27:10,12,15
  33:9
**piece** 16:3,5
**pink** 15:20 33:8
  33:15
**place** 7:1 9:4
  15:24 26:6
  27:17 34:2
**Plaintiff** 1:18
  2:2
**plan** 6:19 7:12
  8:9
**Planned** 14:25
  27:21
**planning** 6:15
  7:6 8:19
**play** 33:18,21,23
**please** 26:16
**PLLC** 2:15
**point** 24:11
  31:22 32:3,18
**points** 25:21
**political** 22:15
**positions** 5:15
  5:17,21 20:17
  21:2
**post** 17:13
**posted** 16:1,6
  17:9 30:6,9,24
**posts** 3:14 31:23
**potentially**
  34:25
**pre-COVID**
  32:9
**Pregnant** 21:12
  21:16 22:10
  26:3
**preparation**

4:23 5:11
**prepared** 35:4,6
**PRESENT** 2:19
**prior** 4:22 9:3
  22:17 29:22
**prioritizing**
  23:25 24:4
**prison** 24:20
**probably** 10:17
  11:6 17:8 35:3
**Procedure** 1:23
  39:23
**Proceedings** 4:1
  36:8
**process** 13:22
**produced** 1:17
**prohibited** 15:3
**promoting** 26:3
**protesting** 34:4
**proved** 38:10
**provides** 23:17
**provisions** 1:25
**PUBLIC** 38:17
**publication**
  18:13,14
**pull** 12:13
**pulled** 11:2,10
  11:16
**pulls** 11:5,7
**purposes** 38:11
**pursuant** 1:22
  39:22
**pussy** 33:15,19

―――― Q ――――
**question** 14:15
**questions** 18:7
**quick** 18:25 19:3
**quiet** 26:22
**quite** 32:16

―――― R ――――
**R** 2:1
**racial** 16:18
  20:20 21:1
**reached** 10:4,12
**read** 18:4 22:23

36:6 38:1
**ready** 19:5 35:4
**real** 19:2
**realize** 4:19
**really** 18:20
  19:25 28:8
**recall** 10:10
  15:18,19 25:24
  25:24 34:10,11
  34:13 35:1,11
  35:13,18
**received** 5:2
  25:22
**Recess** 33:5
**recognize** 12:12
  12:16 18:11,16
  27:6 29:5,9,18
**recommended**
  9:19
**record** 1:25 19:2
  33:3 39:20
  40:10
**REED** 2:9
**referring** 22:12
  22:21,21,24
  24:1
**regarding** 1:24
  4:6
**Registration**
  40:24
**regular** 32:19,22
**related** 35:12
  40:6
**relationship**
  35:11
**relative** 40:9
**release** 35:21
**remember** 6:24
  9:13,17,17,21
  10:15 13:15,18
  14:21 15:11,13
  15:22 16:2,4
  16:20,21 17:2
  18:17,18 24:19
  25:14 30:13,18
  30:19

**remotely** 4:5,11
**renamed** 23:20
  32:21
**Reporter** 1:20
  4:2,10 12:1
  36:4 39:16
**Reporter's** 3:7
  39:1
**reporting** 4:11
  40:21
**representation**
  16:16
**representative**
  22:15
**represented**
  20:16
**reproductive**
  19:19 20:5
  21:7,10 27:18
**request** 3:10
  11:2 12:18,20
  13:10,21
**requested** 40:1,3
**requests** 12:15
**rest** 27:14
**restructured**
  32:21
**retired** 31:9
**review** 4:23 18:2
  39:24
**reviewed** 32:4
**right** 2:3 6:6,10
  6:14 13:24
  15:10,23 17:21
  18:1,11 20:1
  26:10 27:6
  29:17 31:4,22
  32:7 33:1 34:1
  34:15 35:20
**right-hand**
  26:13 28:9
**right-to-work**
  26:8
**rights** 16:18
  19:13,14,16,19
  19:20 20:5

21:4,6,7,10
  27:18
**Road** 2:4
**rough** 9:25
**Rule** 39:23,24
**Rules** 1:22 39:23

―――― S ――――
**S** 2:1
**SafeHouse**
  24:15
**Sam** 29:16
**saying** 33:18
**says** 13:10 19:9
  21:22 22:13
  27:25 28:1,12
  28:13 30:2,14
  30:15
**scholarship** 5:18
**seal** 38:14
**second** 6:5 18:20
  18:23 19:9
  21:11,22 25:6
  26:11 28:5,5
  28:15
**secretary/trea...**
  23:15
**see** 11:23 17:22
  18:22 19:8,10
  21:24 24:3,6
  27:24 28:7,13
  29:4,24,24
  32:2 33:1 34:3
  34:4
**seeing** 18:17
**send** 36:5
**sent** 31:24,25
**sentence** 21:23
**serves** 9:24
  11:11
**Service** 23:21
**session** 22:4,14
  25:12
**sexual** 24:23,23
**shape** 21:8
**share** 30:11
**shared** 30:15

