UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 3:17-CV-2278-X |
| TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556, and SOUTHWEST AIRLINES CO., | § § § § | |
| *Defendants*. | § § | |

## ORDER ON WITNESSES AND DEPOSITIONS

In light of the parties' representations at the pretrial conference held this morning and related to various witnesses and pre-trial depositions in this case, the Court **ORDERS** as follows:

- If plaintiff Charlene Carter chooses to depose these witnesses, they shall be deposed (1) either in person or remotely, (2) for no longer than 1 hour, (3) before July 5, 2022:

  - Linda Rutherford

  - Melissa Burdine

  - Brendon Conlon

  - Nancy Kleburne

  - Naomi Hudson

- If Sonya Lacore is unavailable under Rule 32(a)(4) and will not appear at trial and Carter chooses to depose her, then she shall be deposed (1) either in person or remotely, (2) for no longer than 1 hour, (3) before July 5, 2022.

**IT IS SO ORDERED** this 16th day of June, 2022.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE