**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CHARLENE CARTER,** | § § § | |
| Plaintiff, | § § | |
| V. | § § | |
| **SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,** | § § § § § | **CIVIL CASE NO. 3:17-CV-02278-X** |
| Defendants. | § § § § § | |

## LOCAL 556'S UNNOPPOSED MOTION TO EXTEND DEADLINE

Defendant TWU Local 556 seeks extension of their deadline to file a motion in *limine* from **Monday, June 20 at 5pm to Wednesday, June 23 at midnight**. All parties have confirmed they are not opposed.

1. During the June 16, 2022 pre-trial conference, the matter of Defendant SWA's first motion in *limine* point was discussed:

    1. *Southwest asks the Court to limit testimony and evidence related to Southwest's treatment of other employees.*

2. Plaintiff argued that the evidence was not related to SWA, "Instead, Carter seeks to introduce evidence of employee discipline to demonstrate Local 556 representatives' knowledge of and involvement in efforts to discipline recall supporters, nonmember objectors, and other union

opponents, which is directly relevant to Carter's RLA, Duty of Fair Representation, and Title VII claims against Local 556."[1]

3. As such, the Court afforded Defendant Local 556 an opportunity provide a brief of the matter, limited to 7-pages, with Defendant SWA allowed to join. The brief was ordered due by Monday, June 21 at 5pm.

4. Early Monday morning, lead counsel for Local 556 rushed his infant daughter to the emergency room with respiratory issues. To date of this filing, the baby remains hospitalized and connected to oxygen machines. As lead counsel is in control of the briefing, it has not been finalized. Local 556 anticipates being able to submit briefing by Wednesday, June 23 at midnight.

5. All parties expressed they were unopposed with the extension on Monday, June 21. This request is not for delay, but in the name of equity and compassion.


Dated: June 21, 2022                                    Respectfully submitted,

*/s/ Edward B. Cloutman, III*_____            */s/ Adam S. Greenfield*_____
Edward B. Cloutman, III                                 Adam S. Greenfield
State Bar No. 04411000                                  State Bar No. 240 754 94
ECLOUTMAN@LAWOFFICES.EMAIL              AGREENFIELD@CANDGLEGAL.COM

Law Offices of Ed Cloutman, L.L.C.                      Cloutman & Greenfield, PLLC
618 Largent Ave.,                                       6217 Bryan Parkway
Dallas, TX  75214                                       Dallas, TX  75214
Phone 214.232.9015                                      Phone 214.642.7486

**ATTORNEYS FOR DEFENDANT TWU LOCAL 556**

### CERTIFICATE OF CONFERENCE

I hereby certify that the parties conferred on this motion via email on the morning of

---

[1] Doc. No. 254 at 2.

Monday, June 20, 2022.

                                                                            */s/ Adam S. Greenfield*_____

Adam S. Greenfield

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing document has been filed via the Court's ECF system and all counsel of record have been served on this 21st day of June, 2022.

                                                                            */s/ Adam S. Greenfield*_____
                                                                             Adam S. Greenfield