UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLENE CARTER, § § § | CIVIL CASE NO. 3:17-CV-02278-X |
| PLAINTIFF, § § § | |
| V. § § | |
| SOUTHWEST AIRLINES CO. AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556, § § § § § | |
| DEFENDANTS. § § | |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO QUASH TRIAL SUBPOENAS**

The Court has considered Defendants' Motion to Quash filed in the above-captioned matter. Having considered Defendants' Motion, the Court hereby grants the Motion and rules as follows:

IT IS ORDERED that the trial subpoenas served by Plaintiff's counsel on counsel for Defendants Southwest Airlines and Transport Workers Union of America, Local 556 are hereby quashed.

Date: _____          _____

1