IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO. AND<br><br>TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | Civil Case No. 3:17-cv-02278-X |

**APPENDIX IN SUPPORT OF JOINT STATUS REPORT REGARDING WITNESSES WITH UNRESOLVED ISSUES**

Pursuant to the Court's June 29, 2022 Electronic Order, Plaintiff Charlene Carter ("Carter"), Defendant Southwest Airlines Co. ("Southwest"), and Defendant Transport Workers Union of America, Local 556 ("Local 556") (collectively, "the Parties"), through their counsel of record, submit this Appendix in Support of their Joint Status Report Regarding Witnesses with Unresolved Issues.

| EXHIBIT NO. | DESCRIPTION | APP |
|---|---|---|
| 1 | Trial Exhibit 66 (2/22/17) | 1 |
| 2 | Pretrial Conference Transcript (6/16/22) (excerpts) | 9 |
| 3 | Email re Witness Dates (6/17/22) | 16 |
| 4 | Deposition of Sonya Lacore (6/24/22) (excerpts) | 23 |

1

| 5 | Deposition of Sonya Lacore Exhibit 14 (6/24/22) | 30 |

DATED: June 29, 2022

Respectfully submitted,

By: s/ Matthew B. Gilliam
Matthew B. Gilliam (*pro hac vice*)
New York Bar No. 5005996
*mbg@nrtw.org*
c/o National Right to Work Legal Defense
Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Tel: 703-321-8510
Fax: 703-321-9319

Bobby G. Pryor
State Bar No. 16373720
bpryor@pryorandbruce.com
Matthew D. Hill, Of Counsel
State Bar No. 24032296
mhill@pryorandbruce.com
PRYOR & BRUCE
302 N. San Jacinto
Rockwall, TX 75087
Telephone: (972) 771-3933
Facsimile: (972) 771-8343

***Attorney for Plaintiff Charlene Carter***

By: s/ Paulo B. McKeeby (*with permission*)
Paulo B. McKeeby
Texas Bar No. 00784571
*pmckeeby@reedsmith.com*
Brian K. Morris
Texas Bar No. 24108707
REED SMITH LLP
2850 N. Harwood Street, Suite 1500
Dallas, Texas 75201
Tel: 469-680-4200
Fax: 469-680-4299

***Attorneys for Defendant Southwest Airlines Co.***

By: s/ Adam S. Greenfield (*with permission*)
Edward B. Cloutman, III
Texas Bar No. 04411000
*ecloutman@lawoffices.email*
Adam S. Greenfield
Texas Bar No. 24075494
*agreenfield@candglegal.com*
LAW OFFICE OF CLOUTMAN
& GREENFIELD, P.L.L.C.
3301 Elm Street
Dallas, Texas 75226-1637
Tel: 214-939-9222
Fax: 214-939-9229

***Attorneys for Defendant Transport Workers Union of America, Loc 556***