| | |
|---|---|
| From: | Brian <bct7348@aol.com> |
| Sent: | Monday, October 13, 2014 4:44 PM |
| To: | Audrey Stone |
| Subject: | Fwd: |

So THIS is a part of a thread between Sonya and I re a FB post re NOT taking 4th when asked as routine. I have always been opposed to this and the NT that negotiated that, as verified by Don and Val as well as SWA felt that the FAs would do "the right thing. I never believed that and am disappointed in anyone that supports the not only NO but Hell NO.

I had developed a very close working relationship with Sonya and this subject was something we had talked about. NOTE once again using the "targeted assassination" metaphor and being quite clear about what I was referring to. As indicated on the bottom, I did not receive nor expect to receive a reply as is always the case when talking "off the record" in a print environment.

BCT


-----Original Message-----
From: Brian <bct7348@aol.com>
To: sonyarlacore <sonyarlacore@gmail.com>
Sent: Tue, Apr 29, 2014 8:14 am

So my final installment on this subject. Shipman stepped up to the plate.

It IS maddening trying to reason with these sheeple. The issue becomes the "tumor". While I hate to give him credit for anything, Casper really was the first legit cancerous tumor that had any significant reach with 1000 members BUT in a relatively inactive sight. He could be contained. NOW with FB and 24/7 reach the characters become more relevant. Corliss particularly is something we have not seen before and is incredibly dangerous. The attitude she spawns is NW Airlines in the 80s. People listen and people react.

I am all about targeted assassinations. I am sure with her dreadful work history, there could be opportunity. She will play VERY well to the heavy inner city, minority crowd coming on board soon. She will be their voice. She will be a huge threat in our upcoming election as well. She plays very well to her crowd and has as much support as anyone I have seen in the past. Sam Wilkins is the other but she is a doll and truly "gets it". A huge advocate for SW and should be leveraged as much as possible. She is someone you should be reaching out to. She is smart, and she LOVES SWA and is a major major player that EVERYONE loves and respects. Well everyone except the Haters.

Social Media IS by far the major source of reach and must be used to our advantage. What I am really really disappointed in however is how so few people will stick their neck out on the line for the benefit of our employer that pays our salaries. I really am shocked and disappointed. There used to be more support. Now everyone is afraid of the bullies.

Cancer is a dangerous thing and must b eradicated when ever possible or it spreads. You cannot contain it, it needs to be eliminated. I would highly encourage targeting people and a one day detective with a video camera is a very cheap investment.

While I have sent this to a personal Email, I certainly am not awaiting comments on topics of above. I totally get the paper trail thing and NOBODY can be fully trusted. (except me of course. :) ). Just planting the seeds and hoping for a good harvest.

Talk to u soon and hope we can get together soon.

BCT

**EXHIBIT 5**


EXHIBIT NO. 14

Don P ShipmanFusion

10 hrs · Edited ·

★ DEADHEADS — FROM JUMPSEAT TO CABIN SEAT ★

The topic of deadheading on the jumpseat versus in a cabin seat comes up often. Even though this is a passionate issue for most of our Members and the politically safe thing for me to do would be to totally steer clear of it, I thought it was finally time to give a little backstory on the issue from my firsthand experience in Negotiations.

I'll do my best to explain how we negotiated the language, the incremental improvements we ma...

Continue Reading

Top of Form


Unlike ·

You, Bill Holcomb, Sam Wilkins, Topher Paul and 148 others like this.



Remove

Bill Holcomb Pretty damn close sir....I read the notes :)

10 hrs · Unlike · 12



Remove

Robert DeGenova Thanks Don! As a newbie I'm glad to have the history. This will help me to make an informed decision if/when I'm faced with this situation. I hope that I'll keep both our internal and external customers in mind.

10 hrs · Like · 7



Remove

Brian Talburt Thanks Don. What I have always valued as Union Leaders is partnering with our company to find solutions to common problems. Clearly this was intended to be a win win opportunity. What is sad to me is that both our company and Union Leaders had more trust in the work group to do "the right thing" instead what we have is an entitled work group that is more focused on waving a piece of paper in the faces of our coworkers in trying situations. It will certainly send a very clear message to management the next time to not make that mistake again. Their and your trust was broken.

10 hrs · Like · 6



Remove

Christine Womer Thank you! Great info and maybe it will help some "do the right thing"

10 hrs · Unlike · 3



Remove

Beth Mackey So.....what "is" the right thing?

