UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | Civil Case No. 3:17-cv-02278-X |

## CARTER'S DEPOSITION DESIGNATIONS

Pursuant to this Court's requests and instructions at the June 16, 2022 pretrial conference, Plaintiff Charlene Carter hereby submits Deposition Designations for Sonya Lacore and Linda Rutherford.[1] Carter received copies of Rutherford's and Lacore's deposition transcripts on Wednesday, June 29, 2022 at 9:55 a.m. CT and 9:57 a.m. CT respectively.

### Deposition Testimony Designation

Carter intends to call each of the witnesses designated live at trial, but, in the event their testimony cannot be secured, submits the following deposition designations:

**Deposition of Sonya Lacore**

| |
|---|
| 7:6-20 |
| 8:4-15 |
| 8:25-9:5 |
| 9:10-22 |
| 9:23-11:4 |
| 11:5-18 |
| 11:21-25 |

---

[1] Transcript of June 16, 2022 Pretrial Conference, Tr.164:19-165:18.

**Carter's Deposition Designations - Page 1**

| |
|---|
| 12:4-16:18 |
| 17:8-14 |
| 17:15-23 |
| 19:5-20:11 |
| 20:12-23:19 |
| 24:14-22 |
| 25:3-28:22 |
| 28:23-30:8 |
| 30:11-20 |
| 31:1-18 |
| 32:10-34:13 |
| 34:23-35:14 |
| 35:18-36:22 |
| 38:11-38:25 |
| 39:10-18 |
| 39:19-41:24 |
| 41:25-48:16 |
| 48:17-49:1 |
| 49:2 |
| 49:13-20 |
| 49:22-51:8 |
| 51:17-23 |
| 53:12-15 |
| 53:16-54:18 |
| 56:22-58:7 |
| 59:22-60:2 |
| 60:3-13 |

**Deposition of Linda Rutherford**

| |
|---|
| 7:4-8:3 |
| 8:11-25 |
| 10:1-17 |
| 11:1-9 |
| 12:7-10 |
| 13:22-25 |
| 14:4-6 |
| 14:8-14 |
| 15:7-10 |
| 16:6-17:2 |
| 19:25-20:14 |
| 20:18-22:15 |
| 23:2-3 |
| 23:19-21 |

| |
|---|
| 24:5-17 |
| 25:11-17 |
| 28:6-15 |
| 28:22-29:3 |
| 29:22-30:5 |
| 30:14-18 |
| 30:22-31:5 |
| 32:11-16 |
| 32:20-24 |
| 33:4-13 |
| 33:25-34:4 |
| 35:3-5 |
| 35:11 |
| 35:23-36:4 |
| 36:16-37:19 |
| 37:25-38:16 |
| 39:8-25 |
| 40:5-11 |
| 40:22-41:3 |
| 43:11-44:9 |
| 46:18-24 |
| 47:2-9 |
| 47:17-20 |
| 47:23-48:25 |

**Carter's Deposition Designations - Page 3**

DATED: June 30, 2022                     Respectfully submitted,

                                              */s/* Matthew B. Gilliam
                                              Matthew B. Gilliam (*admitted pro hac vice*)
                                              New York Bar No. 5005996
                                              c/o National Right to Work Legal Defense Foundation, Inc.
                                              8001 Braddock Road, Suite 600
                                              Springfield, Virginia 22160
                                              Phone: 703.321.8510
                                              Facsimile: 703.321.9319
                                              mbg@nrtw.org

                                              Bobby G. Pryor
                                              State Bar No. 16373720
                                              bpryor@pryorandbruce.com
                                              Matthew D. Hill, Of Counsel
                                              State Bar No. 24032296
                                              mhill@pryorandbruce.com
                                              PRYOR & BRUCE
                                              302 N. San Jacinto
                                              Rockwall, TX 75087
                                              Telephone: (972) 771-3933
                                              Facsimile: (972) 771-8343

                                              **ATTORNEYS FOR PLAINTIFF**
                                              **CHARLENE CARTER**

## Certificate of Service

    I hereby certify that on June 30, 2022, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                              s/ Matthew B. Gilliam