

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHARLENE CARTER,        )
                        )
        Plaintiff,      )
                        )
VS.                     ) CIVIL ACTION
                        )
SOUTHWEST AIRLINES CO., ) NO.: 3:17-cv-02278-X
and TRANSPORT WORKERS   )
UNION OF AMERICA, LOCAL )
556,                    )
                        )
        Defendants.     )

-----------------------------------
VIDEOCONFERENCE ORAL DEPOSITION OF
LINDA RUTHERFORD
JUNE 23, 2022
-----------------------------------

        VIDEOCONFERENCE ORAL DEPOSITION OF LINDA
RUTHERFORD, produced as a witness at the instance
of the Plaintiff, and duly sworn, was taken in the
above-styled and numbered cause on June 23, 2022,
from 12:03 p.m. to 1:06 p.m., via Zoom
Videoconference, before Melody A. Monk, CSR in and
for the State of Texas, reported by machine
shorthand, at the law offices of office address,

Page 2

1   pursuant to the Federal Rules of Civil Procedure,
2   and the provisions stated on the record or
3   attached hereto.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1        A P P E A R A N C E S
2    (All parties appearing via Zoom Videoconference)
3
     FOR THE PLAINTIFF:
4
     MATTHEW D. HILL
5    Pryor & Bruce
     302 North San Jacinto
6    Rockwall, Texas 75087
     972.771.3933
7    Mhill@pryorandbruce.com
8
     MATTHEW B. GILLIAM
9    National Right to Work Legal Defense
        Foundation, Inc.
10   8001 Braddock Road
     Suite 600
11   Springfield, Virginia 22160
     703.321.8510
12   Mbg@nrtw.org
13
14
     FOR THE DEFENDANT SOUTHWEST AIRLINES CO.:
15
     PAULO B. MCKEEBY
16   Reed Smith
     2850 North Harwood Street
17   Suite 1500
     Dallas, Texas 75201
18   Pmckeeby@reedsmith.com
19
20
     FOR THE DEFENDANT TRANSPORT WORKERS UNION OF
21   AMERICA LOCAL 556:
22   EDWARD B. CLOUTMAN, III
     Law Offices of Edward Cloutman III
23   3301 Elm Street
     Dallas, Texas 75226
24   214.232.9015
     Ecloutman@lawoffices.email
25

Page 4

1        ADAM S. GREENFIELD
         Cloutman & Greenfield, PLLC
2        3301 Elm Street
         Dallas, Texas 75226
3        Agreenfield@candglegal.com
4
5    ALSO PRESENT:
         Charlene Carter
6        Chris Maberry, Senior Attorney - Southwest
            Airlines
7        Kerrie Forbes, Associate General Counsel -
            Southwest Airlines
8        Lauren Armstrong, Paralegal - Southwest
            Airlines
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1 (Pages 1 to 4)

Linda Rutherford

---

Page 5

1                        INDEX
                                      PAGE
2       Appearances.................................. 2
3
4       LINDA RUTHERFORD
5             EXAMINATION BY MR. HILL................... 7
6       Witness's Signature Page...................... 52
7       Reporter's Certificate Page................... 55
8
9                      EXHIBITS
10      NO.  DESCRIPTION                        PAGE
11      63 - January 20, 2017 Email...................12
        62 - January 20, 2017 Email...................23
12      37 - Inflight Info on the Go January 20, 2017
        Political Activities..........................26
13      139 - January 24, 2017 Email.................27
        9 - Southwest Airlines Employee Social Media
14      Policy........................................33
15
16
17
18
19
20
21
22
23
24
25

---

Page 6

1              THE REPORTER:  We are on the record
2       for the deposition of Linda Rutherford in the case
3       of Charlene Carter versus Southwest Airlines
4       Company and Transport Workers Union of America
5       Local 556, Civil Case No. 3:17-cv-02278-X at
6       12:03 p.m. on June 23rd, 2022.
7              Will counsel please state their
8       appearances for the record.
9              MR. MCKEEBY:  Paulo McKeeby appearing
10      on behalf of Southwest Airlines.
11             MR. CLOUTMAN:  Ed Cloutman on behalf
12      of TWU Local 556.
13             MR. HILL:  Matt Hill and Matt Gilliam
14      on behalf of Charlene Carter.
15             THE REPORTER:  Okay.  Are there any
16      stipulations or agreements before I swear in the
17      witness?
18             MR. MCKEEBY:  No.
19             MR. HILL:  No.
20             MR. MCKEEBY:  This is being taken
21      pursuant to the court's order in this case of
22      September -- I'm sorry, of June 16, 2022.
23                      * * *
24             LINDA RUTHERFORD,
25      having been first duly sworn, testified as

---

Page 7

1       follows:
2              EXAMINATION
3       BY MR. HILL:
4              Q.  Ms. Rutherford, can you introduce yourself
5       to the jury, please?
6              A.  Yes, my name is Linda Rutherford, and I am
7       executive vice president of people and
8       communications for Southwest Airlines.
9              Q.  Is that the same job you held in January
10      of 2017?
11             A.  No.
12             Q.  What job did you hold then?
13             A.  Senior vice president of culture and
14      communications.
15             Q.  What were your responsibilities as the
16      senior vice president of culture and
17      communications?
18             A.  I worked with two departments in
19      particular, communications and outreach, so our
20      communications strategies, corporate philanthropy,
21      emergency response, as well as our culture and
22      engagement group, which is our employee
23      insights and data, employee surveying, our
24      recognition platform, and our culture events.
25             Q.  On the communications side of this, is one

---

Page 8

1       of your roles to try and help shape the public
2       perception of Southwest Airlines?
3              A.  Yes.
4              Q.  And who, who reported to you in that role
5       you had back in 2017?
6              A.  Two vice -- two now vice presidents, then
7       managing directors, so I had a, a -- Whitney
8       Eichinger, the managing director of culture and
9       engagement, and Laurie Barnett, the managing
10      director of communications and outreach.
11             Q.  Okay.  In terms of the communications and
12      outreach part of this, is a, is a good way to
13      describe what communications and outreach was that
14      you were responsible for what Southwest says to
15      the public?
16             A.  That is a piece of that department's
17      responsibility.
18             Q.  What are the other pieces?
19             A.  They develop the social business strategy,
20      they manage a number of internal communications
21      channels, they manage media response, they manage
22      community relationships and partnerships, they
23      manage philanthropic contribution and investment,
24      and at the time they also managed the corporate
25      emergency response and business continuity plans.

MELODY MONK REPORTING
888.988.5317

Linda Rutherford

Page 9

1    Q. What is a social business strategy?
2    A. That is a cross-functional group of people
3  working with the people department, working with
4  technology and marketing communications to help
5  develop Southwest Airlines' voice among social
6  channels. So started in -- many years ago with
7  Facebook and Twitter.
8    Q. So part of what you were doing was, was
9  shaping how Southwest communicates via social
10 media to the world?
11   A. Part of it was to take the personality of
12 Southwest Airlines and determine what that should
13 look like in new ways, digital channels to reach
14 our various stakeholders.
15   Q. Part of that was probably also trying to,
16 trying to manage what people were saying about
17 Southwest, to the extent that's possible?
18        MR. MCKEEBY: Object to the form of
19 the question.
20   A. Yeah, I don't --
21        MR. MCKEEBY: Answer, if you
22 understand.
23   A. It -- can, can you clarify? Because you
24 don't, you don't really manage much in social
25 media.

Page 10

1    Q. Maybe the better way to, to under -- was
2  one of your roles in that position to understand
3  what it is that people are saying about Southwest
4  on social media?
5    A. Really the, the role of communications is
6  to understand what is being said about Southwest
7  Airlines by multiple stakeholders within the
8  social business group, that would include what's
9  being said on social digital channels.
10   Q. Did you personally monitor what was said
11 about Southwest on social media?
12   A. I don't personally monitor, no.
13   Q. Did, did you have reports that came to you
14 about what was being said about Southwest on
15 social media?
16   A. I receive reports on a regular basis that
17 we derive from our social listening activities.
18   Q. And what -- what's in those reports?
19        MR. MCKEEBY: Hey, Matt, are you
20 talking about -- I just want to make sure they've
21 got a time frame here. Are you talking now or in
22 2017?
23        MR. HILL: I'm talking about in 2017.
24   A. So could you repeat the question? I'm
25 sorry.

Page 11

1    Q. What is in those reports that you receive
2  about what's being said on social media?
3    A. So in, in 2017, we were getting started
4  with our social listening. It would have been a
5  daily report of major topics being
6  discussed in the social channels that we
7  monitored -- again, at that time, Facebook and
8  Twitter -- and it would have reported major themes
9  and perhaps the sentiment of those themes.
10   Q. Would it flag individual users -- I'm
11 sorry, would it flag individual Southwest
12 employees that had said things on social media
13 that had been -- become viral or become popular?
14        MR. MCKEEBY: Object to the form of
15 the question.
16        You, you can answer.
17   A. No.
18   Q. Okay. Would it flag -- would, would you
19 receive specific social media reports on specific
20 issues that have been raised on social media?
21        MR. MCKEEBY: Object to the form of
22 the question.
23        You can answer.
24   A. The re -- reports are really derived --
25 were, back in 2017, derived daily. So, in other

Page 12

1  words, there wasn't a report necessarily on a
2  specific topic or issue. It would have been a
3  daily report on what the conversation was that was
4  happening in social spaces where Southwest
5  Airlines or the airline industry was being
6  mentioned.
7    Q. I'll direct your attention to Exhibit 63
8  that I forwarded to Mr. McKeeby before the
9  deposition. Can you look at that document,
10 please. Do you have that?
11   A. Do you have that -- yeah.
12        MR. MCKEEBY: Matt, you sent this to
13 me five minutes before the deposition. I
14 forwarded it to -- I didn't forward it directly to
15 Linda. Do you -- I don't know if there's a --
16        MR. HILL: I can pop it up on the
17 screen.
18        MR. MCKEEBY: Yeah, do that. And this
19 is what number?
20        MR. HILL: 63.
21        MR. MCKEEBY: Okay.
22        (Exhibit 63 marked.)
23   Q. So the, the second e-mail string on
24 Exhibit 63 is from a gentleman named Jim Ruppel.
25 Do you know who Mr. Ruppel is?

Linda Rutherford

Page 13

1   A. Yes, Jim Ruppel is the -- is a former VP
2   of customer relations and Rapid Rewards.
3   Q. And it says it's from WNCO.com. Do you
4   recognize that e-mail address?
5   A. Yes, it's a company e-mail address.
6   Q. Within Southwest?
7   A. Yes.
8   Q. Okay. Now, Mr. Ruppel attaches a report
9   that he received from other Southwest employees
10  that talks about information received about a pink
11  cabin lights issue. Are you familiar with reports
12  like the one that's pictured on Exhibit 63?
13  A. I -- I've, I've seen periodic reports.
14  This looks to be a customer relations reporting.
15  Q. Okay. So that's different from the social
16  media reports that you were getting?
17  A. That's correct.
18  Q. Okay. Would you receive also the customer
19  reports like, like what was pictured in
20  Exhibit 63?
21  A. Not on a recurring basis.
22  Q. Okay. Are there any efforts to monitor
23  what Southwest employees are saying on social
24  media?
25  A. No.

