**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**Dallas Division**

| | |
|---|---|
| CHARLENE CARTER,<br><br>                Plaintiff,<br><br>V.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>                Defendants. | Civil Case No. 3:17-cv-02278-X |

**[Proposed] Order Granting Plaintiff's Motion Regarding Time Limits**

Before the Court is Plaintiff Charlene Carter's Motion Regarding Time Limits. After considering the Motion, the Court finds that Plaintiff's Motion Regarding Time Limits should be granted, and the Court's time limits on jury time are lifted.

IT IS THEREFORE ORDERED that Plaintiff's Motion Regarding Time Limits is hereby GRANTED. The Court hereby lifts limits on jury time.

SIGNED on _____, 2022.

_____
Brantley Starr
United States District Judge