**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**Dallas Division**

| | |
|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | Civil Case No. 3:17-cv-02278-X |

## [Proposed] Order Granting Plaintiff's Motion for Leave to File Supplemental Trial Exhibits

Before the Court is Plaintiff Charlene Carter's Motion for Leave to File Supplemental Trial Exhibits. After considering the Motion, the Court finds that Plaintiff's Motion for Leave to File Supplemental Trial Exhibits should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to File Supplemental Trial Exhibits is hereby GRANTED. The Court ORDERS that Carter's Proposed Trial Exhibits 139-146 be filed.

SIGNED on _____, 2022.

_____
Brantley Starr
United States District Judge