UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | Civil Case No. 3:17-cv-02278-X |

### CARTER'S DEPOSITION DESIGNATIONS
### FOR NANCY CLEBURN AND BRENDAN CONLON

Pursuant to this Court's requests and instructions at the June 16, 2022 pretrial conference, Plaintiff Charlene Carter hereby submits Deposition Designations for Nancy Cleburn and Brendan Conlon.[1] Carter received copies of Cleburn's and Conlon's deposition transcripts on Thursday, June 30, 2022 at 9:07 a.m. CT and 9:09 a.m. CT respectively.

**Deposition Testimony Designation**

Carter submits the following deposition designations in the event these witnesses' live testimony cannot be secured:

**Deposition of Nancy Cleburn**

| |
|---|
| 7:6-22 |
| 8:15-10:18 |
| 10:20-25 |
| 11:6-13:4 |
| 13:7-14 |
| 14:20-24 |

---

[1] Transcript of June 16, 2022 Pretrial Conference, Tr.164:19-165:18.

**Carter's Deposition Designations - Page 1**

| |
|---|
| 15:10-22 |
| 16:9:24 |
| 17:1-5 |
| 17:9-13 |
| 17:22-18:1 |
| 18:3-8 |
| 18:11-24 |
| 19:2-3 |

**Deposition of Brendan Conlon**

| |
|---|
| 7:6-23 |
| 8:8-9:4 |
| 9:13-10:11 |
| 10:21-25 |
| 11:4-14 |
| 11:24-12:12 |
| 12:19-13:3 |
| 13:8-15 |
| 13:23-14:13 |
| 15:4-7 |
| 15:21-16:9 |
| 16:12-13 |
| 16:23-17:12 |
| 17:15-21 |
| 17:23-18:2 |
| 18:6-25 |
| 19:3-9 |
| 19:12-20:20 |
| 20:23-21:14 |
| 21:16-22:25 |
| 23:4-13 |
| 23:17-24:19 |
| 24:23-25:2 |
| 25:4-29:25 |
| 30:4-6 |
| 30:23-25 |
| 31:7-32:13 |
| 33:20-23 |
| 34:2-5 |
| 34:7-16 |
| 34:19-22 |
| 34:25 |
| 38:4-13 |

| |
|---|
| 38:17-20 |
| 38:24-39:4 |
| 39:7 |
| 40:9-12 |
| 40:14-17 |
| 40:19-41:7 |
| 41:10-13 |
| 41:15-19 |
| 41:21-42:10 |

DATED: June 30, 2022                         Respectfully submitted,


                                             */s/* Matthew B. Gilliam
                                             Matthew B. Gilliam (*admitted pro hac vice*)
                                             New York Bar No. 5005996
                                             c/o National Right to Work Legal Defense
                                             Foundation, Inc.
                                             8001 Braddock Road, Suite 600
                                             Springfield, Virginia 22160
                                             Phone:  703.321.8510
                                             Facsimile:  703.321.9319
                                             mbg@nrtw.org

                                             Bobby G. Pryor
                                             State Bar No. 16373720
                                             bpryor@pryorandbruce.com
                                             Matthew D. Hill, Of Counsel
                                             State Bar No. 24032296
                                             mhill@pryorandbruce.com
                                             PRYOR & BRUCE
                                             302 N. San Jacinto
                                             Rockwall, TX 75087
                                             Telephone: (972) 771-3933
                                             Facsimile: (972) 771-8343


                                             **ATTORNEYS FOR PLAINTIFF
                                             CHARLENE CARTER**

## Certificate of Service

    I hereby certify that on June 30, 2022, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Matthew B. Gilliam