UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>　　　　　　Defendants. | Civil Case No. 3:17-cv-02278-X<br><br>**NOTICE REGARDING COMPLIANCE WITH THE COURT'S INSTRUCTIONS FOR FILING DEPOSITION DESIGNATIONS FOR NANCY CLEBURN AND BRENDAN CONLON** |

　　Plaintiff Charlene Carter ("Carter"), by and through her undersigned attorneys, hereby gives notice to the Court of her compliance with the Court's request at the June 16, 2022 pretrial conference to file deposition designations for witnesses Nancy Cleburn and Brendan Conlon.[1] Carter believes that Nancy Cleburn is unavailable for trial, and that Brendan Conlon is unavailable for the first week of trial.

　　Carter further states that she received copies of Cleburn's and Conlon's deposition transcripts on Thursday, June 30, 2022 at 9:07 a.m. CT and 9:09 a.m. CT respectively. Pursuant to the Court's May 24, 2022 Amended Order, Carter has attached the full depositions for Nancy Cleburn and Brendan Conlon to this notice.[2]

Dated: June 30, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/ Matthew B. Gilliam
　　　　　　　　　　　　　　　　　　　　Mathew B. Gilliam (*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　　　New York Bar No. 5005996
　　　　　　　　　　　　　　　　　　　　*mbg@nrtw.org*

---

[1] Transcript of June 16, 2022 Pretrial Conference, Tr.164:19-165:18.
[2] Dkt. No. 236, p.3 ¶b.

1

c/o National Right to Work Legal Defense
Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Tel: 703-321-8510
Fax: 703-321-9319

Bobby G. Pryor
State Bar No. 16373720
bpryor@pryorandbruce.com
Matthew D. Hill, Of Counsel
State Bar No. 24032296
mhill@pryorandbruce.com
PRYOR & BRUCE
302 N. San Jacinto
Rockwall, TX 75087
Telephone: (972) 771-3933
Facsimile: (972) 771-8343

*Attorneys for Plaintiff Charlene Carter*

**<u>Certificate of Service</u>**

I hereby certify that on June 30, 2022, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Matthew B. Gilliam