| | |
|---|---|
| **From:** | McKeeby, Paulo B. |
| **Sent:** | Friday, July 1, 2022 3:40 PM |
| **To:** | Adam Greenfield; Matt Hill |
| **Cc:** | Matthew B. Gilliam; Bobby Pryor; Morris, Brian K.; ecloutman@lawoffices.email |
| **Subject:** | RE: Carter v. Southwest and Local 556 - Service and depositions of witnesses |

We will make those times work as well. I am advised that neither Parker nor Nevarez are flying today or tomorrow. I understand that we will be hearing something from Talburt later today.

**Paulo B. McKeeby**
Partner
Labor & Employment

pmckeeby@reedsmith.com
469-680-4227

**Reed Smith LLP**
2850 N. Harwood Street
Suite 1500
Dallas, TX 75201
T: +1 469 680 4200
F: +1 469 680 4299
**www.reedsmith.com**

---

**From:** Adam Greenfield <agreenfield@candglegal.com>
**Sent:** Friday, July 1, 2022 2:07 PM
**To:** Matt Hill <mhill@pryorandbruce.com>
**Cc:** Matthew B. Gilliam <mbg@nrtw.org>; McKeeby, Paulo B. <PMcKeeby@reedsmith.com>; Bobby Pryor <bpryor@pryorandbruce.com>; Morris, Brian K. <BMorris@reedsmith.com>; ecloutman@lawoffices.email
**Subject:** Re: Carter v. Southwest and Local 556 - Service and depositions of witnesses

EXTERNAL E-MAIL - From agreenfield@candglegal.com

To all concerned,

Regarding the depositions of Mr. Navarez and Mr. Tolbert-- Union's counsel can be available for the proposed dates and times.

Regarding issuance of deposition subpoenas for Mr. Navarez and Mr. Talbert-- We have previously given you Mr. Navarez' home address for service. He has not agreed to separately meet a process server. As noted above, Mr. Talburt is flying for work and will not be available for a phone call until after 3pm CST. We have previously given Mr. Talbur's home address, but as of this email, he has also not agreed to separately meet a process server.

Exhibit 1

Sincerely, Adam Greenfield

External Signed

On Fri, Jul 1, 2022 at 12:52 PM Matt Hill <mhill@pryorandbruce.com> wrote:

> Adam and Paulo,
>
> Thank you for the updates. Willing or not, we intend to depose Mr. Talburt and Mr. Nevarez this weekend pursuant to the court's order. We will issue notices and subpoenas for Mr. Talburt at 1:00 p.m. on Sunday and Mr. Nevarez at 1:00 p.m. on Monday. Let us know in the next hour if those times do not work for Southwest or the union and the alternative time you propose, but it will need to be close to those times.
>
> Once we finalize those times, we will need the union and Southwest to work together, as the judge has ordered, to facilitate the service. This requires that you provide us information regarding where Mr. Talburt and Mr. Nevarez will meet our process server to accept service. We will arrange for a process server to deliver the subpoenas to them at that location.
>
> Obviously, all of this will need to be done very quickly. If we can't reach a resolution in the next hour, we'll need to update the court given the tight turnaround we'll need to make this work.
>
> Thanks,
> Matt
>
> Matt Hill
> Of Counsel
> Pryor & Bruce
> 302 N. San Jacinto
> Rockwall, Texas 75087
> Telephone: (972) 771-3933
> Cell: (214) 562-5353
> www.pryorandbruce.com
>
> **CONFIDENTIALITY NOTICE:** The information in this email (and attachments) is confidential and may be protected by various privileges, including the attorney-client and attorney work product privileges. This email is intended to be reviewed only by the individual or organization for whom the author intended the message. If you are not such person, you are hereby notified that any review, dissemination or copying of this email is prohibited. If you have received this email in error, please immediately notify the sender and delete this email from your system. Thank you.
>
> **From:** Adam Greenfield <agreenfield@candglegal.com>
> **Sent:** Friday, July 1, 2022 12:04 PM
> **To:** Matthew B. Gilliam <mbg@nrtw.org>

**Cc:** McKeeby, Paulo B. <PMcKeeby@reedsmith.com>; Matt Hill <mhill@pryorandbruce.com>; Bobby Pryor <bpryor@pryorandbruce.com>; Morris, Brian K. <BMorris@reedsmith.com>; ecloutman@lawoffices.email
**Subject:** Re: Carter v. Southwest and Local 556 - Service and depositions of witnesses

To all concerned--

The Union has made the following efforts and has the following information pertaining to Navarez, Talburt, and Parker:

**Jessica Parker:**
A Union representative called Ms. Parker at 1604 on Thursday, a voicemail was left. Ms. Parker was then emailed the Court's Order along with Plaintiff's request for deposition availability and service of process. Ms. Parker did not answer nor has she returned this call or email. Ms. Parker contacted Union counsel at 7:19pm on Thursday to discuss the aforementioned email, counsel was unavailable. Counsel returned a phone call at 9pm, Ms. Parker was working on a flight, was unavailable, and would call the following morning. Counsel made another attempt to speak with Ms. Parker at 11:33am on Friday, also unsuccessful. The flight schedule informs us that Ms. Parker was on several working flights yesterday. As of this email, Ms. Parker has not expressed willingness to testify at trial nor availability for deposition this weekend.

**Brett Navarez:**
A Union representative called Mr. Navarez at 1607 on Thursday, a voicemail was left. Mr. Navarez was then emailed the Court's Order along with Plaintiff's request for deposition availability and service of process. Mr. Navarez returned phone communications with the Union at 1644 on Thursday, stating that he was not willing to testify at trial in any manner and was unwilling to sit for deposition on the Holiday weekend.

