UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLENE CARTER, § § § Plaintiff, § § V. § § SOUTHWEST AIRLINES CO., AND § TRANSPORT WORKERS UNION OF § AMERICA, LOCAL 556, § § § Defendants. § § § § | CIVIL CASE NO. 3:17-CV-02278-X |

**TWU LOCAL 556'S RESPONSE TO PALINTIFF'S
MOTION FOR LEAVE TO FILE SUPPLEMENTAL TRIAL EXHIBITS**

TWU Local 556 opposes Plaintiff's Motion for Leve to File Supplemental Trial Exhibits as the request is outside of the parameters set by the Court's pre-trial Order, prejudices Defendant Unions ability to prepare for trial, and seeks to introduce irrelevant documents.

On the eve of trial, Plaintiff have sought leave to take numerous depositions outside of the discovery window, add exhibits, as well as extend the time they believe they deserve to present their case. The continuously moving target creates undue prejudice on Defendant's ability to prepare for trial.

Furthermore, the exhibits, namely Proposed Trial Exhibits 140-145 are irrelevant to the case as they bear no weight on the legitimacy of Plaintiff's termination. The proposed exhibits are emails from a Union member who supported the Stone presidential campaign, not a Union Agent, and not a Union Executive Board Member. As such, the actions of this union member are irrelevant

to the actions of the Union and cannot be imported upon the Union for purposes of liability. Even if tangentially relevant, the potential prejudice substantially outweighs any probative value of the exhibits. Plaintiff intends to use these exhibits to show motive of the Union through the actions of a non-union agent. This lawsuit is about the actions of Charlene Carter, her subsequent termination, and the Union's role in that termination. This lawsuit is not about the actions of Mr. Talburt, who has not been sued, and is not an agent of the Union.

Dated: July 1, 2022                                                  Respectfully submitted,

*/s/ Edward B. Cloutman, III*_____                  */s/ Adam S. Greenfield*_____
Edward B. Cloutman, III                                           Adam S. Greenfield
State Bar No. 04411000                                            State Bar No. 240 754 94
ECLOUTMAN@LAWOFFICES.EMAIL              AGREENFIELD@CANDGLEGAL.COM

Law Offices of Ed Cloutman, L.L.C.                        Cloutman & Greenfield, PLLC
618 Largent Ave.,                                                        6217 Bryan Parkway
Dallas, TX  75214                                                       Dallas, TX  75214
Phone 214.232.9015                                                  Phone 214.642.7486

**ATTORNEYS FOR DEFENDANT TWU LOCAL 556**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been filed via the Court's ECF system and all counsel of record have been served on this 1st day of July, 2022.

*/s/ Adam S. Greenfield*_____
Adam S. Greenfield