UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | Civil Case No. 3:17-cv-02278-X |

## CARTER'S DEPOSITION DESIGNATIONS FOR MELISSA BURDINE

Pursuant to this Court's requests and instructions at the June 16, 2022 pretrial conference, Plaintiff Charlene Carter hereby submits Deposition Designations for Melissa Burdine.[1] Carter received copies of Ms. Burdine's deposition transcript on Friday, July 1, 2022 at 7:48 a.m. CT.

### Deposition Testimony Designation

Carter submits the following deposition designations in the event this witness's live testimony cannot be secured:

**Deposition of Melissa Burdine**

| |
|---|
| 6:25-7:8 |
| 20:14-15 |
| 20:19-21:1 |
| 21:4-22:17 |
| 22:20-24 |

---

[1] Transcript of June 16, 2022 Pretrial Conference, Tr.164:19-165:18.

**Carter's Deposition Designations for Melissa Burdine - Page 1**

| |
|---|
| 29:9-18[2] |
| 31:22-32:25 |
| 35:12-19 |
| 36:6-17 |
| 37:4-22 |
| 38:14-40:9 |
| 40:22-41:21 |

DATED: July 1, 2022                                             Respectfully submitted,


/s/ Matthew B. Gilliam
Matthew B. Gilliam (*admitted pro hac vice*)
New York Bar No. 5005996
c/o National Right to Work Legal Defense
Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Phone:  703.321.8510
Facsimile:  703.321.9319
mbg@nrtw.org

Bobby G. Pryor
State Bar No. 16373720
bpryor@pryorandbruce.com
Matthew D. Hill, Of Counsel
State Bar No. 24032296
mhill@pryorandbruce.com
PRYOR & BRUCE
302 N. San Jacinto
Rockwall, TX 75087
Telephone: (972) 771-3933
Facsimile: (972) 771-8343


**ATTORNEYS FOR PLAINTIFF
CHARLENE CARTER**

---

[2] For this designation and the designations below it, Carter reserves the right to present such testimony if Carter's objections to the admissibility of evidence relating to the Last Chance Agreement are overruled.

**Carter's Deposition Designations for Melissa Burdine - Page 2**

## Certificate of Service

I hereby certify that on July 1, 2022, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Matthew B. Gilliam