UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | Civil Case No. 3:17-cv-02278-X |

## CARTER'S DEPOSITION DESIGNATIONS
## FOR BRIAN TALBURT

Pursuant to this Court's requests and instructions at the June 16, 2022 pretrial conference, Plaintiff Charlene Carter hereby submits Deposition Designations for Brian Talburt.[1] Carter received a copy of Mr. Talburt's deposition transcript on Monday, July 4, 2022 at 10:02 a.m. CT.

### Deposition Testimony Designation

Carter submits the following deposition designations in the event this witness's live testimony cannot be secured:

**Deposition of Brian Talburt**

| |
|---|
| 6:1-7:2 |
| 7:3-7:8 |
| 8:20-13:6 |
| 13:10-15:1 |
| 15:6-12 |
| 17:23-18:5 |
| 19:5-23 |
| 20:3-21:4 |

---

[1] Transcript of June 16, 2022 Pretrial Conference, Tr.164:19-165:18.

**Carter's Deposition Designations for Brian Talburt - Page 1**

| |
|---|
| 21:5-11 |
| 21:12-26:10 |
| 26:19-27:22 |
| 27:25-32:1 |
| 32:5-34:3 |
| 34:9-19 |
| 35:11-37:19 |
| 37:22-38:25 |
| 39:14-40:14 |
| 40:16-25 |
| 42:2-44:15 |
| 44:16-20 |
| 44:22-24 |
| 44:25-45:3 |
| 45:5-13 |
| 47:7-47:9 |
| 47:13-50:8 |
| 52:13-52:23 |
| 53:6-54:10 |
| 54:24-55:3 |
| 55:15-55:24 |
| 57:6-60:6 |
| 60:14-61:20 |
| 62:3-64:9 |
| 64:12-65:24 |
| 66:4-66:13 |
| 66:25-67:17, 67:19 |
| 68:16-68:20 |
| 69:7-12 |
| 69:14-72:4 |
| 72:11-15 |
| 74:19-76:13 |
| 76:14-77:19 |
| 77:20-78:19 |
| 78:25-79:3 |
| 79:7-79:25 |
| 80:5-81:10 |
| 81:18-83:19 |
| 84:20-85:4 |
| 85:10-87:9 |
| 87:10-87:15 |
| 88:4-89:6 |
| 89:8-91:17 |
| 91:19-23 |
| 92:5-92:11 |

**Carter's Deposition Designations for Brian Talburt - Page 2**

| |
|---|
| 92:16-92:21 |
| 93:8-94:11 |
| 94:24-96:2 |
| 96:5-97:10, 97:12 |
| 97:14-98:8 |
| 98:10-99:15 |
| 99:17-101:10 |
| 101:16-101:24 |
| 102:23-103:3 |
| 103:23-107:16 |
| 107:24-108:17 |
| 109:11-109:19 |
| 110:20-111:1 |
| 111:4-111:17 |
| 111:24-113:11 |
| 113:26-116:7 |
| 116:10-118:5 |
| 118:11-23 |
| 119:4-21 |
| 119:23-120:12 |
| 120:16-19 |
| 121:1-123:11 |
| 123:13-125:16 |
| 126:13-128:25 |
| 129:3-129:24 |
| 130:20-141:4 |
| 141:12-145:2 |
| 146:2-147:14 |
| 147:15-19 |
| 151:1-154:4[2] |
| 154:8-9 |
| |

DATED: July 5, 2022            Respectfully submitted,


                               */s/* Matthew B. Gilliam
                               Matthew B. Gilliam (*admitted pro hac vice*)
                               New York Bar No. 5005996
                               c/o National Right to Work Legal Defense
                               Foundation, Inc.

---

[2] For this designation, Carter reserves the right to present such testimony if Carter's objections to the admissibility of evidence relating to the Last Chance Agreement are overruled.

**Carter's Deposition Designations for Brian Talburt - Page 3**

8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Phone: 703.321.8510
Facsimile: 703.321.9319
mbg@nrtw.org

Bobby G. Pryor
State Bar No. 16373720
bpryor@pryorandbruce.com
Matthew D. Hill, Of Counsel
State Bar No. 24032296
mhill@pryorandbruce.com
PRYOR & BRUCE
302 N. San Jacinto
Rockwall, TX 75087
Telephone: (972) 771-3933
Facsimile: (972) 771-8343

**ATTORNEYS FOR PLAINTIFF
CHARLENE CARTER**

## Certificate of Service

I hereby certify that on July 5, 2022, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Matthew B. Gilliam