**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**Dallas Division**

| | |
|---|---|
| CHARLENE CARTER,<br><br>    Plaintiff,<br><br>V.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>    Defendants. | Civil Case No. 3:17-cv-02278-X<br><br><br>**NOTICE REGARDING COMPLIANCE WITH THE COURT'S INSTRUCTIONS FOR FILING DEPOSITION DESIGNATIONS FOR BRIAN TALBURT** |

Plaintiff Charlene Carter ("Carter"), by and through her undersigned attorneys, hereby gives notice to the Court of her compliance with the Court's request at the June 16, 2022 pretrial conference to file deposition designations for witness Brian Talburt.[1]

Carter further states that she received copies of Talburt's deposition transcript on Monday, July 4, 2022 at 10:02 a.m. CT. Pursuant to the Court's May 24, 2022 Amended Order, Carter has attached the full deposition for Brian Talburt to this notice.[2]

Dated: July 5, 2022        Respectfully submitted,

                s/ Matthew B. Gilliam
                Mathew B. Gilliam (*admitted pro hac vice*)
                New York Bar No. 5005996
                *mbg@nrtw.org*
                c/o National Right to Work Legal Defense
                Foundation, Inc.
                8001 Braddock Road, Suite 600
                Springfield, Virginia 22160
                Tel: 703-321-8510

---

[1] Transcript of June 16, 2022 Pretrial Conference, Tr.164:19-165:18.
[2] Dkt. No. 236, p.3 ¶b.

Fax: 703-321-9319

Bobby G. Pryor
State Bar No. 16373720
bpryor@pryorandbruce.com
Matthew D. Hill, Of Counsel
State Bar No. 24032296
mhill@pryorandbruce.com
PRYOR & BRUCE
302 N. San Jacinto
Rockwall, TX 75087
Telephone: (972) 771-3933
Facsimile: (972) 771-8343


*Attorneys for Plaintiff Charlene Carter*

2

**Certificate of Service**

I hereby certify that on July 5, 2022, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Matthew B. Gilliam