```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   DALLAS DIVISION

CHARLENE CARTER,              )
                              )
    Plaintiff,                )
                              )
VS.                           ) CIVIL ACTION
                              )
SOUTHWEST AIRLINES CO.,       ) NO.: 3:17-cv-02278-X
AND TRANSPORT WORKERS         )
UNION OF AMERICA, LOCAL       )
556,                          )
                              )
    Defendants.               )
```

  -------------------------------------

       CERTIFICATE OF NONAPPEARANCE OF

               BRETT NEVAREZ

                JULY 4, 2022

  -------------------------------------

CERTIFICATE OF NONAPPEARANCE FOR THE DEPOSITION OF BRETT NEVAREZ was taken in the above-styled and numbered cause on July 4, 2022, via Zoom Videoconference, before Melody A. Monk, CSR in and for the State of Texas, reported by machine shorthand, pursuant to the Federal Rules of Civil Procedure, and the provisions stated on the record or attached hereto.

```
                                                              Page 2
 1                    A P P E A R A N C E S
 2       (All parties appearing via Zoom Videoconference)
 3
     FOR THE PLAINTIFF:
 4
           MATT HILL
 5         Pryor & Bruce
           302 North San Jacinto
 6         Rockwall, Texas 75087
           972.771.3933
 7         Mhill@pryorandbruce.com
 8         MATTHEW B. GILLIAM
           National Right to Work Legal Defense
 9              Foundation, Inc.
           8001 Braddock Road, Suite 600
10         Springfield, Virginia 22160
           703.321.8510
11         Mbg@nrtw.org
12
13
     FOR THE DEFENDANT SOUTHWEST AIRLINES CO.:
14
           PAULO B. MCKEEBY
15         Reed Smith
           2850 North Harwood Street
16         Suite 1500
           Dallas, Texas 75201
17         Pmckeeby@reedsmith.com
18
19
     FOR THE DEFENDANT TRANSPORT WORKERS UNION OF
20   AMERICA:
21         EDWARD B. CLOUTMAN, III
           Law Offices of Edward Cloutman III
22         3301 Elm Street
           Dallas, Texas 75226
23         214.232.9015
           Ecloutman@lawoffices.email
24
25
```

Page 3

1        ADAM S. GREENFIELD
         Cloutman & Greenfield, PLLC
2        3301 Elm Street
         Dallas, Texas 75226
3        Agreenfield@candglegal.com

4    ALSO PRESENT:
         Lisa Block, Videographer
5        Charlene Carter
         Chris Maberry

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

 1            MR. HILL:  My name is Matt Hill.  I
 2   represent Charlene Carter.
 3            Can other counsel state their
 4   appearances.
 5            MR. MCKEEBY:  Paulo McKeeby for
 6   defendant Southwest Airlines.
 7            MR. GREENFIELD:  Adam Greenfield on
 8   behalf of Transport Workers Union Local 556, and
 9   Edward Cloutman, III is here as well.  We are both
10   in Dallas, Texas.
11            MR. HILL:  We are here for the
12   deposition of Brett Nevarez.  It has been noticed
13   for 1 o'clock Central Time on July 4th of 2022 via
14   Zoom with a link included in the notice of
15   deposition.  In addition to that, Mr. Nevarez,
16   Mr. Brett Nevarez, a Southwest employee, was sent
17   a subpoena that was delivered on Friday,
18   July 1st -- let me make sure that's right.
19            MR. MCKEEBY:  It is.
20            MR. HILL:  July 1st.
21            MR. MCKEEBY:  I think that's what you
22   represented previously.
23            MR. HILL:  Yes.
24            We will file a -- an affidavit of, of
25   service with respect to that.  We all were here at

Page 5

1  1 o'clock at the -- 1 o'clock Central at the
2  noticed time and Mr. Nevarez was not on the call.
3  We all waited until 2 o'clock -- 2:15, I'm sorry,
4  and Mr. Nevarez never did arrive for the
5  deposition.
6           As a result, we are taking a
7  certificate of nonappearance. We'll seek
8  appropriate relief with the Court.
9           MR. MCKEEBY: You'll seek appropriate
10 what?
11          MR. HILL: Relief from the Court.
12          MR. MCKEEBY: Well, we will address
13 the efforts that Southwest, both through its
14 outside counsel and internally, made to secure the
15 attendance of Mr. Nevarez at the deposition, and I
16 think the union did as well, but we will do so in
17 response to whatever appropriate relief plaintiff
18 seeks.
19          MR. HILL: Right.
20          MR. GREENFIELD: The union echos that
21 sentiment.
22          MR. HILL: Nothing further from me.
23          MR. MCKEEBY: Nothing further from me.
24          MR. GREENFIELD: Nothing further here.
25          THE REPORTER: Does anyone want to

1    purchase a copy?
2             MR. MCKEEBY:  No.
3             MR. GREENFIELD:  No, thank you.
4             (Proceedings concluded).
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

1  STATE OF TEXAS        )

2  COUNTY OF DALLAS      )

3

4         I, Melody A. Monk, Certified Shorthand

5  Reporter, duly qualified in and for the State of

6  Texas, certify that the foregoing pages

7  constitutes a full, true and correct transcript of

8  the proceedings had before me.

9

10         I further certify that I am neither

11  counsel for, nor related to, any parties in this

12  cause and am not financially interested in the

13  outcome.

14

15         GIVEN UNDER MY HAND OF OFFICE on this July

16  4, 2022.

17

18

19

20                            _____
                              Melody A. Monk, RPR
                              Texas CSR No. 3613
21                            Expires 10.21.2022

22

23  MELODY MONK REPORTING
    Firm Registration No. 10821
24  1999 McKinney Avenue, No. 1404
    Dallas, Texas 75201
25  888.988.5317 (phone and fax)