UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| Charlene Carter,<br><br>Plaintiff,<br><br>v.<br><br>Southwest Airlines Co., and Transport Workers Union of America, Local 556,<br><br>Defendants. | Civil Case No. 3:17-cv-02278-X |

**DEFENDANT SOUTHWEST AIRLINES CO.'S OBJECTIONS TO CHARLENE CARTER'S DEPOSITION DESIGNATIONS FOR MELISSA BURDINE**

Defendant Southwest Airlines Co. ("Southwest") hereby makes the following objections to Charlene Carter's ("Carter") deposition designations for Melissa Burdine ("Burdine"):

| Melissa Burdine Deposition Designations and Objections | | |
|---|---|---|
| **Designation** | **Objectionable Excerpt** | **Objections** |
| 20:14-15<br>20:19-21:1<br>21:4-22:17<br>22:20-20:24 | 20:14-15<br>20:19-21:1<br>21:4-22:17<br>22:20-20:24 | 1. Burdine's opinion regarding as to whether Carter engaged in unlawful conduct is irrelevant to the issues in this case.<br><br>2. Burdine was not involved in the decision to terminate Carter's employment and thus her opinion regarding the legality of Carter's conduct is irrelevant to this case.<br><br>3. Burdine's opinion regarding whether Carter engaged in unlawful conduct is speculative and an improper topic for lay witness testimony. |

1

| Melissa Burdine Deposition Designations and Objections | | |
|---|---|---|
| **Designation** | **Objectionable Excerpt** | **Objections** |
| 31:22-32:25 | 31:22-32:17 | 1. The cited testimony consists counsel's recitation of the terms of the referenced exhibit (Last Chance Agreement), which speaks for itself. |
| 35:12-19 | 35:12-19 | 1. The cited portion of the transcript regarding the Last Chance Agreement is incomplete and improperly omits relevant testimony (*see* 35:20-36:4).<br><br>2. Testimony regarding whether unspecified employees who engaged in unspecified misconduct during an unspecified time period received back pay in connection with a Last Chance Agreement is inadmissible and irrelevant. Indeed, the Court's motion in limine order properly excludes evidence related to Southwest's treatment of other employees. Dkt. No. 292 at 20-22. |

Dated: July 5, 2022

Respectfully submitted,

/s/ Paulo B. McKeeby
Paulo B. McKeeby
State Bar No. 00784571
Brian K. Morris
State Bar No. 24108707
**REED SMITH LLP**
2850 N. Harwood Street
Suite 1500
Dallas, Texas 75201
Phone: 469-680-4200
Facsimile: 469-680-4299
pmckeeby@reedsmith.com
bmorris@reedsmith.com

**ATTORNEYS FOR DEFENDANT
SOUTHWEST AIRLINES CO.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been filed via the Court's ECF system and all counsel of record have been served on this 5th day of July, 2022.

/s/ Paulo B. McKeeby
Paulo B. McKeeby