## I.     Union's Efforts to Produce Witnesses:

**Jessica Parker:**
A Union representative called Ms. Parker at 1604 on Thursday June 30th, a voicemail was left. Ms. Parker was then emailed the Court's Order along with Plaintiff's request for deposition availability and service of process. Ms. Parker did not answer nor has she returned this call or email. Ms. Parker then contacted Union counsel at 7:19pm on Thursday June 30th to discuss the aforementioned email, counsel was unavailable. Counsel returned a phone call at 9pm, Ms. Parker was working on a flight, was unavailable, and would call the following morning. Counsel made another attempt to speak with Ms. Parker at 11:33am on Friday July 1, also unsuccessful. The flight schedule informs us that Ms. Parker was on several working flights On Friday, July 1. As of this email, Ms. Parker has not expressed willingness to testify at trial. Plaintiff's abandoned efforts to depose Ms. Parker.

**Brett Navarez:**
A Union representative called Mr. Navarez at 1607 on Thursday June 30, a voicemail was left. Mr. Navarez was then emailed the Court's Order along with Plaintiff's request for deposition availability and service of process. Mr. Navarez returned phone communications with the Union at 1644 on Thursday June 30, stating that he was not willing to testify at trial in any manner and was unwilling to sit for deposition on the Holiday weekend. Plaintiff's were allegedly able to serve a deposition subpoena, and informed Defendants of the service. On July 1, the Union sent another email to Mr. Navarez, explaining his Ordered attendance and that the Union requests and supports his appearance. The Union did not receive a response. The Union then made multiple phone call on July 3 and 4 to confirm Mr. Navarez's attendance at his deposition, but Mr. Navarez did not answer his phone.

**Brian Talburt:**
A Union representative called Mr. Talburt at 1605 on Thursday June 30, a voicemail was left. Mr. Talburt was then emailed the Court's Order along with Plaintiff's request for deposition availability and service of process. Mr. Talburt responded to the Union agent at 1656 on Thursday June 30, informing the Union that he was not willing to testify at trial in any manner and was unwilling to sit for deposition this weekend. On July 1, the Union sent another email to Mr. Talburt, explaining his Ordered attendance and that the Union requests and supports his appearance. Mr. Talburt further communicated with the Union agent at 7:38am July 1, stating that he would like to speak with Union counsel, but would not be available until 1500 as he was on a working flight. Counsel spoke with Mr. Talburt that evening and he was able to sit for deposition on July 3, 2022.