UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:17-CV-2278-X |
| | § | |
| TRANSPORT WORKERS UNION | § | |
| OF AMERICA, LOCAL 556, and | § | |
| SOUTHWEST AIRLINES CO., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER COMPELLING BRETT NEVAREZ TO SIT FOR A DEPOSITION

The Court hereby ORDERS Mr. Brett Nevarez to appear for a deposition by 11:59 pm CST on Wednesday, July 6, 2022 by Zoom or similar technology. The deposition shall not last longer than 90 minutes.

The Court ORDERS Defendants Southwest and Local 556 to make Mr. Nevarez available for deposition by that time. If Defendants Southwest and Local 556 fail to do so, the Court will consider all appropriate remedies, including sanctions.

If Mr. Nevarez refuses to comply with this Order, the Court will consider all appropriate remedies, including finding Mr. Nevarez in contempt of court for failure to follow multiple court orders. Contempt is punishable by anything ranging from monetary fine to imprisonment.

**IT IS SO ORDERED** this 5th day of July, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE