UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLENE CARTER, § § § *Plaintiff*, § § v. § § TRANSPORT WORKERS UNION § OF AMERICA, LOCAL 556, and § SOUTHWEST AIRLINES CO., § § *Defendants*. § | Civil Action No. 3:17-CV-2278-X |

## ORDER

### Jessica Parker

For Miss Parker, the Court ruled on and considered the parties' objections from the joint status report.

| Deposition Designation objections based on | Ruling |
|---|---|
| 12:10-15:2 | Overruled |
| 12:10-15:2 AND 15:10-18 | Overruled |
| 15:23-17:20 | Overruled |
| 18:1-3 and 19:5-21:20 | Overruled except Sustained as to 19:15-25 on outside scope |
| 18:1-3 And 19:5-21:20 | Sustained |
| 23:5-25 | Carter withdrew designation for 23:24-25 |
| 27:1-31:21 | Overruled |
| 28:16-31:25 | Carter withdrew duplicative designation at 28:16-31:25 |

### Brian Talburt

| Deposition Designation objections based on | Ruling |
|---|---|
| Entire deposition | Overruled |

| | |
|---|---|
| Everything after page 73, line 19 | Overruled. The Court never limited Talburt's deposition to 1 hour. |
| 8:20-13:6, 13:10-15:1, 15:6-12 | Overruled except strike improper implication. |
| 17:23-18:5 | Overruled |
| 19:5-23 | Overruled |
| 21:12-26:10 | Overruled |
| 26:19-27:22 | Overruled |
| 27:25-32:1 | Overruled |
| 27:25-32:1, 32:5-34:3, 34:9-19, 35:11-37:19 | Overruled |
| 37:22-38:25, 39:14-40:14, 40:16-25, 42:2-44:15 | Overruled |
| 44:16-20, 44:22-24, 44:25-45:3, 45:5-13 | Overruled |
| 47:7-9, 47:13-50:8 | Overruled |
| 52:13-52:23, 53:6-54:10 | Overruled |
| 54:24-55:3, 55:15-24, 57:6-60:6 | Overruled |
| 60:14-61:20 | Sustained |
| 62:3-64:9, 64:12-65:24, 66:4-6 | Overruled except sustained as to counsel "testimony" and argument |
| 66:25-67:17, 67:19, 68:16-20, 69:7-12, 69:14-72:4, 72:11-15 | Overruled |
| 78:25-79:3, 79:7-25, 80:5-81:10, 81:18-83:19, 84:20-85:4, 85:10-87:9 | Overruled |
| 92:16-21, 93:8-94:11, 94:24-96:2, 96:5-97:10, 97:12, 97:14-98:8, 99:10-15, 99:17-101:10, 101:16-101:24 | Overruled |
| 102:23-103:3, 103:23-107:16 | Overruled |
| 109:11-19 | Overruled |
| 118:11-23, 119:4-21 | Overruled |
| 119:23-120:12, 120:16-19 | Overruled |
| 121:1-123:11, 123:13-125:16 | Overruled |
| 126:13-128:25 | Overruled |
| 130:20-141:4, 141:12-145:2 | Overruled |
| 146:2-147:19, 151:1-154:4 | Overruled |

**IT IS SO ORDERED** this 6th day of July, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE