UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER,<br><br>*Plaintiff*,<br><br>v.<br><br>TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556, and SOUTHWEST AIRLINES CO.,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:17-CV-2278-X |

**ORDER ON OBJECTIONS TO DEPOSITION DESIGNATIONS FOR WITNESS BRENDAN CONLON**

**Brendan Conlon**

| Designation | Objectionable Excerpt | Ruling |
|---|---|---|
| 11:24-12:12 | 11:24-12:12 | OVERRULED |
| 12:19-13:3 | 12:19-13:3 | OVERRULED |
| 13:8-15 | 13:8-15 | OVERRULED |
| 13:23-14:13 | 13:23-14:13 | OVERRULED |
| 15:4-7 | 15:4-7 | OVERRULED |
| 15:21-16:9<br>16:12-13<br>16:23-17:12<br>17:15-21<br>17:23-18:2 | 15:21-16:9<br>16:12-13<br>16:23-17:12<br>17:15-21<br>17:23-18:2 | OVERRULED |
| 18:6-25<br>19:3-9 | 18:6-25<br>19:3-9 | OVERRULED |

| | | |
|---|---|---|
| 19:12-20:20<br>20:23-21:14 | 19:12-20:20<br>20:23-21:14 | OVERRULED |
| 21:16-22:25<br>23:4-13<br>23:17-24:19<br>24:23-25:2<br>25:4-29:25 | 21:16-22:25<br>23:4-13<br>23:17-24:19<br>24:23-25:2<br>25:4-29:25 | OVERRULED |
| 23:17-24:19<br><br>24:23-25:2<br>25:4-29:25<br>30:4-6 | 23:17-24:19<br><br>24:23-25:2<br>25:4-29:25<br>30:4-6 | OVERRULED except as to testimony and argument from counsel, which shall be struck. |
| 33:20-23<br>34:2-5<br>34:7-16<br>34:19-22<br>34:25 | 33:20-23<br>34:2-5<br>34:7-16<br>34:19-22<br>34:25 | OVERRULED |
| 38:4-13<br>38:17-20<br>38:24-39:4<br>39:7 | 38:4-13<br>38:17-20<br>38:24-39:4<br>39:7 | OVERRULED |
| 40:9-12<br>40:14-17<br>40:19-41:7<br>41:10-13<br><br>41:15-19<br>41:21-42:10 | 40:9-12<br>40:14-17<br>40:19-41:7<br>41:10-13<br><br>41:15-19<br>41:21-42:10 | OVERRULED |

**IT IS SO ORDERED** this 7th day of July, 2022.

________________________________
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE