UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:17-CV-2278-X |
| | § | |
| TRANSPORT WORKERS UNION | § | |
| OF AMERICA, LOCAL 556, and | § | |
| SOUTHWEST AIRLINES CO., | § | |
| | § | |
| Defendants. | § | |

# ORDER COMPELLING BRETT NEVAREZ TO ATTEND SHOW CAUSE HEARING FOR FAILURE TO FOLLOW MULTIPLE COURT ORDERS

The Court hereby **ORDERS** Mr. Brett Nevarez to personally attend a **SHOW CAUSE** hearing for his failure to comply with multiple court orders—specifically, for failure to obey court orders requiring him to sit for a deposition in this case. The hearing will occur at 8:30am on Friday, July 8, 2022 at the Earle Cabell Federal Courthouse in Dallas, Texas.

Plaintiff Charlene Carter served Mr. Nevarez a subpoena to sit for a deposition on July 4, 2022. Mr. Nevarez did not appear. Defendants Southwest and Local 556 have represented to the Court that they have been so far unable to produce Mr. Nevarez. On July 5, the Court filed an order compelling Mr. Nevarez to sit for a deposition in this matter by Wednesday, July 6, at 11:59 pm.

Mr. Nevarez did not obey the Court's orders and did not sit for a deposition. He shall therefore **SHOW CAUSE** for his failure to obey multiple court orders at the

hearing tomorrow, July 8. In lieu of a personal appearance, Mr. Nevarez may file a sworn response to this order before the time of the hearing explaining his failure to obey court orders and sit for a deposition. If Mr. Nevarez obeys this Court's prior orders and completes his deposition before the time of the hearing, then the Court will excuse his prior non-compliance and he does not need to show cause for his failure to sit for a deposition.

Mr. Nevarez **IS WARNED** that continued failure to obey this Court's orders may result in being held in **CONTEMPT OF COURT** under Federal Rule of Civil Procedure 45(g).

Counsel for defendants **ARE ORDERED** to jointly, immediately email this order to Mr. Nevarez and to advise counsel for Carter of the whereabouts of Mr. Nevarez. Counsel for Carter are **ARE ORDERED** to personally serve this order on Mr. Nevarez wherever he may be found.

**IT IS SO ORDERED** this 7th day of July, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE