UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 3:17-CV-2278-X |
| TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556, and SOUTHWEST AIRLINES CO., | § § § § § | |
| *Defendants.* | § § | |

## ORDER

**Nancy Cleburn**

The Court **OVERRULES** all but one of Southwest's objections to Nancy Cleburn's deposition testimony. Cleburn's testimony about the ACT Team's policies and procedures is relevant to Plaintiff Carter's claims and is based on personal knowledge. The Court **SUSTAINS** Southwest's objections as to 8:19–9:1 because Plaintiff Carter agreed to limine evidence about Southwest's treatment of other employees.

**IT IS SO ORDERED** this 7th day of July, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE