UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 3:17-CV-2278-X |
| TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556, and SOUTHWEST AIRLINES CO., | § § § § § | |
| *Defendants*. | § § | |

# ORDER COMPELLING BRETT NEVAREZ TO SIT FOR A REMOTE DEPOSITION TONIGHT, JULY 8, 2022 AT 8:00 PM CST

Yesterday, the Court ordered Mr. Brett Nevarez to personally attend a show cause hearing at 8:30 am today, Friday, July 8, 2022, at the Earle Cabell Federal Courthouse in Dallas, Texas for his failure to comply with multiple court orders. In lieu of a personal appearance, the Court allowed Mr. Nevarez to either file a sworn response to the show-cause order or sit for a deposition by 11:59 pm on July 7.

Mr. Nevarez did not personally attend the show-cause hearing, did not file a sworn response, and did not sit for a deposition. Instead, he provided the Court with a phone number to call him. The Court did so, with counsel present. During the phone call, Mr. Nevarez agreed to sit for a deposition tonight, July 8, 2022, at 8:00 pm CST.

The Court therefore **ORDERS** Mr. Nevarez to sit for a 90-minute, remote deposition tonight July 8, 2022 at 8:00 pm CST. If Mr. Nevarez does not obey this Order, the Court will consider any forthcoming motion to find Mr. Nevarez in **CONTEMPT OF COURT** and the Court will immediately refer that motion to the appropriate jurisdiction for enforcement by the United States Marshals.

Counsel for defendants **ARE ORDERED** to jointly, immediately email this order to Mr. Nevarez.

**IT IS SO ORDERED** this 8th day of July, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE