UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | Civil Case No. 3:17-cv-02278-X |

## CARTER'S DEPOSITION DESIGNATIONS
## FOR BRETT NEVAREZ

Pursuant to this Court's requests and instructions at the June 16, 2022 pretrial conference, Plaintiff Charlene Carter hereby submits Deposition Designations for Brett Nevarez.[1] Carter received a copy of Nevarez's deposition transcript on Saturday, July 9, 2022 at 1:31 p.m. CT.

**Deposition Testimony Designation**

Carter submits the following deposition designation for witness Brett Nevarez, whose live testimony could not be secured:

**Deposition of Brett Nevarez**

| |
|---|
| 7:7-12 |
| 8:25-9:13 |
| 9:16-10:7 |
| 11:6-17 |

DATED: July 10, 2022                                Respectfully submitted,


                                                    */s/* Matthew B. Gilliam

---

[1] Transcript of June 16, 2022 Pretrial Conference, Tr.164:19-165:18.

**Carter's Deposition Designations for Brett Nevarez - Page 1**

Matthew B. Gilliam (*admitted pro hac vice*)
New York Bar No. 5005996
c/o National Right to Work Legal Defense
Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Phone: 703.321.8510
Facsimile: 703.321.9319
mbg@nrtw.org

Bobby G. Pryor
State Bar No. 16373720
bpryor@pryorandbruce.com
Matthew D. Hill, Of Counsel
State Bar No. 24032296
mhill@pryorandbruce.com
PRYOR & BRUCE
302 N. San Jacinto
Rockwall, TX 75087
Telephone: (972) 771-3933
Facsimile: (972) 771-8343

**ATTORNEYS FOR PLAINTIFF
CHARLENE CARTER**

## Certificate of Service

I hereby certify that on July 10, 2022, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Matthew B. Gilliam