# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **CHARLENE CARTER,** § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | |
| § | |
| **SOUTHWEST AIRLINES CO., AND** § | **CIVIL CASE NO. 3:17-CV-** |
| **TRANSPORT WORKERS UNION OF** § | **02278-X** |
| **AMERICA, LOCAL 556,** § | |
| § | |
| § | |
| Defendants. § | |
| § | |
| § | |
| § | |

## DEFENDANT TWU LOCAL 556'S BRIEFING ON THE JURY CHARGE

Pursuant to the Court's Order, Defendant Objects to the proposed Jury Charge as found in the attached Exhibit 1. Jury Questions – Union Edits, and Exhibit 2. Jury Instructions – Union Edits.

Dated: July 10, 2022                                                          Respectfully submitted,

*/s/ Edward B. Cloutman, III*_____                        */s/ Adam S. Greenfield*_____
Edward B. Cloutman, III                                             Adam S. Greenfield
State Bar No. 04411000                                              State Bar No. 240 754 94
ECLOUTMAN@LAWOFFICES.EMAIL                   AGREENFIELD@CANDGLEGAL.COM

Law Offices of Ed Cloutman, L.L.C.                          Cloutman & Greenfield, PLLC
618 Largent Ave.,                                                         6217 Bryan Parkway
Dallas, TX  75214                                                        Dallas, TX  75214
Phone 214.232.9015                                                     Phone 214.642.7486

**ATTORNEYS FOR DEFENDANT TWU LOCAL 556**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been filed via the Court's ECF system and all counsel of record have been served on this 10th day of July, 2022.

>   */s/ Adam S. Greenfield*_____
>   Adam S. Greenfield