# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### Dallas Division

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| CHARLENE CARTER, | § | Civil Case No. 3:17-cv-02278-X |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | |
| SOUTHWEST AIRLINES CO., AND | § | |
| TRANSPORT WORKERS UNION OF | § | |
| AMERICA, | § | |
| LOCAL 556, | § | |
| | § | |
| | § | |
| **Defendants.** | | |

---

## SOUTHWEST AIRLINES CO.'S COUNTER DESIGNATIONS FOR BRETT NEVAREZ

---

Southwest Airlines Co. ("Southwest") hereby counter designates the following testimony from the deposition of Brett Nevarez (dkt. nos. 330, 330-1): **31:10-34:03**

Dated: July 11, 2022

Respectfully submitted,

*/s/ Paulo B. McKeeby*

Paulo B. McKeeby
State Bar No. 00784571
Brian K. Morris
State Bar No. 24108707
**REED SMITH LLP**
2850 N. Harwood Street
Suite 1500
Dallas, Texas 75201
Phone: 469-680-4200
Facsimile: 469-680-4299
pmckeeby@reedsmith.com
bmorris@reedsmith.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing document has been filed via the Court's ECF system and all counsel of record have been served on this 11th day of July, 2022.

*/s/ Paulo B. McKeeby*
Paulo B. McKeeby

US_ACTIVE-168011705.1