UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLENE CARTER,<br><br>*Plaintiff,*<br><br>v.<br><br>TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556, and SOUTHWEST AIRLINES CO.,<br><br>*Defendants.* | Civil Action No. 3:17-CV-2278-X |

# ORDER

Plaintiff Carter filed objections to Defendant Southwest's counter-designations of Brett Nevarez's deposition. The Court **OVERRULES** all of Carter's objections.

**IT IS SO ORDERED** this 11th day of July, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE