IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER | § | |
| | § | |
| v. | § | CASE NO. 3:17-CA-2278-X |
| | § | |
| SOUTHWEST AIRLINES CO., AND | § | |
| TRANSPORT WORKERS UNION OF | § | |
| AMERICA, LOCAL 556 | § | |

## CERTIFICATION OF TRIAL EXHIBITS

## FOR JURY DELIBERATIONS

I have reviewed the trial exhibits to be presented to the jury during the deliberations and and find that they are correct.

Date this __13th__ day of July, 2022.

_____         _____
Signature                                Signature

_____         _____
Matthew B. Hill                          Brian Morris
Printed Name of Counsel for Plaintiff    Printed Name of Counsel for Defendant

                                         _____
                                         Signature

                                         _____
                                         Edward B. Cloutman III
                                         Printed Name of Counsel for Defendant