Foreperson - ▉▉▉▉▉▉▉▉▉▉ Juror #1

Lunch 1 - 1:33

Going to 6 Pm Today

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHARLENE CARTER

V.                                         No.   3:17-CA-2278-X

SOUTHWEST AIRLINES CO., AND
TRANSPORT WORKERS UNION OF
AMERICA, LOCAL 556,

<u>JURY NOTE NO.</u>  1a

Missing Exhibit 41 Termination letter

_____
Jury Foreperson/Presiding Juror

Time received:  2:15 pm

Date received:  7/13/2022

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHARLENE CARTER

v.                                    No.   3:17-CA-2278-X

SOUTHWEST AIRLINES CO., AND
TRANSPORT WORKERS UNION OF
AMERICA, LOCAL 556,

## COURT'S RESPONSE TO JURY NOTE NO. 2

The termination letter came into evidence as Exhibit 115, which you have. At least at one point in trial, it was referred to as Exhibit 41. But Exhibit 115 is the proper exhibit.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

Time received: 2:40 pm

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHARLENE CARTER

v.                                   No.   3:17-CA-2278-X

SOUTHWEST AIRLINES CO., AND
TRANSPORT WORKERS UNION OF
AMERICA, LOCAL 556,

JURY NOTE NO. , 3

Question 7 —

1) The word "accommodate" — we are looking at Exhibit 10 (Southwest Airlines) and the jury charge page 16. We are needing further clarification of accommodation from the Union.

2) Is listening to a complaint considered an accommodation?

_Sidney Todd_
Jury Foreperson/Presiding Juror

Time received:   4:00
Date received:   7/13/2022

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHARLENE CARTER

v.                                              No.    3:17-CA-2278-X

SOUTHWEST AIRLINES CO., AND
TRANSPORT WORKERS UNION OF
AMERICA, LOCAL 556,

### COURT'S RESPONSE TO JURY NOTE NO. 3

The most guidance the law allows me to give you on an accommodation from the Union is Part C.4 on pages 18 and 19 of the instructions.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

Time received: 4:26 pm

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHARLENE CARTER

v.                              No.   3:17-CA-2278-X

SOUTHWEST AIRLINES CO., AND
TRANSPORT WORKERS UNION OF
AMERICA, LOCAL 556,

JURY NOTE NO. 4

Thursday - July 14 - Schedule
10 - 6
- We will pay for pizza, if can be delivered
- We will work through the day - Stop periodically for restroom breaks.
No scheduled breaks.

*Sidney Redd*
Jury Foreperson/Presiding Juror

Time received: _____

Date received: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHARLENE CARTER

v.                                          No.  3:17-CA-2278-X

SOUTHWEST AIRLINES CO., AND
TRANSPORT WORKERS UNION OF
AMERICA, LOCAL 556,

JURY NOTE NO. 5

① What is an example of "technical violation" referring to in nominal damages on page 24.

② Awarding money in questions 14 and 16 does that exclude awarding money in question 22.

Sidney Redd
Jury Foreperson/Presiding Juror

Time received: 2:13
Date received: _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLENE CARTER )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>TRANSPORT WORKERS UNION )<br>OF AMERICA, LOCAL 556 and )<br>SOUTHWEST AIRLINES, CO., )<br>)<br>Defendants. ) | CASE NUMBER:<br>3:17-CV-2278-X |

## JURY NOTE 5

Question (1): What is an example of "technical violation" referring to in nominal damages on page 24.

Answer No. 1 – Nominal damages are an inconsequential or trifling sum awarded to a plaintiff when a technical violation of her rights has occurred, but the plaintiff has suffered no actual loss or injury.

Question (2): Awarding money in questions 14 and 16 does that exclude awarding money in question 22.

Answer No. 2 – No, because the questions are about different laws.

s/ Sidney Redd - Foreperson

**SO ORDERED.**

Signed July 14th, 2022.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1