UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:17-CV-2278-X |
| | § | |
| TRANSPORT WORKERS UNION | § | |
| OF AMERICA, LOCAL 556, and | § | |
| SOUTHWEST AIRLINES CO., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

The Court **ORDERS** Plaintiff Carter to move for entry of judgment within 7 days after the issuance of this Order.  In the motion, Plaintiff Carter should brief whether she requests reinstatement or front pay, in addition to any evidentiary issues related to that inquiry.  The defendants **ARE ORDERED** to respond to Plaintiff Carter's motion within 14 days after the filing of the motion.  Plaintiff Carter may file a reply within 7 days of the filing of the defendants' responses.[1]

**IT IS SO ORDERED** this 19th day of July, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[1] Of course, deadlines for motions related to a new trial, judgment as a matter of law, and attorney's fees are triggered only after judgment has been entered.  Accordingly, the parties should *not* brief those issues in the filings required by this Order.