# EXHIBIT 3

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **CHARLENE CARTER,** | § § § | Civil Case No. 3:17-cv-02278-X |
| **Plaintiff,** | § § § | |
| v. | § § | |
| **SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,** | § § § § § | |
| **Defendants.** | § § | |

**DECLARATION OF MEGGAN JONES**

I, Meggan Jones, declare as follows:

1. I am at least 18 years old. I have personal knowledge of the facts stated herein, and if called as a witness, could competently testify thereto.

2. I am Senior Manager of In-Flight Labor Relations at Southwest Airlines Co. ("Southwest"), located in Dallas, Texas. In my position, I am familiar with the collective bargaining agreement that governs, among other things, matters related to flight attendant schedules. Under that agreement, Southwest has limited rights to involuntarily pull a flight attendant from a scheduled trip except in very limited circumstances. Flight attendants, however, have the ability to request that they be pulled from flights.

3. In this case, flight attendant Brett Nevarez ("Nevarez") could have asked that he be pulled from his scheduled flights. He could have accomplished this by either contacting his Base

- 2 -

Leader, by contacting Southwest's Network Operation Control, or by responding to the emails from Southwest's in house counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Golden, Colorado on July 25, 2022.

*Meggan [signature]*

Meggan Jones