# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | Civil Case No. 3:17-cv-02278-X |

**[Proposed] Order Granting Plaintiff Charlene Carter's
Motion for Entry of Judgment on the Jury's Verdict and
for Further Relief, Including Reinstatement and Prejudgment Interest**

Before the Court is Plaintiff Charlene Carter's Motion for Entry of Judgment on the Jury's Verdict and for Further Relief, Including Reinstatement and Prejudgment Interest. After considering the Motion, the Court finds that Plaintiff's Motion should be granted, that judgment should be entered on the jury's July 14, 2022 verdict, and that further relief should be awarded.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Entry of Judgment on the Jury's Verdict and for Further Relief, Including Reinstatement and Prejudgment Interest is hereby GRANTED. The Court hereby ORDERS the Clerk to enter judgment on the jury's verdict in this case, and further ORDERS the following:

- Southwest Airlines Co. ("Southwest") and Transport Workers Union of America Local 556 ("Local 556") shall jointly pay Carter $150,000.00 in lost wages and benefits

- Southwest and Local 556 shall jointly pay Carter $19,947.34 for prejudgment interest on the jury's $150,000.00 back pay award for lost wages and benefits

- Southwest shall pay Carter $300,000.00 for compensatory and punitive damages

- Local 556 shall pay Carter $300,000.00 for compensatory and punitive damages

- Southwest shall reinstate Carter to her employment as a flight attendant with full seniority and benefits she accrued as a flight attendant with 21 years of service

The Court further ORDERS judgment against Southwest and Local 556 declaring the following:

- Southwest and Local 556 violated Carter's rights under the Railway Labor Act, 45 U.S.C. § 151 *et seq.*, by terminating her employment in retaliation for her exercise of protected rights under Sections 152 (Third) and (Fourth)

- Southwest and Local 556 violated Carter's Title VII rights by discriminating against Carter because of her religious observances, beliefs, and practices, and by failing to accommodate Carter's religious beliefs

- Local 556 breached the duty of fair representation the union owed Carter

The Court further ORDERS that Southwest and Local 556, and their officers, employees, agents, attorneys, and all other persons acting in active concert with them, are enjoined from engaging in further violations with respect to any of the above activities that the Court has declared unlawful.

The Court also ORDERS Southwest to post the Court's judgment and the jury's verdict on company bulletin boards for a 60-day period and email them to all flight attendants, and ORDERS Local 556 to post the Court's judgment and the jury's verdict at the union hall for a 60-day period and electronically issue them to all union members. The Court further ORDERS Southwest and Local 556 to inform Southwest flight attendants of their Title VII and RLA rights, and notify them of Southwest's accommodation policy.

SIGNED on _____, 2022.

_____
Brantley Starr
United States District Judge