UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>    Defendants. | Civil Case No. 3:17-cv-02278-X |

## DECLARATION OF CHARLENE CARTER

I, Charlene Carter, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the plaintiff in the above-captioned lawsuit.

2. I am over the age of 21, of sound mind, and capable of making this declaration. The facts stated herein are true and correct and are within my personal knowledge.

3. From on or about September 26, 1996 until to March 14, 2017, I was employed as a flight attendant for Southwest Airlines Co. ("Southwest").

4. Prior to Southwest's termination of my employment I worked at Southwest for 21 years without discipline.

5. Since my termination from Southwest, I unsuccessfully sought employment with other airlines, including with Delta Airlines, United Airlines, Jet Blue, and Frontier Airlines, but I never made a permanent career change or found permanent employment in the airlines industry or elsewhere.

App.1

6. As a flight attendant, I accrued 21-years of seniority with Southwest, which is critical to my ability as a flight attendant to bid my preferred lines and thereby obtain more profitable trips, or trips that best fit my schedule. By attempting to start over at another airline, I would lose that seniority.

7. I want to continue my career as a Southwest flight attendant. I loved my job at Southwest and the flight attendants with whom I worked.

8. I will faithfully follow all Southwest policies that do not unlawfully interfere with my protected union and religious activities, as I did for 21 years.

9. I do not want to use my job as a platform for promoting my beliefs. I never engaged in protected union opposition or organizational activities or engaged in my religious beliefs, observances, or practices, at the workplace, and I would not choose to engage in those activities at the workplace.

10. I am ready to return to immediately working a full line, and believe based on my personal experience and earning history that I could earn approximately $100,000 each year. I anticipate working for at least another 9 years.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 26, 2022

*Charlene Carter*
**CHARLENE CARTER**

**App.2**