Exhibit 2 - Calculation of Prejudgment Interest

**Known Information**
| | |
|---|---|
| Date of Judgment | 7/26/2022 |
| Date of Verdict | 7/14/2022 |
| Interest Rate | 5% |
| Back Pay Award | $150,000 |
| Termination Date | 3/14/2017 |

**Calculated Amounts**
| | |
|---|---|
| Days from Termination to Verdict | 1948 |
| Back Pay per Day | $77.00 |

| Payment Date | Back Pay Owed | Days Until Judgment | Interest Through Judgment |
|---|---|---|---|
| 3/14/2017 | $0.00 | 1960 | $0.00 |
| 4/14/2017 | $2,387.06 | 1929 | $630.77 |
| 5/14/2017 | $2,310.06 | 1899 | $600.93 |
| 6/14/2017 | $2,387.06 | 1868 | $610.83 |
| 7/14/2017 | $2,310.06 | 1838 | $581.63 |
| 8/14/2017 | $2,387.06 | 1807 | $590.88 |
| 9/14/2017 | $2,387.06 | 1776 | $580.74 |
| 10/14/2017 | $2,310.06 | 1746 | $552.52 |
| 11/14/2017 | $2,387.06 | 1715 | $560.80 |
| 12/14/2017 | $2,310.06 | 1685 | $533.21 |
| 1/14/2018 | $2,387.06 | 1654 | $540.85 |
| 2/14/2018 | $2,387.06 | 1623 | $530.71 |
| 3/14/2018 | $2,156.06 | 1595 | $471.08 |
| 4/14/2018 | $2,387.06 | 1564 | $511.42 |
| 5/14/2018 | $2,310.06 | 1534 | $485.43 |
| 6/14/2018 | $2,387.06 | 1503 | $491.47 |
| 7/14/2018 | $2,310.06 | 1473 | $466.13 |
| 8/14/2018 | $2,387.06 | 1442 | $471.53 |
| 9/14/2018 | $2,387.06 | 1411 | $461.39 |
| 10/14/2018 | $2,310.06 | 1381 | $437.01 |
| 11/14/2018 | $2,387.06 | 1350 | $441.44 |
| 12/14/2018 | $2,310.06 | 1320 | $417.71 |
| 1/14/2019 | $2,387.06 | 1289 | $421.50 |
| 2/14/2019 | $2,387.06 | 1258 | $411.36 |
| 3/14/2019 | $2,156.06 | 1230 | $363.28 |
| 4/14/2019 | $2,387.06 | 1199 | $392.07 |
| 5/14/2019 | $2,310.06 | 1169 | $369.93 |
| 6/14/2019 | $2,387.06 | 1138 | $372.12 |
| 7/14/2019 | $2,310.06 | 1108 | $350.62 |
| 8/14/2019 | $2,387.06 | 1077 | $352.17 |
| 9/14/2019 | $2,387.06 | 1046 | $342.04 |
| 10/14/2019 | $2,310.06 | 1016 | $321.51 |
| 11/14/2019 | $2,387.06 | 985 | $322.09 |
| 12/14/2019 | $2,310.06 | 955 | $302.21 |
| 1/14/2020 | $2,387.06 | 924 | $302.14 |
| 2/14/2020 | $2,387.06 | 893 | $292.01 |
| 3/14/2020 | $2,233.06 | 864 | $264.30 |
| 4/14/2020 | $2,387.06 | 833 | $272.39 |
| 5/14/2020 | $2,310.06 | 803 | $254.11 |
| 6/14/2020 | $2,387.06 | 772 | $252.44 |
| 7/14/2020 | $2,310.06 | 742 | $234.80 |
| 8/14/2020 | $2,387.06 | 711 | $232.49 |
| 9/14/2020 | $2,387.06 | 680 | $222.36 |
| 10/14/2020 | $2,310.06 | 650 | $205.69 |
| 11/14/2020 | $2,387.06 | 619 | $202.41 |
| 12/14/2020 | $2,310.06 | 589 | $186.39 |
| 1/14/2021 | $2,387.06 | 558 | $182.46 |
| 2/14/2021 | $2,387.06 | 527 | $172.33 |
| 3/14/2021 | $2,156.06 | 499 | $147.38 |
| 4/14/2021 | $2,387.06 | 468 | $153.03 |
| 5/14/2021 | $2,310.06 | 438 | $138.60 |
| 6/14/2021 | $2,387.06 | 407 | $133.09 |
| 7/14/2021 | $2,310.06 | 377 | $119.30 |
| 8/14/2021 | $2,387.06 | 346 | $113.14 |
| 9/14/2021 | $2,387.06 | 315 | $103.00 |
| 10/14/2021 | $2,310.06 | 285 | $90.19 |
| 11/14/2021 | $2,387.06 | 254 | $83.06 |
| 12/14/2021 | $2,310.06 | 224 | $70.88 |
| 1/14/2022 | $2,387.06 | 193 | $63.11 |
| 2/14/2022 | $2,387.06 | 162 | $52.97 |
| 3/14/2022 | $2,156.06 | 134 | $39.58 |
| 4/14/2022 | $2,387.06 | 103 | $33.68 |
| 5/14/2022 | $2,310.06 | 73 | $23.10 |
| 6/14/2022 | $2,387.06 | 42 | $13.73 |
| 7/14/2022 | $2,310.06 | 12 | $3.80 |
| **TOTAL** | | | **$19,947.34** |

**App.3**