# FORM LM-2 LABOR ORGANIZATION ANNUAL REPORT

U.S. Department of Labor
Office of Labor-Management Standards
Washington, DC 20210

MUST BE USED BY LABOR ORGANIZATIONS WITH $250,000 OR MORE IN TOTAL ANNUAL RECEIPTS AND LABOR ORGANIZATIONS IN TRUSTEESHIP

Form Approved
Office of Management and Budget
No. 1245-0003
Expires: 09-30-2021

This report is mandatory under P.L. 86-257, as amended. Failure to comply may result in criminal prosecution, fines, or civil penalties as provided by 29 U.S.C. 439 or 440.

READ THE INSTRUCTIONS CAREFULLY BEFORE PREPARING THIS REPORT.

| For Official Use Only | 1. FILE NUMBER 515-587 | 2. PERIOD COVERED From 10/01/2020 Through 09/30/2021 | 3. (a) AMENDED - Is this an amended report: (b) HARDSHIP - Filed under the hardship procedures: (c) TERMINAL - This is a terminal report: | Yes No No |
|---|---|---|---|---|

4. AFFILIATION OR ORGANIZATION NAME
TRANSPORT WORKERS AFL-CIO

5. DESIGNATION (Local, Lodge, etc.)
LOCAL UNION

6. DESIGNATION NBR
556

7. UNIT NAME (if any)
AIR TRANSPORT SOUTHWEST AIRLINES FL

9. Are your organization's records kept at its mailing address? Yes

8. MAILING ADDRESS (Type or print in capital letters)

| First Name | Last Name |
|---|---|
| LYN | MONTGOMERY |

P.O Box - Building and Room Number

Number and Street
8787 Stemmons Fwy, Ste 600

City
DALLAS

State
TX

ZIP Code + 4
752473781

Each of the undersigned, duly authorized officers of the above labor organization, declares, under penalty of perjury and other applicable penalties of law, that all of the information submitted in this report (including information contained in any accompanying documents) has been examined by the signatory and is, to the best of the undersigned individual's knowledge and belief, true, correct and complete (See Section V on penalties in the instructions.)

70. SIGNED: Lyn Montgomery    PRESIDENT    71. SIGNED: melissa a leyva    TREASURER
Date: Jan 19, 2022    Telephone Number: 214-640-4301    Date: Jan 19, 2022    Telephone Number: 214-640-4304

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**App.4**

ITEMS 10 THROUGH 21 | FILE NUMBER: 515-587

| # | Question | Answer |
|---|---|---|
| 10. | During the reporting period did the labor organization create or participate in the administration of a trust or a fund or organization, as defined in the instructions, which provides benefits for members or beneficiaries? | No |
| 11(a). | During the reporting period did the labor organization have a political action committee (PAC) fund? | No |
| 11(b). | During the reporting period did the labor organization have a subsidiary organization as defined in Section X of these Instructions? | No |
| 12. | During the reporting period did the labor organization have an audit or review of its books and records by an outside accountant or by a parent body auditor/representative? | Yes |
| 13. | During the reporting period did the labor organization discover any loss or shortage of funds or other assets? (Answer "Yes" even if there has been repayment or recovery.) | No |
| 14. | What is the maximum amount recoverable under the labor organization's fidelity bond for a loss caused by any officer, employee or agent of the labor organization who handled union funds? | $500,000 |
| 15. | During the reporting period did the labor organization acquire or dispose of any assets in a manner other than purchase or sale? | No |
| 16. | Were any of the labor organization's assets pledged as security or encumbered in any way at the end of the reporting period? | No |
| 17. | Did the labor organization have any contingent liabilities at the end of the reporting period? | No |
| 18. | During the reporting period did the labor organization have any changes in its constitution or bylaws, other than rates of dues and fees, or in practices/procedures listed in the instructions? | No |
| 19. | What is the date of the labor organization's next regular election of officers? | 03/2024 |
| 20. | How many members did the labor organization have at the end of the reporting period? | 15,908 |

21. What are the labor organization's rates of dues and fees?

| Rates of Dues and Fees | | | | |
|---|---|---|---|---|
| Dues/Fees | Amount | Unit | Minimum | Maximum |
| (a) Regular Dues/Fees | 50 per | Month | 50 | 50 |
| (b) Working Dues/Fees | None per | N/A | N/A | N/A |
| (c) Initiation Fees | 100 per | One-time | 100 | 100 |
| (d) Transfer Fees | None per | N/A | N/A | N/A |
| (e) Work Permits | None per | N/A | N/A | N/A |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)