UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>　　　　　　　　Defendants. | Civil Case No. 3:17-cv-02278-X<br><br>**PLAINTIFF CHARLENE CARTER'S APPENDIX IN SUPPORT OF HER REPLY TO DEFENDANTS' AMENDED JOINT RESPONSE TO HER MOTION FOR SANCTIONS REGARDING THEIR NON-COMPLIANCE WITH THE COURT'S JULY 1, 2022 ORDER** |

**APPENDIX OF EXHIBITS**

1. Declaration of Matthew D. Hill .................................................................................................1

Dated: August 9, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Matthew B. Gilliam
　　　　　　　　　　　　　　　　　　Mathew B. Gilliam (*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　New York Bar No. 5005996
　　　　　　　　　　　　　　　　　　*mbg@nrtw.org*
　　　　　　　　　　　　　　　　　　c/o National Right to Work Legal Defense
　　　　　　　　　　　　　　　　　　Foundation, Inc.
　　　　　　　　　　　　　　　　　　8001 Braddock Road, Suite 600
　　　　　　　　　　　　　　　　　　Springfield, Virginia 22160
　　　　　　　　　　　　　　　　　　Tel: 703-321-8510
　　　　　　　　　　　　　　　　　　Fax: 703-321-9319

　　　　　　　　　　　　　　　　　　Bobby G. Pryor
　　　　　　　　　　　　　　　　　　State Bar No. 16373720
　　　　　　　　　　　　　　　　　　bpryor@pryorandbruce.com
　　　　　　　　　　　　　　　　　　Matthew D. Hill, Of Counsel
　　　　　　　　　　　　　　　　　　State Bar No. 24032296
　　　　　　　　　　　　　　　　　　mhill@pryorandbruce.com
　　　　　　　　　　　　　　　　　　PRYOR & BRUCE
　　　　　　　　　　　　　　　　　　302 N. San Jacinto
　　　　　　　　　　　　　　　　　　Rockwall, TX 75087

1

                                    Telephone: (972) 771-3933
                                    Facsimile: (972) 771-8343

*Attorneys for Plaintiff Charlene Carter*

**Certificate of Service**

    I hereby certify that on August 9, 2022, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

    s/ Matthew B. Gilliam