# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>             Plaintiff,<br><br>V.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>             Defendants. | Civil Case No. 3:17-cv-02278-X |

### DECLARATION OF MATTHEW D. HILL

Pursuant to 28 U.S.C. § 1746, I, Matthew D. Hill, declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1. My name is Matt Hill and if called to testify I could testify as follows:

2. I am an attorney licensed in Texas and represent Charlene Carter in this case.

3. I am over the age of 21, of sound mind, and capable of making this declaration. The facts stated herein are true and correct and are within my personal knowledge.

4. During an early-morning July 3, 2022 phone conversation between fellow Carter attorney Matthew Gilliam, Southwest's Paulo McKeeby, and me, I suggested to Mr. McKeeby that Southwest pull Brian Talburt from a flight that conflicted with the time of his 1:00 p.m. July 3, 2022 deposition and, instead, allow a reserve flight attendant to carry out his duties for his scheduled trip.

1

Executed on August 9, 2022.

                                      /s/ Matthew D. Hill  
                                      MATTHEW D. HILL