UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| CHARLENE CARTER, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case No. 3:17-cv-02278-X |
| | § | |
| SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556, | § | |
| | § | |
| Defendants. | § | |

**SOUTHWEST AIRLINES CO.'S APPENDIX IN RESPONSE TO PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT**

| **Exhibit** | **Document** | **Appendix Pages** |
|---|---|---|
| 1 | Declaration of Brian K. Morris and Exhibits A-J | App. 1-49 |
| 2 | Trial Transcript Excerpts | App. 50-54 |

Dated:  August 9, 2022

Respectfully submitted,

*/s/ Paulo B. McKeeby*
Paulo B. McKeeby
State Bar No. 00784571
Brian K. Morris
State Bar No. 24108707
**REED SMITH LLP**
2850 N. Harwood Street
Suite 1500
Dallas, Texas 75201
Phone: 469-680-4200
Facsimile: 469-680-4299
pmckeeby@reedsmith.com
bmorris@reedsmith.com

**ATTORNEYS FOR DEFENDANT SOUTHWEST AIRLINES CO.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was filed via the Court's ECF filing system which caused a copy of same to be served on all parties on this 9th day of August, 2022.

*/s/ Paulo McKeeby*
Paulo B. McKeeby