IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § | |
| | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 03:17-cv-02278-S |
| v. | § | |
| | § | |
| SOUTHWEST AIRLINES CO., AND | § | |
| TRANSPORT WORKERS UNION | § | |
| OF AMERICA LOCAL 556, | § | |
| | § | |
| Defendants. | § | |

## DECLARATION OF BRIAN K. MORRIS

1.      My name is Brian Morris. I am over the age of 21, of sound mind, and am capable of making this declaration. The facts stated herein are true and correct based on my personal knowledge.

2.      I am an Associate with law firm Reed Smith, LLP.  I represent Southwest Airlines Co. ("Southwest") in the above-captioned action.

3.      On or around August 3, 2022, I searched for Charlene Carter ("Carter" or "Plaintiff") on Facebook. That search led me to the Facebook page of "Charlene Gayle Carter," who appears to be the Plaintiff in this action. As of August 9, 2022, Carter's Facebook page was publicly accessible. A true and correct copy of a screenshot of Carter's Facebook page is attached hereto as Exhibit A.

4.       Carter's Facebook page included numerous articles and assorted commentary on a variety of topics, including George Floyd, transgender issues, COVID-19 vaccination and death numbers, George Soros, Bill Gates, and various other hot button topics. True and correct copies of various screenshots of Carter's Facebook page addressing the above topics are attached hereto

as Exhibit B.

5.      On or around August 3, 2022, Carter linked to a story in the Daily Wire on her Facebook page and commented on the same. A true and correct copy of a screenshot of Carter's August 3, 2022 Facebook post and the Daily Wire article are attached hereto Exhibits C and D, respectively.

6.      On or around October 18, 2021, Carter posted a link and commented on an article related to a lawsuit filed against Southwest. Carter stated, among other things, that "[h]opefully Gary and all of Management at SWA gets BLASTED for what they are doing" and stated that management "should be ASHAMED of themselves!" A true and correct copy of a screenshot of Carter's October 18, 2021 Facebook post is attached hereto as Exhibit E

7.      On August 10, 2020, Carter posted a link and commented on an article entitled "Child Sex Trafficking Cover Up." Carter stated, among other things, that "20 plus years" of her union dues were spent to support the covering up of child sex trafficking and harvesting of baby parts / organs. A true and correct copy of a screenshot of Carter's August 10, 2020 Facebook post is attached hereto as Exhibit F.

8.      On or around August 8, 2022, I learned of a public Facebook group named "Transcripts and Depositions II." The top of the Transcripts and Depositions II group page indicates that Mike Casper started the group. A true and correct copy of a screenshot of the Transcripts and Depositions II group page is attached hereto as Exhibit G.

9.      In the Transcripts and Depositions II Facebook group, various litigation documents are available for download, including all volumes of the trial transcript, a number of exhibits, and several deposition transcripts of current Southwest employees. True and correct copies of screenshots showing the file names of documents available to download by clicking "Files" in

App. 002

the Transcripts and Depositions II Facebook group page are attached hereto as Exhibit H.

10.     Numerous individuals, including Plaintiff, have posted comments in the Transcripts and Depositions II Facebook group. True and correct copies of screenshots of posts by Carter in the Transcripts and Depositions II Facebook group are attached hereto as Exhibit I.

11.     Attached hereto as Exhibit J are true and correct copies of screenshots from the Transcripts and Depositions II Facebook group using the hashtag "FireThemAll."

        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 9, 2022, at Keller, Texas.


                                        */s/ Brian K. Morris*                  
                                        Brian K. Morris

3

# EXHIBIT A




## Charlene Gayle Carter



🔊 Followed by 205 people

••• See Charlene's About Info

## Friends

## Posts

🖼 Photos

# EXHIBIT B

So if you have an opinion that is not PC or doesn't align with the narrative you get told your not a Christian and blocked on FB! Some don't want to actually have a dialogue/conversation over the fact that George Floyd had a criminal past. This will be the downfall if we can't discuss things and have different view points! Know one is going to shame me or make me question my love for CHRIST because I have a different opinion!

