# EXHIBIT 1

The Union of
Southwest Airlines Flight Attendants
TWU LOCAL 556

8787 N. Stemmons Frwy.
Suite 600
Dallas, TX 75247
Phone: 800-969-7932
Fax: 214-357-9870
www.twu556.org

August 4, 2022

**VIA EMAIL: Bob.Jordan@wnco.com**
Bob Jordan
Chief Executive Officer
Southwest Airlines
2702 Love Field Drive
Dallas, Texas 75235

Dear Mr. Jordan:

The TWU Local 556 Executive Board met on Wednesday, August 3, 2022, to discuss the ongoing litigation involving Southwest Airlines. The facts of the case revealed unethical behavior exhibited towards TWU Local 556 Flight Attendants at the hands of Sonya Lacore, based on her involvement with events from 2013–2017.

In the Executive Board's opinion, she permitted a corporate culture that was insensitive, not diverse, not inclusive, and ultimately, one that was unequal. Therefore, it is with heavy hearts but a firm resolve that the TWU Local 556 Executive Board hereby submits a Vote of No Confidence in Sonya Lacore.

By this action, we reaffirm to our Members that the actions to which Ms. Lacore contributed are diametrically opposite to the creed set forth in TWU Local 556's By-Laws – truths that this Executive Board holds to be self-evident. All Members deserve unbiased representation from TWU Local 556, irrespective of dissenting opinions.

This TWU Local 556 Executive Board is committed to reviewing and processing all contractual violations and disciplinary matters. The core of our responsibilities is to protect the rights of Flight Attendants, whether the issues involved are contractual disputes or unjust discipline. We assure you that TWU Local 556's efforts will not be diminished in any way as we interact with Southwest Management – once you take appropriate action, as we insist you must.

To our Members, we say this: we cannot let the past either weaken our solidarity or divide our Union. It is time for us to come together as a collective body and understand that together, we are stronger.

TWU Local 556 Executive Board