# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>                Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>                Defendants. | Civil Case No. 3:17-cv-02278-X<br><br>**PLAINTIFF CHARLENE CARTER'S APPENDIX IN SUPPORT OF HER SUPPLEMENTAL BRIEF EXPLAINING THE CALCULATION AND AMOUNT OF PREJUDGMENT INTEREST TO WHICH SHE IS ENTITLED IN LIGHT OF THE FEDERAL RESERVE'S INTEREST-RATE CHANGES** |

## APPENDIX OF EXHIBITS

1. Calculation of Prejudgment Interest ...................................................................................1

2. Federal Board of Governors Prime Rate Historical Report ................................................3

Dated: November 14, 2022         Respectfully submitted,

                                              /s/ Matthew B. Gilliam
                                              Mathew B. Gilliam (*admitted pro hac vice*)
                                              New York Bar No. 5005996
                                              *mbg@nrtw.org*
                                              c/o National Right to Work Legal Defense Foundation, Inc.
                                              8001 Braddock Road, Suite 600
                                              Springfield, Virginia 22160
                                              Tel: 703-321-8510
                                              Fax: 703-321-9319

                                              Bobby G. Pryor
                                              State Bar No. 16373720
                                              bpryor@pryorandbruce.com
                                              Matthew D. Hill, Of Counsel
                                              State Bar No. 24032296
                                              mhill@pryorandbruce.com

Case 3:17-cv-02278-X   Document 364   Filed 11/14/22   Page 2 of 3   PageID 10238

P<span style="font-variant:small-caps">ryor</span> & B<span style="font-variant:small-caps">ruce</span>
302 N. San Jacinto
Rockwall, TX 75087
Telephone: (972) 771-3933
Facsimile: (972) 771-8343

*Attorneys for Plaintiff Charlene Carter*

**Certificate of Service**

    I hereby certify that on November 14, 2022, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                      s/ Matthew B. Gilliam