# EXHIBIT 1

**Known Information**

| | |
|---|---|
| Day Before Judgment Date | 11/14/2022 |
| Interest Rate | 5% |
| Effective Date of First Interest Change | 7/28/2022 |
| First New Interest Rate | 5.50% |
| Effective Date of Second Interest Change | 9/22/2022 |
| Second New Interest Rate | 6.25% |
| Effective Date of Third Interest Change | 11/3/2022 |
| Third New Interest Rate | 7.00% |
| Date of Verdict | 7/14/2022 |
| Back Pay Award | $150,000 |
| Termination Date | 3/14/2017 |

**Calculated Amounts**

| | |
|---|---|
| Days from Termination to Verdict | 1948 |
| Back Pay per Day | $77.00 |

| Payment Date | Back Pay Owed | Days from Payment Date through July 27, 2022 (Day Before First Interest Rate Change) | Interest from Payment Date through July 27, 2022 (Interest at 5.00%) | Days from the July 28, 2022 First Interest Rate Change through September 21, 2022 (Day Before Second Interest Rate Change) | Interest from the July 28, 2022 First Interest Rate Change through September 21, 2022 (Interest at 5.50%) | Days from the September 22, 2022 Second Interest Rate Change through November 2, 2022 (Day Before Third Interest Rate Change) | Interest from the September 22, 2022 Second Interest Rate Change through November 2, 2022 (Interest at 6.25%) | Days from the November 3, 2022 Third Interest Rate Change through the Day Before Judgment Date | Interest from the November 3, 2022 Third Interest Rate Change through the Day Before Judgment Date (Interest at 7.00%) |
|---|---|---|---|---|---|---|---|---|---|
| 3/14/2017 | $0.00 | 1962 | $0.00 | 56 | $0.00 | 42 | $0.00 | 11 | $0.00 |
| 4/14/2017 | $2,387.06 | 1931 | $631.43 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 5/14/2017 | $2,310.06 | 1901 | $601.57 | 56 | $19.49 | 42 | $16.61 | 11 | $4.87 |
| 6/14/2017 | $2,387.06 | 1870 | $611.48 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 7/14/2017 | $2,310.06 | 1840 | $582.26 | 56 | $19.49 | 42 | $16.61 | 11 | $4.87 |
| 8/14/2017 | $2,387.06 | 1809 | $591.53 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 9/14/2017 | $2,387.06 | 1778 | $581.40 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 10/14/2017 | $2,310.06 | 1748 | $553.15 | 56 | $19.49 | 42 | $16.61 | 11 | $4.87 |
| 11/14/2017 | $2,387.06 | 1717 | $561.45 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 12/14/2017 | $2,310.06 | 1687 | $533.85 | 56 | $19.49 | 42 | $16.61 | 11 | $4.87 |
| 1/14/2018 | $2,387.06 | 1656 | $541.50 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 2/14/2018 | $2,387.06 | 1625 | $531.37 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 3/14/2018 | $2,156.06 | 1597 | $471.67 | 56 | $18.19 | 42 | $15.51 | 11 | $4.55 |
| 4/14/2018 | $2,387.06 | 1566 | $512.07 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 5/14/2018 | $2,310.06 | 1536 | $486.06 | 56 | $19.49 | 42 | $16.61 | 11 | $4.87 |
| 6/14/2018 | $2,387.06 | 1505 | $492.13 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 7/14/2018 | $2,310.06 | 1475 | $466.76 | 56 | $19.49 | 42 | $16.61 | 11 | $4.87 |
| 8/14/2018 | $2,387.06 | 1444 | $472.18 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 9/14/2018 | $2,387.06 | 1413 | $462.04 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 10/14/2018 | $2,310.06 | 1383 | $437.65 | 56 | $19.49 | 42 | $16.61 | 11 | $4.87 |
| 11/14/2018 | $2,387.06 | 1352 | $442.10 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 12/14/2018 | $2,310.06 | 1322 | $418.34 | 56 | $19.49 | 42 | $16.61 | 11 | $4.87 |
| 1/14/2019 | $2,387.06 | 1291 | $422.15 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 2/14/2019 | $2,387.06 | 1260 | $412.01 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |

