FRED Graph Observations
Federal Reserve Economic Data
Link: https://fred.stlouisfed.org
Help: https://fredhelp.stlouisfed.org
Economic Research Division
Federal Reserve Bank of St. Louis

PRIME    Bank Prime Loan Rate Changes: Historical Dates of Changes and Rates, Percent, Not Applicable, Not Seasonally Adjusted

Frequency: Not Applicable

| observation_date | PRIME |
|---|---|
| 2016-12-15 | 3.75 |
| 2017-03-16 | 4.00 |
| 2017-06-15 | 4.25 |
| 2017-12-14 | 4.50 |
| 2018-03-22 | 4.75 |
| 2018-06-14 | 5.00 |
| 2018-09-27 | 5.25 |
| 2018-12-20 | 5.50 |
| 2019-08-01 | 5.25 |
| 2019-09-19 | 5.00 |
| 2019-10-31 | 4.75 |
| 2020-03-04 | 4.25 |
| 2020-03-16 | 3.25 |
| 2022-03-17 | 3.50 |
| 2022-05-05 | 4.00 |
| 2022-06-16 | 4.75 |
| 2022-07-28 | 5.50 |
| 2022-09-22 | 6.25 |
| 2022-11-03 | 7.00 |