UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>　　　　　Defendants. | Civil Case No. 3:17-cv-02278-X<br><br>**PLAINTIFF CHARLENE CARTER'S APPENDIX IN SUPPORT OF HER BILL OF COSTS AND PROOF OF ATTORNEYS' FEES AND EXPENSES RELATED TO HER ATTEMPTS TO DEPOSE BRETT NEVAREZ** |

**APPENDIX OF EXHIBITS**

1. Declaration of Matthew B. Gilliam ......................................................................................... 1

2. Declaration of Bobby G. Pryor ............................................................................................. 12

3. Carter Bill of Costs .............................................................................................................. 23

Dated: November 18, 2022       Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Matthew B. Gilliam
　　　　　　　　　　　　　　　　　　Mathew B. Gilliam (*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　New York Bar No. 5005996
　　　　　　　　　　　　　　　　　　*mbg@nrtw.org*
　　　　　　　　　　　　　　　　　　c/o National Right to Work Legal Defense
　　　　　　　　　　　　　　　　　　Foundation, Inc.
　　　　　　　　　　　　　　　　　　8001 Braddock Road, Suite 600
　　　　　　　　　　　　　　　　　　Springfield, Virginia 22160
　　　　　　　　　　　　　　　　　　Tel: 703-321-8510
　　　　　　　　　　　　　　　　　　Fax: 703-321-9319

　　　　　　　　　　　　　　　　　　Bobby G. Pryor
　　　　　　　　　　　　　　　　　　State Bar No. 16373720
　　　　　　　　　　　　　　　　　　bpryor@pryorandbruce.com
　　　　　　　　　　　　　　　　　　Matthew D. Hill, Of Counsel
　　　　　　　　　　　　　　　　　　State Bar No. 24032296

mhill@pryorandbruce.com
PRYOR & BRUCE
302 N. San Jacinto
Rockwall, TX 75087
Telephone: (972) 771-3933
Facsimile: (972) 771-8343

*Attorneys for Plaintiff Charlene Carter*

**Certificate of Service**

    I hereby certify that on November 18, 2022, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

    /s/ Matthew B. Gilliam