UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>  Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>  Defendants. | Civil Case No. 3:17-cv-02278-X |

**PLAINTIFF CHARLENE CARTER'S MOTION FOR ATTORNEYS' FEES AND EXPENSES FROM SOUTHWEST AIRLINES CO. AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556**

Pursuant to Federal Rule of Civil Procedure, Rule 54(d)(2), Plaintiff Charlene Carter ("Carter"), by and through her undersigned attorneys, moves the Court to grant this application for reasonable attorneys' fees and expenses under 42 U.S.C. § 2000e-5(k), § 2000e-5(g)(2)(B(i), and § 1988(b).[1] This petition is based upon the Court's December 5, 2022 entry of judgment[2] on the jury's verdict[3] in Carter's favor on her Title VII religious discriminations claims against Southwest Airlines Co. ("Southwest") and Transport Workers Union of America, Local 556 ("Local 556"). Accordingly, Carter requests that the Court award her $2,262,437.89 in reasonable attorneys' fees and expenses against Southwest and Local 556,[4] plus at 25% lodestar enhancement, and order them to pay these amounts to the National Right to Work Legal Defense Foundation, Inc.

---

[1] *See Vaughn v. Neb. Furniture Mart, LLC*, Case No. 3:19-CV-1220-C-BK, 2020 WL 1695695, *6 (N.D. Tex. Mar. 12, 2020).
[2] Doc. No. 374, 375.
[3] Doc. No. 348.
[4] This amount includes $2,212,914.00 in attorneys' fees and $49,523.89 in expenses.

1

("Foundation"), who has underwritten all of Carter's attorneys' fees, costs, and expenses as part of its legal aid program.[5] Additionally, Carter contemporaneously files a separate Bill of Costs seeking $21,670.10 pursuant to this Court's December 5 Order and Local Civil Rule 54.1.

Dated: December 19, 2022                Respectfully submitted,

/s/ Matthew B. Gilliam
Matthew B. Gilliam (*admitted pro hac vice*)
New York Bar No. 5005996
*mbg@nrtw.org*
c/o National Right to Work Legal Defense
Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Tel: 703-321-8510
Fax: 703-321-9319

Bobby G. Pryor
State Bar No. 16373720
bpryor@pryorandbruce.com
Matthew D. Hill, Of Counsel
State Bar No. 24032296
mhill@pryorandbruce.com
PRYOR & BRUCE
302 N. San Jacinto
Rockwall, TX 75087
Telephone: (972) 771-3933
Facsimile: (972) 771-8343

---

[5] App.5, Declaration of Matthew Gilliam ("Gilliam Declaration"), ¶11. Pursuant to Carter's Retainer Authorization, the Foundation is entitled to any attorneys' fees, expenses, or costs that opposing parties are ordered to pay. *Id*. Where an attorney is awarded fees after a pro bono representation, it is appropriate to direct the attorney fee payment directly to that counsel. *Adams & Boyle, P.C. v. Slatery*, No. 3:15-CV-00705, 2022 WL 1432539, at *1 (M.D. Tenn. May 5, 2022).

## Certificate of Service

I hereby certify that on December 19, 2022, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record

/s/ Matthew B. Gilliam