# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | Civil Case No. 3:17-cv-02278-X |

### [Proposed] Order on Plaintiff Charlene Carter's Motion for Attorneys' Fees from Southwest Airlines Co. and Transport Workers Union of America, Local 556

Before the Court is Plaintiff Charlene Carter's Motion for Attorneys' Fees from Southwest Airlines Co. and Transport Workers Union of America, Local 556. Having considered the motion and responses, the Court grants Carter's Motion.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorneys' Fees is hereby GRANTED.

IT IS FURTHER ORDERED that Southwest Airlines Co. and Transport Workers Union of America, Local 556 shall pay $2,262,437.89, plus a 25% lodestar enhancement, to the National Right to Work Legal Defense Foundation, Inc. for Carter's attorneys' fees and expenses, and $21,670.10 in costs.

SIGNED on _____, 202_.

_____
Brantley Starr
United States District Judge