# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### Dallas Division

|  |  |
|---|---|
| CHARLENE CARTER,<br><br>              Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>              Defendants. | Civil Case No. 3:17-cv-02278-X |

## DECLARATION OF JASON E. WINFORD IN SUPPORT OF PLAINTIFF'S PETITION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES

I, Jason E. Winford, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I submit this declaration in support of Plaintiff Charlene Carter's ("Plaintiff") Petition for Attorneys' Fees, Costs, and Expenses. I have served as Plaintiff's counsel and local counsel in this case since 2017. I have personal knowledge of the matters set forth herein and am competent to give this Declaration.

2.      **Education**: I am a 1993 graduate of The University of Texas School of Law. In law school, I served as Articles Editor for the *Review of Litigation*. After law school, I served as a briefing attorney on the Texas Court of Appeals, Eleventh District.

3.      **Employment History and Relevant Practice Experience**: I represented Carter as local counsel from August 2017 through June 2022[1] while employed with the law firm of Jenkins

---

[1] Doc. Nos. 240, 241.

**App.101**

& Watkins, P.C. I have practiced exclusively in the areas of labor and employment law and business litigation since 1994. As an attorney, I have been trial and/or appellate counsel in numerous lawsuits and arbitration proceedings, the vast majority of which have involved labor and employment litigation. I am board-certified in Labor and Employment Law by the Texas Board of Legal Specialization, and have been since 2002. I have been named as a "Texas Super Lawyer" by *Texas Monthly* magazine, and I have also been named to the "Best Lawyers in Dallas Under 40" by *D Magazine*. I have also been a frequent author and speaker on labor and employment matters.

4.     **Bar Admissions**: I have been licensed to practice law in the State of Texas since 1993. I am also admitted to practice before the U.S. Court of Appeals for Fifth Circuit, and the U.S. District Courts for the Northern, Southern, Eastern, and Western Districts of Texas.

5.     Pursuant to Plaintiff's request for Attorneys' Fees and Expenses and the authorities cited therein, Plaintiff claims a total of $39,611.60[2] in reasonable, non-redundant, and necessary fees, costs, and expenses that Carter incurred for my work as local counsel in connection with this case from August 2017 through June 2022 while employed with the law firm of Jenkins & Watkins, P.C. In support of Plaintiff's bill of costs and proof of attorneys' fees, costs, and expenses, I hereby include **Exhibit 1**, which is a true and correct copy of Jenkins & Watkins's invoices cataloging the hours that I expended in connection with this matter. The hand-written notations on the invoices were not on the invoices when sent but instead reflect the approval of such invoices by the National Right to Work Legal Defense Foundation. I have not included in the attorneys' fees sought above any time for timekeepers other than myself. In the exercise of billing judgment, our firm excluded from the bills all time spent by another experienced employment lawyer at

---

[2] ($39,240.00 in reasonable attorneys' fees + $371.60 in costs and expenses= $39,611.60).

Jenkins & Watkins, David Watkins, except for a single time entry. I have excluded from the calculation of attorneys' fees sought that August 29, 2017 time for Mr. Watkins, which reduced the total amount by $450.

6.      With regard to **Exhibit 1**, Jenkins & Watkins's invoices include contemporaneous day-by-day, timekeeper-by-timekeeper entries that provide the amount of time spent on a case-by-case basis, the description of the work done during that time, the timekeeper's rate, and the total amount of fees for that day for that timekeeper. These invoices were created and kept in the course of Jenkins & Watkins's regularly conducted business activity and reflect the reasonable and necessary hours that I expended on this matter. My time is designated on these invoices by the "JW" timekeeper notation. The work I performed for Plaintiff is recorded on a tenth-of-an-hour basis.

7.      In formulating my opinion that my hours are reasonable, non-redundant, and necessary, I have considered the *Johnson* factors,[3] including, that (a) the time and labor I expended was reasonable and commensurate with the novelty and difficulty of the questions involved, as well as the skill requisite to perform the legal services properly; (b) the fees are reasonable in light of those customarily charged in the locality for similar legal services; (c) the fees are reasonable in light of the amount involved as a result of the controversy and the results obtained; (d) the fees are reasonable in light of the nature and length of the professional relationship between the Plaintiff and me; and (e) the fees are reasonable in light of my experience, reputation, and ability.

8.      All time set forth in **Exhibit 1** for which compensation is claimed was reasonably and necessarily expended on this matter.

---

[3] *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974).

9.      As an attorney who regularly practices in the Northern District of Texas, including the Dallas Division, I am aware of and familiar with the prevailing usual and customary rates for attorneys who handle employment-related litigation in this area. My billing rate for this case was $375 per hour, which is my customary billing rate.[4] Based on my approximately 20 years' experience and expertise in labor and employment matters, I believe that an hourly rate of $375 for my time is reasonable and well below the prevailing hourly rates charged by attorneys of similar experience and capabilities handling similar cases in the Dallas market.

10.     National Right to Work Legal Defense Foundation, Inc. ("Foundation") attorneys Matthew B. Gilliam, Milton L. Chappell, and Jeffrey D. Jennings, also performed work for which the Foundation seeks compensation here. I am familiar with the skill, experience and expertise of each of these attorneys from having dealt with them while serving as local counsel for the Foundation in multiple lawsuits over the years. Based upon my knowledge of their particular experience and expertise regarding the matters before the Court, it is my belief that the hourly rates set for Mr. Gilliam ($350), Mr. Chappell ($400), and Mr. Jennings ($300), in this petition are reasonable based on those that attorneys with similar experience and backgrounds charge in this district, and based upon the customary rates in the Dallas community. The customary rates in the Dallas community are higher than Mr. Gilliam's, Mr. Chappell's, and Mr. Jennings's for attorneys with their expertise and experience. Gilliam, Chappell, and Jennings are skilled attorneys with significant experience in prosecuting employment law matters and in dealing with the specific issues in this litigation.

---

[4] For one entry on 9/15/21, I charged $150/hour.

11.     All fees charged by Jenkins & Watkins that are sought here have been paid by the Foundation on Carter's behalf.

12.     In addition, the Foundation paid Jenkins & Watkins $371.60 in costs and expenses expended by Jenkins & Watkins on Carter's behalf in this matter as shown on Jenkins & Watkins invoices for September 25, 2017 ($270.04 service of process fees for service of summons and complaint), July 25, 2018 ($12.00 parking fee while attending court April 2018 status conference), August 25, 2020 ($22.28 courier fee for delivery of Carter's in camera brief to Court in connection with Southwest's sanctions motion),[5] and November 25, 2020 ($27.28 for courier fees and $40.00 in witness fees for service of third party deposition subpoena for witness Denise Gutierrez).

13.     I have reviewed the Jenkins & Watkins invoices in detail relating to these fees and costs and have determined that the time I expended was reasonable, non-redundant, and necessary, given the nature of this matter, and the prevailing rates in this market.

I swear under penalty of perjury that the foregoing is true and correct.

DATED: December 19, 2022

Jason E. Winford

---

[5] Doc. No. 113.

# EXHIBIT 1

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

August 25, 2017

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 26479

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---:|
| Current Fees for this Invoice | $787.50 |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $787.50 |
| Previous Balance | $0.00 |
| Payments/Credits | $0.00 |
| **Total Now Due** | **$787.50** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*



App'd MB#
9/15/17

**App.106**

## JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX 75209-6524

TAX I.D. #75-1321489

(214) 378-6675

August 25, 2017

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 26479

RE:  Carter, Charlene/Transport Workers Union, Local 556

### *Professional Services:*

|  |  |  |  | Amount |
|---|---|---|---|---|
| 8/17/2017 | JW | Telephone call with Matthew Gilliam regarding claims for lawsuit against TWU Local 556 and Southwest Airlines under the Railway Labor Act. | 0.40 $0.00 | $0.00 |
| 8/24/2017 | JW | Telephone call with Matthew Gilliam regarding coordination of filing of complaint against Union; forward to Matthew Gilliam forms for use in preparing complaint for filing. | 0.40 $375.00 | $150.00 |
| 8/25/2017 | JW | Review and comment on draft of complaint against TWU Local 556; multiple correspondence and telephone conferences with Matt Gilliam regarding finalizing complaint and related documents; assist with opening of new civil case and filing of complaint, civil cover sheet, certificate of interested persons, and request for summons; receive and review court notices confirming successful filing of civil case and complaint. | 1.70 $375.00 | $637.50 |

**For professional services rendered**      $787.50 ✓

Total New Charges      $787.50 ✓

Previous Balance      $0.00

Balance Due      $787.50 ✓

*Payment is due upon receipt*

**App.108**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

September 25, 2017

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 26514

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---|
| Current Fees for this Invoice | $2,550.00 |
| Current Expenses for this Invoice | $270.04 |
| Total Charges for this Invoice | $2,820.04 |
| Previous Balance | $787.50 |
| Payments/Credits | $0.00 |
| **Total Now Due** | **$3,607.54** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

**App.109**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX 75209-6524

TAX I.D. #75-1321489

(214) 378-6675

September 25, 2017

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice #26514

RE:  Carter, Charlene/Transport Workers Union, Local 556

### Professional Services:

| | | | | Amount |
|---|---|---|---|---|
| 8/28/2017 | JW | Review correspondence and filing notices from clerk regarding abandoned case and regarding issuance of summons; correspondence and telephone call with Matt Gilliams regarding Judge's copy procedures and service of summons; arranged for service of summons on Defendant; review correspondence regarding judge's copy of documents; follow up on status of service and confirm service of process. | 1.00 $375.00 | $375.00 |
| 8/29/2017 | DEW | Office conference with Jason Winford; review of controlling case law for necessary party. | 1.20 $375.00 | $450.00 |
| 8/31/2017 | DEW | Review of Court filing; office conference with Jason Winford. (No Charge) | 0.20 $375.00 | No Charge |
| 8/31/2017 | JW | Receive and review executed summons against TWU Local 556. | 0.10 $375.00 | $37.50 |

**App.110**

| | | | | | |
|---|---|---|---|---|---|
| 9/05/2017 | JW | Receive and review proof of service of summons from process server; email correspondence with Matt Gilliam regarding amending complaint. | 0.30 $375.00 | $112.50 | ✓ |
| 9/06/2017 | JW | Email correspondence with Matt Gilliam regarding filing of amended complaint. | 0.10 $375.00 | $37.50 | ✓ |
| 9/11/2017 | JW | Emails with Matt Gilliam regarding pro hac vice motions and filing of amended complaint; review drafts of pro hac vice documents. | 0.30 $375.00 | $112.50 | ✓ |
| 9/12/2017 | JW | Review and revise draft of first amended complaint; telephone call with Matt Gilliam regarding filing amended complaint and arbitration proceeding. | 1.00 $375.00 | $375.00 | ✓ |
| 9/13/2017 | JW | Receive and review filed pro hac vice applications; email correspondence with Matt Gilliam regarding Judge's copies of filed documents. | 0.20 $375.00 | $75.00 | ✓ |
| 9/14/2017 | DEW | Review of Court filing.  (No Charge) | 1.20 $375.00 | No Charge | ✓ |
| 9/14/2017 | JW | Receive and review filed first amended complaint, certificate of interested persons, and requests for issuance of summons; telephone calls with Matt Gilliam regarding filings and service; receive and review issued summons and arrange service of summons and amended complaint on defendants. | 0.80 $375.00 | $300.00 | ✓ |
| 9/15/2017 | JW | Receive and review orders granting pro hac vice admissions (.1); receive and review motion to dismiss for failure to state a claim and brief in support,and determine and calendar response due date (.5). | 0.60 $375.00 | $225.00 | ✓ |
| 9/18/2017 | JW | Follow up on service of summons regarding first amended complaint on TWU; email correspondence with Matt Gilliam regarding amended complaint and status of TWU's 12(b)(6) motion to dismiss; review email correspondence with Milton Chappell and with opposing counsel regarding 12(b)(6) motion. | 0.60 $375.00 | $225.00 | ✓ |

**App.111**

| 9/19/2017 | JW | Review correspondence from Southwest regarding arbitration; follow up on status of service of process on Southwest. | 0.20 $375.00 | $75.00 ✓ |
| 9/20/2017 | JW | Receive and review clerk notice regarding return of service of process on TWU; review correspondence with arbitrator regarding arbitration date and fee. | 0.20 $375.00 | $75.00 ✓ |
| 9/21/2017 | JW | Review correspondence from arbitrator. | 0.10 $375.00 | $37.50 ✓ |
| 9/22/2017 | JW | Review email correspondence from arbitrator and from Lisa White of SWA regarding arbitration dates; review correspondence regarding TWU's withdrawal of current 12(b)(6) motion to dismiss and refiling with respect to amended complaint. | 0.10 $375.00 | $37.50 ✓ |

|  | **For professional services rendered** | $2,550.00 |

*Expenses*

|  | | Amount |
| --- | --- | --- |
| | Fee for process of service | $270.04 ✓ |
| | **Total costs** | $270.04 |

| Total New Charges | $2,820.04 |
| Previous Balance | $787.50 |
| Balance Due | $3,607.54 |

