# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

|  |  |
|---|---|
| Carter | ) |
|  | ) |
| v. | )   Case No.:3:17-CV-2278-X |
| Transport Workers Union of America, Local 556, | ) |
| and Southwest Airlines Co. | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____12/19/2022_____ against __TWU 556 and Southwest__ ,
                                                                                              *Date*

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 450.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 2,103.24 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 13,164.89 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 3,362.99 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 2,480.55 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | |
| TOTAL | $ | 21,670.10 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

| Declaration |
|---|

      I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney:     /s/Matthew B. Gilliam

        Name of Attorney: Matthew B. Gilliam

For: _____Charlene Carter_____          Date:    12/19/2022
                        *Name of Claiming Party*

| Taxation of Costs |
|---|

Costs are taxed in the amount of _____ and included in the judgment.

_____        By: _____        _____
        *Clerk of Court*                              *Deputy Clerk*                                    *Date*

# United States District Court

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

| Name, City, and State of Residence | Attendance | Subsistence | Mileage[1] | Total Cost of Each Witness |
|---|---|---|---|---|
| Audrey Stone, Tampa, FL (11/24/20 Deposition) | 1 day, $40.00 | 1 day, $160.00 | 0 | $200.00 |
| Denise Gutierrez, Dallas, TX (11/6/20 Deposition) | 1 day, $40.00 | $0.00 | 0 | $40.00 |
| Audrey Stone, Tampa, FL (Trial subpoena served on witness) | 1 day, $40.00 | $0.00 | 36 miles, $21.24 | $101.24 |
| Jessica Parker, Loveland, CO (Trial subpoena served on witness) | 1 day, $40.00 | $0.00 | 1567 miles, $979.40 | $1,019.40 |
| Brett Nevarez, Las Cruces, NM (Trial subpoena served on witness) | 1 day, $40.00 | $0.00 | 1280 miles, $800.04 | $840.04 |
| Edith Barnett, DeSoto, TX (Trial subpoena served on Southwest counsel) | 1 day, $40.00 | $0.00 | 1.3 miles, $0.83 | $40.83 |
| Nancy Cleburne, Dallas, TX (Address provided by counsel for Southwest) (Trial subpoena served on Southwest counsel) | 1 day, $40.00 | $0.00 | 1.3 miles, $0.83 | $40.83 |
| Brendon Conlon Dallas, TX (Address provided by counsel for Southwest) (Trial subpoena served on Southwest counsel) | 1 day, $40.00 | $0.00 | 1.3 miles, $0.83 | $40.83 |
| Maureen Emlett, Dallas, TX (Address provided by counsel for Southwest) (Trial subpoena served on Southwest counsel) | 1 day, $40.00 | $0.00 | 1.3 miles, $0.83 | $40.83 |
| Denise Gutierrez, Dallas, TX (Trial subpoena served on Southwest counsel) | 1 day, $40.00 | $0.00 | 1.3 miles, $0.83 | $40.83 |
| Naomi Hudson, Carrollton, TX (Trial subpoena served on Southwest counsel) | 1 day, $40.00 | $0.00 | 1.3 miles, $0.83 | $40.83 |
| Megan Jones, Dallas, TX (Address provided by counsel for Southwest) (Trial subpoena served on Southwest counsel) | 1 day, $40.00 | $0.00 | 1.3 miles, $0.83 | $40.83 |
| Sonya Lacore, Dallas, TX (Address provided by counsel for Southwest) (Trial subpoena served on Southwest counsel) | 1 day, $40.00 | $0.00 | 1.3 miles, $0.83 | $40.83 |
| Brett Nevarez, Las Cruces, NM (Trial subpoena served on Southwest counsel) | 1 day, $40.00 | $0.00 | 1.3 miles, $0.83 | $40.83 |
| Jessica Parker, Loveland, CO (Trial subpoena served on Southwest counsel) | 1 day, $40.00 | $0.00 | 1.3 miles, $0.83 | $40.83 |

[1] Witnesses served through Southwest or union counsel were paid for the mileage from counsel's office to the courthouse.  Ms. Stone was paid mileage from DFW Airport to the courthouse.

| | | | | |
|---|---|---|---|---|
| John Parrott, Dallas, TX (Trial subpoena served on Southwest counsel) | 1 day, $40.00 | $0.00 | 1.3 miles, $0.83 | $40.83 |
| Ed Schneider, Dallas, TX (Address provided by counsel for Southwest) (Trial subpoena served on Southwest counsel) | 1 day, $40.00 | $0.00 | 1.3 miles, $0.83 | $40.83 |
| Tammy Shaffer, Fort Worth, TX (Trial) | 1 day, $40.00 | $0.00 | 1.3 miles, $0.83 | $40.83 |
| Brian Talburt, Phoenix, AZ (Trial subpoena served on Southwest counsel) | 1 day, $40.00 | $0.00 | 1.3 miles, $0.83 | $40.83 |
| Mike Sims, Dallas, TX (Address provided by counsel for Southwest) (Trial subpoena served on Southwest counsel) | 1 day, $40.00 | $0.00 | 1.3 miles, $0.83 | $40.83 |
| Denise Gutierrez, Dallas, TX (Trial subpoena served on Southwest counsel) | 1 day, $40.00 | $0.00 | 1.3 miles, $0.83 | $61.24 |
| Naomi Hudson, Carrollton, TX (Deposition) | 1 day, $40.00 | $0.00 | 0 | $40.00 |
| Naomi Hudson, Carrollton, TX (Trial subpoena served on witness) | 1 day, $40.00 | $0.00 | 39.3 miles, $24.54 | $64.54 |
| Brett Nevarez, Las Cruces, NM (Trial subpoena served on union counsel) | 1 day, $40.00 | $0.00 | 4.1 miles, $2.54 | $42.54 |
| Jessica Parker, Loveland, CO (Trial subpoena served on union counsel) | 1 day, $40.00 | $0.00 | 4.1 miles, $2.54 | $42.54 |
| Brett Nevarez, Las Cruces, NM (Deposition subpoena for location in New Mexico) | 1 day, $40.00 | $0.00 | 1.7 miles, $1.06 | $41.06 |
| Tammy Shaffer, Fort Worth, TX (Trial subpoena served on witness) | 1 day, $40.00 | $0.00 | 95.1 miles, $59.44 | $89.44 |
| Edith Barnett, DeSoto, TX (Trial subpoena served on witness) | 1 day, $40.00 | $0.00 | 31.9 miles, $19.94 | $59.94 |
| Sonya Lacore, Irving, TX (Trial subpoena served on witness) | 1 day, $40.00 | $0.00 | 34.2 miles, $21.36 | $61.36 |
| John Parrott, Dallas, TX (Trial subpoena served on witness) | 1 day, $40.00 | $0.00 | 11.5 miles, $7.20 | $47.20 |
| **Total** | | | | **$3,362.99** |

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>                    Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>                    Defendants. | Civil Case No. 3:17-cv-02278-X |

### PLAINTIFF CHARLENE CARTER'S ITEMIZED BILL OF COSTS

The Court entered judgment in the above captioned case for Plaintiff Charlene Carter ("Carter") on December 5, 2022 against Southwest Airlines Co. ("Southwest") and Transport Workers Union of America, Local 556 ("Local 556"), Carter requests the clerk to tax the following as costs:

| Category | Description | Amount |
|---|---|---|
| Fees of the Clerk | Complaint Filing Fees | $400.00 |
| Fees of the Clerk | Pro Hac Vice filing fees for attorneys Matthew B. Gilliam and Jeffrey D. Jennings | $50.00 |
| Fees for service of summons and subpoena | Service of process | $270.04 |
| Fees for service of summons and subpoena | Fees to serve subpoena on nonparty witness – former Local 556 President Audrey Stone – attempt service of subpoena | $66.95 |
| Fees for service of summons and subpoena | Fees to serve subpoena on nonparty witness – former Local 556 President Audrey | $391.40 |

| | Stone – attempt service of subpoena | |
|---|---|---|
| Fees for service of summons and subpoena | Fees to serve subpoena fee on nonparty witness – former Local 556 President Audrey Stone | $134.85 |
| Fees for service of summons and subpoena | Fees to serve deposition subpoena on witness Brian Talburt | $1,240.00 |
| Transcripts | Transcript of December 2018 oral arguments on motions to dismiss | $178.85 |
| Transcripts | Transcript of December 2020 motion to compel proceedings against Southwest | $18.00 |
| Transcripts | Transcript of Pretrial Conference | $263.84 |
| Transcripts | Transcript of Trial Week 1 | $2,120.10 |
| Transcripts | Transcript of Trial Week 2 | $1,707.60 |
| Witness Fees | Witness fees for Audrey Stone - subpoena to testify at 11/24/20 third party deposition | $200.00 |
| Witness Fees | Witness fees for Denise Gutierrez -subpoena to testify at 11/6/20 third party deposition | $40.00 |
| Witness Fees | Witness fees for Audrey Stone – 7/6/22 trial appearance | $101.24 |
| Copies | Pryor & Bruce Copies of materials necessarily obtained for use in the case | $2,480.55 |
| Witness Fees | Witness fees for Jessica Parker | $1,019.40 |
| Witness Fees | Witness fees for Brett Nevarez | $840.04 |
| Witness Fees | Witness fees for Edith Barnett | $40.83 |
| Witness Fees | Witness fees for Nancy Cleburne | $40.83 |
| Witness Fees | Witness fees for Brendon Conlon | $40.83 |
| Witness Fees | Witness fees for Maureen Emlett | $40.83 |
| Witness Fees | Witness fees for Denise Gutierrez | $40.83 |
| Witness Fees | Witness fees for Naomi Hudson | $40.83 |

| Witness Fees | Witness fees for Megan Jones | $40.83 |
|---|---|---|
| Witness Fees | Witness fees for Sonya Lacore | $40.83 |
| Witness Fees | Witness fees for Brett Nevarez | $40.83 |
| Witness Fees | Witness fees for Jessica Parker | $40.83 |
| Witness Fees | Witness fees for John Parrott | $40.83 |
| Witness Fees | Witness fees for Ed Schneider | $40.83 |
| Witness Fees | Witness fees for Tammy Shaffer | $40.83 |
| Witness Fees | Witness fees for Brian Talburt | $40.83 |
| Witness Fees | Witness fees for Mike Sims | $40.83 |
| Witness Fees | Witness fees for Denise Gutierrez | $61.24 |
| Witness Fees | Witness fees for Naomi Hudson | $40.00 |
| Witness Fees | Witness fee for Naomi Hudson | $64.54 |
| Witness Fees | Witness fee for Brett Nevarez | $42.54 |
| Witness Fees | Witness fee for Jessica Parker | $42.54 |
| Witness Fees | Witness fee for Brett Nevarez | $41.06 |
| Witness Fees | Witness fee for Tammy Shaffer | $89.44 |
| Transcripts | Transcript of Sonya Lacore Deposition taken on June 24, 2022 | $777.25 |
| Transcripts | Transcript of Linda Rutherford Deposition taken on June 23, 2022 | $577.50 |
| Transcripts | Transcript of Melissa Burdine Deposition taken on June 28, 2022 | $1,276.00 |
| Transcripts | Transcript of Nancy Cleburne Deposition taken on June 29, 2022 | $932.00 |
| Transcripts | Transcript of Brendan Conlon Deposition taken on June 28, 2022 | $1,191.00 |
| Transcripts | Transcript of Brett Nevarez Deposition taken on July 4, 2022 | $750.00 |
| Transcripts | Transcript of Brian Talburt Deposition taken on July 3, 2022 | $3,372.75 |
| Exemplification | OnCue Technology Support – Trial Presentation Software Rental | $86.40 |

| Witness Fees | Witness fee for Edith Barnett | $59.94 |
|---|---|---|
| Witness Fees | Witness fees for Sonya Lacore | $61.36 |
| Witness Fees | Witness fees for John Parrott | $47.20 |
| Copies | Staples color copies of Exhibit 90-E materials necessarily obtained for use in the case | $22.03 |
| **Total** | | **$21,670.10** |

Dated: December 19, 2022          Respectfully submitted,

/s/ Matthew B. Gilliam
Matthew B. Gilliam (*admitted pro hac vice)*
New York Bar No. 5005996
*mbg@nrtw.org*
c/o National Right to Work Legal Defense
Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Tel: 703-321-8510
Fax: 703-321-9319

Bobby G. Pryor
State Bar No. 16373720
bpryor@pryorandbruce.com
Matthew D. Hill, Of Counsel
State Bar No. 24032296
mhill@pryorandbruce.com
PRYOR & BRUCE
302 N. San Jacinto
Rockwall, TX 75087
Telephone: (972) 771-3933
Facsimile: (972) 771-8343

**<u>Certificate of Service</u>**

I hereby certify that on December 19, 2022, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record

/s/ Matthew B. Gilliam

**Matthew B. Gilliam**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Friday, August 25, 2017 11:32 PM |
| **To:** | Matthew B. Gilliam |
| **Subject:** | Pay.gov Payment Confirmation: TXND CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the U.S. District Court of Northern Texas at (214) 753-2240.

Application Name: TXND CM ECF
Pay.gov Tracking ID: 264FS8NV
Agency Tracking ID: 0539-8629028
Transaction Type: Sale
Transaction Date: Aug 25, 2017 11:31:44 PM

Account Holder Name: Matthew Gilliam
Transaction Amount: $400.00
Card Type: Visa
Card Number: ************8418

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

**Matthew B. Gilliam**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Wednesday, September 13, 2017 10:55 AM |
| **To:** | Jeff D. Jennings; Matthew B. Gilliam |
| **Subject:** | Pay.gov Payment Confirmation: TXND CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the U.S. District Court of Northern Texas at (214) 753-2240.

Application Name: TXND CM ECF
Pay.gov Tracking ID: 264QCDCF
Agency Tracking ID: 0539-8667262
Transaction Type: Sale
Transaction Date: Sep 13, 2017 10:55:10 AM

Account Holder Name: Matthew Gilliam
Transaction Amount: $25.00
Card Type: Visa
Card Number: ************8418

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

**Matthew B. Gilliam**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Wednesday, September 13, 2017 10:49 AM |
| **To:** | Matthew B. Gilliam |
| **Subject:** | Pay.gov Payment Confirmation: TXND CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the U.S. District Court of Northern Texas at (214) 753-2240.

