

# NATIONAL RIGHT TO WORK LEGAL DEFENSE FOUNDATION, INC.
### 8001 BRADDOCK ROAD, SUITE 600, SPRINGFIELD, VIRGINIA 22160

---

**MATTHEW B. GILLIAM**  
*Staff Attorney*  
Admitted & Licensed in New York and West Virginia Only

Phone:  (703) 770-3339  
Fax:     (703) 321-9319  
Email:  mbg@nrtw.org

December 21, 2022

<u>*VIA Electronic Filing*</u>  
Honorable Judge Brantley Starr  
1100 Commerce Street, Room 1528  
Dallas, Texas 75242

      Re:    *Charlene Carter v. Transport Workers Union of America, Local 556 and Southwest Airlines Co.;* In the United States District Court Norther District of Texas Dallas Division; Civil Action No. 3:17-cv-2278-x

Dear Judge Starr:

One of the documents attached to the Declaration of Bobby G. Pryor in Support of Plaintiff Charlene Carter's Motion for Attorney's Fees, Costs, and Expenses (Doc. 378-3) contained a minor error that did not affect the tabulation of Pryor & Bruce fees or relief requested, but, to be transparent, we want to make the Court aware of the error. For the December 19, 2022 Pryor & Bruce invoice attached to Mr. Pryor's declaration (Doc. 378-3) at App.261-263, the summation of the fees for the invoice listed as "due this invoice" and "total due" (App.263) did not correctly carry forward the full amount of the "Total Attorney/Paralegal Fees" listed on the previous page (App.262). As such, Pryor and Bruce sent the attached replacement invoice to the National Right to Work Legal Defense Foundation, Inc. yesterday, and the foundation will pay the full amounts on that invoice. The error had no effect on the tabulation of Pryor & Bruce fees, and Mr. Pryor's declaration is accurate.

                                            Respectfully,

                                            /s/ Matthew B. Gilliam

                                            Matthew B. Gilliam