# PRYOR & BRUCE

Attorneys at Law
302 N. San Jacinto
Rockwall, Texas 75087

———

Telephone (972) 771-3933
Fax (972) 771-8343
E-mail *dbruce@pryorandbruce.com*
www.pryorandbruce.com

December 20, 2022

Invoice: 005-A

*<u>VIA ELECTRONIC TRANSMISSION</u>*

Charlene Carter
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160

Re:   *Charlene Carter v. Southwest Airlines Co., and Transport Workers Union of America, Local 556*

| DATE | DESCRIPTION | ATTY | TIME |
|------|-------------|------|------|
| 12/5 | Review order re sanctions; emails re the same; review order and opinion re judgment; emails re the same | BGP | .10 |
| 12/5 | Review and analysis of court's order on sanctions, opinion on judgment, and judgment | MDH | .70 |
| 12/12 | Emails and teleconfs. re issues relating to sanctions order and issues re SW potential appeal and bond | BGP | .30 |
| 12/12 | Conference w/ paralegal re expenses for inclusion in bill of costs; email M. Gilliam re same; email M. Gilliam information for attorney fee motion | MDH | .40 |
| 12/14 | Emails and teleconfs. re fee application issues and bond issues | BGP | .30 |
| 12/14 | Email M. Gilliam comments re supersedeas bond response to P. McKeeby; review rules and cases re same; email M. Gilliam re same | MDH | .80 |
| 12/15 | Review and revision of attorney fee motion | MDH | 3.70 |
| 12/15 | Review expense chart; review invoices and payments of same | PL2 | 2.30 |
| 12/16 | Review invoice and allocate time; email to M. Gilliam and M. Hill re issues relating to the same | BGP | 1.20 |
| 12/16 | Additional revision of attorney fee motion; confs. w/ B. Pryor and M. Gilliam re same; email revised motion to M. Gilliam; email M. Gilliam re authority for inclusion in fee petition; email and conf. w/ paralegal re updating bill of | MDH | 5.20 |

**1**

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

| DATE | DESCRIPTION | ATTY | TIME |
|---|---|---|---|
|  | costs; review and comment on motion and order re attorney fees |  |  |
| 12/16 | Continue reviewing expense chart; continue reviewing invoices and payments of same; email M. Hill re same; conf. w/ M. Hill re bill of costs; review bill of costs and expense chart | PL2 | 2.40 |
| 12/17 | Analysis of invoices for inclusion in attorney fee petition; confs. w/ M. Gilliam re same and arguments in attorney fee petition; emails w/ M. Gilliam re issues for attorney fee petition | MDH | 3.50 |
| 12/18 | Review and comment on proposed declarations of M. Gilliam, J. Winford, and B. Pryor re attorney fees; emails and confs. w/ M. Gilliam re strategic issues in attorney fee petition; email B. Pryor re same | MDH | 3.20 |
| 12/18 | Continue to review and revise bill of costs | PL2 | 1.60 |
| 12/19 | Continue to review and revise bill of costs; email M. Hill re same | PL2 | 3.50 |
| 12/19 | Confs. w/ M. Gilliam, B. Pryor, and C. Garcia re motion for attorneys' fees and bill of costs; revisions to same; research re items included in bill of costs and expenses | MDH | 6.10 |
| 12/19 | Review and revise motions re fees and costs; emails and confs. re the same; review exhibits to the same; review declaration and exhibits re the same | BGP | 3.20 |

**ATTORNEY/PARALEGAL HOURS/FEES**

| ATTY | Hours | Rate | Total |
|---|---|---|---|
| BGP | 5.10 | $495.00 | $2,524.50 |
| DGB | NA | $495.00 | $0 |
| MDH | 23.60 | $395.00 | $9,322.00 |
| Paralegal | NA | $160.00 | $0 |
| Paralegal 2 | 9.80 | $110.00 | $1,078.00 |
|  | *Total Attorney/Paralegal Fees*: | | **$12,924.50** |

**EXPENSES:**

| Description | Qty. | Amt. | Total |
|---|---|---|---|
| Copies | 11 | .15 | $1.65 |
| **Total Expenses:** | | | **$1.65** |

2

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

**PAST DUE (DEC. 2022):**     $ 7,738.50

**DUE THIS INVOICE:**     $12,926.15

**TOTAL DUE:**     $20,664.65

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*