UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>　　　　　　Defendants. | Civil Case No. 3:17-cv-02278-X<br><br>**PLAINTIFF CHARLENE CARTER'S APPENDIX IN SUPPORT OF HER MOTION AND INCORPORATED BRIEF TO FIND SOUTHWEST AIRLINES CO. IN CONTEMPT FOR VIOLATING THE COURT'S DECEMBER 5, 2022 ORDER AND FOR FURTHER RELIEF** |

**APPENDIX OF EXHIBITS**

1. Carter Counsel December 22, 2022 Letter to Southwest Counsel......................................1
2. Southwest "Recent Court Decision" Notice ...........................................................................6
3. Southwest Inflight Info on the Go ("IIOTG") Memo ...........................................................7
4. TWU Local 556 Notice regarding Court Decision ................................................................8
5. Declaration of Charlene Carter ................................................................................................9
6. Southwest Counsel December 28, 2022 Response Letter ..................................................11

Dated: December 30, 2022　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Matthew B. Gilliam
　　　　　　　　　　　　　　　　　Mathew B. Gilliam (*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　New York Bar No. 5005996
　　　　　　　　　　　　　　　　　*mbg@nrtw.org*
　　　　　　　　　　　　　　　　　c/o National Right to Work Legal Defense
　　　　　　　　　　　　　　　　　Foundation, Inc.
　　　　　　　　　　　　　　　　　8001 Braddock Road, Suite 600
　　　　　　　　　　　　　　　　　Springfield, Virginia 22160
　　　　　　　　　　　　　　　　　Tel: 703-321-8510

Fax: 703-321-9319

Bobby G. Pryor
State Bar No. 16373720
bpryor@pryorandbruce.com
Matthew D. Hill, Of Counsel
State Bar No. 24032296
mhill@pryorandbruce.com
PRYOR & BRUCE
302 N. San Jacinto
Rockwall, TX 75087
Telephone: (972) 771-3933
Facsimile: (972) 771-8343

*Attorneys for Plaintiff Charlene Carter*

2

**Certificate of Service**

I hereby certify that on December 30, 2022, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Matthew B. Gilliam