# EXHIBIT 4

**From:** TWU Local 556 <no-reply@twu556.org>
**Date:** December 20, 2022 at 2:39:44 PM CST
**To:** charlenecarter
**Subject: Legal Notice**
**Reply-To:** TWU Local 556 <no-reply@twu556.org>

 <style>#interactive:checked+#rebel .ie-
form{display:none!important}#interactive:checked+#rebel .ie-
formFallback{display:block!important}</style>

Web Version



On December 5, 2022, a federal court in Dallas, Texas, entered a judgment against Southwest Airlines and the TWU Local 556 in connection with a lawsuit alleging religious discrimination and interference with rights under the Railway Labor Act.

The court ordered TWU Local 556 to email the attached judgment and the jury's verdict. The court also ordered us to inform you that TWU Local 556, under Title VII, may not discriminate based on religious practices and beliefs, including—but not limited to—those expressed on social media and those concerning abortion.

Click here for judgement filed 12-05-2022
Click here for jury verdict filed 07-14-2022

---

  


---

*The views contained herein do not necessarily represent those of TWU Local 556 or TWU International. The purpose of this email communication is intended only to educate and inform TWU Local 556 Members. It is not intended to officially establish or clarify past practice, Contract language, or grievance/arbitration positions. It is therefore not to be utilized or relied upon by any person or party as evidence of the Union's position on any past practices, Contract language, grievances/arbitrations, or any other disputes or issues between TWU Local 556 and Southwest Airlines.*

Copyright © 2022 Transport Workers Union Local 556, All rights reserved.

This email was sent by: TWU Local 556
8787 N. Stemmons Fwy, Suite 600., Dallas, TX, 75247 US

Privacy Policy

Update Profile     Unsubscribe

**App.8**