# EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | Civil Case No. 3:17-cv-02278-X |

**DECLARATION OF CHARLENE CARTER**

I, Charlene Carter, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the plaintiff in the above-captioned lawsuit.

2. I am over the age of 21, of sound mind, and capable of making this declaration. The facts stated herein are true and correct and are within my personal knowledge.

3. On December 20, 2022, Southwest emailed me a message entitled "Recent Court Decision" addressed to all flight attendants. I have provided a true and correct copy of this email as Exhibit 2 to the Motion and Incorporated Brief to Find Southwest Airlines Co. in Contempt for Violating the Court's December 5, 2022 Order and For Further Relief ("the Motion").

4. On December 20, 2022, Southwest emailed me an "Inflight Info On The Go" ("IIOTG") Memo regarding the Court's December 5, 2022 Judgment and Order. Based on my knowledge and experience as a flight attendant, I know that IIOTG memos are emailed to all flight attendants and available for them to read on their company iPads. I have provided a true and correct copy of this message as Exhibit 3 to the Motion.

5.  On December 20, 2022, Transport Workers Union of America Local 556 emailed me a Legal Notice regarding the Court's December 5, 2022 Judgment. I have provided a true and correct copy of this email as Exhibit 4 to the Motion.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 30, 2022

*/s/ Charlene Carter*
CHARLENE CARTER