UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:17-CV-2278-X |
| TRANSPORT WORKERS UNION | § | |
| OF AMERICA, LOCAL 556, and | § | |
| SOUTHWEST AIRLINES CO., | § | |
| | § | |
| *Defendants.* | § | |

# ORDER

Southwest Airlines Co. ("Southwest") moves to stay execution of this Court's sanction order [Doc. Nos. 366, 373] and judgment [Doc. No. 375] pending appeal. [Doc. No. 381]. Specifically, Southwest asks the Court "[t]o suspend execution of the monetary portions of the Sanctions Order and Judgment," but "does not request . . . a stay[] in connection with the injunctive relief components of the Court's judgment."[1] In return, Southwest agrees to post a supersedeas bond in the amount of $3,352,650.84 to account for monetary awards, attorneys' fees, and post-judgment interest. Carter does not oppose the motion. Accordingly, the Court **GRANTS** the motion and **ORDERS** a stay of the monetary aspects of this Court's sanction order [Doc. Nos. 366, 373] and judgment [Doc. No. 375] upon receipt of a bond in the amount of $3,352,650.84. The injunctive relief components of the Court's judgment remain in effect.

---

[1] Doc. No. 381 at 1, 4.

1

**IT IS SO ORDERED** this 1st day of January, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE