UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>                Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>                Defendants. | Civil Case No. 3:17-cv-02278-X |

**SOUTHWEST AIRLINES CO.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO RULE 50(B); OR, IN THE ALTERNATIVE, FOR NEW TRIAL PURSUANT TO RULE 59(A); OR, IN THE ALTERNATIVE, FOR REMITTITUR**

Pursuant To Federal Rule Of Civil Procedure 50(b) and 59(a), Southwest Airlines, Co. ("Southwest"), Files This Renewed Motion for Judgment as a Matter of Law; or, in the Alternative, for a New Trial; or, in the Alternative, for Remittitur. Southwest's motion is supported by the brief filed with this motion, all records on file with this Court, and the arguments of counsel.

1

Dated: January 2, 2023                                  Respectfully submitted,

                                                        */s/ Paulo B. McKeeby*
                                                        Paulo B. McKeeby
                                                        State Bar No. 00784571
                                                        Brian K. Morris
                                                        State Bar No. 24108707
                                                        **REED SMITH LLP**
                                                        2850 N. Harwood Street
                                                        Suite 1500
                                                        Dallas, Texas 75201
                                                        Phone: 469-680-4200
                                                        Facsimile: 469-680-4299
                                                        pmckeeby@reedsmith.com
                                                        bmorris@reedsmith.com

                                                        **ATTORNEYS FOR DEFENDANT SOUTHWEST AIRLINES CO.**

## CERTIFICATE OF CONFERENCE

Counsel for Southwest Airlines, Co. conferred with counsel for Charlene Carter, Matthew Gilliam, regarding this motion. Matthew Gilliam informed Southwest that Carter opposes this motion.

                                                        */s/ Paulo B. McKeeby*
                                                        Paulo B. McKeeby

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been filed via the Court's ECF system and all counsel of record have been served on this 2nd day of January, 2022.

                                                        */s/ Paulo B. McKeeby*
                                                        Paulo B. McKeeby