UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> SOUTHWEST AIRLINES CO., AND § <br> TRANSPORT WORKERS UNION OF AMERICA, § <br> LOCAL 556, § <br> § <br> Defendants. § <br> § | Civil Case No. 3:17-cv-02278-X |

**SOUTHWEST AIRLINES CO.'S APPENDIX IN SUPPORT OF RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO RULE 50(B); OR, IN THE ALTERNATIVE, FOR NEW TRIAL PURSUANT TO RULE 59(A); OR, IN THE ALTERNATIVE, FOR REMITTITUR**

| Exhibit | Document | Appendix Pages |
|---|---|---|
| 1 | Excerpts of Trial Transcript | App. 1-642 |

Dated: January 2, 2023

Respectfully submitted,

*/s/ Paulo B. McKeeby*
Paulo B. McKeeby
State Bar No. 00784571
Brian K. Morris
State Bar No. 24108707
**REED SMITH LLP**
2850 N. Harwood Street
Suite 1500
Dallas, Texas 75201
Phone: 469-680-4200
Facsimile: 469-680-4299
pmckeeby@reedsmith.com

1

bmorris@reedsmith.com

**ATTORNEYS FOR DEFENDANT
SOUTHWEST AIRLINES CO.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was filed via the Court's ECF filing system which caused a copy of same to be served on all parties on this 2nd day of January 2023.

/s/ *Paulo McKeeby*
Paulo B. McKeeby

2