Bond No: 46BSBIT2622

IN THE _United States District_ COURT OF THE STATE OF _Texas_
IN AND FOR _Northern District_ COUNTY

Charlene Carter )
)
) SUPERSEDEAS AND COST
) BOND ON APPEAL
)
Plaintiff )
) CASE NO: V17-cv-I17778-Y
v. )
)
Southwest Airlines Co., and )
Transport Workers Union of America, Local 556 )
)
Defendant )
)

KNOW ALL MEN BY THESE PRESENTS, That we, _Southwest Airlines Co., and Transport Workers Union of America Local 556_ the _Defendants_ above named as Principal(s), and _Hartford Fire Insurance Company_, a corporation, organized under the laws of the State of _Connecticut_ and authorized to transact business of surety in the State of _Texas_, as Surety, are held and firmly bound unto _Charlene Carter_ the _Plaintiff_ above named in the just and full sum of _Four million eight hundred eight thousand five hundred thirty-six & 05/100ths_ DOLLARS ($ _4,808,536.05_ ), for which sum, well and truly to be paid, we bind ourselves, our and each of our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

SIGNED with our seals, and dated this _3rd_ day of _January_, _2023_.

THE CONDITION OF THIS OBLIGATION IS SUCH, that WHEREAS, the above named _Plaintiff_ on the _5th_ day of _December_, _2022_, in the above entitled action and Court, recovered judgment against the _Defendants_ above named for the sum of _Four-million-one-hundred-ninety-thousand-eight-hundred-thirteen and 75/100ths_ DOLLARS ($ _4,190,813.75_ )

AND WHEREAS, The above named Principal(s) has heretofore given due and proper notice that they appeal from said decision and judgment of said _United States District_ Court to the _Northern District_ Court of the State of _Texas_.

NOW, THEREFORE, if the said Principal _Southwest Airlines Co., and Transport Workers Union of America Local 556_ shall pay to _Charlene Carter_ the _Plaintiff_, above named, all costs and damages that may be awarded against _Southwest Airlines Co., and Transport Workers Union of America Local_ ⋀⋀s appeal, or on the dismissal thereof, and shall satisfy and perform the judgment or order appealed from, in case it shall be affirmed, and any judgment or order which the said Court of Appeals may render or make, or order to be rendered or made by said Superior Court _____ not exceeding, however the penalty of this bond, then this obligation to be void; otherwise to remain in full force and effect.

TWU Local 556 1st VP

Accepted by: [signature]

Southwest Airlines Co., and Transport Workers Union of America Local 556
[signature] _on behalf of SW Airlines_
Principal

Hartford Fire Insurance Company
[signature] Dana Michaelis
Surety

Dana Michaelis, Attorney-in-Fact

Judge
Dated:

# POWER OF ATTORNEY

Direct Inquiries/Claims to:
**THE HARTFORD**
BOND, T-11
One Hartford Plaza
Hartford, Connecticut 06155
Bond.Claims@thehartford.com
call: 888-266-3488 or fax: 860-757-5835

KNOW ALL PERSONS BY THESE PRESENTS THAT:    Agency Name: HUB INTERNATIONAL TEXAS INC
Agency Code: 46-510056

| | |
|---|---|
| X | Hartford Fire Insurance Company, a corporation duly organized under the laws of the State of Connecticut |
| X | Hartford Casualty Insurance Company, a corporation duly organized under the laws of the State of Indiana |
| X | Hartford Accident and Indemnity Company, a corporation duly organized under the laws of the State of Connecticut |
|  | Hartford Underwriters Insurance Company, a corporation duly organized under the laws of the State of Connecticut |
|  | Twin City Fire Insurance Company, a corporation duly organized under the laws of the State of Indiana |
|  | Hartford Insurance Company of Illinois, a corporation duly organized under the laws of the State of Illinois |
|  | Hartford Insurance Company of the Midwest, a corporation duly organized under the laws of the State of Indiana |
|  | Hartford Insurance Company of the Southeast, a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut, (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint,
*up to the amount of* Unlimited :
Mary Gainer, Greg LeJune, Doug Dunlap Jr., Aaron Hawley, Dana Michaelis, Dane Wilhelm, Martin Williams of SAN ANTONIO, Texas

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ☒, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

In Witness Whereof, and as authorized by a Resolution of the Board of Directors of the Companies on May 23, 2016 the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.



Shelby Wiggins, Assistant Secretary                    Joelle L. LaPierre, Assistant Vice President

**STATE OF FLORIDA**  } ss. Lake Mary
**COUNTY OF SEMINOLE** }

On this 20th day of May, 2021, before me personally came Joelle LaPierre, to me known, who being by me duly sworn, did depose and say: that (s)he resides in Seminole County, State of Florida; that (s)he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that (s)he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that (s)he signed his/her name thereto by like authority.



Jessica Ciccone
My Commission HH 122280
Expires June 20, 2025

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of January 3, 2023.

Signed and sealed in Lake Mary, Florida.



Keith D. Dozois, Assistant Vice President

## IMPORTANT NOTICE

To obtain information or make a complaint:

You may contact your agent.

You may call Hartford Insurance Group at the toll free telephone number for information or to make a complaint at:

**1-800-392-7805**

You may also write to The Hartford:

**The Hartford**
**Hartford Financial Products**
**2 Park Avenue, 5th Floor**
**New York, New York 10016**
**1-212-277-0400**

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at:

**1-800-252-3439**

You may write the Texas Department of Insurance

P.O. Box 149104
Austin, TX 78714-9104
Fax Number (512) 475-1771
Web: http://www.tdi.state.tx.us
E-mail: ConsumerProtection@tdi.state.tx.us

**PREMIUM OR CLAIMS DISPUTES: Should you have a dispute concerning your premium or about a claim you should contact the agent first. If the dispute is not resolved, you may contact the Texas Department of Insurance.**

**ATTACH THIS NOTICE TO YOUR POLICY: This notice is for your information only and does not become a part or condition of the attached document.**

## AVISO IMPORTANTE

Para obtener informacion o para someter una queja.

Puede comunicarse con su agente.

Usted puede llamar al numero de telefono gratis de The Hartford Insurance Group para informacion o para someter una queja al

**1-800-392-7805**

Usted tambien puede escribir a The Hartford.

**The Hartford**
**Hartford Financial Products**
**2 Park Avenue, 5th Floor**
**New York, New York 10016**
**1-212-277-0400**

Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de compañías, coberturas, derechos o quejas al:

**1-800-252-3439**

Puede escribir al Departamento de Seguros de Texas

P.O. Box 149104
Austin, TX 78714-9104
Fax Number (512) 475-1771
Web: http://www.tdi.state.tx.us
E-mail: ConsumerProtection@tdi.state.tx.us

**DISPUTAS SOBRE PRIMAS O RECLAMOS: Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con su agente primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).**

**UNA ESTE AVISO A SU POLIZA: Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto.**

F-4275-1, ./TX4275-1
HR 42 H006 00 0807