IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, § | | |
| § | | |
| Plaintiff, § | | CIVIL ACTION NO. |
| § | | |
| vs. § | | 3:17-cv-02278-X |
| § | | |
| SOUTHWEST AIRLINES CO., and § | | |
| TRANSPORT WORKERS UNION OF § | | JURY DEMANDED |
| AMERICA, LOCAL 556 § | | |
| § | | |
| Defendants. § | | |

### DEFENDANT TWU LOCAL 556'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH DISTRICT

Notice is hereby given that Defendant Transport Workers Union of America, Local 556 appeals to the United States Court of Appeals for the Fifth Circuit from the Order on Sanctions (Dkt. 373), Memorandum Opinion and Order (Dkt. 374), and Judgment (Dkt. 375), entered on December 5, 2022.

**DATED: JANUARY 4, 2023**        **RESPECTFULLY SUBMITTED,**

                                                      **CLOUTMAN & GREENFIELD, PLLC**
                                                      6217 Bryan Parkway
                                                      Dallas, Texas 75214
                                                      214.642.7486

                                                       */s/ Adam S. Greenfield*
                                                      Adam S. Greenfield
                                                      Email: agreenfield@candglegal.com
                                                      Bar No.: 24075494

                                                      *\*Board Certified in Labor & Employment Law by the Texas Board of Legal Specialization*

                                                      Edward B. Cloutman, III

---

       State Bar No. 04411000
       Email:  ecloutman@lawoffices.email

**LAW OFFICES OF EDWARD CLOUTMAN, III**
3301 Elm Street
Dallas, Texas  75226-1637
214.939.9222
214.939.9229 Facsimile

**COUNSELS FOR DEFENDANT
TWU LOCAL 556**

### CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument has been served upon all parties on the  4th  day of January, 2023.

       */s/ Adam S. Greenfield*_____
       Adam S. Greenfield