**ORIGINAL**

Bond No: 46BSBIT2622

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2023 JAN -5  AM 11: 38
DEPUTY CLERK_____ mb

IN THE ____United States District____ COURT OF THE STATE OF _____Texas_____
IN AND FOR ____Northern District_____ COUNTY

Charlene Carter  )
  )
  )     SUPERSEDEAS AND COST
  )     BOND ON APPEAL
  )
Plaintiff  )
  )     CASE NO: 3:17-cv-02278-X
v.  )
  )
Southwest Airlines Co., and )
Transport Workers Union of America, Local 556 )
  )
Defendant  )
  )

KNOW ALL MEN BY THESE PRESENTS, That we, ____Southwest Airlines Co., and Transport Workers Union of America Local 556____ the ____Defendants____ above named as Principal(s), and ____Hartford Fire Insurance Company____, a corporation, organized under the laws of the State of ____Connecticut____ and authorized to transact business of surety in the State of __Texas_____, as Surety, are held and firmly bound unto _____
__Charlene Carter_____
the ____Plaintiff____ above named in the just and full sum of __Four million eight hundred eight thousand five hundred thirty-six & 05/100ths__ DOLLARS ($ __4,808,536.05__ ), for which sum, well and truly to be paid, we bind ourselves, our and each of our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

SIGNED with our seals, and dated this __3rd__ day of __January__, __2023__.

THE CONDITION OF THIS OBLIGATION IS SUCH, that WHEREAS, the above named ____Plaintiff____ on the __5th__ day of __December__, __2022__, in the above entitled action and Court, recovered judgment against the __Defendants__ above named for the sum of __Four million eight hundred eight thousand five hundred thirty-six & 05/100ths__ DOLLARS ($ __4,808,536.05__)

AND WHEREAS, The above named Principal(s) has heretofore given due and proper notice that they appeal from said decision and judgment of said __United States District__ Court to the __Northern District__ Court of the State of ____Texas____.

NOW, THEREFORE, if the said Principal ____Southwest Airlines Co., and Transport Workers Union of America Local 556____ shall pay to _____Charlene Carter_____ the ____Plaintiff____, above named, all costs and damages that may be awarded against ____Southwest Airlines Co., and Transport Workers Union of America Local 556____ on the appeal, or on the dismissal thereof, and shall satisfy and perform the judgment or order appealed from, in case it shall be affirmed, and any judgment or order which the said Court of Appeals may render or make, or order to be rendered or made by said Superior Court _____ not exceeding, however the penalty of this bond, then this obligation to be void; otherwise to remain in full force and effect.

Southwest Airlines Co., and Transport Workers Union of America Local 556

_Paul Mally on behalf of Southwest Airlines_ Principal

Hartford Fire Insurance Company
Surety
_Dana Michaelis_
Dana Michaelis, Attorney-in-Fact

Accepted by:

_____
Judge
Dated: _____

# POWER OF ATTORNEY

Direct inquiries/Claims to:
**THE HARTFORD**
BOND, T-11
One Hartford Plaza
Hartford, Connecticut 06155
Bond.Claims@thehartford.com
*call:* 888-266-3488 *or fax:* 860-757-5835

KNOW ALL PERSONS BY THESE PRESENTS THAT:   Agency Name: HUB INTERNATIONAL TEXAS INC
Agency Code: 46-510056

| | |
|---|---|
| [X] | **Hartford Fire Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| [X] | **Hartford Casualty Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| [X] | **Hartford Accident and Indemnity Company**, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | **Hartford Underwriters Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | **Twin City Fire Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Insurance Company of Illinois**, a corporation duly organized under the laws of the State of Illinois |
| [ ] | **Hartford Insurance Company of the Midwest**, a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Insurance Company of the Southeast**, a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut, (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint,
**up to the amount of** Unlimited :
Mary Gainer, Greg LeJune, Doug Dunlap Jr., Aaron Hawley, Dana Michaelis, Dane Wilhelm, Martin Williams of SAN ANTONIO, Texas

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ☒, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**In Witness Whereof**, and as authorized by a Resolution of the Board of Directors of the Companies on May 23, 2016 the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.



*Shelby Wiggins*                                              *Joelle L. LaPierre*
Shelby Wiggins, Assistant Secretary                           Joelle L. LaPierre, Assistant Vice President

**STATE OF FLORIDA**  } ss.  Lake Mary
**COUNTY OF SEMINOLE** }

On this 20th day of May, 2021, before me personally came Joelle LaPierre, to me known, who being by me duly sworn, did depose and say: that (s)he resides in Seminole County, State of Florida; that (s)he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that (s)he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that (s)he signed his/her name thereto by like authority.



*Jessica Ciccone*
Jessica Ciccone
My Commission HH 122280
Expires June 20, 2025

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of   January 3, 2023   .
Signed and sealed in Lake Mary, Florida.



