UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLENE CARTER,<br><br>    *Plaintiff*,<br><br>v.<br><br>TRANSPORT WORKERS UNION<br>OF AMERICA, LOCAL 556, and<br>SOUTHWEST AIRLINES CO.,<br><br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§  Civil Action No. 3:17-CV-2278-X<br>§<br>§<br>§<br>§<br>§<br>§ |

# **ORDER**

Southwest Airlines Co. ("Southwest") and Transport Workers Union of America, Local 556 ("Local 556") move to stay execution of this Court's sanction order [Doc. Nos. 366, 373] and judgment [Doc. No. 375] pending appeal. [Doc. No. 393]. Specifically, Defendants ask the Court "[t]o suspend execution of the monetary portions of the Sanctions Order and Judgment," but they do not "request . . . a stay[] in connection with the injunctive relief components of the Court's judgment."[1] In return, Defendants have posted a supersedeas bond in the amount of $4,808,536.05 to account for monetary awards, attorneys' fees, and post-judgment interest. Carter does not oppose the motion. Accordingly, the Court **VACATES** its previous order staying this case [Doc. No. 384], **GRANTS** the motion, and **ORDERS** a stay of the monetary aspects of this Court's sanction order [Doc. Nos. 366, 373] and judgment

---

[1] Doc. No. 393 at 4, 2.

1

[Doc. No. 375]. The injunctive relief components of the Court's judgment remain in effect.

**IT IS SO ORDERED** this 6th day of January, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE