UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLENE CARTER, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> SOUTHWEST AIRLINES CO., AND § <br> TRANSPORT WORKERS UNION OF § <br> AMERICA, § <br> LOCAL 556, § <br> § <br> Defendants. § | Civil Case No. 3:17-cv-02278-X |

**APPENDIX TO DEFENDANT SOUTHWEST AIRLINES CO.'S RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND EXPENSES AND MOTION TO RECONSIDER CERTAIN COSTS AWARDED**

| Exhibit | Document | App Pages |
|---|---|---|
| A. | Hearing Transcript (December 11, 2020) | App. 00001-22 |
| B. | Summary of Plaintiff's Pre-Dismissal Fees | App. 00023-42 |
| C. | Summary of Plaintiff's Trial Fees | App. 00043-61 |
| D. | Fees for Plaintiff's First Motion to Compel | App. 00062-65 |
| E. | Fees for Plaintiff's Second Motion to Compel | App. 00066-67 |
| F. | Fees for Plaintiff's Motion for Summary Judgment | App. 00068-72 |
| G. | Summary of Food and Lodging | App. 00073 |
| H. | Video Expenses | App. 00074 |
| I. | Summary of Cost for Expedited Services | App. 00075 |

**DEFENDANT SWA'S APPENDIX IN SUPPORT OF ITS RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND EXPENSES AND MOTION TO RECONSIDER CERTAIN COSTS AWARDED – PAGE 1**

US_ACTIVE-170880880.1

Dated: January 9, 2023    Respectfully submitted,

*/s/ Paulo B. McKeeby*
Paulo B. McKeeby
State Bar No. 00784571
Brian K. Morris
State Bar No. 24108707
**REED SMITH LLP**
2850 N. Harwood Street
Suite 1500
Dallas, Texas 75201
Phone: 469-680-4200
Facsimile: 469-680-4299
pmckeeby@reedsmith.com
bmorris@reedsmith.com

**ATTORNEYS FOR DEFENDANT SOUTHWEST AIRLINES CO.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was filed via the Court's ECF filing system which caused a copy of same to be served on all parties on this 9th day of January, 2023.

*/s/ Paulo McKeeby*
Paulo B. McKeeby

DEFENDANT SWA'S APPENDIX IN SUPPORT OF ITS RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND EXPENSES AND MOTION TO RECONSIDER CERTAIN COSTS AWARDED – PAGE 2

US_ACTIVE-170880880.1