## Summary of Plaintiff's Pre-Dismissal Fees

| Date | Narrative | Attorney | Hours | Amount |
|---|---|---|---|---|
| 4/28/2017 | Chat w/ MBG about potential case | Jennings, Jeffrey | 0.90 | $270.00 |
| 05/16/2017 | Disc MBG re Foundation representation, edit request memo to RJL re same, rev evidence re client, emails MBG re client, research re same | Chappell, Milton L | 1.40 | $560.00 |
| 05/18/2017 | Disc MBG re status & strategy of representation, mtg client, causes of action, EEOC, etc.; research re same | Chappell, Milton L | 0.90 | $360.00 |
| 05/25/2017 | Wyndham hotel, client Charlene Carter overnight stay | Carter, Charlene | | $94.08 |
| 05/25/2017 | Frontier - DEN-DCA-DEN MBG's client travel | Gilliam, Matt | | $473.97 |
| 05/30/2017 | Scheduling client mtg | Chappell, Milton L | 0.10 | $40.00 |
| 06/01/2017 | Meal with JDJ & Charlene Carter | Gilliam, Matt | | $78.49 |
| 6/1/2017 | Review evidence Interview potential client over dinner for federal court case | Jennings, Jeffrey | 3.60 | $1,080.00 |
| 06/02/2017 | Client mtg re status & strategy of case, rev facts, mtg w/ MBG & JDJ re same | Chappell, Milton L | 1.80 | $720.00 |
| 6/2/2017 | Interview potential client for federal court case w/ MBG and MLC | Jennings, Jeffrey | 2.40 | $720.00 |
| 06/28/2017 | Communications with client re litigation strategy, filing of case, and case issues | Gilliam, Matt B | 0.40 | $140.00 |
| 07/05/2017 | Discussions with JDJ re EEOC charge and litigation strategy | Gilliam, Matt B | 0.50 | $175.00 |
| 7/5/2017 | Research procedures for filing EEOC charges | Jennings, Jeffrey | 0.60 | $180.00 |
| 7/5/2017 | Research procedures for filing EEOC charge | Jennings, Jeffrey | 0.20 | $60.00 |
| 07/06/2017 | Communications with client re case issues and litigation strategy | Gilliam, Matt B | 0.30 | $105.00 |
| 07/07/2017 | Communications with client re case issues and litigation strategy | Gilliam, Matt B | 0.20 | $70.00 |
| 07/10/2017 | Communications with client re case issues and litigation strategy | Gilliam, Matt B | 0.80 | $280.00 |
| 7/10/2017 | Review evidence | Jennings, Jeffrey | 1.00 | $300.00 |
| 7/13/2017 | Review evidence | Jennings, Jeffrey | 0.60 | $180.00 |
| 07/14/2017 | Communications with client re case issues and litigation strategy | Gilliam, Matt B | 0.20 | $70.00 |
| 7/14/2017 | Work on complaint | Jennings, Jeffrey | 0.40 | $120.00 |
| 07/18/2017 | Communications with client re case issues and litigation strategy | Gilliam, Matt B | 0.30 | $105.00 |
| 07/19/2017 | Discussions with JDJ re litigation strategy and case logistics | Gilliam, Matt B | 0.30 | $105.00 |
| 7/20/2017 | Work on complaint | Jennings, Jeffrey | 0.10 | $30.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 7/20/2017 | Work on complaint | Jennings, Jeffrey | 0.50 | $150.00 |
| 07/21/2017 | Communications with client re case issues and litigation strategy | Gilliam, Matt B | 0.50 | $175.00 |
| 7/21/2017 | Draft complaint Emails to client | Jennings, Jeffrey | 1.10 | $330.00 |
| 7/31/2017 | Work on complaint email client | Jennings, Jeffrey | 0.70 | $210.00 |
| 08/01/2017 | Communicate with client about case and case strategy | Gilliam, Matt B | 0.50 | $175.00 |
| 8/3/2017 | Work on complaint Email client | Jennings, Jeffrey | 1.90 | $570.00 |
| 08/04/2017 | Organize docs and send to JDJ for complaint drafting | Gilliam, Matt B | 0.30 | $105.00 |
| 08/09/2017 | Conversations with MLC and JDJ re case strategy | Gilliam, Matt | 0.40 | $140.00 |
| 08/10/2017 | Conversations with MLC re case strategy | Gilliam, Matt | 0.80 | $280.00 |
| 08/17/2017 | Case filing and complaint planning discussion | Gilliam, Matt | 1.60 | $560.00 |
| 08/21/2017 | Case filing and complaint planning discussion | Gilliam, Matt | 0.30 | $105.00 |
| 08/22/2017 | Case filing and complaint planning discussion | Gilliam, Matt | 0.50 | $175.00 |
| 08/23/2017 | Case filing and complaint planning discussion; work on draft of complaint and prepare other case filing documents | Gilliam, Matt B | 9.20 | $3,220.00 |
| 8/23/2017 | Work on complaint | Jennings, Jeffrey | 0.60 | $180.00 |
| 08/24/2017 | Case filing and complaint planning discussion; work on draft of complaint and prepare other case filing documents | Gilliam, Matt B | 9.80 | $3,430.00 |
| 8/24/2017 | Work on federal complaint | Jennings, Jeffrey | 0.60 | $180.00 |
| 8/24/2017 | Work on federal complaint | Jennings, Jeffrey | 1.00 | $300.00 |
| 8/24/2017 | Work on federal complaint, multiple conversations w/ MBG, MLC, and BNC about case strategy | Jennings, Jeffrey | 10.00 | $3,000.00 |
| 8/24/2017 | Telephone call with Matthew Gilliam regarding coordination of filing of complaint against Union; forward to Matthew Gilliam forms for use in preparing complaint for filing. | JW | 0.40 | $150.00 |
| 08/25/2017 | Case filing and complaint planning discussion; Finalize and file complaint and case documents | Gilliam, Matt B | 17.30 | $6,055.00 |
| 8/25/2017 | Work on federal complaint | Jennings, Jeffrey | 3.90 | $1,170.00 |
| 8/25/2017 | Work on federal complaint | Jennings, Jeffrey | 1.10 | $330.00 |
| 8/25/2017 | Discuss case strategy w/ MBG | Jennings, Jeffrey | 0.30 | $90.00 |
| 8/25/2017 | Work on editing federal complaint | Jennings, Jeffrey | 0.60 | $180.00 |
| 8/25/2017 | Edit federal complaint Call client | Jennings, Jeffrey | 2.80 | $840.00 |
| 8/25/2017 | Call client Work on federal complaint | Jennings, Jeffrey | 1.70 | $510.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 8/25/2017 | Work on federal complaint | Jennings, Jeffrey | 0.80 | $240.00 |
| 8/25/2017 | Talk with Matt about case Work on federal complaint | Jennings, Jeffrey | 0.80 | $240.00 |
| 8/25/2017 | Review and comment on draft of complaint against TWU Local 556; multiple correspondence and telephone conferences with Matt Gilliam regarding finalizing complaint and related documents; assist with opening of new civil case and filing of complaint, civil cover sheet, certificate of interested persons, and request for summons; receive and review court notices confirming successful filing of civil case and complaint. | JW | 1.70 | $637.50 |
| 08/28/2017 | Case filing work; service of process with local counsel; communicate with client, RJL, and PTS re case filing; prepare and send Judge's copies of documents | Gilliam, Matt B | 4.80 | $1,680.00 |
| 8/28/2017 | Review con-espondence and filing notices from clerk regarding abandoned case and regarding issuance of summons; correspondence and telephone call with Matt Gilliams regarding Judge's copy procedures and service of summons; arranged for service of summons on Defendant; review correspondence regarding judge's copy of documents; follow up on status of service and confirm service of process. | JW | 1.00 | $375.00 |
| 8/29/2017 | Office conference with Jason Winford; review of controlling case law for necessary party. | DEW | 1.20 | $450.00 |
| 08/30/2017 | Prepare pro hac vice forms; send forms to JDJ; request certificates of good standing | Gilliam, Matt B | 0.80 | $280.00 |
| 08/31/2017 | Prepare pro hac vice forms; send forms to JDJ; request certificates of good standing | Gilliam, Matt B | 0.30 | $105.00 |
| 8/31/2017 | Work on EEOC complaint | Jennings, Jeffrey | 0.70 | $210.00 |
| 8/31/2017 | Work on EEOC charge | Jennings, Jeffrey | 0.80 | $240.00 |
| 8/31/2017 | Receive and review executed summons against TWU Local 556. | JW | 0.10 | $37.50 |
| 9/1/2017 | Work on EEOC charge Long phone call w/ client | Jennings, Jeffrey | 2.60 | $780.00 |
| 9/4/2017 | Work on EEOC Charge | Jennings, Jeffrey | 1.30 | $390.00 |
| 9/4/2017 | Work on EEOC Charge | Jennings, Jeffrey | 1.20 | $360.00 |
| 9/4/2017 | Work on EEOC charge | Jennings, Jeffrey | 0.50 | $150.00 |
| 9/4/2017 | Work on EEOC charge | Jennings, Jeffrey | 1.30 | $390.00 |
| 9/5/2017 | Email Bruce Email client Edit/draft EEOC charge | Jennings, Jeffrey | 1.20 | $360.00 |
| 9/5/2017 | Work on EEOC charge | Jennings, Jeffrey | 2.00 | $600.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 9/5/2017 | Work on EEOC charge | Jennings, Jeffrey | 0.30 | $90.00 |
| 9/5/2017 | Work on EEOC Charge | Jennings, Jeffrey | 1.50 | $450.00 |
| 9/5/2017 | Receive and review proof of service of summons from process server; email correspondence with Matt Gilliam regarding amending complaint. | JW | 0.30 | $112.50 |
| 9/6/2017 | Work on EEOC charge- edits, emails, research | Jennings, Jeffrey | 2.90 | $870.00 |
| 9/6/2017 | Email correspondence with Matt Gilliam regarding filing of amended complaint. | JW | 0.10 | $37.50 |
| 09/07/2017 | NYS Supreme Court - obtain certificate of good standing for PHV filing | Gilliam, Matt B | | $10.00 |
| 9/7/2017 | Work on EEOC complaint: edits, research, calls/emails to Bruce, and calls to client | Jennings, Jeffrey | 4.70 | $1,410.00 |
| 09/08/2017 | Sending Judge's copies to Honorable Jane Boyle US Dist Court--Northern District | FedEx | | $27.12 |
| 9/11/2017 | Emails with Matt Gilliam regarding pro hac vice motions and filing of amended complaint; review drafts of pro hac vice documents. | JW | 0.30 | $112.50 |
| 9/12/2017 | Research pro hac vice requirements Complete pro hac application, email it to Matt | Jennings, Jeffrey | 1.30 | $390.00 |
| 9/12/2017 | Review and revise draft of first amended complaint; telephone call with Matt Gilliam regarding filing amended complaint and arbitration proceeding. | JW | 1.00 | $375.00 |
| 9/13/2017 | Disc MBG & JDJ re amended complaint & EEOC matters, status & strategy, emails | Chappell, Milton L | 2.40 | $960.00 |
| 09/13/2017 | Drafting first amended complaint; prepare and send drafts to MLC and JDJ; send draft to client for review | Gilliam, Matt B | 11.40 | $3,990.00 |
| 9/13/2017 | Edit amended complaint | Jennings, Jeffrey | 2.70 | $810.00 |
| 9/13/2017 | Edit amended complaint | Jennings, Jeffrey | 2.90 | $870.00 |
| 9/13/2017 | Receive and review filed pro hac vice applications; email correspondence with Matt Gilliam regarding Judge's copies of filed documents. | JW | 0.20 | $75.00 |
| 09/14/2017 | File Carter first amended complaint; prepare and file other case initiating documents | Gilliam, Matt B | 3.50 | $1,225.00 |
| 9/14/2017 | Edit EEOC Charge against the union Email Matt, and Bruce | Jennings, Jeffrey | 1.50 | $450.00 |
| 9/14/2017 | Receive and review filed first amended complaint, certificate of interested persons, and requests for issuance of summons; telephone calls with Matt Gilliam regarding filings and service; receive and review issued summons and arrange service of summons and amended complainton defendants. | JW | 0.80 | $300.00 |

