## Fees for Plaintiff's First Motion to Compel

| Date | Narrative | Attorney | Hours | Amount |
| --- | --- | --- | --- | --- |
| 09/01/2020 | Researching and drafting SWA motion to compel; review SWA supplemental letter re sanctions and discuss with co counsel | Gilliam, Matt B | 7.3 | $2,555.00 |
| 09/08/2020 | Researching and drafting SWA Motion to Compel | Gilliam, Matt B | 4.6 | $1,610.00 |
| 09/09/2020 | Researching and drafting SWA Motion to Compel | Gilliam, Matt B | 3.9 | $1,365.00 |
| 09/10/2020 | Researching and drafting SWA Motion to Compel | Gilliam, Matt B | 6.4 | $2,240.00 |
| 09/11/2020 | Researching and drafting SWA Motion to Compel; reviewing L556 response to motion to compel; discussing SWA motion to compel with co counsel; reviewing and editing JDJ letter to client about documents | Gilliam, Matt B | 6.5 | $2,275.00 |
| 09/14/2020 | Researching and drafting SWA Motion to Compel; reviewing L556 response to motion to compel with client; discussing status of case with client | Gilliam, Matt B | 9.3 | $3,255.00 |
| 09/15/2020 | Researching and drafting SWA Motion to Compel; reviewing Court order setting hearing | Gilliam, Matt B | 6.4 | $2,240.00 |
| 09/16/2020 | Researching and drafting SWA Motion to Compel; emailing L556 counsel about meeting in advance of hearing; emailing Correll re SWA discovery issues | Gilliam, Matt B | 4.4 | $1,540.00 |
| 09/17/2020 | Researching and drafting SWA Motion to Compel; schedule discovery meeting with L556 counsel | Gilliam, Matt B | 4.1 | $1,435.00 |
| 09/22/2020 | Researching, drafting, and revising Southwest motion to compel; preparing appendix | Gilliam, Matt B | 5.7 | $1,995.00 |
| 09/23/2020 | Researching, drafting, and revising Southwest motion to compel; preparing appendix; reviewing Court order and discussing order with client | Gilliam, Matt B | 8.1 | $2,835.00 |
| 09/24/2020 | Researching, drafting, and revising Southwest motion to compel; preparing appendix; discussing settlement with Local 556 and SWA; communicating with client about settlement discussions | Gilliam, Matt B | 7.5 | $2,625.00 |
| 09/25/2020 | Researching, drafting, and revising Southwest motion to compel; preparing appendix | Gilliam, Matt B | 6.2 | $2,170.00 |
| 09/29/2020 | Researching, drafting, and revising Southwest motion to compel; preparing appendix; preparing for SWA discovery issues meeting; discussing discovery issues and status of case with client | Gilliam, Matt B | 10.5 | $3,675.00 |
| 09/30/2020 | Researching, drafting, and revising Southwest motion to compel; preparing appendix | Gilliam, Matt B | 6.3 | $2,205.00 |
| 10/01/2020 | Researching, drafting, and revising Southwest motion to compel; preparing appendix; communications with local counsel re case discovery issues; emailing Local 556 about discovery issues and planning | Gilliam, Matt B | 7.1 | $2,485.00 |
| 10/02/2020 | Researching, drafting, and revising Southwest motion to compel; preparing appendix | Gilliam, Matt B | 8.6 | $3,010.00 |
| 10/05/2020 | Researching, drafting, and revising Southwest motion to compel; preparing appendix; case management; discussing and analyzing motion to extend deadlines to complete fact discovery; emailing Local 556 and SWA re discovery issues | Gilliam, Matt B | 6.3 | $2,205.00 |
| 10/06/2020 | Researching, drafting, and revising Southwest motion to compel; preparing appendix | Gilliam, Matt B | 10.0 | $3,500.00 |
| 10/07/2020 | Researching, drafting, and revising Southwest motion to compel; preparing appendix; meeting with Local 556 re discovery issues (1.8) | Gilliam, Matt B | 8.4 | $2,940.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 10/08/2020 | Revising Southwest motion to compel; appendix | Gilliam, Matt B | 5.1 | $1,785.00 |
