## Fees for Plaintiff's Second Motion to Compel

| Date | Narrative | Attorney | Hours | Amount |
|---|---|---|---|---|
| 07/12/2021 | Revising and updating L556 MSJ; preparing MTC against SWA | Gilliam, Matt | 7.1 | $2,485.00 |
| 07/15/2021 | Preparing SWA MTC; reviewing and analyzing L556 discovery | Gilliam, Matt | 8.3 | $2,905.00 |
| 07/20/2021 | Preparing SWA Second MTC | Gilliam, Matt | 6.3 | $2,205.00 |
| 07/21/2021 | Preparing SWA Second MTC; preparing L556 MSJ | Gilliam, Matt | 11.9 | $4,165.00 |
| 07/22/2021 | Preparing SWA Second MTC | Gilliam, Matt | 9.7 | $3,395.00 |
| 07/23/2021 | Preparing SWA Second MTC; reviewing L556 document production | Gilliam, Matt B | 6.2 | $2,170.00 |
| 07/25/2021 | Preparing SWA motion to compel, brief, appendix, exhibits, motion to file under seal, and proposed orders | Gilliam, Matt B | 5.4 | $1,890.00 |
| 07/26/2021 | Preparing SWA Second MTC; reviewing L556 document production | Gilliam, Matt B | 8.0 | $2,800.00 |
| 07/27/2021 | Communicating with local counsel about SWA MTC filing; preparing motion to file documents under seal; preparing supporting documents for motion to compel including motion and appendix; corresponding with L556 and SWA about confidentiality designations and filing under seal | Gilliam, Matt B | 7.3 | $2,555.00 |
| 07/28/2021 | Preparing SWA Second MTC brief, appendix, and supporting documents for filing | Gilliam, Matt B | 10.7 | $3,745.00 |
| 07/29/2021 | Preparing SWA Second MTC brief, appendix, and supporting documents for filing | Gilliam, Matt B | 12.5 | $4,375.00 |
| 07/30/2021 | Preparing and filing SWA Second MTC brief, appendix, and supporting documents for filing | Gilliam, Matt B | 13.9 | $4,865.00 |
| 10/20/2021 | Preparing SWA MTC Reply | Gilliam, Matt | 5.2 | $1,820.00 |
| 10/21/2021 | Preparing SWA MTC Reply | Gilliam, Matt | 5.5 | $1,925.00 |
| 10/22/2021 | Preparing SWA MTC Reply | Gilliam, Matt | 5.7 | $1,995.00 |
| 10/23/2021 | Preparing SWA MTC Reply | Gilliam, Matt | 5.5 | $1,925.00 |
| 10/24/2021 | Preparing SWA MTC Reply | Gilliam, Matt | 6.8 | $2,380.00 |
| 10/25/2021 | Preparing SWA MTC Reply; reading and reviewing SWA proposed joint motion for continuance; approving draft of motion | Gilliam, Matt B | 13.3 | $4,655.00 |
| 10/26/2021 | Preparing, finalizing, and filing SWA MTC Reply | Gilliam, Matt | 9.9 | $3,465.00 |
| 11/15/2021 | Prepare for hearing on motion to compel | Gilliam, Matt | 1.9 | $665.00 |
| 11/17/2021 | Prepare for hearing on motion to compel | Gilliam, Matt | 2.7 | $945.00 |
| 11/19/2021 | Communicating with client about decision on motion to compel | Gilliam, Matt | 0.1 | $35.00 |
| 11/23/2021 | Reviewing prospects for filing objections to magistrate judge order denying motion to compel | Gilliam, Matt B | 0.2 | $70.00 |
| 12/02/2021 | Reviewing standard of review for magistrate discovery motion to compel ruling; evaluating and discussing potential appeal with co counsel | Gilliam, Matt B | 0.5 | $175.00 |
| 12/09/2021 | Reviewing standard of review for magistrate discovery motion to compel ruling; evaluating and discussing potential appeal; communicating with client re case status | Gilliam, Matt B | 0.9 | $315.00 |
| | | | | $57,925.00 |

APP. 0066

| Date | Narrative | Attorney | Hours | Amount |
|---|---|---|---|---|
| 06/29/2021 | Disc MBG re status & strategy of further discovery, motions to compel, & needed evidence for SJ motions | Chappell, Milton L | 1.6 | $640.00 |
| 07/15/2021 | Disc MBG re status & strategy of motion to compel against SWA | Chappell, Milton L | 0.3 | $120.00 |
| 07/26/2021 | Research, disc MBG & edit motion to compel discovery, emails re same | Chappell, Milton L | 2.3 | $920.00 |
| 07/27/2021 | Further rev & emails re motion to compel, disc MGB re same | Chappell, Milton L | 0.6 | $240.00 |
| 10/13/2021 | Disc MBG re status & strategy for reply brief to SWA arguments | Chappell, Milton L | 0.3 | $120.00 |
| 10/19/2021 | Emails re status & strategy of reply brief | Chappell, Milton L | 0.1 | $40.00 |
| | | | | $2,080.00 |

| Date | Narrative | Attorney | Hours | Amount |
|---|---|---|---|---|
| 7/27/2021 | Email with Matt Gilliam regarding filing of Southwest spreadsheet under seal; review emails with opposing counsel regarding filing of motion to compel. | JW | 0.2 | $75.00 |
| 7/30/2021 | Review motion to seal, motion to compel discovery and brief in support; emails and telephone call with Matt Gilliam regarding motion to seal and motion to compel. | JW | 1.3 | $487.50 |
| 9/7/2021 | Telephone call with Matt Gilliam regarding filing motion to compel. | JW | 0.1 | $37.50 |
| 9/8/2021 | Receive and review Carter's filed public and sealed version of second motion to compel, brief in support, and appendix in support; determine and calendar Southwest's response due date. | JW | 0.4 | $150.00 |
| 9/15/2021 | Receive and review court order striking SWA's supplemental MSJ and court order of reference of motion to compel. | JW | 0.1 | $15.00 |
| 10/6/2021 | Receive and review court order regarding extension of response date for motion to compel and setting hearing on motion; calendar deadlines regarding motion and upcoming hearing. | JW | 0.2 | $75.00 |
| 10/13/2021 | Review Southwest's filed response to Carter's second motion to compel and Southwest's appendix in support of response. | JW | 0.5 | $187.50 |
| 11/6/2021 | Check status of upcoming hearing on motion to compel, and email with Matt Gilliam regarding logistics for handling of hearing. | JW | 0.1 | $37.50 |
| 11/19/2021 | Receive and review court order on second motion to compel. | JW | 0.3 | $112.50 |
| 12/2/2021 | Telephone call with Matt Gilliam regarding issue of appeal of magistrate judge's order on motion to compel. | JW | 0.3 | $112.50 |
| | | | | $1,290.00 |

| | | |
|---|---|---|
| **Total Expended on Second Motion to Compel Against Southwest** | | **$61,295.00** |