## Fees for Plaintiff's Motion for Summary Judgment

| Date | Narrative | Attorney | Hours | Amount |
|---|---|---|---|---|
| 02/22/2021 | Disc MBG re status & strategy of SJ motion & related papers | Chappell, Milton L | 0.40 | $160.00 |
| 03/01/2021 | Disc MBG re status & strategy of summary judgment | Chappell, Milton L | 0.80 | $320.00 |
| 03/02/2021 | Disc MBG re status & strategy of summary judgment arguments & status of law re same | Chappell, Milton L | 0.60 | $240.00 |
| 03/11/2021 | Disc MBG re status & strategy of SJ motion, affidavits & potential witnesses | Chappell, Milton L | 0.40 | $160.00 |
| 03/15/2021 | Disc MBG re status & strategy of SJ arguments | Chappell, Milton L | 0.40 | $160.00 |
| 04/09/2021 | Disc MBG re status & strategy of summary judgment arguments | Chappell, Milton L | 0.30 | $120.00 |
| 04/14/2021 | Disc MBG re status & strategy of summary judgment argument re relief for RLA claim and status & srategy of Title VII claim in general | Chappell, Milton L | 0.00 | $0.00 |
| 04/19/2021 | Disc MBG re summary judgment status, strategy, arguments & review/edit schedule; protective order & filing under seal matters | Chappell, Milton L | 0.60 | $240.00 |
| 04/27/2021 | Research, disc & email re protective order & status & strategy of SJ motion & related memorandum | Chappell, Milton L | 0.50 | $200.00 |
| 04/29/2021 | Emails & disc MBG re status & strategy of SJ memorandum, scheduling edits & rev, arguments & protective order | Chappell, Milton L | 0.60 | $240.00 |
| 04/30/2021 | Research & edit SJ memorandum re union; disc MBG re same, emails re same | Chappell, Milton L | 6.70 | $2,680.00 |
| 02/15/2022 | Rev extension filing, disc MBG re status & strategy of response & redaction & filing of SJ documents | Chappell, Milton L | 0.70 | $280.00 |
| 02/16/2022 | Disc MBG re redaction issues & filing SJ documents | Chappell, Milton L | 0.20 | $80.00 |
| 02/18/2022 | Disc MBG re status & strategy of filing of redacted exhibits and SJ briefs & replies & SWA atty responses | Chappell, Milton L | 0.30 | $120.00 |
| | | | | $5,000.00 |

| Date | Narrative | Attorney | Hours | Amount |
|---|---|---|---|---|
| 01/28/2021 | Researching case law supporting summary judgment arguments and reviewing legal arguments | Gilliam, Matt B | 3.00 | $1,050.00 |
| 02/12/2021 | Outlining L556 and SWA MSJ legal arguments and evidence | Gilliam, Matt | 3.50 | $1,225.00 |
| 02/16/2021 | Outlining L556 and SWA MSJ legal arguments and evidence | Gilliam, Matt | 6.70 | $2,345.00 |
| 02/17/2021 | Outlining and drafting SWA MSJ legal arguments and evidence | Gilliam, Matt | 6.60 | $2,310.00 |
| 02/18/2021 | Outlining and drafting SWA MSJ legal arguments and evidence | Gilliam, Matt | 5.60 | $1,960.00 |
| 02/19/2021 | Researching undue hardship argument for SWA MSJ; reviewing and editing JDJ motion to withdraw | Gilliam, Matt B | 1.10 | $385.00 |
| 02/22/2021 | Outlining and drafting SWA MSJ legal arguments and evidence | Gilliam, Matt | 3.40 | $1,190.00 |
| 02/23/2021 | Outlining and drafting SWA MSJ legal arguments and evidence; reviewing and editing JDJ motion to withdraw | Gilliam, Matt B | 6.80 | $2,380.00 |
| 02/24/2021 | Outlining and drafting L556 MSJ legal arguments and evidence | Gilliam, Matt | 4.30 | $1,505.00 |
| 02/25/2021 | Outlining and drafting SWA MSJ legal arguments and evidence | Gilliam, Matt | 6.10 | $2,135.00 |
