# Summary of Food and Lodging

| Date | Meal Expense Narrative | (Doc-Page) | Amount |
|---|---|---|---|
| 6/1/2017 | Meal with JDJ & Charlene Carter | 378-96 | $ 78.49 |
| 10/5/2017 | Dinner with JDJ, MBG and client Charlene Carter | 378-96 | $ 104.39 |
| 12/13/2018 | Food expense (12/13-14/18) Iron Cactus Dallas MBG, JDJ, client and client guest dinner while traveling for hearing | 378-97 | $ 93.69 |
| 7/3/2022 | Mi Cocina RW - MBG and Charlene Carter 7/3 dinner while preparing for trial | 378-98 | $ 69.05 |
| 7/6/2022 | Nola Brasserie - MBG and client Charlene Carter 7/6 dinner while attending trial | 378-99 | $ 73.30 |
| | | | $ 418.92 |

| Date | Hotel Expense Narrative | (Doc-Page) | Amount |
|---|---|---|---|
| 7/2/2022 | Hilton Dallas Rockwall - Lodging for client Charlene Carter while preparing for trial | 378-98 | $ 640.71 |
| 7/15/2022 | Crowne Plaza Downtown - Lodging for client Charlene Carter while attending Dallas trial | 378-99 | $ 1,734.30 |
| | | | $ 2,375.01 |

| | | |
|---|---|---|
| | **Total Meal & Lodging Expense** | $ 2,793.93 |