## Summary of Costs for Video Deposition Services

| Date | Expense - Narrative | (Doc-Page) | Amount |
|---|---|---|---|
| 11/17/2020 | Videographer for Maureen Emlet deposition | 378-97 | $ 912.50 |
| 11/17/2020 | Videographer for Denise Gutierrez deposition | 378-97 | $ 612.50 |
| 11/17/2020 | Videographer for Meggan Jones deposition | 378-97 | $ 702.50 |
| 11/19/2020 | Videographer for Mike Sims/30(b)(6) deposition | 378-97 | $ 1,760.00 |
| 11/19/2020 | Videographer for Ed Schneider deposition | 378-97 | $ 855.00 |
| 7/25/2022 | Video sychronization | 378-99 | $ 2,679.19 |
| No Date | North Texas Legal Video (Lacore, Conlon, Cleburn) | 378-255 | $ 1,609.00 |
|  |  |  | $ 9,130.69 |

APP. 0074