## Summary of Costs for Expedited Services

| Expense - Narrative | (Doc-Page) | Itemized/Not Itemized | Amount |
|---|---|---|---|
| Service - Audrey Lee Stone (Rush Fee) | 379-15 | Itemized | $ 180.00 |
| Service - (Rush Fee) | 379-16 | Not itemized | $ 134.85 |
| Transcript Copy - Expedited | 379-19 | Itemized | $ 256.80 |
| Service - Naomi Hudson (Rush Fee) | 379-33 | Itemized | $ 45.00 |
| Service - Sonya Lacore (Rush Fee) | 379-38 | Itemized | $ 45.00 |
| Service - Mike Sims (Rush Fee) | 379-50 | Itemized | $ 35.00 |
| Deposition - Melissa Burdine (Expedited) | 379-52 | Not itemized | $ 1,276.00 |
| Deposition - Nancy Cleburn (Expedited) | 379-53 | Not itemized | $ 932.00 |
| Deposition - Brendan Conlon (Expedited) | 379-54 | Not itemized | $ 1,191.00 |
| Cert. Nonappearance - Brett Nevarez (Expedited) | 379-56 | Not itemized | $ 750.00 |
| Deposition - Brian Talburt (Expedited) | 379-58 | Not itemized | $ 3,372.75 |
| "PCP" - Rush Services | 379-60 | Itemized | $ 525.00 |
| Service - Brett Nevarez (Rush Fee) | 379-61 | Itemized | $ 175.00 |
| | | | $ 8,918.40 |