## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | Civil Case No. 3:17-cv-02278-X |

### [Proposed] Order Denying Defendant Southwest Airlines Co.'s Renewed Motion for Judgment As A Matter of Law Pursuant to Rule 50(b); or, in the alternative, for New Trial Pursuant to Rule 59(a); or, in the alternative, for Remittitur

Before the Court is Defendant Southwest Airlines Co.'s Renewed Motion for Judgment As A Matter of Law Pursuant to Rule 50(b); or, in the alternative, for New Trial Pursuant to Rule 59(a); or, in the alternative, for Remittitur, and Plaintiff's Response to Defendant Southwest Airlines Co.'s Motion. After considering the Motion and Response, the Court finds that Defendant Southwest Airlines Co.'s Motion should be denied in its entirety.

IT IS THEREFORE ORDERED that Defendant Southwest Airlines Co.'s Motion for Judgment As A Matter of Law Pursuant to Rule 50(b); or, in the alternative, for New Trial Pursuant to Rule 59(a); or, in the alternative, for Remittitur, is hereby DENIED.

SIGNED on _____, 2023.

_____
Brantley Starr
United States District Judge