# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-10008

---

Charlene Carter,

*Plaintiff—Appellee*,

*versus*

Local 556, Transport Workers Union of America,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:17-CV-2278

_____

## UNPUBLISHED ORDER

Before King, Jones, and Smith, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellee's unopposed motion for limited remand to the Northern District Court of Texas, Dallas Division for the limited purpose of allowing it to rule on pending post-judgment motions is GRANTED.