UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:17-CV-2278-X |
| TRANSPORT WORKERS UNION | § | |
| OF AMERICA, LOCAL 556, and | § | |
| SOUTHWEST AIRLINES CO., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER SETTING SHOW-CAUSE HEARING AND REQUIRING DISCOVERY

Charlene Carter moves to find Southwest Airlines Co. ("Southwest") in contempt. [Doc. 382]. The Court will hold a show-cause hearing on May 16, 2023 at 2:00 PM to determine whether Southwest, its employees, or its counsel should be held in contempt and sanctioned for violating the Court's orders (1) not to discriminate against flight attendants' religious practices and beliefs expressed on social media, (2) not to discriminate against Carter's speech protected by the Railway Labor Act, and (3) to inform Southwest flight attendants that, under Title VII, it "may not" discriminate against Southwest flight attendants for their religious practices and beliefs.[1]

In preparation for that hearing, Carter requests and the Court **ORDERS** that Southwest produce the following discovery by April 28, 2023:

---

[1] Doc. 374 at 29–31.

1

1. Identify for the Court and Carter's counsel all persons involved in crafting or approving the Recent Court Decision notice[2] or the IIOTG Memorandum,[3] whether employees, attorneys or other persons;

2. Produce all communications relating to the Recent Court Decision notice and the IIOTG Memorandum to Carter's counsel, and a privilege log as to any communications for which a privilege is asserted; and

3. Provide all drafts of the Recent Court Decision notice and the IIOTG Memorandum to Carter's counsel, and a privilege log as to any communications for which a privilege is asserted.

Carter may file a brief describing the impact of any evidence Southwest produces on Carter's motion for contempt by May 5, 2023. Southwest may provide a brief in response by May 12, 2023.

**IT IS SO ORDERED** this 10th day of April, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[2] Doc. 383-2 at 2.

[3] Doc. 383-3 at 2.