UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | | |
|---|---|---|
| CHARLENE CARTER, | § § § § | Civil Case No. 3:17-cv-02278-X |
| Plaintiff, | § § | |
| v. | § § | |
| SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556, | § § § § § § | |
| Defendants. | § § | |

**DEFENDANT SOUTHWEST AIRLINES CO.'S SHOW-CAUSE
NOTIFICATION PLEADING**

Defendant Southwest Airlines Co. ("Southwest"), pursuant to the Court's order of April 10, 2023 ("Show-Cause Order"), files this notice of identification of parties involved in the crafting or approval of Flight Attendant notifications and notice of production of documents, and, in connection therewith would show as follows:

**I.    IDENTIFICATION OF INDIVIDUALS**

The following individuals were involved in the crafting or authorization of the "Recent Court Decision" notice and/or the "Inflight On the Go Memorandum," as those documents are described in the Show-Cause Order:

- Paulo McKeeby, outside counsel;
- Chris Maberry, attorney in Southwest Airlines' in-house legal department;
- Kerrie Forbes, attorney in Southwest Airlines' in-house legal department;
- Kevin Minchey, attorney in Southwest Airlines' in-house legal department;
- Brandy King, Managing Director of Public Relations for Southwest Airlines;
- Mike Sims, Managing Director of Inflight Crew Support & Services for Southwest Airlines;

1

- Rachel Loudermilk, Managing Director of Inflight Base Operations & Employee Engagement for Southwest Airlines;
- Meggan Jones, Senior Manager of Labor Administration in Southwest Airlines' in-house legal department;
- Cindy Hermosillo, Communications Advisor for Southwest Airlines;
- Melissa Ford, Director of Operations and Labor Communications for Southwest Airlines;
- Sonya Lacore, Vice President of Inflight for Southwest Airlines.

## II.   NOTICE REGARDING DOCUMENT PRODUCTION

Southwest also respectfully advises the Court that Southwest, contemporaneous with the filing of this pleading, is also producing to counsel for Plaintiff documents and privilege logs contemplated by the Court's Show Cause Order. Southwest would note that its inside and outside counsel were significantly involved in the drafting and review of the "Recent Court Decision" notice and the "Inflight On the Go Memorandum." As such, most of the email communications related to the preparation of those documents, as well as the drafting of the documents, are privileged as reflected in the privilege log being produced to Plaintiff's counsel.

Dated: April 28, 2023

Respectfully submitted,

*/s/ Paulo B. McKeeby*
Paulo B. McKeeby
State Bar No. 00784571
Brian K. Morris
State Bar No. 24108707
**REED SMITH LLP**
2850 N. Harwood Street
Suite 1500
Dallas, Texas 75201
Phone: 469-680-4200
Facsimile: 469-680-4299
pmckeeby@reedsmith.com
bmorris@reedsmith.com

**ATTORNEYS FOR DEFENDANT SOUTHWEST AIRLINES CO.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been filed via the Court's ECF system and all counsel of record have been served on this 28th day of April, 2023.

*/s/ Paulo B. McKeebye*
Paulo B. McKeeby

US_ACTIVE-172609328.2