UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>　　　　　　Defendants. | Civil Case No. 3:17-cv-02278-X |

**[Proposed] Order Granting Plaintiff Charlene Carter's Motion to Compel Disclosure and Request for *In Camera* Review of Court-ordered Documents from Defendant Southwest Airlines Co.**

Before the Court is Plaintiff Charlene Carter's Motion to Compel Disclosure and Request for *In Camera* Review of Court-ordered Documents from Defendant Southwest Airlines Co. After considering the Motion, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Motion is hereby GRANTED. The Court also RULES and ORDERS as follows:

1. Within seven (7) days from the date of this Order, Defendant Southwest is ORDERED to produce all communications and documents in its privilege log to Plaintiff Carter.

2. [If the Court cannot determine that attorney-client privilege applies] Within seven (7) days from the date of this Order, Defendant Southwest is ORDERED to produce all communications and documents in its privilege log to the Court for *in camera* review so that the Court may determine whether the attorney-client privilege applies and, if it does, whether the crime-fraud exception applies.

1

3.       [If the Court finds that attorney-client privilege applies] Within seven (7) days from the date of this Order, Defendant Southwest is ORDERED to produce all communications and documents in its privilege log to the Court for *in camera* review so that the Court may determine whether the crime-fraud exception applies.

SIGNED on _____, 2023.

_____
Brantley Starr
United States District Judge