UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>    Defendants. | Civil Case No. 3:17-cv-02278-X<br><br>**PLAINTIFF CHARLENE CARTER'S APPENDIX IN SUPPORT OF HER MOTION TO COMPEL DISCLOSURE AND REQUEST FOR *IN CAMERA* REVIEW OF COURT-ORDERED DOCUMENTS FROM DEFENDANT SOUTHWEST AIRLINES CO.** |

**APPENDIX OF EXHIBITS**

1. Southwest's May 4, 2023 Revised Privilege Log ................................................................. 1

2. Attorney Gilliam's May 2, 2023 Email to Attorney McKeeby regarding objections to Southwest's April 28, 2023 Privilege Log ..................................... 4

3. Southwest's April 28, 2023 Privilege Log ........................................................................ 10

4. Southwest Show Cause Order Production ....................................................................... 13

Dated: May 5, 2023       Respectfully submitted,

                /s/ Matthew B. Gilliam
                Mathew B. Gilliam (*admitted pro hac vice*)
                New York Bar No. 5005996
                *mbg@nrtw.org*
                c/o National Right to Work Legal Defense
                Foundation, Inc.
                8001 Braddock Road, Suite 600
                Springfield, Virginia 22160
                Tel: 703-321-8510
                Fax: 703-321-9319

                Bobby G. Pryor
                State Bar No. 16373720

bpryor@pryorandbruce.com
Matthew D. Hill, Of Counsel
State Bar No. 24032296
mhill@pryorandbruce.com
P<small>RYOR</small> & B<small>RUCE</small>
302 N. San Jacinto
Rockwall, TX 75087
Telephone: (972) 771-3933
Facsimile: (972) 771-8343

*Attorneys for Plaintiff Charlene Carter*

## Certificate of Service

I hereby certify that on May 5, 2023, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Matthew B. Gilliam