# EXHIBIT 3

| Privilege Log ||||||||
|---|---|---|---|---|---|---|
| Log No. | Privilege | Doc. Type | Description | Date | To | From |
| 1 | Attorney-Client | Email | Discussions between in-house legal team and Southwest's Communications Department regarding compliance with court order and content of employee communications. | 12/6/2022 | Kerrie Forbes; Kevin Minchey | Brandy King |
| 2 | Attorney-Client | Email | Discussions between in-house legal team and Southwest's Communications Department regarding compliance with court order and content of employee communications; discussion of social media policy changes | 12/9/2022 | Chris Mabery; Kerrie Forbes; Kevin Minchey | Brandy King |
| 3 | Attorney-Client | Email | Discussions between in-house legal team regarding compliance with court order and content of employee communications. | 12/12/2022 | Kevin Minchey; Kerrie Forbes; Brook Patterson; Lauren Bobis Armstrong | Chris Mabery |
| 4 | Attorney-Client | Email | Discussions between in-house legal team regarding compliance with court order and content of employee communications. | 12/12/2022 | Chris Mabery; Kerrie Forbes; Brook Patterson; Lauren Bobis Armstrong | Kevin Minchey |
| 5 | Attorney-Client | Email | Discussions between in-house legal team regarding compliance with court order and content of employee communications. | 12/12/2022 | Kevin Minchey; Kerrie Forbes; Brook Patterson; Lauren Bobis Armstrong | Chris Mabery |
| 6 | Attorney-Client | Email and attachment | Discussions between in-house legal team regarding compliance with court order and content of employee communications; draft communication to employees. | 12/12/2022 | Chris Mabery; Kevin Minchey; Brook Patterson; Lauren Bobis Armstrong | Kerrie Forbes |
| 7 | Attorney-Client | Email | Discussions between in-house legal team regarding compliance with court order and content of employee communications. | 12/12/2022 | Kevin Minchey; Kerrie Forbes; Brook Patterson; Lauren Bobis Armstrong | Chris Mabery |
| 8 | Attorney-Client | Email and attachment | Discussions between outside counsel and in-house legal team regarding compliance with court order and content of employee communications; draft communication to employees. | 12/12/2022 | Chris Mabery; Brook Patterson; Lauren Bobis Armstrong | Paulo McKeeby |
| 9 | Attorney-Client | Email and attachment | Discussions between in-house legal team regarding compliance with court order and content of employee communications; draft communications to employees. Discussions between in-house legal team and Southwest's Communications Department regarding compliance with court order and content of employee communications. | 12/12/2022 | Brook Patterson; Lauren Bobis Armstrong | Chris Mabery |
| 10 | Attorney-Client | Email | Discussions between in-house legal team and Southwest's Communications Department regarding compliance with court order and content of employee communications. | 12/12/2022 | Brandy King; Kerrie Forbes; Kevin Minchey | Chris Mabery |
| 11 | Attorney-Client | Email | Discussions between in-house legal team and Southwest's Communications Department regarding compliance with court order and content of employee communications. | 12/12/2022 | Chris Mabery; Kerrie Forbes; Kevin Minchey | Brandy King |
| 12 | Attorney-Client | Email | Discussions between in-house legal team and Southwest's Communications Department regarding compliance with court order and content of employee communications. | 12/12/2022 | Brandy King; Kerrie Forbes; Kevin Minchey | Chris Mabery |
| 13 | Attorney-Client | Email and attachment | Discussions between in-house and outside counsel regarding compliance with court order and content of employee communications; draft communication to employees. | 12/12/2022 | Chris Mabery; Lauren Bobis Armstrong; Brook Patterson | Paulo McKeeby |
| 14 | Attorney-Client | Email | Discussions between in-house and outside counsel regarding status of communications with Local 556 regarding compliance with Court order. | 12/12/2022 | Chris Mabery; Lauren Bobis Armstrong; Brook Patterson; Brian Morris | Paulo McKeeby |