**sharing** 30:18
  30:19
**shelter** 24:16
**short** 16:24,25
**Shorthand** 1:20
  39:15
**shoulder** 29:11
**showed** 10:5
  16:8
**Shuler** 23:14
**sign** 29:2 36:6
**signature** 3:6
  37:1 38:1
  39:25
**signify** 33:17
**signs** 34:8,12,14
**sister** 31:6
**six** 6:4
**small** 28:8,17
**SMITH** 2:9
**social** 7:1 34:17
**sorry** 12:15
  18:24 21:25
  23:9 28:1,16
**Southwest** 1:5
  2:7 8:4 13:20
  31:7 39:6
**speak** 16:13
**specific** 20:10
**specifically** 6:24
  33:22
**specifics** 32:1
  34:13
**Speculation**
  20:10
**spoke** 16:10,15
  16:18 22:10
  23:15,18
**sponsor** 14:24
  14:24,25
**sponsors** 14:19
  14:20,22 15:1
**Springfield** 2:5
**staff** 18:21 19:10
**stance** 19:25
**started** 22:3,13

**starts** 18:20 21:23 22:2
**state** 1:21,24 4:7 20:18 38:7,18 39:16
**stated** 1:25
**statements** 16:24
**STATES** 1:1 39:2
**stenographic** 4:12
**Stone** 8:12,15 9:4,16 23:11 29:12 31:24
**Street** 2:15 40:22
**strictly** 8:1
**subjects** 24:10
**submit** 11:18
**submitted** 11:9 11:13,17 12:21 12:24,24 13:19 16:23
**Subpoena** 5:2
**subscribed** 38:10 40:16
**substantively** 35:5
**Suite** 2:4,9
**support** 19:13 20:24,25 21:3 21:9,9
**supporting** 19:16,18,19 20:5 21:15
**sure** 14:15 18:8 18:25,25 22:9 23:3 25:18
**sworn** 4:15 39:19 40:16

**T**
**take** 3:12 18:1 18:25 26:2 33:3
**taken** 1:18 33:5

40:8
**talk** 8:11 25:12 35:4
**talked** 23:25 24:6,21 25:8
**talking** 25:9,21 34:22
**talks** 21:12 22:17,18 25:20
**Telephone** 40:23
**term** 6:5
**terms** 6:5 16:13
**testified** 4:15
**testify** 19:23,24
**testifying** 4:19
**testimony** 39:20
**Texas** 1:1,21 2:10,16 4:13 39:2,16 40:22
**Thank** 35:24 36:2
**Thanks** 35:25 35:25
**things** 11:20 19:25 24:21,24 25:8
**think** 9:18 10:14 11:21 14:24 15:22 16:15 17:5,7,11 19:18 24:18 25:15,17,19 28:14 30:9 33:2,12 34:6 34:15,21 35:2
**thought** 14:3 24:24
**three** 6:5
**thrice** 22:19
**time** 4:3 11:19 23:6,19 31:9 40:12
**tiny** 28:16
**titled** 12:19
**today** 4:19 20:2
**Today's** 4:2

**top** 12:19 21:12 26:13 27:12 29:11 30:14
**topic** 34:16
**topics** 35:5
**transcript** 39:19 39:25
**transpired** 10:11
**TRANSPORT** 1:6 2:12 39:7
**travel** 3:10 9:9 9:12,16 12:15 12:18,19,20 13:10,21
**traveled** 15:11
**traveling** 12:16 15:14
**trip** 11:4,14
**true** 38:2 39:20
**Trump** 33:18,22
**turned** 15:20
**two** 35:5
**TWU** 1:9 3:12 3:14 5:15 7:19 8:17 9:2 17:9 18:12,14 19:24 19:24 22:15,18 25:20 30:6,15 39:10
**type** 33:24
**typically** 16:2

**U**
**underrepres...** 16:16
**understand** 10:24 14:15
**union** 1:6 2:12 3:10 5:14 8:1,4 9:12,15,22 10:5,12 11:1 13:2,8,9,10,13 14:5,6,17 15:11 20:4,7 23:17 24:25 29:5,8 39:7