9 hrs · Like · 3



Remove

Angela Keeney Thanks Don... however, I'd love to know what the "institutional concession" was... as a newbie to the company I keep hearing that we gave up something for this right, and I'd really like to know what it was... :)

9 hrs · Like · 5



Remove

Don P Shipman Angela — For now, I want to focus on the deadheading issue alone and keep everything on topic.

I'll would be happy to discuss the concession we did NOT take in detail at a later time... but it's complex and much more difficult to give a thorough and accurate accounting with only my point of view.

9 hrs · Edited · Like · 5



Remove

Topher Paul Thanks for posting this Don! Maybe those on many other Forums will see this and the rumors and speculations can finally cease! I appreciate you posting this my friend!

9 hrs · Like · 4

**APP 32**



Remove

Topher Paul I also believe this is important for everyone to read. So......

8 hrs · Like · 2



Remove

Topher Paul Bump!

8 hrs · Like · 1



Remove

Matthew Dunn Oh Don -such a tease. I had been told by a former SWA FA and now Norwegian FA that something had been given up but now I find out it wasn't. I never found out what IT was. Sigh. #unrequitedLUV

8 hrs · Like · 1



Remove

Don P Shipman The version of Side Letter #8 that was presented to our Members and later ratified, contained no concession whatsoever to get the guaranteed cabin seat deadhead protection for all Flight Attendants.

The information you received was either a misunderstanding on your end or deliberately false information was provided to you.

#TruthfulLUV

;)

8 hrs · Edited · Like · 2



Remove

Terri Ashley So what can we do to alleviate some of the anger? And how do we agree to take the jumpseat without fear of CSAs abusing that, and trying to force us to sit there?

8 hrs · Like · 4



Remove

Matthew Dunn Don I was told during negotiations that a BIG concession was made but never heard anything else after the fact and hadn't thought about it until your post.

8 hrs · Edited · Like



Remove

Michael Ramon I don't understand why you felt like we cheated? The company obviously wanted this to pass and it was a sacrifice they had to make to ensure the side letter would pass, we shouldnt feel guilty, the company keeps throwing it in our face they we have this industry leading contract, but when it comes to deadheading we are far behind, other airlines do not require their flight attendants to seat on the jumpseat. They sit their DH flight attendants in first class or in the exit row (and the jumpseat is reserved only for Flight attendants so their commuters dont have a problem with getting bumped) Plus Im sure there are plenty of things that we negotiated with the company thinking they would act in good faith and do the "right thing" and they completely take advantage of it.

8 hrs · Like · 8



Remove

Cori Banker Gorbett Thanks Don for such a well written, intelligent, and knowledgeable accounting of how it all "went down"!
I certainly would not be averse to taking the jumpseat (making allowances for sleep, length of flight etc as you mentioned) and I'm sure I speak for most if not all of my co-workers. I have friends and family (framily?) who travel on dependent and buddy passes and would LOVE that seat to get where they are going. I am always mindful of that whenever I take a cabin seat. However, as a commuter I am also very aware of how awful it is to literally wait for hours just trying to get home after a long day, only to be told a positive space or Deadheader has taken that jumpseat you've been waiting for hours for - and along with it, your last opportunity to get home that night (or get to work for that matter!)
From what I have read, CSAs cannot be counted on to be truthful when asked if there is anyone waiting (or on) the jumpseat. And even if they were, that doesn't account for those people who run up after you are already on the plane.
I have a strong feeling this will be an unpopular opinion but I can't in good conscience take that seat home (or to work) away from that commuter.
Thanks again for the background and insight!!

8 hrs · Like · 6



Remove

Matthew Dunn @Terrian I think the crew should make a decision based on the situation. You get more flies with honey and MAYBE-just MAYBE-if we were asked nicely instead of being dicked around with/told-most of us (me included) would be willing to do the "right thing" and take the jump seat but ONLY if there were no commuting F/A needing it.

8 hrs · Like · 2



Remove

Matthew Dunn @Michael good point!

8 hrs · Like



Remove

Terri Ashley Matthew, it's going to be difficult, I think. There seems to be animosity between departments, and it makes most of us feel like we are being taken advantage of, even if we aren't. I suppose one group has to offer a truce first, though, and it might as well be us.

8 hrs · Like · 1



Remove

Cori Banker Gorbett Also... Sometimes all the facts aren't necessarily out there for everyone to know. Things can often look one way on the surface, but don't judge unless you know the entire story.