Page 14

1   MR. MCKEEBY: I'm just objecting to
2   the form of that question. I think she's already
3   answered anyway. So proceed.
4   Q. Were there any efforts to monitor what
5   social -- I'm sorry, what Southwest employees said
6   on social media in 2017?
7   MR. MCKEEBY: Same objection.
8   A. The, the, the social listening center
9   captures conversations, but it's meant to be
10  reported in the aggregate by topic.
11  Q. Okay. Is there any differentiation made
12  for social posts that are made by Southwest
13  employees?
14  A. Not to my knowledge, no.
15  Q. Have there ever been any efforts made to
16  investigate -- that you're aware of, to, to
17  investigate a particular employee's comments on
18  social media?
19  A. There --
20  MR. MCKEEBY: Are you talking about
21  our team, by her?
22  A. By, by the communications team?
23  Q. Anything you're aware of.
24  A. We have a social media policy; if there
25  were violations of the social media policy,

Page 15

1   there's a process to look at whether a policy had
2   been violated. That's not something that our team
3   directs.
4   Q. But your team, are -- you're not -- let's,
5   let's narrow that then for you, and we can then
6   explore the other part.
7   You're not aware of any efforts by
8   your team to investigate a particular employee's
9   posts on social media?
10  A. Correct.
11  Q. Now, more broadly, who is it that does
12  investigate individual social media posts by
13  particular employees?
14  A. I don't know specifically. The social --
15  the company's social media policy outlines how
16  that process works and who's involved.
17  Q. Does the communications team have an issue
18  with employees taking political positions on their
19  social media?
20  MR. MCKEEBY: Object to the form of
21  the question. It's a hypothetical.
22  You can answer.
23  A. It depends.
24  Q. There are certain political opinions that
25  the communications team doesn't want employees to

Page 16

1   take on social media?
2   A. This, this is not about a particular
3   political opinion. It would be about whether the
4   employee's conduct in a social media channel and
5   their nexus to their employment violated a policy.
6   Q. What -- can you describe for me
7   Southwest's general position on its desire to
8   take -- to, to be associated with political
9   positions at all? Does it, does it have a
10  philosophy on that?
11  A. The, the general philosophy is that we
12  spend our time focused on running a really good
13  airline and getting people safely and affordably
14  where they need to go. We -- you know, we're not
15  interested in taking a -- political positions.
16  That's not our, that's not our primary focus.
17  Q. And in terms of employees expressing their
18  own political opinions on social media, is --
19  Southwest is -- at least your communications team
20  is not in the business of policing that issue,
21  right?
22  A. The communications team is, is, is
23  reporting on general topics and themes. If, in
24  the process of collecting and reporting on those
25  themes, they find a violation, they turn it over

MELODY MONK REPORTING
888.988.5317

Linda Rutherford

## Page 17

1  to the people in social media policy who are
2  responsible for investigating that.
3      Q. Who would you turn that over to?
4      A. I don't know specifically. It's listed in
5  the policy who would be in charge of that, that
6  inquiry.
7      Q. Have you ever turned an employee over for
8  expressing political opinions on their social
9  media?
10     A. I have not personally, no.
11     Q. Have you ever expressed any opinions on
12 your social media?
13         MR. MCKEEBY: Political opinions?
14         MR. HILL: That's right.
15     A. Political opinions? I, I honestly don't,
16 I don't recall.
17     Q. Are you aware of seeing any political
18 opinions from any of your coworkers on social
19 media?
20     A. I don't, don't recall any off the top of
21 my head, no.
22     Q. I'm not asking you for a specific
23 recollection of one, but when, when you're on
24 social media, a lot of your social media followers
25 or friends, depending on what, what service we're

## Page 18

1  on, are, are fellow Southwest employees, right?
2      A. Some of them are, yes.
3      Q. And surely you're seeing political
4  opinions all the time from your contacts on social
5  media, right?
6          MR. MCKEEBY: You asked -- I think
7  she's answered that question.
8          But go ahead.
9      A. I, I honestly don't -- I mean, not that I
10 recall. I don't pay that, I don't pay that much
11 attention, sorry.
12     Q. In what circumstance is a political
13 opinion that an employee expresses on social media
14 something that you need to refer over to another
15 department?
16         MR. MCKEEBY: Object to the form of
17 the question.
18         You can answer.
19     A. I think I answered it, which is if the
20 team, in, in their reporting of aggregate themes,
21 finds a particular use that would be in violation
22 or suspected violation of the social media policy,
23 they would turn it over via the process in the
24 policy for investigation.
25     Q. Okay. And does that apply whether they

## Page 19

1  did it on behalf of Southwest or said they were
2  doing it on behalf of Southwest or, or not?
3      A. I'm sorry, who is they? Like --
4      Q. Whoever the employee is that is expressing
5  the political opinion.
6      A. I'm sorry, I don't understand the
7  question.
8      Q. Let me rephrase.
9          When you're reporting potential
10 violations of social media policy based on things
11 that come up in, in your social media monitoring,
12 do you report those violations whether the
13 employee says -- states that they're expressing
14 the opinion on behalf of Southwest or whether they
15 express it on -- in their own personal capacity?
16     A. The company's social media policy allows
17 any employee to turn over a potential violation of
18 policy for investigation and inquiry. So if there
19 were a suspected violation of the policy, that can
20 be turned over for investigation.
21     Q. Are you aware of any employees who have
22 been disciplined for expressing political opinions
23 on social media?
24     A. No.
25     Q. Have you ever received any complaints

## Page 20

1  about Charlene Carter for her social media posts?
2      A. No.
3      Q. Are you aware of any such complaints?
4      A. No.
5      Q. Have you ever become aware of any of
6  Charlene Carter's social media posts at all?
7      A. No.
8      Q. None of those ever showed up on your
9  reports, that you're aware of?
10     A. Not that I'm aware of, no.
11     Q. So there's nothing that the corporate
12 communications department has ever learned about
13 Charlene Carter's social media posts that, that
14 you felt warranted discipline?
15         MR. MCKEEBY: Object to the form. She
16 can only answer on behalf of what she knows, not
17 what the whole department knows.
18     A. I'm unaware if the communications
19 department has. I have not.
20     Q. I want to talk to you about a situation in
21 January of 2017 where there were some lights that
22 were, that were turned pink on a Southwest
23 Airlines flight. Are you aware of, of that
24 occurrence?
25     A. Yes, I am.

MELODY MONK REPORTING
888.988.5317

Linda Rutherford

Page 21

1    Q. Were the -- were those pink lights on a
2  flight that was headed to Washington, D.C. around
3  the time of the Women's March?
4    A. Yes.
5    Q. How did you learn about that?
6    A. Part of our social media reporting
7  illuminated the posts from some passengers who
8  were on board that airplane.
9    Q. And, and how did, how did you -- how did
10 that come to your attention?
11   A. Through our regular social media listening
12 reporting.
13   Q. What was your reaction when you first
14 learned about it?
15   A. The, the -- what I was asked to weigh in
16 on was the conversation that was happening both
17 for and against the action that the flight
18 attendant took. So my reaction was to help
19 Southwest Airlines manage the message about what
20 might have been an implied endorsement of a
21 sponsorship or an involvement in the Women's
22 March.
23   Q. And did Southwest want to avoid such an
24 apparent endorsement?
25   A. Southwest Airlines simply wasn't a sponsor

Page 22

1  or an endorser of the event. So it was a matter
2  of correcting the record.
3    Q. And, and you wanted to avoid any
4  impression that Southwest was a -- was an endorser
5  or a sponsor of the event; is that right?
6    A. Well, it would have been incorrect for
7  Southwest Airlines to have been named as a sponsor
8  or an endorser of the event. So we wanted to
9  correct the record.
10   Q. Is there a reason why you wouldn't want to
11 be a sponsor or endorser of the event?
12   A. We, you know, typically do not take public
13 stances on certain political issues, and we had
14 not taken any position politically on the Women's
15 March or what it represented.
16   Q. Do you feel it was inappropriate for
17 employees to change the lighting on a, on a flight
18 in support of the Women's March?
19   A. What we learned was that was a, a new
20 feature that was available to customize the
21 lighting on an airplane, and what we realized was
22 that it was an opportunity to clarify the training
23 for all of our flight attendants to understand
24 when and how it would be appropriate to customize
25 the lighting in the environment in the cabin. It

Page 23

1  was very -- it was brand-new at the time.
2    Q. I'm going to show you what's been marked
3  as Exhibit 62.
4        (Exhibit 62 marked).
5    Q. And direct you to the second e-mail on
6  Exhibit 62. First of all, it has a To in the, in
7  the, in the heading of the e-mail that says
8  SWACommunicationsTeam-DG (sic).
9        Do you recognize that e-mail group?
10   A. Yes.
11   Q. Are you one of the recipients when an
12 e-mail is to that e-mail group?
13   A. I am not.
14   Q. Who, who does receive that?
15   A. I don't know every member of the
16 distribution group, but the focus is on our
17 external -- our, our, our team members who are
18 responsible for external media response.
19   Q. Scrolling down, do you see the statement
20 that's included in that e-mail?
21   A. Yes.
22   Q. And who is Rachel Barry?
23   A. Rachel Barry is a member of our corporate
24 communications team.
25   Q. And where, where is she in the reporting

Page 24

1  structure?
2    A. She re -- reports to a manager who reports
3  to a director who reports to the managing director
4  who reports to me.
5    Q. Have you ever seen this statement that's
6  in this before?
7    A. Yes.
8    Q. Were you involved in the crafting of that
9  statement?
10   A. Yes, I was.
11   Q. And what was the purpose, in your mind, of
12 this?
13   A. The, the reporting that we captured from
14 our social listening created media interest, and
15 one of the things we wanted to do was be prepared
16 to respond to media inquiries. So we developed
17 this statement in response.
18   Q. Do you consider the the, changing of the
19 light color on the flight to be a violation of
20 Southwest policies?
21       MR. MCKEEBY: Objection to the form of
22 the question.
23       You can answer.
24   A. Can you say that again?
25   Q. When the flight attendants changed the,

MELODY MONK REPORTING
888.988.5317

Linda Rutherford

Page 25

1    changed the color of the lighting on that flight,
2    do you consider that to be a violation of
3    Southwest policies?
4           MR. MCKEEBY:  Same objection.
5    A.  I, I can't speak to the flight attendant
6    manual which would direct how and when they are
7    supposed to change the lights.  I can only speak
8    to the photo and the resulting narrative and
9    conversation that developed as a result of the
10   photo.
11   Q.  And, and, and you viewed the, the, the
12   net, the net effect of that photo to be a negative
13   one, right?
14   A.  The net effect of the narrative that
15   resulted of the photo was a misunderstanding about
16   whether Southwest Airlines was sponsoring or
17   endorsing the Women's March in Washington, D.C.
18   Q.  Are you aware of any employees that were
19   disciplined for creating that misperception?
20   A.  I'm not aware.
21   Q.  But to be clear, South -- Southwest's
22   communication team disapproved of shows like the
23   changing of the colors of lights, right?
24          MR. MCKEEBY:  Object to the form.
25          But you can answer.

Page 26

1    A.  The, the communications department does
2    not approve or disapprove.  It manages what the
3    outcome is.  And so in this instance, the photo
4    created conversation, and we needed to manage the
5    narrative around the conversation that, that came
6    as a result of the photo being shared on social
7    channels.
8    Q.  I want to direct your attention to
9    Exhibit 37.  And I'll put it up on the screen for
10   you.
11          (Exhibit 37 marked).
12   Q.  Do you recognize Exhibit 37?
13   A.  I recognize Inflight Info on the Go as
14   being a communications channel internal to the
15   flight attendant group.
16   Q.  Do you recognize the statement that's
17   included in Exhibit 37?
18   A.  I know, I know it was, I know it was a
19   statement that was shared with flight attendants.
20   Q.  Were you involved in the creation of this
21   statement?
22   A.  I was not.
23   Q.  Did Mr. Sims consult you at all about this
24   statement?
25   A.  Not me personally, no.