**Brian Talburt:**
A Union representative called Mr. Talburt at 1605 on Thursday, a voicemail was left. Mr. Talburt was then emailed the Court's Order along with Plaintiff's request for deposition availability and service of process. Mr. Talburt responded to the Union agent at 1656 on Thursday, informing the Union that he was not willing to testify at trial in any manner and was unwilling to sit for deposition this weekend. Mr. Talburt further communicated with the Union agent at 7:38am this morning that he would like to speak with Union counsel, but would not be available until 1500 as he was on a working flight.

Sincerely, Adam Greenfield

On Fri, Jul 1, 2022 at 11:52 AM Matthew B. Gilliam <mbg@nrtw.org> wrote:
> Good morning,
>
> We intend to file a status report with the Court early this afternoon regarding Southwest's and Local 556's efforts to communicate with Brian Talburt, Brett Nevarez, and Jessica Parker to schedule their live or remote appearance at trial or, for Talburt and Nevarez, their deposition. Presumably Southwest and Local 556 have communicated with these

employees and/or know their schedules to locate them for the purposes of facilitating subpoena service. Please contact us and provide us with this information and let us know when and where a process server can meet these individuals to serve them and provide us with times when Talburt and Nevarez will be available for their deposition. If we don't receive this information by 1pm, we will proceed to file our status report with the Court.

Thanks,
Matt Gilliam

**Matthew B. Gilliam**
Staff Attorney (*admitted and licensed to practice only in New York and West Virginia*)
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Ste. 600, Springfield, VA 22160
O: 703-770-3339  F: 703-321-9319
Email: mbg@nrtw.org  Web: www.nrtw.org

**NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be legally privileged.  If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it.**

**From:** McKeeby, Paulo B. <PMcKeeby@reedsmith.com>
**Sent:** Thursday, June 30, 2022 5:35 PM
**To:** Matt Hill <mhill@pryorandbruce.com>
**Cc:** Matthew B. Gilliam <mbg@nrtw.org>; Bobby Pryor <bpryor@pryorandbruce.com>; Morris, Brian K. <BMorris@reedsmith.com>; agreenfield@candglegal.com; ecloutman@lawoffices.email
**Subject:** RE: Carter v. Southwest and Local 556 - Service and depositions of witnesses

My understanding is that Ms. Lacore is currently at Southwest's corporate offices and that she will be at home this evening and tomorrow.  She has been advised not to avoid service of process.

Southwest has sent email messages to Nevarez, Parker and Talburt asking if they intend to come to Dallas for trial, if they prefer to appear at trial remotely, or if they prefer to appear for a remote deposition this weekend.  I understand the union is making similar inquires.  When I hear back from them, I will let you know.

**Paulo B. McKeeby**
Partner
Labor & Employment

pmckeeby@reedsmith.com
469-680-4227

**Reed Smith LLP**

2850 N. Harwood Street
Suite 1500
Dallas, TX 75201
T: +1 469 680 4200
F: +1 469 680 4299
www.reedsmith.com

**From:** Matt Hill <mhill@pryorandbruce.com>
**Sent:** Thursday, June 30, 2022 2:44 PM
**To:** McKeeby, Paulo B. <PMcKeeby@reedsmith.com>; Morris, Brian K. <BMorris@reedsmith.com>; agreenfield@candglegal.com; ecloutman@lawoffices.email
**Cc:** Matthew B. Gilliam (mbg@nrtw.org) <mbg@nrtw.org>; Bobby Pryor <bpryor@pryorandbruce.com>
**Subject:** Carter v. Southwest and Local 556 - Service and depositions of witnesses

EXTERNAL E-MAIL - From mhill@pryorandbruce.com

Gentlemen,

Pursuant to the order the court just entered, Paulo and Brian, please let us know where Ms. Lacore is today so we may send a process server to serve her, and please ensure that she accepts the service.  We need to do this this afternoon.

All, will Nevarez, Talburt, and Parker appear live or remotely at trial?  If not, please let us know today when Saturday or Sunday they are available for remote deposition.  We will prepare subpoenas once we have a time, and we will need your assistance in ensuring they are served by arranging for them to meet with a process server or letting us know when they will be at a particular location and available for service.

Time is of the essence on these requests since all of this must happen very quickly.

Thank you,
Matt

Matt Hill
Of Counsel
Pryor & Bruce
302 N. San Jacinto
Rockwall, Texas 75087
Telephone:  (972) 771-3933
Cell:  (214) 562-5353
www.pryorandbruce.com

CONFIDENTIALITY NOTICE: The information in this email (and attachments) is confidential and may be protected by various privileges, including the attorney-client and attorney work product privileges. This email is intended to be reviewed only by the individual or organization for whom the author intended the message. If you are not such person, you are hereby notified that any review, dissemination or copying of this email is prohibited. If you have received this email in error, please immediately notify the sender and delete this email from your system.  Thank you.

> External Signed
>
> * * *
>
> This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.
>
> Disclaimer Version RS.US.201.407.01

--
Thanks, Adam Greenfield

Law Offices of Cloutman & Greenfield, PLLC
3301 Elm Street
Dallas, TX 75226
Office: 214-939-9223
Cell: 214-642-7486

*Board Certified Specialist*
*in Labor & Employment Law,*
*Texas Board of Legal Specialization*

--
Thanks, Adam Greenfield

Law Offices of Cloutman & Greenfield, PLLC
3301 Elm Street
Dallas, TX 75226
Office: 214-939-9223
Cell: 214-642-7486

*Board Certified Specialist*
*in Labor & Employment Law,*
*Texas Board of Legal Specialization*