So just some FACTS about George Floyd ... I still believe he was MURDERED by bad COPS and JUSTICE NEEDS TO BE SERVED for that, but George was not a stellar pillar in the community. PROTEST on the fact these COPS ABUSED THEIR POWER and MURDERED this MAN but stop RIOTING and upholding this man as a saint cause he was not! STOP HARMING others for these BAD COPS ACTIONS... Inocent LIVES and Businesses have been destroyed all around the country, that had nothing to do with this mans death! Where is the JUSTICE for THESE PEOPLE?


THE MEDIA AND THE LEFT HAVE MADE GEORGE FLOYD INTO A MARTYR. BUT WHO WAS HE REALLY?





**Charlene Gayle Carter**
May 14 · 🌐

This right here is INSANITY! I will never buy another Calvin Klein product again. What has happened to our world and what are we teaching our children?



thegatewaypundit.com
**New Calvin Klein Ad Features 'Pregnant Man'**

👍 Like        💬 Comment        ➢ Share

😮👍 8

Most relevant  ⌄

Daneya Wiseman
🤮

2w    Like    Reply                          1 👍

📷    Write a comment...    😀  GIF  ☺

**Charlene Gayle Carter**
Feb 25, 2021 · 🌐

Rand Paul never gets a Truthful answer from this Transgender on if she/he is ok with Children changing their gender. What is going on in our Country? What say you as a Parent, would you want this person making any kind of decisions in government for your child? Leave comment below please? My opinion is absolutely NO!



SEN. RAND PAUL, R-KENTUCKY                    C-SPAN3

rumble.com
**Rand Paul Corners Biden's Transgender Nominee Over Genital Mutilation**



👍 Like          💬 Comment          ▷ Share



**Charlene Gayle Carter**
Jan 23, 2021 · 🌐

Sports/Bathrooms and so on .... Biden and his Democrat/Socialist Party is a detriment to Girls/ Women! What freaking planet are these people from? There is no way I want to share a public bathroom with a boy of any kind, and there is NO WAY I would allow my daughter to share. Science tells me that Anatomically/DNA 🧬 and Hormonally there is a difference!. There needs to be a specific bathroom for what they call all the other genders, let them share. This is becoming total insanity 😡 but what really gets me is this is what Biden thinks is most important...; unbelievable!



apple.news
Opinion | Joe Biden's First Day Began the End of Girls' Sports — The Wall Street Journal



Charlene Gayle Carter
Apr 6, 2021 · 🌐

Guess who owns Biden along with China 🇨🇳 and
Ukraine 🇺🇦 YUP one of the MOST EVIL MEN in the
WORLD...

George Soros



newsmax.com
Soros Group Pledges $20M to Boost Biden Plan

 Like     Comment    ▷ Share

 **Charlene Gayle Carter**
Feb 17, 2021 · 🌐

This man is a SICK TWISTED EVIL person! I want
NO PART in your FAKE FOOD nor your Vaccines!
Who does he think he is GOD?




**DAILY WIRE · 2 MIN READ**
**Bill Gates: Rich Countries Should Be Eating 100%
Synthetic Beef**

---

👍 Like          💬 Comment          ➢ Share



**Charlene Gayle Carter**
Mar 2, 2021 · 🌐

🛑 FACEBOOK ... STOP SHADOW BANNING
TRUTH 🛑

This is what Biden has ordered our TAX dollars to
pay for not just here in the USA but around the
world. This is murdering babies it's not Health
Care!

GOD Help Us 😔



**Live Action** ✓
Mar 2, 2021 · 🌐

Outlaw abortion now.

This 24 week old preborn child
was murdered by a prostaglandin
chemical injection & traumatically
expelled from his mother's body.

Write a comment...