**App.1**

| Date | Amount | Days | Interest | Days | Interest | Days | Interest | Days | Interest |
|---|---|---|---|---|---|---|---|---|---|
| 3/14/2019 | $2,156.06 | 1232 | $363.87 | 56 | $18.19 | 42 | $15.51 | 11 | $4.55 |
| 4/14/2019 | $2,387.06 | 1201 | $392.72 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 5/14/2019 | $2,310.06 | 1171 | $370.56 | 56 | $19.49 | 42 | $16.61 | 11 | $4.87 |
| 6/14/2019 | $2,387.06 | 1140 | $372.77 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 7/14/2019 | $2,310.06 | 1110 | $351.26 | 56 | $19.49 | 42 | $16.61 | 11 | $4.87 |
| 8/14/2019 | $2,387.06 | 1079 | $352.83 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 9/14/2019 | $2,387.06 | 1048 | $342.69 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 10/14/2019 | $2,310.06 | 1018 | $322.14 | 56 | $19.49 | 42 | $16.61 | 11 | $4.87 |
| 11/14/2019 | $2,387.06 | 987 | $322.74 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 12/14/2019 | $2,310.06 | 957 | $302.84 | 56 | $19.49 | 42 | $16.61 | 11 | $4.87 |
| 1/14/2020 | $2,387.06 | 926 | $302.80 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 2/14/2020 | $2,387.06 | 895 | $292.66 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 3/14/2020 | $2,233.06 | 866 | $264.91 | 56 | $18.84 | 42 | $16.06 | 11 | $4.71 |
| 4/14/2020 | $2,387.06 | 835 | $273.04 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 5/14/2020 | $2,310.06 | 805 | $254.74 | 56 | $19.49 | 42 | $16.61 | 11 | $4.87 |
| 6/14/2020 | $2,387.06 | 774 | $253.09 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 7/14/2020 | $2,310.06 | 744 | $235.44 | 56 | $19.49 | 42 | $16.61 | 11 | $4.87 |
| 8/14/2020 | $2,387.06 | 713 | $233.15 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 9/14/2020 | $2,387.06 | 682 | $223.01 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 10/14/2020 | $2,310.06 | 652 | $206.32 | 56 | $19.49 | 42 | $16.61 | 11 | $4.87 |
| 11/14/2020 | $2,387.06 | 621 | $203.06 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 12/14/2020 | $2,310.06 | 591 | $187.02 | 56 | $19.49 | 42 | $16.61 | 11 | $4.87 |
| 1/14/2021 | $2,387.06 | 560 | $183.12 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 2/14/2021 | $2,387.06 | 529 | $172.98 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 3/14/2021 | $2,156.06 | 501 | $147.97 | 56 | $18.19 | 42 | $15.51 | 11 | $4.55 |
| 4/14/2021 | $2,387.06 | 470 | $153.69 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 5/14/2021 | $2,310.06 | 440 | $139.24 | 56 | $19.49 | 42 | $16.61 | 11 | $4.87 |
| 6/14/2021 | $2,387.06 | 409 | $133.74 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 7/14/2021 | $2,310.06 | 379 | $119.93 | 56 | $19.49 | 42 | $16.61 | 11 | $4.87 |
| 8/14/2021 | $2,387.06 | 348 | $113.79 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 9/14/2021 | $2,387.06 | 317 | $103.66 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 10/14/2021 | $2,310.06 | 287 | $90.82 | 56 | $19.49 | 42 | $16.61 | 11 | $4.87 |
| 11/14/2021 | $2,387.06 | 256 | $83.71 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 12/14/2021 | $2,310.06 | 226 | $71.52 | 56 | $19.49 | 42 | $16.61 | 11 | $4.87 |
| 1/14/2022 | $2,387.06 | 195 | $63.76 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 2/14/2022 | $2,387.06 | 164 | $53.63 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 3/14/2022 | $2,156.06 | 136 | $40.17 | 56 | $18.19 | 42 | $15.51 | 11 | $4.55 |
| 4/14/2022 | $2,387.06 | 105 | $34.33 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 5/14/2022 | $2,310.06 | 75 | $23.73 | 56 | $19.49 | 42 | $16.61 | 11 | $4.87 |
| 6/14/2022 | $2,387.06 | 44 | $14.39 | 56 | $20.14 | 42 | $17.17 | 11 | $5.04 |
| 7/14/2022 | $2,310.06 | 14 | $4.43 | 56 | $19.49 | 42 | $16.61 | 11 | $4.87 |
| **SUBTOTAL INTEREST ACCRUED AT DIFFERENT RATES** | | | **$19,988.44** | | **$1,265.75** | | **$1,078.77** | | **$316.44** |
| **TOTAL PREJUDGMENT INTEREST** | **$22,649.39** | | | | | | | | |

**App.2**