*Payment is due upon receipt*

**App.112**

## JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

October 25, 2017

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice #26545

RE:  Carter, Charlene/Transport Workers Union, Local 556

### Professional Services:

|  |  |  |  | Amount |
|---|---|---|---|---|
| 9/27/2017 | JW | Receive and review TWU's notice of withdrawal of motion to dismiss original complaint and brief in support. | 0.10 $375.00 | $37.50 ✓ |
| 10/05/2017 | JW | Telephone call from Michele Gehrke regarding extension request for Southwest; email correspondence to Matt Gilliam et al regarding extension request; receive and review Southwest's proposed stipulation and order for extension. | 0.40 $375.00 | $150.00 ✓ |
| 10/06/2017 | DEW | Review of Court filing; office conference with Jason Winford.  (No Charge) | 0.20 $375.00 | No Charge ✓ |
| 10/06/2017 | JW | Telephone call with Matt Gilliam regarding Southwest extension request; review email correspondence regarding same; receive and review Southwest's filed motion for extension. | 0.30 $375.00 | $112.50 ✓ |

| | | | | |
|---|---|---|---|---|
| 10/09/2017 | DEW | Review of correspondence from interested third party; dictation to Milton Chappell (multiple); review of correspondence from Milton Chappell; review of correspondence from Matt Gilliam; office conference with Jason Winford; review of Court's Electronic Order. | 1.00 $375.00 | $375.00 ✓ |
| 10/09/2017 | JW | Email correspondence regarding inquiry from potential witness; correspondence with Matt Gilliam regarding same; receive and review court order granting Southwest's response extension. | 0.30 $375.00 | $112.50 ✓ |
| 10/10/2017 | JW | Review TWU's Motion to Dismiss amended complaint and brief in support. | 0.40 $375.00 | $150.00 ✓ |
| 10/11/2017 | DEW | Review of Rule 12(b)(6) Motion to Dismiss filed by TWU; review of Memorandum Brief in Support of Motion to Dismiss filed by TWU. (No Charge) | 0.20 $375.00 | No Charge ✓ |
| 10/17/2017 | DEW | Review of Court filing regarding Application for Admission Pro Hac Vice by Southwest Airlines. (No Charge) | 0.20 $375.00 | No Charge ✓ |
| 10/17/2017 | JW | Receive and review Michele Gehrke's motion for admission pro hac vice. | 0.10 $375.00 | $37.50 ✓ |
| 10/18/2017 | DEW | Review of Court filing. ( No Charge) | 0.20 $375.00 | No Charge ✓ |
| 10/18/2017 | JW | Receive and review court order granting pro hac vice application. (No Charge) | 0.10 $375.00 | No Charge ✓ |
| 10/23/2017 | JW | Receive and review Southwest cease and desist letter regarding alleged defamatory social media postings. | 0.10 $375.00 | $37.50 ✓ |
| 10/24/2017 | DEW | Review of correspondence from Michele Gehrke; review of correspondence from Matt Gilliam; review of Court filings. (No Charge) | 0.20 $375.00 | No Charge ✓ |

**App.114**

| 10/24/2017 | JW | Review and analysis of issues regarding Carter's social media postings and requirements under Texas Defamation Mitigation Act; email correspondence to Matt Gilliam regarding cease and desist letter. | 0.50 $375.00 | $187.50 ✓ |
|---|---|---|---|---|
| 10/24/2017 | JW | Receive and review Southwest's certificate of interested persons, motion to dismiss, brief in support of motion to dismiss, appendix in support of motion to dismiss, and proposed order; review Southwest's legal arguments in support of motion to dismiss; calculate and docket due date for response to motion to dismiss. | 1.30 $375.00 | $487.50 ✓ |

|  |  |
|---|---|
| **For professional services rendered** | $1,687.50 ✓ |
| Total New Charges | $1,687.50 |
| Previous Balance | $3,607.54 |
| 10/04/2017  Payment | $-787.50 |
| Total Payments and Credits | $-787.50 |
| Balance Due | $4,507.54 |

*Payment is due upon receipt*

**App.115**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

November 25, 2017

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice #26577

RE:  Carter, Charlene/Transport Workers Union, Local 556

## *Professional Services:*

| | | | | Amount |
|---|---|---|---|---|
| 10/27/2017 | JW | Email correspondence with Matt Gilliam regarding status of response to TWU Local 556's motion to dismiss. (No Charge) | 0.10 $375.00 | No Charge |
| 10/31/2017 | JW | Review and revise draft of response and brief in support of response; prepare redline of suggested changes to response brief; email correspondence and telephone call with Matt Gilliam to discuss response and brief and suggested revisions. | 1.80 $375.00 | $675.00 |
| 11/01/2017 | DEW | Review of Plaintiff's Response to Defendant's 12(b)(6) Motion to Dismiss. (No Charge) | 0.20 $375.00 | No Charge |
| 11/01/2017 | JW | Review final filed copy of response to Local 556's motion to dismiss and our brief in support; docket Local 556's reply deadline; email correspondence with Matt Gilliam regarding judge's copy. | 0.40 $375.00 | $150.00 |

| 11/14/2017 | JW | Review and provide redline revisions to draft of response to Southwest's motion to dismiss and brief in support; email correspondence and telephone conference with Matt Gilliam regarding comments on legal arguments for response brief and filing procedures. | 3.20 $375.00 | $1,200.00 ✓ |
|---|---|---|---|---|
| 11/15/2017 | DEW | Review of Court filings by Carter in response to Rule 12 (b)(6) Motion to Dismiss filed by Transport Workers Union. (No Charge) | 0.20 $375.00 | No Charge ✓ |
| 11/15/2017 | JW | Receive and review filed response and brief in support and docket reply due date; receive and review Local 556's reply brief in support of motion to dismiss; email correspondence with Matt Gilliam regarding same. | 0.80 $375.00 | $300.00 ✓ |

**For professional services rendered** — $2,325.00 ✓

Total New Charges — $2,325.00

Previous Balance — $4,507.54

Balance Due — $6,832.54

*Payment is due upon receipt*

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

November 25, 2017

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 26577

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---:|
| Current Fees for this Invoice | $2,325.00 |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $2,325.00 |
| Previous Balance | $4,507.54 |
| Payments/Credits | $0.00 |
| **Total Now Due** | **$6,832.54** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

**App.118**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX 75209-6524

TAX I.D. #75-1321489

(214) 378-6675

October 25, 2017

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 26545

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---|
| Current Fees for this Invoice | $1,687.50 |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $1,687.50 |
| Previous Balance | $3,607.54 |
| Payments/Credits | $-787.50 |
| **Total Now Due** | **$4,507.54** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

**App.119**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

December 25, 2017

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 26605

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---:|
| Current Fees for this Invoice | $262.50 |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $262.50 |
| Previous Balance | $6,832.54 |
| Payments/Credits | $-450.00 |
| **Total Now Due** | **$6,645.04** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

**App.120**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

December 25, 2017

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 26605

RE:  Carter, Charlene/Transport Workers Union, Local 556

### *Professional Services:*

|  |  |  |  | Amount |
|---|---|---|---|---|
| 11/29/2017 | DEW | Review of Southwest Airlines Reply Brief.  (No Charge) | 0.20 $375.00 | No Charge |
| 11/29/2017 | JW | Review and analyze Southwest's reply brief in support of motion to dismiss; review status of lawsuit and of grievance arbitration. | 0.60 $375.00 | $225.00 |
| 12/01/2017 | JW | Correspondence with Jeff Jennings regarding process service. | 0.10 $375.00 | $37.50 |
| 12/12/2017 | JW | Email correspondence with Jeff Jennings regarding update status of grievance arbitration. (No Charge) | 0.20 $375.00 | No Charge |

| **For professional services rendered** | $262.50 |
|---|---|

| Total New Charges | $262.50 |
|---|---|

Previous Balance                                                                              $6,832.54

12/22/2017  Credit                                                                            $-450.00
          *Credit for billing entry 8/29/2017 for $450.00 - Inv. 26514.*

    Total Payments and Credits                                            $-450.00

    Balance Due                                                           $6,645.04

*Payment is due upon receipt*

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

June 25, 2018

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 26820

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---:|
| Current Fees for this Invoice | $862.50 |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $862.50 |
| Previous Balance | $-193.64 |
| Payments/Credits | $0.00 |
| **Total Now Due** | **$668.86** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

App'd by
MBA
7/9/18

**App.123**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

June 25, 2018

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 26820

RE:  Carter, Charlene/Transport Workers Union, Local 556

*Professional Services:*

| | | | | Amount |
|---|---|---|---|---|
| 6/11/2018 | JW | Review email correspondence from SWA counsel regarding motion for leave to file amended complaint. | 0.10 $375.00 | $37.50 ✓ |
| 6/12/2018 | JW | Review email correspondence from Michele Gherke and Matt Gilliam regarding status of amended pleadings. | 0.10 $375.00 | $37.50 ✓ |
| 6/13/2018 | JW | Receive and review correspondence from plaintiff's counsel to court. | 0.10 $375.00 | $37.50 ✓ |
| 6/15/2018 | JW | Telephone conference with Matt Gilliam regarding motion for leave to amend complaint. | 0.20 $375.00 | $75.00 ✓ |
| 6/18/2018 | JW | Review draft motion for leave to file amended complaint and proposed order, along with proposed second amended complaint; email correspondence with Matt Gilliam with comments regarding motion and order. | 0.70 $375.00 | $262.50 ✓ |

| 6/19/2018 | JW | Telephone calls with Matt Gilliam regarding strategy for motion for leave to amend complaint to add Title VII claim and potential alternatives; review draft stipulation for filing of amended complaint. | 0.40 $375.00 | $150.00 | ✓ |

| 6/22/2018 | JW | Telephone calls with Matt Gilliam regarding filing of Title VII claim and motion for leave to amend complaint. | 0.20 $375.00 | $75.00 | ✓ |

| 6/25/2018 | JW | Receive and review Stipulation for file amended complaint and filed amended complaint; calculate and docket Defendants' response date; email correspondence with Matt Gilliam regarding filing of amended complaint. | 0.50 $375.00 | $187.50 | ✓ |

**For professional services rendered**                                   $862.50 ✓

Total New Charges                                                        $862.50 ✓

Previous Balance                                                         $-193.64 ✓

Balance Due                                                              $668.86 ✓

*Payment is due upon receipt*

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

July 25, 2018

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 26851

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---:|
| Current Fees for this Invoice | $675.00 |
| Current Expenses for this Invoice | $12.00 |
| Total Charges for this Invoice | $687.00 |
| Previous Balance | $668.86 |
| Payments/Credits | $-668.86 |
| **Total Now Due** | **$687.00** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

**App.126**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

July 25, 2018

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 26851

RE:  Carter, Charlene/Transport Workers Union, Local 556

### Professional Services:

| | | | | Amount |
|---|---|---|---|---|
| 7/10/2018 | JW | Receive and review Southwest's motion to dismiss second amended complaint, brief in support, and appendix in support, and determine and calendar response due date; receive and review Southwest's correspondence to court with proposed order on motion to dismiss. | 1.00 $375.00 | $375.00 |
| 7/11/2018 | JW | Receive and review TWU's motion to dismiss first amended complaint, and determine and calendar response due date. | 0.40 $375.00 | $150.00 |
| 7/13/2018 | JW | Correspondence with Matthew Gilliam and Milton Chappell regarding responses to motions to dismiss. | 0.40 $375.00 | $150.00 |
| | | **For professional services rendered** | | $675.00 |

### Expenses

Amount

**App.127**

| | |
|---|---|
| Parking | $12.00 |
| **Total costs** | $12.00 |
| Total New Charges | $687.00 |
| Previous Balance | $668.86 |
| 7/24/2018   Payment | $-668.86 |
| Total Payments and Credits | $-668.86 |
| Balance Due | $687.00 |

*Payment is due upon receipt*

**App.128**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

August 25, 2018

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 26882

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---:|
| Current Fees for this Invoice | $1,650.00 |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $1,650.00 |
| Previous Balance | $687.00 |
| Payments/Credits | $-687.00 |
| **Total Now Due** | **$1,650.00** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