Application Name: TXND CM ECF
Pay.gov Tracking ID: 264QCBVS
Agency Tracking ID: 0539-8667202
Transaction Type: Sale
Transaction Date: Sep 13, 2017 10:49:03 AM

Account Holder Name: Matthew Gilliam
Transaction Amount: $25.00
Card Type: Visa
Card Number: ************8418

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

1

| | | | | |
|---|---|---|---|---|
| 9/19/2017 | JW | Review correspondence from Southwest regarding arbitration; follow up on status of service of process on Southwest. | 0.20 $375.00 | $75.00 |
| 9/20/2017 | JW | Receive and review clerk notice regarding return of service of process on TWU; review correspondence with arbitrator regarding arbitration date and fee. | 0.20 $375.00 | $75.00 |
| 9/21/2017 | JW | Review correspondence from arbitrator. | 0.10 $375.00 | $37.50 |
| 9/22/2017 | JW | Review email correspondence from arbitrator and from Lisa White of SWA regarding arbitration dates; review correspondence regarding TWU's withdrawal of current 12(b)(6) motion to dismiss and refiling with respect to amended complaint. | 0.10 $375.00 | $37.50 |

**For professional services rendered**                                    $2,550.00

*Expenses*

|  | Amount |
|---|---|
| Fee for process of service | $270.04 |
| **Total costs** | $270.04 |

| | |
|---|---|
| Total New Charges | $2,820.04 |
| Previous Balance | $787.50 |
| Balance Due | $3,607.54 |

*Payment is due upon receipt*

Case 3:17-cv-02278-X   Document 379   Filed 12/19/22   Page 13 of 89   PageID 10771

View Invoice | Reporter Suite - App for Court Reporters, Scopists... invoices, expenses, time tracking, case logs and accept payments          3/22/19, 10:47 AM

## United States District Court
## Northern District of Texas

Date: 03/22/2019
Invoice Number: 20190023

### To:

**Matthew B. Gilliam**
**National Right to Work Legal Defense Foundation, Inc.**
8001 Braddock Road
Suite 600
Springfield, VA, 22160

### Make Checks Payable To:

**Lanie M. Smith**
**Official US Court Reporter**
58 Pine Song Place
The Woodlands, TX, 77381
**Phone:** (214) 753-2354
**Email:** laniems@comcast.net

### Case Details:

**Case Number:** 3:17-cv-02278-S
**Case Title:** Charlene Carter vs. Transport Workers Union of America Local 556
**Case Description:** Motion proceedings
**Criminal or Civil:** Civil

**Proceeding Date:** Dec 14, 2018
**Courthouse:** Dallas
**Judge Hearing Case:** Scholer

### Transcripts:

**Date Ordered:** Mar 08, 2019
**Date Delivered:** Mar 22, 2019

### Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Ordinary Original | 49 | $3.65 | $178.85 |

**Total:** $178.85

**Amount Due:** $178.85

*/s/ Lanie M. Smith*



*PAYMENT REQUEST*

CHECK REQUEST  X

WIRE TRANSFER REQUEST

AMOUNT  $178.85

DATE  3/22/2019

PAYEE  Lanie M. Smith
Official US Court Reporter
58 Pine Song Place
The Woodlands, TX 77381

PURPOSE  Transcript of Motion Proceedings in *Charlene Carter v. Transport Workers* (MBG

INVOICE #  20190023

APPROVAL
SUPERVISOR  *R.J.J.*

CODING  70400-02

ACCOUNTING

RETURN CHECK TO  MMW

DATE REQUIRED  3/29/2019

## S & W Process Service

2801 N. FLORIDA AVENUE
Tampa, FL  33602
Phone: 813-251-9197    Fax: 813-251-8976
Federal ID: 27-0641147

**Invoice # 296644**

| Client Info: | Invoice Info: |
|---|---|
| NATIONAL RIGHT TO WORK FOUNDATION - MATTHEW B. GILLIAM, ESQUIRE<br><br>8001 BRADDOCK ROAD, SUITE 600<br>Springfield, VA  22160 | Client Ref #<br>Job # 296644<br>Invoice Date: 7/1/2020<br>Client ID: 61089 |

**Case Info:**

Court Name: UNITED STATES DISTRICT COURT
Court Division: NORTHERN DISTRICT OF TEXAS
Case # 3:17-CV-2278-X

Plaintiff:
CHARLENE CARTER
 -versus-
Defendant:
SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556

**Service Info:**

Serve To: AUDREY LEE STONE
Service: NO SERVICE

Date: 06/27/2020  Time: 11:00 PM
Location:
8300 PENA BLVD
Denver, CO  80249

**Payment Memo:**

Payment - Credit Card # 8418, 605717771  Amount Applied = $391.40    Date Applied = 6/26/2020
Job # 296644  - Case # 3:17-CV-2278-X

Payment - Credit Card # 8418, 604902937  Amount Applied = $66.95    Date Applied = 6/15/2020
Job # 296644  - Case # 3:17-CV-2278-X

| Qty: | Description | Unit Price: | Line Amount: |
|---|---|---|---|
| 1 | ROUTINE - LOCAL | $65.00 | $65.00 |
| 1 | CREDIT CARD CONVENIENCE FEE | $1.95 | $1.95 |
| 1 | RUSH - COLORADO | $180.00 | $180.00 |
| 2 | WAIT TIME (HOURLY) | $100.00 | $200.00 |
| 380 | CREDIT CARD CONVENIENCE FEE | $0.03 | $11.40 |
| | | Sub Total | $458.35 |
| | | Amount Paid to Date | $458.35 |
| | | TOTAL | $0.00 |

Thank you for choosing S & W Process Service!
Your Business is appreciated.



**Served 2 Perfection LLC,**
320 Gold sw suite 1221
Albuquerque, NM 87102

**INVOICE: 4654210**
Issued: Jul 1, 2020
Sent to: Matthew Gilliam

**Matthew Gilliam**
Matthew Gilliam

PAY TO:
**Served 2 Perfection LLC,**
**320 Gold sw suite 1221**
**Albuquerque, NM 87102**

| Case: | 3:17-cv-2278-X | **Plaintiff / Petitioner:** | Charlene Carter |
|-------|----------------|------------------------------|-----------------|
| **Job:** | 4654210 | **Defendant / Respondent:** | Southwest Airlines Co., and Transport Workers Union of America, Local 556 |

| Item | Description | Cost | Quantity | Tax | Total |
|------|-------------|------|----------|-----|-------|
| Rush Service of Process | With wait time and after hours | $125.00 | 1 | $9.85 | $134.85 |

| Payment | Description | Amount Paid |
|---------|-------------|-------------|
| Jul 1, 2020 | Paid by square | ($134.85) |

| | | |
|---|---|---|
| Thanks for your business. Please pay the "Balance Due" within 15 days. | Subtotal: | $125.00 |
| | Tax: | $9.85 |
| | Total: | $134.85 |
| | Amount Paid: | ($134.85) |
| | **Balance Due:** | **$0.00** |

Served 2 Perfection LLC, · 320 Gold sw suite 1221, Albuquerque, NM 87102

Call: 505-639-5253 · Fax: 505-717-2167 · Email: kristina@served2perfection.com · Visit: www.served2perfection.com

VALLEYW OI PROCESS SER
13416 V 2ND ST STE 110
PHOEN , Z 850326000

07/05/2022                           19:42:22
MIE: XXXXXXXXXX 448        TID: XXX 0316

CRED T CARD

V.S. SALE

Card # Token                 XXXXXXXXXXX 9599
SEC #:                                       6
Batch #:                                   2.36
INVOICE                                       6
Approval Code:                          06681D
Entry Method:                          Manual
Mode:                                   On ne
Avs Code:                                  MZ
Card Code:                                   M

SALE AMOUN                            $750.00

I agree to par above total amount
according to an is suer agreement.
(Merchant agreement if Credit Voucher)

X _____

MERCHANT COPY

---

VALLEYW OI PROCESS SER
13416 V 2ND ST STE 110
PHOEN , Z 850326000

07/01/2022                           19:12:38
MIE: XXXXXXXXXX 448        TID: XXX 0316

CRED T CARD

V.S. SALE

Card # Token                 XXXXXXXXXXX 9599
SEC #:                                      14
Batch #:                                   2.33
INVOICE                                     14
Approval Code:                         07160D
Entry Method:                          Manual
Mode:                                   On ne
Avs Code:                                  MZ
Card Code:                                   M

SALE AMOUN                            $400.00

I agree to par above total amount
according to an is suer agreement.
(Merchant agreement if Credit Voucher)

X _____

MERCHANT COPY



Tho Bui, CCR, RMR, CSR - Official Court Reporter for the United States Northern District of Texas Dallas

**Division** 1100 Commerce Street

16th Floor, Room 1654, Dallas, TX 75242 United States

tuttibui@gmail.com

Invoice #001087

# 3:17-cv-2278; CARTER V. TRANSPORT WOKERS UNION OF AMERICA LOCAL 556

| Bill To | Invoice Details | Payment |
|---|---|---|
| Matthew Gilliam | PDF created July 28, 2021 | Due July 28, 2021 |
| mbg@nrtw.org | $18.00 | $18.00 |

| Item | Quantity | Price | Amount |
|---|---|---|---|
| Motion to Compel - December 12/11/20 | 20 | $0.90 | $18.00 |
| Subtotal | | | $18.00 |

## Total Due $18.00



**Pay online**

**To pay your invoice go to https://gosq.me/u/CUZ2eZ8s**

Or open your camera on your mobile device, and place the code on the left within the camera's view.

| | |
|---|---|
| **From:** | Kelli Ann Willis, RPR, CRR, CSR |
| **Sent:** | Monday, June 20, 2022 6:30 PM |
| **To:** | Matthew B. Gilliam |
| **Subject:** | You paid an invoice! (#000219) |



**Kelli Ann Willis, RPR, CRR, CSR**

Invoice Paid
—

# $263.84

Paid on June 20, 2022

---

**Invoice #000219**
June 20, 2022

**Customer**
Matthew B Gilliam
National Right to Work Legal Defense Fund
mbg@nrtw.org
703-770-3339
8001 Braddock Road
Suite 600
Springfield, Virginia 22160

---

**Message**
Your best record will always come from a certified stenographer!

| Invoice summary | |
|---|---|
| **Transcript Copy - Expedited** | **$256.80** |
| ($1.20 ea.) x 214 | |
| *Carter v Southwest* | |
| | |
| *Pretrial conference* | |
| | **$7.04** |
| *Processing* | |
| Subtotal | $263.84 |
| **Total Paid** | **$263.84** |

Visa 8418                                      06/20/22,
                                               5:30 PM

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Northern District of Texas

INVOICE 278

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Matthew Gilliam<br>National Right to Work Legal Defense<br>8001 Braddock Road<br>Suite 600<br>Springfield, VA 22160<br>mbg@nrtw.org | Kelli Ann Willis, RPR, CRR, CSR<br>Official Court Stenographer<br>1100 Commerce Street<br>Room 1528<br>Dallas, TX 75242<br>(214) 753-2654<br>livenotecrr@gmail.com |

| __ CRIMINAL    X  CIVIL | DATE ORDERED:<br>07-05-2022 | DATE DELIVERED: |
|---|---|---|

**In the matter of:** 3:17-CV-2278-X, Charlene Carter v Southwest Airlines, et al.

Copy of daily trial transcript with word index/mini - Week 1 - Volumes 1 to 4

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | 1424 | 1.20 | 1708.80 | 457 | 0.90 | 411.30 | 2120.10 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | Subtotal | | | 2120.10 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 2120.10 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Kelli Ann Willis | DATE: |
|---|---|

**DISTRIBUTION:**     TO PARTY (2 copies - 1 to be returned with payment)     COURT REPORTER     COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Northern District of Texas

INVOICE 283

**MAKE CHECKS PAYABLE TO:**

Matthew Gilliam
National Right to Work Legal Defense
8001 Braddock Road
Suite 600
Springfield, VA 22160
mbg@nrtw.org

Kelli Ann Willis, RPR, CRR, CSR
Official Court Stenographer
1100 Commerce Street
Room 1528
Dallas, TX 75242
(214) 753-2654
livenotecrr@gmail.com

| \_ CRIMINAL    X CIVIL | DATE ORDERED: 07-19-2022 | DATE DELIVERED: 07-15-2022 |
|---|---|---|

**In the matter of:** 3:17-CV-2278-X, Charlene Carter v Southwest Airlines

Trial transcript - Week 2

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | 1081 | 1.20 | 1297.20 | 456 | 0.90 | 410.40 | 1707.60 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | Subtotal | | | 1707.60 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 1707.60 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Kelli Ann Willis | DATE: |
|---|---|

**DISTRIBUTION:**      TO PARTY (2 copies - 1 to be returned with payment)      COURT REPORTER      COURT REPORTER SUPERVISOR

# NATIONAL RIGHT TO WORK LEGAL DEFENSE AND EDUCATION FOUNDATION, INC.

## PAYMENT REQUEST

TODAY'S DATE           12/16/2020

CHECK REQUEST          X                    WIRE TRANSFER REQUEST _____

AMOUNT                 $200.00

PAYEE                  Gillespie Sanford LLP

                       4803 Gaston Ave.

                       Dallas, TX  75246



PURPOSE                Audrey Stone witness expense-Carter (MBG)


INVOICE #              121620

CODING #               66200-02


Return check to LKS_____ no later than 8/7/2020_____


SUPERVISOR APPROVAL    _R.J.L._____

ACCOUNTING             _____

                                        12-17-2020 ck no. 33277



33277

68-106/560
17

NATIONAL RIGHT TO WORK LEGAL DEFENSE
& EDUCATION FOUNDATION, INC.
OPERATING ACCOUNT
8001 BRADDOCK RD., STE. 600
SPRINGFIELD, VA 22151

BURKE & HERBERT BANK
AT YOUR SERVICE SINCE 1852

CHECK ARMOR
FRAUD PROTECTION

*TWO HUNDRED AND XX / 100

DATE
12/17/2020

AMOUNT
************200.00*

PAY
TO THE
ORDER
OF

GILLESPIE SANFORD LLP
4803 GASTON AVENUE
Dallas, TX 75246

TWO SIGNATURES REQUIRED
VOID 6 MONTHS FROM ISSUED DATE

Agent

Agent

AUTHORIZED SIGNATURE

---

| NATIONAL RIGHT TO WORK LEGAL DEFENSE | | & EDUCATION FOUNDATION, INC. | | | 33277 |
|---|---|---|---|---|---|
| Date | Invoice Number | Comment | Amount | Discount Amount | Net Amount |
| 12/16/2020 | 121620 | AUDREY STONE WITNESS-CARTER(MBG) *deposition witness expenses* | 200.00 | 0.00 | 200.00 |

---

Check: 033277          12/17/2020   GILLESPIE SANFORD LLP          Check Total:          200.00



34047

NATIONAL RIGHT TO WORK LEGAL DEFENSE
FOUNDATION
OPERATING ACCOUNT
8001 BRADDOCK RD., STE. 600
SPRINGFIELD, VA 22151

*ONE HUNDRED ONE AND 24 / 100

DATE
7/14/2022

AMOUNT
************101.24*

PAY
TO THE
ORDER
OF

AUDREY STONE
GILLESPIE SANFORD LLP
4803 GASTON AVENUE
Dallas, TX 75246

TWO SIGNATURES REQUIRED
VOID 6 MONTHS FROM ISSUED DATE

Agent

Agent

AUTHORIZED SIGNATURE

Express Litigation Services
expresslitigation@gmail.com
18601 LBJ Freeway, Suite 650
Mesquite, TX 75150
Phone: (214) 744-1981
Fax: (214) 853-5141
38-3772376

## INVOICE



Invoice #PEL-2022001907
6/15/2022

Pryor & Bruce
302 North San Jacinto
Rockwall, TX 75087

Your Contact: Cristina Garcia
**Case Number: Northern 3:17-CV-02278-X**

Plaintiff:
**CHARLENE CARTER**

Defendants:
**SOUTHWEST AIRLINES CO., et al.**

Received: 6/14/2022   Served: 6/15/2022 3:00 pm  AUTHORIZED
To be served on: Edie Barnett

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Local Service Fee ($105/Discounted) | 1.00 | 50.00 | 50.00 |
| Witness Fee Federal | 1.00 | 40.83 | 40.83 |
| TOTAL CHARGED: | | | $90.83 |
| **BALANCE DUE:** | | | **$90.83** |

**Comments pertaining to this invoice:**
Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a $40.83 Witness Fee
2850 N. Harwood Street, Suite 1500, Dallas, TX 75201

Payment is due upon receipt.
For Your Convenience You May Pay Online At Our Website:
www.expresslitigationservices.com
Accrual of interest at 1.5% per month will be incurred after 30 days. We appreciate your business!

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

Express Litigation Services
expresslitigation@gmail.com
18601 LBJ Freeway, Suite 650
Mesquite, TX 75150
Phone: (214) 744-1981
Fax: (214) 853-5141
38-3772376

## INVOICE



Invoice #PEL-2022002020
7/5/2022

Pryor & Bruce
302 North San Jacinto
Rockwall, TX 75087

Your Contact: Cristina Garcia
**Case Number: Northern 3:17-CV-02278-X**

Plaintiff:
**CHARLENE CARTER**

Defendants:
**SOUTHWEST AIRLINES CO., et al.**

Received: 6/23/2022   Served: 6/30/2022 7:20 pm  INDIVIDUAL/PERSONAL
To be served on: Edith Barnett

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Local Service Fee | 1.00 | 105.00 | 105.00 |
| Witness Fee - State | 1.00 | 59.94 | 59.94 |
| TOTAL CHARGED: | | | $164.94 |
| **BALANCE DUE:** | | | **$164.94** |

**Comments pertaining to this invoice:**
Subpoena with a $59.94 Witness Fee
1132 Southlake Dr., Desoto, TX 75115

Payment is due upon receipt.
For Your Convenience You May Pay Online At Our Website:
www.expresslitigationservices.com
Accrual of interest at 1.5% per month will be incurred after 30 days. We appreciate your business!

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

Express Litigation Services
expresslitigation@gmail.com
18601 LBJ Freeway, Suite 650
Mesquite, TX 75150
Phone: (214) 744-1981
Fax: (214) 853-5141
38-3772376

# INVOICE



Invoice #PEL-2022002021
7/5/2022

Pryor & Bruce
302 North San Jacinto
Rockwall, TX 75087

Your Contact: Cristina Garcia
**Case Number: Northern 3:17-CV-02278-X**

Plaintiff:
**CHARLENE CARTER**

Defendants:
**SOUTHWEST AIRLINES CO., et al.**

Received: 6/23/2022   Non-Served: 7/1/2022  NON-SERVE - INDIVIDUAL
To be served on: Melissa Burdine

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Surrounding County Service Fee | 1.00 | 105.00 | 105.00 |
| TOTAL CHARGED: | | | $105.00 |

**BALANCE DUE:** | | | **$105.00**

**Comments pertaining to this invoice:**
Subpoena with a $74.93 Witness Fee
5050 FM, #423, Frisco, TX 75036

Payment is due upon receipt.
For Your Convenience You May Pay Online At Our Website:
www.expresslitigationservices.com
Accrual of interest at 1.5% per month will be incurred after 30 days. We appreciate your business!