*Keith Dozois*
Keith D. Dozois, Assistant Vice President

| IMPORTANT NOTICE | AVISO IMPORTANTE |
|---|---|
| To obtain information or make a complaint: | Para obtener informacion o para someter una queja. |
| You may contact your agent. | Puede comunicarse con su agente. |
| You may call Hartford Insurance Group at the toll free telephone number for information or to make a complaint at: | Usted puede llamar al numero de telefono gratis de The Hartford Insurance Group para informacion o para someter una queja al |
| **1-800-392-7805** | **1-800-392-7805** |
| You may also write to The Hartford: | Usted tambien puede escribir a The Hartford. |
| **The Hartford**<br>**Hartford Financial Products**<br>**2 Park Avenue, 5th Floor**<br>**New York, New York 10016**<br>**1-212-277-0400** | **The Hartford**<br>**Hartford Financial Products**<br>**2 Park Avenue, 5th Floor**<br>**New York, New York 10016**<br>**1-212-277-0400** |
| You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at: | Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de compañías, coberturas, derechos o quejas al: |
| **1-800-252-3439** | **1-800-252-3439** |
| You may write the Texas Department of Insurance | Puede escribir al Departamento de Seguros de Texas |
| P.O. Box 149104<br>Austin, TX 78714-9104<br>Fax Number (512) 475-1771<br>Web: http://www.tdi.state.tx.us<br>E-mail: ConsumerProtection@tdi.state.tx.us | P.O. Box 149104<br>Austin, TX 78714-9104<br>Fax Number (512) 475-1771<br>Web: http://www.tdi.state.tx.us<br>E-mail: ConsumerProtection@tdi.state.tx.us |
| **PREMIUM OR CLAIMS DISPUTES: Should you have a dispute concerning your premium or about a claim you should contact the agent first. If the dispute is not resolved, you may contact the Texas Department of Insurance.** | **DISPUTAS SOBRE PRIMAS O RECLAMOS: Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con su agente primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).** |
| **ATTACH THIS NOTICE TO YOUR POLICY:** This notice is for your information only and does not become a part or condition of the attached document. | **UNA ESTE AVISO A SU POLIZA:** Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto. |

F-4275-1, ./TX4275-1
HR 42 H006 00 0807

Bond No: 46BSBIT2622

IN THE ___United States District___ COURT OF THE STATE OF ___Texas___
IN AND FOR ___Northern District___ District ___ COUNTY

Charlene Carter )
) SUPERSEDEAS AND COST
) BOND ON APPEAL
Plaintiff )
) CASE NO: ~~3:17-cv-02278-X~~
v. )
) 3:17-cv-02278-X
Southwest Airlines Co., and )
Transport Workers Union of America, Local 556 )
Defendant )

KNOW ALL MEN BY THESE PRESENTS, That we ___Southwest Airlines Co., and Transport Workers Union of America Local 556___ the ___Defendants___ above named as Principal(s), and ___Hartford Fire Insurance Company___, a corporation, organized under the laws of the State of ___Connecticut___ and authorized to transact business of surety in the State of ___Texas___, as Surety, are held and firmly bound unto ___Charlene Carter___

the ___Plaintiff___ above named in the just and full sum of ___Four million eight hundred eight thousand five hundred thirty-six &05/100ths___ DOLLARS ($ ___4,808,536.05___ ), for which sum, well and truly to be paid, we bind ourselves, our and each of our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

SIGNED with our seals, and dated this ___3rd___ day of ___January___, ___2023___.

THE CONDITION OF THIS OBLIGATION IS SUCH, that WHEREAS, the above named ___Plaintiff___ on the ___5th___ day of ___December___, ___2022___, in the above entitled action and Court, recovered judgment against the Defendants above named for the sum of ___Four million one hundred ninety thousand eight hundred thirteen___ DOLLARS ($ ___4,190,813.75___ ) and 75/100ths

AND WHEREAS, The above named Principal(s) has heretofore given due and proper notice that they appeal from said decision and judgment of said ___United States District___ Court to the ___Northern District___ Court of the State of ___Texas___.

NOW, THEREFORE, if the said Principal ___Southwest Airlines Co., and Transport Workers Union of America Local 556___ shall pay to ___Charlene Carter___ the ___Plaintiff___, above named, all costs and damages that may be awarded against ___Southwest Airlines Co., and Transport Workers Union of America Local 556___ appeal, or on the dismissal thereof, and shall satisfy and perform the judgment or order appealed from, in case it shall be affirmed, and any judgment or order which the said Court of Appeals may render or make, or order to be rendered or made by said Superior Court ___ not exceeding, however the penalty of this bond, then this obligation to be void; otherwise to remain in full force and effect.