APP. 0026

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 9/15/2017 | Edit EEOC charge Emails btw Bruce, Matt Edit client document, email it to MLC | Jennings, Jeffrey | 2.40 | $720.00 |
| 9/15/2017 | Receive and review orders granting pro hac vice admissions (.1); receive and review motion to dismiss for failure to state a claim and brief in support, and determine and calendar response due date (.5). | JW | 0.60 | $225.00 |
| 9/17/2017 | Research local rules on responses to MTD Email MBG | Jennings, Jeffrey | 0.60 | $180.00 |
| 9/18/2017 | Work on EEOC charge against the union | Jennings, Jeffrey | 0.10 | $30.00 |
| 9/18/2017 | Follow up on service of summons regarding first amended complaint on TWU; email correspondence with Matt Gilliam regarding amended complaint and status of TWU's 12(b)(6) motion to dismiss; review email correspondence with Milton Chappell and with opposing counsel regarding 12(b)(6) motion. | JW | 0.60 | $225.00 |
| 9/19/2017 | Review correspondence from Southwest regarding arbitration; follow up on status of service of process on Southwest. | JW | 0.20 | $75.00 |
| 9/20/2017 | Receive and review clerk notice regarding return of service of process on TWU; review correspondence with arbitrator regarding arbitration date and fee. | JW | 0.20 | $75.00 |
| 9/21/2017 | Review correspondence from arbitrator. | JW | 0.10 | $37.50 |
| 9/22/2017 | Review email correspondence from arbitrator and from Lisa White of SW A regarding arbitration dates; review correspondence regarding TWU's withdrawal of current 12(b)(6) motion to dismiss and refiling with respect to amended complaint. | JW | 0.10 | $37.50 |
| 09/26/2017 | re-imbursement for notarizing and mailing documents for her case | Carter, Charlene | | $61.95 |
| 9/27/2017 | Receive and review TWU's notice of withdrawal of motion to dismiss original complaint and brief in support. | JW | 0.10 | $37.50 |
| 10/02/2017 | Case planning and scheduling | Gilliam, Matt | 2.30 | $805.00 |
| 10/05/2017 | Dinner with JDJ, MBG and client Charlene Carter | Gilliam, Matt | | $104.39 |
| 10/5/2017 | Telephone call from Michele Gehrke regarding extension request for Southwest; email correspondence to Matt Gilliam et al regarding extension request; receive and review Southwest's proposed stipulation and order for extension. | JW | 0.40 | $150.00 |
| 10/6/2017 | Telephone call with Matt Gilliam regarding Southwest extension request; review email correspondence regarding same; receive and review Southwest's filed motion for extension. | JW | 0.30 | $112.50 |