| 10/09/2020 | Revising Southwest motion to compel; appendix; preparing email to SWA re discovery issues | Gilliam, Matt B | 6.0 | $2,100.00 |
| 10/13/2020 | Reviewing SWA motion to compel strategy; discussing discovery issues and strategy with co counsel; responding to SWA questions about Carter discovery responses | Gilliam, Matt B | 9.4 | $3,290.00 |
| 10/14/2020 | Revising SWA motion to compel and appendix; discovery issue communications with SWA; discussing case updates and SWA discovery issues with client; reviewing client info for responsiveness to SWA discovery requests | Gilliam, Matt B | 12.7 | $4,445.00 |
| 10/21/2020 | Revising and updating SWA motion to compel and appendix based on continuing discussions and narrowing of issues | Gilliam, Matt B | 7.6 | $2,660.00 |
| 10/22/2020 | Revising and updating SWA motion to compel and appendix based on continuing discussions and narrowing of issues; incorporating co counsel edits to motion to compel documents | Gilliam, Matt B | 8.5 | $2,975.00 |
| 10/23/2020 | Revising and updating SWA motion to compel and appendix based on continuing discussions and narrowing of issues; preparing for SWA depositions; analyzing case strategy and planning | Gilliam, Matt B | 9.7 | $3,395.00 |
| 10/24/2020 | Revising and updating SWA motion to compel and appendix based on continuing discussions and narrowing of issues | Gilliam, Matt B | 6.4 | $2,240.00 |
| 10/25/2020 | Revising and updating SWA motion to compel and appendix based on continuing discussions and narrowing of issues | Gilliam, Matt B | 3.6 | $1,260.00 |
| 10/27/2020 | Preparing for ES deposition; reviewing SWA subpoenas for Carter medical records and analyzing same with co counsel; revising and updating SWA motion to compel and appendix based on continuing discussions and narrowing of issues; drafting motion to extend discovery deadlines | Gilliam, Matt B | 10.7 | $3,745.00 |
| 10/28/2020 | Preparing for MJ deposition; reviewing SWA subpoenas for Carter medical records and analyzing same with co counsel; revising and updating SWA motion to compel and appendix based on continuing discussions and narrowing of issues | Gilliam, Matt B | 10.5 | $3,675.00 |
| 10/29/2020 | Preparing for ME deposition and SWA 30b6 deposition; reviewing SWA subpoenas for Carter medical records and analyzing same with co counsel; communicating with SWA and co counsel re discovery disputes; revising and updating SWA motion to compel and appendix based on continuing discussions and narrowing of issues | Gilliam, Matt B | 9.2 | $3,220.00 |
| 11/07/2020 | Drafting motion to extend discovery deadlines; revising Southwest motion to compel based on continuing discussion of issues | Gilliam, Matt B | 7.9 | $2,765.00 |
| 11/10/2020 | Revising SWA motion to compel based on continuing discussion of discovery issues; reviewing and revising Local 556 deposition notice and 30b6 topics for examination | Gilliam, Matt B | 8.0 | $2,800.00 |
| 11/11/2020 | Revising SWA motion to compel and appendix based on continuing discussion of discovery issues; preparing Carter supplemental production to SWA responses | Gilliam, Matt B | 9.7 | $3,395.00 |
| 11/12/2020 | Revising SWA motion to compel and appendix based on continuing discussion of discovery issues; preparing Carter supplemental production to SWA responses; preparing for Carter client deposition; communications with client about case updates | Gilliam, Matt B | 13.3 | $4,655.00 |