| 02/26/2021 | Researching SWA MSJ legal arguments and evidence | Gilliam, Matt | 5.70 | $1,995.00 |
| 03/01/2021 | Researching L556 MSJ legal arguments and evidence | Gilliam, Matt | 8.30 | $2,905.00 |
| 03/02/2021 | Evidence review for MSJs | Gilliam, Matt | 2.90 | $1,015.00 |
| 03/04/2021 | Evidence review for MSJs | Gilliam, Matt | 7.10 | $2,485.00 |

APP. 0068

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 03/05/2021 | Evidence review for MSJs | Gilliam, Matt | 4.50 | $1,575.00 |
| 03/08/2021 | Evidence review for MSJs | Gilliam, Matt | 8.30 | $2,905.00 |
| 03/09/2021 | Outlining and drafting L556 MSJ legal arguments and evidence | Gilliam, Matt | 9.00 | $3,150.00 |
| 03/10/2021 | Analyzing disparate treatment evidence for response and MSJ legal arguments | Gilliam, Matt B | 5.90 | $2,065.00 |
| 03/11/2021 | Outlining and drafting MSJ legal arguments and evidence | Gilliam, Matt | 9.10 | $3,185.00 |
| 03/12/2021 | Outlining and drafting MSJ legal arguments and evidence | Gilliam, Matt | 6.70 | $2,345.00 |
| 03/15/2021 | Researching and drafting MSJ legal arguments and evidence for SWA and L556 | Gilliam, Matt B | 8.10 | $2,835.00 |
| 03/16/2021 | Researching and drafting MSJ legal arguments and evidence for SWA and L556 | Gilliam, Matt B | 5.70 | $1,995.00 |
| 03/18/2021 | MSJ strategy discussion with co counsel; researching and drafting MSJs for SWA and L556 | Gilliam, Matt B | 3.00 | $1,050.00 |
| 03/19/2021 | Researching and drafting MSJ legal arguments and evidence for SWA and L556 | Gilliam, Matt B | 7.40 | $2,590.00 |
| 03/22/2021 | Researching and drafting MSJ legal arguments and evidence for SWA and L556 | Gilliam, Matt B | 5.10 | $1,785.00 |
| 03/23/2021 | Researching and drafting MSJ legal arguments and evidence for SWA and L556 | Gilliam, Matt B | 6.50 | $2,275.00 |
| 03/24/2021 | Researching and drafting MSJ legal arguments and evidence for SWA and L556 | Gilliam, Matt B | 3.70 | $1,295.00 |
| 03/29/2021 | Researching and drafting L556 MSJ and organizing evidence | Gilliam, Matt | 8.30 | $2,905.00 |
| 03/30/2021 | Researching and drafting L556 MSJ Brief and preparing statements of material fact | Gilliam, Matt B | 10.20 | $3,570.00 |
| 03/31/2021 | Researching and drafting L556 MSJ Brief and preparing statements of material fact | Gilliam, Matt B | 8.70 | $3,045.00 |
| 04/01/2021 | Researching and drafting L556 MSJ Brief and preparing statements of material fact | Gilliam, Matt B | 4.30 | $1,505.00 |
| 04/02/2021 | Drafting SWA and L556 MSJ Briefs and preparing statements of material fact; communications with client | Gilliam, Matt B | 6.20 | $2,170.00 |
| 04/05/2021 | Drafting SWA and L556 MSJ Briefs and preparing statements of material fact | Gilliam, Matt B | 5.60 | $1,960.00 |
| 04/06/2021 | Drafting SWA and L556 MSJ Briefs and preparing statements of material fact | Gilliam, Matt B | 6.40 | $2,240.00 |
| 04/07/2021 | Drafting SWA and L556 MSJ Briefs and preparing statements of material fact | Gilliam, Matt B | 7.30 | $2,555.00 |
| 04/08/2021 | Drafting SWA and L556 MSJ Briefs and preparing statements of material fact | Gilliam, Matt B | 8.30 | $2,905.00 |
| 04/09/2021 | Drafting SWA and L556 MSJ Briefs and preparing statements of material fact | Gilliam, Matt B | 9.80 | $3,430.00 |
| 04/11/2021 | Drafting SWA and L556 MSJ Briefs and preparing statements of material fact | Gilliam, Matt B | 2.50 | $875.00 |