| 15 | Attorney-Client | Email | Communication between in-house and outside counsel regarding requirements for compliance with Court order and proposed employee communication in connection with the same. | 12/12/2022 | Paulo McKeeby; Lauren Bobis Armstrong; Brook Patterson; Brian Morris | Chris Mabery |
| 16 | Attorney-Client | Email | Discussions between in-house counsel and Southwest's Communications Department regarding compliance with court order and content of employee communications. | 12/13/2022 | Chris Mabery; Kerrie Forbes; Kevin Minchey | Brandy King |
| 17 | Attorney-Client | Email | Discussions between in-house counsel and Southwest Communications Department regarding compliance with court order and content of employee communications. | 12/13/2022 | Kerrie Forbes; Kevin Minchey; Brandy King | Chris Mabery |
| 18 | Attorney-Client | Email | Discussions between in-house counsel and Southwest's Communications Department regarding compliance with court order and content of employee communications. | 12/13/2022 | Chris Mabery; Kerrie Forbes; Kevin Minchey | Brandy King |
| 19 | Attorney-Client | Email | Discussions between in-house counsel and Southwest Communications Department regarding compliance with court order and content of employee communications. | 12/13/2022 | Kerrie Forbes; Kevin Minchey; Brandy King | Chris Mabery |

**App.10**

| # | Privilege | Type | Description | Date | Recipients | Author |
|---|---|---|---|---|---|---|
| 20 | Attorney-Client | Email | Discussions between in-house counsel and Southwest's Communications Department team regarding compliance with court order and content of employee communications. | 12/13/2022 | Chris Mabery; Kerrie Forbes; Kevin Minchey | Brandy King |
| 21 | Attorney-Client | Email | Communication between in-house counsel regarding propriety of sharing personal employee information to reporter. | 12/13/2022 | Brandy King; Kerrie Forbes; Kevin Minchey | Chris Mabery |
| 22 | Attorney-Client | Email | Communication between in-house counsel regarding propriety of sharing personal employee information to reporter. | 12/13/2022 | Chris Mabery; Kerrie Forbes; Kevin Minchey | Brandy King |
| 23 | Attorney-Client | Email | Communication between in-house and outside counsel regarding requirements for compliance with Court order and proposed employee communication. | 12/13/2022 | Chris Mabery; Lauren Bobis Armstrong; Brook Patterson; Brian Morris | Paulo McKeeby |
| 24 | Attorney-Client | Email | Communication between in-house and outside counsel regarding requirements for compliance with Court order and proposed employee communication. | 12/13/2022 | Paulo McKeeby; Lauren Bobis Armstrong; Brook Patterson; Brian Morris | Chris Mabery |
| 25 | Attorney-Client | Email | Discussions between in-house counsel and Southwest's Communications Department team regarding compliance with court order and content of employee communications. | 12/16/2022 | Brook Patterson; Brandy King | Chris Mabery |
| 26 | Attorney-Client | Email | Discussions between in-house counsel and Southwest's Communications Department team regarding compliance with court order and content of employee communications. | 12/16/2022 | Chris Mabery; Brook Patterson | Brandy King |
| 27 | Attorney-Client | Email | Discussions between in-house counsel and Southwest's Communications Department team regarding compliance with court order and content of employee communications. | 12/16/2022 | Chris Mabery; Brook Patterson | Chris Mabery |
| 28 | Attorney-Client | Email | Discussions between in-house legal team regarding compliance with court order and content of employee communications. | 12/16/2022 | Kevin Minchey; Kerrie Forbes; Brook Patterson; Lauren Bobis Armstrong | Chris Mabery |