**union's** 6:15 9:5 18:21 19:10 34:17
**unions** 14:4 20:22,24 23:18
**UNITED** 1:1 39:2
**use** 9:11

**V**
**video** 16:1,5,7 16:12,20,22,25 17:9 30:15
**views** 19:23 20:1
**violence** 24:18
**Virginia** 2:5
**volunteer** 24:13 24:15,22
**VS** 1:4 39:5

**W**
**want** 5:13 18:1,4 18:6
**wanted** 8:9 11:1 18:8
**wanting** 36:5
**Washington** 8:10 19:11,12
**wasn't** 16:25
**Wave** 15:6,8
**way** 7:17 11:19 15:12 20:17,18 21:8
**we're** 16:3 32:25
**we've** 32:17
**website** 15:25 17:10 30:9
**week** 8:25 22:7 23:5 25:2,25
**went** 10:17,21 20:14
**Wilkins** 29:16
**WISE** 23:20 24:7,10 31:10
**witness** 1:17,21 4:7 12:5 26:22 35:23,25 37:2

39:18,21
**Woman** 21:16
**women** 3:12 10:4,7 14:5,23 16:9,13,16,24 18:21 19:10 20:14,16,21,24 21:2,12,16 24:16,20,25,25 26:3 31:1 33:25
**women's** 5:20 6:7,16,23 7:3,7 7:16,23,25 8:3 8:15 9:23 10:9 14:1,2,18 15:24 16:19 19:12,13,16,18 19:19 20:5,19 21:1,4,6,7,10 21:18 22:7,10 22:19 23:4,5 23:20,21 24:13 26:7 27:18 28:24 31:19 32:4,8,10,12 33:7 34:3
**work** 2:3 11:12 11:13 24:24,25
**WORKERS** 1:6 2:12 39:7
**working** 6:7 7:2 7:3,23,25 21:18 22:18 23:16 28:23 32:4,10,12
**wouldn't** 13:14
**write** 16:3
**written** 8:21,24
**wrote** 16:4
**WWC** 22:2,13 22:15

**X**
**xx** 40:1

**Y**

| | | |
|---|---|---|
| **yeah** 12:5 18:25 19:7 28:17,17 34:23,24 35:9 **yearly** 22:19 **years** 6:4,5,8,11 9:20 **York** 7:18 22:16 23:10,11 **you-all** 20:4 24:10 33:7 ___**Z**___ **Zoom** 26:23 ___**0**___ ___**1**___ **10** 17:2,4 **10-31-21** 40:21 **100** 25:18 **1144** 27:25 28:2 28:13,16 **1147** 30:3 **1150** 28:14 **1163** 28:12 **12** 3:10 35:2,7 35:10 **14** 3:13 17:22,23 27:4 **1500** 2:9 **17** 3:12 **19th** 8:18 22:22 23:8 27:14,17 ___**2**___ **2** 3:2 **2016** 6:12,13 **2017** 6:16 **2020** 1:11,19 4:3 37:3 38:14 39:12 40:17 **214** 2:16 **21st** 8:18 **22160** 2:5 **25** 27:2,23 28:3 **25-A** 28:4,6,7 **25(a)** 3:15 | **25(b)** 3:15 **28** 3:10 9:25 11:25 12:10 **2850** 2:9 **28th** 22:25 25:9 **29** 3:12 17:20 27:4 **2nd** 23:1 ___**3**___ **3:17-CV-0227...** 1:4 39:5 **30** 1:11,19 3:14 3:14 4:3 26:25 37:3 39:12 **30(b)(6)** 1:9 4:4 39:10 **30(e)(1)(A)** 39:23 **30(e)(2)** 39:24 **3301** 2:15 **3469** 4:10 40:20 **37** 3:6 **38** 40:24 **39** 3:7 ___**4**___ **4** 3:4 **4:13** 1:19 4:3 **41** 3:11 11:24 12:7 **469** 2:10 ___**5**___ **5:14** 36:8 **50** 40:14 **556** 1:6,9 2:13 3:14 4:20 5:15 5:22 8:10 10:8 14:1 16:9 17:13 18:14 20:23 21:3,15 22:6 25:3,12 26:1,2,14 28:22 31:2,20 39:7,10 **556's** 6:19 15:25 | 17:10 19:25 30:6,15 ___**6**___ **600** 2:4 **680-4264** 2:10 ___**7**___ **7015** 40:22 **703** 2:5 **75201** 2:10 **75226** 2:16 **75252** 40:22 **770-3339** 2:5 ___**8**___ **8001** 2:4 **8th** 40:16 ___**9**___ **9** 34:22 35:1,7 35:12 **939-9223** 2:16 **972-931-1199** 40:23 **972-931-2799** 40:23 | | |