8 hrs · Like · 4



Remove

Ryan Smith I just want to say Don P Shipman has been one of the most helpful FAs I've ever come across. He took me and a group of very close friends of mine in as newbies a few years ago and when he had time he sat down with us and went over in great detail about our contract, how to understand it and how to protect ourselves. He also explained many things to us about trip trade. I can truly say I value that time spent learning the contract as it's saved me time and again from being taken advantage of. My wanting to learn my contract all started from learning from a guy who took time out of his busy schedule between flying and writing lines and for that I'm grateful.

7 hrs · Like · 2



Remove

Carolee Weatherbee Burnett Here's the solution, from my point of view... IF the CSA's were actively ON OUR TEAM and TRUTHFUL with us regarding commuting FA's, then we would be more willing to say yes. I have no problem doing it but not at the cost of my coworker getting to work.

6 hrs · Unlike · 13



Remove

Ryan Smith I'm gonna try....what if there was a way for our workgroup to know if someone has already signed up for 4th as soon as they sign up?

6 hrs · Like · 2



Remove

Ryan Smith Of coarse without the need if asking a busy CSA

6 hrs · Like · 1



Remove

Carolee Weatherbee Burnett Oh Ryan.. now you're asking for up to date technology silly man.

6 hrs · Like · 1



Remove

Ryan Smith Serious. What was I thinkng? NM just keep doing what we're doing eventually we will catch up with the stone age

6 hrs · Like · 1



Remove

APP 36

Matthew Dunn I'm so confused. Wasn't this thread about DHs?

6 hrs · Like · 6



Remove

Swaman Whatley Don I like your morals.
And thank you and your colleagues for their hard work.
But don't let it get you down about feeling we cheated our way around the issue.
As a former firefighter and union negotiator myself we know many times management does the same thing.
Just look at it that way :
And it all may seem to balance out (:

5 hrs · Like · 5



Remove

Corliss King Ok I am just reading this. I think Liz's questions for Don personally should be addressed in the inbox. This post is not about him seeking to represent the flight attendants. This is about information from when he ALREADY represented the flight attendants. If he runs for something ask him then. The topic of the thread is DEADHEADS. I suggest using the inbox or your wall to address it further.

Futhermore stop with the keyboard courage and bullying with punk threats in the inbox and harassing people from your iPad. If you wouldn't say it to them don't use this page to get a spine. Have a conversation. And please know the company is NOT playing with you on the social media policy and WILL fire you. Now...back to DEADHEADS.

2 hrs · Edited · Like · 4



Remove

Tracy Hill A few years ago, I went home sick on line LAX-BWI. Not sure if it was a bad sandwich or a virus. I'll spare you the gory details, but let's just say I had my head in a trash bag the whole way back, and I'm glad I had a cabin seat. I would have been a safety hazard on the jumpseat.

2 hrs · Like · 1



Remove

Angie Kilbourne <----- cleaned up this thread to get back to the wonderful (and frustrating!!!!) topic at hand. Please take all PERSONAL questions to private message. And if I find out who is sending threatening messages to other Members, YOU WILL BE REMOVED IMMEDIATELY.

2 hrs · Edited · Like · 4



Remove

Corliss King THANK YOU Angie! I am using my phone or I would have NUKED the whole thing.! Back to deadheads!

2 hrs · Like · 1



Remove

Troy Gearhardt Thank you Angie Kilbourne

2 hrs · Like



Remove

Corliss King While the idea of "do the right thing" sounds great the point is what that right thing is is up to us individually. And I think the landscape has changed because I would think in negotiating that "do the right thing" OUR negotiators didn't factor in them failing to follow procedures and not give us our boardng passes or violate procedures by not giving 4th upon request, not issuing the bp to preboard like they are supposed to or flat out lying about having a 4th they know is there and they are keeping in limbo. Had you anticipated those things I doubt you would have negotiated that the expecation to do the right thing went only one way. While we appreciate the advance we the membership shouldn't be harassed when we use it or you end up with a stance of nope I won't be taking 4th just in case.

1 hr · Edited · Like · 1



Remove

Corliss King One more thought, while we may feel we got something for nothing let's not be fooled. We are Flight Attendants negotiating with a multi BILLION (with BIG B) dollar company. If for one nano second they thought the failure of a dh f/a or crew to sit jump was going to cost them/us anything substantial they would NOT have conceded. They have folks they pay BIG bucks to to actualize the impact and I assure you the impact of lost revenue is negligible and a factored in loss or pushing the lids would NOT be a standard industry practice. We need to stop carrying the cross for the whole company. They call it SHARED sacrifice for a reason.