Page 27

1    Q.  Do you know who he consulted?
2    A.  The, the departments work with
3    communicators on the communi -- corporate
4    communications team to help, you know, develop
5    communications such as this.
6    Q.  Okay.
7           (Mr. Greenfield enters room).
8    Q.  Would you agree with me that the overall
9    message from this statement is, is to avoid
10   sharing -- is to avoid engaging customers with
11   political opinions?
12          MR. MCKEEBY:  Object to form.  The
13   document speaks for itself.
14          But you can answer as to how you
15   interpret it.
16   A.  My interpretation of this message is that
17   we are encouraging our flight attendants to be
18   welcoming of all customers onboard our planes.
19   Q.  And to avoid sharing political opinions
20   with them, right?
21   A.  To understand that raising political views
22   can be polarizing onboard the airplane.
23   Q.  I'm going to show you what I'm marking as
24   Exhibit 169 -- I'm sorry, 139.
25          (Exhibit 139 marked).

Page 28

1           (Discussion off the record).
2           MR. HILL:  Let's go off the record for
3    a second.
4           (Recess).
5           THE REPORTER:  Back on the record.
6    Q.  Ms. Rutherford, have you ever seen
7    Exhibit 139 before?
8    A.  Yes.
9    Q.  What is it?
10   A.  It is the regular reporting from the
11   corporate listening efforts.
12   Q.  These are, these are the reports about
13   what's happening on social media that you were
14   talking about that you received, right?
15   A.  That's correct.
16   Q.  This particular tweet is from Planned
17   Parenthood.  And it says:  Thanks, Southwest
18   Airlines, for getting Planned Parenthood's
19   supporters to the Women's March -- Southwest's
20   supporters and -- I'm sorry, let me start that
21   over.
22          Planned Parenthood's tweet says:
23   Thanks, SouthwestAir, for getting Planned
24   Parenthood's supporters and Women's Marchers to
25   D.C. this weekend.

MELODY MONK REPORTING
888.988.5317

Linda Rutherford

Page 29

1      And it contains a picture and a link;
2  is that, is that accurate?
3      A. Yes.
4      Q. Did you have any communication with
5  Planned Parenthood about the Women's March?
6      A. We did not.
7      Q. Were you aware of anyone at Southwest
8  having any communications with Planned Parenthood
9  about the Women's March?
10     A. No.
11     Q. Was the first time you became aware of
12  this Planned Parenthood tweet when you received
13  this Hot Topics report?
14     A. Yes.
15     Q. Did you, did you have any contact with
16  Planned Parenthood thereafter?
17     A. No.
18     Q. Are you aware of anyone at Southwest that
19  had any contact with Planned Parenthood
20  thereafter?
21     A. No.
22     Q. What was your reaction to this, to this
23  tweet?
24     A. The full report shows the mix of
25  conversation, and as I mentioned previously,

Page 30

1  because there was mixed sentiment and confusion
2  about implied endorsement, it really became
3  something that we needed to clarify, that we had
4  not taken a public position or a political
5  position on the Women's March in D.C.
6      Q. If Southwest employees were associating
7  themselves with the Women's March in D.C., would
8  that be problematic for Southwest?
9      MR. MCKEEBY: Object to the form of
10  the question.
11     You can answer.
12     A. It -- I mean, your, your question is a
13  hypothetical one. It depends.
14     Q. So if employ -- well, let's -- if you
15  became aware that an employee was wearing clothes
16  or carrying signs that identified them with
17  Southwest at the Women's March, would that be
18  problematic for Southwest?
19     MR. MCKEEBY: Same objection as to
20  form. Hypothetical.
21     You can answer.
22     A. It would, it would depend on whether the
23  portrayal of that information was a violation of
24  company policy.
25     Q. But Southwest wanted to avoid being viewed

Page 31

1  as supporting the Women's March, right?
2      A. Southwest wanted to make it clear that it
3  had not taken a position one way or another about
4  the purpose or the events around the Women's
5  March.
6      Q. Right. And so anything that implied
7  otherwise, that Southwest was taking a position
8  one way or the other on the Women's March, would
9  be a problem, wouldn't it?
10     MR. MCKEEBY: Object to the form.
11  Again, it's hypothetical.
12     You can answer.
13     A. Yeah, it -- again, it de -- it depends.
14  It depends on what the nexus was, if it was
15  disruptive to our operation, there are a number of
16  circumstances.
17     Q. Okay. You would -- if someone came to you
18  for approval to use the Southwest logo in
19  connection with their participation in the Women's
20  March, would you approve that?
21     MR. MCKEEBY: Same objection.
22     You can answer.
23     A. So our, our -- that would not be my
24  explicit approval. That's not my responsibility.
25  If, if asked, we would take a look at whether we

Page 32

1  were sponsoring the event and, and, again, what
2  the nexus was to our airline before we would
3  approve the use of a company logo.
4      Q. If somebody used that company logo without
5  permission, that would be a problem, wouldn't it?
6      MR. MCKEEBY: Object to the form.
7  Again, hypothetical.
8      You can answer as best you can.
9      A. Not my responsibility. That -- that's a
10  responsibility of another development.
11     Q. Are you aware of any, of any department at
12  Southwest Airlines taking action against anyone
13  for using Southwest logos at the Women's March?
14     A. No.
15     Q. But it's inconsistent with the message
16  that you want to present, right?
17     MR. MCKEEBY: Again, object, she's
18  asked and answered.
19     But go ahead, you can answer again.
20     A. Yeah, I, I would mostly be concerned if
21  there was an action we needed to take due to a
22  company policy violation.
23     Q. What do you know about the company --
24  about Southwest's comp -- social media policy?
25     A. The communications team and the legal team

8 (Pages 29 to 32)

Linda Rutherford

Page 33

1   work together to initially develop the policy and
2   then --
3           (Court reporter clarification).
4       A. The communications team and the legal team
5   work together to initially develop the policy and
6   then they do a regular evaluation of the policy to
7   make sure that it's -- you know, stayed current.
8   I'm, I'm aware of that policy.  I don't know every
9   word in it.
10      Q. Were you, were you part of the
11  communications team that was involved in the
12  creation of that policy?
13      A. That team reported to me at the time.
14      Q. Did you sign off on the social media
15  policy?
16      A. The communications department as a whole
17  and the legal department as a whole signed off on
18  that policy.
19      Q. Did you personally sign off on the policy,
20  though?
21      A. No.
22      Q. Okay.  I'm going to show you what's been
23  marked as Exhibit 9.
24          (Exhibit 9 marked).
25      Q. Do you recognize Exhibit 9?

Page 34

1       A. Yes.
2       Q. What is Exhibit 9?
3       A. It looks like the 2016 version of the
4   social media policy.
5       Q. And would you consider it to be a
6   violation of this policy for an employee to post
7   their own political opinions on social media?
8           MR. MCKEEBY: Objection to the form of
9   the question as hypothetical.
10          You can answer.
11      A. It, it depends.
12      Q. What parts of this policy might that
13  implicate?
14          MR. MCKEEBY: What, what im -- might
15  what implicate?
16      Q. Expre -- the expression of a political
17  opinion on social media by a Southwest employee.
18      A. The, the policy -- yeah, the policy lists
19  the prohibitive behavior.  So if there was a piece
20  of content that was against the policy, it would
21  be investigated.
22      Q. And one of the things it mentions on here
23  is:  Unauthorized use of Southwest's logo,
24  trademarks, image, video, text, graphics, or other
25  Southwest owned or operated -- or copyrighted

Page 35

1   materials, right?
2       A. Yes.
3       Q. Did Southwest have a problem with
4   employees posting on social media where, where
5   they were wearing their Southwest uniforms?
6       A. It, it --
7           MR. MCKEEBY: I'm sorry, I'm trying to
8   process the question.  I'll, I'll object to the
9   form as -- well, I'll object to the form.
10          And you can answer
11      A. It depends.
12      Q. Okay.  In and of itself, an employee
13  taking a picture or posting a picture of
14  themselves in their Southwest uniform, is there
15  anything that violates the policy just in that?
16      A. It would depend on the photo.
17      Q. Okay.  So unless there's some other
18  violation in the photo, there's no, there's no
19  violation in this, right?
20      A. Again, there's, there's a lot of different
21  ways in which the material could be presented.  So
22  it would depend, it would depend on the use.
23      Q. I, I just want to be clear.  You're saying
24  that it might be a violation of Southwest's social
25  media policy for an employee to post a picture of

Page 36

1   themselves in their Southwest uniform?
2       A. It depends on what the employee in the
3   Southwest uniform was doing in the photo.  So it
4   depends.
5       Q. Okay.  If they're not doing anything,
6   there's no other violation, all they're doing is
7   wearing a Southwest uniform, there's no violation
8   there, right?
9       A. It, it, it depends.  If, if a Southwest
10  Airlines employee was in uniform but they were in
11  a secure area without proper personal protection
12  equipment, as an example, that would be a
13  violation of company policy.  So it -- I can't --
14  you're asking me to speak in absolute, and it
15  depends.
16      Q. Well, right.  So if they're violating a
17  policy and they're wearing a Southwest uniform,
18  that's a problem; if they're just wearing a
19  Southwest uniform, that's not a problem, though,
20  right?
21      A. It would, it would, it would depend on the
22  image.
23      Q. Okay.  So you're -- are you aware of any
24  of your Facebook friends ever posting pictures of
25  themselves in their Southwest uniforms on social

9 (Pages 33 to 36)

Linda Rutherford

Page 37

1  media?
2      A. Yes.
3      Q. Did you consider any of those to be --
4  have, have you ever considered any of those to be
5  a violation?
6          MR. MCKEEBY: Of this policy?
7          MR. HILL: That's right.
8      A. I haven't, I haven't seen every single
9  posting. Of the postings I have seen, I have not
10  seen anything that was a violation of the policy.
11      Q. So you've seen numerous posts of employees
12  in their Southwest uniforms that you did not
13  consider to be a violation of this policy; is that
14  right?
15      A. That's correct.
16      Q. Have you also seen numerous posts by your,
17  by your social media contacts that identified
18  themselves as Southwest employees that you did not
19  consider to be a violation of this policy?
20          MR. MCKEEBY: Other than through their
21  wearing a uniform?
22          MR. HILL: This is -- yeah, I mean,
23  this is a separate question from the uniform
24  question.
25      Q. This is them saying, you know, I'm, I'm

Page 38

1  proud to be a Southwest flight attendant, or I was
2  on my Southwest flight the other day, something
3  that identifies them as being a Southwest
4  employee. There's nothing in and of itself that
5  violates the social media policy in that, right?
6      A. In my personal feed that I have been aware
7  of, no.
8      Q. Are you aware of anyone being disciplined
9  for identifying themselves as a Southwest employee
10  on their social media feed?
11      A. For, for -- that's the only action, is --
12      Q. That's right.
13      A. -- identifying themselves as, as an
14  employee?
15      Q. Right.
16      A. No, I'm not aware of that.
17      Q. Have you ever posted anything on social
18  media that someone might disagree with?
19          MR. MCKEEBY: Object to the form of
20  the question.
21          You can answer.
22      A. Not to my knowledge.
23      Q. Everything you've ever posted on social
24  media is something that's universally agreeable?
25      A. I, I didn't say that. I'm not aware of

Page 39

1  any disagreement on those social channels.
2      Q. If you learned -- if someone -- if, if a
3  Southwest employee came to you and said that they
4  had been discriminated against because of their
5  religion, what would you do?
6      A. So someone is, is claiming that their --
7  can you repeat the question? I'm sorry.
8      Q. If someone told you that they had been
9  discriminated against because of their religion,
10  what would you do?
11      A. Well, as a, as a leader, I would have a
12  responsibility to report the allegation and make
13  sure that it was invested -- or investigated by
14  the appropriate teams.
15      Q. Who is that? Who would you report it to?
16      A. I would report it to employee relations.
17      Q. Anyone else?
18      A. No.
19      Q. Do you know what the accommodations and
20  career transition team is?
21          (Court reporter clarification).
22      A. Yes.
23      Q. Who are they?
24      A. I don't know everyone on that team.
25      Q. What are they? What do they do?