Charlene Gayle Carter
Mar 15, 2021

😡-FAKE FACEBOOK FACT CHECKERS SHADOW
BANNING AGAIN-😡

A MUST LISTEN .... like I said we are being lied to
about this so called VIRUS 🌞



RUMBLE.COM
A COMING COVID CATASTROPHE
A COMING COVID CATASTROPHE World renown vaccin...

 See Notice



👍 Like          💬 Comment          ▷ Share



**Charlene Gayle Carter**
Sep 19, 2021 ·

Again more SCAM 😡 numbers are INFLATED ....
WHY???



justthenews.com
**'The numbers are skewed': Colorado officials warn of inflated COVID death statistics**



👍 Like     💬 Comment     ➢ Share

👍 1



This is so SAD! He did everything right, by the Fauci standards. This is why I will not get the vaccine, we are the rats they are testing this vaccine on. I am totally discussed with companies and the Government trying to force people into getting this DEATH Jab. He is not the only one who has succumbed to this experiment vaccine.



thegatewaypundit.com
**Fully Vaccinated Southwest Airlines Flight Attendant Dies From Covid-19**

 Visit the COVID-19 Information Center for vaccine resources. 
**Get Vaccine Info**



**Charlene Gayle Carter**
Mar 9, 2021 ·

This is the the VOTER FRAUD CABAL in Colorado...
no wonder our Beautiful State has Turned Blue,
notice Dominion VOTING Machines and who is
connected to the FRAUD! Also don't forget
Dominion had their headquarters here in Denver.

Ken Buck ... you LIED to so many Conservatives
and I'm one of them, your days are numbered in
Politics 🙄



hollyataltitude.com
**The Colorado Election
Establishment Cabal**

👍 Like          💬 Comment          ➤ Share



**Charlene Gayle Carter**
Aug 20, 2021 · 🌐

Biden LIED 😡 he and his corrupt Administration
need to be HUNG for this!



wsj.com
**WSJ News Exclusive | Internal State Department
Cable Warned of Kabul Collapse**

 Like     💬 Comment     ➢ Share

👍😠 5

**Charlene Gayle Carter**
Jan 28, 2021 · 🌐

Well another MURDERING signature from Biden today to release TAX Paying Money to MURDER babies out of our Country! This MAN is SATAN in a Human Body! If you VOTED FOR THIS MAN ....

GOD help you 😔



liveaction.org
**Biden reverses Trump's Title X rule, restores funding to Planned Parenthood**

👍 Like          💬 Comment          ➢ Share

# EXHIBIT C

< **Charlene Gayle Carter**    🔍

Posts

 Photos

 **Charlene Gayle Carter**
1d · 🌐      •••

More to the Story... this is what they did to me and others! This is not what this Company was like under Herb at all. I hope they both know I'm fighting for that LUV Airline He and Colleen were the head of, who I so admired, and loved working for. It all changed after he stepped down and Gary took over. My question is WHY? My answer is GREED!!!!! Company and Union Colluding is Illegal!



ⓥ **DAILY WIRE · 3 MIN READ**
**'Targeted Assassinations': Court Docs Uncover Shocking Details In Pro-Life Woman's $5M Win...**

👍❤️😮 64      32 comments  12 shares

👍 Like     ▢ Comment     ➢ Share



🏠 Home   🏪 Marketplace   📰 News   🗂 Feeds   🔔 Notifications   ☰ Menu

# EXHIBIT D

8/9/22, 2:26 PM     'Targeted Assassinations': Court Docs Uncover Shocking Details In Pro-Life Woman's $5M Win Over Airline, Union | The Daily Wire

Case 3:17-cv-02278-X   Document 356-1   Filed 08/09/22   Page 24 of 49   PageID 10162



---

## THE DAILY WIRE

**EXCLUSIVE**

# 'Targeted Assassinations': Court Docs Uncover Shocking Details In Pro-Life Woman's $5M Win Over Airline, Union

By  Amanda Prestigiacomo

Aug 2, 2022   DailyWire.com



Courtesy of Charlene Carter//George Rose/Getty Images

Union officials representing Southwest Airlines employees and activists
ridiculed and even targeted for social media "assassinations" members
who disagreed with the labor group's left-wing political activism,
according to damning messages reviewed by The Daily Wire.