App'd MBX
10/3/18

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

August 25, 2018

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 26882

RE:  Carter, Charlene/Transport Workers Union, Local 556

### *Professional Services:*

| | | | | Amount |
|---|---|---|---|---|
| 7/30/2018 | JW | Review and revise brief in response to SWA's motion to dismiss; telephone call and email correspondence with Matt Gilliam regarding brief. | 1.30 $375.00 | $487.50 |
| 7/31/2018 | JW | Receive and review filed copy of response to SWA's motion to dismiss and brief in support. | 0.30 $375.00 | $112.50 |
| 8/01/2018 | JW | Review and revise brief in response to TWU Local 556's motion to dismiss, and communication with co-counsel regarding suggested revisions. | 1.20 $375.00 | $450.00 |
| 8/02/2018 | JW | Receive and review filed copy of Plaintiff's Response to TWU's Motion to Dismiss, and Brief in Support of Response. | 0.20 $375.00 | $75.00 |
| 8/14/2018 | JW | Receive and review SWA's reply brief in support of motion to dismiss; Receive and review TWU's reply brief in support of motion to dismiss. | 0.60 $375.00 | $225.00 |

**App.130**

| 8/15/2018 | JW | Review multiple email correspondence with SWA counsel regarding scheduling of hearing on motion to dismiss. | 0.20<br>$375.00 | $75.00 | ✓ |
| 8/16/2018 | JW | Review correspondence with counsel regarding hearing on motions to dismiss. | 0.00<br>$375.00 | $0.00 | ✓ |
| 8/20/2018 | JW | Review multiple email correspondence among counsel regarding scheduling of hearing on pending motions. | 0.40<br>$375.00 | $150.00 | ✓ |
| 8/23/2018 | JW | Review correspondence among counsel regarding scheduling hearing on motion to dismiss. | 0.20<br>$375.00 | $75.00 | ✓ |

|  |  |  |
| --- | --- | --- |
| **For professional services rendered** | $1,650.00 | ✓ |
| Total New Charges | $1,650.00 | ✓ |
| Previous Balance | $687.00 | ✓ |
| 8/22/2018   Payment | $-687.00 | ✓ |
| Total Payments and Credits | $-687.00 | ✓ |
| Balance Due | $1,650.00 | ✓ |

*Payment is due upon receipt*

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX 75209-6524

TAX I.D. #75-1321489

(214) 378-6675

September 25, 2018

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 26910

RE: Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---|
| Current Fees for this Invoice | $37.50 ✓ |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $37.50 ✓ |
| Previous Balance | $1,650.00 |
| Payments/Credits | $0.00 |
| **Total Now Due** | **$1,687.50** |

*Already Appd by MBH*

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*



*Appd by MBH 10/26/18 to pay $37.50 only*

**App.132**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

September 25, 2018

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 26910

RE:  Carter, Charlene/Transport Workers Union, Local 556

### *Professional Services:*

| | | | | Amount |
|---|---|---|---|---|
| 8/27/2018 | JW | Review email correspondence from opposing counsel regarding status of hearing on motions to dismiss. | 0.10 $375.00 | $37.50 |

| | |
|---|---|
| **For professional services rendered** | $37.50 |
| Total New Charges | $37.50 |
| Previous Balance | $1,650.00 |
| Balance Due | $1,687.50 |

*Payment is due upon receipt*

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

September 25, 2018

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 26910

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---|
| Current Fees for this Invoice | $37.50 ✓ |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $37.50 ✓ |
| Previous Balance | $1,650.00 |
| Payments/Credits | $0.00 |
| **Total Now Due** | **$1,687.50** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*



*Already Appd by MBH*

*Appd by MBH 10/26/18 to pay $37.50 only*

**App.134**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

September 25, 2018

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 26910

RE:  Carter, Charlene/Transport Workers Union, Local 556

### *Professional Services:*

| | | | | Amount |
|---|---|---|---|---|
| 8/27/2018 | JW | Review email correspondence from opposing counsel regarding status of hearing on motions to dismiss. | 0.10 $375.00 | $37.50 |

| | |
|---|---|
| **For professional services rendered** | $37.50 |
| Total New Charges | $37.50 |
| Previous Balance | $1,650.00 |
| Balance Due | $1,687.50 |

*Payment is due upon receipt*

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX 75209-6524

TAX I.D. #75-1321489

(214) 378-6675

September 25, 2018

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 26910

RE: Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---|
| Current Fees for this Invoice | $37.50 ✓ |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $37.50 ✓ |
| Previous Balance | $1,650.00 |
| Payments/Credits | $0.00 |
| **Total Now Due** | **$1,687.50** |

*Already Appd by MBH*

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*



*Appd by MBH 10/26/18 to pay $37.50 only*

**App.136**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

September 25, 2018

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 26910

RE:   Carter, Charlene/Transport Workers Union, Local 556

### *Professional Services:*

| | | | | Amount |
|---|---|---|---|---|
| 8/27/2018 | JW | Review email correspondence from opposing counsel regarding status of hearing on motions to dismiss. | 0.10 $375.00 | $37.50 |

| | |
|---|---|
| **For professional services rendered** | $37.50 |
| Total New Charges | $37.50 |
| Previous Balance | $1,650.00 |
| Balance Due | $1,687.50 |

*Payment is due upon receipt*

**App.137**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

October 25, 2018

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 26942

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---:|
| Current Fees for this Invoice | $412.50 |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $412.50 |
| Previous Balance | $1,687.50 |
| Payments/Credits | $-1,650.00 |
| **Total Now Due** | **$450.00** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

*[handwritten notes in right margin:]* Appd by MDH 11/9/18 for $412.50

-Remaining balance of $37.50 should have already been processed. Please verify MDH

**App.138**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

October 25, 2018

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 26942

RE:  Carter, Charlene/Transport Workers Union, Local 556

### *Professional Services:*

| | | | | Amount |
|---|---|---|---|---|
| 10/09/2018 | JW | Receive and review court order scheduling hearing on pending motions to dismiss and docket same; review multiple email correspondence among all counsel regarding rescheduling of hearing. | 0.30 $375.00 | $112.50 |
| 10/10/2018 | JW | Review email correspondence regarding rescheduling of hearing. | 0.10 $375.00 | $37.50 |
| 10/11/2018 | JW | Receive and review court order resetting hearing on pending motions to October 29. | 0.10 $375.00 | $37.50 |
| 10/16/2018 | JW | Receive and review order resetting motion hearing. | 0.10 $375.00 | $37.50 |
| 10/17/2018 | JW | Review correspondence from counsel regarding hearing reset. | 0.10 $375.00 | $37.50 |

**App.139**

| 10/19/2018 | JW | Review correspondence from counsel regarding rescheduling motion hearing. | 0.10 $375.00 | $37.50 ✓ |
| 10/22/2018 | JW | Review multiple correspondence among counsel and court regarding resetting date for motion hearing; receive and review court order resetting date. | 0.30 $375.00 | $112.50 ✓ |

| **For professional services rendered** | $412.50 ✓ |
| Total New Charges | $412.50 ✓ |
| Previous Balance | $1,687.50 |
| 10/19/2018 Payment | $-1,650.00 |
| Total Payments and Credits | $-1,650.00 |
| Balance Due | $450.00 |

*Payment is due upon receipt*

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

December 25, 2018

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 26993

RE:  Carter, Charlene/Transport Workers Union, Local 556

### *Professional Services:*

| | | | | Amount |
|---|---|---|---|---|
| 12/12/2018 | JW | Email correspondence with opposing counsel and co-counsel regarding Southwest's motion to withdraw and substitute counsel. | 0.10 $375.00 | $37.50 |
| 12/13/2018 | JW | Receive and review unopposed motion for substitution of counsel for Southwest. | 0.10 $375.00 | $37.50 |
| 12/21/2018 | JW | Receive and review court minute entry regarding hearing on motions to dismiss. | 0.10 $375.00 | $37.50 |
| | | **For professional services rendered** | | $112.50 |

| | |
|---|---|
| Total New Charges | $112.50 |
| Previous Balance | $0.00 |
| Balance Due | $112.50 |

Invoice #    26993

App.141

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

January 25, 2019

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 27020

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---:|
| Current Fees for this Invoice | $750.00 |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $750.00 |
| Previous Balance | $112.50 |
| Payments/Credits | $0.00 |
| **Total Now Due** | **$862.50** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

**App.142**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

January 25, 2019

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 27020

RE:  Carter, Charlene/Transport Workers Union, Local 556

### *Professional Services:*

| | | | | Amount |
|---|---|---|---|---|
| 1/02/2019 | JW | Correspondence with Matt Gilliam with detailed comments regarding mediator selection. | 0.50 $375.00 | $187.50 |
| 1/03/2019 | JW | Review correspondence with counsel regarding revised scheduling order. | 0.10 $375.00 | $37.50 |
| 1/07/2019 | JW | Review proposed revised scheduling order and correspondence with Matt Gilliam regarding same; correspondence with Matt Gilliam regarding mediators. | 0.50 $375.00 | $187.50 |
| 1/09/2019 | JW | Receive and review Southwest's revisions and comments to proposed revised scheduling order; telephone conference with Matt Gilliam regarding mediation and scheduling order. | 0.40 $375.00 | $150.00 |
| 1/10/2019 | JW | Review changes to proposed revised scheduling order and multiple correspondence regarding same; receive and review filed copy of proposed revised scheduling order. | 0.40 $375.00 | $150.00 |

**App.143**

| 1/14/2019 | JW | Review email correspondence with counsel and court regarding proposed scheduling order. | 0.10 $375.00 | $37.50 ✓ |

**For professional services rendered**                                      $750.00

Total New Charges                                                            $750.00

Previous Balance                                                             $112.50

Balance Due                                                                  $862.50

*Payment is due upon receipt*

**App.144** Page 3

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

February 25, 2019

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 27053

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---|
| Current Fees for this Invoice | $337.50 |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $337.50 |
| Previous Balance | $862.50 |
| Payments/Credits | $0.00 |
| **Total Now Due** | **$1,200.00** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

App.145

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489                                                                                                    (214) 378-6675

February 25, 2019

Maureen Waller                                                                                              Invoice # 27053
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

RE:  Carter, Charlene/Transport Workers Union, Local 556

### *Professional Services:*

|  |  | | | Amount |
|---|---|---|---|---|
| 2/01/2019 | JW | Review court memorandum opinion and order on motions to dismiss; receive and review court's revised scheduling order and trial setting, and mediation order. | 0.80 $375.00 | $300.00 ✓ |
| 2/04/2019 | JW | Receive and review mediation details from mediator's office. | 0.10 $375.00 | $37.50 ✓ |
| | | **For professional services rendered** | | $337.50 ✓ |

Total New Charges                                                                                               $337.50 ✓

Previous Balance                                                                                                 $862.50

Balance Due                                                                                                      $1,200.00

*Payment is due upon receipt*

App.146

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

March 25, 2019

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 27091

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---|
| Current Fees for this Invoice | $1,912.50 |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $1,912.50 |
| Previous Balance | $1,200.00 |
| Payments/Credits | $-1,200.00 |
| **Total Now Due** | **$1,912.50** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

**App.147**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

March 25, 2019

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice #27091

RE:  Carter, Charlene/Transport Workers Union, Local 556

*Professional Services:*

|  |  |  |  | Amount |  |
|---|---|---|---|---|---|
| 2/27/2019 | JW | Telephone conference with Matt Gilliam regarding filing of third amended complaint and other next steps. | 0.30 $375.00 | $112.50 | √ |
| 2/28/2019 | JW | Review redlined and clean draft of third amended complaint and make note of suggested revisions and changes. | 1.00 $375.00 | $375.00 | √ |
| 3/01/2019 | JW | Prepare redline of revisions to third amended complaint for Matthew Gilliam's review; receive and review filed third amended complaint. | 0.70 $375.00 | $262.50 | √ |
| 3/07/2019 | JW | Correspondence with counsel regarding Plaintiff's third amended complaint as to dismissed claims; review current 5th Circuit case law on dismissed claims in amended complaints. | 0.60 $375.00 | $225.00 | √ |