## INVOICE

Express Litigation Services
expresslitigation@gmail.com
18601 LBJ Freeway, Suite 650
Mesquite, TX 75150
Phone: (214) 744-1981
Fax: (214) 853-5141
38-3772376



Invoice #PEL-2022001913
6/15/2022

Pryor & Bruce
302 North San Jacinto
Rockwall, TX 75087

Your Contact: Cristina Garcia
**Case Number: Northern 3:17-CV-02278-X**

Plaintiff:
**CHARLENE CARTER**

Defendants:
**SOUTHWEST AIRLINES CO., et al.**

Received: 6/14/2022    Served: 6/15/2022 3:00 pm  AUTHORIZED
To be served on: Nancy Kleburne

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Local Service Fee ($105/Discounted) | 1.00 | 50.00 | 50.00 |
| Witness Fee Federal | 1.00 | 40.83 | 40.83 |
| TOTAL CHARGED: | | | $90.83 |

| | |
|---|---|
| **BALANCE DUE:** | **$90.83** |

**Comments pertaining to this invoice:**
Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a $40.83 Witness Fee
2850 N. Harwood Street, Suite 1500, Dallas, TX 75201

Payment is due upon receipt.
For Your Convenience You May Pay Online At Our Website:
www.expresslitigationservices.com
Accrual of interest at 1.5% per month will be incurred after 30 days. We appreciate your business!

Express Litigation Services
expresslitigation@gmail.com
18601 LBJ Freeway, Suite 650
Mesquite, TX 75150
Phone: (214) 744-1981
Fax: (214) 853-5141
38-3772376

**INVOICE**



Invoice #PEL-2022001908
6/15/2022

Pryor & Bruce
302 North San Jacinto
Rockwall, TX 75087

Your Contact: Cristina Garcia
**Case Number: Northern 3:17-CV-02278-X**

Plaintiff:
**CHARLENE CARTER**

Defendants:
**SOUTHWEST AIRLINES CO., et al.**

Received: 6/14/2022    Served: 6/15/2022 3:00 pm  AUTHORIZED
To be served on: Brendon Conlon

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Local Service Fee ($105/Discounted) | 1.00 | 50.00 | 50.00 |
| Witness Fee Federal | 1.00 | 40.83 | 40.83 |
| TOTAL CHARGED: | | | $90.83 |

**BALANCE DUE:**                                                                        **$90.83**

**Comments pertaining to this invoice:**
Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a $40.83 Witness Fee
2850 N. Harwood Street, Suite 1500, Dallas, TX 75201

Payment is due upon receipt.
For Your Convenience You May Pay Online At Our Website:
www.expresslitigationservices.com
Accrual of interest at 1.5% per month will be incurred after 30 days. We appreciate your business!

Express Litigation Services
expresslitigation@gmail.com
18601 LBJ Freeway, Suite 650
Mesquite, TX 75150
Phone: (214) 744-1981
Fax: (214) 853-5141
38-3772376

## INVOICE



Invoice #PEL-2022001901
6/15/2022

Pryor & Bruce
302 North San Jacinto
Rockwall, TX 75087

Your Contact: Cristina Garcia
**Case Number: Northern 3:17-CV-02278-X**

Plaintiff:
**CHARLENE CARTER**

Defendants:
**SOUTHWEST AIRLINES CO., et al.**

Received: 6/14/2022   Served: 6/15/2022 3:00 pm  AUTHORIZED
To be served on: Maureen Emlet

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Local Service Fee ($105/Discounted) | 1.00 | 50.00 | 50.00 |
| Witness Fee Federal | 1.00 | 40.83 | 40.83 |
| TOTAL CHARGED: | | | $90.83 |

| | |
|---|---|
| **BALANCE DUE:** | **$90.83** |

**Comments pertaining to this invoice:**
Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a $40.83 Witness Fee
2850 N. Harwood Street, Suite 1500, Dallas, TX 75201

Payment is due upon receipt.
For Your Convenience You May Pay Online At Our Website:
www.expresslitigationservices.com
Accrual of interest at 1.5% per month will be incurred after 30 days. We appreciate your business!

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

Express Litigation Services
expresslitigation@gmail.com
18601 LBJ Freeway, Suite 650
Mesquite, TX 75150
Phone: (214) 744-1981
Fax: (214) 853-5141
38-3772376

## INVOICE



Invoice #PEL-2022001903
6/15/2022

Pryor & Bruce
302 North San Jacinto
Rockwall, TX 75087

Your Contact: Cristina Garcia
**Case Number: Northern 3:17-CV-02278-X**

Plaintiff:
**CHARLENE CARTER**

Defendants:
**SOUTHWEST AIRLINES CO., et al.**

Received: 6/14/2022   Served: 6/15/2022 3:00 pm  AUTHORIZED
To be served on: Denise Gutierrez

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Local Service Fee ($105/Discounted) | 1.00 | 50.00 | 50.00 |
| Witness Fee Federal | 1.00 | 40.83 | 40.83 |
| TOTAL CHARGED: | | | $90.83 |
| **BALANCE DUE:** | | | **$90.83** |

**Comments pertaining to this invoice:**
Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a $40.83 Witness Fee
2850 N. Harwood Street, Suite 1500, Dallas, TX 75201

Payment is due upon receipt.
For Your Convenience You May Pay Online At Our Website:
www.expresslitigationservices.com
Accrual of interest at 1.5% per month will be incurred after 30 days. We appreciate your business!

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

Express Litigation Services
expresslitigation@gmail.com
18601 LBJ Freeway, Suite 650
Mesquite, TX 75150
Phone: (214) 744-1981
Fax: (214) 853-5141
38-3772376

## **INVOICE**



Invoice #PEL-2022001997
6/30/2022

Pryor & Bruce
302 North San Jacinto
Rockwall, TX 75087

Your Contact: Cristina Garcia
**Case Number: Northern 3:17-CV-02278-X**

Plaintiff:
**CHARLENE CARTER**

Defendants:
**SOUTHWEST AIRLINES CO., et al.**

Received: 6/22/2022   Served: 6/27/2022 7:53 pm  INDIVIDUAL/PERSONAL
To be served on: Denise Gutierrez

### **ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Local Service Fee | 1.00 | 105.00 | 105.00 |
| Witness Fee Federal | 1.00 | 61.24 | 61.24 |
| TOTAL CHARGED: | | | $166.24 |

| | |
|---|---|
| **BALANCE DUE:** | **$166.24** |

**Comments pertaining to this invoice:**
Subpoena with a $61.24 Witness Fee
3617 Granbury Dr., Dallas, TX 75287

Payment is due upon receipt.
For Your Convenience You May Pay Online At Our Website:
www.expresslitigationservices.com
Accrual of interest at 1.5% per month will be incurred after 30 days. We appreciate your business!

Express Litigation Services
expresslitigation@gmail.com
18601 LBJ Freeway, Suite 650
Mesquite, TX 75150
Phone: (214) 744-1981
Fax: (214) 853-5141
38-3772376

## **INVOICE**



Invoice #PEL-2022001995
6/23/2022

Pryor & Bruce
302 North San Jacinto
Rockwall, TX 75087

Your Contact: Cristina Garcia
**Case Number: Northern 3:17-CV-02278-X**

Plaintiff:
**CHARLENE CARTER**

Defendants:
**SOUTHWEST AIRLINES CO., et al.**

Received: 6/22/2022   Served: 6/22/2022 8:17 pm  INDIVIDUAL/PERSONAL
To be served on: Naomi Hudson

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Surrounding County Service Fee | 1.00 | 105.00 | 105.00 |
| Witness Fee - State/Documents Only | 1.00 | 40.00 | 40.00 |
| Rush Fee | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $190.00 |

**BALANCE DUE:** | | | **$190.00**

**Comments pertaining to this invoice:**
Subpoena with a $40.00 Witness Fee
1604 Palisades Dr., Carrollton, TX 75007

Payment is due upon receipt.
For Your Convenience You May Pay Online At Our Website:
www.expresslitigationservices.com
Accrual of interest at 1.5% per month will be incurred after 30 days. We appreciate your business!

Express Litigation Services
expresslitigation@gmail.com
18601 LBJ Freeway, Suite 650
Mesquite, TX 75150
Phone: (214) 744-1981
Fax: (214) 853-5141
38-3772376

## INVOICE



Invoice #PEL-2022001911
6/15/2022

Pryor & Bruce
302 North San Jacinto
Rockwall, TX 75087

Your Contact: Cristina Garcia
**Case Number: Northern 3:17-CV-02278-X**

Plaintiff:
**CHARLENE CARTER**

Defendants:
**SOUTHWEST AIRLINES CO., et al.**

Received: 6/14/2022   Served: 6/15/2022 3:00 pm  AUTHORIZED
To be served on: Naomi Hudson

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Local Service Fee ($105/Discounted) | 1.00 | 50.00 | 50.00 |
| Witness Fee Federal | 1.00 | 40.83 | 40.83 |
| TOTAL CHARGED: | | | $90.83 |

**BALANCE DUE:** | | | **$90.83**

**Comments pertaining to this invoice:**
Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a $40.83 Witness Fee
2850 N. Harwood Street, Suite 1500, Dallas, TX 75201

Payment is due upon receipt.
For Your Convenience You May Pay Online At Our Website:
www.expresslitigationservices.com
Accrual of interest at 1.5% per month will be incurred after 30 days. We appreciate your business!

Express Litigation Services
expresslitigation@gmail.com
18601 LBJ Freeway, Suite 650
Mesquite, TX 75150
Phone: (214) 744-1981
Fax: (214) 853-5141
38-3772376

**INVOICE**



Invoice #PEL-2022001996
6/23/2022

Pryor & Bruce
302 North San Jacinto
Rockwall, TX 75087

Your Contact: Cristina Garcia
**Case Number: Northern 3:17-CV-02278-X**

Plaintiff:
**CHARLENE CARTER**

Defendants:
**SOUTHWEST AIRLINES CO., et al.**

Received: 6/22/2022   Served: 6/22/2022 8:17 pm  INDIVIDUAL/PERSONAL
To be served on: Naomi Hudson

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Additional Serve/Same Entity | 1.00 | 50.00 | 50.00 |
| Witness Fee - State | 1.00 | 64.54 | 64.54 |
| TOTAL CHARGED: | | | $114.54 |
| **BALANCE DUE:** | | | **$114.54** |

**Comments pertaining to this invoice:**
Subpoena with a $64.54 Witness Fee
1604 Palisades Dr., Carrollton, TX 75007

Payment is due upon receipt.
For Your Convenience You May Pay Online At Our Website:
www.expresslitigationservices.com
Accrual of interest at 1.5% per month will be incurred after 30 days. We appreciate your business!

Express Litigation Services
expresslitigation@gmail.com
18601 LBJ Freeway, Suite 650
Mesquite, TX 75150
Phone: (214) 744-1981
Fax: (214) 853-5141
38-3772376

## INVOICE



Invoice #PEL-2022001902
6/15/2022

Pryor & Bruce
302 North San Jacinto
Rockwall, TX 75087

Your Contact: Cristina Garcia
**Case Number: Northern 3:17-CV-02278-X**

Plaintiff:
**CHARLENE CARTER**

Defendants:
**SOUTHWEST AIRLINES CO., et al.**

Received: 6/14/2022   Served: 6/15/2022 3:00 pm  AUTHORIZED
To be served on: Meggan Jones

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Local Service Fee ($105/Discounted) | 1.00 | 50.00 | 50.00 |
| Witness Fee Federal | 1.00 | 40.83 | 40.83 |
| TOTAL CHARGED: | | | $90.83 |

| | |
|---|---|
| **BALANCE DUE:** | **$90.83** |

**Comments pertaining to this invoice:**
Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a $40.83 Witness Fee
2850 N. Harwood Street, Suite 1500, Dallas, TX 75201

Payment is due upon receipt.
For Your Convenience You May Pay Online At Our Website:
www.expresslitigationservices.com
Accrual of interest at 1.5% per month will be incurred after 30 days. We appreciate your business!

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

Express Litigation Services
expresslitigation@gmail.com
18601 LBJ Freeway, Suite 650
Mesquite, TX 75150
Phone: (214) 744-1981
Fax: (214) 853-5141
38-3772376

# INVOICE



Invoice #PEL-2022001909
6/15/2022

Pryor & Bruce
302 North San Jacinto
Rockwall, TX 75087

Your Contact: Cristina Garcia
**Case Number: Northern 3:17-CV-02278-X**

Plaintiff:
**CHARLENE CARTER**

Defendants:
**SOUTHWEST AIRLINES CO., et al.**

Received: 6/14/2022   Served: 6/15/2022 3:00 pm  AUTHORIZED
To be served on: Sonya Lacore

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Local Service Fee ($105/Discounted) | 1.00 | 50.00 | 50.00 |
| Witness Fee Federal | 1.00 | 40.83 | 40.83 |
| TOTAL CHARGED: | | | $90.83 |

| | |
|---|---|
| **BALANCE DUE:** | **$90.83** |

**Comments pertaining to this invoice:**
Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a $40.83 Witness Fee
2850 N. Harwood Street, Suite 1500, Dallas, TX 75201

Payment is due upon receipt.
For Your Convenience You May Pay Online At Our Website:
www.expresslitigationservices.com
Accrual of interest at 1.5% per month will be incurred after 30 days. We appreciate your business!

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

Express Litigation Services
expresslitigation@gmail.com
18601 LBJ Freeway, Suite 650
Mesquite, TX 75150
Phone: (214) 744-1981
Fax: (214) 853-5141
38-3772376

# INVOICE



Invoice #PEL-2022002022
7/5/2022

Pryor & Bruce
302 North San Jacinto
Rockwall, TX 75087

Your Contact: Cristina Garcia
**Case Number: Northern 3:17-CV-02278-X**

Plaintiff:
**CHARLENE CARTER**

Defendants:
**SOUTHWEST AIRLINES CO., et al.**

Received: 6/24/2022   Served: 7/1/2022 1:20 pm  INDIVIDUAL/PERSONAL
To be served on: Sonya Lacore

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Local Service Fee | 1.00 | 105.00 | 105.00 |
| Rush Fee | 1.00 | 45.00 | 45.00 |
| Witness Fee Federal | 1.00 | 61.36 | 61.36 |
| TOTAL CHARGED: | | | $211.36 |

**BALANCE DUE:** $211.36

**Comments pertaining to this invoice:**
Subpoena with a $61.36 Witness Fee
9440 Lake Ct., Irving, TX 75063

Payment is due upon receipt.
For Your Convenience You May Pay Online At Our Website:
www.expresslitigationservices.com
Accrual of interest at 1.5% per month will be incurred after 30 days. We appreciate your business!

Express Litigation Services
expresslitigation@gmail.com
18601 LBJ Freeway, Suite 650
Mesquite, TX 75150
Phone: (214) 744-1981
Fax: (214) 853-5141
38-3772376

## INVOICE



Invoice #PEL-2022001918
6/24/2022

Original Date: 6/20/2022

Pryor & Bruce
302 North San Jacinto
Rockwall, TX 75087

Your Contact: Cristina Garcia
**Case Number: Northern 3:17-CV-02278-X**

Plaintiff:
**CHARLENE CARTER**

Defendants:
**SOUTHWEST AIRLINES CO., et al.**

Received: 6/14/2022   Served: 6/16/2022 8:45 am  AUTHORIZED
To be served on: Brett Nevarez

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|---------:|------:|-------:|
| Local Service Fee ($105/Discounted) | 1.00 | 50.00 | 50.00 |
| Witness Fee Federal | 1.00 | 42.54 | 42.54 |
| Rush Fee ($45/No Charge) | 1.00 | 0.00 | 0.00 |
| TOTAL CHARGED: | | | $92.54 |

**BALANCE DUE:** **$92.54**

Payment is due upon receipt.
For Your Convenience You May Pay Online At Our Website:
www.expresslitigationservices.com
Accrual of interest at 1.5% per month will be incurred after 30 days. We appreciate your business!