Accepted by: [signature]

Judge
Dated: ___

Southwest Airlines Co., and Transport Workers Union of America Local 556
[signature] on behalf of SW airlines
Principal

Hartford Fire Insurance Company
[signature] Dana Michaelis
Surety
Dana Michaelis, Attorney-in-Fact

# POWER OF ATTORNEY

Direct Inquiries/Claims to:
**THE HARTFORD**
BOND, T-11
One Hartford Plaza
Hartford, Connecticut 06155
Bond.Claims@thehartford.com
call: 888-266-3488 or fax: 860-757-5835

KNOW ALL PERSONS BY THESE PRESENTS THAT:   Agency Name: HUB INTERNATIONAL TEXAS INC
Agency Code: 46-510056

| | |
|---|---|
| X | Hartford Fire Insurance Company, a corporation duly organized under the laws of the State of Connecticut |
| X | Hartford Casualty Insurance Company, a corporation duly organized under the laws of the State of Indiana |
| X | Hartford Accident and Indemnity Company, a corporation duly organized under the laws of the State of Connecticut |
| | Hartford Underwriters Insurance Company, a corporation duly organized under the laws of the State of Connecticut |
| | Twin City Fire Insurance Company, a corporation duly organized under the laws of the State of Indiana |
| | Hartford Insurance Company of Illinois, a corporation duly organized under the laws of the State of Illinois |
| | Hartford Insurance Company of the Midwest, a corporation duly organized under the laws of the State of Indiana |
| | Hartford Insurance Company of the Southeast, a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut, (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint,
up to the amount of Unlimited :

Mary Gainer, Greg LeJune, Doug Dunlap Jr., Aaron Hawley, Dana Michaelis, Dane Wilhelm, Martin Williams of SAN ANTONIO, Texas

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ☒, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

In Witness Whereof, and as authorized by a Resolution of the Board of Directors of the Companies on May 23, 2016 the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.



*Shelby Wiggins*
Shelby Wiggins, Assistant Secretary

*Joelle L. LaPierre*
Joelle L. LaPierre, Assistant Vice President

**STATE OF FLORIDA**
**COUNTY OF SEMINOLE**  } ss. Lake Mary

On this 20th day of May, 2021, before me personally came Joelle LaPierre, to me known, who being by me duly sworn, did depose and say: that (s)he resides in Seminole County, State of Florida; that (s)he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that (s)he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that (s)he signed his/her name thereto by like authority.

*Jessica Ciccone*
Jessica Ciccone
My Commission HH 122280
Expires June 20, 2025

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of January 3, 2023.

Signed and sealed in Lake Mary, Florida.



*Keith Dozois*
Keith D. Dozois, Assistant Vice President

| IMPORTANT NOTICE | AVISO IMPORTANTE |
|---|---|
| To obtain information or make a complaint: | Para obtener informacion o para someter una queja, |
| You may contact your agent. | Puede comunicarse con su agente. |
| You may call Hartford Insurance Group at the toll free telephone number for information or to make a complaint at: | Usted puede llamar al numero de telefono gratis de The Hartford Insurance Group para informacion o para someter una queja al |
| 1-800-392-7805 | 1-800-392-7805 |
| You may also write to The Hartford: | Usted tambien puede escribir a The Hartford. |
| The Hartford<br>Hartford Financial Products<br>2 Park Avenue, 5th Floor<br>New York, New York 10016<br>1-212-277-0400 | The Hartford<br>Hartford Financial Products<br>2 Park Avenue, 5th Floor<br>New York, New York 10016<br>1-212-277-0400 |
| You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at: | Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de compañías, coberturas, derechos o quejas al: |
| 1-800-252-3439 | 1-800-252-3439 |
| You may write the Texas Department of Insurance | Puede escribir al Departamento de Seguros de Texas |
| P.O. Box 149104<br>Austin, TX 78714-9104<br>Fax Number (512) 475-1771<br>Web: http://www.tdi.state.tx.us<br>E-mail: ConsumerProtection@tdi.state.tx.us | P.O. Box 149104<br>Austin, TX 78714-9104<br>Fax Number (512) 475-1771<br>Web: http://www.tdi.state.tx.us<br>E-mail: ConsumerProtection@tdi.state.tx.us |
| **PREMIUM OR CLAIMS DISPUTES:** Should you have a dispute concerning your premium or about a claim you should contact the agent first. If the dispute is not resolved, you may contact the Texas Department of Insurance. | **DISPUTAS SOBRE PRIMAS O RECLAMOS:** Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con su agente primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI). |
| **ATTACH THIS NOTICE TO YOUR POLICY:** This notice is for your information only and does not become a part or condition of the attached document. | **UNA ESTE AVISO A SU POLIZA:** Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto. |

F-4275-1, ./TX4275-1
HR 42 H006 00 0807