APP. 0027

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 10/9/2017 | Review of correspondence from interested third party; dictation to Milton Chappell (multiple); review of correspondence from Milton Chappell; review of correspondence from Matt Gilliam; office conference with Jason Winford; review of Court's Electronic Order. | DEW | 1.00 | $375.00 |
| 10/9/2017 | Email correspondence regarding inquiry from potential witness; correspondence with Matt Gilliam regarding same; receive and review court order granting Southwest's response extension. | JW | 0.30 | $112.50 |
| 10/10/2017 | Research & email co-counsel re blocking of pro life messages on Twitter | Chappell, Milton L | 0.10 | $40.00 |
| 10/10/2017 | Review TWU's Motion to Dismiss amended complaint and brief in support. | JW | 0.40 | $150.00 |
| 10/17/2017 | Prepare response to union motion to dismiss | Gilliam, Matt | 0.10 | $35.00 |
| 10/17/2017 | Receive and review Michele Gehrke's motion for admission pro hac vice. | JW | 0.10 | $37.50 |
| 10/18/2017 | Prepare response to union motion to dismiss | Gilliam, Matt | 1.80 | $630.00 |
| 10/23/2017 | Receive and review Southwest cease and desist letter regarding alleged defamatory social media postings. | JW | 0.10 | $37.50 |
| 10/24/2017 | Review and analysis of issues regarding Carter's social media postings and requirements under Texas Defamation Mitigation Act; email correspondence to Matt Gilliam regarding cease and desist letter. | JW | 0.50 | $187.50 |
| 10/24/2017 | Receive and review Southwest's certificate of interested persons, motion to dismiss, brief in support of motion to dismiss, appendix in support of motion to dismiss, and proposed order; review Southwest's legal arguments in support of motion to dismiss; calculate and docket due date for response to motion to dismiss. | JW | 1.30 | $487.50 |
| 10/28/2017 | Prepare response to union motion to dismiss | Gilliam, Matt | 2.30 | $805.00 |
| 10/29/2017 | Prepare response to union motion to dismiss | Gilliam, Matt | 2.80 | $980.00 |
| 10/30/2017 | Prepare response to union motion to dismiss | Gilliam, Matt | 3.80 | $1,330.00 |
| 10/31/2017 | Finalize and file response to union motion to dismiss | Gilliam, Matt B | 4.20 | $1,470.00 |
| 10/31/2017 | Review and revise draft of response and brief in support of response; prepare red line of suggested changes to response brief; email correspondence and telephone ca.II with Matt Gilliam to discuss response and brief and suggested revisions. | JW | 1.80 | $675.00 |
| 11/01/2017 | Prepare and send judge copies of response to union motion to dismiss | Gilliam, Matt B | 0.20 | $70.00 |
| 11/1/2017 | Review final filed copy of response to Local 556's motion to dismiss and our brief in support; docket Local 556's reply deadline; email correspondence with Matt Gilliam regarding judge's copy. | JW | 0.40 | $150.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 11/06/2017 | Prepare and research response to SWA motion to dismiss | Gilliam, Matt B | 1.10 | $385.00 |
| 11/07/2017 | Prepare and research response to SWA motion to dismiss | Gilliam, Matt B | 0.20 | $70.00 |
| 11/08/2017 | Prepare and research response to SWA motion to dismiss; communicate with client re litigation | Gilliam, Matt B | 0.80 | $280.00 |
| 11/09/2017 | Prepare and research response to SWA motion to dismiss | Gilliam, Matt B | 2.00 | $700.00 |
| 11/10/2017 | Prepare and research response to SWA motion to dismiss | Gilliam, Matt B | 2.10 | $735.00 |
| 11/11/2017 | Prepare and research response to SWA motion to dismiss | Gilliam, Matt B | 2.80 | $980.00 |
| 11/12/2017 | Prepare and research response to SWA motion to dismiss | Gilliam, Matt B | 3.30 | $1,155.00 |
| 11/13/2017 | Prepare and research response to SWA motion to dismiss | Gilliam, Matt B | 4.20 | $1,470.00 |
| 11/14/2017 | Finalize and file response to SWA motion to dismiss | Gilliam, Matt B | 4.90 | $1,715.00 |
| 11/14/2017 | Review and provide redline revisions to draft of response to Southwest's motion to dismiss and brief in support; emaiJ correspondence and telephone conference with Matt Gilliam regarding comments on legal arguments for response brief and filing procedures. | JW | 3.20 | $1,200.00 |
| 11/15/2017 | Receive and review filed response and brief in support and docket reply due date; receive and review Local 556's reply brief in support of motion to dismiss; email correspondence with Matt Gilliam regarding same. | JW | 0.80 | $300.00 |
| 11/15/2017 | Judge's copies sent from Matt Gilliam to Honorable Jane Boyle US Dist Court--Northern District | | | $21.72 |
| 11/18/2017 | communicate with client re case questions | Gilliam, Matt | 1.00 | $350.00 |
| 11/29/2017 | Review and analyze Southwest's reply brief in support of motion to dismiss; review status of lawsuit and of grievance ar~itration. | JW | 0.60 | $225.00 |
| 12/1/2017 | Correspondence with Jeff Jennings regarding process service. | JW | 0.10 | $37.50 |
| 12/12/2017 | Discuss w/ Matt Work on position paper for EEOC | Jennings, Jeffrey | 0.90 | $270.00 |
| 12/14/2017 | Discuss federal court and EEOC case strategies with MLC | Gilliam, Matt B | 1.50 | $525.00 |
| 12/14/2017 | Contact EEOC agent and discuss position paper | Jennings, Jeffrey | 0.30 | $90.00 |
| 12/14/2017 | Work on position statement | Jennings, Jeffrey | 0.70 | $210.00 |
| 12/14/2017 | Research for EEOC position statement Discuss case w/ MBG Contact witnesses | Jennings, Jeffrey | 4.40 | $1,320.00 |
| 12/14/2017 | Research for EEOC position statement | Jennings, Jeffrey | 1.60 | $480.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 12/15/2017 | Research and prepare EEOC position statement in rebuttal | Gilliam, Matt B | 2.50 | $875.00 |
| 12/15/2017 | Research for EEOC position statement | Jennings, Jeffrey | 2.50 | $750.00 |
| 12/15/2017 | Research for EEOC position statement | Jennings, Jeffrey | 0.20 | $60.00 |
| 12/15/2017 | work on EEOC position statement | Jennings, Jeffrey | 0.40 | $120.00 |
| 12/15/2017 | Work on EEOC position statement | Jennings, Jeffrey | 0.10 | $30.00 |
| 12/18/2017 | Research and prepare EEOC position statement in rebuttal | Gilliam, Matt B | 1.50 | $525.00 |
| 12/18/2017 | Work on witness affidavits | Jennings, Jeffrey | 0.20 | $60.00 |
| 12/18/2017 | Draft witness affidavit | Jennings, Jeffrey | 2.30 | $690.00 |
| 12/18/2017 | Edit affidavit Email witness | Jennings, Jeffrey | 0.20 | $60.00 |
| 12/18/2017 | Research for EEOC paper | Jennings, Jeffrey | 0.70 | $210.00 |
| 12/18/2017 | Research for EEOC position statement | Jennings, Jeffrey | 2.00 | $600.00 |
| 12/19/2017 | Research and prepare EEOC position statement in rebuttal | Gilliam, Matt B | 5.70 | $1,995.00 |
| 12/19/2017 | Research for EEOC position statement | Jennings, Jeffrey | 0.20 | $60.00 |
| 12/19/2017 | Work on drafting EEOC charge | Jennings, Jeffrey | 0.40 | $120.00 |
| 12/19/2017 | Call witness Edit affidavit Email Bruce | Jennings, Jeffrey | 0.50 | $150.00 |
| 12/19/2017 | Work on EEOC position statement | Jennings, Jeffrey | 3.00 | $900.00 |
| 12/19/2017 | Work on drafting EEOC position statement | Jennings, Jeffrey | 2.00 | $600.00 |
| 12/20/2017 | Research and prepare EEOC position statement in rebuttal | Gilliam, Matt B | 12.80 | $4,480.00 |
| 12/20/2017 | Work on EEOC position statement ? edit affidavits, contact client and witnesses, research/draft position statement | Jennings, Jeffrey | 4.80 | $1,440.00 |
| 12/20/2017 | Edit client's affidavit for EEOC position statement | Jennings, Jeffrey | 1.50 | $450.00 |
| 12/20/2017 | Work on EEOC position statement | Jennings, Jeffrey | 1.50 | $450.00 |
| 12/21/2017 | Research and prepare EEOC position statement in rebuttal; conversation with MLC re case issues; finalize draft of EEOC position statement in rebuttal and send to JDJ | Gilliam, Matt B | 8.10 | $2,835.00 |
| 12/21/2017 | Call potential witness for EEOC position statement affidavits | Jennings, Jeffrey | 0.50 | $150.00 |
| 12/21/2017 | Work on EEOC position statement | Jennings, Jeffrey | 3.40 | $1,020.00 |