| Date | Narrative | Attorney | Hours | Amount |
|---|---|---|---|---|
| 11/13/2020 | Finalizing and filing SWA motion to compel and appendix; preparing Carter supplemental production to SWA responses | Gilliam, Matt B | 12.1 | $4,235.00 |
| 12/05/2020 | Preparing reply to SWA motion to compel | Gilliam, Matt B | 4.4 | $1,540.00 |
| 12/07/2020 | Preparing reply to SWA motion to compel | Gilliam, Matt B | 12.7 | $4,445.00 |
| 12/08/2020 | Revising reply to SWA motion to compel | Gilliam, Matt B | 11.4 | $3,990.00 |
| 12/09/2020 | Revising and filing reply to SWA motion to compel | Gilliam, Matt B | 12.5 | $4,375.00 |
| 12/10/2020 | Communicating with local counsel about hearing on SWA motion to compel | Gilliam, Matt B | 0.5 | $175.00 |
| 12/11/2020 | Preparing for hearing and verifying that hearing would take place; attend hearing by zoom | Gilliam, Matt B | 6.4 | $2,240.00 |
| | | | | $117,565.00 |

| Date | Narrative | Attorney | Hours | Amount |
|---|---|---|---|---|
| 10/21/2020 | Research & edit motion to compel, emails re same | Chappell, Milton L | 0.9 | $360.00 |
| 10/23/2020 | Research, emails & p/c MBG re status & strategy of discovery, depositions & motion to compel | Chappell, Milton L | 1.3 | $520.00 |
| 10/26/2020 | Research & emails re status & strategy of discovery, depositions, motion to compel | Chappell, Milton L | 0.6 | $240.00 |
| 10/27/2020 | Research, emails & p//c MBG & JDJ re status & strategy for discovery, depositions & motion to compel, especially new SWA Rule 45 sub to client's doctors | Chappell, Milton L | 2.7 | $1,080.00 |
| 12/11/2020 | Disc MBG & JDJ re status & strategy for oral argument re motion to compel SWA discovery | Chappell, Milton L | 0.3 | $120.00 |
| | | | | $2,320.00 |

| Date | Narrative | Attorney | Hours | Amount |
|---|---|---|---|---|
| 9/21/2020 | Prep for motion to compel hearing; discuss same with MBG | Jennings, Jeffrey | 1.5 | $450.00 |
| 10/8/2020 | Edit motion to compel | Jennings, Jeffrey | 2.0 | $600.00 |
| 10/9/2020 | Edit motion to compel against Southwest | Jennings, Jeffrey | 1.2 | $360.00 |
| 10/22/2020 | Edit motion to compel | Jennings, Jeffrey | 1.0 | $300.00 |
| 11/11/2020 | Work on motion to compel; send edits to Matt | Jennings, Jeffrey | 0.9 | $270.00 |
| 12/9/2020 | Work on reply brief | Jennings, Jeffrey | 1.0 | $300.00 |
| 12/9/2020 | Work on reply brief | Jennings, Jeffrey | 0.5 | $150.00 |
| 12/11/2020 | Hearing on motion to compel | Jennings, Jeffrey | 0.5 | $150.00 |
| | | | | $2,580.00 |

APP. 0064

| Date | Narrative | Attorney | Hours | Amount |
|---|---|---|---|---|
| 10/21/2020 | Review correspondence with Matt Gilliam regarding motion to compel. | JW | 0.1 | $37.50 |
| 10/23/2020 | Review draft of motion to compel and suggested revisions from Milton Chappell and Jeff Jennings (.8); call with Matt Gilliam regarding deposition subpoenas, motion to compel and procedures for upcoming depositions (.5); attention to witness fees for deposition subpoenas (.2). | JW | 1.5 | $562.50 |
| 11/11/2020 | Review and revise drafts of motion to compel and brief in support, and emails with Matt Gilliam regarding same. | JW | 1.2 | $450.00 |
| 11/12/2020 | Telephone call with Matt Gilliam regarding motion to compel and other discovery issues. | JW | 0.2 | $75.00 |
| 11/16/2020 | Receive and review filed motion to compel, brief in support, and appendix in support, and calendar response deadline. | JW | 0.4 | $150.00 |
| 11/25/2020 | Telephone call with Matt Gilliam regarding discovery and deposition update and motion to compel. | JW | 0.5 | $187.50 |
| | | | | $1,462.50 |
| **Total Expended on First Motion to Compel Against Southwest** | | | | **$123,927.50** |