| 04/12/2021 | Drafting SWA and L556 MSJ Briefs and preparing statements of material fact | Gilliam, Matt B | 9.00 | $3,150.00 |
| 04/13/2021 | Drafting SWA and L556 MSJ Briefs and preparing statements of material fact | Gilliam, Matt B | 6.90 | $2,415.00 |
| 04/14/2021 | Drafting SWA and L556 MSJ Briefs and preparing statements of material fact | Gilliam, Matt B | 10.50 | $3,675.00 |
| 04/15/2021 | Drafting SWA and L556 MSJ Briefs and preparing statements of material fact | Gilliam, Matt B | 7.30 | $2,555.00 |
| 04/16/2021 | Drafting SWA and L556 MSJ Briefs and preparing statements of material fact | Gilliam, Matt B | 11.80 | $4,130.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 04/17/2021 | Drafting SWA and L556 MSJ Briefs and preparing statements of material fact | Gilliam, Matt B | 3.40 | $1,190.00 |
| 04/18/2021 | Drafting SWA and L556 MSJ Briefs and preparing statements of material fact | Gilliam, Matt B | 3.40 | $1,190.00 |
| 04/19/2021 | Drafting SWA and L556 MSJ Briefs and preparing statements of material fact | Gilliam, Matt B | 11.00 | $3,850.00 |
| 04/20/2021 | Drafting SWA and L556 MSJ Briefs and preparing statements of material fact | Gilliam, Matt B | 9.70 | $3,395.00 |
| 04/21/2021 | Drafting SWA and L556 MSJ Briefs and preparing statements of material fact | Gilliam, Matt B | 10.10 | $3,535.00 |
| 04/22/2021 | Drafting SWA and L556 MSJ Briefs and preparing statements of material fact | Gilliam, Matt B | 10.80 | $3,780.00 |
| 04/23/2021 | Drafting SWA and L556 MSJ Briefs and preparing statements of material fact | Gilliam, Matt B | 10.20 | $3,570.00 |
| 04/24/2021 | Drafting SWA and L556 MSJ Briefs and preparing statements of material fact | Gilliam, Matt B | 9.10 | $3,185.00 |
| 04/25/2021 | Drafting SWA and L556 MSJ Briefs and preparing statements of material fact | Gilliam, Matt B | 5.50 | $1,925.00 |
| 04/26/2021 | Drafting SWA and L556 MSJ Briefs and preparing statements of material fact | Gilliam, Matt B | 12.00 | $4,200.00 |
| 04/27/2021 | Drafting SWA and L556 MSJ Briefs and preparing statements of material fact | Gilliam, Matt B | 11.40 | $3,990.00 |
| 04/28/2021 | Drafting SWA and L556 MSJ Briefs and preparing statements of material fact | Gilliam, Matt B | 13.60 | $4,760.00 |
| 04/29/2021 | Drafting SWA and L556 MSJ Briefs and preparing statements of material fact | Gilliam, Matt B | 13.80 | $4,830.00 |
| 04/30/2021 | Drafting SWA and L556 MSJ Briefs and preparing statements of material fact | Gilliam, Matt B | 14.10 | $4,935.00 |
| 05/01/2021 | Preparing MSJ appendix, motions to file under seal, MSJ, and editing brief | Gilliam, Matt B | 9.80 | $3,430.00 |
| 05/02/2021 | Preparing MSJ appendix, motions to file under seal, MSJ, Carter affidavit and editing brief | Gilliam, Matt B | 16.50 | $5,775.00 |
| 05/03/2021 | Preparing MSJ appendix, motions to file under seal, MSJ, Carter affidavit and editing brief | Gilliam, Matt B | 13.70 | $4,795.00 |
| 05/04/2021 | Preparing MSJ appendix, motions to file under seal, MSJ, Carter affidavit and editing brief | Gilliam, Matt B | 18.10 | $6,335.00 |
| 05/05/2021 | Editing MSJ brief; reviewing Court order and opinion extending discovery deadline | Gilliam, Matt B | 8.10 | $2,835.00 |
| 05/06/2021 | Conducting additional research for MSJ briefs | Gilliam, Matt | 1.70 | $595.00 |
| 06/16/2021 | Further editing of MSJ against SWA; conducting additional research of legal issues | Gilliam, Matt B | 7.70 | $2,695.00 |