| 29 | Attorney-Client | Email | Discussions between in-house legal team regarding compliance with court order and content of employee communications; draft communication to employees. | 12/16/2022 | Mike Sims; Rachel Loudermilk; Meggan Jones; Brook Patterson | Chris Mabery |
| 30 | Attorney-Client | Email | Discussions between in-house legal team regarding compliance with court order and content of employee communications. | 12/16/2022 | Chris Mabery; Meggan Jones; Rachel Loudermilk; Brook Patterson | Mike Sims |
| 31 | Attorney-Client | Email | Discussions between in-house legal team regarding compliance with court order and content of employee communications. | 12/16/2022 | Meggan Jones; Mike Sims; Rachel Loudermilk; Brook Patterson | Chris Mabery |
| 32 | Attorney-Client | Email | Discussions between in-house legal team regarding content of communications to employees in light of Court decision | 12/16/2022 | Chris Mabery; Mike Sims; Rachel Loudermilk; Brook Patterson | Meggan Jones |
| 33 | Attorney-Client | Email | Discussions between in-house legal team regarding compliance with court order and content of employee communications. | 12/16/2022 | Mike Sims; Rachel Loudermilk; Meggan Jones; Brook Patterson | Chris Mabery |
| 34 | Attorney-Client | Email | Discussions between in-house legal team regarding compliance with court order and content of employee communications. | 12/16/2022 | Chris Mabery; Kevin Minchey; Brook Patterson; Lauren Bobis Armstrong | Kerrie Forbes |
| 35 | Attorney-Client | Email | Discussions between in-house legal team regarding compliance with court order and content of employee communications. | 12/16/2022 | Kerrie Forbes; Kevin Minchey; Brandy King | Chris Mabery |
| 36 | Attorney-Client | Email | Discussions between in-house legal team regarding compliance with court order and content of employee communications. | 12/16/2022 | Kerrie Forbes; Chris Mabery; Brook Patterson; Lauren Bobis Armstrong | Kevin Minchey |
| 37 | Attorney-Client | Email | Discussions between in-house legal team regarding compliance with court order and content of employee communications. | 12/16/2022 | Kevin Minchey; Kerrie Forbes; Brook Patterson; Lauren Bobis Armstrong | Chris Mabery |
| 38 | Attorney-Client | Email | Communication between in-house and outside counsel regarding status of communications with Local 556 related to compliance with Court order. | 12/16/2022 | Chris Mabery; Brook Patterson | Paulo McKeeby |
| 39 | Attorney-Client | Email and attachment | Discussions between in-house counsel and communications team regarding compliance with court order and content of employee communications; draft communication to employee. | 12/19/2022 | Chris Mabery; Brook Patterson; Melissa Ford | Brandy King |
| 40 | Attorney-Client | Email | Discussions between in-house legal team and Southwest's Communications Department regarding compliance with court order and content of employee communications. | 12/19/2022 | Brandy King; Brook Patterson; Melissa Ford | Chris Mabery |
| 41 | Attorney-Client | Email | Discussions between in-house legal team and Southwest's Communications Department regarding compliance with court order and content of employee communications. | 12/19/2022 | Chris Mabery; Brook Patterson; Melissa Ford | Brandy King |
| 42 | Attorney-Client | Email | Discussions between in-house legal team and Southwest's Communications Department regarding compliance with court order and content of employee communications. | 12/19/2022 | Brandy King; Brook Patterson; Melissa Ford | Chris Mabery |

App.11

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | Attorney-Client | Email | Discussions with in-house legal team and PR regarding compliance with court order and content of employee communications. | 12/19/2022 | Chris Mabery; Brandy King; Brook Patterson | Melissa Ford |
| 44 | Attorney-Client | Email | Discussions between in-house legal team and Southwest's Communications Department regarding compliance with court order and content of employee communications. | 12/19/2022 | Brandy King; Brook Patterson; Melissa Ford | Chris Mabery |