1 hr · Like · 1



Remove

Brian Talburt Corliss I am going to answer this ONE statement and I am signing out on this topic. Historically THIS would never have been an issue period. Someone would have automatically without question taken the jumpseat as this IS what we did. We were here for the pax and our company. Unfortunately the entitlement mentality has taken a hold and all this has been lost. I used to see other airlines and their "contractually provided 1st class seat" all the while watching a core FIRST CLASS customer be denied a seat in 1st class to fulfill the contract. How did THAT work for them Corliss. Sure they won the grievance but..... ya but they sure held their heads up high as they swallowed their 40% pay cuts. They sure won didn't they? It is about our PAX and our company. SWA trusted us and gave us the opportunity to use common sense and good judgment to do the "right thing" and we as a group completely blew it. It IS a 2 way street Corliss. We cannot control what other do. Only ourselves and I mean by doing the "right thing". NONODY is mandating riding 4th. Tired? take a nap, sick? sit in a seat. 5 hour flight Do as I would do. Take a seat. The working crew doesn't want you on 4th either. A 50 min flight PHX-LAX that is oversold, sit your ass on the jumpseat if none of your crew is willing. You (well I anyway) am being paid $60 a trip just like the working crew. THAT is doing the right thing and leading by example.

1 hr · Like · 4



Remove

Christine Womer I had 4 dh pilots the other day already with boarding passes, onboard and in seats. Flight was oversold, csa was onboard calling for volunteers to take the next flight, and 3 of them moved to jumpseats. They chose to do it, and were never asked. Saved the company alot of money, plus 3 people got to take the flight that would have been stuck. Thats a great example that sometimes even if not required to, it's the best decision for others.

58 mins · Edited · Unlike · 5



Remove

Michael Ramon When other airlines deadhead and get first class it's on a standby basis they don't bump first class passengers. If bumping pax is such a problem here they need to stop pressuring us and look at how crew scheduling is causing this mess by rerouting us last minute and causing a over sale

55 mins · Like



Remove

Brian Talburt That is not correct at all Michael. Check your history.

54 mins · Like



Remove

Michael Ramon Have you ever worked for another airline I use to work for continental within the last 10 years so know what their contract was I'm sure it was different in the early 90s when they were in bankruptcy but that's neither here or now.

49 mins · Like



Remove

Brian Talburt So have a funny little story that relates to this as well. Had a OMA overnight last week. The Van was out front. The driver said something about DL and if we "minded". I wasn't really paying attention but whatever. So we start exiting the airport and someone asks about DL. The driver said they were not down and they would get the next van. Ok.. so as we are checking in the front desk takes a call. DL callig. She tells them it will be 10 or 15 min. Next thing I hear her dealing with a pissed off DL crew talking about "their contract" ad demanding a manager. It is 1230 and they are demanding a manager do to a 15 min wait and about their "contract". Wonder how THAT worked for them?

47 mins · Like



Remove

Corliss King Brian you chose to answer ONE thing and ignore the rest. Speak to the CURRENT circumstance that has fa standing on taking the jump seat THAT is the CURRENT issue. You used to be able to smoke on the plane too. I have gladly taken 4th to help out. I would hazard to guess we all have. But AGAIN does Revenue management know it is about our PAX?

46 mins · Like



Remove

Brian Talburt Yes Michael, again check your history.

44 mins · Like

**APP 40**



Remove

Brian Talburt Corliss do the PAX being left behind or the non rev wanting to get on a flight realy give a shit about Revenue management?

43 mins · Like



Remove

Corliss King Brian do the TWO or TEN pax we sold a ticket to but won't let on give a shit if I take the jump seat? WE DONT LEAVE PASSENGERS BEHIND BRIAN.This work group needs to get off the cross. We cannot be solely responsible for solving the problems caused WAY above our paygrade. THAT is why they call it SHARED sacrifice.

34 mins · Like



Remove

Don P Shipman everyone is pretty
♡

31 mins · Like · 1



Remove

GDaddy Scrumptious I'm old and I get tired easily, and I need my beauty rest, ima need a cabin seat...

27 mins · Like



Remove

Corliss King I also think it is interesting with all this focus on the passenger and getting left behind that we are fine with leaving behind a pax on a 3 hour flight to take a seat but NOT okay with leaving a pax for a 50 min flight. A passenger is a passenger.

Bottom of Form

**APP 41**