Page 40

1      A. They help employees who either need an
2  accommodation for light duty, so, in other words,
3  they have a job and they need to --
4          (Court reporter clarification).
5      A. They help employees who either need an
6  accommodation for light duty, to do a different
7  job for a period of time, could be they're coming
8  back from a medical release. Career transitions
9  is to help someone in -- a Southwest Airlines
10  employee internally who might be looking for a
11  different career path within the company.
12      Q. Are they also known as ACT?
13      A. I don't know the acronym. Sorry. But
14  that's not what I call them.
15      Q. Are you aware of any role that they have
16  in dealing with religion?
17      A. I, I know that in the last series of
18  vaccines, that the team was helpful in making sure
19  that we had the appropriate documentation for
20  employees, if they needed a religious
21  accommodation from getting a vaccine.
22      Q. But if someone said that they, that they
23  were discriminated against because of their
24  religion, you wouldn't have, you wouldn't have
25  thought to refer that person to the accommodations

10 (Pages 37 to 40)

Linda Rutherford

Page 41

1   and career transitions team, right?
2       A. No, I would first ensure that the
3   allegation was properly vetted.
4       Q. What did you do to prepare for this
5   deposition?
6       A. Had time with counsel.
7       Q. Who did you meet with?
8       A. Paulo and, and Chris and Kerrie.
9       Q. What documents did you review in
10  preparation for this deposition?
11      A. The, the two discovery items that you
12  popped on the screen related to the media
13  statement and also the, the pink lighting of the
14  airplane.
15      Q. Anything else?
16      A. The, the statement from the internal
17  Inflight from Mike Sims.
18      Q. Okay. Anything else?
19      A. That's all.
20          MR. HILL: I want to take a short
21  break, and then we'll come back and hopefully end
22  pretty quickly.
23          Off the record.
24          THE REPORTER: Off the record.
25          (Recess).

Page 42

1           THE REPORTER: Back on the record.
2       Q. Ms. Rutherford, we've just taken a break.
3   During the break, did you have any conversations
4   with anyone?
5       A. Yes, I spoke to attorney Paulo.
6       Q. What did you discuss?
7           MR. MCKEEBY: She's, she's not going
8   to tell you that. That's attorney-client
9   privilege.
10          MR. HILL: She, she should. She's
11  required to because it's a conversation that
12  happens during the pendency of a deposition.
13          MR. MCKEEBY: No, she's not. She's
14  instructed not to answer.
15          MR. HILL: Okay.
16      Q. Was anyone disciplined for being -- okay.
17  So we talked earlier about people that were
18  identifying themselves either through their attire
19  or otherwise as being Southwest employees on
20  social media, right?
21      A. I don't understand the question.
22      Q. You're aware that we had a discussion
23  about employees who revealed themselves to be
24  Southwest employees, either their uniform or
25  otherwise, on social media, right?

Page 43

1       A. On my personal feed?
2       Q. Yes. That you were a -- you -- you've
3   seen employees in their Southwest uniform --
4       A. I've seen employees in Southwest uniform.
5       Q. Are you aware of any employees being
6   disciplined for being in Southwest uniform and in
7   combination with, with something else on their
8   social media feed?
9       A. I'm sorry, I don't understand the
10  question.
11      Q. Okay. So what you told me before is
12  you're not aware of anyone being disciplined for
13  appearing in a Southwest uniform or identifying
14  themselves as a Southwest employee on their, on
15  their feed, right?
16      A. Yes.
17      Q. Are you aware of anyone being disciplined
18  for appearing as a Southwest employee and doing
19  something else that's inappropriate on their feed?
20      A. Yes, I do know there have been violations
21  of, of the, the company policy, yes.
22      Q. Can you tell me about what violations
23  you're aware of?
24      A. I'm, I'm aware of conduct violations. I'm
25  aware of ethics violations. I'm aware of social

Page 44

1   media policy violations. I'm aware of prohibitive
2   behavior violations.
3       Q. And for these -- okay. So for three these
4   violations, need the person have -- be associated
5   with Southwest in some way on their, on their
6   feed?
7       A. The, the policy states that there's a
8   nexus that they are being identified as a
9   Southwest Airlines employee.
10      Q. And how close does that nexus have to be?
11      A. Depends on the situation.
12      Q. Okay. If -- is, is it, is it your
13  understanding that a person would be in violation
14  of that policy if, for example, on the, on the
15  part of your Facebook that says what, what you do
16  for a living it says I work at Southwest, and then
17  they happen to say something that, that you view
18  as a violation of the policy elsewhere in, in the
19  Facebook page?
20          MR. MCKEEBY: Objection to the form of
21  the question. It's a hypothetical.
22          You can answer.
23      A. It, it would, it would depend on, on what
24  was said and if it was in violation of company
25  policy, if they've identified themselves as a

11 (Pages 41 to 44)

Linda Rutherford

---

Page 45

1    Southwest Airlines employee.
2        Q.  Okay.  In terms of expressing political
3    opinions that Southwest would rather not be
4    associated with, is that, is that a problem if
5    they've identified themselves as a Southwest
6    employee?
7            MR. MCKEEBY:  Again, same objection.
8            You can answer.
9        A.  It, it, it depends on the content of, of
10   the post.
11       Q.  Earlier when you talked about the
12   listening center, you said that there are multiple
13   stakeholders.  Who are those?
14       A.  The, the, the distri -- distribution group
15   is multiple departments.  I don't know them all,
16   but it's multiple departments across the company
17   that receive that.
18       Q.  Let me make the ques -- question clear.
19   You said that there are multiple stakeholders that
20   are being monitored at the listening center.  Who
21   are those stakeholders?
22           MR. MCKEEBY:  I'm not sure that's the
23   clear.
24           But go ahead.
25       A.  Yeah, the, the listening center attempts

---

Page 46

1    to look at what customers and, and entities within
2    our industry, such as the Air Transport, Airlines
3    for America, our industry association.  There are
4    different ways to monitor for conversations.  So
5    those multiple stakeholders can be monitored for,
6    for conversation that's happening across the
7    industry.
8        Q.  But who are the -- what, what stakeholder
9    groups are you, are you trying to listen to?
10       A.  Predominantly customers.
11       Q.  Any others?
12       A.  As I mentioned, industry groups.  We also
13   monitor media.
14       Q.  What is your -- any others?
15       A.  No, those are, those are the main ones.
16       Q.  What is your home address?
17       A.  1714 Pecan Grove, Carrollton, Texas 75007.
18       Q.  When you talked earlier about managing the
19   conversation, what are the objectives of managing
20   that conversation?
21           MR. MCKEEBY:  What conversation?
22   Object to form.
23           MR. HILL:  The conversation on social
24   media.
25           MR. MCKEEBY:  Same objection.

---

Page 47

1        You can answer.
2        A.  It depends on the, depends on the
3    conversation.
4        Q.  Do you have a global objective?
5        A.  The global objective is to create affinity
6    for our brand with our multiple stakeholders, so
7    as a great place to work, as a great airline to
8    fly, as a good community citizen, as a generous
9    corporate entity.
10       Q.  Earlier you talked about Southwest's voice
11   on social media.  What is Southwest's voice?
12       A.  It's the same.  So it's intended to be an
13   extension of our personality that our employees
14   deliver each and every day in the execution of the
15   operation and for our customers, predominantly, to
16   see that same personality in social media.
17       Q.  With respect to the pink lights for the
18   Women's March, did you have any conversations with
19   Audrey Stone about those pink lights?
20       A.  I did not.
21       Q.  How about with Naomi Hudson?
22       A.  I did not.
23       Q.  Sonya Lacore?
24       A.  I talked to Sonya.
25       Q.  What did you discuss with Sonya Lacore

---

Page 48

1    about that situation?
2        A.  It was to create her awareness about the
3    fact that the, the picture had been shared on
4    social media and that a conversation was brewing
5    that implied endorsement of the event in
6    Washington, D.C., and that it had now entered the
7    public discourse.  So it would be something that
8    the communications team would need to manage.
9        Q.  Who is Sonya Lacore?
10       A.  Sonya Lacore is our vice president of
11   inflight.
12       Q.  And what is her responsibility?
13       A.  Her responsibility is for the, the entire
14   population of flight attendants at Southwest
15   Airlines.
16       Q.  And you had this conversation with her
17   because you needed her help in addressing this
18   problem, right?
19       A.  I needed her awareness because it raised a
20   training opportunity, because this lighting
21   capability was so new to Southwest Airlines, it
22   was an opportunity to make sure that all of our
23   flight attendants understood the capability and
24   then how we wanted them to use it to help create
25   the right brand environment.

MELODY MONK REPORTING
888.988.5317

Page 49

1    Q. Do you know Audrey Stone?
2    A. Yes.
3    Q. Do you communicate regularly with Audrey
4    Stone?
5    A. I do not.
6    Q. When, when did you last talk to her?
7    A. Two or three years ago.
8    Q. Did you regularly communicate with her
9    during the, during the period of January 2017?
10   A. No.
11   Q. Did you ever communicate with --
12       MR. MCKEEBY: Matt, are we close to
13   wrapping up? We're about at our time limit.
14       MR. HILL: We are.
15   Q. Did you ever communicate with her --
16       MR. MCKEEBY: Well, wait a minute. I
17   -- you've made -- you've noted that we are, but
18   you didn't respond to my question. Are you close
19   to wrapping up?
20       MR. HILL: That was, that was an
21   answer to both questions; we are close to wrapping
22   up and we are close to our time period.
23       MR. MCKEEBY: All right. We're
24   getting real close.
25       MR. HILL: Yeah.

Page 50

1    Q. Did you ever have any con --
2    communications with Ms. Stone about the Women's
3    March?
4    A. No.
5        MR. HILL: I don't have any further
6    questions.
7        MR. MCKEEBY: I do not have any
8    questions.
9        THE REPORTER: Okay. Are there any
10   other housekeeping matters before we close out the
11   record?
12       MR. CLOUTMAN: Yes, I wanted to
13   indicate that TWU Local 556 has no questions.
14       MR. MCKEEBY: No other housekeeping
15   measures, at least from me.
16       MR. HILL: None from us.
17       MR. MCKEEBY: Thank you, Ms.
18   Rutherford.
19       THE REPORTER: Okay. What about
20   signature?
21       MR. MCKEEBY: We haven't talked about
22   that.
23       THE REPORTER: Read and sign or waive?
24       MR. MCKEEBY: Yeah, send it to me for
25   read and sign.