The messages, contained in court documents, were exchanged between Southwest Airlines and Transportation Workers Union of America (TWU) Local 556 union officials and activists. They were revealed during a lawsuit brought by pro-life flight attendant Charlene Carter, a 20-year veteran fired by Southwest Airlines for her religious beliefs. A jury last month awarded Carter a whopping $5.1 million — $4.15 million from Southwest and $950,000 from the TWU Local 556 union.

When Carter complained in 2013 about deductions from her paycheck going to the union's leftist political action committee, union treasurer John Parrot forwarded Carter's email to other officials with a message making fun of her.

"Ha! She has been supporting the thing she despises this entire time…," he wrote.

Todd Gage, a union vice president, joined in the mockery.

"I wish I could give her a list of all the campaigns she has donated to in the last 17 years! Her head would explode," he wrote.

App. 025

8/9/22, 2:26 PM     'Targeted Assassinations': Court Docs Uncover Shocking Details In Pro-Life Woman's $5M Win Over Airline, Union | The Daily Wire

Case 3:17-cv-02278-X   Document 356-1   Filed 08/09/22   Page 26 of 49   PageID 10164

| From: | Todd Gage <vicepresident1@twu556.org> |
|---|---|
| Sent: | Saturday, November 16, 2013 4:05 PM |
| To: | Brett Nevarez; Audrey Stone |
| Cc: | Cuyler Thompson; John Parrott |
| Subject: | Re: Cope |

I wish you could give her a list of all the campaigns she has donated to in the last 17 years!  Her head would explode.

**Todd D. Gage**
1st Vice President
Transport Workers Union Local 556

Local 556's second vice president, Brett Nevarez, chimed in, "so typical bat\*\*\*\*/dip\*\*\*\* cannot read her paycheck!"



What does it take to secure your meeting data?

LEARN MORE   ] pexip [

Union officials, including its president, Audrey Stone, attended the Women's March in Washington, D.C., in 2017. The event receives funding from Planned Parenthood, the largest abortion provider in the country. Stone, who was included in the email chain, does not appear to have admonished anyone for the inappropriate remarks.

**From:** Brett Nevarez <vicepresident2@twu556.org>
**Date:** Saturday, November 16, 2013 10:15 AM
**To:** Audrey Stone <astone@twu556.org>
**Cc:** Cuyler Thompson <recordingsecretary@twu556.org>, John Parrott <treasurer@twu556.org>,
Brett Nevarez <vicepresident2@twu556.org>, Todd Gage <vicepresident1@twu556.org>
**Subject:** Re: Cope

Yum to queso dip----so typical batshit/dipshit cannot read her paycheck!

Sent from my iPhone so please excuse typos!

In Unity,

United We Bargain
Divided We Beg

Brett Nevarez
TWU Local 556

**TRIAL EXHIBIT**

**24**

3:17-CV-02278-X

EXHIBIT NO. 22

Resp. App.89

It wasn't just Carter who came in for scorn when disagreeing with the union's politics, the messages show. Union members who apparently did not keep in line with the union on social media were "targeted" for "assassination."

"I am all about targeted assassinations," an email from union activist Brian Talburt reads, discussing social media dissidents. The message was sent to Southwest's then-senior director in inflight services Sonya Lacore, and then forwarded to Stone by Talburt.

"It IS maddening trying to reason with these sheeple," Talburt said, comparing at least one other critic to "cancer."

Talburt also called Corliss King, a black woman who later became a Local 556 executive board member, "incredibly dangerous."

"I am sure with her dreadful work history, there could be opportunity," he said of King. "She will play VERY well to the heavy inner city, minority crowd coming on board soon. She will be their voice. She will be a huge threat in our upcoming election as well."