App.148

| | | | | |
|---|---|---|---|---|
| 3/12/2019 | JW | Email correspondence with Matt Gilliam regarding third amended complaint; review proposed joint stipulation. | 0.30 $375.00 | $112.50 ✓ |
| 3/13/2019 | JW | Multiple correspondence among counsel regarding third amended complaint, proposed joint stipulation, and Defendants' intended motion to strike and our strategy for responding. | 0.60 $375.00 | $225.00 ✓ |
| 3/14/2019 | JW | Review draft of notice to court regarding third amended complaint. | 0.20 $375.00 | $75.00 ✓ |
| 3/15/2019 | JW | Correspondence with Matt Gilliam regarding comments on notice to court regarding third amended complaint; review revised notice to court; receive and review Defendants' joint motion to strike third amended complaint. | 0.60 $375.00 | $225.00 ✓ |
| 3/17/2019 | JW | Review draft brief in response to joint motion to strike. | 0.30 $375.00 | $112.50 ✓ |
| 3/18/2019 | JW | Review filed response to motion to strike third amended complaint and related correspondence with counsel. | 0.30 $375.00 | $112.50 ✓ |
| 3/22/2019 | JW | Correspondence with Matt Gilliam regarding transcript order procedures; receive and review clerk notice for filing of transcript. | 0.20 $375.00 | $75.00 ✓ |

**For professional services rendered** _____ $1,912.50 ✓

Total New Charges _____ $1,912.50

Previous Balance $1,200.00

3/06/2019  Payment $-112.50

3/06/2019  Payment $-750.00

**App.149**

3/25/2019   Payment                                                    $-337.50

   Total Payments and Credits                          $-1,200.00

   Balance Due                                          $1,912.50

*Payment is due upon receipt*

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

April 25, 2019

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 27126

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---|
| Current Fees for this Invoice | $1,387.50 |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $1,387.50 |
| Previous Balance | $1,912.50 |
| Payments/Credits | $0.00 |
| **Total Now Due** | **$3,300.00** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

**App.151**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX 75209-6524

TAX I.D. #75-1321489

(214) 378-6675

April 25, 2019

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice #27126

RE:  Carter, Charlene/Transport Workers Union, Local 556

### *Professional Services:*

|  |  |  |  | Amount |
|---|---|---|---|---|
| 3/29/2019 | JW | Review Defendants' reply in support of motion to strike third amended petition (.2); multiple telephone calls and email correspondence with Matt Gilliam regarding sur-reply (.7); review revisions and comments to initial disclosures (.1). | 1.00 $375.00 | $375.00 ✓ |
| 4/01/2019 | JW | Review Southwest initial disclosures; review final served initial disclosures for Plaintiff; review filed notice of corrected citation; review correspondence with Local 556 counsel regarding status of initial disclosures; review Local 556's disclosures. | 0.50 $375.00 | $187.50 ✓ |
| 4/03/2019 | JW | Receive and review court order striking 3rd amended complaint; correspondence with Matt Gilliam regarding filing of 4th amended complaint.. | 0.30 $375.00 | $112.50 ✓ |
| 4/08/2019 | JW | Review draft of fourth amended complaint and correspondence with Matthew Gilliam regarding same. | 0.40 $375.00 | $150.00 ✓ |

**App.152**

| 4/09/2019 | JW | Review revised draft of fourth amended complaint. | 0.20<br>$375.00 | $75.00 |
| 4/10/2019 | JW | Receive and review filed fourth amended complaint. | 0.10<br>$375.00 | $37.50 |
| 4/23/2019 | JW | Initial review of drafts of discovery requests to Defendants. | 0.20<br>$375.00 | $75.00 |
| 4/25/2019 | JW | Review Defendants' answers to fourth amended complaint. | 0.30<br>$375.00 | $112.50 |
| 4/25/2019 | JW | Detailed review of drafts of interrogatories and document requests to Defendants, and provide revisions and comments regarding same to Matt Gilliam; review draft of amended initial disclosures. | 0.70<br>$375.00 | $262.50 |

**For professional services rendered**     $1,387.50

Total New Charges     $1,387.50

Previous Balance     $1,912.50

Balance Due     $3,300.00

*Payment is due upon receipt*

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX 75209-6524

TAX I.D. #75-1321489

(214) 378-6675

May 25, 2019

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 27159

---

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---:|
| Current Fees for this Invoice | $787.50 |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $787.50 |
| Previous Balance | $3,300.00 |
| Payments/Credits | $-1,912.50 |
| **Total Now Due** | **$2,175.00** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

**App.154**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489                                                                                              (214) 378-6675

May 25, 2019

Maureen Waller                                                                                      Invoice # 27159
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

RE:  Carter, Charlene/Transport Workers Union, Local 556

### *Professional Services:*

| | | | | Amount |
|---|---|---|---|---|
| 4/26/2019 | JW | Review final drafts and final served copies of discovery requests to Defendants. | 0.20 $375.00 | $75.00 |
| 4/30/2019 | JW | Receive and review Plaintiff's served supplemental disclosures. | 0.10 $375.00 | $37.50 |
| 5/14/2019 | JW | Receive and review email correspondence from opposing counsel regarding discovery requests. | 0.10 $375.00 | $37.50 |
| 5/15/2019 | JW | Telephone conference with Matt Gilliam and multiple correspondence with counsel regarding discovery issues with Southwest. | 0.60 $375.00 | $225.00 |
| 5/17/2019 | JW | Multiple correspondence and telephone call with counsel regarding ongoing discovery issues with Southwest. | 0.80 $375.00 | $300.00 |

| 5/21/2019 | JW | Review multiple email correspondence between counsel regarding Southwest discovery responses. | 0.20 $375.00 | $75.00 |
| 5/22/2019 | JW | Correspondence with counsel regarding Southwest discovery. | 0.10 $375.00 | $37.50 |

**For professional services rendered** $787.50

Total New Charges $787.50

Previous Balance $3,300.00

5/14/2019   Payment $-1,912.50

Total Payments and Credits $-1,912.50

Balance Due $2,175.00

*Payment is due upon receipt*

## JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX 75209-6524

TAX I.D. #75-1321489

(214) 378-6675

June 25, 2019

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 27183

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---|
| Current Fees for this Invoice | $112.50 |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $112.50 |
| Previous Balance | $2,175.00 |
| Payments/Credits | $-1,387.50 |
| **Total Now Due** | **$900.00** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

**App.157**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX 75209-6524

TAX I.D. #75-1321489

(214) 378-6675

June 25, 2019

Maureen Waller
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

Invoice # 27183

RE: Carter, Charlene/Transport Workers Union, Local 556

### *Professional Services:*

| Date | | Description | | Amount |
|------|----|-------------|------|--------|
| 6/11/2019 | JW | Telephone call with Matt Gilliam regarding Defendants' written discovery responses. | 0.20 $375.00 | $75.00 ✓ |
| 6/14/2019 | JW | Receive and review correspondence and draft of protective order from counsel for Southwest. | 0.10 $375.00 | $37.50 ✓ |
| 6/24/2019 | JW | Email correspondence from Matt Gilliam regarding proposed protective order. (No Charge) | 0.25 $375.00 | No Charge |

**For professional services rendered** — $112.50 ✓

Total New Charges — $112.50

Previous Balance — $2,175.00

6/18/2019  Payment                                                    $-1,387.50

  Total Payments and Credits                                          $-1,387.50

  Balance Due                                                           $900.00

*Payment is due upon receipt*

## JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

August 25, 2019

Maureen Waller                                                    Invoice # 27243
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---|
| Current Fees for this Invoice | $750.00 |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $750.00 |
| Previous Balance | $525.00 |
| Payments/Credits | $0.00 |
| **Total Now Due** | **$1,275.00** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

**App.160**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489                                                                                                (214) 378-6675

August 25, 2019

Maureen Waller                                                                                                Invoice # 27243
National Right to Work Legal Defense Foundation
8001 Braddock Rd., Ste. 600
Springfield, VA 22160

RE:  Carter, Charlene/Transport Workers Union, Local 556

*Professional Services:*

| Date | | Description | | Amount |
|------|----|-------------|------|--------|
| 7/26/2019 | JW | Telephone conference with Matt Gilliam regarding discovery issues; review multiple email correspondence regarding TWU discovery and document production, and draft of protective order. | 0.50 $375.00 | $187.50 |
| 7/29/2019 | JW | Correspondence with Matt Gilliam regarding drafting of potential motion to compel and provide forms of motions for reference; review correspondence to TWU counsel regarding outstanding discovery issues. | 0.40 $375.00 | $150.00 |
| 7/31/2019 | JW | Review TWU's first amended interrogatory and document request responses and objections, and evaluate TWU's objections and assertions of privilege under the rules; correspondence with Matthew Gilliam regarding TWU's discovery responses and potential motion to compel. | 0.80 $375.00 | $300.00 |
| 8/09/2019 | JW | Telephone call from mediator, and correspondence to Matt Gilliam regarding same. | 0.20 $375.00 | $75.00 |

| 8/13/2019 | JW | Correspondence with Matt Gilliam regarding mediation status and scheduling. | 0.10 $375.00 | $37.50 ✓ |

**For professional services rendered**  $750.00 ✓

Total New Charges  $750.00 ✓

Previous Balance  $525.00 Paid 8/29

Balance Due  $1,275.00

*Payment is due upon receipt*

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX 75209-6524

TAX I.D. #75-1321489                                                                                        (214) 378-6675

September 25, 2019

Laverne Stanley                                                                                                Invoice # 27274
National Right to Work Legal Defense Foundation
8001 Braddock
Suite 600
Springfield, VA 22160

RE:  Carter, Charlene/Transport Workers Union, Local 556

### *Professional Services:*

| | | | | Amount |
|---|---|---|---|---|
| 9/03/2019 | JW | Receive and review court order transferring case to newly appointed judge. | 0.10 $375.00 | $37.50 |
| 9/04/2019 | JW | Review and analyze Southwest's revisions to proposed protective order, and review Matt Gilliam's correspondence and comments regarding same. | 0.80 $375.00 | $300.00 |
| 9/05/2019 | JW | Correspondence with Matt Gilliam with revisions and comments on current draft of proposed protective order (.5); telephone conference with Matt Gilliam regarding protective order and related case issues (.9). | 1.40 $375.00 | $525.00 |
| 9/06/2019 | JW | Review TWU Local 556's revisions to proposed protective order and related correspondence; review Matt Gilliam's most recent revision to proposed protective order forwarded to opposing counsel. | 0.20 $375.00 | $75.00 |

Invoice #   27274                                                                                        Page   2

**App.163**

| 9/17/2019 | JW | Review draft correspondence to Local 556 regarding discovery issues, and correspondence with Matt Gilliam regarding same. | 0.10 $375.00 | $37.50 |
| 9/19/2019 | JW | Review multiple correspondence with opposing counsel regarding outstanding discovery issues and protective order; review Southwest revisions to draft protective order. | 0.40 $375.00 | $150.00 |
| 9/23/2019 | JW | Review correspondence with opposing counsel regarding protective order and discovery disputes. | 0.10 $375.00 | $0.00 |
| 9/24/2019 | JW | Receive and review Southwest's interrogatories and request for production of documents to Carter, and determine and docket due date. | 0.30 $375.00 | $112.50 |
| 9/25/2019 | JW | Review correspondence with TWU counsel regarding discovery conference. (No charge.) | 0.25 $375.00 | No Charge |

|  |  |
| --- | --- |
| **For professional services rendered** | $1,237.50 |
| Total New Charges | $1,237.50 |
| Previous Balance | $1,275.00 |
| 9/10/2019   Payment | $-525.00 |
| 9/25/2019   Payment | $-750.00 |
| Total Payments and Credits | $-1,275.00 |
| Balance Due | $1,237.50 |

*Payment is due upon receipt*

Invoice #     27274

Page    3

App.164

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX 75209-6524

TAX I.D. #75-1321489

(214) 378-6675

October 25, 2019

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 27271

RE: Carter, Charlene/Transport Workers Union, Local 556

### *Professional Services:*

| | | | | Amount |
|---|---|---|---|---|
| 9/26/2019 | JW | Review correspondence with TWU counsel regarding conference call to discuss discovery issues. (No Charge) | 0.25 $375.00 | No Charge |
| 9/30/2019 | JW | Review correspondence with SWA counsel regarding discovery regarding discovery requests. | 0.10 $375.00 | $37.50 |
| 10/01/2019 | JW | Review correspondence with counsel regarding protective order. (No Charge) | 0.20 $375.00 | No Charge |
| 10/02/2019 | JW | Review final draft of protective order, and telephone conference with Matt Gilliam to discuss protective order and related discovery issues. | 0.60 $375.00 | $225.00 |
| 10/03/2019 | JW | Review and revise joint motion for entry of a stipulated protective order, and correspondence with Matt Gilliam regarding same; review correspondence with opposing counsel. | 0.50 $375.00 | $187.50 |