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

Express Litigation Services
expresslitigation@gmail.com
18601 LBJ Freeway, Suite 650
Mesquite, TX 75150
Phone: (214) 744-1981
Fax: (214) 853-5141
38-3772376

# INVOICE



Invoice #PEL-2022001961
6/20/2022

Pryor & Bruce
302 North San Jacinto
Rockwall, TX 75087

Your Contact: Cristina Garcia
**Case Number: Northern 3:17-CV-02278-X**

Plaintiff:
**CHARLENE CARTER**

Defendants:
**SOUTHWEST AIRLINES CO., et al.**

Received: 6/14/2022   Served: 6/16/2022 8:45 am  AUTHORIZED
To be served on: Brett Nevarez

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Local Service Fee ($105/Discounted) | 1.00 | 50.00 | 50.00 |
| Witness Fee Federal | 1.00 | 41.06 | 41.06 |
| Alternative Address ($105/No Charge) | 1.00 | 0.00 | 0.00 |
| Rush Fee ($45/No Charge) | 1.00 | 0.00 | 0.00 |
| TOTAL CHARGED: | | | $91.06 |

**BALANCE DUE:** **$91.06**

**Comments pertaining to this invoice:**
Addresses Attempted:
1) 3301 Elm Street, Dallas, Texas 75226
2) 1100 Commerce Street, Dallas, TX 75242

Payment is due upon receipt.
For Your Convenience You May Pay Online At Our Website:
www.expresslitigationservices.com
Accrual of interest at 1.5% per month will be incurred after 30 days. We appreciate your business!

## INVOICE

Express Litigation Services
expresslitigation@gmail.com
18601 LBJ Freeway, Suite 650
Mesquite, TX 75150
Phone: (214) 744-1981
Fax: (214) 853-5141
38-3772376



Invoice #PEL-2022001905
6/15/2022

Pryor & Bruce
302 North San Jacinto
Rockwall, TX 75087

Your Contact: Cristina Garcia
**Case Number: Northern 3:17-CV-02278-X**

Plaintiff:
**CHARLENE CARTER**

Defendants:
**SOUTHWEST AIRLINES CO., et al.**

Received: 6/14/2022   Served: 6/15/2022 3:00 pm  AUTHORIZED
To be served on: Brett Nevarez

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Local Service Fee ($105/Discounted) | 1.00 | 50.00 | 50.00 |
| Witness Fee Federal | 1.00 | 40.83 | 40.83 |
| TOTAL CHARGED: | | | $90.83 |
| **BALANCE DUE:** | | | **$90.83** |

**Comments pertaining to this invoice:**
Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a $40.83 Witness Fee
2850 N. Harwood Street, Suite 1500, Dallas, TX 75201

Payment is due upon receipt.
For Your Convenience You May Pay Online At Our Website:
www.expresslitigationservices.com
Accrual of interest at 1.5% per month will be incurred after 30 days. We appreciate your business!

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

Express Litigation Services
expresslitigation@gmail.com
18601 LBJ Freeway, Suite 650
Mesquite, TX 75150
Phone: (214) 744-1981
Fax: (214) 853-5141
38-3772376

## INVOICE



Invoice #PEL-2022001915
6/27/2022

Original Date: 6/20/2022

Pryor & Bruce
302 North San Jacinto
Rockwall, TX 75087

Your Contact: Cristina Garcia
**Case Number: Northern 3:17-CV-02278-X**

Plaintiff:
**CHARLENE CARTER**

Defendants:
**SOUTHWEST AIRLINES CO., et al.**

Received: 6/15/2022   Served: 6/16/2022 8:45 am  AUTHORIZED
To be served on: Jessica Parker

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Local Service Fee ($105/Discounted) | 1.00 | 50.00 | 50.00 |
| Witness Fee Federal | 1.00 | 42.54 | 42.54 |
| Rush Fee/Court Appointment ($45/No Charge) | 1.00 | 0.00 | 0.00 |
| TOTAL CHARGED: | | | $92.54 |

**BALANCE DUE:** **$92.54**

Payment is due upon receipt.
For Your Convenience You May Pay Online At Our Website:
www.expresslitigationservices.com
Accrual of interest at 1.5% per month will be incurred after 30 days. We appreciate your business!

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

Page 1 / 1

Express Litigation Services
expresslitigation@gmail.com
18601 LBJ Freeway, Suite 650
Mesquite, TX 75150
Phone: (214) 744-1981
Fax: (214) 853-5141
38-3772376

## INVOICE



Invoice #PEL-2022001960
6/20/2022

Pryor & Bruce
302 North San Jacinto
Rockwall, TX 75087

Your Contact: Cristina Garcia
**Case Number: Northern 3:17-CV-02278-X**

Plaintiff:
**CHARLENE CARTER**

Defendants:
**SOUTHWEST AIRLINES CO., et al.**

Received: 6/14/2022   Served: 6/16/2022 8:45 am  AUTHORIZED
To be served on: Jessica Parker

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Local Service Fee | 1.00 | 105.00 | 105.00 |
| Witness Fee Federal | 1.00 | 41.06 | 41.06 |
| Alternative Address ($105/No Charge) | 1.00 | 0.00 | 0.00 |
| Rush Fee ($45/No Charge) | 1.00 | 0.00 | 0.00 |
| TOTAL CHARGED: | | | $146.06 |

**BALANCE DUE:** **$146.06**

**Comments pertaining to this invoice:**
Addresses Attempted:
1) 3301 Elm Street, Dallas, Texas 75226
2) 1100 Commerce Street, Dallas, TX 75242

Payment is due upon receipt.
For Your Convenience You May Pay Online At Our Website:
www.expresslitigationservices.com
Accrual of interest at 1.5% per month will be incurred after 30 days. We appreciate your business!

Express Litigation Services
expresslitigation@gmail.com
18601 LBJ Freeway, Suite 650
Mesquite, TX 75150
Phone: (214) 744-1981
Fax: (214) 853-5141
38-3772376

# INVOICE



Invoice #PEL-2022001899
6/15/2022

Pryor & Bruce
302 North San Jacinto
Rockwall, TX 75087

Your Contact: Cristina Garcia
**Case Number: Northern 3:17-CV-02278-X**

Plaintiff:
**CHARLENE CARTER**

Defendants:
**SOUTHWEST AIRLINES CO., et al.**

Received: 6/14/2022   Served: 6/15/2022 3:00 pm  AUTHORIZED
To be served on: Jessica Parker

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Local Service Fee ($105/Discounted) | 1.00 | 50.00 | 50.00 |
| Witness Fee Federal | 1.00 | 40.83 | 40.83 |
| TOTAL CHARGED: | | | $90.83 |
| **BALANCE DUE:** | | | **$90.83** |

**Comments pertaining to this invoice:**
Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a $40.83 Witness Fee
2850 N. Harwood Street, Suite 1500, Dallas, TX 75201

Payment is due upon receipt.
For Your Convenience You May Pay Online At Our Website:
www.expresslitigationservices.com
Accrual of interest at 1.5% per month will be incurred after 30 days. We appreciate your business!

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

Express Litigation Services
expresslitigation@gmail.com
18601 LBJ Freeway, Suite 650
Mesquite, TX 75150
Phone: (214) 744-1981
Fax: (214) 853-5141
38-3772376

# INVOICE



Invoice #PEL-2022001900
6/15/2022

Pryor & Bruce
302 North San Jacinto
Rockwall, TX 75087

Your Contact: Cristina Garcia
**Case Number: Northern 3:17-CV-02278-X**

Plaintiff:
**CHARLENE CARTER**

Defendants:
**SOUTHWEST AIRLINES CO., et al.**

Received: 6/14/2022   Served: 6/15/2022 3:00 pm  AUTHORIZED
To be served on: John Parrott

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Local Service Fee ($105/Discounted) | 1.00 | 50.00 | 50.00 |
| Witness Fee Federal | 1.00 | 40.83 | 40.83 |
| TOTAL CHARGED: | | | $90.83 |

**BALANCE DUE:** **$90.83**

**Comments pertaining to this invoice:**
Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a $40.83 Witness Fee
2850 N. Harwood Street, Suite 1500, Dallas, TX 75201

Payment is due upon receipt.
For Your Convenience You May Pay Online At Our Website:
www.expresslitigationservices.com
Accrual of interest at 1.5% per month will be incurred after 30 days. We appreciate your business!

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

Page 1 / 1

Express Litigation Services
expresslitigation@gmail.com
18601 LBJ Freeway, Suite 650
Mesquite, TX 75150
Phone: (214) 744-1981
Fax: (214) 853-5141
38-3772376

## INVOICE



Invoice #PEL-2022002012
7/2/2022

Pryor & Bruce
302 North San Jacinto
Rockwall, TX 75087

Your Contact: Cristina Garcia
**Case Number: Northern 3:17-CV-02278-X**

Plaintiff:
**CHARLENE CARTER**

Defendants:
**SOUTHWEST AIRLINES CO., et al.**

Received: 6/23/2022   Served: 7/1/2022 9:20 am  INDIVIDUAL/PERSONAL
To be served on: John Parrott

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Local Service Fee | 1.00 | 105.00 | 105.00 |
| Witness Fee - State | 1.00 | 47.20 | 47.20 |
| TOTAL CHARGED: | | | $152.20 |

| | |
|---|---|
| **BALANCE DUE:** | **$152.20** |

Payment is due upon receipt.
For Your Convenience You May Pay Online At Our Website:
www.expresslitigationservices.com
Accrual of interest at 1.5% per month will be incurred after 30 days. We appreciate your business!

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

Express Litigation Services
expresslitigation@gmail.com
18601 LBJ Freeway, Suite 650
Mesquite, TX 75150
Phone: (214) 744-1981
Fax: (214) 853-5141
38-3772376

**INVOICE**



Invoice #PEL-2022001898
6/15/2022

Pryor & Bruce
302 North San Jacinto
Rockwall, TX 75087

Your Contact: Cristina Garcia
**Case Number: Northern 3:17-CV-02278-X**

Plaintiff:
**CHARLENE CARTER**

Defendants:
**SOUTHWEST AIRLINES CO., et al.**

Received: 6/14/2022   Served: 6/15/2022 3:00 pm  AUTHORIZED
To be served on: Ed Schneider

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Local Service Fee ($105/Discounted) | 1.00 | 50.00 | 50.00 |
| Witness Fee Federal | 1.00 | 40.83 | 40.83 |
| TOTAL CHARGED: | | | $90.83 |
| **BALANCE DUE:** | | | **$90.83** |

**Comments pertaining to this invoice:**
Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a $40.83 Witness Fee
2850 N. Harwood Street, Suite 1500, Dallas, TX 75201

Payment is due upon receipt.
For Your Convenience You May Pay Online At Our Website:
www.expresslitigationservices.com
Accrual of interest at 1.5% per month will be incurred after 30 days. We appreciate your business!

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

Express Litigation Services
expresslitigation@gmail.com
18601 LBJ Freeway, Suite 650
Mesquite, TX 75150
Phone: (214) 744-1981
Fax: (214) 853-5141
38-3772376

## INVOICE



Invoice #PEL-2022001912
6/15/2022

Pryor & Bruce
302 North San Jacinto
Rockwall, TX 75087

Your Contact: Cristina Garcia
**Case Number: Northern 3:17-CV-02278-X**

Plaintiff:
**CHARLENE CARTER**

Defendants:
**SOUTHWEST AIRLINES CO., et al.**

Received: 6/14/2022   Served: 6/15/2022 3:00 pm  AUTHORIZED
To be served on: Tammy Shaffer

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Local Service Fee ($105/Discounted) | 1.00 | 50.00 | 50.00 |
| Witness Fee Federal | 1.00 | 40.83 | 40.83 |
| TOTAL CHARGED: | | | $90.83 |
| **BALANCE DUE:** | | | **$90.83** |

**Comments pertaining to this invoice:**
Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a $40.83 Witness Fee
2850 N. Harwood Street, Suite 1500, Dallas, TX 75201

Payment is due upon receipt.
For Your Convenience You May Pay Online At Our Website:
www.expresslitigationservices.com
Accrual of interest at 1.5% per month will be incurred after 30 days. We appreciate your business!

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

Page 1 / 1

Express Litigation Services
expresslitigation@gmail.com
18601 LBJ Freeway, Suite 650
Mesquite, TX 75150
Phone: (214) 744-1981
Fax: (214) 853-5141
38-3772376

## INVOICE



Invoice #PEL-2022002019
6/28/2022

Pryor & Bruce
302 North San Jacinto
Rockwall, TX 75087

Your Contact: Cristina Garcia
**Case Number: Northern 3:17-CV-02278-X**

Plaintiff:
**CHARLENE CARTER**

Defendants:
**SOUTHWEST AIRLINES CO., et al.**

Received: 6/23/2022    Served: 6/24/2022 7:20 pm  INDIVIDUAL/PERSONAL
To be served on: Tammy Shaffer

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Surrounding County Service | 1.00 | 105.00 | 105.00 |
| Witness Fee - State | 1.00 | 89.44 | 89.44 |
| TOTAL CHARGED: | | | $194.44 |
| **BALANCE DUE:** | | | **$194.44** |

**Comments pertaining to this invoice:**
Subpoena with a $89.44 Witness Fee
11325 Mesa Crossing Dr., Fort Worth, TX 76052

Payment is due upon receipt.
For Your Convenience You May Pay Online At Our Website:
www.expresslitigationservices.com
Accrual of interest at 1.5% per month will be incurred after 30 days. We appreciate your business!

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

Express Litigation Services
expresslitigation@gmail.com
18601 LBJ Freeway, Suite 650
Mesquite, TX 75150
Phone: (214) 744-1981
Fax: (214) 853-5141
38-3772376

## INVOICE



Invoice #PEL-2022001897
6/15/2022

Pryor & Bruce
302 North San Jacinto
Rockwall, TX 75087

Your Contact: Cristina Garcia
**Case Number: Northern 3:17-CV-02278-X**

Plaintiff:
**CHARLENE CARTER**

Defendants:
**SOUTHWEST AIRLINES CO., et al.**

Received: 6/14/2022    Served: 6/15/2022 3:00 pm  AUTHORIZED
To be served on: Mike Sims

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Local Service Fee | 1.00 | 105.00 | 105.00 |
| Witness Fee Federal | 1.00 | 40.83 | 40.83 |
| Rush Fee | 1.00 | 35.00 | 35.00 |
| TOTAL CHARGED: | | | $180.83 |

**BALANCE DUE:**                                                                    **$180.83**

**Comments pertaining to this invoice:**
Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a $40.83 Witness Fee
2850 N. Harwood Street, Suite 1500, Dallas, TX 75201

Payment is due upon receipt.
For Your Convenience You May Pay Online At Our Website:
www.expresslitigationservices.com
Accrual of interest at 1.5% per month will be incurred after 30 days. We appreciate your business!

Express Litigation Services
expresslitigation@gmail.com
18601 LBJ Freeway, Suite 650
Mesquite, TX 75150
Phone: (214) 744-1981
Fax: (214) 853-5141
38-3772376

## INVOICE



Invoice #PEL-2022001906
6/15/2022

Pryor & Bruce
302 North San Jacinto
Rockwall, TX 75087

Your Contact: Cristina Garcia
**Case Number: Northern 3:17-CV-02278-X**

Plaintiff:
**CHARLENE CARTER**

Defendants:
**SOUTHWEST AIRLINES CO., et al.**

Received: 6/14/2022   Served: 6/15/2022 3:00 pm  AUTHORIZED
To be served on: Brian Talburt

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Local Service Fee ($105/Discounted) | 1.00 | 50.00 | 50.00 |
| Witness Fee Federal | 1.00 | 40.83 | 40.83 |
| TOTAL CHARGED: | | | $90.83 |

**BALANCE DUE:**                                                                    **$90.83**

**Comments pertaining to this invoice:**
Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action and a $40.83 Witness Fee
2850 N. Harwood Street, Suite 1500, Dallas, TX 75201

Payment is due upon receipt.
For Your Convenience You May Pay Online At Our Website:
www.expresslitigationservices.com
Accrual of interest at 1.5% per month will be incurred after 30 days. We appreciate your business!