APP. 0030

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 12/22/2017 | Communicate with client re status of case and strategy | Gilliam, Matt B | 0.70 | $245.00 |
| 12/22/2017 | Review/edit EEOC position statement | Jennings, Jeffrey | 0.50 | $150.00 |
| 12/26/2017 | Review JDJ edits to EEOC position statement in rebuttal; incorporate additional edits; return to JDJ | Gilliam, Matt B | 2.40 | $840.00 |
| 12/26/2017 | Edit rebuttal paper for EEOC charge | Jennings, Jeffrey | 3.00 | $900.00 |
| 12/28/2017 | Work on EEOC rebuttal paper, edit affidavits for witnesses | Jennings, Jeffrey | 3.10 | $930.00 |
| 12/28/2017 | Work on affidavit | Jennings, Jeffrey | 0.10 | $30.00 |
| 12/31/2017 | Work on EEOC position statement | Jennings, Jeffrey | 2.40 | $720.00 |
| 1/2/2018 | Edit EEOC position statement Discuss case w/ MLC | Jennings, Jeffrey | 2.50 | $750.00 |
| 1/3/2018 | Edit affidavit for EEOC , organize evidence | Jennings, Jeffrey | 1.50 | $450.00 |
| 1/4/2018 | Work on EEOC position statement | Jennings, Jeffrey | 0.90 | $270.00 |
| 1/5/2018 | Edit position statement | Jennings, Jeffrey | 0.50 | $150.00 |
| 1/5/2018 | Mail flash drive with evidence to EEOC | Jennings, Jeffrey | 0.30 | $90.00 |
| 01/05/2018 | cost of purchasing and mailing flash drive to EEOC | Jennings, Jeffrey |  | $22.61 |
| 01/29/2018 | Update client re case status; communications re eeoc materials; send materials to jdj | Gilliam, Matt B | 2.30 | $805.00 |
| 1/29/2018 | Gather documents for EEOC information request. | Jennings, Jeffrey | 1.40 | $420.00 |
| 02/12/2018 | Rev new decisions helpful to case, email co-counsel re same, client communication rev & responses | Chappell, Milton L | 0.50 | $200.00 |
| 03/01/2018 | Communications with JDF re case | Gilliam, Matt | 0.10 | $35.00 |
| 03/08/2018 | Client & co-counsel emails re EEOC status | Chappell, Milton L | 0.10 | $40.00 |
| 03/12/2018 | Research & emails re transfer of judge | Chappell, Milton L | 0.30 | $120.00 |
| 03/12/2018 | Review re-assignment of case to Judge Scholer; communications with attorneys and client re new judge | Gilliam, Matt B | 0.20 | $70.00 |
| 03/20/2018 | Client emails, research, response | Chappell, Milton L | 0.20 | $80.00 |
| 04/11/2018 | Discuss EEOC cases with BD | Gilliam, Matt | 0.10 | $35.00 |
| 04/17/2018 | Review order setting status conference; begin preparing meet and confer topics to discuss with opposing counsel | Gilliam, Matt B | 0.90 | $315.00 |
| 04/18/2018 | Rev emails & disc MBG re status & strategy for status/Rule 26(f) scheduling conf, research | Chappell, Milton L | 0.80 | $320.00 |

APP. 0031

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 04/18/2018 | Review order setting status conference; begin preparing meet and confer topics to discuss with opposing counsel; schedule meet and confer with opposing counsel | Gilliam, Matt B | 1.00 | $350.00 |
| 04/23/2018 | Client status emails, emails co-counsel re scheduling client metting | Chappell, Milton L | 0.30 | $120.00 |
| 04/23/2018 | Prepare meet and confer topics to discuss with opposing counsel | Gilliam, Matt B | 0.20 | $70.00 |
| 04/24/2018 | Client & co-counsel emails re client mtg, status & strategy of case | Chappell, Milton L | 0.30 | $120.00 |
| 04/24/2018 | Prepare meet and confer topics to discuss with opposing counsel; update RJL | Gilliam, Matt B | 0.30 | $105.00 |
| 04/25/2018 | Scheduling client meeting emails, disc MBG re strategy for conf of attys re status conf | Chappell, Milton L | 0.40 | $160.00 |
| 04/25/2018 | airline ticket DCA to Dallas for Scheduling Conference (4/25/18) (MBG) | Gilliam, Matt B | | $769.96 |
| 04/25/2018 | Lodging while attending Scheduling Conference (4/25/18) | Gilliam, Matt B | | $152.14 |
| 04/25/2018 | Prepare meet and confer topics to discuss with opposing counsel; discuss meet and confer and judicial conference with local counsel; send discovery strategy to MLC and JDJ for their review | Gilliam, Matt B | 2.10 | $735.00 |
| 04/25/2018 | DCA to Dallas airline fare for Scheduling Conference (4/25/18) (JDJ) | Jennings, Jeffrey | | $563.96 |
| 04/26/2018 | Finalize meet and confer topics and discovery strategy with MLC and JDJ; hold meet and confer with opposing counsel; client meeting to discuss case and arbitration | Gilliam, Matt B | 8.40 | $2,940.00 |
| 4/26/2018 | Conf call with opposing counsel, discuss case w/ MLC and MBG | Jennings, Jeffrey | 1.20 | $360.00 |
| 04/27/2018 | Conversations with local counsel re appearance at judicial conference meeting and discussion of discovery strategy' preparation for conference | Gilliam, Matt B | 1.20 | $420.00 |
| 04/29/2018 | 4/30/2018 - Moe's SW Grill - MBG meal while traveling back from Carter sched conf. 4/30/2018 - NOLA Brasserie - Breakfast MBG, JDJ, JW before scheduling conf. 4/30/2018 - DCA Food Hall, lunch for MBG while traveling to Dallas for scheduling conf. 4/29/2018 - Frankies Downtown - dinner MBG and JDJ while traveling to Dallas for scheduling conf. | Gilliam, Matt B | | $101.72 |
| 04/30/2018 | Preparation for judicial conference meeting; lunch meeting with local counsel; attend judicial conference meeting; travel back to VA from Dallas | Gilliam, Matt B | 9.10 | $3,185.00 |