| 06/17/2021 | Further editing of MSJ against SWA; conducting additional research of legal issues | Gilliam, Matt B | 3.80 | $1,330.00 |
| 06/18/2021 | Further editing of MSJ against SWA; conducting additional research of legal issues | Gilliam, Matt B | 4.00 | $1,400.00 |
| 06/21/2021 | Researching speech cases for MSJs against SWA and L556 | Gilliam, Matt | 0.50 | $175.00 |
| 06/23/2021 | Further editing of MSJ against SWA; conducting additional research of legal issues | Gilliam, Matt B | 5.80 | $2,030.00 |
| 07/07/2021 | Evaluating and planning outcome of discovery dispute meetings; preparing MSJ against SWA | Gilliam, Matt B | 5.40 | $1,890.00 |
| 07/08/2021 | Revising and updating L556 MSJ | Gilliam, Matt | 4.10 | $1,435.00 |
| 07/09/2021 | Revising and updating L556 MSJ | Gilliam, Matt | 5.70 | $1,995.00 |

| Date | Narrative | Attorney | Hours | Amount |
|---|---|---|---|---|
| 07/12/2021 | Revising and updating L556 MSJ; preparing MTC against SWA | Gilliam, Matt | 7.10 | $2,485.00 |
| 08/18/2021 | Preparing and updating L556 MSJ | Gilliam, Matt | 9.40 | $3,290.00 |
| 08/19/2021 | Preparing and updating L556 and SWA MSJs | Gilliam, Matt | 7.10 | $2,485.00 |
| 08/20/2021 | Preparing and updating L556 and SWA MSJs | Gilliam, Matt | 6.00 | $2,100.00 |
| 08/28/2021 | Preparing SWA and Local 556 MSJ Brief and Appendix | Gilliam, Matt | 9.00 | $3,150.00 |
| 08/29/2021 | Preparing SWA and Local 556 MSJ Brief and Appendix | Gilliam, Matt | 5.00 | $1,750.00 |
| 08/31/2021 | Preparing L556 and SWA MSJ | Gilliam, Matt | 13.30 | $4,655.00 |
| 09/01/2021 | Preparing MSJ, appendix, brief, motion to file under seal, proposed orders and exhibits for filing | Gilliam, Matt B | 13.10 | $4,585.00 |
| 09/02/2021 | Preparing, finalizing, and filing MSJ, appendix, brief, motion to file under seal, proposed orders and exhibits for filing | Gilliam, Matt B | 16.10 | $5,635.00 |
| 10/05/2021 | Reading SWA and L556 Responses; outlining SWA MSJ reply | Gilliam, Matt | 5.60 | $1,960.00 |
| 10/06/2021 | Reading SWA and L556 Responses; outlining SWA MSJ reply | Gilliam, Matt | 1.10 | $385.00 |
| 10/07/2021 | Preparing SWA MSJ reply | Gilliam, Matt | 7.90 | $2,765.00 |
| 10/10/2021 | Preparing SWA MSJ reply | Gilliam, Matt | 8.30 | $2,905.00 |
| 10/12/2021 | Preparing SWA MSJ reply | Gilliam, Matt | 11.40 | $3,990.00 |
| 10/13/2021 | Preparing SWA MSJ reply | Gilliam, Matt | 9.80 | $3,430.00 |
| 10/14/2021 | Preparing L556 MSJ reply | Gilliam, Matt | 11.60 | $4,060.00 |
| 10/15/2021 | Preparing SWA MSJ reply | Gilliam, Matt | 12.10 | $4,235.00 |
| 10/16/2021 | Preparing SWA MSJ reply | Gilliam, Matt | 13.70 | $4,795.00 |
| 10/17/2021 | Preparing SWA and L556 MSJ Replies | Gilliam, Matt | 12.40 | $4,340.00 |
| 10/18/2021 | Preparing, finalizing, and filing SWA and L556 MSJ Replies | Gilliam, Matt | 15.30 | $5,355.00 |
| 02/04/2022 | Reviewing SWA redacted appendix exhibits to be filed with MSJ materials | Gilliam, Matt B | 1.60 | $560.00 |
| 02/07/2022 | Reviewing SWA redacted appendix exhibits to be filed with MSJ materials; prepare outline of issues re redactions and communicating issues to SWA | Gilliam, Matt B | 2.00 | $700.00 |
| 02/11/2022 | Phone call conversation with SWA counsel re SWA motion to extend trial date; redacting exhibits for MSJ materials that should have been redacted by TWU L556 | Gilliam, Matt B | 4.30 | $1,505.00 |