| 45 | Attorney-Client | Email | Discussions with in-house legal team and PR regarding compliance with court order and content of employee communications. | 12/19/2022 | Chris Mabery; Brook Patterson; Melissa Ford | Brandy King |
| 46 | Attorney-Client | Email | Discussions between in-house legal team and Southwest's Communications Department regarding compliance with court order and content of employee communications. | 12/19/2022 | Brandy King; Brook Patterson; Melissa Ford | Chris Mabery |
| 47 | Attorney-Client | Email | Discussions with in-house legal team and PR regarding compliance with court order and content of employee communications. | 12/19/2022 | Chris Mabery; Brook Patterson; Melissa Ford | Brandy King |
| 48 | Attorney-Client | Email and attachment | Communications between in-house and outside counsel regarding form of court-mandated employee communication and compliance with Court order; draft communication to employee. | 12/19/2022 | Paulo McKeeby; Brook Patterson; Lauren Bobis Armstrong | Chris Mabery |
| 49 | Attorney-Client | Email | Communications between in-house legal team regarding status of Court-required communication. | 12/19/2022 | Chris Mabery | Brook Patterson |
| 50 | Attorney-Client | Email | Communication between in-house legal team regarding status of Court-required communication. | 12/19/2022 | Brook Patterson | Chris Mabery |
| 51 | Attorney-Client | Email | Communications between in-house and outside counsel regarding requirements for compliance with Court order. | 12/19/2022 | Chris Mabery; Brook Patterson; Lauren Bobis Armstrong | Paulo McKeeby |
| 52 | Attorney-Client | Email | Communications between in-house and outside counsel regarding requirements for compliance with Court order. | 12/19/2022 | Chris Mabery; Brook Patterson; Lauren Bobis Armstrong | Paulo McKeeby |
| 53 | Attorney-Client | Email | Discussions with in-house legal team regarding status of Court-required employee communication. | 12/20/2022 | Brook Patterson; Lauren Bobis Armstrong | Chris Mabery |
| 54 | Attorney-Client | Email | Discussions between Southwest management employees and in-house legal team regarding Court-required communications to employees. | 12/20/2022 | Sonya Lacore; Mike Sims; Kevin Minchey; Chris Mayberry; Meggan Jones; Melissa Ford | Cindy Hermosillo |
| 55 | Attorney-Client | Email | Discussions between Southwest management employees and in-house legal team regarding Court-required communications to employees. | 12/20/2022 | Sonya Lacore; Mike Sims; Kevin Minchey; Chris Mayberry; Meggan Jones; Melissa Ford | Cindy Hermosillo |
| 56 | Attorney-Client | Email | Discussions between Southwest management employees and in-house legal team regarding Court-required communications to employees. | 12/20/2022 | Cindy Hermosillo; Mike Sims; Kevin Minchey; Chris Mayberry; Meggan Jones; Melissa Ford | Sonya Lacore |
| 57 | Attorney-Client | Email | Discussions between Southwest management employees and in-house legal team regarding Court-required communications to employees. | 12/20/2022 | Sonya Lacore; Mike Sims; Kevin Minchey; Chris Mayberry; Meggan Jones; Melissa Ford | Cindy Hermosillo |
| 58 | Attorney-Client | Email | Discussions between Southwest management employees and in-house legal team regarding Court-required communications to employees. | 12/20/2022 | Cindy Hermosillo; Mike Sims; Kevin Minchey; Chris Mayberry; Meggan Jones; Melissa Ford | Sonya Lacore |
| 59 | Attorney-Client | Email | Discussions between Southwest management employees and in-house legal team regarding Court-required communications to employees. | 12/20/2022 | Cindy Hermosillo; Mike Sims; Kevin Minchey; Chris Mayberry; Meggan Jones; Melissa Ford; Sonya Lacore | Mike Sims |
| 60 | Attorney-Client | Email | Discussions between in-house legal team regarding status of Court-required employee communication. | 12/21/2022 | Brook Patterson; Lauren Bobis Armstrong | Chris Mabery |