Page 51

1        THE REPORTER: Okay. And do you want
2    to purchase a copy, Mr. McKeeby? Or anyone else
3    want to purchase a copy?
4        MR. MCKEEBY: I would like to purchase
5    a condensed version only.
6        MR. CLOUTMAN: TWU Local 556 would
7    like the same as Southwest, a condensed copy only.
8        THE REPORTER: Okay. We are going off
9    the record at 1:06 p.m.
10       (Deposition concluded at 1:06 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 52

1        CHANGES AND SIGNATURE
2    WITNESS NAME: LINDA RUTHERFORD
3    DATE: JUNE 23, 2022
4    PAGELINE    CHANGE    REASON
5    _____
6    _____
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25   _____

MELODY MONK REPORTING
888.988.5317

Linda Rutherford

## Page 53

```
1    _____
2    _____
3    _____
4         I, LINDA RUTHERFORD, have read the
5    foregoing deposition and hereby affix my signature
6    that same is true and correct, except as noted
7    above.
8
9
10
11
            _____
12          LINDA RUTHERFORD
13
14
15
16   THE STATE OF _____
17   COUNTY OF _____
18
19        Before me, _____, on
20   this day personally appeared LINDA RUTHERFORD,
21   known to me (or proved to me under oath or through
22   _____) (description of
23   identity card or other document)) to be the person
24   whose name is subscribed to the foregoing
25   instrument and acknowledged to me that they
```

## Page 54

```
1    executed the same for the purposes and
2    consideration therein expressed.
3         Given under my hand and seal of office
4    this _____ day of _____,
5    _____.
6
7
8         _____
          NOTARY PUBLIC IN AND FOR
9         THE STATE OF _____
          COMMISSION EXPIRES: _____
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 55

```
1          IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF TEXAS
2                    DALLAS DIVISION
3    CHARLENE CARTER,      )
                           )
4        Plaintiff,        )
                           )
5    VS.               ) CIVIL ACTION
                           )
6                      ) NO.: 3:17-cv-02278-X
     SOUTHWEST AIRLINES CO.,  )
7    AND TRANSPORT WORKERS   )
     UNION OF AMERICA, LOCAL  )
8    556,                  )
                           )
9        Defendants.       )
10
11         REPORTER'S CERTIFICATION
12        DEPOSITION OF LINDA RUTHERFORD
13             JUNE 23, 2022
14
15        I, Melody A. Monk, Certified Shorthand
16   Reporter in and for the State of Texas, hereby
17   certify to the following:
18        That the witness, LINDA RUTHERFORD, was duly
19   sworn by the officer and that the transcript of
20   the oral deposition is a true record of the
21   testimony given by the witness;
22        That the deposition transcript was submitted
23   on June 29, 2022 to the witness or to the attorney
24   for the witness for examination, signature and
25   return to me by July 29, 2022;
```

## Page 56