Further, union critic Mike Casper was called a "cancer" that must be "eradicated."

"I highly encourage targeting people," Talburt wrote.

App. 028

-----Original Message-----
From: Brian <bct7348@aol.com>
To: sonyarlacore <sonyarlacore@gmail.com>
Sent: Tue, Apr 29, 2014 8:14 am

So my final installment on this subject. Shipman stepped up to the plate.

It IS maddening trying to reason with these sheeple. The issue becomes the "tumor". While I hate to give him credit for anything, Casper really was the first legit cancerous tumor that had any significant reach with 1000 members BUT in a relatively inactive sight. He could be contained. NOW with FB and 24/7 reach the characters become more relevant. Corliss particularly is something we have not seen before and is incredibly dangerous. The attitude she spawns is NW Airlines in the 80s. People listen and people react.

I am all about targeted assassinations. I am sure with her dreadful work history, there could be opportunity. She will play VERY well to the heavy inner city, minority crowd coming on board soon. She will be their voice. She will be a huge threat in our upcoming election as well. She plays very well to her crowd and has as much support as anyone I have seen in the past. Sam Wilkins is the other but she is a doll and truly "gets it". A huge advocate for SW and should be leveraged as much as possible. She is someone you should be reaching out to. She is smart, and she LOVES SWA and is a major major player that EVERYONE loves and respects. Well everyone except the Haters.

Social Media IS by far the major source of reach and must be used to our advantage. What I am really really disappointed in however is how so few people will stick their neck out on the line for the benefit of our employer that pays our salaries. I really am shocked and disappointed. There used to be more support. Now everyone is afraid of the bullies.

Cancer is a dangerous thing and must b eradicated when ever possible or it spreads. You cannot contain it, it needs to be eliminated. I would highly encourage targeting people and a one day detective with a video camera is a very cheap investment.

While I have sent this to a personal Email, I certainly am not awaiting comments on topics of above. I totally get the paper trail thing and NOBODY can be fully trusted. (except me of course. :) ). Just planting the seeds and hoping for a good harvest.

Talk to u soon and hope we can get together soon.

BCT

Since Carter's legal victory, both Southwest Airlines and TWU union officials have vowed to appeal the ruling. National Right to Work Foundation President Mark Mix pledged to "keep fighting" for Carter and others who've "experienced similar hostility."

"Ms. Carter demonstrated that, even in an overwhelmingly toxic environment, independent-minded workers can stand up, push back against union boss attacks on individual rights and free speech, and win," Mix said in a statement to The Daily Wire. "The evidence presented at Carter's trial reveals an ingrained union culture of intimidation and prejudice against dissident workers. While we will keep fighting to defend Ms. Carter's victory for her rights, flight attendants or other employees

App. 029

Case 3:17-cv-02278-X   Document 356-1   Filed 08/09/22   Page 30 of 49   PageID 10168

who have experienced similar hostility should not hesitate to contact the National Right to Work Foundation for help in defending their rights."

"Federal law governing labor relations in the air and rail industries allows union officials to demand workers fund their activities as a condition of employment," Mix added. "TWU union officials' attacks on employees who disagree with the union's agenda are the unsurprising result of a system in which workers do not have even the simple power to withhold dues when union officials violate their rights – an accountability mechanism Right to Work protects."

Related: Flight Attendant Wins Millions After Southwest Fires Her For Being Pro-Life: 'A Victory For Freedom Of Speech'

Labor Unions,   Pro-Life Movement,   Southwest Airlines,   Unions

## Around The Web



**30-second Stretch Relieves Back Pain & Sciatica (Watch)**

Trending Reports

**At 57, Laura Ingraham Has Never Been Married and Now We Know Why**

ForgeListo

**The Funniest Celeb Tombstones of All Time**

Daily Funny

# EXHIBIT E

**Charlene Gayle Carter**
Oct 18, 2021 ·

Way to go Freedom Fighters ... SWAPA and Flight
Attendants! Hopefully Gary and all of Management
at SWA gets BLASTED for what they are doing to
these great employees! They should be ASHAMED
of themselves! This is AMERICA and we have a
Constitution that gives us our FREEDOMS ... Herb
would have NEVER DONE THIS to their employees!