Invoice #   27271

**App.165**

| 10/21/2019 | JW | Review correspondence with counsel discovery scheduling. (No Charge) | 0.10 $375.00 | No Charge ✓ |
| 10/22/2019 | JW | Review further correspondence with counsel regarding discovery scheduling issues. (No charge.) | 0.10 $375.00 | $37.50 ✓ |
| 10/23/2019 | JW | Review multiple correspondence among counsel regarding meeting to discuss discovery issues. | 0.10 $375.00 | $37.50 ✓ |
| 10/24/2019 | JW | Check status of discovery response deadline and extension of same, and correspondence with Matt Gilliam regarding same. | 0.10 $375.00 | $37.50 ✓ |

|  | | | | |
|---|---|---|---|---|
| **For professional services rendered** | | | | $562.50 ✓ |
| Total New Charges | | | | $562.50 ✓ |
| Previous Balance | | | | $1,237.50 |
| Balance Due | | | | $1,800.00 |

*Payment is due upon receipt*

**App.166**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489                                                    (214) 378-6675

December 25, 2019

Laverne Stanley                                                   Invoice # 27331
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---|
| Current Fees for this Invoice | $1,350.00 |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $1,350.00 |
| Previous Balance | $450.00 |
| Payments/Credits | $0.00 |
| **Total Now Due** | **$1,800.00** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

**App.167**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

December 25, 2019

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 27331

RE:  Carter, Charlene/Transport Workers Union, Local 556

### *Professional Services:*

| | | | | Amount |
|---|---|---|---|---|
| 11/27/2019 | JW | Review drafts of Carter interrogatory responses and RFP responses; correspondence with Matt Gilliam regarding same. | 0.80 $375.00 | $300.00 ✓ |
| 12/02/2019 | JW | Review Carter's final responses to SWA's interrogatories and responses to SWA's request for production of documents. | 0.40 $375.00 | $150.00 ✓ |
| 12/03/2019 | JW | Receive and review Carter privilege log and related correspondence. | 0.20 $375.00 | $75.00 ✓ |
| 12/03/2019 | JW | Receive and review SWA's redlined proposal for joint motion to extend deadlines. | 0.40 $375.00 | $150.00 ✓ |
| 12/04/2019 | JW | Review and revise latest draft of joint motion to modify scheduling order; correspondence with Matt Gilliam regarding joint motion and proposed order. | 1.20 $375.00 | $450.00 ✓ |

| | | | | |
|---|---|---|---|---|
| 12/09/2019 | JW | Review correspondence with SWA counsel and revisions to draft of joint motion for extension. | 0.20<br>$375.00 | $75.00 ✓ |
| 12/11/2019 | JW | Review final drafts of joint motion to modify scheduling order and proposed order. | 0.20<br>$375.00 | $75.00 ✓ |
| 12/13/2019 | JW | Email correspondence and telephone call regarding filing of joint motion to extended scheduling order deadlines; receive and review filed motion and proposed order. | 0.20<br>$375.00 | $75.00 ✓ |

**For professional services rendered**                                                     $1,350.00 ✓

Total New Charges                                                                                              $1,350.00

Previous Balance                                                                                                 $450.00

Balance Due                                                                                                        $1,800.00

*Payment is due upon receipt*

Invoice #     27331

**App.169**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX 75209-6524

TAX I.D. #75-1321489

(214) 378-6675

February 25, 2020

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 27391

RE: Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---:|
| Current Fees for this Invoice | $600.00 |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $600.00 |
| Previous Balance | $0.00 |
| Payments/Credits | $0.00 |
| **Total Now Due** | **$600.00** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*



App.170

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

February 25, 2020

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 27391

RE:  Carter, Charlene/Transport Workers Union, Local 556

### *Professional Services:*

| | | | | Amount |
|---|---|---|---|---|
| 2/10/2020 | JW | Telephone conferences with Matt Gilliam regarding case status. | 0.40 $375.00 | $150.00 ✓ |
| 2/12/2020 | JW | Receive and review court order to file joint status report with agreed-upon scheduling deadlines. | 0.10 $375.00 | $37.50 ✓ |
| 2/13/2020 | JW | Receive and review court order terminating case pending joint scheduling order; telephone conference with Matt Gilliam regarding same. | 0.20 $375.00 | $75.00 ✓ |
| 2/18/2020 | JW | Review correspondence with counsel regarding scheduling of telephone conference to discuss schedule. (No Charge) | 0.30 $375.00 | No Charge ✓ |
| 2/19/2020 | JW | Review agreed draft of joint status report on proposed scheduling deadlines; review email correspondence with counsel regarding same. | 0.30 $375.00 | $112.50 ✓ |

| | | | | |
|---|---|---|---|---|
| 2/20/2020 | JW | Review multiple email correspondence among counsel regarding changes to proposed scheduling order; review revised proposed scheduling order. | 0.50 $375.00 | $187.50 |
| 2/21/2020 | JW | Receive and review filed joint status report with proposed scheduling order. | 0.10 $375.00 | $37.50 |

**For professional services rendered**  $600.00

Total New Charges  $600.00

Previous Balance  $0.00

Balance Due  $600.00

*Payment is due upon receipt*

**App.172**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX 75209-6524

TAX I.D. #75-1321489

(214) 378-6675

March 25, 2020

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 27429

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---|
| Current Fees for this Invoice | $75.00 |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $75.00 |
| Previous Balance | $600.00 |
| Payments/Credits | $-600.00 |
| **Total Now Due** | **$75.00** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

App.173

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

March 25, 2020

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 27429

RE:  Carter, Charlene/Transport Workers Union, Local 556

### Professional Services:

| | | | | Amount |
|---|---|---|---|---|
| 3/04/2020 | JW | Receive and review court order reopening case and setting scheduling order and trial setting, and docket new deadlines and dates. | 0.20 $375.00 | $75.00 |
| 3/04/2020 | JW | Receive and review Southwest's motion to substitute attorney. (No Charge) | 0.10 $375.00 | No Charge |

| | |
|---|---|
| **For professional services rendered** | $75.00 |
| Total New Charges | $75.00 |
| Previous Balance | $600.00 |
| 3/17/2020   Payment | $-600.00 |
| Total Payments and Credits | $-600.00 |

Invoice #    27429

App.174

Balance Due                                                   $75.00

*Payment is due upon receipt*

App.175

## JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489                                                                                       (214) 378-6675

May 25, 2020

Laverne Stanley                                                                                  Invoice # 27511
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---:|
| Current Fees for this Invoice | $712.50 |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $712.50 |
| Previous Balance | $75.00 |
| Payments/Credits | $-75.00 |
| **Total Now Due** | **$712.50** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

Ap'd MBH
6/19/20

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

May 25, 2020

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 27511

RE:  Carter, Charlene/Transport Workers Union, Local 556

### Professional Services:

| Date | | | | Amount |
|---|---|---|---|---|
| 5/12/2020 | JW | Review and revise motion to compel union to respond to discovery, brief in support, and proposed order. | 1.20 $375.00 | $450.00 ✓ |
| 5/13/2020 | JW | Telephone call with Matt Gilliam regarding legal arguments and strategy on motion to compel discovery from union; review additional legal authorities regarding discovery of comparator employees and forward to Matt Gilliam for review. | 0.40 $375.00 | $150.00 ✓ |
| 5/14/2020 | JW | Telephone call from Matt Gilliam regarding update on motion to compel and discovery issues with union; receive and review filed copies of motion to compel, brief in support, appendix in support, and proposed order. | 0.30 $375.00 | $112.50 ✓ |

**For professional services rendered**                                    $712.50 ✓

Total New Charges                                    $712.50

Previous Balance                                                    $75.00

5/11/2020   Payment                                                $-75.00
                                                            _____
   Total Payments and Credits                                      $-75.00
                                                            _____
   Balance Due                                                    $712.50
                                                            ===============

*Payment is due upon receipt*

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489                                                     (214) 378-6675

June 25, 2020

Laverne Stanley                                                          Invoice # 27539
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

_____

RE:  Carter, Charlene/Transport Workers Union, Local 556

|                                      |              |
|--------------------------------------|-------------:|
| Current Fees for this Invoice        | $1,987.50    |
| Current Expenses for this Invoice    | $0.00        |
| Total Charges for this Invoice       | $1,987.50    |
| Previous Balance                     | $712.50      |
| Payments/Credits                     | $0.00        |
| **Total Now Due**                    | **$2,700.00**|

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

**App.179**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX 75209-6524

TAX I.D. #75-1321489

(214) 378-6675

June 25, 2020

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 27539

RE: Carter, Charlene/Transport Workers Union, Local 556

## *Professional Services:*

| | | | | Amount |
|---|---|---|---|---|
| 6/03/2020 | JW | Review initial draft of Audrey Stone subpoena; review Milton Chappell's comments and revisions to subpoena. | 0.60 $375.00 | $225.00 |
| 6/04/2020 | JW | Revise draft of subpoena duces tecum to Audrey Stone, and correspondence regarding same. | 0.60 $375.00 | $225.00 |
| 6/05/2020 | JW | Receive and review correspondence from mediator regarding status of scheduling mediation. (No Charge) | 0.10 $375.00 | No Charge |
| 6/05/2020 | JW | Review TWU's Response to Motion to Compel and supporting documents; receive and review court order of reference to magistrate judge. | 0.80 $375.00 | $300.00 |
| 6/09/2020 | JW | Receive and review court order setting hearing on motion to compel, and docket hearing date; review correspondence to mediator. | 0.20 $375.00 | $75.00 |

**App.180**

| 6/11/2020 | JW | Review revised draft of subpoena and related correspondence regarding protective order. | 0.20 $375.00 | $75.00 |
| 6/12/2020 | JW | Review final notice of subpoena and attachment, and related correspondence to opposing counsel. | 0.10 $375.00 | $37.50 |
| 6/18/2020 | JW | Review draft of reply in support of motion to compel discovery from Local 556 and comments and revisions by co-counsel; revise and comment on draft and correspondence with Matt Gilliam regarding same. | 0.80 $375.00 | $300.00 |
| 6/19/2020 | JW | Review filed reply in support of motion to compel; telephone conference with Matt Gilliam regarding motion to compel and upcoming hearing; research recent case law regarding motion to compel documents and forward to Matt Gilliam for review. | 0.70 $375.00 | $262.50 |
| 6/22/2020 | JW | Telephone call with Matt Gilliam regarding court teleconference logistics; attention to and review conference call logistics and follow up correspondence with Matt Gilliam regarding same. | 0.60 $375.00 | $225.00 |
| 6/23/2020 | JW | Review correspondence with counsel regarding court hearing; review and analyze court order on motion to compel; review correspondence with counsel regarding court's order on motion. | 0.60 $375.00 | $225.00 |
| 6/24/2020 | JW | Review correspondence among counsel regarding follow up to court order on motion to compel. | 0.10 $375.00 | $37.50 |

**For professional services rendered**                                              $1,987.50

Total New Charges                                                                   $1,987.50

Previous Balance                                                                    $712.50

Balance Due                                                                         $2,700.00

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX 75209-6524

TAX I.D. #75-1321489

(214) 378-6675

August 25, 2020

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 27594

RE: Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---|
| Current Fees for this Invoice | $1,968.75 |
| Current Expenses for this Invoice | $22.28 |
| Total Charges for this Invoice | $1,991.03 |
| Previous Balance | $2,737.50 |
| Payments/Credits | $-2,737.50 |
| **Total Now Due** | **$1,991.03** |