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

Page 1 / 1

# INVOICE
MELODY MONK REPORTING

**Melody Monk Reporting**
1999 McKinney Avenue
No. 1404
Dallas, Texas 75201
United States

Phone: 888.988.5317
Mobile: 972.489.8884

BILL TO
**Matthew D. Hill**
Pryor & Bruce
302 North San Jacinto Street
Rockwall, Texas 75087
United States

972.771.3933
mhill@pryorandbruce.com

| | |
|---|---|
| **Invoice Number:** | 2376 |
| **Invoice Date:** | June 30, 2022 |
| **Payment Due:** | June 30, 2022 |
| **Amount Due (USD):** | **$0.00** |

| Items | Price | Amount |
|---|---|---|
| **Deposition (expedited) of Melissa Burdine taken 6.28.2022**<br>Carter v SWA, et al | $1,276.00 | $1,276.00 |

| | | |
|---|---|---|
| **Total:** | | $1,276.00 |
| Payment on July 7, 2022 using VISA ending in 8418: | | $1,276.00 |
| **Amount Due (USD):** | | **$0.00** |

# INVOICE

MELODY MONK REPORTING

**Melody Monk Reporting**
1999 McKinney Avenue
No. 1404
Dallas, Texas 75201
United States

Phone: 888.988.5317
Mobile: 972.489.8884

BILL TO
**Matthew D. Hill**
Pryor & Bruce
302 North San Jacinto Street
Rockwall, Texas 75087
United States

972.771.3933
mhill@pryorandbruce.com

| | |
|---|---|
| **Invoice Number:** | 2370 |
| **Invoice Date:** | June 30, 2022 |
| **Payment Due:** | June 30, 2022 |
| **Amount Due (USD):** | **$0.00** |

| Items | Price | Amount |
|---|---|---|
| **Deposition (expedited) of Nancy Cleburn taken 6.29.2022**<br>Carter v SWA, et al | $932.00 | $932.00 |

| | | |
|---|---|---|
| **Total:** | | $932.00 |
| Payment on June 30, 2022 using  ending in 8418: | | $932.00 |
| **Amount Due (USD):** | | **$0.00** |

TAX ID NO. 47-2294374 - Texas Government Code 52.059 Applies to All Invoices

# INVOICE

MELODY MONK REPORTING

**Melody Monk Reporting**
1999 McKinney Avenue
No. 1404
Dallas, Texas 75201
United States

Phone: 888.988.5317
Mobile: 972.489.8884

BILL TO
**Matthew D. Hill**
Pryor & Bruce
302 North San Jacinto Street
Rockwall, Texas 75087
United States

972.771.3933
mhill@pryorandbruce.com

| | **Invoice Number:** | 2373 |
|---|---|---|
| | **Invoice Date:** | June 30, 2022 |
| | **Payment Due:** | June 30, 2022 |
| | **Amount Due (USD):** | **$0.00** |

| Items | Price | Amount |
|---|---|---|
| **Deposition (expedited) of Brendan Conlon taken 6.28.2022**<br>Carter v SWA, et al | $1,191.00 | $1,191.00 |
| | **Total:** | $1,191.00 |
| Payment on July 1, 2022 using **VISA** ending in 8418: | | $1,191.00 |
| | **Amount Due (USD):** | **$0.00** |

TAX ID NO. 47-2294374 - Texas Government Code 52.059 Applies to All Invoices

# INVOICE
MELODY MONK REPORTING

**Melody Monk Reporting**
1999 McKinney Avenue
No. 1404
Dallas, Texas 75201
United States

Phone: 888.988.5317
Mobile: 972.489.8884

BILL TO
**Pryor & Bruce**
Bobby G. Pryor
302 North San Jacinto Street
Rockwall, Texas 75087
United States

9727713933
bpryor@pryorandbruce.com

| | Invoice Number: | 2367 |
|---|---|---|
| | Invoice Date: | June 29, 2022 |
| | Payment Due: | June 29, 2022 |
| | Amount Due (USD): | $0.00 |

| Items | Price | Amount |
|---|---|---|
| **Deposition of Sonya Lacore taken 2.24.2022**<br>Carter v SWA, et al | $777.25 | $777.25 |

| | | |
|---|---|---|
| **Total:** | | $777.25 |
| Payment on June 29, 2022 using  ending in 8418: | | $777.25 |
| **Amount Due (USD):** | | **$0.00** |

TAX ID NO. 47-2294374 - Texas Government Code 52.059 Applies to All Invoices

# INVOICE

MELODY MONK REPORTING

**Melody Monk Reporting**
1999 McKinney Avenue
No. 1404
Dallas, Texas 75201
United States

Phone: 888.988.5317
Mobile: 972.489.8884

BILL TO
**Matthew D. Hill**
Pryor & Bruce
302 North San Jacinto Street
Rockwall, Texas 75087
United States

972.771.3933
mhill@pryorandbruce.com

| | |
|---|---|
| **Invoice Number:** | 2383 |
| **Invoice Date:** | July 4, 2022 |
| **Payment Due:** | July 4, 2022 |
| **Amount Due (USD):** | **$0.00** |

| Items | Price | Amount |
|---|---|---|
| **Certificate of nonappearance - Brett Nevarez taken 7.4.2022**<br>Carter v SWA | $750.00 | $750.00 |

| | | |
|---|---|---|
| **Total:** | | $750.00 |
| Payment on July 5, 2022 using  ending in 8418: | | $750.00 |
| **Amount Due (USD):** | | **$0.00** |

**Notes / Terms**
expedited and holiday rates apply

TAX ID NO. 47-2294374 - Texas Government Code 52.059 Applies to All Invoices

# INVOICE

MELODY MONK REPORTING

**Melody Monk Reporting**
1999 McKinney Avenue
No. 1404
Dallas, Texas 75201
United States

Phone: 888.988.5317
Mobile: 972.489.8884

BILL TO
**Matthew D. Hill**
Pryor & Bruce
302 North San Jacinto Street
Rockwall, Texas 75087
United States

972.771.3933
mhill@pryorandbruce.com

| | |
|---|---|
| **Invoice Number:** | 2364 |
| **Invoice Date:** | June 29, 2022 |
| **Payment Due:** | June 29, 2022 |
| **Amount Due (USD):** | **$0.00** |

| Items | Price | Amount |
|---|---|---|
| **Linda Rutherford taken 6.23.2022**<br>Carter v SWA, et al | $577.50 | $577.50 |
| | **Total:** | $577.50 |
| Payment on June 29, 2022 using **VISA** ending in 8418: | | $577.50 |
| | **Amount Due (USD):** | **$0.00** |

TAX ID NO. 47-2294374 - Texas Government Code 52.059 Applies to All Invoices

# INVOICE

MELODY MONK REPORTING

**Melody Monk Reporting**
1999 McKinney Avenue
No. 1404
Dallas, Texas 75201
United States

Phone: 888.988.5317
Mobile: 972.489.8884

BILL TO
**Pryor & Bruce**
Bobby G. Pryor
302 North San Jacinto Street
Rockwall, Texas 75087
United States

9727713933
bpryor@pryorandbruce.com

| | |
|---|---|
| **Invoice Number:** | 2380 |
| **Invoice Date:** | July 4, 2022 |
| **Payment Due:** | July 4, 2022 |
| **Amount Due (USD):** | **$0.00** |

| Items | Price | Amount |
|---|---|---|
| **Deposition of Brian Talburt taken 7.3.2022**<br>Carter v SWA, et al | $3,372.75 | $3,372.75 |

|  | **Total:** | $3,372.75 |
|---|---|---|
| Payment on July 5, 2022 using  ending in 8418: | | $3,372.75 |
|  | **Amount Due (USD):** | **$0.00** |

**Notes / Terms**
159 pages of expedited testimony
3 pages of exhibits
four hours hourly after 5 p.m.
holiday fees apply

TAX ID NO. 47-2294374 - Texas Government Code 52.059 Applies to All Invoices

This subscription has been canceled.

## Subscription Details

Plan                                                        Payment Method
OnCue Monthly                                               Credit Card
No Additional Payments

Edit Subscription

## Billing History

Jul 4, 2022                                                                    $86.40

Copyright 2018 - OnCue Technology LLC

Secure purchase online with your
credit card, PayPal, or other payment
methods

Your registration information will be
sent to your e-mail. Please contact us
with any questions



OnCue is compatible with:
- Windows 11
- Windows 10 (64 and 32 bit)
- Windows 8 (64 and 32 bit)
- Windows 7
- Windows Vista
- Windows XP





Professional Civil Process

# Credit Card Authorization Form

Date: 6/23/22

Company Name: Pryor & Bruce          Client #: _____

Contact Name: Cristina Garcia   Phone #: 972-771-3933   Email: cgarcia@pryorandbruce.com

Name as it appears on card: Matthew D Hill

Credit Card #: 4147099337489999

Expiration Date: 1/23                Security Code #: 587

Billing Address: 2610 Allen Street, #5207

City: Dallas          State: TX          Zip Code: 75204

<u>Credit card transactions are subject to a 2.5% Convenience Fee</u>
**AMERICAN EXPRESS NOT ACCEPTED**

Invoice #: Rush Service (OOS/$175)X 3   Amount: $525

Invoice #: Witness fee-Jessica Parker   Amount: $1,019.40

Invoice #: Witness fee-Brett Nevarez   Amount: $840.04

Invoice #: Witness fee-Brian Talburt   Amount: $1,284.90

Invoice #: Check fee ($3) x3           Amount: $9

Invoice #: _____   Amount: _____

Invoice #: _____   Amount: _____

Invoice #: Fuel Surcharge 4.00 x address   Amount: $12

Total Amount of Invoices = $3,690.34

+
2.5% Convenience Fee = $92.26
*(Total Amount of Invoices x 0.025)*

=
**Total Amount Charged** = $3,782.60

Matthew D Hill
_____          _____
Signature of Authorized Person        Print Name of Authorized Person

**\*Please complete the top portion of this form and submit with your legal documents to the PCP office for service.\***
**Questions: please contact Customer Service at (800) 950-7493**

# *Professional Civil Process*

**INVOICE**

REMIT PAYMENT TO:
*103 Vista View Trail*
*Spicewood TX 78669*

QUESTIONS REGARDING CHARGES ON THIS INVOICE ARE TO BE
DIRECTED TO THE BILLING DEPARTMENT AT: (512) 477-3500

EIN NO.:76-0068034
A CORPORATION - NO 1099 REQUIRED

| | Customer | Date | Invoice |
|---|---|---|---|
| **Bill To:** | 34461 | 06/28/22 | A22602217 |

Hill, Matthew D.
Pryor & Bruce        Phone: (972) 771-3933
302 N San Jacinto                            400
Rockwall TX 75087

**Case Info:** CHARLENE CARTER
            vs. SOUTHWEST AIRLINES CO., ET AL.
    **Court:** Northern District of Texas
    **Case#:** 3:17-CV-02278-X
**Your Ref#:** 3:17-CV-02278-X Received On: 06/23/22

**Regarding:** Personally Served NEVAREZ, BRETT at 3012 Sundown Road, Las Cruces, NM 88011 on
            06/24/22 at 09:57:00
**Documents:** SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

**RUSH SERVICE REQUEST**
**Comments:** WF Ck #VV438 = $840.04 - JB

| | | |
|---|---|---|
| WF | WITNESS FEE | 840.04 |
| CK | CHECK CHARGE | 3.00 |
| G | GAS SURCHARGE | 4.00 |
| OT | RUSH O/S SERVED | 175.00 |

| | |
|---|---|
| **INVOICE TOTAL:** | **$ 1022.04** |
| **PAID TO DATE:** | **$ 1022.04** |
| **LATE FEE:** | **$ .00** |
| **BALANCE DUE:** | **$ .00** |

---------------------------------[PLEASE DETACH AND RETURN]------------------------

# *Professional Civil Process*

**Bill To:**

Hill, Matthew D.              a
Pryor & Bruce
302 N San Jacinto
Rockwall TX 75087

| Customer | Date | Invoice |
|---|---|---|
| 34461 | 06/28/22 | A22602217 |

BALANCE DUE:   $ .00

Return to: Professional Civil Process
          103 Vista View Trail
          Spicewood TX 78669

INVOICE DUE AND PAYABLE UPON RECEIPT (IF PAID BY INVOICE),
ALL CHARGES NOT PAID WITHIN 30 DAYS FROM THE FIRST MONTHLY
STATEMENT THAT CONTAINS THIS INVOICE ARE SUBJECT TO A SERVICE
CHARGE AT THE RATE OF .5% PER 30 DAYS, 6% PER ANNUM.

yvonnef

| | |
|---|---|
| **From:** | Jami Lair |
| **To:** | Cristina Garcia |
| **Subject:** | FW: Staples Print & Marketing Services: Order 6933023141 is ready to be picked up. |
| **Date:** | Tuesday, July 5, 2022 8:38:20 AM |

Expenses Carter

Jami Lair, Paralegal
Pryor & Bruce
302 N. San Jacinto
Rockwall, Texas 75087
Telephone:  (972) 771-3933
Facsimile:  (972) 771-8343
www.pryorandbruce.com

CONFIDENTIALITY NOTICE: The information in this email (and attachments) is confidential and may be protected by various privileges, including the attorney-client and attorney work product privileges. This email is intended to be reviewed only by the individual or organization for whom the author intended the message. If you are not such person, you are hereby notified that any review, dissemination or copying of this email is prohibited. If you have received this email in error, please immediately notify the sender and delete this email from your system.  Thank you.

**From:** Staples Copy & Print <staples-printmarketing@staples.com>
**Sent:** Monday, July 4, 2022 2:02 PM
**To:** Jami Lair <jlair@pryorandbruce.com>
**Subject:** Staples Print & Marketing Services: Order 6933023141 is ready to be picked up.

Dear Dana Bruce,

Great news! Your order is ready to be picked up. Please go to the store and see a Print & Marketing associate for your order.

Thank you for shopping at Staples!

**Your Order**

#6933023141
Order Date: Jul 03, 2022
Total: $22.03

**Store #1765**
1009 E Interstate 30
Rockwall, TX 75087

**Phone: (972) 722-2237**

**Hours**

Sun 10am-6pm
Mon 10am-5pm
Tue 9am-8pm
Wed 9am-8pm
Thu 9am-8pm
Fri 9am-8pm
Sat 10am-7pm

| Ordered Item | Qty | Price |
|---|---|---|
| EX 90-E.pdf | 6 | $22.03 |



To unsubscribe, click here.

# PRYOR & BRUCE

Attorneys at Law

302 N. San Jacinto
Rockwall, Texas 75087

——

Telephone (972) 771-3933
Fax (972) 771-8343
E-mail *dbruce@pryorandbruce.com*
*www.pryorandbruce.com*

July 1, 2022

Invoice: 33-100-06

***VIA ELECTRONIC TRANSMISSION***

Charlene Carter
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160

Re:   *Charlene Carter v. Southwest Airlines Co., and Transport Workers Union of America, Local 556*

| DATE | DESCRIPTION | ATTY | TIME |
|------|-------------|------|------|
| 5/26 | Conf. w/ M. Gilliam re case background, trial strategy, and workload distribution | MDH | 1.00 |
| 5/27 | Confs. w/B. Pryor and M. Hill re case background and strategy | DGB | NC (1.50) |
| 5/27 | Email M. Gilliam re confirmation of retention | MDH | .10 |
| 5/28 | Select key documents for review by B. Pryor | MDH | .30 |
| 6/1 | Review engagement letter; emails and confs. re the same | BGP | NC (.20) |
| 6/1 | Review and approve entry of appearance; emails re the same | BGP | .10 |
| 6/1 | Email paralegal re drafting appearance of counsel; revise same; email B. Pryor and M. Gilliam re same; analysis of deadlines in scheduling order; conf. w/ M. Gilliam re documents needed and pretrial filings; review case filings in preparation for trial | MDH | 4.20 |
| 6/1 | Prepare notice of appearance; email M. Hill re same; file same | PL2 | .20 |
| 6/2 | Review docket entries and highlight entries needed for trial notebook and review; emails re the same; review scheduling order; emails re jury instructions and voir dire questions; review and outline Fourth Amended Complaint; review case law cited in Fourth Amended Complaint; teleconf w/M. Hill and M. Gilliam re status and strategy; review and outline issues relating to SW Airlines Answer | BGP | 6.50 |

1

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

| DATE | DESCRIPTION | ATTY | TIME |
|------|-------------|------|------|
|  | to 4th Amended Complaint; emails re the same; review and outline issues re Local 566 Answer to 4th Amended Complaint; emails re the same; review deposition of M. Sims; outline issues re the same; emails re the same; review exhibits re the same; review reported cases involving M. Greenfield to determine whether any involved issues in present action; review reported cases involving P. McKeeby to determine whether any involved issues in present action |  |  |
| 6/2 | Confs. w/ M. Gilliam re pretrial filings and strategy; email exchanges w/ B. Pryor re documents to review; identify documents for review in preparation for trial; email exchanges w/ M. Gilliam re same; email exchange w/ B. Pryor re voir dire; email B. Pryor re authorities to review | MDH | 3.40 |
| 6/2 | Assemble documents for B. Pryor trial preparation; research re Greenfield and McKeeby | PL | 2.10 |
| 6/3 | Additional review and outline of deposition of M. Sims; outline voir dire and limine topics; prepare M. Sims deposition resume; create and supplement list of involved persons; review and outline arguments, authorities and evidence re summary judgment motions and responses | BGP | 7.00 |
| 6/3 | Analysis of witnesses who may be designated for deposition; email B. Pryor re use of depositions for witnesses outside subpoena range; confs. w/ B. Pryor re trial and pretrial strategy | MDH | 2.60 |
| 6/4 | Review Amended Scheduling Order re ensuring compliance; additional review and digest of M. Sims deposition; drafting proposed voir dire questions; file review re the same; review SW and Local 556 summary judgment motions and exhibits; review and digest E. Schneider deposition; review exhibits re the same; review pleadings related to the sanction motion; review pleading relating to filing documents under seal | BGP | 6.30 |
| 6/4 | Review and comment on proposed email outlining pretrial tasks; review, comment, and supplement proposed voir dire questions | MDH | .50 |
| 6/5 | Review written discovery; emails re the same; outline issues re Southwest and Local 556 discovery responses; review witness and exhibit list outline comments to the same; prepare witness list by location and raise Rule 45 issues; emails re the same; review document production; continue deposition review and digest of the same; continue to update voir dire questions and limine issues | BGP | 7.70 |