APP. 0032

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 04/30/2018 | food expense (Dallas status Conference trip) 4/30/18 - Moe's SW Grill - food costs re Dallas trip for federal status conf. $13.80 4/30/18 - 7 eleven food costs $7.33 4/30/18 - Reservoir cost of dinner at airport re Dallas trip for federal status conf. 26.11 4/30/18- Crowne Plaza gratuity for breakfast 3.00 | Jennings, Jeffrey | | $50.24 |
| 04/30/2018 | water bottle (Dallas status Conference trip) | Jennings, Jeffrey | | $2.85 |
| 04/30/2018 | Airline expense (Dallas status Conference trip) | Jennings, Jeffrey | | $563.96 |
| 04/30/2018 | Hotel expense (Dallas status Conference trip) | Jennings, Jeffrey | | $152.14 |
| 05/01/2018 | Research & emails MBG re mediators, status & strategy; research & edit proposed joint scheduling order, emails MBG re same | Chappell, Milton L | 0.70 | $280.00 |
| 05/01/2018 | DCA Reagan - parking while traveling to Dallas for Carter sched conf. | Gilliam, Matt B | | $50.00 |
| 05/01/2018 | review and discuss SWA proposed mediatior; review SWA email; prepare draft of proposed schedule | Gilliam, Matt B | 0.50 | $175.00 |
| 05/02/2018 | Prepare draft of proposed schedule and order; review with local counsel and send draft to co counsel; communications about case planning with co-counsel; send draft of proposed order to L556 and SWA counsel | Gilliam, Matt B | 8.30 | $2,905.00 |
| 5/2/2018 | Edit scheduling order Discuss case w/ MBG | Jennings, Jeffrey | 0.70 | $210.00 |
| 05/04/2018 | Review and incorp edits from L556 and SWA counsel; propose additional revisions; preparation for Monday filing | Gilliam, Matt B | 1.20 | $420.00 |
| 5/4/2018 | Work on drafting Second Amended Complaint | Jennings, Jeffrey | 0.20 | $60.00 |
| 5/4/2018 | Work on Second Amended Complaint | Jennings, Jeffrey | 0.60 | $180.00 |
| 05/07/2018 | Emails, research & disc MBG re scheduling order disputes, edit scheduling order & related documents | Chappell, Milton L | 0.90 | $360.00 |
| 05/07/2018 | Coordinate revisions to proposed order with SWA and L556 counsel; incorporate final revisions; file proposed order; discussions regarding second amended complaint | Gilliam, Matt B | 2.70 | $945.00 |
| 5/7/2018 | Review scheduling order Discuss case w/ MBG Draft complaint | Jennings, Jeffrey | 1.30 | $390.00 |
| 5/7/2018 | Draft Second Amended Complaint Research | Jennings, Jeffrey | 2.80 | $840.00 |
| 05/08/2018 | Communications with client and co-counsel re case issues | Gilliam, Matt B | 1.80 | $630.00 |
| 5/10/2018 | Work on drafting Second Amended Complaint | Jennings, Jeffrey | 1.70 | $510.00 |
| 5/10/2018 | Draft Second Amended Complaint Research | Jennings, Jeffrey | 2.10 | $630.00 |