| 02/14/2022 | Communications with SWA counsel re SWA motion to extend trial date; redacting exhibits for MSJ materials; preparing notice of compliance for filing with court | Gilliam, Matt B | 1.30 | $455.00 |
| 02/15/2022 | Redacting exhibits for MSJ materials and preparing and organizing all MSJ materials for filing | Gilliam, Matt B | 7.10 | $2,485.00 |
| 02/16/2022 | Redacting exhibits for MSJ materials and preparing and organizing all MSJ materials for filing; revising notice of compliance | Gilliam, Matt B | 5.40 | $1,890.00 |
| 02/17/2022 | Filing MSJ briefs and redacted exhibits and filing notice of compliance; communications with client re case status | Gilliam, Matt B | 2.20 | $770.00 |
| | | | | $258,790.00 |

| Date | Narrative | Attorney | Hours | Amount |
|---|---|---|---|---|
| 8/27/2021 | Review local rules and court order regarding summary judgment motions; email with Matt Gilliam regarding summary judgment motion procedures. | JW | 0.10 | $37.50 |
| 8/31/2021 | Telephone call with Matt Gilliam regarding summary judgment motion filing procedures and logistics. | JW | 0.40 | $150.00 |
| 8/31/2021 | Review applicable rules and procedures for filing nondocumentary materials in support of summary judgment motion; prepare filing materials and transmittal correspondence to clerk. | JW | 0.90 | $337.50 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 9/1/2021 | Telephone call with Matt Gilliam regarding motion for summary judgment filing rules and procedures (.5); review draft of brief in support of motion for summary judgment (.8); work on submission of video files(.1); email correspondence with Matt Gilliam regarding TWU request for motion to extend (.2). | JW | 1.60 | $600.00 |
| 9/2/2021 | Receive and review TWU's motion to extend MSJ deadline (.2); emails with Matt Gilliam regarding MSJ filings (.2); work on preparing submission of video in separate filing (.8); receive and review Southwest's motion for summary judgment, brief, and appendix in support (.8). | JW | 2.00 | $0.00 |
| 9/3/2021 | Attention to submission of video files for filing in connection with Motion for Summary Judgment; receive and review court order granting MSJ extension. | JW | 0.60 | $225.00 |
| 9/7/2021 | Receive and review Plaintiffs filed MSJ and supporting documents, and docket MSJ response dates. | JW | 0.40 | $150.00 |
| 9/9/2021 | Receive and review filing confirmation of manually filed portion of MSJ Appendix. | JW | 0.10 | $37.50 |
| 10/5/2021 | Receive and review Southwest's and TWU's responses and briefs to Carter's motion for summary judgment; docket reply due date. | JW | 0.60 | $225.00 |
| 10/18/2021 | Review drafts of reply briefs in support of motion for summary judgment. | JW | 0.80 | $300.00 |
| 2/9/2022 | Telephone call with Matt Gilliam and review email correspondence between counsel regarding compliance with court order regarding motion to seal; receive and review court email with instructions summary judgment motion. | JW | 0.60 | $225.00 |
| 2/17/2022 | Receive and review re-filed motion for summary judgment briefs and appendices per court order, and notice to court regarding compliance with order. | JW | 0.30 | $112.50 |
| 3/1/2022 | Review court order regarding Southwest's summary judgment motion. | JW | 0.10 | $37.50 |
| | | | | $2,437.50 |
| | **Total Fees For Plaintiff's MSJ** | | | **$266,227.50** |