```
1         That the amount of time used by each party at
2    the deposition is as follows:
3    MATTHEW D. HILL.....00 HOUR(S):54 MINUTE(S)
4         That pursuant to information given to the
5    deposition officer at the time said testimony was
6    taken, the following includes counsel for all
7    parties of record:
8
9    FOR THE PLAINTIFF:
10       MATTHEW D. HILL
         Pryor & Bruce
         302 North San Jacinto
11       Rockwall, Texas 75087
         972.771.3933
12       Mhill@pryorandbruce.com
13
         MATTHEW B. GILLIAM
14       National Right to Work Legal Defense
            Foundation, Inc.
15       8001 Braddock Road
         Suite 600
16       Springfield, Virginia 22160
         703.321.8510
17       Mbg@nrtw.org
18
19   FOR THE DEFENDANT Southwest Airlines CO.:
20       PAULO B. MCKEEBY
         Reed Smith
21       2850 North Harwood Street
         Suite 1500
22       Dallas, Texas 75201
         Pmckeeby@reedsmith.com
23
24
25
```

14 (Pages 53 to 56)

Linda Rutherford

Page 57

1 FOR THE DEFENDANT TRANSPORT WORKERS UNION OF
  AMERICA LOCAL 556:
2
    EDWARD B. CLOUTMAN, III
3   Law Offices of Edward Cloutman III
    3301 Elm Street
4   Dallas, Texas 75226
    214.232.9015
5   Ecloutman@lawoffices.email
6
    ADAM S. GREENFIELD
7   Cloutman & Greenfield, PLLC
    3301 Elm Street
8   Dallas, Texas 75226
    Agreenfield@candglegal.com
9
10
11      That $_____ is the deposition officer's
12  charges to the Plaintiff for preparing the
13  original deposition transcript and any copies of
14  exhibits;
15      I further certify that I am neither counsel
16  for, related to, nor employed by any of the
17  parties or attorneys in the action in which this
18  proceeding was taken, and further that I am not
19  financially or otherwise interested in the outcome
20  of the action.
21      Certified to by me this 24th day of June,
22  2022.
23
24
25

Page 58

1
2       _____  
        Melody A. Monk, RPR
        Texas CSR No. 3613
3       Expiration Date: 10/21/2022
4
5   MELODY MONK REPORTING
    Firm Registration No. 10821
6   1999 McKinney Avenue, No. 1404
    Dallas, Texas 75201
7   888.988.5317 (phone and fax)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

15 (Pages 57 to 58)

MELODY MONK REPORTING
888.988.5317

Page 59

| A | | | |
|---|---|---|---|

**A**
**above-styled** 1:21
**absolute** 36:14
**accommodation** 40:2,6,21
**accommodati...** 39:19 40:25
**accurate** 29:2
**acknowledged** 53:25
**acronym** 40:13
**ACT** 40:12
**action** 1:5 21:17 32:12,21 38:11 55:5 57:17,20
**activities** 5:12 10:17
**ADAM** 4:1 57:6
**address** 1:25 13:4,5 46:16
**addressing** 48:17
**affinity** 47:5
**affix** 53:5
**affordably** 16:13
**aggregate** 14:10 18:20
**ago** 9:6 49:7
**agree** 27:8
**agreeable** 38:24
**agreements** 6:16
**Agreenfield@...** 4:3 57:8
**ahead** 18:8 32:19 45:24
**Air** 46:2
**airline** 12:5 16:13 32:2 47:7
**Airlines** 1:6 3:14 4:6,7,8 5:13 6:3,10 7:8 8:2 9:12 10:7 12:5

20:23 21:19,25 22:7 25:16 28:18 32:12 36:10 40:9 44:9 45:1 46:2 48:15,21 55:6 56:19
**Airlines'** 9:5
**airplane** 21:8 22:21 27:22 41:14
**allegation** 39:12 41:3
**allows** 19:16
**America** 1:7 3:21 6:4 46:3 55:7 57:1
**amount** 56:1
**answer** 9:21 11:16,23 15:22 18:18 20:16 24:23 25:25 27:14 30:11,21 31:12,22 32:8 32:19 34:10 35:10 38:21 42:14 44:22 45:8 47:1 49:21
**answered** 14:3 18:7,19 32:18
**anyway** 14:3
**apparent** 21:24
**appearances** 5:2 6:8
**appeared** 53:20
**appearing** 3:2 6:9 43:13,18
**apply** 18:25
**appropriate** 22:24 39:14 40:19
**approval** 31:18 31:24
**approve** 26:2 31:20 32:3

**area** 36:11
**Armstrong** 4:8
**asked** 18:6 21:15 31:25 32:18
**asking** 17:22 36:14
**Associate** 4:7
**associated** 16:8 44:4 45:4
**associating** 30:6
**association** 46:3
**attached** 2:3
**attaches** 13:8
**attempts** 45:25
**attendant** 21:18 25:5 26:15 38:1
**attendants** 22:23 24:25 26:19 27:17 48:14,23
**attention** 12:7 18:11 21:10 26:8
**attire** 42:18
**attorney** 4:6 42:5 55:23
**attorney-client** 42:8
**attorneys** 57:17
**Audrey** 47:19 49:1,3
**available** 22:20
**Avenue** 58:6
**avoid** 21:23 22:3 27:9,10,19 30:25
**aware** 14:16,23 15:7 17:17 19:21 20:3,5,9 20:10,23 25:18 25:20 29:7,11 29:18 30:15 32:11 33:8 36:23 38:6,8

38:16,25 40:15 42:22 43:5,12 43:17,23,24,25 43:25 44:1
**awareness** 48:2 48:19

| B | | | |
|---|---|---|---|

**B** 3:8,15,22 56:13,20 57:2
**back** 8:5 11:25 28:5 40:8 41:21 42:1
**Barnett** 8:9
**Barry** 23:22,23
**based** 19:10
**basis** 10:16 13:21
**behalf** 6:10,11 6:14 19:1,2,14 20:16
**behavior** 34:19 44:2
**best** 32:8
**better** 10:1
**board** 21:8
**Braddock** 3:10 56:15
**brand** 47:6 48:25
**brand-new** 23:1
**break** 41:21 42:2,3
**brewing** 48:4
**broadly** 15:11
**Bruce** 3:5 56:10
**business** 8:19,25 9:1 10:8 16:20

| C | | | |
|---|---|---|---|

**C** 3:1
**cabin** 13:11 22:25
**call** 40:14
**capability** 48:21 48:23

**capacity** 19:15
**captured** 24:13
**captures** 14:9
**card** 53:23
**career** 39:20 40:8,11 41:1
**Carrollton** 46:17
**carrying** 30:16
**Carter** 1:3 4:5 6:3,14 20:1 55:3
**Carter's** 20:6,13
**case** 6:2,5,21
**cause** 1:21
**center** 14:8 45:12,20,25
**certain** 15:24 22:13
**Certificate** 5:7
**CERTIFICA...** 55:11
**Certified** 55:15 57:21
**certify** 55:17 57:15
**change** 22:17 25:7 52:4
**changed** 24:25 25:1
**CHANGES** 52:1
**changing** 24:18 25:23
**channel** 16:4 26:14
**channels** 8:21 9:6,13 10:9 11:6 26:7 39:1
**charge** 17:5
**charges** 57:12
**Charlene** 1:3 4:5 6:3,14 20:1 20:6,13 55:3
**Chris** 4:6 41:8
**circumstance**

18:12
**circumstances** 31:16
**citizen** 47:8
**Civil** 1:5 2:1 6:5 55:5
**claiming** 39:6
**clarification** 33:3 39:21 40:4
**clarify** 9:23 22:22 30:3
**clear** 25:21 31:2 35:23 45:18,23
**close** 44:10 49:12,18,21,22 49:24 50:10
**clothes** 30:15
**Cloutman** 3:22 3:22 4:1 6:11 6:11 50:12 51:6 57:2,3,7
**collecting** 16:24
**color** 24:19 25:1
**colors** 25:23
**combination** 43:7
**come** 19:11 21:10 41:21
**coming** 40:7
**comments** 14:17
**COMMISSION** 54:9
**communi** 27:3
**communicate** 49:3,8,11,15
**communicates** 9:9
**communication** 25:22 29:4
**communicatio...** 7:8,14,17,19 7:20,25 8:10 8:11,13,20 9:4 10:5 14:22 15:17,25 16:19

16:22 20:12,18 23:24 26:1,14 27:4,5 29:8 32:25 33:4,11 33:16 48:8 50:2
**communicators** 27:3
**community** 8:22 47:8
**comp** 32:24
**company** 6:4 13:5 30:24 32:3,4,22,23 36:13 40:11 43:21 44:24 45:16
**company's** 15:15 19:16
**complaints** 19:25 20:3
**con** 50:1
**concerned** 32:20
**concluded** 51:10
**condensed** 51:5 51:7
**conduct** 16:4 43:24
**confusion** 30:1
**connection** 31:19
**consider** 24:18 25:2 34:5 37:3 37:13,19
**consideration** 54:2
**considered** 37:4
**consult** 26:23
**consulted** 27:1
**contact** 29:15,19
**contacts** 18:4 37:17
**contains** 29:1
**content** 34:20 45:9
**continuity** 8:25

**contribution** 8:23
**conversation** 12:3 21:16 25:9 26:4,5 29:25 42:11 46:6,19,20,21 46:23 47:3 48:4,16
**conversations** 14:9 42:3 46:4 47:18
**copies** 57:13
**copy** 51:2,3,7
**copyrighted** 34:25
**corporate** 7:20 8:24 20:11 23:23 27:3 28:11 47:9
**correct** 13:17 15:10 22:9 28:15 37:15 53:6
**correcting** 22:2
**counsel** 4:7 6:7 41:6 56:6 57:15
**COUNTY** 53:17
**Court** 1:1 33:3 39:21 40:4 55:1
**court's** 6:21
**coworkers** 17:18
**crafting** 24:8
**create** 47:5 48:2 48:24
**created** 24:14 26:4
**creating** 25:19
**creation** 26:20 33:12
**cross-functional** 9:2
**CSR** 1:23 58:2

**culture** 7:13,16 7:21,24 8:8
**current** 33:7
**customer** 13:2 13:14,18
**customers** 27:10 27:18 46:1,10 47:15
**customize** 22:20 22:24

---

**D**

**D** 3:4 56:3,9
**D.C** 21:2 25:17 28:25 30:5,7 48:6
**daily** 11:5,25 12:3
**Dallas** 1:2 3:17 3:23 4:2 55:2 56:22 57:4,8 58:6
**data** 7:23
**Date** 52:3 58:3
**day** 38:2 47:14 53:20 54:4 57:21
**de** 31:13
**dealing** 40:16
**DEFENDANT** 3:14,20 56:19 57:1
**Defendants** 1:8 55:9
**Defense** 3:9 56:14
**deliver** 47:14
**department** 9:3 18:15 20:12,17 20:19 26:1 32:11 33:16,17
**department's** 8:16
**departments** 7:18 27:2 45:15,16

**depend** 30:22 35:16,22,22 36:21 44:23
**depending** 17:25
**depends** 15:23 30:13 31:13,14 34:11 35:11 36:2,4,9,15 44:11 45:9 47:2,2
**deposition** 1:12 1:18 6:2 12:9 12:13 41:5,10 42:12 51:10 53:5 55:12,20 55:22 56:2,5 57:11,13
**derive** 10:17
**derived** 11:24 11:25
**describe** 8:13 16:6
**description** 5:10 53:22
**desire** 16:7
**determine** 9:12
**develop** 8:19 9:5 27:4 33:1,5
**developed** 24:16 25:9
**development** 32:10
**different** 13:15 35:20 40:6,11 46:4
**differentiation** 14:11
**digital** 9:13 10:9
**direct** 12:7 23:5 25:6 26:8
**directly** 12:14
**director** 8:8,10 24:3,3
**directors** 8:7
**directs** 15:3

Linda Rutherford

Page 61

disagreement
39:1
disapprove 26:2
disapproved
25:22
discipline 20:14
disciplined
19:22 25:19
38:8 42:16
43:6,12,17
discourse 48:7
discovery 41:11
discriminated
39:4,9 40:23
discuss 42:6
47:25
discussed 11:6
discussion 28:1
42:22
disruptive 31:15
distri 45:14
distribution
23:16 45:14
DISTRICT 1:1
1:1 55:1,1
DIVISION 1:2
55:2
document 12:9
27:13 53:23
documentation
40:19
documents 41:9
doing 9:8 19:2
36:3,5,6 43:18
due 32:21
duly 1:20 6:25
55:18
duty 40:2,6

_____
E
_____
E 3:1,1
e-mail 12:23
13:4,5 23:5,7,9
23:12,12,20
earlier 42:17
45:11 46:18

47:10
Ecloutman@l...
3:24 57:5
Ed 6:11
Edward 3:22,22
57:2,3
effect 25:12,14
efforts 13:22
14:4,15 15:7
28:11
Eichinger 8:8
either 40:1,5
42:18,24
Elm 3:23 4:2
57:3,7
Email 5:11,11
5:13
emergency 7:21
8:25
employ 30:14
employed 57:16
employee 5:13
7:22,23 17:7
18:13 19:4,13
19:17 30:15
34:6,17 35:12
35:25 36:2,10
38:4,9,14 39:3
39:16 40:10
43:14,18 44:9
45:1,6
employee's
14:17 15:8
16:4
employees 11:12
13:9,23 14:5
14:13 15:13,18
15:25 16:17
18:1 19:21
22:17 25:18
30:6 35:4
37:11,18 40:1
40:5,20 42:19
42:23,24 43:3
43:4,5 47:13
employment

16:5
encouraging
27:17
endorsement
21:20,24 30:2
48:5
endorser 22:1,4
22:8,11
endorsing 25:17
engagement
7:22 8:9
engaging 27:10
ensure 41:2
entered 48:6
enters 27:7
entire 48:13
entities 46:1
entity 47:9
environment
22:25 48:25
equipment
36:12
ethics 43:25
evaluation 33:6
event 22:1,5,8
22:11 32:1
48:5
events 7:24 31:4
examination 5:5
7:2 55:24
example 36:12
44:14
executed 54:1
execution 47:14
executive 7:7