*i* About this we

rumble.com
**REPLAY: Southwest Airlines Employees Hold The
Line: Freedom Not Force in Dallas, TX 10/18/21**

# EXHIBIT F



**Charlene Gayle Carter**
August 10, 2020 · 🌐

SEX Trafficking:   I am BEYOND SICKENED to know that 20 plus years of my Union Dues helped in supporting this!!! But it also helped in Harvesting Baby Parts/Organs, and Sexual Abuse! Watch the Undercover Videos! And to think FAs are asked now to watch for Sex Trafficking on the Airplanes ... but most of them don't know their own Union Dues is sent to Planned Parenthood to help in this Evil 😡

LIVEACTION.ORG
**Child Sex Trafficking Cover Up | Live Action**

😡👍😢 45                                17 Comments  6 Shares

👍 Like          💬 Comment          ↪ Share

View 6 previous comments                    Most relevant ▾

# EXHIBIT G



# Transcripts and Depositions

‖ >

◉ Public group · **1.6K** members

**Join Group**

Featured    Topics    Photos    Files    Ree

## About

This is an unmoderated, informational group for the express purpose of allowing YOU to read the trial transcripts and depositions of the Charlene Carter v Southwest Airlines/ TWU 556 trial.
You should DOWNLOAD each file for your personal use.
Sharing to everyone in the world is encouraged.



**Transcripts and Depositions II**
···

This is an unmoderated, informational group for the express purpose of allowing YOU to read the trial transcripts and depositions of the Charlene Carter v Southwest Airlines/TWU 556 trial.
You should DOWNLOAD each file for your personal use.
Sharing to everyone in the world is encouraged.
Comments are not allowed.

---

👍 Like                ▷ Share

🔵🔴 20

# EXHIBIT H



Mike Casper
08/05/22, 1:47 PM

VOL1 CC 7_5.pdf
Mike Casper
08/05/22, 1:47 PM

Exhibit 5 Brian Talbert email
exchange with Sonya Lacore.pdf
Mike Casper
08/05/22, 1:46 PM

Brett Nevarrez Deposition.pdf
Mike Casper
08/05/22, 1:45 PM

Brian Talbert DEPOSITION.pdf
Mike Casper
08/05/22, 1:44 PM

Sonya Lacore VP Inflight Services
Southwest Airlines Deposition.pdf
Mike Casper
08/05/22, 1:44 PM

VOL1 CC 7_5.pdf
Mike Casper
07/29/22, 10:29 PM

Charlene Carter Info Megan Jones
Chart of Discipline.pdf
Mike Casper
07/29/22, 10:16 PM



317-cv-2278-X - Charlene Carter v.
Southwest - Trial - Volume 7_condense
Mike Casper
08/05/22, 2:05 PM

317-cv-2278-X - Charlene Carter v.
Southwest - Trial - Volume 6_cond...
Mike Casper
08/05/22, 2:05 PM

317-cv-2278-X - Charlene Carter v.
Southwest - Trial - Volume 5 - Up...
Mike Casper
08/05/22, 2:05 PM

317-cv-2278-X - Charlene Carter v.
Southwest - Trial - Volume 4_con...
Mike Casper
08/05/22, 2:04 PM

VOL 3 CC 7_7.pdf
Mike Casper
08/05/22, 2:04 PM

Volume 2.pdf
Mike Casper
08/05/22, 1:47 PM

VOL1 CC 7_5.pdf
Mike Casper
08/05/22, 1:47 PM

# EXHIBIT I

3 Shares

## Top comments ∨



**Armida Nieto McCallan**
APALLING, NO words. We actually PAY to be thought of, written of & have this type of vitriol AGAINST US. Straight out of our paychecks through union dues, over & over again each & every month, year after year.