$- 893.75$

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

pay
$1,897.28
MBH
10/5/20

**App.182**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX 75209-6524

TAX I.D. #75-1321489

(214) 378-6675

August 25, 2020

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 27594

RE:  Carter, Charlene/Transport Workers Union, Local 556

### *Professional Services:*

| | | | | Amount |
|---|---|---|---|---|
| 7/27/2020 | JW | Review court order regarding briefing schedule for motion for leave to file sur-reply; review SWA's response and objection to motion to file sur-reply. | 0.40 $375.00 | $150.00 ✓ |
| 7/28/2020 | JW | Review and revise draft of reply in support of motion for leave to file sur-reply. | 0.40 $375.00 | $150.00 ✓ |
| 7/29/2020 | JW | Review additional revisions and comments on Reply in support of Motion for Leave to File Sur-Reply; review final draft after revisions. | 0.20 $375.00 | $75.00 ✓ |
| 7/29/2020 | JW | Finalize and mail out cease and desist letter to John Martin. | 0.25 $375.00 | $93.75 ⟩ ✗ *do not pay* |
| 7/30/2020 | JW | Review court order regarding in camera filing of affidavits and brief on privilege regarding motion for sanctions. | 0.10 $375.00 | $37.50 ✓ |

| | | | | |
|---|---|---|---|---|
| 7/31/2020 | JW | Review correspondence from TWA counsel regarding motion for extension; review filed motion for extension by TWA. | 0.10 $375.00 | $37.50 |
| 8/03/2020 | JW | Review court order on TWU's motion for time extension. | 0.10 $375.00 | $37.50 |
| 8/03/2020 | JW | Telephone call with Jeff Jennings regarding in camera filing procedures. (No Charge) | 0.10 $375.00 | No Charge |
| 8/05/2020 | JW | Attention to planning for courier delivery of in camera documents and correspondence with Jeff Jennings regarding same (.1); review and comment on in camera brief (.9); review draft affidavits and appendix (.3) | 1.30 $375.00 | $487.50 |
| 8/06/2020 | JW | Review final drafts of in camera brief and declarations; telephone call with Matt Gilliam regarding in camera submission; prepare transmittal letter and prepare final documents for submission; confirm delivery of brief and appendix to clerk's office; correspondence with Matt Gilliam confirming delivery of submission. | 1.20 $375.00 | $450.00 |
| 8/11/2020 | JW | Review draft of motion for extension of time to file renewed motion to compel and correspondence with Matt Gilliam an Jeff Jennings regarding same; review Jeff Jennings' proposed revision to draft motion. | 0.20 $375.00 | $75.00 |
| 8/12/2020 | JW | Receive and review filed motion for extension to file renewed motion to compel. | 0.10 $375.00 | $37.50 |
| 8/20/2020 | JW | Receive and review court order of referral and court order granting motion for extension to file motion to compel. | 0.10 $375.00 | $37.50 |
| 8/20/2020 | JW | Review draft renewed motion to compel and provide comments to Matt Gilliam. | 0.40 $375.00 | $150.00 |
| 8/22/2020 | JW | Receive and review filed renewed motion to compel, supporting brief and appendix. | 0.30 $375.00 | $112.50 |

| 8/24/2020 | JW | Review two court orders regarding referral of motion to compel and briefing schedule for motion to compel. | 0.10 $375.00 | $37.50 |

| **For professional services rendered** | $1,968.75 |

***Expenses***

| | Amount |
| Courier | $22.28 |
| **Total costs** | $22.28 |

| Total New Charges | $1,991.03 |

| Previous Balance | $2,737.50 |

| 8/25/2020   Payment | $-2,737.50 |

| Total Payments and Credits | $-2,737.50 |

| Balance Due | $1,991.03 |

*Payment is due upon receipt*

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX 75209-6524

TAX I.D. #75-1321489

(214) 378-6675

October 25, 2020

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 27648

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---:|
| Current Fees for this Invoice | $2,437.50 |
| Current Expenses for this Invoice | $80.00 |
| Total Charges for this Invoice | $2,517.50 |
| Previous Balance | $2,741.03 |
| Payments/Credits | $-1,991.03 |
| **Total Now Due** | **$3,267.50** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

**App.186**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

September 25, 2020

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 27623

RE:  Carter, Charlene/Transport Workers Union, Local 556

### *Professional Services:*

| Date | | Description | | Amount |
|------|-----|-------------|------|--------|
| 9/01/2020 | JW | Review Southwest's supplemental filing in support of motion for sanctions. | 0.20 $375.00 | $75.00 |
| 9/09/2020 | JW | Review email to Southwest counsel regarding outstanding discovery issues. | 0.10 $375.00 | $37.50 |
| 9/11/2020 | JW | Receive and review TWU's response to renewed motion to compel. | 0.50 $375.00 | $187.50 |
| 9/14/2020 | JW | Review correspondence from Southwest counsel regarding discovery dispute relating to Southwest's discovery objections and responses. | 0.10 $375.00 | $37.50 |
| 9/15/2020 | JW | Receive and review order setting hearing on renewed motion to compel. | 0.10 $375.00 | $37.50 |

Invoice #    27623

Page  2

**App.187**

| | | | | |
|---|---|---|---|---|
| 9/16/2020 | JW | Review email correspondence to Southwest regarding discovery. | 0.10 $375.00 | $37.50 |
| 9/18/2020 | JW | Email correspondence with Matt Gilliam regarding form of designation of lead counsel (.2); telephone conference with Matt Gilliam regarding hearing on motion to compel and outstanding discovery issues (.4); review draft and filed notice of designation of lead counsel (.1). | 0.70 $375.00 | $262.50 |
| 9/21/2020 | JW | Review court minute entry regarding hearing on motion to compel; email correspondence with Matt Gilliam regarding court ruling on motion to compel. | 0.10 $375.00 | $37.50 |
| 9/23/2020 | JW | Receive and review court discovery order on second motion to compel TWA to produce discovery. | 0.10 $375.00 | $37.50 |

**For professional services rendered**                              $750.00

Total New Charges                                          $750.00

Previous Balance                                         $1,991.03

Balance Due                                              $2,741.03

*Payment is due upon receipt*

Invoice #     27623

**App.188** Page 3

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX 75209-6524

TAX I.D. #75-1321489

(214) 378-6675

October 25, 2020

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 27648

RE: Carter, Charlene/Transport Workers Union, Local 556

### *Professional Services:*

| | | | | Amount |
|---|---|---|---|---|
| 9/28/2020 | JW | Review potential expert witnesses and emails with Jeff Jennings regarding same. | 0.20 $375.00 | $75.00 |
| 10/01/2020 | JW | Call with Matthew Gilliam regarding discovery status and pending discovery disputes, and status of current scheduling order and strategy regarding same. | 0.90 $375.00 | $337.50 |
| 10/07/2020 | JW | Call with Matt Gilliam regarding discovery and case scheduling order. | 0.20 $375.00 | $75.00 |
| 10/13/2020 | JW | Multiple calls with Matt Gilliam and Jeff Jennings regarding pending discovery issues and disputes, and upcoming discovery scheduling (1.1); review prior email correspondence with Southwest counsel regarding document searches (.3). | 1.40 $375.00 | $525.00 |

App.189

| | | | | |
|---|---|---|---|---|
| 10/14/2020 | JW | Review email correspondence with Southwest counsel regarding document production status and issues. | 0.20<br>$375.00 | $75.00 |
| 10/15/2020 | JW | Emails with Matt Gilliam regarding potential deposition dates and subpoenas, and review draft deposition notice; attention to potential court reporters and email Matt Gilliam with court reporter contacts for upcoming depositions. | 0.60<br>$375.00 | $225.00 |
| 10/16/2020 | JW | Review and provide comments and revisions to proposed rule 30(b)(6) deposition notice to Southwest, and email with Matt Gilliam regarding same; review legal authorities on application of work product doctrine to nonparty witness statements in follow up to earlier discussion and forward to Matt Gilliam for review. | 0.80<br>$375.00 | $300.00 |
| 10/19/2020 | JW | Review Rule 45 deposition subpoenas and emails within Matt Gilliam regarding subpoenas. | 0.20<br>$375.00 | $75.00 |
| 10/20/2020 | JW | Emails with Matt Gilliam regarding deposition subpoenas and fixing location for attendance (2); review final deposition notices and subpoenas and calendar same. | 0.20<br>$375.00 | $75.00 |
| 10/21/2020 | JW | Review multiple deposition notices for Southwest and TWA depositions. | 0.20<br>$375.00 | $75.00 |
| 10/21/2020 | JW | Review correspondence with Matt Gilliam regarding motion to compel. | 0.10<br>$375.00 | $37.50 |
| 10/23/2020 | JW | Review draft of motion to compel and suggested revisions from Milton Chappell and Jeff Jennings (.8); call with Matt Gilliam regarding deposition subpoenas, motion to compel and procedures for upcoming depositions (.5); attention to witness fees for deposition subpoenas (.2). | 1.50<br>$375.00 | $562.50 |

**For professional services rendered**       $2,437.50

*Expenses*

Amount

Page   3

**App.190**

| | |
|---|---:|
| Witness fee | $80.00 |
| **Total costs** | $80.00 |
| | |
| Total New Charges | $2,517.50 |
| Previous Balance | $2,741.03 |
| | |
| 10/01/2020 Credit | $-93.75 |
| *Removed inaccurate 7/29/2020 billing entry of $93.75.* | |
| 10/14/2020 Payment | $-1,897.28 |
| | |
| Total Payments and Credits | $-1,991.03 |
| | |
| Balance Due | $3,267.50 |

*Payment is due upon receipt*

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

September 25, 2020

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 27623

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---:|
| Current Fees for this Invoice | $750.00 |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $750.00 |
| Previous Balance | $1,991.03 |
| Payments/Credits | $0.00 |
| **Total Now Due** | **$2,741.03** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

**App.192**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489                                                                                    (214) 378-6675

November 25, 2020

Laverne Stanley                                                                           Invoice # 27669
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

---

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---:|
| Current Fees for this Invoice | $2,137.50 |
| Current Expenses for this Invoice | $67.28 |
| Total Charges for this Invoice | $2,204.78 |
| Previous Balance | $3,267.50 |
| Payments/Credits | $0.00 |
| **Total Now Due** | **$5,472.28** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

**App.193**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

November 25, 2020

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 27669

RE:  Carter, Charlene/Transport Workers Union, Local 556

### *Professional Services:*

| | | | | Amount |
|---|---|---|---|---|
| 10/26/2020 | JW | Letter to Southwest attorney M. Correll for delivery of deposition subpoena witness fees and attention to same. | 0.50 $375.00 | $187.50 |
| 10/27/2020 | JW | Receive and review Southwest's notice of intent to issue document subpoenas | 0.10 $375.00 | $37.50 |
| 11/09/2020 | JW | Review draft Subpoena and Notice for Audrey Stone and emails with Matt Gilliam regarding drafting issues (.2); telephone call with Matt Gilliam regarding discovery, deposition subpoena fees, and anticipated discovery motions (.5); receive and review email from mediator Karen Wilcutts (.1); attention to Stone Subpoena witness fee and transmittal letter to attorney Joe Gillespie (.2). | 1.00 $375.00 | $375.00 |
| 11/10/2020 | JW | Review draft of Rule 30(b)(6) deposition topics for TWU corporate representative deposition, and email with Matt Gilliam regarding same. | 0.30 $375.00 | $112.50 |

| 11/11/2020 | JW | Review and revise drafts of motion to compel and brief in support, and emails with Matt Gilliam regarding same. | 1.20 $375.00 | $450.00 |
| 11/12/2020 | JW | Telephone call with Matt Gilliam regarding motion to compel and other discovery issues. | 0.20 $375.00 | $75.00 |
| 11/13/2020 | JW | Receive and review notice of deposition for Carter. | 0.10 $375.00 | $37.50 |
| 11/16/2020 | JW | Receive and review filed motion to compel, brief in support, and appendix in support, and calendar response deadline. | 0.40 $375.00 | $150.00 |
| 11/17/2020 | JW | Receive and review court order expediting briefing scheduling and setting hearing, and calendar applicable dates. | 0.20 $375.00 | $75.00 |
| 11/19/2020 | JW | Email correspondence with court reporter and Matt Gilliam regarding exhibits for Carter deposition; telephone call with Matt Gilliam regarding Carter deposition. | 0.30 $375.00 | $112.50 |
| 11/20/2020 | JW | Receive and review court minute entry regarding discovery hearing. | 0.10 $375.00 | $37.50 |
| 11/25/2020 | JW | Telephone call with Matt Gilliam regarding discovery and deposition update and motion to compel. | 0.50 $375.00 | $187.50 |
| 11/25/2020 | JW | Review draft of responses and objections to TWU's interrogatories. | 0.80 $375.00 | $300.00 |

**For professional services rendered**

$2,137.50

*Expenses*

| | Amount |
| Courier | $27.28 |
| Witness fee | $40.00 |

**Total costs**                                              $67.28 ✓

Total New Charges                                         $2,204.78 ✓

Previous Balance                                          $3,267.50 *Previously billed*

Balance Due                                               $5,472.28

*Payment is due upon receipt*

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489                                                                              (214) 378-6675

January 25, 2021

Laverne Stanley                                                                              Invoice # 27724
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---:|
| Current Fees for this Invoice | $937.50 |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $937.50 |
| Previous Balance | $1,912.50 |
| Payments/Credits | $-1,912.50 |
| **Total Now Due** | **$937.50** ✓ |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