2

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

| DATE | DESCRIPTION | ATTY | TIME |
|------|-------------|------|------|
| 6/5 | Email B. Pryor re witness issues; email M. Gilliam re issues with motion to withdraw from J. Winford; email M. Gilliam re version of Rule 45 cited in Northern District cases | MDH | .90 |
| 6/6 | Prepare for teleconf. re status and strategy; teleconf. w/M. Hill and M. Gilliam re voir dire, limine, witnesses, trial exhibit, statements of fact and law, jury instruction; teleconf w/opposing counsel re trial witnesses; review SW documents production re preparing exhibit list | BGP | 7.50 |
| 6/6 | Confs/ M. Gilliam and B. Pryor re strategy and pretrial tasks; additional confs. w/ M. Gilliam re strategy and pretrial tasks; coordinate w/ M. Gilliam on obtaining additional documents; work on proposed jury charges and interrogatories; conf. w/ B. Pryor re settlement strategy; email exchanges w/ B. Pryor re pretrial tasks | MDH | 7.80 |
| 6/7 | Review, revise and finalize voir dire questions; emails re the same; emails and calls re limine issues; review Judge Scholer opinion re the same; review arbitration transcript and exhibits; review SW draft pretrial order; emails and calls re the same; teleconf. w/counsel for Union re witness and exhibit issues; review jury charge and interrogatories; review parties written discovery responses; review all deposition exhibits re preparing exhibit list; review each exhibit listed by SW and supplement exhibit list for document not included by SW; review documents re Carter damages; review exhibit list prepared by M. Gilliam and review documents re the same; supplement exhibit list re the same; review pleading re failure to exhaust administrative remedies; prepare objections to SW exhibit list; email re the same; prepare questions to M. Gillam re various issues relating to the pretrial order; emails re the same | BGP | 13.50 |
| 6/7 | Continue work on jury instructions and jury interrogatories; comments on additional potential voir dire questions; confs. w/ M. Gilliam re pretrial tasks and strategy; email M. Gilliam re revised draft jury instructions; emails and confs. w/ B. Pryor re pretrial tasks and strategy; work on supplanting exhibit list and analyzing potential exhibits | MDH | 11.30 |
| 6/8 | Analysis and revise draft voir dire questions; review documents re preparing exhibit list; emails re the same; review deposition exhibits and testimony related to the same; emails w/M. Gilliam re status and strategy; review documents added to witness list by defendants; emails re | BGP | 6.80 |

3

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

| DATE | DESCRIPTION | ATTY | TIME |
|---|---|---|---|
| | witness issues; review M. Emlet deposition and prepare designations re the same; emails re the same | | |
| 6/8 | Prepare joint and separate jury charges; email B. Pryor and M. Gilliam re same; confs. w/ B. Pryor and M. Gilliam re same; review and comment on proposed objections to disputed jury charges; conf. w/ M. Gilliam re punitive damages issue; review, comment, and supplement issues of law for pretrial filing; confs. w/ M. Gilliam re pretrial filings; review and revise issues of law for pretrial order; work on objections to Southwest's and the union's jury interrogatories; email M. Gilliam re same | MDH | 12.40 |
| 6/9 | Revisions to proposed pretrial order; email exchanges w/ M. Gilliam re same; prepare proposed email to P. McKeeby re pretrial order structure; email M. Gilliam re subpoenas; conference w/ M. Gilliam and opposing counsel re pretrial order; review and comment on Southwest's motion in limine; email opposing counsel re exhibit list; email paralegal re preparing subpoenas; revies, comment on, and revise motion in limine; review and comment on deposition designations; additional work on jury interrogatories and instructions; email M. Gilliam re same; confs. w/ M. Gilliam re same and pretrial filings; email B. Morris re proposed exhibit 1 to pretrial order; prepare insert for pretrial filings re punitive damages; confs. w/ opposing counsel re pretrial filings; assist with finalization of pretrial filings | MDH | 14.30 |
| 6/9 | Prepare initial draft of deposition subpoena | PL | .20 |
| 6/10 | Review and approve subpoenas; review status emails | BGP | .40 |
| 6/10 | Email M. Gilliam re subpoena form; conf. w/ M. Gilliam re witness issues; conf. call w/ M. Gilliam and opposing counsel re witness issues; prepare email to opposing counsel re subpoenas; review subpoenas | MDH | 3.20 |
| 6/10 | Prepare subpoenas for witnesses; conf. w/ M. Hill re same; email M./ Hill re same | PL2 | 1.50 |
| 6/11 | Work on joint status report objections; work on counter-designations and objections re Audrey Stone; review authority re conscience of the community and golden rule limine motions; email M. Gilliam re same; email M. Gilliam re comments, revisions, and additions to joint report on objections | MDH | 4.10 |
| 612 | Confs. w/ M. Gilliam re pretrial filings and limine motion; email exchange re objection to initial disclosures as exhibit; review and comment on responses to motion in limine; prepare objections to jury charge and interrogatories; revise | MDH | 7.80 |

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

| DATE | DESCRIPTION | ATTY | TIME |
|---|---|---|---|
| | and supplement objections and responses re Local 556's witnesses and exhibits | | |
| 6/13 | Revision to objections to jury interrogatories; email exchange w/ M. Gilliam re same; review and comment re charge; email P. McKeeby re additional objection; email P. McKeeby re depositions; work to finalize Joint Status Report | MDH | 2.70 |
| 6/13 | Review joint status report objections; email M. Hill re same | PL2 | 1.00 |
| 6/14 | Emails and calls re subpoena issues; review pretrial documents; confs and emails re the same | BGP | 4.20 |
| 6/14 | Conf. w/ B. Pryor and M. Gilliam re pretrial issues and strategy; supervise subpoena issues; email M. Gilliam re same | MDH | .80 |
| 6/14 | Calculate witness fees for subpoenas; email M. Hill re same; emails re subpoenas; conf. w/ M. Hill re same; email process server subpoenas | PL2 | .60 |
| 6/15 | Review and revise notice re unavailability of witnesses; review rules and Judge's order the same; emails and teleconfs. w/opposing counsel re the same; email to opposing counsel re requesting witness information; review Court's order re limine issues; review pretrial documents; prepare for pretrial conf.; revise draft filing availability of witnesses; strategize re same | BGP | 6.30 |
| 6/15 | Review and comment re Notice of Unavailable Witnesses; additional emails and comments re same; email process server re witnesses to serve; email M. Gilliam re authority on collateral sources | MDH | 1.10 |
| 6/15 | Conf. w/ M. Hill re Union subpoenas; revise same; finalize same; email process server re same; review and revise notice re unavailable witnesses; conf. w/ B. Pryor re same; finalize same; file same | PL2 | 1.20 |
| 6/16 | Prepare for pretrial conference; review documents re the same; review C. Carter deposition re preparation for client meeting; attend pretrial conference; conference w/M. Gilliam and C. Carter re status and strategy | BGP | 6.40 |
| 6/16 | Travel to and from courthouse | BGP | NC (1.50) |
| 6/16 | Travel to and from pretrial conference | MDH | NC (1.10) |
| 6/16 | Attend pretrial conference and viewing of voir dire room; prepare proposed email re dates of testimony | MDH | 4.40 |
| 6/17 | Emails and calls re exhibit issues; emails and calls re witness and deposition issues; emails re status and strategy | BGP | 1.30 |
| 6/17 | Review case recommended by court re business records; email B. Pryor re same; email M. Gilliam and B. Pryor re exhibit issues; call P. McKeeby and A. Greenfield re | MDH | 1.70 |

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

| DATE | DESCRIPTION | ATTY | TIME |
|------|-------------|------|------|
| | deposition dates; email B. Pryor and M. Gilliam re deposition issues; confs. w/ B. Pryor re pretrial and trial strategy issues | | |
| 6/16 | Conf. w/B. Pryor re trial exhibits; assemble trial exhibits for trial | PL | 2.40 |
| 6/17 | Conf. w/ B. Pryor re depositions and trial exhibits; email court reporter re same | PL2 | .10 |
| 6/18 | Analysis of witness issues regarding trial witnesses and those to be deposed | MDH | .40 |
| 6/20 | Emails and confs. re depositions issues; review SW motion for summary judgment motion and exhibits, Carter response to the same and appendix to the same; conf. w/C. Garcia re referencing appendix numbers to trial exhibit list; emails re subpoena issues; review trial exhibits; emails re status and strategy; conf. w/D. Bruce re trial analysis and strategy | BGP | 7.30 |
| 6/20 | Consult w/ B. Pryor re trial strategy | DGB | NC (1.50) |
| 6/20 | Conf. w/ B. Pryor re trial logistics and planning; email M. Gilliam re obtaining pretrial conference transcript; email P. McKeeby re depositions; conf. w/ M. Gilliam re witness importance; email M. Gilliam re deposition video logistics; prepare proposed email to opposing counsel re witness issues; email exchange w/ M. Gilliam and B. Pryor re same; email opposing counsel re same; email M. Gilliam re subpoena issues; conf. w/ M. Gilliam re same; email court reporter re videographer needed | MDH | 3.20 |
| 6/20 | Prepare trial and depo subpoena chart; email M. Hill re same | PL2 | .30 |
| 6/21 | Numerous emails and calls re witness issues; review file and emails re the same; review trial exhibits and depositions; general trial and deposition preparation | BGP | 5.50 |
| 6/21 | Email exchange w/ B. Pryor and M. Gilliam re union's extension filing; emails to court reporter re additional deposition scheduled; email B. Pryor and M. Gilliam re deadline to respond to union's motion in limine; review and comment on deposition notices; email M. Gilliam re flight attendant schedule; prepare proposed email to P. McKeeby re deposition issues; conf. w/ M. Gilliam re same; prepare proposed email to P. McKeeby re trial witness scheduling; follow-up email to M. Gilliam re deposition issues; conf. w/ P. McKeeby re deposition issues; email B. Pryor and M. Gilliam re same; email P. McKeeby re same; prepare email to E. Cloutman re witness issues | MDH | 6.40 |

6

| DATE | DESCRIPTION | ATTY | TIME |
|---|---|---|---|
| 6/21 | Review deposition and trial exhibits and update chart with correlating exhibits | PL | 1.10 |
| 6/21 | Begin Trial and Deposition Exhibit Correlation chart; email M. Hill re same; conf. w/ J. Lair re same; email M. Hill re deposition notices; prepare deposition notices; email M. Hill re same; prepare deposition subpoena; email M. Hill re same | PL2 | 2.80 |
| 6/22 | Review documents and depositions in preparation for trial and deposition of Lacore; emails w/M. Gilliam re the same; additional emails and confs. re witness issues; general trial preparation; review limine rulings; review deposition notices; emails re the same; research re evidentiary objections; conf. w/D. Bruce re strategy | BGP | 9.70 |
| 6/22 | Consult w/ B. Pryor re trial strategy | DGB | NC (.30) |
| 6/22 | Prepare for deposition of L. Rutherford; review and comment on proposed email to union re witness issues; email paralegal re subpoena form for depositions; revise deposition notices; email opposing counsel re deposition notices; email M. Gilliam re searchable trial exhibits; conf. w/ M. Gilliam re deposition logistics; email P. McKeeby re same; email court reporter re protective order; email M. Gilliam re signed copies of same; review subpoenas and witness fee calculations; email M. Gilliam re subpoena status; review court's amended order re motions in limine; email M. Gilliam re same; email court reporter re serving Talburt | MDH | 8.30 |
| 6/22 | Review deposition and trial exhibits and update chart with correlating exhibits | PL | 3.20 |
| 6/22 | Search deposition word indexes for S. Lacore; prepare deposition notices; email M. Hill re same; finalize same; continue trial and deposition exhibit chart; prepare trial subpoenas; email M. Hill re same; finalize same; email process server re subpoenas | PL2 | 4.50 |
| 6/23 | Trial preparation and preparation for Lacore deposition; review documents, emails and confs. re the same | BGP | 7.40 |
| 6/23 | Consult w/ B. Pryor re trial strategy | DGB | NC (.30) |
| 6/23 | Email M. Gilliam re Stone subpoena waiver issues; additional preparation for Rutherford deposition; email opposing counsel re exhibits for Rutherford deposition; take deposition of L. Rutherford; confs. w/ M. Gilliam re same; email court reporter re timing of transcript; email M. Gilliam re same; email exchange w/ B. Pryor re Lacore exhibits; conf. w/ B. Pryor re Lacore deposition strategy; research re conferences at deposition breaks; email B. | MDH | 7.30 |

7

| DATE | DESCRIPTION | ATTY | TIME |
|------|-------------|------|------|
| | Pryor re findings on same; review Southwest's motion to quash subpoenas | | |
| 6/23 | Prepare trial subpoena for A. Stone; email M. Hill re same; revise Lacore depo prep notes; email B. Pryor re same; continue trial and deposition exhibit chart; review brief re app cites and trial exhibits | PL2 | 3.70 |
| 6/24 | Review, organize and outline deposition exhibits re Lacore; teleconf. w/M. Gilliam re the same; Lacore deposition; confs. re trial exhibits and general status and strategy; general trial prep | BGP | 6.80 |
| 6/24 | Email M. Gilliam re Nevarez service status; review and comment on proposed email to P. McKeeby re Lacore availability for trial; email M. Gilliam re Stone subpoena to send for waiver of service; review Lacore trial subpoena; email M. Gilliam re same; research re court-imposed time limits; email B. Pryor and M. Gilliam re same; email B. Pryor re witness list; review depositions in preparation for trial | MDH | 6.40 |
| 6/24 | Draft trial subpoena for S. Lacore; email M. Hill re same; email process server re same; continue working on trial and depo exhibit chart; email B. Pryor and M. Hill re same; email M. Monk deposition exhibits; work on trial exhibit copies | PL2 | 3.10 |
| 6/25 | General trial preparation; emails and calls w/M. Hill and M. Gilliam re status and strategy; emails w/opposing counsel re S. Lacore; emails and review of pretrial transcript re representation re S. Lacore; review and revise draft response to Local 556 motion in limine; emails and calls re the same; review response to motion to quash and emails re the same | BGP | 4.20 |
| 6/25 | Email B. Pryor re Southwest's position at pretrial conference on Lacore availability; email B. Pryor re trial witness identities; revise response to Local 556's motion in limine; email M. Gilliam re same; email M. Gilliam re Nevarez affidavit of service; review and comment on response to motion to quash; identify authority re court's inherent power to compel witnesses to trial; email M. Gilliam re same | MDH | 3.80 |
| 6/26 | Review case law re trial time limits; review witness list re the same; review file re the same; draft Objection to Time Limits or, in the Alternative, Motion to Extend Time Limits; review and revise the same; draft affidavit re the same; emails re the same | BGP | 3.60 |