APP. 0033

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 5/10/2018 | draft Second Amended Complaint | Jennings, Jeffrey | 0.80 | $240.00 |
| 05/11/2018 | analysis of EEOC religious discrimination claims for amended complaint | Gilliam, Matt B | 0.50 | $175.00 |
| 5/11/2018 | draft Second Amended Complaint | Jennings, Jeffrey | 1.30 | $390.00 |
| 05/14/2018 | Communications with client and co-counsel re case issues | Gilliam, Matt B | 1.40 | $490.00 |
| 5/14/2018 | Work on Second Amended Complaint | Jennings, Jeffrey | 0.40 | $120.00 |
| 5/14/2018 | Work on Second Amended Complaint | Jennings, Jeffrey | 0.40 | $120.00 |
| 5/14/2018 | Work on Second Amended Complaint Discuss case w/ MBG | Jennings, Jeffrey | 4.30 | $1,290.00 |
| 05/15/2018 | Communications with client and co-counsel re case issues | Gilliam, Matt B | 0.40 | $140.00 |
| 5/15/2018 | work on second amended complaint | Jennings, Jeffrey | 0.30 | $90.00 |
| 5/15/2018 | Work on Second Amended Complaint | Jennings, Jeffrey | 0.70 | $210.00 |
| 05/16/2018 | Communications with co counsel and SWA and Local 556 counsel re clarification of Judge Scholer order denying motions to dismiss; review of order and federal rules | Gilliam, Matt B | 3.90 | $1,365.00 |
| 5/16/2018 | Work on Second Amended Complaint Discuss case w/ MBG and GMT Call local counsel w/ MBG | Jennings, Jeffrey | 1.60 | $480.00 |
| 5/16/2018 | Work on Second Amended Complaint | Jennings, Jeffrey | 1.00 | $300.00 |
| 5/16/2018 | Edit Second Amended Complaint Email MBG | Jennings, Jeffrey | 2.40 | $720.00 |
| 05/18/2018 | Research & emails re response to defendants' objection to court order re motion to dismiss | Chappell, Milton L | 0.30 | $120.00 |
| 05/18/2018 | Communications with co counsel and SWA and Local 556 counsel re clarification of Judge Scholer order | Gilliam, Matt B | 0.60 | $210.00 |
| 05/21/2018 | Communications with co counsel re SWA request for clarification of order | Gilliam, Matt B | 0.10 | $35.00 |
| 05/31/2018 | Review journal articles on Hawaiian Airlines v Norris and respond to client email | Gilliam, Matt B | 1.50 | $525.00 |
| 06/01/2018 | Disc MBG & JDJ re status, client communications, federal court orders, etc. | Chappell, Milton L | 0.40 | $160.00 |
| 06/06/2018 | Prepare Second Amended Complaint | Gilliam, Matt | 5.10 | $1,785.00 |
| 06/11/2018 | Review case file, facts, and arguments for preparation of second amended complaint | Gilliam, Matt B | 3.20 | $1,120.00 |
| 6/11/2018 | Review email correspondence from SW A counsel regarding motion for leave to file amended complaint. | JW | 0.10 | $37.50 |
| 06/12/2018 | Review case file, facts, and arguments for preparation of second amended complaint; review JDJ draft of second amended complaint; respond to Def SWA email | Gilliam, Matt B | 2.60 | $910.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 6/12/2018 | Review email correspondence from Michele Gherke and Matt Gilliam regarding status of amended pleadings. | JW | 0.10 | $37.50 |
| 06/13/2018 | Review case file, facts, and arguments; preparation of second amended complaint | Gilliam, Matt B | 4.70 | $1,645.00 |
| 6/13/2018 | Receive and review correspondence from plaintiffs counsel to comt. | JW | 0.10 | $37.50 |
| 06/14/2018 | Preparation of second amended complaint | Gilliam, Matt | 5.60 | $1,960.00 |
| 06/15/2018 | Review and revise second-amended complaint; review facts, cases, and arguments for incorporation into amended complaint | Gilliam, Matt B | 3.10 | $1,085.00 |
| 6/15/2018 | Telephone conference with Matt Gilliam regarding motion for leave to amend complaint. | JW | 0.20 | $75.00 |
| 06/17/2018 | Review and revise second-amended complaint; review facts, cases, and arguments for incorporation into amended complaint | Gilliam, Matt B | 4.70 | $1,645.00 |
| 06/18/2018 | Research & edit second amended complaint, emails MBG re same | Chappell, Milton L | 0.70 | $280.00 |
| 06/18/2018 | Prepare second-amended complaint; prepare related documents for filing with stipulation or joint motion; discuss filing strategy | Gilliam, Matt B | 2.40 | $840.00 |
| 6/18/2018 | Review draft motion for leave to file amended complaint and proposed order, along with proposed second amended complaint; email cotTespondence with Matt Gilliam with comments regarding motion and order. | JW | 0.70 | $262.50 |
| 06/19/2018 | Research & edit stipulation for filing second amended complaint, disc MBG re same & 2d amended complaint, emails | Chappell, Milton L | 0.70 | $280.00 |
| 06/19/2018 | Prepare second-amended complaint; prepare related documents for filing with stipulation or joint motion; discuss filing strategy; send proposed documents to defendants for stipulation | Gilliam, Matt B | 5.30 | $1,855.00 |
| 6/19/2018 | Telephone calls with Matt Gilliam regarding strategy for motion for leave to amend complaint to add Title VII claim and potential alternatives; review draft stipulation for filing of amended complaint. | JW | 0.40 | $150.00 |
| 06/20/2018 | Contact defs counsel re second amended complaint filing | Gilliam, Matt B | 0.10 | $35.00 |
| 06/22/2018 | Contact defs counsel re second amended complaint filing; review filing strategy | Gilliam, Matt B | 0.40 | $140.00 |
| 6/22/2018 | Draft new complaint | Jennings, Jeffrey | 0.50 | $150.00 |
| 6/22/2018 | Draft new complaint re Title VII claim Email MBG | Jennings, Jeffrey | 3.60 | $1,080.00 |
| 6/22/2018 | Telephone calls with Matt Gilliam regarding filing of Title VII claim and motion for leave to amend complaint. | JW | 0.20 | $75.00 |
| 06/24/2018 | Prepare second amended complaint and related documents for filing | Gilliam, Matt B | 0.90 | $315.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 06/25/2018 | Review and file second amended complaint and related documents for filing | Gilliam, Matt B | 1.00 | $350.00 |
| 6/25/2018 | Receive and review Stipulation for file amended complaint and filed amended complaint; calculate and docket Defendants' response date; email correspondence with Matt Gilliam regarding filing of amended complaint. | JW | 0.50 | $187.50 |
| 06/27/2018 | communicate with client | Gilliam, Matt | 0.10 | $35.00 |
| 7/10/2018 | Receive and review Southwest's motion to dismiss second amended complaint, brief in support, and appendix in support, and determine and calendar response due date; receive and review Southwest's correspondence to court with proposed order on motion to dismiss. | JW | 1.00 | $375.00 |
| 7/11/2018 | Receive and review TWU's motion to dismiss first amended complaint, and determine and calendar response due date. | JW | 0.40 | $150.00 |
| 07/12/2018 | Review local rules re filing response following motion to dismiss of amended complaint; confirm with local counsel | Gilliam, Matt B | 0.90 | $315.00 |
| 07/13/2018 | Communicate with client re medical issues and documentation for damages related to the claims | Gilliam, Matt B | 0.30 | $105.00 |
| 7/13/2018 | Correspondence with Matthew Gilliam and Milton Chappell regarding responses to motions to dismiss. | JW | 0.40 | $150.00 |
| 07/17/2018 | Research and write response to SWA Second MTD | Gilliam, Matt B | 6.50 | $2,275.00 |
| 07/19/2018 | Research and write response to SWA Second MTD | Gilliam, Matt B | 7.00 | $2,450.00 |
| 07/20/2018 | Research and write response to SWA Second MTD | Gilliam, Matt B | 4.20 | $1,470.00 |
| 07/21/2018 | Research and write response to SWA Second MTD | Gilliam, Matt B | 2.40 | $840.00 |
| 7/22/2018 | Research for opposition to SWA MTD | Jennings, Jeffrey | 3.90 | $1,170.00 |
| 07/23/2018 | Research and write response to SWA Second MTD | Gilliam, Matt B | 7.40 | $2,590.00 |
| 7/23/2018 | Research for opposition to SWA MTD | Jennings, Jeffrey | 1.80 | $540.00 |
| 7/23/2018 | Research for opp to SWA MTD | Jennings, Jeffrey | 0.30 | $90.00 |
| 7/23/2018 | Research for opposition to SWA MTD Discuss case w/ MBG | Jennings, Jeffrey | 3.20 | $960.00 |
| 07/24/2018 | Research and write response to SWA Second MTD | Gilliam, Matt B | 8.60 | $3,010.00 |
| 7/24/2018 | Work on brief opp SWA MTD | Jennings, Jeffrey | 0.40 | $120.00 |
| 7/24/2018 | Work on brief | Jennings, Jeffrey | 0.50 | $150.00 |
| 7/24/2018 | Work on brief Email Bruce for advice | Jennings, Jeffrey | 3.10 | $930.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 07/25/2018 | Research and write response to SWA Second MTD | Gilliam, Matt B | 10.20 | $3,570.00 |
| 07/25/2018 | parking | Jenkins & Watkins | | $12.00 |
| 7/25/2018 | Work on brief opp SWA MTD | Jennings, Jeffrey | 0.80 | $240.00 |
| 7/25/2018 | Work on brief opp SWA MTD | Jennings, Jeffrey | 0.40 | $120.00 |
| 7/25/2018 | Work on brief | Jennings, Jeffrey | 2.10 | $630.00 |
| 7/25/2018 | Work on brief | Jennings, Jeffrey | 0.60 | $180.00 |
| 7/25/2018 | Work on brief | Jennings, Jeffrey | 1.10 | $330.00 |
| 07/26/2018 | Research and write response to SWA Second MTD | Gilliam, Matt B | 10.10 | $3,535.00 |
| 7/26/2018 | Research/work on brief in response to Local 556 | Jennings, Jeffrey | 1.00 | $300.00 |
| 7/26/2018 | Work on brief opp SWA MTD | Jennings, Jeffrey | 0.90 | $270.00 |
| 7/26/2018 | Work on brief opp SWA MTD | Jennings, Jeffrey | 1.60 | $480.00 |
| 7/26/2018 | Work on brief opp SWA MTD | Jennings, Jeffrey | 1.20 | $360.00 |
| 7/26/2018 | Work on brief opp SWA MTD | Jennings, Jeffrey | 0.20 | $60.00 |
| 7/26/2018 | Work on brief opp SWA MTD Emails to MBG and MLC | Jennings, Jeffrey | 0.40 | $120.00 |
| 07/27/2018 | Research and write response to SWA Second MTD | Gilliam, Matt B | 7.10 | $2,485.00 |
| 07/28/2018 | Research and write response to SWA Second MTD | Gilliam, Matt B | 10.30 | $3,605.00 |
| 07/29/2018 | Research & edit response to second MTD, emails MBG re same | Chappell, Milton L | 2.80 | $1,120.00 |
| 07/29/2018 | Research and write response to SWA Second MTD | Gilliam, Matt B | 10.50 | $3,675.00 |
| 7/29/2018 | Discuss brief strategy w/ MBG Work on brief in resp to SWA | Jennings, Jeffrey | 3.30 | $990.00 |
| 7/29/2018 | Work on brief in response to SWA MTD | Jennings, Jeffrey | 2.00 | $600.00 |
| 7/29/2018 | Work on brief in resp to SWA MTD | Jennings, Jeffrey | 2.00 | $600.00 |
| 07/30/2018 | Revise and file response to SWA Second MTD | Gilliam, Matt | 15.90 | $5,565.00 |
| 7/30/2018 | work on brief in resp to SWA MTD | Jennings, Jeffrey | 3.20 | $960.00 |
| 7/30/2018 | work on brief responding to SWA MTD | Jennings, Jeffrey | 0.90 | $270.00 |
| 7/30/2018 | Work on brief in response to SWA MTD | Jennings, Jeffrey | 0.50 | $150.00 |
| 7/30/2018 | Work on brief in response to SWA MTD | Jennings, Jeffrey | 0.30 | $90.00 |