Exhibit 12:7,22
12:24 13:12,20
23:3,4,6 26:9
26:11,12,17
27:24,25 28:7
33:23,24,25
34:2
exhibits 5:9
57:14
Expiration 58:3
EXPIRES 54:9

explicit 31:24
explore 15:6
Expre 34:16
express 19:15
expressed 17:11
54:2
expresses 18:13
expressing
16:17 17:8
19:4,13,22
45:2
expression
34:16
extension 47:13
extent 9:17
external 23:17
23:18

_____
F
_____
Facebook 9:7
11:7 36:24
44:15,19
fact 48:3
familiar 13:11
fax 58:7
feature 22:20
Federal 2:1
feed 38:6,10
43:1,8,15,19
44:6
feel 22:16
fellow 18:1
felt 20:14
financially
57:19
find 16:25
finds 18:21
Firm 58:5
first 6:25 21:13
23:6 29:11
41:2
five 12:13
flag 11:10,11,18
flight 20:23 21:2
21:17 22:17,23
24:19,25 25:1

25:5 26:15,19
27:17 38:1,2
48:14,23
fly 47:8
focus 16:16
23:16
focused 16:12
followers 17:24
following 55:17
56:6
follows 7:1 56:2
Forbes 4:7
foregoing 53:5
53:24
form 9:18 11:14
11:21 14:2
15:20 18:16
20:15 24:21
25:24 27:12
30:9,20 31:10
32:6 34:8 35:9
35:9 38:19
44:20 46:22
former 13:1
forward 12:14
forwarded 12:8
12:14
Foundation 3:9
56:14
frame 10:21
friends 17:25
36:24
full 29:24
further 50:5
57:15,18

_____
G
_____
general 4:7 16:7
16:11,23
generous 47:8
gentleman
12:24
getting 11:3
13:16 16:13
28:18,23 40:21
49:24

**Gilliam** 3:8 6:13
  56:13
**given** 54:3 55:21
  56:4
**global** 47:4,5
**go** 5:12 16:14
  18:8 26:13
  28:2 32:19
  45:24
**going** 23:2 27:23
  33:22 42:7
  51:8
**good** 8:12 16:12
  47:8
**graphics** 34:24
**great** 47:7,7
**Greenfield** 4:1,1
  27:7 57:6,7
**group** 7:22 9:2
  10:8 23:9,12
  23:16 26:15
  45:14
**groups** 46:9,12
**Grove** 46:17

**H**

**hand** 54:3
**happen** 44:17
**happening** 12:4
  21:16 28:13
  46:6
**happens** 42:12
**Harwood** 3:16
  56:21
**head** 17:21
**headed** 21:2
**heading** 23:7
**held** 7:9
**help** 8:1 9:4
  21:18 27:4
  40:1,5,9 48:17
  48:24
**helpful** 40:18
**hereto** 2:3
**Hey** 10:19
**Hill** 3:4 5:5 6:13

6:13,19 7:3
  10:23 12:16,20
  17:14 28:2
  37:7,22 41:20
  42:10,15 46:23
  49:14,20,25
  50:5,16 56:3,9
**hold** 7:12
**home** 46:16
**honestly** 17:15
  18:9
**hopefully** 41:21
**Hot** 29:13
**HOUR(S):54**
  56:3
**housekeeping**
  50:10,14
**Hudson** 47:21
**hypothetical**
  15:21 30:13,20
  31:11 32:7
  34:9 44:21

**I**

**identified** 30:16
  37:17 44:8,25
  45:5
**identifies** 38:3
**identifying** 38:9
  38:13 42:18
  43:13
**identity** 53:23
**III** 3:22,22 57:2
  57:3
**illuminated** 21:7
**im** 34:14
**image** 34:24
  36:22
**implicate** 34:13
  34:15
**implied** 21:20
  30:2 31:6 48:5
**impression** 22:4
**inappropriate**
  22:16 43:19
**include** 10:8

**included** 23:20
  26:17
**includes** 56:6
**inconsistent**
  32:15
**incorrect** 22:6
**INDEX** 5:1
**indicate** 50:13
**individual** 11:10
  11:11 15:12
**industry** 12:5
  46:2,3,7,12
**inflight** 5:12
  26:13 41:17
  48:11
**Info** 5:12 26:13
**information**
  13:10 30:23
  56:4
**initially** 33:1,5
**inquiries** 24:16
**inquiry** 17:6
  19:18
**insights** 7:23
**instance** 1:19
  26:3
**instructed** 42:14
**instrument**
  53:25
**intended** 47:12
**interest** 24:14
**interested** 16:15
  57:19
**internal** 8:20
  26:14 41:16
**internally** 40:10
**interpret** 27:15
**interpretation**
  27:16
**introduce** 7:4
**invested** 39:13
**investigate**
  14:16,17 15:8
  15:12
**investigated**
  34:21 39:13

**investigating**
  17:2
**investigation**
  18:24 19:18,20
**investment** 8:23
**involved** 15:16
  24:8 26:20
  33:11
**involvement**
  21:21
**issue** 12:2 13:11
  15:17 16:20
**issues** 11:20
  22:13
**items** 41:11

**J**

**Jacinto** 3:5
  56:10
**January** 5:11,11
  5:12,13 7:9
  20:21 49:9
**Jim** 12:24 13:1
**job** 7:9,12 40:3,7
**July** 55:25
**June** 1:14,21 6:6
  6:22 52:3
  55:13,23 57:21
**jury** 7:5

**K**

**Kerrie** 4:7 41:8
**know** 12:15,25
  15:14 16:14
  17:4 22:12
  23:15 26:18,18
  26:18 27:1,4
  32:23 33:7,8
  37:25 39:19,24
  40:13,17 43:20
  45:15 49:1
**knowledge**
  14:14 38:22
**known** 40:12
  53:21
**knows** 20:16,17

**L**

**Lacore** 47:23,25
  48:9,10
**Lauren** 4:8
**Laurie** 8:9
**law** 1:25 3:22
  57:3
**leader** 39:11
**learn** 21:5
**learned** 20:12
  21:14 22:19
  39:2
**legal** 3:9 32:25
  33:4,17 56:14
**let's** 15:4,5 28:2
  30:14
**light** 24:19 40:2
  40:6
**lighting** 22:17
  22:21,25 25:1
  41:13 48:20
**lights** 13:11
  20:21 21:1
  25:7,23 47:17
  47:19
**limit** 49:13
**Linda** 1:13,18
  5:4 6:2,24 7:6
  12:15 52:2
  53:4,12,20
  55:12,18
**link** 29:1
**listed** 17:4
**listen** 46:9
**listening** 10:17
  11:4 14:8
  21:11 24:14
  28:11 45:12,20
  45:25
**lists** 34:18
**living** 44:16
**Local** 1:7 3:21
  6:5,12 50:13
  51:6 55:7 57:1
**logo** 31:18 32:3

32:4 34:23
**logos** 32:13
**look** 9:13 12:9
15:1 31:25
46:1
**looking** 40:10
**looks** 13:14 34:3
**lot** 17:24 35:20

**M**

**Maberry** 4:6
**machine** 1:24
**main** 46:15
**major** 11:5,8
**making** 40:18
**manage** 8:20,21
8:21,23 9:16
9:24 21:19
26:4 48:8
**managed** 8:24
**manager** 24:2
**manages** 26:2
**managing** 8:7,8
8:9 24:3 46:18
46:19
**manual** 25:6
**March** 21:3,22
22:15,18 25:17
28:19 29:5,9
30:5,7,17 31:1
31:5,8,20
32:13 47:18
50:3
**Marchers** 28:24
**marked** 12:22
23:2,4 26:11
27:25 33:23,24
**marketing** 9:4
**marking** 27:23
**material** 35:21
**materials** 35:1
**Matt** 6:13,13
10:19 12:12
49:12
**matter** 22:1
**matters** 50:10

**MATTHEW**
3:4,8 56:3,9,13
**Mbg@nrtw.org**
3:12 56:17
**McKeeby** 3:15
6:9,9,18,20
9:18,21 10:19
11:14,21 12:8
12:12,18,21
14:1,7,20
15:20 17:13
18:6,16 20:15
24:21 25:4,24
27:12 30:9,19
31:10,21 32:6
32:17 34:8,14
35:7 37:6,20
38:19 42:7,13
44:20 45:7,22
46:21,25 49:12
49:16,23 50:7
50:14,17,21,24
51:2,4 56:20
**McKinney** 58:6
**mean** 18:9 30:12
37:22
**meant** 14:9
**measures** 50:15
**media** 5:13 8:21
9:10,25 10:4
10:11,15 11:2
11:12,19,20
13:16,24 14:6
14:18,24,25
15:9,12,15,19
16:1,4,18 17:1
17:9,12,19,24
17:24 18:5,13
18:22 19:10,11
19:16,23 20:1
20:6,13 21:6
21:11 23:18
24:14,16 28:13
32:24 33:14
34:4,7,17 35:4
35:25 37:1,17

38:5,10,18,24
41:12 42:20,25
43:8 44:1
46:13,24 47:11
47:16 48:4
**medical** 40:8
**meet** 41:7
**Melody** 1:23
55:15 58:2,5
**member** 23:15
23:23
**members** 23:17
**mentioned** 12:6
29:25 46:12
**mentions** 34:22
**message** 21:19
27:9,16 32:15
**Mhill@pryor...**
3:7 56:12
**Mike** 41:17
**mind** 24:11
**minute** 49:16
**MINUTE(S)**
56:3
**minutes** 12:13
**misperception**
25:19
**misunderstan...**
25:15
**mix** 29:24
**mixed** 30:1
**monitor** 10:10
10:12 13:22
14:4 46:4,13
**monitored** 11:7
45:20 46:5
**monitoring**
19:11
**Monk** 1:23
55:15 58:2,5
**multiple** 10:7
45:12,15,16,19
46:5 47:6

**N**

**N** 3:1

**name** 7:6 52:2
53:24
**named** 12:24
22:7
**Naomi** 47:21
**narrative** 25:8
25:14 26:5
**narrow** 15:5
**National** 3:9
56:14
**necessarily** 12:1
**need** 16:14
18:14 40:1,3,5
44:4 48:8
**needed** 26:4
30:3 32:21
40:20 48:17,19
**negative** 25:12
**neither** 57:15
**net** 25:12,12,14
**new** 9:13 22:19
48:21
**nexus** 16:5
31:14 32:2
44:8,10
**North** 3:5,16
56:10,21
**NORTHERN**
1:1 55:1
**NOTARY** 54:8
**noted** 49:17 53:6
**number** 8:20
12:19 31:15
**numbered** 1:21
**numerous** 37:11
37:16

**O**

**oath** 53:21
**object** 9:18
11:14,21 15:20
18:16 20:15
25:24 27:12
30:9 31:10
32:6,17 35:8,9
38:19 46:22

**objecting** 14:1
**objection** 14:7
24:21 25:4
30:19 31:21
34:8 44:20
45:7 46:25
**objective** 47:4,5
**objectives** 46:19
**occurrence**
20:24
**office** 1:25 54:3
**officer** 55:19
56:5
**officer's** 57:11
**offices** 1:25 3:22
57:3
**okay** 6:15 8:11
11:18 12:21
13:8,15,18,22
14:11 18:25
27:6 31:17
33:22 35:12,17
36:5,23 41:18
42:15,16 43:11
44:3,12 45:2
50:9,19 51:1,8
**onboard** 27:18
27:22
**ones** 46:15
**operated** 34:25
**operation** 31:15
47:15
**opinion** 16:3
18:13 19:5,14
34:17
**opinions** 15:24
16:18 17:8,11
17:13,15,18
18:4 19:22
27:11,19 34:7
45:3
**opportunity**
22:22 48:20,22
**oral** 1:12,18
55:20
**order** 6:21

Linda Rutherford

original 57:13
outcome 26:3
  57:19
outlines 15:15
outreach 7:19
  8:10,12,13
overall 27:8
owned 34:25

**P**

P 3:1,1
p.m 1:22,22 6:6
  51:9,10
page 5:1,6,7,10
  44:19
PAGELINE
  52:4
Paralegal 4:8
Parenthood
  28:17 29:5,8
  29:12,16,19
Parenthood's
  28:18,24
Parenthoods's
  28:22
part 8:12 9:8,11
  9:15 15:6 21:6
  33:10 44:15
participation
  31:19
particular 7:19
  14:17 15:8,13
  16:2 18:21
  28:16
parties 3:2 56:7
  57:17
partnerships
  8:22
parts 34:12
party 56:1
passengers 21:7
path 40:11
Paulo 3:15 6:9
  41:8 42:5
  56:20
pay 18:10,10

Pecan 46:17
pendency 42:12
people 7:7 9:2,3
  9:16 10:3
  16:13 17:1
  42:17
perception 8:2
period 40:7 49:9
  49:22
periodic 13:13
permission 32:5
person 40:25
  44:4,13 53:23
personal 19:15
  36:11 38:6
  43:1
personality 9:11
  47:13,16
personally
  10:10,12 17:10
  26:25 33:19
  53:20
philanthropic
  8:23
philanthropy
  7:20
philosophy
  16:10,11
phone 58:7
photo 25:8,10
  25:12,15 26:3
  26:6 35:16,18
  36:3
picture 29:1
  35:13,13,25
  48:3
pictured 13:12
  13:19
pictures 36:24
piece 8:16 34:19
pieces 8:18
pink 13:10
  20:22 21:1
  41:13 47:17,19
place 47:7
Plaintiff 1:4,20

3:3 55:4 56:8
  57:12
planes 27:18
Planned 28:16
  28:18,22,23
  29:5,8,12,16
  29:19
plans 8:25
platform 7:24
please 6:7 7:5
  12:10
PLLC 4:1 57:7
Pmckeeby@r...
  3:18 56:22
polarizing 27:22
policies 24:20
  25:3
policing 16:20
policy 5:14
  14:24,25 15:1
  15:15 16:5
  17:1,5 18:22
  18:24 19:10,16
  19:18,19 30:24
  32:22,24 33:1
  33:5,6,8,12,15
  33:18,19 34:4
  34:6,12,18,18
  34:20 35:15,25
  36:13,17 37:6
  37:10,13,19
  38:5 43:21
  44:1,7,14,18
  44:25
political 5:12
  15:18,24 16:3
  16:8,15,18
  17:8,13,15,17
  18:3,12 19:5
  19:22 22:13
  27:11,19,21
  30:4 34:7,16
  45:2
politically 22:14
pop 12:16
popped 41:12

popular 11:13
population
  48:14
portrayal 30:23
position 10:2
  16:7 22:14
  30:4,5 31:3,7
positions 15:18
  16:9,15
possible 9:17
post 34:6 35:25
  45:10
posted 38:17,23
posting 35:4,13
  36:24 37:9
postings 37:9
posts 14:12 15:9
  15:12 20:1,6
  20:13 21:7
  37:11,16
potential 19:9
  19:17
predominantly
  46:10 47:15
preparation
  41:10
prepare 41:4
prepared 24:15
preparing 57:12
present 4:5
  32:16
presented 35:21
president 7:7,13
  7:16 48:10
presidents 8:6
pretty 41:22
previously
  29:25
primary 16:16
privilege 42:9
probably 9:15
problem 31:9
  32:5 35:3
  36:18,19 45:4
  48:18
problematic

30:8,18
Procedure 2:1
proceed 14:3