2d  Like                   1 



**Janie Taylor**
My heart hurts. However, being born Black and Female, I am far from shocked. What masquerades as "culture" is simply veiled racism.

2d  Like                   7 



**Janie Taylor**
I considered Brian Talburt a friend from my time is PHX. I guess the reality is that you only will see the face you are allowed to see. Tragic

2d  Like           10 



**Charlene Gayle Carter**
Janie Taylor he targeted


**Janie Taylor**

I considered Brian Talburt a friend
from my time is PHX. I guess the
reality is that you only will see the
face you are allowed to see. Tragic

2d   Like                    10 

**Charlene Gayle Carter**
Janie Taylor he targeted
anyone that did not think like
him. It's not just about race, but
that is pretty damming. If you
want to know about how the
Second VP President
responded to that email after it
was brought into evidence in
Court. We called her to tell her
about and I'd you want to know
what was said about how she
protects you, than message
me. I will tell you TRUTH I
promise. Know one should
every be discriminated for
anything at SWA or from the
Union that's suppose to have
your back.

Hope you will message me 



**Transcripts and Depositions !!**
Tina Coffee · 3d · 🌐



Tina Coffee ~~Carter~~

The defense team called and asked me if I knew about it. I said NO only hearsay. That is the truth. Sorry you don't believe it. If I knew anything I would have told them.

2d   Like

**Charlene Gayle Carter**

Tina Coffee I'm kind of curious, why would you care about this or what happened to me after the past things you did to so many of us when you were in office. Have you changed sides? Are you ready to tell us the truth with what all you were involved with that harmed a lot of us? I'm like Jeanna and wonder what your motive is?

2d   Like                    2 



**Charlene Gayle Carter**

Tina Coffee yes they did bring this to the board! You all voted not to take my case. So that's bull crap!

2d   Like                    2 

many of us when you were in office. Have you changed sides? Are you ready to tell us the truth with what all you were involved with that harmed a lot of us? I'm like Jeanna and wonder what your motive is?

2d   Like                                    2 

 **Charlene Gayle Carter**
Tina Coffee yes they did bring this to the board! You all voted not to take my case. So that's bull crap!

2d   Like                                    2 

 **Tina Coffee** Author
Are you saying we all voted on it or that the grievance review committee suggested it had no merit then brought it to the board?
I do want to know what happened because I don't know. Do you have the exact date that we voted on this because I want to look at the minutes.
Also, I'm not on any side. I have



2d   Like



**Charlene Gayle Carter**
Tina Coffee it was the summer
of 2017 I came before the
Board before I went to
Arbitration the Board refused to
take my case... but there
should have never been a case
it was AS President who turned
me in for Union Business. They
should have filed charges and
sanctioned her, but instead
they kept this up and then
voted not take my grievance to
arbitration. MM did that
meeting when I called in.

Message me and I can send
you the transcripts so you can
see the horrible things things
the different to me and others.

I'll give you my trust and
hopefully I can trust you, that's
what we need as FAs. But most
of all we are people-co-hearts.

2d   Like

# EXHIBIT J




**Transcripts and Depositions II**
Jeanna Jackson · 3h · 🌐

Top comments ˅


**HD Rae**
".... he has a case of verbal diahrea..."
Adam Greenville, TWU 556 Attorney
closing argument.

2h   Like   Reply


**HD Rae**
"I had to block him for the vile and
disgusting text messages he sent me...."
Inflight VP Trial Testimony

2h   Like   Reply


**Mike Casper**
#FireThemAll especially this guy

2h   Like   Reply


**LeMar Thomas Jr.**
How does he still have a job!

55m   Like   Reply                    1 


**HD Rae**
"BT is the bogey man...." Adam
Greenville. TWU 556 attorney closing
argument.

2h   Like   Reply