**App.197**

App.198

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

January 25, 2021

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 27724

RE:  Carter, Charlene/Transport Workers Union, Local 556

### *Professional Services:*

| Date | | Description | | Amount |
|------|------|-------------|------|--------|
| 1/04/2021 | JW | Review and evaluate expert report from Dr. Christine Reed; review compliance with Rule 26(a)(2) expert disclosure requirements; review draft and final served version of attorney fee expert disclosures; emails with Jeff Jennings regarding expert report and Rule 26(a)(2) requirements, and regarding designation of attorney fee experts. | 1.40 $375.00 | $525.00 |
| 1/04/2021 | JW | Review drafts of two reply briefs in support of motion to extend fact discovery, and email with Matt Gilliam regarding same. | 0.60 $375.00 | $225.00 |
| 1/05/2021 | JW | Receive and review filed reply briefs in support of motion to extend fact discovery. | 0.20 $375.00 | $75.00 |
| 1/06/2021 | JW | Receive and review correspondence from Southwest counsel regarding confidentiality designations. | 0.10 $375.00 | $37.50 |

| 1/07/2021 | JW | Emails with Matt Gilliam regarding deposition errata sheet. | 0.20 | $75.00 | ✓ |
|---|---|---|---|---|---|
| | | | $375.00 | | |

| | | |
|---|---|---|
| **For professional services rendered** | $937.50 | / |

| Total New Charges | $937.50 |
|---|---|
| Previous Balance | $1,912.50 |
| 1/22/2021   Payment | $-1,912.50 |
| Total Payments and Credits | $-1,912.50 |
| Balance Due | $937.50 |

*Payment is due upon receipt*

**App.200**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

February 25, 2021

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 27751

RE:  Carter, Charlene/Transport Workers Union, Local 556

## *Professional Services:*

|  |  |  |  | Amount |
|---|---|---|---|---|
| 2/05/2021 | JW | Review status of pending motions and check status of any expert designations from defendants. | 0.10 $375.00 | $37.50 |
| 2/17/2021 | JW | Emails with Jeff Jennings regarding motion to withdraw as counsel and provide sample form of motion and order. | 0.20 $375.00 | $75.00 |
| 2/18/2021 | JW | Receive and review emails with opposing counsel regarding conference on motion to withdraw. | 0.10 $375.00 | $37.50 |
| 2/22/2021 | JW | Review and revise Jeff Jennings' motion to withdraw. | 0.30 $375.00 | $112.50 |
| 2/23/2021 | JW | Receive and review filed motion to withdraw and proposed order. | 0.10 $375.00 | $37.50 |

**For professional services rendered**

$300.00

Invoice #   27751

Page  2

# App.201

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489                                                                                      (214) 378-6675

March 25, 2021

Laverne Stanley                                                                                    Invoice # 27786
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---|
| Current Fees for this Invoice | $37.50 ✓ |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $37.50 |
| Previous Balance | $1,237.50 |
| Payments/Credits | $-937.50 |
| **Total Now Due** | **$337.50** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

*OK'd for*
*$37.50*
*MBK*
*4/6/2*

**App.202**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

March 25, 2021

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 27786

RE:  Carter, Charlene/Transport Workers Union, Local 556

### *Professional Services:*

| | | | | Amount |
|---|---|---|---|---|
| 3/09/2021 | JW | Receive and review court order granting Jeff Jennings' motion to withdraw. | 0.10 $375.00 | $37.50 |

| | |
|---|---|
| **For professional services rendered** | $37.50 |
| Total New Charges | $37.50 |
| Previous Balance | $1,237.50 |
| 3/09/2021   Payment | $-937.50 |
| Total Payments and Credits | $-937.50 |
| Balance Due | $337.50 |

*Payment is due upon receipt*

Invoice #   27786

Page   2

**App.203**

| | |
|---|---:|
| Total New Charges | $300.00 |
| Previous Balance | $937.50 |
| Balance Due | $1,237.50 |

*Payment is due upon receipt*

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX 75209-6524

TAX I.D. #75-1321489

(214) 378-6675

June 25, 2021

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 27879

RE: Carter, Charlene/Transport Workers Union, Local 556

### *Professional Services:*

| | | | | Amount |
|---|---|---|---|---|
| 5/27/2021 | JW | Review emails regarding discovery and regarding mediation; review second discovery requests to Local 556 and to Southwest. | 0.20 $375.00 | $75.00 ✓ |
| 6/01/2021 | JW | Receive and review mediation confirmation email and documents. | 0.10 $375.00 | $0.00 ✓ |
| 6/02/2021 | JW | Receive and review Southwest privilege log (.1); review correspondence with mediator regarding mediation attendance (.1). | 0.20 $375.00 | $75.00 ✓ |
| 6/03/2021 | JW | Review correspondence with counsel regarding confidentiality during mediation. | 0.10 $375.00 | $37.50 ✓ |
| 6/04/2021 | JW | Review Plaintiff's mediation position statement. | 0.30 $375.00 | $112.50 ✓ |

| 6/04/2021 | JW | Review emails between counsel regarding exchange of confidential information during mediation (no charge). | 0.10 $375.00 | No Charge |
| 6/11/2021 | JW | Review email correspondence to counsel and mediator regarding mediation demands. | 0.10 $375.00 | $37.50 |
| 6/25/2021 | JW | Telephone call with Matt Gilliam regarding mediation update and current discovery issues; receive and review notice of appearance filed by Paulo McKeeby; receive and review email from Matt Gilliam and attached document production; receive and review Southwest's responses and objections to written discovery requests and supplemental document production. | 0.60 $375.00 | $225.00 |

**For professional services rendered**                                     $562.50

Total New Charges                                                          $562.50

Previous Balance                                                         $2,962.50

Balance Due                                                              $3,525.00

*Payment is due upon receipt*

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX 75209-6524

TAX I.D. #75-1321489

(214) 378-6675

July 25, 2021

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 27903

RE:  Carter, Charlene/Transport Workers Union, Local 556

### Professional Services:

| | | | | Amount |
|---|---|---|---|---|
| 6/28/2021 | JW | Receive and review TWU's written discovery responses. | 0.10 $375.00 | $37.50 |
| 7/02/2021 | JW | Review emails with counsel (.1); receive and review follow-up discovery requests to Southwest and to Local 556 (.1). | 0.20 $375.00 | $75.00 |
| 7/13/2021 | JW | Review email correspondence regarding TWU's document production and discovery responses. | 0.10 $375.00 | $37.50 |
| 7/15/2021 | JW | Review email correspondence from Adam Greenfield regarding discovery responses and document production; review Southwest responses and objections to Plaintiff's second request for production.. | 0.20 $375.00 | $75.00 |

**For professional services rendered**                                    $225.00

| | |
|---|---:|
| Total New Charges | $225.00 |
| Previous Balance | $3,525.00 |
| 6/29/2021   Payment | $-2,962.50 |
| Total Payments and Credits | $-2,962.50 |
| Balance Due | $787.50 |

*Payment is due upon receipt*

**App.208**

## JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

September 25, 2021

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 27938

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---|
| Current Fees for this Invoice | $2,340.00 |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $2,340.00 |
| Previous Balance | $1,312.50 |
| Payments/Credits | $0.00 |
| **Total Now Due** | **$3,652.50** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

**App.209**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX 75209-6524

TAX I.D. #75-1321489

(214) 378-6675

August 25, 2021

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 27922

RE: Carter, Charlene/Transport Workers Union, Local 556

### *Professional Services:*

| | | | | Amount |
|---|---|---|---|---|
| 7/26/2021 | JW | Emails with Matt Gilliam regarding filing under seal, and review of sealing procedures in scheduling order. | 0.20 $375.00 | $75.00 |
| 7/27/2021 | JW | Email with Matt Gilliam regarding filing of Southwest spreadsheet under seal; review emails with opposing counsel regarding filing of motion to compel. | 0.20 $375.00 | $75.00 |
| 7/30/2021 | JW | Review motion to seal, motion to compel discovery and brief in support; emails and telephone call with Matt Gilliam regarding motion to seal and motion to compel. | 1.30 $375.00 | $487.50 |
| 8/02/2021 | JW | Receive and review notice of filing of motion to compel. (No Charge) | 0.10 $375.00 | No Charge |
| 8/02/2021 | JW | Email with Matt Gilliam regarding TWU discovery extension request; review Southwest's responses and objections to third set of interrogatories and requests for production. | 0.20 $375.00 | $75.00 |

Invoice #    27922

| Date | | Description | | |
|---|---|---|---|---|
| 8/04/2021 | JW | Review email correspondence to Defendants regarding deficient discovery responses; telephone call with Matt Gilliam regarding discovery responses. | 0.20 $375.00 | $75.00 |
| 8/05/2021 | JW | Review email correspondence with Paulo McKeeby regarding discovery dispute. | 0.10 $375.00 | $37.50 |
| 8/17/2021 | JW | Review Southwest's response to motion to seal. | 0.20 $375.00 | $75.00 |
| 8/18/2021 | JW | Email correspondence with Matt Gilliam regarding advisability of replying to Southwest's response to motion to seal. | 0.10 $375.00 | $37.50 |
| 8/23/2021 | JW | Review draft of joint report on settlement status; email with Matt Gilliam. | 0.20 $375.00 | $75.00 |
| 8/24/2021 | JW | Review Southwest's filed affidavit in support of motion to seal documents. | 0.10 $375.00 | $37.50 |
| 8/25/2021 | JW | Review court order granting motion to seal and providing instructions on filing both public and sealed versions. | 0.10 $375.00 | $37.50 |

|  |  |
|---|---|
| **For professional services rendered** | $1,087.50 |
| Total New Charges | $1,087.50 |
| Previous Balance | $787.50 |
| 7/30/2021  Payment | $-562.50 |
| Total Payments and Credits | $-562.50 |
| Balance Due | $1,312.50 |

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX 75209-6524

TAX I.D. #75-1321489

(214) 378-6675

September 25, 2021

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 27938

RE:  Carter, Charlene/Transport Workers Union, Local 556

### *Professional Services:*

| | | | | Amount |
|---|---|---|---|---|
| 8/26/2021 | JW | Review filed joint status report on settlement. | 0.10 $375.00 | $37.50 |
| 8/27/2021 | JW | Review local rules and court order regarding summary judgment motions; email with Matt Gilliam regarding summary judgment motion procedures. | 0.10 $375.00 | $37.50 |
| 8/31/2021 | JW | Telephone call with Matt Gilliam regarding summary judgment motion filing procedures and logistics. | 0.40 $375.00 | $150.00 |
| 8/31/2021 | JW | Review applicable rules and procedures for filing non-documentary materials in support of summary judgment motion; prepare filing materials and transmittal correspondence to clerk. | 0.90 $375.00 | $337.50 |
| 9/01/2021 | JW | Telephone call with Matt Gilliam regarding motion for summary judgment filing rules and procedures (.5); review draft of brief in support of motion for summary judgment | 1.60 $375.00 | $600.00 |

Invoice #   27938

(.8); work on submission of video files (.1); email correspondence with Matt Gilliam regarding TWU request for motion to extend (.2).

| | | | | |
|---|---|---|---|---|
| 9/02/2021 | JW | Receive and review TWU's motion to extend MSJ deadline (.2); emails with Matt Gilliam regarding MSJ filings (.2); work on preparing submission of video in separate filing (.8); receive and review Southwest's motion for summary judgment, brief, and appendix in support (.8). | 2.00<br>$0.00 | $0.00 ✓ |
| 9/03/2021 | JW | Attention to submission of video files for filing in connection with Motion for Summary Judgment; receive and review court order granting MSJ extension. | 0.60<br>$375.00 | $225.00 ✓ |
| 9/07/2021 | JW | Telephone call with Matt Gilliam regarding filing motion to compel. | 0.10<br>$375.00 | $37.50 ✓ |
| 9/07/2021 | JW | Receive and review Plaintiff's filed MSJ and supporting documents, and docket MSJ response dates. | 0.40<br>$375.00 | $150.00 ✓ |
| 9/08/2021 | JW | Receive and review Carter's filed public and sealed version of second motion to compel, brief in support, and appendix in support; determine and calendar Southwest's response due date. | 0.40<br>$375.00 | $150.00 ✓ |
| 9/09/2021 | JW | Receive and review filing confirmation of manually filed portion of MSJ Appendix. | 0.10<br>$375.00 | $37.50 ✓ |
| 9/10/2021 | JW | Confer with Matt Gilliam regarding MSJ response arguments; receive and review SWA's supplemental motion for summary judgment, and TWU's motion for summary judgment, and brief and appendix in support. | 0.80<br>$375.00 | $300.00 ✓ |
| 9/15/2021 | JW | Receive and review court order striking SWA's supplemental MSJ and court order of reference of motion to compel. | 0.10<br>$150.00 | $15.00 ✓ |

| 9/20/2021 | JW | Emails with Matt Gilliam regarding MSJ response date extension. | 0.10 $375.00 | $37.50 |
| 9/21/2021 | JW | Telephone call with Matt Gilliam regarding MSJ responses; receive and review Southwest's draft and filed joint motion to extend MSJ response deadlines. | 0.30 $375.00 | $112.50 |
| 9/22/2021 | JW | Review local rules regarding MSJ response brief lengths, and emails with Matt Gilliam regarding same. | 0.20 $375.00 | $75.00 |
| 9/23/2021 | JW | Receive and review court order granting motion to extend MSJ response deadline. | 0.10 $375.00 | $37.50 |