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

| DATE | DESCRIPTION | ATTY | TIME |
|---|---|---|---|
| 6/26 | Email B. Pryor re witnesses to be deposed; review and revise objection to time limits; email M. Gilliam re witness statuses; review materials in preparation for depositions of Conlon and Burdine | MDH | 4.10 |
| 6/27 | General trial preparation including review limine issues and rulings, outline 4th amended complaint facts, review rial exhibits and prepare notes and witness examination re the same, outline trial objects to limine issues denied, emails re punitive damage issues, outline C. Carter trial preparation issues | BGP | 7.70 |
| 6/27 | Consult w/ B. Pryor re trial strategy | DGB | NC (.20) |
| 6/27 | Email court reporter confirming depositions of Conlon and Burdine; download trial software and review operation; email B. Pryor re response to motion in limine; email B. Pryor and M. Gilliam re service status of Hudson; email M. Gilliam re exhibit question; email M. Gilliam re comments on response to motion to quash; confs. w/ M. Gilliam re deposition questions and trial strategy; email paralegal re information for Talburt service; email M. Gilliam re Stone subpoena issues; email process server emphasizing importance of timing in Talburt service; confs. w/ B. Pryor and M. Gilliam re trial strategy and witness assignments; follow-up emails re same; prepare for depositions of Conlon and Burdine | MDH | 8.70 |
| 6/27 | Update subpoena chart re status of service; email M. Hill re same; call process server re same; email process server re same | PL2 | .90 |
| 6/28 | Emails re probable and possible trial witnesses, assigning witnesses; status of subpoenas, Hudson deposition and order of witnesses; teleconf. w/M. Gilliam and M. Hill re the same; review trial exhibits re content and determination of use at trial with witnesses; emails re the same; emails re redacted information in certain exhibits; emails re additional trial exhibits; emails re Stone subpoena and witness fees; teleconf. re motion to enlarge time; conf. w/D. Bruce re trial strategy; emails re C. Carter preparation; review documents re Carter preparation; emails re trial objections to evidence and limine issues | BGP | 8.60 |
| 6/28 | Consult w/ B. Pryor re trial strategy | DGB | NC (.70) |
| 6/28 | Finish preparing for Conlon deposition; email exhibits to opposing counsel and court reporter; depose B. Conlon; confs. w/ M. Gilliam re same; email paralegal re Lacore subpoena; conf. w/ M. Gilliam re Cleburn deposition; email court reporter re exhibits and timing; conf. w/ B. Pryor and | MDH | 10.40 |

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

| DATE | DESCRIPTION | ATTY | TIME |
|------|-------------|------|------|
| | M. Gilliam re witness strategy; email B. Pryor and M. Gilliam re Stone waiver of service requirements; review and comment on proposed email re Hudson deposition cancellation and trial attendance; email M. Gilliam re language for email to opposing counsel re Conlon's deposition testimony being used at trial; update response to motion to quash with service statuses; email M. Gilliam re same; email court reporter re cancellation of Hudson deposition; email M. Gilliam proposed language re confirmation on Stone attendance; prepare for deposition of N. Cleburn; review and comment on proposed email to opposing counsel on witness issues | | |
| 6/28 | Assemble additional copy of trial exhibits | PL | 1.40 |
| 6/28 | Update subpoena chart re status of service; email M. Hill re same | PL2 | .60 |
| 6/29 | Digest C. Carter deposition; review exhibits re the same; general trial preparation; review supplemental exhibits and emails re the same; emails w/opposing counsel re witness issues; review order from Court re the same; review and revise status report; emails re the same; review and revise motion to enlarge time; emails re the same; review affidavit re the same | BGP | 9.30 |
| 6/29 | Email paralegal re additional exhibits; email M. Gilliam re deposition invoices; final preparation for Cleburn deposition; depose N. Cleburn; email court reporter re exhibits and delivery; conf. w/ M. Gilliam re deposition; conf. w/ B. Pryor re deposition highlights; review and comment on objection to time limits and affidavit re same; prepare chart for joint status report; email M. Gilliam and B. Pryor re same; email P. McKeeby re same; conf. w/ K. Frye re scheduling courtroom technology test; work on joint status report ordered by court on witness issues; email B. Pryor and M. Gilliam re same; email paralegal re same; email P. McKeeby re same; confs. and emails w/ opposing counsel re finalizing joint status report; finalize same for filing; prepare deposition designations for L. Rutherford | MDH | 10.60 |
| 6/29 | Work on additional trial exhibits; update subpoena chart; email M. Hill re same; prepare appendix re joint status report; email M. Hill re same; review and revise joint status report; conf. w/ M. Hill re same; assemble exhibits re appendix; finalize same; file same | PL2 | 4.20 |
| 6/30 | Emails re deposition designations; prepare for C. Carter trial preparation; conf. w/C. Carter and M. Gilliam re the same; review and digest A. Stone deposition; review | BGP | 9.60 |

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

| DATE | DESCRIPTION | ATTY | TIME |
|---|---|---|---|
| | exhibits re the same; review and revise motion to enlarge and affidavit re the same; confs. re the same; emails re additional trial exhibits; confs. re the same; review court order re witnesses; confs. and emails re the same; confs. w/M. Hill and M. Gilliam re status and strategy; confs. re determining trial witnesses, order of the same and time allocations | | |
| 6/30 | Review and comment on deposition designation filings; email paralegal re Rutherford designations; email M. Gilliam re same; email video sync firm re protective order acknowledgement; additional revisions to motion to extend time limits; confs. w/ M. Gilliam and B. Pryor re same; confs. w/ M. Gilliam and B. Pryor re trial strategy and witnesses; conf. w/ C. Carter re trial; prepare designations for Conlon and Cleburn depositions; email M. Gilliam re same; email opposing counsel re motion regarding time limits; email opposing counsel re protective order issues; email opposing counsel re exhibit issue; additional revisions to motion re time limits and affidavit; email opposing counsel in response to order on witnesses; email video sync company re file format for transcripts; additional conf. w/ M. Gilliam and B. Pryor re witness strategy and timing; email videographer re status of deposition videos; review errata sheets from Rutherford and Lacore; email M. Gilliam re same; review and comment on motion for leave to submit exhibits; email exchange w/ M. Gilliam re same; review and comment on deposition designations for Conlon and Cleburn; email M. Gilliam re same | MDH | 9.40 |
| 6/30 | Prepare supplemental deposition designations; review designations for Cleburn and Conlon | PL | .60 |
| 6/30 | Review designations to add L. Rutherford depo designations; email M. Hill re same; add B. Conlon designations; email J. Lair re same; update subpoena chart; email M. Hill re same | PL2 | 1.00 |

11

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

**ATTORNEY/PARALEGAL HOURS/FEES**

| ATTY | Hours | Rate | Total |
|---|---|---|---|
| BGP | 153.70 | $495.00 | $76,081.50 |
| DGB | 4.50 NC | $495.00 | $0 ($2,227.50 NC) |
| MDH | 163.60 | $395.00 | $64,622.00 |
| Paralegal | 11.00 | $160.00 | $1,760.00 |
| Paralegal 2 | 25.70 | $110.00 | $2,827.00 |
| *Total Attorney/Paralegal Fees*: | | | **$145,290.50** |

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

**EXPENSES:**

| Description | Qty. | Amt. | Total |
|---|---|---|---|
| Copies | 14,890 | .15 | $2,233.50 |
| Pacer | | | $19.60 |
| Parking | | | $30.00 |
| Professional Civil Process Witness Fees | | | $3,782.60 |
| Express Litigation Services (c/o Paulo McKeeby: Barnett, Cleburn, Conlon, Emlet, Gutierrez, Hudson, Jones, Lacore, Nevarez, Parker, Parrott, Schneider,  Shaffer, Talbut,  Sims) | | | $1,452.25 |
| Express Litigation Services (Gutierrez) | | | $166.24 |
| Express Litigation Services (Hudson) | | | $395.37 |
| Express Litigation Services (c/o Edward Cloutman: Nevarez and Parker) | | | $185.08 |
| Express Litigation Services (c/o Adam Greenfield: Nevarez and Parker) | | | $237.12 |
| Express Litigation Services (Shaffer) | | | $194.44 |
| Professional Civil Process (Parker and Nevarez) | | | $364.00 |
| Mileage | 60 | .29 | $17.40 |
| **Total Expenses:** | | | **$9,077.60** |
| **Copy Expense Discount:** | | | **($744.50)** |
| **TOTAL EXPENSES DUE:** | | | **$8,333.10** |

### DUE THIS INVOICE:          $153,623.60

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

# PRYOR & BRUCE

Attorneys at Law

302 N. San Jacinto
Rockwall, Texas 75087

———

Telephone (972) 771-3933
Fax (972) 771-8343
E-mail *dbruce@pryorandbruce.com*
*www.pryorandbruce.com*

August 2, 2022

Invoice: 002

**_VIA ELECTRONIC TRANSMISSION_**

Charlene Carter
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160

Re:    *Charlene Carter v. Southwest Airlines Co., and Transport Workers Union of America, Local 556*

| DATE | DESCRIPTION | ATTY | TIME |
|------|-------------|------|------|
| 7/1 | Review pleading re after-acquired evidence defense; emails re the same; prepare for C. Carter trial preparation session; conf. w/M. Gilliam and C. Carter re the same; review Burdine related documents; emails and confs. re press inquiries; review court second amended order on motions in limine; confs. and emails re the same; consider and outline evidence re the same; emails re communication w/Court re efforts to obtain Talburt deposition; review email from opposing counsel re Parker, Nevarez and Talburt subpoena issues; emails re the same; review draft status report re the same; emails w/opposing counsel re depositions; review latest court order re witness subpoenas and depositions; emails and confs. re the same; review Court order re late added exhibits; review deposition designations; review exhibits and prepare for examination of witnesses at trial | BGP | 9.00 |
| 7/1 | Review pleadings re after-acquired evidence; email M. Gilliam and B. Pryor re same; email process server re service of Talburt; meet w/ K. Frye at courthouse to test video setup for trial; email exchange w/ R. Jones re synching deposition videos; review and comment on proposed email to opposing counsel re Parker, Talburt, and Nevarez depositions; review and revise status report on | MDH | 8.60 |

1

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

| DATE | DESCRIPTION | ATTY | TIME |
|------|-------------|------|------|
|  | witnesses; review and approve deposition subpoenas of Talburt and Nevarez; set up synched transcripts in presentation software; set up exhibits re same; prepare draft email to P. McKeeby re witness status; prepare email to process server re Talburt; revise deposition notices to Talburt and Nevarez; prepare additional draft email to P. McKeeby re deposition issues; email process server re Nevarez; email court reporter/videographer re noticed depositions; conf. w/ process server re Nevarez; prepare draft designations for Burdine |  |  |
| 7/1 | Travel to and from courthouse | MDH | NC (1.00) |
| 7/1 | Email process server re status; call process server re same; conf. w/ M. Gilliam re same; update subpoena chart; prepare draft deposition subpoenas for Talburt and Nevarez; email M. Hill re same; prepare deposition notices for Talburt and Nevarez; email M. Hill re same; call process servers re pricing and availability; conf. w/ M. Hill re same; email process server re Brian Talburt; email M. Hill re process server for Brett Nevarez; prepare juror chart; email to M. Hill re same; revise deposition notices for Talburt and Nevarez; review pleadings on docket | PL2 | 2.70 |
| 7/2 | Prepare witness notebooks for S. Lacore, B. Talburt and N. Hudson; review C. Carter deposition; emails re witness depositions; emails and confs. re B. Talburt deposition; review documents re Talburt deposition; Talburt deposition preparation; review exhibits and prepare for examination of witnesses at trial; emails re time limits on Talburt deposition | BGP | 8.40 |
| 7/2 | Prepare for examination of B. Nevarez; emails to P. McKeeby re depositions of Talburt and Nevarez; prepare presentation software for presentation of exhibits and videos; review and comment on juror diagram; revise juror chart; select portions of Conlon deposition to designate; email Burdine questioning clip to B. Pryor for use with Schneider; review documents sent by C. Carter; conf. w/ P. McKeeby re Talburt deposition; follow-up email re same; conferences w/ M. Gilliam and B. Pryor re trial preparation; email court reporters re deposition scheduling; work on witness order and strategy; prepare new subpoena for B. Talburt; confs. w/ process server re serving Talburt; prepare draft email to E. Cloutman re deposition of Talburt; follow-up email to court reporters with update; email exchange w/ P. McKeeby re deposition scheduling | MDH | 9.40 |

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

| DATE | DESCRIPTION | ATTY | TIME |
|---|---|---|---|
| 7/2 | Update B. Pryor's exhibit notebooks with added exhibits; update exhibit folders and C. Carter's exhibit binders with added exhibits; trial preparation | PL2 | 5.10 |
| 7/3 | Finalize preparation for Talburt deposition; prepare for Stone trial examination; review trial exhibits and highlight questions and related witnesses; review M. Gilliam notes re Talburt deposition; Talburt deposition' trial preparation | BGP | 12.20 |
| 7/3 | Email P. McKeeby re Talburt deposition scheduling; email court reporters updating re same; continue preparing for deposition of B. Nevarez; identify exhibits for same; analysis of potential additional exhibits; email P. McKeeby re deposition; prepare exhibits for trial; confs. w/ B. Pryor and M. Gilliam re trial strategy; email opposing counsel re Talburt exhibits | MDH | 9.20 |
| 7/3 | Trial preparation including updating update trial exhibits; review pretrial transcript and prepare notes re procedures to follow during trial | PL | 5.00 |
| 7/4 | Prepare opening and voir dire; continue review of trial exhibits and highlight questions and related witnesses; conf. w/M. Hill, M. Gilliam, and C. Carter re opening | BGP | 11.80 |
| 7/4 | Additional preparation for Nevarez deposition; finalize jury charts; email M. Gilliam re same; attend non-appearance by B. Nevarez at deposition; comment on proposed opening from B. Pryor; strategy re witness order and trial presentation; prepare for examination of J. Parrott; prepare for examination of M. Sims; email M. Gilliam re potential justifications for sanctions on defendants re depositions; prepare for trial | MDH | 10.80 |
| 7/4 | Trial preparation including updating update trial exhibits; review pretrial transcript and prepare notes re procedures to follow during trial | PL | 4.50 |
| 7/5 | Additional preparation for opening and voir dire; prepare final anticipated witness list, order of witnesses and time allotments; review emails and court rulings re voir dire questions; conf, at trial w/court re voir dire issues and general trial matters; voir dire; hearing before court on strikes for cause; confs. re exercising peremptory challenges; hearing before court on trial matters; conf w/M. Hill and M. Gilliam re status and strategy | BGP | 9.30 |
| 7/5 | Travel to and from Court | BGP | NC (1.00) |
| 7/5 | Teleconf. w/B. Pryor re strategy re jury selection and opening | DGB | NC (.60) |
| 7/5 | Review and comment re motion for compliance with court order; conf. w/ M. Gilliam re same; email exchange w/ M. | MDH | 10.60 |

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

| DATE | DESCRIPTION | ATTY | TIME |
|---|---|---|---|
| | Gilliam re daily transcripts; review and comment on proposed order on failure to appear; email OnCue re issues displaying exhibits; email B. Pryor re objections to make at trial; notes re preparation for voir dire; attend voir dire; prepare proposed exhibit email for court; prepare unredacted exhibits; prepare designations for J. Parker; preparations for potential witness examinations | | |
| 7/5 | Travel to and from Court | MDH | NC (.80) |
| 7/5 | Email M. Hill indexes of trial boxes | PL2 | .10 |
| 7/6 | Prepare for opening and Stone examination; conf. w/court re trial matters; trial including opening and Stone examination; post trial confs w/court; conf w/M. Hill and M. Gilliam re status and strategy | BGP | 10.60 |
| 7/6 | Travel to and from Court | BGP | NC (1.00) |
| 7/6 | Teleconf. w/OPC's paralegal re exhibit list; email w/M. Hill re same; conf. w/C. Garcia re same; teleconf. w/B. Pryor re strategy re witness examination | DGB | NC (.50) |
| 7/6 | Attend trial; email S. Rhea re exhibit list; email OnCue re support for presentation software; email M. Gilliam re designation objections; prepare responses to objections re Parrott and Rutherford designations | MDH | 11.40 |
| 7/6 | Travel to and from Court | MDH | NC (.80) |
| 7/6 | Call w/ S. Rhea re exhibit list; revise joint exhibit list; email M. Hill re same; file amended exhibit list; email M. Hill re same; review video duration times; email M. Hill re same; update subpoena chart | PL2 | .60 |
| 7/7 | Prepare for additional Stone examination and prepare for Schneider examination; prepare argument for additional jury time; conf w/court re trial matters including request for additional jury time; trial including examination of Stone and Schneider; post trial confs. w/court; conf w/M. Hill and M. Gilliam re status and strategy; preparation for additional Schneider examination and Carter examination | BGP | 13.40 |
| 7/7 | Travel to and from Court | BGP | NC (1.00) |
| 7/7 | Teleconf. w/B. Pryor re upcoming Carter examination | DGB | NC (.60) |
| 7/7 | Revisions to responses to objections to Parrott and Rutherford designations; email S. Silver re Exhibit 21; attend trial; email paralegals re redactions; revise Talburt designations to cut time; edit video re same; email paralegals re serving Nevarez; email opposing counsel re service of Nevarez; conf. w/ process server re same; email process server re revisions to declaration; prepare proposed declaration re same; email K. Willis re Talburt designations; email M. Gilliam re status of same | MDH | 11.30 |