APP. 0037

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 7/30/2018 | Review and revise brief in response to SWA's motion to dismiss; telephone call and email con-espondence with Matt Gilliam regarding brief. | JW | 1.30 | $487.50 |
| 07/31/2018 | Research and revise response to Local 556 Second MTD | Gilliam, Matt B | 7.70 | $2,695.00 |
| 7/31/2018 | Receive and review filed copy of response to SWA's motion to dismiss and brief in support. | JW | 0.30 | $112.50 |
| 08/01/2018 | Edit opposition to union's MTD, disc & emal MBG re same | Chappell, Milton L | 0.90 | $360.00 |
| 08/01/2018 | Finalize and file response to L556 MTD | Gilliam, Matt | 11.80 | $4,130.00 |
| 8/1/2018 | Edit response brief to union?s MTD Discuss case w/ MBG Email BNC | Jennings, Jeffrey | 3.50 | $1,050.00 |
| 8/1/2018 | Review and revise brief in response to TWU Local 556's motion to dismiss, and communication with co-counsel regarding suggested revisions. | JW | 1.20 | $450.00 |
| 8/2/2018 | Receive and review filed copy of Plaintiffs Response to TWU's Motion to Dismiss, and Brief in Support of Response. | JW | 0.20 | $75.00 |
| 08/03/2018 | Organize files and evidence for the case; case management | Gilliam, Matt B | 0.30 | $105.00 |
| 08/08/2018 | Case management; organize and plan discovery and case strategy | Gilliam, Matt B | 0.30 | $105.00 |
| 8/14/2018 | Receive and review SW A's reply brief in support of motion to dismiss; Receive and review TWU's reply brief in support of motion to dismiss. | JW | 0.60 | $225.00 |
| 8/15/2018 | Review multiple email correspondence with SWA counsel regarding scheduling of hearing on motion to dismiss. | JW | 0.20 | $75.00 |
| 08/16/2018 | Communicate with counsel re scheduling oral arguments on motions to dismiss | Gilliam, Matt B | 0.20 | $70.00 |
| 8/20/2018 | Review multiple email correspondence among counsel regarding scheduling of hearing on pending motions. | JW | 0.40 | $150.00 |
| 08/22/2018 | Communicate with counsel re scheduling oral arguments on motions to dismiss | Gilliam, Matt B | 0.10 | $35.00 |
| 8/23/2018 | Review correspondence among counsel regarding scheduling hearing on motion to dismiss. | JW | 0.20 | $75.00 |
| 09/24/2018 | Communications with client re status of the case | Gilliam, Matt | 0.10 | $35.00 |
| 10/04/2018 | Review Local 556 and SWA Replies in Motion to Dismiss briefing | Gilliam, Matt B | 0.80 | $280.00 |
| 10/09/2018 | Communications with all attorneys and client re rescheduling due to SWA hearing conflicts | Gilliam, Matt B | 0.20 | $70.00 |
| 10/9/2018 | Receive and review court order scheduling hearing on pending motions to dismiss and docket same; review multiple email correspondence among all counsel regarding rescheduling of hearing. | JW | 0.30 | $112.50 |
| 10/10/2018 | Prepare for Motion to Dismiss hearing; outline argument; review cases | Gilliam, Matt B | 1.90 | $665.00 |
| 10/10/2018 | Review email correspondence regarding rescheduling of hearing. | JW | 0.10 | $37.50 |