proceeding
  57:18
process 15:1,16
  16:24 18:23
  35:8
produced 1:19
prohibitive
  34:19 44:1
proper 36:11
properly 41:3
protection 36:11
proud 38:1
proved 53:21
provisions 2:2
Pryor 3:5 56:10
public 8:1,15
  22:12 30:4
  48:7 54:8
purchase 51:2,3
  51:4
purpose 24:11
  31:4
purposes 54:1
pursuant 2:1
  6:21 56:4
put 26:9

**Q**

ques 45:18
question 9:19
  10:24 11:15,22
  14:2 15:21
  18:7,17 19:7
  24:22 30:10,12
  34:9 35:8
  37:23,24 38:20
  39:7 42:21
  43:10 44:21
  45:18 49:18
questions 49:21
  50:6,8,13
quickly 41:22

**R**

**R** 3:1
**Rachel** 23:22,23
**raised** 11:20
  48:19
**raising** 27:21
**Rapid** 13:2
**reach** 9:13
**reaction** 21:13
  21:18 29:22
**read** 50:23,25
  53:4
**real** 49:24
**realized** 22:21
**really** 9:24 10:5
  11:24 16:12
  30:2
**reason** 22:10
  52:4
**recall** 17:16,20
  18:10
**receive** 10:16
  11:1,19 13:18
  23:14 45:17
**received** 13:9,10
  19:25 28:14
  29:12
**Recess** 28:4
  41:25
**recipients** 23:11
**recognition** 7:24
**recognize** 13:4
  23:9 26:12,13
  26:16 33:25
**recollection**
  17:23
**record** 2:2 6:1,8
  22:2,9 28:1,2,5
  41:23,24 42:1
  50:11 51:9
  55:20 56:7
**recurring** 13:21
**Reed** 3:16 56:20
**refer** 18:14
  40:25

**Registration**
  58:5
**regular** 10:16
  21:11 28:10
  33:6
**regularly** 49:3,8
**related** 41:12
  57:16
**relations** 13:2
  13:14 39:16
**relationships**
  8:22
**release** 40:8
**religion** 39:5,9
  40:16,24
**religious** 40:20
**repeat** 10:24
  39:7
**rephrase** 19:8
**report** 11:5 12:1
  12:3 13:8
  19:12 29:13,24
  39:12,15,16
**reported** 1:24
  8:4 11:8 14:10
  33:13
**reporter** 6:1,15
  28:5 33:3
  39:21 40:4
  41:24 42:1
  50:9,19,23
  51:1,8 55:16
**Reporter's** 5:7
  55:11
**reporting** 13:14
  16:23,24 18:20
  19:9 21:6,12
  23:25 24:13
  28:10 58:5
**reports** 10:13,16
  10:18 11:1,19
  11:24 13:11,13
  13:16,19 20:9
  24:2,2,3,4
  28:12
**represented**

22:15
**required** 42:11
**respect** 47:17
**respond** 24:16
  49:18
**response** 7:21
  8:21,25 23:18
  24:17
**responsibilities**
  7:15
**responsibility**
  8:17 31:24
  32:9,10 39:12
  48:12,13
**responsible** 8:14
  17:2 23:18
**result** 25:9 26:6
**resulted** 25:15
**resulting** 25:8
**return** 55:25
**revealed** 42:23
**review** 41:9
**Rewards** 13:2
**right** 3:9 16:21
  17:14 18:1,5
  22:5 25:13,23
  27:20 28:14
  31:1,6 32:16
  35:1,19 36:8
  36:16,20 37:7
  37:14 38:5,12
  38:15 41:1
  42:20,25 43:15
  48:18,25 49:23
  56:14
**Road** 3:10 56:15
**Rockwall** 3:6
  56:11
**role** 8:4 10:5
  40:15
**roles** 8:1 10:2
**room** 27:7
**RPR** 58:2
**Rules** 2:1
**running** 16:12
**Ruppel** 12:24,25

13:1,8
**Rutherford** 1:13
  1:19 5:4 6:2,24
  7:4,6 28:6 42:2
  50:18 52:2
  53:4,12,20
  55:12,18

**S**

**S** 3:1 4:1 57:6
**safely** 16:13
**San** 3:5 56:10
**saying** 9:16 10:3
  13:23 35:23
  37:25
**says** 8:14 13:3
  19:13 23:7
  28:17,22 44:15
  44:16
**screen** 12:17
  26:9 41:12
**Scrolling** 23:19
**seal** 54:3
**second** 12:23
  23:5 28:3
**secure** 36:11
**see** 23:19 47:16
**seeing** 17:17
  18:3
**seen** 13:13 24:5
  28:6 37:8,9,10
  37:11,16 43:3
  43:4
**send** 50:24
**senior** 4:6 7:13
  7:16
**sent** 12:12
**sentiment** 11:9
  30:1
**separate** 37:23
**September** 6:22
**series** 40:17
**service** 17:25
**shape** 8:1
**shaping** 9:9
**shared** 26:6,19

48:3
**sharing** 27:10
  27:19
**short** 41:20
**shorthand** 1:25
  55:15
**show** 23:2 27:23
  33:22
**showed** 20:8
**shows** 25:22
  29:24
**sic** 23:8
**side** 7:25
**sign** 33:14,19
  50:23,25
**signature** 5:6
  50:20 52:1
  53:5 55:24
**signed** 33:17
**signs** 30:16
**simply** 21:25
**Sims** 26:23
  41:17
**single** 37:8
**situation** 20:20
  44:11 48:1
**Smith** 3:16
  56:20
**social** 5:13 8:19
  9:1,5,9,24 10:4
  10:8,9,11,15
  10:17 11:2,4,6
  11:12,19,20
  12:4 13:15,23
  14:5,6,8,12,18
  14:24,25 15:9
  15:12,14,15,19
  16:1,4,18 17:1
  17:8,12,18,24
  17:24 18:4,13
  18:22 19:10,11
  19:16,23 20:1
  20:6,13 21:6
  21:11 24:14
  26:6 28:13
  32:24 33:14

34:4,7,17 35:4
35:24 36:25
37:17 38:5,10
38:17,23 39:1
42:20,25 43:8
43:25 46:23
47:11,16 48:4
**somebody** 32:4
**Sonya** 47:23,24
47:25 48:9,10
**sorry** 6:22 10:25
11:11 14:5
18:11 19:3,6
27:24 28:20
35:7 39:7
40:13 43:9
**South** 25:21
**Southwest** 1:6
3:14 4:6,7,8
5:13 6:3,10 7:8
8:2,14 9:5,9,12
9:17 10:3,6,11
10:14 11:11
12:4 13:6,9,23
14:5,12 16:19
18:1 19:1,2,14
20:22 21:19,23
21:25 22:4,7
24:20 25:3,16
28:17 29:7,18
30:6,8,17,18
30:25 31:2,7
31:18 32:12,13
34:17,25 35:3
35:5,14 36:1,3
36:7,9,17,19
36:25 37:12,18
38:1,2,3,9 39:3
40:9 42:19,24
43:3,4,6,13,14
43:18 44:5,9
44:16 45:1,3,5
48:14,21 51:7
55:6 56:19
**Southwest's**
16:7 25:21

28:19 32:24
34:23 35:24
47:10,11
**SouthwestAir**
28:23
**spaces** 12:4
**speak** 25:5,7
36:14
**speaks** 27:13
**specific** 11:19,19
12:2 17:22
**specifically**
15:14 17:4
**spend** 16:12
**spoke** 42:5
**sponsor** 21:25
22:5,7,11
**sponsoring**
25:16 32:1
**sponsorship**
21:21
**Springfield** 3:11
56:16
**stakeholder**
46:8
**stakeholders**
9:14 10:7
45:13,19,21
46:5 47:6
**stances** 22:13
**start** 28:20
**started** 9:6 11:3
**state** 1:24 6:7
53:16 54:9
55:16
**stated** 2:2
**statement** 23:19
24:5,9,17
26:16,19,21,24
27:9 41:13,16
**states** 1:1 19:13
44:7 55:1
**stayed** 33:7
**stipulations**
6:16
**Stone** 47:19 49:1

49:4 50:2
**strategies** 7:20
**strategy** 8:19
9:1
**Street** 3:16,23
4:2 56:21 57:3
57:7
**string** 12:23
**structure** 24:1
**submitted** 55:22
**subscribed**
53:24
**Suite** 3:10,17
56:15,21
**support** 22:18
**supporters**
28:19,20,24
**supporting** 31:1
**supposed** 25:7
**sure** 10:20 33:7
39:13 40:18
45:22 48:22
**surely** 18:3
**surveying** 7:23
**suspected** 18:22
19:19
**SWACommu...**
23:8
**swear** 6:16
**sworn** 1:20 6:25
55:19

**T**
**take** 9:11 16:1,8
22:12 31:25
32:21 41:20
**taken** 1:20 6:20
22:14 30:4
31:3 42:2 56:6
57:18
**talk** 20:20 49:6
**talked** 42:17
45:11 46:18
47:10,24 50:21
**talking** 10:20,21
10:23 14:20

28:14
**talks** 13:10
**team** 14:21,22
15:2,4,8,17,25
16:19,22 18:20
23:17,24 25:22
27:4 32:25,25
33:4,4,11,13
39:20,24 40:18
41:1 48:8
**teams** 39:14
**technology** 9:4
**tell** 42:8 43:22
**terms** 8:11
16:17 45:2
**testified** 6:25
**testimony** 55:21
56:5
**Texas** 1:1,24 3:6
3:17,23 4:2
46:17 55:1,16
56:11,22 57:4
57:8 58:2,6
**text** 34:24
**Thank** 50:17
**Thanks** 28:17
28:23
**themes** 11:8,9
16:23,25 18:20
**things** 11:12
19:10 24:15
34:22
**think** 14:2 18:6
18:19
**thought** 40:25
**three** 44:3 49:7
**time** 8:24 10:21
11:7 16:12
18:4 21:3 23:1
29:11 33:13
40:7 41:6
49:13,22 56:1
56:5
**told** 39:8 43:11
**top** 17:20
**topic** 12:2 14:10

**topics** 11:5
16:23 29:13
**trademarks**
34:24
**training** 22:22
48:20
**transcript** 55:19
55:22 57:13
**transition** 39:20
**transitions** 40:8
41:1
**Transport** 1:6
3:20 6:4 46:2
55:7 57:1
**true** 53:6 55:20
**try** 8:1
**trying** 9:15,16
35:7 46:9
**turn** 16:25 17:3
18:23 19:17
**turned** 17:7
19:20 20:22
**tweet** 28:16,22
29:12,23
**Twitter** 9:7 11:8
**two** 7:18 8:6,6
41:11 49:7
**TWU** 6:12 50:13
51:6
**typically** 22:12

**U**
**Unauthorized**
34:23
**unaware** 20:18
**understand** 9:22
10:2,6 19:6
22:23 27:21
42:21 43:9
**understanding**
44:13
**understood**
48:23
**uniform** 35:14
36:1,3,7,10,17
36:19 37:21,23

42:24 43:3,4,6
43:13
**uniforms** 35:5
36:35 37:12
**Union** 1:7 3:20
6:4 55:7 57:1
**UNITED** 1:1
55:1
**universally**
38:24
**use** 18:21 31:18
32:3 34:23
35:22 48:24
**users** 11:10

---

**V**

**vaccine** 40:21
**vaccines** 40:18
**various** 9:14
**version** 34:3
51:5
**versus** 6:3
**vetted** 41:3
**vice** 7:7,13,16
8:6,6 48:10
**video** 34:24
**Videoconfere...**
1:12,18,23 3:2
**view** 44:17
**viewed** 25:11
30:25
**views** 27:21
**violated** 15:2
16:5
**violates** 35:15
38:5
**violating** 36:16
**violation** 16:25
18:21,22 19:17
19:19 24:19
25:2 30:23
32:22 34:6
35:18,19,24
36:6,7,13 37:5
37:10,13,19
44:13,18,24

**violations** 14:25
19:10,12 43:20
43:22,24,25
44:1,2,4
**viral** 11:13
**Virginia** 3:11
56:16
**voice** 9:5 47:10
47:11
**VP** 13:1
**VS** 1:5 55:5

---

**W**

**wait** 49:16
**waive** 50:23
**want** 10:20
15:25 20:20
21:23 22:10
26:8 32:16
35:23 41:20
51:1,3
**wanted** 22:3,8
24:15 30:25
31:2 48:24
50:12
**warranted**
20:14
**Washington**
21:2 25:17
48:6
**wasn't** 12:1
21:25
**way** 8:12 10:1
31:3,8 44:5
**ways** 9:13 35:21
46:4
**we'll** 41:21
**we're** 16:14
17:25 49:13,23
**we've** 42:2
**wearing** 30:15
35:5 36:7,17
36:18 37:21
**weekend** 28:25
**weigh** 21:15
**welcoming**

27:18
**Whitney** 8:7
**witness** 1:19
6:17 52:2
55:18,21,23,24
**Witness's** 5:6
**WNCO.com**
13:3
**Women's** 21:3
21:21 22:14,18
25:17 28:19,24
29:5,9 30:5,7
30:17 31:1,4,8
31:19 32:13
47:18 50:2
**word** 33:9
**words** 12:1 40:2
**work** 3:9 27:2
33:1,5 44:16
47:7 56:14
**worked** 7:18
**Workers** 1:6
3:20 6:4 55:7
57:1
**working** 9:3,3
**works** 15:16
**world** 9:10
**wouldn't** 22:10
31:9 32:5
40:24,24
**wrapping** 49:13
49:19,21

---

**X**

---

**Y**

**yeah** 9:20 12:11
12:18 31:13
32:20 34:18
37:22 45:25
49:25 50:24
**years** 9:6 49:7

---

**Z**

**Zoom** 1:22 3:2

---

**0**

**00** 56:3

---

**1**

**1:06** 1:22 51:9
51:10
**10/21/2022** 58:3
**10821** 58:5
**12** 5:11
**12:03** 1:22 6:6
**139** 5:13 27:24
27:25 28:7
**1404** 58:6
**1500** 3:17 56:21
**16** 6:22
**169** 27:24
**1714** 46:17
**1999** 58:6

---

**2**

**2** 5:2
**20** 5:11,11,12
**2016** 34:3
**2017** 5:11,11,12
5:13 7:10 8:5
10:22,23 11:3
11:25 14:6
20:21 49:9
**2022** 1:14,21 6:6
6:22 52:3
55:13,23,25
57:22
**214.232.9015**
3:24 57:4
**22160** 3:11
56:16
**23** 1:14,21 5:11
52:3 55:13
**23rd** 6:6
**24** 5:13
**24th** 57:21
**26** 5:12
**27** 5:13
**2850** 3:16 56:21
**29** 55:23,25

---

**3**

**3:17-cv-02278...**
1:6 6:5 55:6
**302** 3:5 56:10
**33** 5:14
**3301** 3:23 4:2
57:3,7
**3613** 58:2
**37** 5:12 26:9,11
26:12,17

---

**4**

---

**5**

**52** 5:6
**55** 5:7
**556** 1:7 3:21 6:5
6:12 50:13
51:6 55:8 57:1

---

**6**

**600** 3:10 56:15
**62** 5:11 23:3,4,6
**63** 5:11 12:7,20
12:22,24 13:12
13:20

---

**7**

**7** 5:5
**703.321.8510**
3:11 56:16
**75007** 46:17
**75087** 3:6 56:11
**75201** 3:17
56:22 58:6
**75226** 3:23 4:2
57:4,8

---

**8**

**8001** 3:10 56:15
**888.988.5317**
58:7

---

**9**

**9** 5:13 33:23,24
33:25 34:2

**972.771.3933**
3:6 56:11