**For professional services rendered**     $2,340.00

Total New Charges     $2,340.00

Previous Balance     $1,312.50

Balance Due     $3,652.50

*Payment is due upon receipt*

**App.214**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

August 25, 2021

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 27922

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---:|
| Current Fees for this Invoice | $1,087.50 |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $1,087.50 |
| Previous Balance | $787.50 |
| Payments/Credits | $-562.50 |
| **Total Now Due** | **$1,312.50** |



*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

**App.215**

## JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

July 25, 2021

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 27903

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---:|
| Current Fees for this Invoice | $225.00 |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $225.00 |
| Previous Balance | $3,525.00 |
| Payments/Credits | $-2,962.50 |
| **Total Now Due** | **$787.50** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

**App.216**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

October 25, 2021

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 27963

RE:  Carter, Charlene/Transport Workers Union, Local 556

### Professional Services:

| | | | | Amount |
|---|---|---|---|---|
| 10/04/2021 | JW | Research and review rules regarding redaction of sensitive information from filings, and email with Matt Gilliam regarding same. | 0.30 $375.00 | $112.50 ✓ |
| 10/04/2021 | JW | Review draft of response to MSJ and brief in support; telephone call with Matt Gilliam to discuss suggestions for response brief. | 1.00 $375.00 | $375.00 ✓ |
| 10/04/2021 | JW | Receive and review court order regarding Southwest's leave to file supplemental MSJ; receive and review Southwest's response to motion to file under seal and supporting declaration. | 0.20 $375.00 | $75.00 ✓ |
| 10/05/2021 | JW | Receive and review Southwest's and TWU's responses and briefs to Carter's motion for summary judgment; docket reply due date. | 0.60 $375.00 | $225.00 ✓ |

12-16-21 ck nos. 33744 & 33745

**App.217**

| 10/06/2021 | JW | Receive and review court order regarding extension of response date for motion to compel and setting hearing on motion; calendar deadlines regarding motion and upcoming hearing. | 0.20 $375.00 | $75.00 |
| 10/07/2021 | JW | Receive and review Southwest's unopposed motion for leave to file supplemental MSJ and attachment. | 0.10 $375.00 | $37.50 |
| 10/11/2021 | JW | Receive and review court order granting Southwest's motion for leave to file supplemental MSJ. | 0.10 $375.00 | $37.50 |
| 10/13/2021 | JW | Review Southwest's filed response to Carter's second motion to compel and Southwest's appendix in support of response. | 0.50 $375.00 | $187.50 |
| 10/14/2021 | JW | Review Southwest's filed corrected or supplemental motion for summary judgment. | 0.10 $375.00 | $37.50 |
| 10/18/2021 | JW | Review drafts of reply briefs in support of motion for summary judgment. | 0.80 $375.00 | $300.00 |
| 10/19/2021 | JW | Receive and review Plaintiff's filed MSJ reply briefs (.1); receive and review TWU's and Southwest's filed MSJ reply briefs. (.4). | 0.50 $375.00 | $187.50 |
| 10/21/2021 | JW | Telephone call with Matt Gilliam regarding SWA's request for trial continuance. | 0.20 $375.00 | $75.00 |
| 10/25/2021 | JW | Email correspondence with Matt Gilliam regarding discovery supplementation issues; review draft of joint motion to extend pretrial and trial deadlines. | 0.30 $375.00 | $112.50 |

**For professional services rendered**                                            $1,837.50

Total New Charges                                                            $1,837.50

Previous Balance                                                             $3,652.50

**App.218**

| | |
|---|---|
| 10/21/2021  Payment | $-225.00 |
| 10/21/2021  Payment | $-3,427.50 |
| Total Payments and Credits | $-3,652.50 |
| Balance Due | $1,837.50 |

*Payment is due upon receipt*

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX 75209-6524

TAX I.D. #75-1321489

(214) 378-6675

November 25, 2021

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 27984

RE: Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---|
| Current Fees for this Invoice | $300.00 |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $300.00 |
| Previous Balance | $1,837.50 |
| Payments/Credits | $0.00 |
| **Total Now Due** | **$2,137.50** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

November 25, 2021

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 27984

RE:  Carter, Charlene/Transport Workers Union, Local 556

### *Professional Services:*

|  |  |  |  | Amount |
|---|---|---|---|---|
| 10/27/2021 | JW | Review second draft of motion for continuance of trial setting, and correspondence with Matt Gilliam regarding same; receive and review filed motion to continuance. | 0.30 $375.00 | $112.50 ✓ |
| 11/04/2021 | JW | Receive and review amended scheduling order and update docket deadlines. | 0.10 $375.00 | $37.50 ✓ |
| 11/06/2021 | JW | Check status of upcoming hearing on motion to compel, and email with Matt Gilliam regarding logistics for handling of hearing. | 0.10 $375.00 | $37.50 ✓ |
| 11/16/2021 | JW | Receive and review court order regarding hearing on motion to compel. (No Charge) | 0.10 $375.00 | No Charge ✓ |
| 11/18/2021 | JW | Receive and review court order canceling hearing on motion to compel. (No Charge) | 0.10 $375.00 | No Charge ✓ |

**App.221**

| 11/19/2021 | JW | Receive and review court order on second motion to compel. | 0.30 $375.00 | $112.50 ✓ |

| **For professional services rendered** | | $300.00 ✓ |

| Total New Charges | | $300.00 |

| Previous Balance | | $1,837.50 |

| Balance Due | | $2,137.50 |

*Payment is due upon receipt*

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX 75209-6524

TAX I.D. #75-1321489

(214) 378-6675

December 25, 2021

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 28008

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---:|
| Current Fees for this Invoice | $112.50 |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $112.50 |
| Previous Balance | $2,137.50 |
| Payments/Credits | $-2,137.50 |
| **Total Now Due** | **$112.50** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*

OK
MBH
2/18/22

**App.223**

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

December 25, 2021

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 28008

RE:  Carter, Charlene/Transport Workers Union, Local 556

*Professional Services:*

| | | | | Amount |
|---|---|---|---|---|
| 12/02/2021 | JW | Telephone call with Matt Gilliam regarding issue of appeal of magistrate judge's order on motion to compel. | 0.30 $375.00 | $112.50 |

| | |
|---|---|
| **For professional services rendered** | $112.50 |
| Total New Charges | $112.50 |
| Previous Balance | $2,137.50 |
| 12/25/2021  Payment | $-1,837.50 |
| 12/25/2021  Payment | $-300.00 |
| Total Payments and Credits | $-2,137.50 |
| Balance Due | $112.50 |

Invoice #   28008

# JENKINS & WATKINS, P.C.

**Highland Park West**
4300 MacArthur Avenue, Suite 165
Dallas, TX  75209-6524

TAX I.D. #75-1321489

(214) 378-6675

October 25, 2021

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

Invoice # 27963

RE:  Carter, Charlene/Transport Workers Union, Local 556

| | |
|---|---|
| Current Fees for this Invoice | $1,837.50 |
| Current Expenses for this Invoice | $0.00 |
| Total Charges for this Invoice | $1,837.50 |
| Previous Balance | $3,652.50 |
| Payments/Credits | $-3,652.50 |
| **Total Now Due** | **$1,837.50** |

*Payment is due upon receipt.*
*Please reference the Invoice Number on your payment.*



# Jenkins & Watkins, P.C.

25 Highland Park Village, Ste. 100-359
Dallas, TX 75205-2789
(214) 378-6675

# INVOICE

Invoice # 28062
Date: 02/25/2022

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

## Carter, Charlene/Transport Workers Union, Local 556

| Date | Type | Timekeeper | Description | Quantity | Rate | Total | |
|------|------|------------|-------------|----------|------|-------|---|
| 12/25/2021 | Service | JW | Outstanding Balance Forward for Invoice #28008 | 1.00 | $112.50 | $112.50 | *Pard 2/24* |
| 01/31/2022 | Service | JW | Telephone call with Matt Gilliam regarding expert designations and court orders (.4); review expert designation requirement and provide biographical information for attorney-fee expert designation (.1); review court orders regarding motion to amend/corrct and regarding motions to seal (.4); review draft of Rule 26(a)(2) expert designation (.1). | 1.00 | $375.00 | $375.00 | ✓ |
| 02/01/2022 | Service | JW | Receive and review corrected order regarding motion to seal, and email correspondence with Matt Gilliam regarding same (.2); receive and review Plaintiff's designation of expert witnesses (.1). | 0.30 | $375.00 | $112.50 | ✓ |
| 02/04/2022 | Service | JW | Receive and review redacted exhibits from Southwest Airlines per Court Order. | 0.30 | $375.00 | $112.50 | ✓ |
| 02/07/2022 | Service | JW | Review correspondence with Southwest counsel regarding exhibits redactions. | 0.10 | $375.00 | $37.50 | ✓ |
| 02/08/2022 | Service | JW | Follow up on status of redactions; review court order for instructions; review correspondence with TWU and telephone call with Matt Gilliam regarding redactions and options for handling. | 0.60 | $375.00 | $225.00 | ✓ |

**App.226**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 02/09/2022 | Service | JW | Telephone call with Matt Gilliam and review email correspondence between counsel regarding compliance with court order regarding motion to seal; receive and review court email with instructions summary judgment motion. | 0.60 | $375.00 | $225.00 | ✓ |
| 02/14/2022 | Service | JW | Review Southwest's proposed motion to stay trial and pretrial deadlines and multiple email correspondence with Matt Gilliam and opposing counsel regarding same; review drafts of notice regarding redactions and email correspondence with Matt Gilliam regarding same. | 0.60 | $375.00 | $225.00 | ✓ |
| 02/15/2022 | Service | JW | Receive and review Southwest's unopposed motion to extend trial setting and deadlines and proposed order; review email correspondence with mediator regarding case status. | 0.20 | $375.00 | $75.00 | ✓ |
| 02/17/2022 | Service | JW | Receive and review re-filed motion for summary judgment briefs and appendices per court order, and notice to court regarding compliance with order. | 0.30 | $375.00 | $112.50 | ✓ |
| 02/24/2022 | Service | JW | Review and calendar new trial date and pretrial deadline in court order. | 0.30 | $375.00 | $112.50 | ✓ |

| | |
|---|---|
| **Subtotal** | **$1,725.00** |
| **Total** | **$1,725.00** |

*Pay $1,612.50*
*Already paid*
*$162.5 from*
*12/25 - MB#*
*3/8/22*

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 28062 | 03/25/2022 | $1,725.00 | $0.00 | $1,725.00 |
| | | | **Outstanding Balance** | **$1,725.00** |
| | | | **Total Amount Outstanding** | **$1,725.00** |

Payment is due upon receipt.  Please make all payments payable to Jenkins & Watkins, P.C.

**Please make a note of our new mailing address - effective as of May 1, 2022:**

**25 Highland Park Village, Ste. 100-359**
**Dallas, TX  75205-2789**

**App.227**



# Jenkins & Watkins, P.C.

25 Highland Park Village, Ste. 100-359
Dallas, TX 75205-2789
(214) 378-6675

# INVOICE

Invoice # 28075
Billing for 02/26/2022 to 03/25/2022
Date: 03/25/2022

Laverne Stanley
National Right to Work Legal Defense Foundation
8001 Braddock, Ste. 600
Springfield, VA 22160

## Carter, Charlene/Transport Workers Union, Local 556

| Date | Type | Timekeeper | Description | Quantity | Rate | Total |
|------|------|------------|-------------|----------|------|-------|
| 03/01/2022 | Service | JW | Review court order regarding Southwest's summary judgment motion. | 0.10 | $375.00 | $37.50 |

|  |  |  | Subtotal | $37.50 |
|  |  |  | Total | $37.50 |

## Statement of Account

| Outstanding Balance | | New Charges | | Total Balance |
|---------------------|---|-------------|---|---------------|
| $0.00 | + | $37.50 | = | $37.50 |

MBH
Appr'd
4/14/22

Payment is due upon receipt.  Please make all payments payable to Jenkins & Watkins, P.C.

**Please make a note of our new mailing address - effective as of May 1, 2022:**

**25 Highland Park Village, Ste. 100-359**
**Dallas, TX  75205-2789**

**App.228**