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

| DATE | DESCRIPTION | ATTY | TIME |
|---|---|---|---|
| 7/7 | Travel to and from Court | MDH | NC (.80) |
| 7/7 | Redactions to trial exhibits and marking as trial exhibits | PL | .80 |
| 7/7 | Prepare revised draft deposition subpoena for Brett Nevarez; call New Mexico process server; email M. Hill re same; call Dona Ana Process Servers re service on Brett Nevarez; email M. Hill re same; email Dona Ana process server and M. Hill re Brett Nevarez service; review exhibit list to check if Exhibit 21-a was added twice; email M. Hill re same | PL2 | 1.50 |
| 7/8 | Trial preparation; conf. w/court re trial matters; trial including examination of Schneider and Carter; conf. w/court re post trial matters; conf w/M. Hill and M. Gilliam re status and strategy | BGP | 9.80 |
| 7/8 | Travel to and from Court | BGP | NC (1.00) |
| 7/8 | Email exchange w/ M. Gilliam re process server declaration; prepare Zoom link for Nevarez deposition; email court reporters and opposing counsel re same; attend trial; prepare for Nevarez deposition; take Nevarez deposition; confs. w/ B. Pryor and M. Gilliam re same; email videographer re same; email B. Pryor and M. Gilliam re excusing Parrott and Shaffer; email M. Gilliam re notifying court on Nevarez deposition; email court re same | MDH | 11.60 |
| 7/8 | Travel to and from Court | MDH | NC (.80) |
| 7/9 | Status email re invoking the rule issues, objecting to cyber bullying exhibit, future use of time, February 2017 RFB exhibit, Nevarez deposition, C. Carter testimony, potential Sim testimony, and directed verdict issues; emails re the same; review documents and emails re designation of workplace bullying policy; review court draft jury questions; review Local 556 brief re directed verdict issues; review SW brief re directed verdict issues; review C. Carter brief re directed verdict; review Nevarez designations | BGP | 4.50 |
| 7/9 | Email answers to trial strategy questions from B. Pryor; review and comment on draft trial brief; conf. w/ M. Gilliam re same; email potential authority for use in same to M. Gilliam; email R. Jones re synching Nevarez transcript; review and revise trial brief; email M. Gilliam re same; prepare designations for B. Nevarez; prepare video re same | MDH | 5.60 |
| 7/10 | Review notes re C. Carter direct examination and prepare for conclusion of the same; review documents re C. Carter damages; prepare examination re the same; prepare for opposition to late added exhibit re cyber bullying; review documents re the same; emails re damage issues; review | BGP | 5.60 |

5

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

| DATE | DESCRIPTION | ATTY | TIME |
|---|---|---|---|
| | directed verdict notes; organize Carter deposition re doctrine of optional completion on anticipated cross examination topics | | |
| 7/10 | Teleconf. w/B. Pryor re trial strategy and case theories | DGB | NC (.30) |
| 7/10 | Email M. Gilliam re Nevarez designations; email B. Pryor re C. Carter direct strategy; review and comment on jury charge trial brief; identify exhibits to object to; review and comment on draft objections; email S. Silver re Exhibit 147 | MDH | 4.20 |
| 7/11 | Additional preparation for C. Carter cross examination; prepare for informal charge conference; review draft instructions and questions re the same; informal charge conference; pretrial matters; trial including conclusion of C. Carter examination, resting C. Carter case, SW witnesses and post-trial issues; prepare for cross examination of Schneider and initial preparation for closing | BGP | 12.60 |
| 7/11 | Travel to and from Court | BGP | NC (1.00) |
| 7/11 | Identify objections to deposition counter-designations by Southwest; prepare draft objections; email M. Gilliam re same; attend trial; email opposing counsel re redacted exhibits; email B. Pryor re Schneider transcripts; review and comment on potential objections; email K. Frye re redacted exhibits; email B. Pryor and M. Gilliam re accommodation language; prepare exhibit re net worth; email B. Pryor re strategy re same | MDH | 11.20 |
| 7/11 | Travel to and from Court | MDH | NC (.80) |
| 7/11 | Additional redactions for Court; email exchange w/ M. Hill; determine exhibit correlation; revise exhibits; email M. Hill re same | PL2 | 1.60 |
| 7/12 | Emails and confs re damage issues; review daily trial transcripts re witness examination and closing preparation; review court draft jury charge; trial including cross examination of SW witnesses and C. Carter; review trial exhibits re preparation for demonstrative evidence during closing; conf w/M. Gilliam and M. Hill; charge conference; prepare for closing argument; teleconfs re the same | BGP | 14.60 |
| 7/12 | Travel to and from Court | BGP | NC (1.00) |
| 7/12 | Attend trial; analysis of court's jury charge; conf. w/ B. Pryor re closing; prepare materials re same; email B. Pryor re strategy for union punitive damage argument; work on preparing exhibits and testimony for closing; email B. Pryor re outline re same | MDH | 16.80 |
| 7/12 | Travel to and from Court | MDH | NC (.80) |
| 7/12 | Assemble admitted trial exhibits for jury; update index re same | PL | 2.10 |

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

| DATE | DESCRIPTION | ATTY | TIME |
|------|-------------|------|------|
| 7/12 | Assemble admitted exhibits notebooks | PL2 | 1.20 |
| 7/13 | Prepare for closing; emails and confs. re the same; pretrial conf. issues; trial including closing | BGP | 10.30 |
| 7/13 | Travel to and from Court | BGP | NC (1.00) |
| 7/13 | Work on identifying additional testimony for closing; prepare highlights re same; prepare exhibits re same; attend trial; strategy re jury question | MDH | 6.10 |
| 7/13 | Travel to and from court; wait for jury verdict | MDH | NC (3.80) |
| 7/13 | Update admitted trial exhibits index with additional admitted exhibits; email re same | PL | .30 |
| 7/13 | Revise admitted trial exhibits index; email M. Hill re same; conf. w/ M. Hill re admitted trial exhibits index; revise same; email M. Hill re same; call w/ courier re box of admitted trial exhibits to court | PL2 | .80 |
| 7/14 | Travel to courthouse; await jury verdict; hearing re jury verdict; conf. w/client | BGP | NC (4.80) |
| 7/14 | Strategy re jury questions; analysis of verdict; wrap up trial and remove documents from courtroom | MDH | 1.60 |
| 7/14 | Wait for jury verdict; travel to and from Court | MDH | NC (7.30) |
| 7/15 | Emails re press inquiries; emails re status and strategy; review press reporting re Southwest and Union statements; emails and teleconf w/M. Gilliam re contact w/jurors | BGP | .40 |
| 7/15 | Email M. Gilliam and B. Pryor re media strategy; email M. Gilliam re Rule 50 timing | MDH | .20 |
| 7/16 | Analysis re post-verdict motions; email findings to M. Gilliam | MDH | 1.70 |
| 7/18 | Review press reports; calls and confs re the same; interview juror; confs w/M. Gilliam re status and strategy | BGP | NC (3.30) |
| 7/18 | Search and email M. Hill re sample of motion for fees | PL2 | .60 |
| 7/19 | Prepare prejudgment interest calculation; locate cases re calculation of same; email M. Gilliam re same | MDH | .60 |
| 7/20 | Email M. Gilliam re confidentiality of trial transcripts | MDH | .10 |
| 7/24 | Begin review of motion for judgment; email M. Gilliam re same | MDH | 1.10 |
| 7/25 | Review cases re damage caps on union; email exchange w/ M. Gilliam re same; review and comment on motion for judgment; review and comment on affidavit in support of same; revise prejudgment interest calculation spreadsheet; emails to B. Pryor and M. Gilliam re same | MDH | 2.30 |
| 7/26 | Review revised motion for judgment; confs. w/ M. Gilliam re same; emails w/ M. Gilliam re same; | MDH | 1.30 |
| 7/27 | Review court's order to determine deadline for potential reply re sanctions; email M. Gilliam re same | MDH | .10 |

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

## ATTORNEY/PARALEGAL HOURS/FEES

| ATTY | Hours | Rate | Total |
|---|---|---|---|
| BGP | 132.50 (15.10 NC) | $495.00 | $65,587.50 ($7,474.50 NC) |
| DGB | 2.00 NC | $495.00 | $0 ($990.00 NC) |
| MDH | 135.80 (16.90 NC) | $395.00 | $53,641.00 ($6,675.50 NC) |
| Paralegal | 12.70 | $160.00 | $2,032.00 |
| Paralegal 2 | 14.20 | $110.00 | $1,562.00 |
| | *Total Attorney/Paralegal Fees:* | | **$122,822.50** |

## EXPENSES:

| Description | Qty. | Amt. | Total |
|---|---|---|---|
| Copies | 1,647 | .15 | $247.05 |
| Pacer | | | $1.70 |
| Parking | | | $312.70 |
| OnCue Technology Support | | | $86.40 |
| Express Litigation Services (Burdine) | | | $105.00 |
| Express Litigation Services (Barnett) | | | $164.94 |
| Express Litigation Services (Lacore) | | | $211.36 |
| Express Litigation Services (Parrott) | | | $152.20 |
| Dona Ana Servers (Nevarez) | | | $146.22 |
| North Texas Legal Video (Lacore, Conlon, Cleburn, Nevarez 07/08/22) | | | $1,609.00 |
| Valleywide Process Service (Talburt) | | | $1,240.00 |
| MetroOne Courier | | | $104.83 |
| Staples | | | $22.03 |
| Mileage | 317 | .29 | $91.93 |
| **Total Expenses:** | | | **$4,495.36** |
| **Express Litigation Services Credit:** | | | **($90.83)** |
| **Professional Civil Process Credit:** | | | **($1,741.16)** |
| **TOTAL EXPENSES DUE:** | | | **$2,663.37** |

8

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

**PAST DUE (JULY 1, 2022):** **$153,623.60**
**DUE THIS INVOICE:** **$125,485.87**

**TOTAL DUE:** **$279,109.47**

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

# PRYOR & BRUCE

Attorneys at Law

302 N. San Jacinto
Rockwall, Texas 75087

———

Telephone (972) 771-3933
Fax (972) 771-8343
E-mail *dbruce@pryorandbruce.com*
*www.pryorandbruce.com*

September 3, 2022

Invoice: 003

<u>*VIA ELECTRONIC TRANSMISSION*</u>

Charlene Carter
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160

Re:   *Charlene Carter v. Southwest Airlines Co., and Transport Workers Union of America, Local 556*

| DATE | DESCRIPTION | ATTY | TIME |
|------|-------------|------|------|
| 8/2 | Conf. w/ M. Gilliam re judgment issues; email M. Gilliam re article and case re same; locate and email M. Gilliam unredacted documents | MDH | .60 |
| 8/3 | Conf. w/ M. Gilliam re invoices; email M. Gilliam re same | MDH | NC (.30) |
| 8/3 | Conf. w/ M. Gilliam re RLA punitive damages issue | MDH | .60 |
| 8/5 | Review Local 556 correspondence to SWA re Lacore; emails and calls re the same | BGP | NC (.40) |
| 8/8 | Review and comment on reply in support of motion for sanctions; email M. Gilliam re same | MDH | .80 |
| 8/9 | Review Hill declaration re sanction; review reply re non-compliance; emails re the same | BGP | NC (.40) |
| 8/9 | Conf. w/ M. Gilliam re reply in support of motion for sanctions; additional comments on same; review and comment on Hill Declaration re same; review Southwest's response to motion for entry of judgment; review union's response re same | MDH | .80 |
| 8/10 | Review SW response to Motion for Entry of Judgment; review B. Morris affidavit; emails re the same; emails re press inquiries | BGP | NC (.40) |
| 8/11 | Conf. w/ M. Gilliam re issues in reply in support of motion for judgment | MDH | .30 |
| 8/12 | Email re comments to SW motion re entry of judgment | BGP | NC (.20) |

1

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

| DATE | DESCRIPTION | ATTY | TIME |
|------|-------------|------|------|
| 8/15 | Review reply to SW response to motion for entry of judgment; email comments to M. Hill re the same | BGP | NC (.40) |
| 8/15 | Review draft reply in support of motion for judgment re Southwest; email M. Gilliam re same | MDH | .30 |
| 8/16 | Review and comment on Local 556 response to motion for judgment; emails re the same | BGP | NC (.50) |
| 8/16 | Comment on draft reply in support of motion for judgment re Southwest; comment on same re union; additions to draft reply in support of judgment to address Scudero case; conferences w/ M. Gilliam re briefs | MDH | 4.80 |
| 8/31 | Email M. Gilliam re attorney fee affidavit sample | MDH | .20 |

**ATTORNEY/PARALEGAL HOURS/FEES**

| ATTY | Hours | Rate | Total |
|------|-------|------|-------|
| BGP | (2.30 NC) | $495.00 | ($1,138.50 NC) |
| DGB | NA | $495.00 | $0 |
| MDH | 8.40 (.30 NC) | $395.00 | $3,318.00 ($118.50 NC) |
| Paralegal | NA | $160.00 | $0 |
| Paralegal 2 | NA | $110.00 | $0 |
| *Total Attorney/Paralegal Fees:* | | | **$3,318.00** |

**EXPENSES:**

NA


**TOTAL DUE:**                    **$3,318.00**

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

# PRYOR & BRUCE

Attorneys at Law

302 N. San Jacinto
Rockwall, Texas 75087

———

Telephone (972) 771-3933
Fax (972) 771-8343
E-mail *dbruce@pryorandbruce.com*
*www.pryorandbruce.com*

December 3, 2022

Invoice: 004

***VIA ELECTRONIC TRANSMISSION***

Charlene Carter
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160

Re:   *Charlene Carter v. Southwest Airlines Co., and Transport Workers Union of America, Local 556*

| DATE | DESCRIPTION | ATTY | TIME |
|------|-------------|------|------|
| 11/11 | Review court order re calculation of prejudgment interests; emails re the same | BGP | .20 |
| 11/11 | Review order re prejudgment interest; email M. Gilliam re interest calculation logistics; conf. w/ M. Gilliam re same; prepare spreadsheet re same | MDH | .90 |
| 11/13 | Initial review of brief and chart re prejudgment interest | MDH | .20 |
| 11/14 | Review supplemental brief re calculation of prejudgment interest; emails re the same | BGP | .20 |
| 11/14 | Review and comment on prejudgment interest brief and calculation; email M. Gilliam re same; conf. w/ M. Gilliam re same; final review and comments on brief | MDH | 2.30 |
| 11/16 | Review Union brief re pre-judgment interest; emails re the same; review Court's order re award of sanctions; prepare emails to M. Hill re matters for inclusion | BGP | .70 |
| 11/16 | Email M. Gilliam re advisability of motion to strike late-filed brief; review Court's order re award of sanctions | MDH | .30 |
| 11/17 | Review and comment on draft submission on Nevarez; emails to M. Hill re same | BGP | .30 |
| 11/17 | Review and revise draft submission on Nevarez fees from M. Gilliam; review invoices to identify time to include; research to locate additional cases for inclusion in submission; review and comment on proposed addition from B. Pryor; confs. w/ M. Gilliam re submission | MDH | 5.10 |

1

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

| DATE | DESCRIPTION | ATTY | TIME |
|---|---|---|---|
| 11/18 | Email M. Hill re additional thoughts on Nevarez fee submission; review and approve declaration of B. Pryor re fees and expenses; additional review and comment re fee submission; confs. w/ M. Hill re same | BGP | .60 |
| 11/18 | Further revisions to submission re Nevarez; confs. w/ M. Gilliam re same | MDH | 4.60 |
| 11/18 | Review August invoice for expenses related to Nevarez; email M. Hill re same; conf. w/ M. Hill re same; review expense chart re additional Nevarez charges; email M. Hill re same | PL2 | .30 |
| 11/21 | Email B. Pryor re bill of costs filing correction by court | MDH | .10 |
| 11/22 | Review Southwest and Union objections to bill of costs; emails re the same | BGP | .30 |
| 11/22 | Review Southwest's objection re sanctions; email M. Gilliam key argument points re same | MDH | .30 |
| 11/25 | Review reply brief re bill of costs | BGP | .10 |
| 11/25 | Review, revise, and comment on reply brief re sanctions; email M. Gilliam same; confs. w/ M. Gilliam re same; email M. Gilliam re local rule issue; final review and comments on reply brief | MDH | 2.70 |

## ATTORNEY/PARALEGAL HOURS/FEES

| ATTY | Hours | Rate | Total |
|---|---|---|---|
| BGP | 2.40 | $495.00 | $1,188.00 |
| DGB | NA | $495.00 | $0 |
| MDH | 16.50 | $395.00 | $6,517.50 |
| Paralegal | NA | $160.00 | $0 |
| Paralegal 2 | .30 | $110.00 | $33.00 |
| *Total Attorney/Paralegal Fees:* | | | **$7,738.50** |

## EXPENSES:

NA

**TOTAL DUE:**                    **$7,738.50**

2

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*