APP. 0038

| | | | | |
|---|---|---|---|---|
| 10/11/2018 | Receive and review court order resetting hearing on pending motions to October 29. | JW | 0.10 | $37.50 |
| 10/12/2018 | Prepare for Motion to Dismiss hearing; make preparations and travel arrangements for hearing; communications with client and JDJ about hearing planning | Gilliam, Matt B | 1.00 | $350.00 |
| 10/16/2018 | Receive and review order resetting motion hearing. | JW | 0.10 | $37.50 |
| 10/17/2018 | Review correspondence from counsel regarding hearing reset. | JW | 0.10 | $37.50 |
| 10/18/2018 | Communications with client about hearing dates and plans | Gilliam, Matt B | 0.10 | $35.00 |
| 10/19/2018 | Communication with client about hearing dates and plans; scheduling MBG moot court with MLC and JDJ | Gilliam, Matt B | 0.10 | $35.00 |
| 10/19/2018 | Review correspondence from counsel regarding rescheduling motion hearing. | JW | 0.10 | $37.50 |
| 10/22/2018 | Review multiple correspondence among counsel and court regarding resetting date for motion hearing; receive and review court order resetting date. | JW | 0.30 | $112.50 |
| 11/25/2018 | Flight to Dallas for hearing | Gilliam, Matt | | $351.96 |
| 12/03/2018 | Prepare for hearing on company and union motions to dismiss; reviewing briefs, researching and reviewing cases | Gilliam, Matt B | 3.40 | $1,190.00 |
| 12/04/2018 | Prepare for hearing on company and union motions to dismiss; reviewing briefs, researching and reviewing cases | Gilliam, Matt B | 4.40 | $1,540.00 |
| 12/05/2018 | Prepare for hearing on company and union motions to dismiss; reviewing briefs, researching and reviewing cases | Gilliam, Matt B | 3.40 | $1,190.00 |
| 12/06/2018 | Prepare for hearing on company and union motions to dismiss; reviewing briefs, researching and reviewing cases | Gilliam, Matt B | 6.40 | $2,240.00 |
| 12/07/2018 | Prepare for hearing on company and union motions to dismiss; reviewing briefs, researching and reviewing cases | Gilliam, Matt B | 2.90 | $1,015.00 |
| 12/09/2018 | Prepare for hearing on company and union motions to dismiss; reviewing briefs, researching and reviewing cases | Gilliam, Matt B | 2.90 | $1,015.00 |
| 12/10/2018 | Prepare for hearing on company and union motions to dismiss; reviewing briefs, researching and reviewing cases | Gilliam, Matt B | 1.10 | $385.00 |
| 12/11/2018 | Prepare for hearing on company and union motions to dismiss; reviewing briefs, researching and reviewing cases | Gilliam, Matt B | 9.30 | $3,255.00 |
| 12/11/2018 | Review briefs/prep to second chair oral argument Discuss case with MBG | Jennings, Jeffrey | 1.10 | $330.00 |
| 12/12/2018 | Prepare for hearing on company and union motions to dismiss; reviewing briefs, researching and reviewing cases | Gilliam, Matt B | 6.60 | $2,310.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 12/12/2018 | Email correspondence with opposing counsel and cocounsel regarding Southwest's motion to withdraw and substitute counsel. | JW | 0.10 | $37.50 |
| 12/13/2018 | Food expense (12/13-14/18) Iron Cactus Dallas MBG, JDJ, client and client guest dinner while traveling for hearing | Gilliam, Matt B | | $93.69 |
| 12/13/2018 | Travel to Dallas for hearing on company and union motions to dismiss; meet with client; prepare for hearing by reviewing briefs, outline, and cases | Gilliam, Matt B | 6.90 | $2,415.00 |
| 12/13/2018 | Receive and review unopposed motion for substitution of counsel for Southwest. | JW | 0.10 | $37.50 |
| 12/14/2018 | hotel expenses while traveling to Dallas for hearing (12/13-14/18) | Gilliam, Matt B | | $158.79 |
| 12/14/2018 | Prepare for hearing by reviewing briefs, outline, and cases; attend hearing on motions to dismiss; discuss hearing with co counsel and client | Gilliam, Matt B | 11.50 | $4,025.00 |
| 12/14/2018 | Second chair MBG's oral argument at federal court hearing re MTD | Jennings, Jeffrey | 3.00 | $900.00 |
| 12/17/2018 | Airline expense for Federal Court Hearing (12/14-17/2018) | Jennings, Jeffrey | | $238.96 |
| 12/17/2018 | Hotel expense for Federal Court Hearing (12/14-17/2018) | Jennings, Jeffrey | | $155.16 |
| 12/17/2018 | Food expense for Federal Court Hearing (12/14-17/2018) | Jennings, Jeffrey | | $29.59 |
| 12/17/2018 | Mileage and Parking expense for Federal Court Hearing (12/14-17/2018) | Jennings, Jeffrey | | $40.62 |
| 12/18/2018 | Communications with co counsel JDJ re litigation and case strategy; communications with client re hearing, mediation, and case issues | Gilliam, Matt B | 2.30 | $805.00 |
| 12/18/2018 | Discuss oral argument/case strategy with MBG | Jennings, Jeffrey | 0.50 | $150.00 |
| 12/21/2018 | Receive an<f review court minute- entry regarding hearing on motions to dismiss. | JW | 0.10 | $37.50 |
| 12/24/2018 | Emails re oral argument, mediator search | Chappell, Milton L | 0.20 | $80.00 |
| 01/02/2019 | Updating revised scheduling order; reviewing updated judge requirements and local rules | Gilliam, Matt B | 3.10 | $1,085.00 |
| 1/2/2019 | Correspondence with Matt Gilliam with detailed comments regarding mediator selection. | JW | 0.50 | $187.50 |
| 1/3/2019 | Email MBG and MLC re mediation strategy | Jennings, Jeffrey | 0.30 | $90.00 |
| 1/3/2019 | Review correspondence with counsel regarding revised scheduling order. | JW | 0.10 | $37.50 |
| 01/07/2019 | Scheduling order research, matters & emails | Chappell, Milton L | 0.20 | $80.00 |
| 01/07/2019 | Updating revised scheduling order and review with co-counsel; discuss potential mediators with co-counsel; communicate with client about potential mediators; send proposed revisions to scheduling order to counsel for SWA and L556 | Gilliam, Matt B | 5.00 | $1,750.00 |
| 1/7/2019 | Discuss mediation and scheduling order with Matt | Jennings, Jeffrey | 0.20 | $60.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 1/7/2019 | Review proposed revised scheduling order and correspondence with Matt Gilliam regarding same; correspondence with Matt Gilliam regarding mediators. | JW | 0.50 | $187.50 |
| 01/08/2019 | Phone call conversations with SWA counsel Michele Gehrke about scheduling order proposal and scheduling issues; communications with client about mediation and mediators; research and evaluate mediator options | Gilliam, Matt B | 5.50 | $1,925.00 |
| 01/09/2019 | Mediator and mediation issues, emails re same, research | Chappell, Milton L | 0.30 | $120.00 |
| 01/09/2019 | Review and analyze mediation issues with co-counsel; review SWA revisions to proposed scheduling order and propose additional revisions | Gilliam, Matt B | 5.20 | $1,820.00 |
| 1/9/2019 | Discuss case w/ MBG re mediation strategy | Jennings, Jeffrey | 0.50 | $150.00 |
| 1/9/2019 | Phone call with MBG and opposing counsel re scheduling order and mediation<br>Discuss case w/ MBG | Jennings, Jeffrey | 1.10 | $330.00 |
| 1/9/2019 | Receive and review Southwest's revisions and comments to proposed revised scheduling order; telephone conference with Matt Gilliam regarding mediation and scheduling order. | JW | 0.40 | $150.00 |
| 01/10/2019 | Edit draft mediation order, emails co-counsel re same | Chappell, Milton L | 0.30 | $120.00 |
| 01/10/2019 | Resolve differences over additional revisions to revised scheduling order with opposing counsel for L556 and SWA; review and discuss revision issues and differences with co- counsel; finalize and file joint revised scheduling order | Gilliam, Matt B | 2.80 | $980.00 |
| 1/10/2019 | Review MBG?s edits to scheduling order, email MBG | Jennings, Jeffrey | 0.10 | $30.00 |
| 1/10/2019 | Review changes to proposed revised scheduling order and multiple correspondence regarding same; receive and review filed copy of proposed revised scheduling order. | JW | 0.40 | $150.00 |
| 01/14/2019 | Prepare and submit proposed order for revisions to scheduling order; communications with opposing counsel re same. | Gilliam, Matt B | 0.10 | $35.00 |
| 1/14/2019 | Review email correspondence with counsel and court regarding proposed scheduling order. | JW | 0.10 | $37.50 |
| 01/23/2019 | Review case strategy; analyze and manage upcoming case litigation issues; communications with client about case | Gilliam, Matt B | 1.40 | $490.00 |
| 01/25/2019 | Review Supreme Court litigation re Title VII issues and analyze relevance to case | Gilliam, Matt B | 0.10 | $35.00 |
| 02/01/2019 | Email co counsel about scheduling order and mediation; conversation with JDJ about scheduling order and mediation | Gilliam, Matt B | 2.70 | $945.00 |
| 2/1/2019 | Review Court?s opinion on MTD Discuss same with MBG | Jennings, Jeffrey | 1.00 | $300.00 |

APP. 0041

| 2/1/2019 | Review court memorandum opinion and order on motions to dismiss; receive and review court's revised scheduling order and trial setting, and mediation order. | JW | 0.8 | $300.00 |
|---|---|---|---|---|
| | | | | **$237,172.07** |

APP. 0042