# EXHIBIT 4

**From:** Cindy Hermosillo
**Sent:** Monday, December 19, 2022 9:21 AM
**To:** Melissa Ford
**Subject:** RE: Charlene Carter
**Attachments:** IIOTG_12-XX-22.docx

Let me know if you don't see the tracked changes – here's a screenshot just in case:

At the time of the event, Southwest conducted an investigation when an Employee reported receiving what we believed were inappropriate, harassing, and offensive communications from a Cco-worker, including extremely graphic and disturbing visuals that Southwest perceived were in violation of several Company policies. Southwest conducted a thorough investigation and through that process, it was ultimately determined that the Employee who sent the communications did not adhere to Southwest policies and guidelines, resulting in her termination. Although the decision was grieved, the termination was upheld by an arbitrator, who "found the postings and messages to be repulsive and beyond the bounds of civility."

Soon after, the terminated Employee filed a lawsuit and recently, a court entered a judgment in her favor after a jury trial, with requirements that the Company pay monetary damages, distribute communication to Flight Attendants about the ruling, and reinstate her employment with the Company. We are extremely disappointed with the cCourt's ruling and are appealing the decision to the Fifth Circuit Court of Appeals. The Company will implement the judgment as we work through the appeal process and await a final ruling.

On December 5, 2022, a federal court in Dallas entered a judgment against Southwest and Transport Workers Union 556 in connection with a lawsuit alleging, among other things, religious discrimination and interference with rights under the Railway Labor Act. The court ordered us to email you the attached judgment and the jury's verdict. The court also ordered us to inform you that Southwest does not discriminate against our Employees for their religious practices and beliefs, including—but not limited to—those expressed on social media and those concerning abortion.

 Cindy Hermosillo
Should the word "attached" be changed to "above"?

Oh wait, is there going to be an attachment that we c
hyperlink here?

REDACTED appears in the following headers:

**From:** Melissa Ford REDACTED @wnco.com>
**Sent:** Monday, December 19, 2022 9:16 AM
**To:** Cindy Hermosillo REDACTED @wnco.com>
**Subject:** RE: Charlene Carter

Thank you! Can you track the edits? Not sure we can make changes unless they're misspellings, etc.

**From:** Cindy Hermosillo REDACTED @wnco.com>
**Sent:** Monday, December 19, 2022 9:15 AM
**To:** Melissa Ford REDACTED @wnco.com>
**Subject:** RE: Charlene Carter

Attached with minor edits and a comment/question.

**From:** Melissa Ford REDACTED @wnco.com>
**Sent:** Monday, December 19, 2022 9:04 AM
**To:** Cindy Hermosillo REDACTED @wnco.com>
**Subject:** FW: Charlene Carter

*Southwest Airlines has a demonstrated history of supporting our Employees' rights to express their opinions when done in a civil and respectful manner. We have established policies and guidelines that we must all adhere to as we work to create and protect a healthy work environment. We regularly update our policies to make our Employee expectations clear and are currently refreshing our social media policy in response to litigation surrounding an online*

SWA SHOW CAUSE 001

**App.13**

*conversation between Employees that ultimately created unnecessary tension among a workgroup, and, we felt, crossed the boundaries of acceptable behavior.*

*At the time of the event, Southwest conducted an investigation when an Employee reported receiving what we believed were inappropriate, harassing, and offensive communications from a co-worker, including extremely graphic and disturbing visuals that Southwest perceived were in violation of several Company policies. Southwest conducted a thorough investigation and through that process, it was ultimately determined that the Employee who sent the communications did not adhere to Southwest policies and guidelines, resulting in her termination. Although the decision was grieved, the termination was upheld by an arbitrator, who "found the postings and messages to be repulsive and beyond the bounds of civility."*

*Soon after, the terminated Employee filed a lawsuit and recently, a court entered a judgment in her favor after a jury trial, with requirements that the Company pay monetary damages, distribute communication to Flight Attendants about the ruling, and reinstate her employment with the Company. We are extremely disappointed with the Court's ruling and are appealing the decision to the Fifth Circuit Court of Appeals. The Company will implement the judgment as we work through the appeal process and await a final ruling.*

*On December 5, 2022, a federal court in Dallas entered a judgment against Southwest and Transport Workers Union 556 in connection with a lawsuit alleging, among other things, religious discrimination and interference with rights under the Railway Labor Act. The court ordered us to email you the attached judgment and the jury's verdict. The court also ordered us to inform you that Southwest does not discriminate against our Employees for their religious practices and beliefs, including—but not limited to—those expressed on social media and those concerning abortion.*

SWA SHOW CAUSE 002

**App.14**



# Inflight Info on the Go

**News for Inflight Operations Employees**                    December 19, 2022

**TITLE** | *Author Name, Author Title*

Southwest Airlines has a demonstrated history of supporting our Employees' rights to express their opinions when done in a civil and respectful manner. We have established policies and guidelines that we must all adhere to as we work to create and protect a healthy work environment. We regularly update our policies to make our Employee expectations clear and are currently refreshing our social media policy in response to litigation surrounding an online conversation between Employees that ultimately created unnecessary tension among a workgroup, and, we felt, crossed the boundaries of acceptable behavior.

At the time of the event, Southwest conducted an investigation when an Employee reported receiving what we believed were inappropriate, harassing, and offensive communications from a Cco-worker, including extremely graphic and disturbing visuals that Southwest perceived were in violation of several Company policies. Southwest conducted a thorough investigation and through that process, it was ultimately determined that the Employee who sent the communications did not adhere to Southwest policies and guidelines, resulting in her termination. Although the decision was grieved, the termination was upheld by an arbitrator, who "found the postings and messages to be repulsive and beyond the bounds of civility."

Soon after, the terminated Employee filed a lawsuit and recently, a court entered a judgment in her favor after a jury trial, with requirements that the Company pay monetary damages, distribute communication to Flight Attendants about the ruling, and reinstate her employment with the Company. We are extremely disappointed with the cCourt's ruling and are appealing the decision to the Fifth Circuit Court of Appeals. The Company will implement the judgment as we work through the appeal process and await a final ruling.

On December 5, 2022, a federal court in Dallas entered a judgment against Southwest and Transport Workers Union 556 in connection with a lawsuit alleging, among other things, religious discrimination and interference with rights under the Railway Labor Act. The court ordered us to email you the attached judgment and the jury's verdict. The court also ordered us to inform you that Southwest does not discriminate against our Employees for their religious practices and beliefs, including—but not limited to—those expressed on social media and those concerning abortion.

> **Commented [CH1]:** Should the word "attached" be changed to "above"?
>
> Oh wait, is there going to be an attachment that we can hyperlink here?

SWA INTERNAL

*This email communication is intended solely for the information and use of Southwest Airlines Employees and may contain information that is confidential and proprietary in nature. Accordingly, the reproduction, re-transmission, or other dissemination or use of this email (or any information contained in it) is strictly prohibited. If you are not an addressee and/or have received this email communication in error, please advise the sender either by reply email or by telephone and immediately delete this email from any computer and destroy all physical copies.*

| | |
|---|---|
| **From:** | McKeeby, Paulo B. <PMcKeeby@reedsmith.com> |
| **Sent:** | Monday, December 12, 2022 10:31 AM |
| **To:** | Chris Maberry |
| **Cc:** | Lauren Bobis Armstrong; Brook Patterson; Morris, Brian K. |
| **Subject:** | ███████████████████ |

**Caution:** *Sender is from outside SWA. Take caution before opening links/attachments or replying with sensitive data. Learn how to report suspicious emails by searching 'PhishAlarm' on SWALife.*

████████████████████

**Paulo B. McKeeby**
Partner
Labor & Employment

pmckeeby@reedsmith.com
469-680-4227

**Reed Smith LLP**
2850 N. Harwood Street
Suite 1500
Dallas, TX 75201
T: +1 469 680 4200
F: +1 469 680 4299
**www.reedsmith.com**

---

**From:** Ed Cloutman <ecloutman@lawoffices.email>
**Sent:** Monday, December 12, 2022 10:28 AM
**To:** McKeeby, Paulo B. <PMcKeeby@reedsmith.com>; Adam Greenfield <agreenfield@candglegal.com>
**Cc:** Morris, Brian K. <BMorris@reedsmith.com>
**Subject:** Re: Carter judgement

EXTERNAL E-MAIL - From ecloutman@lawoffices.email

Paulo-

My apologies for not responding sooner.  The 556 EB has not made a decision on notice to the 556 membership.  The EB resumes its meeting on Tuesday (tomorrow), so we may have an update during the week.

Ed

Get Outlook for iOS

SWA SHOW CAUSE 004

**App.16**

**From:** McKeeby, Paulo B. <PMcKeeby@reedsmith.com>
**Sent:** Monday, December 12, 2022 10:19:17 AM
**To:** Ed Cloutman <ecloutman@lawoffices.email>; Adam Greenfield <agreenfield@candglegal.com>
**Cc:** Morris, Brian K. <BMorris@reedsmith.com>
**Subject:** RE: Carter judgement

Ed and Adam:  Following up re the below.  Thanks


**Paulo B. McKeeby**
Partner
Labor & Employment

pmckeeby@reedsmith.com
469-680-4227

**Reed Smith LLP**
2850 N. Harwood Street
Suite 1500
Dallas, TX 75201
T: +1 469 680 4200
F: +1 469 680 4299
**www.reedsmith.com**


**From:** Ed Cloutman <ecloutman@lawoffices.email>
**Sent:** Friday, December 9, 2022 3:34 PM
**To:** McKeeby, Paulo B. <PMcKeeby@reedsmith.com>
**Cc:** Adam Greenfield <agreenfield@candglegal.com>; Morris, Brian K. <BMorris@reedsmith.com>
**Subject:** Re: Carter judgement

EXTERNAL E-MAIL - From ecloutman@lawoffices.email

Thanks.  I will call or text tomorrow after the 556 E.Bd. meeting.

Ed

Sent from my iPhone


On Dec 9, 2022, at 2:15 PM, McKeeby, Paulo B. <PMcKeeby@reedsmith.com> wrote:

Ed:  In case you need it over the weekend, my cell number is (214) 274 3799.


**Paulo B. McKeeby**
Partner
Labor & Employment

pmckeeby@reedsmith.com
469-680-4227

SWA SHOW CAUSE 005

**App.17**

**Reed Smith LLP**
2850 N. Harwood Street
Suite 1500
Dallas, TX 75201
T: +1 469 680 4200
F: +1 469 680 4299
**www.reedsmith.com**

---

**From:** McKeeby, Paulo B.
**Sent:** Friday, December 9, 2022 1:11 PM
**To:** 'Ed Cloutman' <ecloutman@lawoffices.email>; Adam Greenfield <agreenfield@candglegal.com>
**Cc:** Morris, Brian K. <BMorris@reedsmith.com>
**Subject:** RE: Carter judgement

I will plan on calling you at 2:00.  The purpose of the call is to discuss the Union's willingness to issue a joint notice with Southwest to Southwest flight attendants as contemplated by the Court's judgment below:

The Court **ORDERS** Southwest and Local 556 to inform Southwest flight attendants that, under Title VII, the Defendants may not discriminate against Southwest flight attendants for their religious practices and beliefs, including—but not limited to—those expressed on social media and those concerning abortion.

**Paulo B. McKeeby**
Partner
Labor & Employment

pmckeeby@reedsmith.com
469-680-4227

**Reed Smith LLP**
2850 N. Harwood Street
Suite 1500
Dallas, TX 75201
T: +1 469 680 4200
F: +1 469 680 4299
**www.reedsmith.com**

---

**From:** Ed Cloutman <ecloutman@lawoffices.email>
**Sent:** Friday, December 9, 2022 12:11 PM
**To:** McKeeby, Paulo B. <PMcKeeby@reedsmith.com>; Adam Greenfield <agreenfield@candglegal.com>
**Subject:** Re: Carter judgement

EXTERNAL E-MAIL - From ecloutman@lawoffices.email

I am out 1:00-2:00, and have another call at 2:30.  Available otherwise.

Ed

Get Outlook for iOS

SWA SHOW CAUSE 006

**App.18**

**From:** McKeeby, Paulo B. <PMcKeeby@reedsmith.com>
**Sent:** Friday, December 9, 2022 11:28:58 AM
**To:** Adam Greenfield <agreenfield@candglegal.com>; Ed Cloutman <ecloutman@lawoffices.email>
**Subject:** RE: Carter judgement

Thanks.  I will give Ed a call this afternoon.

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Adam Greenfield <agreenfield@candglegal.com>
**Date:** Friday, Dec 09, 2022 at 11:24 AM
**To:** Ed Cloutman <ecloutman@lawoffices.email>, McKeeby, Paulo B. <PMcKeeby@reedsmith.com>
**Subject:** Re: Carter judgement

EXTERNAL E-MAIL - From agreenfield@candglegal.com

Paulo—

I'm feeling pretty crappy and have been out most of the week. I should be back on my feet by
Monday.

Please give Ed Cloutman a call if you need to speak before Monday. +1 (214) 232-9015

Thanks, Adam

On Fri, Dec 9, 2022 at 8:55 AM McKeeby, Paulo B. <PMcKeeby@reedsmith.com> wrote:

Adam:  Can you give me a call today when you get a chance?  I wanted to discuss the notice
requirements under Judge Starr's recent order.  Thanks

**Paulo B. McKeeby**

Partner

Labor & Employment

pmckeeby@reedsmith.com

469-680-4227

**Reed Smith LLP**

2850 N. Harwood Street

Suite 1500

Dallas, TX 75201

T: +1 469 680 4200

F: +1 469 680 4299

**www.reedsmith.com**

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

--
Thanks, Adam Greenfield

Law Offices of Cloutman & Greenfield, PLLC
3301 Elm Street
Dallas, TX 75226
Office: 214-939-9223
Cell: 214-642-7486

***Board Certified Specialist
in Labor & Employment Law,
Texas Board of Legal Specialization***

SWA SHOW CAUSE 008

**App.20**

| | |
|---|---|
| **From:** | McKeeby, Paulo B. <PMcKeeby@reedsmith.com> |
| **Sent:** | Friday, December 16, 2022 9:33 AM |
| **To:** | Chris Maberry |
| **Cc:** | Brook Patterson |
| **Subject:** | █████████████████ |

**Caution:** *Sender is from outside SWA. Take caution before opening links/attachments or replying with sensitive data. Learn how to report suspicious emails by searching 'PhishAlarm' on SWALife.*

███████████

**Paulo B. McKeeby**
Partner
Labor & Employment

pmckeeby@reedsmith.com
469-680-4227

**Reed Smith LLP**
2850 N. Harwood Street
Suite 1500
Dallas, TX 75201
T: +1 469 680 4200
F: +1 469 680 4299
**www.reedsmith.com**

---

**From:** Adam Greenfield <agreenfield@candglegal.com>
**Sent:** Friday, December 16, 2022 9:23 AM
**To:** McKeeby, Paulo B. <PMcKeeby@reedsmith.com>
**Cc:** Ed Cloutman <ecloutman@lawoffices.email>
**Subject:** Re: Joint notice

<mark>EXTERNAL E-MAIL - From agreenfield@candglegal.com</mark>

Paulo—

Thank you for checking back in, I got word last night that they plan on issuing a separate notice.

Thanks, Adam

On Fri, Dec 16, 2022 at 8:52 AM McKeeby, Paulo B. <PMcKeeby@reedsmith.com> wrote:

Adam:  Checking one last time to see if there is an interest on the Union's part to issue a joint notice per the Court's judgment.

1

Sent with BlackBerry Work
([www.blackberry.com](www.blackberry.com))

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

--
Thanks, Adam Greenfield

Law Offices of Cloutman & Greenfield, PLLC
3301 Elm Street
Dallas, TX 75226
Office: 214-939-9223
Cell: 214-642-7486

*Board Certified Specialist*
*in Labor & Employment Law,*
*Texas Board of Legal Specialization*

SWA SHOW CAUSE 010
**App.22**

| | |
|---|---|
| **From:** | Chris Maberry |
| **Sent:** | Friday, December 16, 2022 11:00 AM |
| **To:** | Brandy King |
| **Cc:** | Brook Patterson |
| **Subject:** | RE: Charlene Carter Reinstatement (attorney-client communication; privileged and confidential) |

Hi Brandy,

Wanted you to know that we plan to email the Flight Attendants today with the language below, and attach a copy of the judgment and the jury verdict.  Please let me know if you need anything.

Best,

Chris

---

**From:** Brandy King REDACTED @wnco.com>
**Sent:** Tuesday, December 13, 2022 4:26 PM
**To:** Chris Maberry REDACTED  @wnco.com>
**Cc:** Kerrie Forbes REDACTED  @wnco.com>; Kevin Minchey REDACTED  @wnco.com>
**Subject:** Re: Charlene Carter Reinstatement (attorney-client communication; privileged and confidential)

Appreciate your speedy response and spell check - hopefully, this brings me one step closer to becoming an attorney.

When did the copies get posted in break rooms? Any idea if we have heard from flight attendants about the postings?

---

**From:** Chris Maberry REDACTED  @wnco.com>
**Sent:** Tuesday, December 13, 2022 4:19 PM
**To:** Brandy King REDACTED @wnco.com>
**Cc:** Kerrie Forbes REDACTED  @wnco.com>; Kevin Minchey REDACTED  @wnco.com>
**Subject:** RE: Charlene Carter Reinstatement (attorney-client communication; privileged and confidential)

---

**From:** Brandy King REDACTED @wnco.com>
**Sent:** Tuesday, December 13, 2022 4:14 PM
**To:** Chris Maberry REDACTED  @wnco.com>
**Cc:** Kerrie Forbes REDACTED  @wnco.com>; Kevin Minchey REDACTED  @wnco.com>
**Subject:** Charlene Carter Reinstatement (attorney-client communication; privileged and confidential)

1



**From:** Chris Maberry REDACTED @wnco.com>
**Sent:** Tuesday, December 13, 2022 1:59 PM
**To:** Brandy King REDACTED @wnco.com>

SWA SHOW CAUSE 012
**App.24**

**Cc:** Kerrie Forbes REDACTED @wnco.com>; Kevin Minchey REDACTED @wnco.com>
**Subject:** RE: Revised Communication for Review Re: Media Inquiry: The Texan News | Charlene Carter Reinstatement

**From:** Brandy King REDACTED @wnco.com>
**Sent:** Tuesday, December 13, 2022 1:03 PM
**To:** Chris Maberry REDACTED @wnco.com>
**Cc:** Kerrie Forbes REDACTED @wnco.com>; Kevin Minchey REDACTED @wnco.com>
**Subject:** Revised Communication for Review Re: Media Inquiry: The Texan News | Charlene Carter Reinstatement

SWA SHOW CAUSE 013

**App.25**

███████████████████████████████████

**From:** Chris Maberry REDACTED @wnco.com>
**Sent:** Tuesday, December 13, 2022 10:12 AM
**To:** Brandy King REDACTED @wnco.com>
**Cc:** Kerrie Forbes REDACTED @wnco.com>; Kevin Minchey REDACTED @wnco.com>
**Subject:** RE: Media Inquiry: The Texan News | Charlene Carter Reinstatement

███████████████████

███████████

**From:** Brandy King REDACTED @wnco.com>
**Sent:** Tuesday, December 13, 2022 9:55 AM
**To:** Chris Maberry REDACTED @wnco.com>
**Cc:** Kerrie Forbes REDACTED @wnco.com>; Kevin Minchey REDACTED @wnco.com>
**Subject:** Fw: Media Inquiry: The Texan News | Charlene Carter Reinstatement

███████████████████████████

███████

-----Original Message-----
From: Kim Roberts <kroberts@thetexan.news>
Sent: Tuesday, December 13, 2022 9:40 AM
To: Southwest Airlines Media Inquiry REDACTE @wnco.com>
Subject: EXTERNAL - Charlene Carter Reinstatement

█████████████████████████████

████████████████

██████████████████████████

███████████████████

████████████████████████

███████████

SWA SHOW CAUSE 014

**App.26**

Kim Roberts
The Texan news

SWA SHOW CAUSE 015
App.27

**From:** Mike Sims
**Sent:** Friday, December 16, 2022 12:32 PM
**To:** Chris Maberry; Meggan Jones; Rachel Loudermilk
**Cc:** Brook Patterson
**Subject:** RE: Carter - court-ordered notice to all FAs

Chris:

Do you have a few minutes for a quick call for some clarification?

mjs

**From:** Chris Maberry <span style="color:red">REDACTED</span> @wnco.com>
**Sent:** Friday, December 16, 2022 11:55
**To:** Meggan Jones <span style="color:red">REDACTED</span> @wnco.com>; Mike Sims <span style="color:red">REDACTED</span> wnco.com>; Rachel Loudermilk <span style="color:red">REDACTED</span> @wnco.com>
**Cc:** Brook Patterson <span style="color:red">REDACTED</span> @wnco.com>
**Subject:** RE: Carter - court-ordered notice to all FAs



SWA SHOW CAUSE 016

**App.28**

█████

**From:** Meggan Jones REDACTED @wnco.com>
**Sent:** Friday, December 16, 2022 11:51 AM
**To:** Chris Maberry REDACTED @wnco.com>; Mike Sims REDACTED @wnco.com>; Rachel Loudermilk REDACTED @wnco.com>
**Cc:** Brook Patterson REDACTED @wnco.com>
**Subject:** Re: Carter - court-ordered notice to all FAs

████████████████████████████████
████████████████████████████████

█████

██

██████

**From:** Chris Maberry REDACTED @wnco.com>
**Sent:** Friday, December 16, 2022 10:48:21 AM
**To:** Mike Sims REDACTED @wnco.com>; Rachel Loudermilk REDACTED @wnco.com>
**Cc:** Meggan Jones REDACTED @wnco.com>; Brook Patterson REDACTED @wnco.com>
**Subject:** Carter - court-ordered notice to all FAs

███████

██████████████████████

██████████████████████████████
██████████████████████

████████████████████████

███████████████████

██

██

██████████████
██████
████████

SWA SHOW CAUSE 017

**App.29**



Board Certified – Labor and Employment Law
Texas Board of Legal Specialization

SWA SHOW CAUSE 018

**App.30**

**From:**           Chris Maberry
**Sent:**           Monday, December 12, 2022 2:56 PM
**To:**             Brook Patterson; Lauren Bobis Armstrong
**Subject:**        FW: Summary of Carter judgment (attorney-client communication; privileged and confidential)
**Attachments:**    Carter message to EEs - CM and KVF edits V2.docx

Fyi.

**From:** Chris Maberry
**Sent:** Monday, December 12, 2022 2:55 PM
**To:** Brandy King REDACTED @wnco.com>
**Cc:** Kerrie Forbes REDACTED @wnco.com>; Kevin Minchey REDACTED @wnco.com>
**Subject:** RE: Summary of Carter judgment (attorney-client communication; privileged and confidential)



**From:** Brandy King REDACTED @wnco.com>
**Sent:** Monday, December 12, 2022 2:30 PM
**To:** Chris Maberry REDACTED @wnco.com>
**Cc:** Kerrie Forbes REDACTED @wnco.com>; Kevin Minchey REDACTED @wnco.com>
**Subject:** Re: Summary of Carter judgment (attorney-client communication; privileged and confidential)



**From:** Chris Maberry REDACTED @wnco.com>
**Sent:** Monday, December 12, 2022 11:00 AM
**To:** Brandy King REDACTED @wnco.com>
**Cc:** Kerrie Forbes REDACTED @wnco.com>; Kevin Minchey REDACTED @wnco.com>
**Subject:** RE: Summary of Carter judgment (attorney-client communication; privileged and confidential)

SWA SHOW CAUSE 019

**App.31**

███████

███████████████████████████████████████████████████████████

████

███

**From:** Brandy King REDACTED @wnco.com>
**Sent:** Friday, December 9, 2022 5:09 PM
**To:** Chris Maberry REDACTED @wnco.com>
**Cc:** Kerrie Forbes REDACTED @wnco.com>; Kevin Minchey REDACTED @wnco.com>
**Subject:** Re: Summary of Carter judgment (attorney-client communication; privileged and confidential)

███████████████████████████████████████████████████████████

███████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

**From:** Chris Maberry REDACTED @wnco.com>
**Sent:** Tuesday, December 6, 2022 4:44 PM
**To:** Brandy King REDACTED @wnco.com>
**Cc:** Kerrie Forbes REDACTED @wnco.com>; Kevin Minchey REDACTED @wnco.com>
**Subject:** Summary of Carter judgment (attorney-client communication; privileged and confidential)

███████

SWA SHOW CAUSE 020
**App.32**



3

| | |
|---|---|
| **From:** | McKeeby, Paulo B. <PMcKeeby@reedsmith.com> |
| **Sent:** | Monday, December 12, 2022 10:31 AM |
| **To:** | Chris Maberry |
| **Cc:** | Lauren Bobis Armstrong; Brook Patterson; Morris, Brian K. |
| **Subject:** | EXTERNAL -  FW: Carter judgement |

**Caution:** *Sender is from outside SWA. Take caution before opening links/attachments or replying with sensitive data. Learn how to report suspicious emails by searching 'PhishAlarm' on SWALife.*

FYI from your hardworking Local.


**Paulo B. McKeeby**
Partner
Labor & Employment

pmckeeby@reedsmith.com
469-680-4227

**Reed Smith LLP**
2850 N. Harwood Street
Suite 1500
Dallas, TX 75201
T: +1 469 680 4200
F: +1 469 680 4299
**www.reedsmith.com**

---

**From:** Ed Cloutman <ecloutman@lawoffices.email>
**Sent:** Monday, December 12, 2022 10:28 AM
**To:** McKeeby, Paulo B. <PMcKeeby@reedsmith.com>; Adam Greenfield <agreenfield@candglegal.com>
**Cc:** Morris, Brian K. <BMorris@reedsmith.com>
**Subject:** Re: Carter judgement

EXTERNAL E-MAIL - From ecloutman@lawoffices.email

Paulo-

My apologies for not responding sooner.  The 556 EB has not made a decision on notice to the 556 membership.  The EB resumes its meeting on Tuesday (tomorrow), so we may have an update during the week.

Ed

Get Outlook for iOS

---

1

**From:** McKeeby, Paulo B. <PMcKeeby@reedsmith.com>
**Sent:** Monday, December 12, 2022 10:19:17 AM
**To:** Ed Cloutman <ecloutman@lawoffices.email>; Adam Greenfield <agreenfield@candglegal.com>
**Cc:** Morris, Brian K. <BMorris@reedsmith.com>
**Subject:** RE: Carter judgement

Ed and Adam:  Following up re the below.  Thanks

**Paulo B. McKeeby**
Partner
Labor & Employment

pmckeeby@reedsmith.com
469-680-4227

**Reed Smith LLP**
2850 N. Harwood Street
Suite 1500
Dallas, TX 75201
T: +1 469 680 4200
F: +1 469 680 4299
**www.reedsmith.com**

---

**From:** Ed Cloutman <ecloutman@lawoffices.email>
**Sent:** Friday, December 9, 2022 3:34 PM
**To:** McKeeby, Paulo B. <PMcKeeby@reedsmith.com>
**Cc:** Adam Greenfield <agreenfield@candglegal.com>; Morris, Brian K. <BMorris@reedsmith.com>
**Subject:** Re: Carter judgement

EXTERNAL E-MAIL - From ecloutman@lawoffices.email

Thanks.  I will call or text tomorrow after the 556 E.Bd. meeting.

Ed

Sent from my iPhone

On Dec 9, 2022, at 2:15 PM, McKeeby, Paulo B. <PMcKeeby@reedsmith.com> wrote:

Ed:  In case you need it over the weekend, my cell number is ██████████

**Paulo B. McKeeby**
Partner
Labor & Employment

pmckeeby@reedsmith.com
469-680-4227

SWA SHOW CAUSE 023

**App.35**

**Reed Smith LLP**
2850 N. Harwood Street
Suite 1500
Dallas, TX 75201
T: +1 469 680 4200
F: +1 469 680 4299
**www.reedsmith.com**

---

**From:** McKeeby, Paulo B.
**Sent:** Friday, December 9, 2022 1:11 PM
**To:** 'Ed Cloutman' <ecloutman@lawoffices.email>; Adam Greenfield <agreenfield@candglegal.com>
**Cc:** Morris, Brian K. <BMorris@reedsmith.com>
**Subject:** RE: Carter judgement

I will plan on calling you at 2:00.  The purpose of the call is to discuss the Union's willingness to issue a joint notice with Southwest to Southwest flight attendants as contemplated by the Court's judgment below:

The Court **ORDERS** Southwest and Local 556 to inform Southwest flight attendants that, under Title VII, the Defendants may not discriminate against Southwest flight attendants for their religious practices and beliefs, including—but not limited to—those expressed on social media and those concerning abortion.

**Paulo B. McKeeby**
Partner
Labor & Employment

pmckeeby@reedsmith.com
469-680-4227

**Reed Smith LLP**
2850 N. Harwood Street
Suite 1500
Dallas, TX 75201
T: +1 469 680 4200
F: +1 469 680 4299
**www.reedsmith.com**

---

**From:** Ed Cloutman <ecloutman@lawoffices.email>
**Sent:** Friday, December 9, 2022 12:11 PM
**To:** McKeeby, Paulo B. <PMcKeeby@reedsmith.com>; Adam Greenfield <agreenfield@candglegal.com>
**Subject:** Re: Carter judgement

EXTERNAL E-MAIL - From ecloutman@lawoffices.email

I am out 1:00-2:00, and have another call at 2:30.  Available otherwise.

Ed

Get Outlook for iOS

SWA SHOW CAUSE 024

**App.36**

**From:** McKeeby, Paulo B. <PMcKeeby@reedsmith.com>
**Sent:** Friday, December 9, 2022 11:28:58 AM
**To:** Adam Greenfield <agreenfield@candglegal.com>; Ed Cloutman <ecloutman@lawoffices.email>
**Subject:** RE: Carter judgement

Thanks.  I will give Ed a call this afternoon.

Sent with BlackBerry Work
(www.blackberry.com)

**From:** Adam Greenfield <agreenfield@candglegal.com>
**Date:** Friday, Dec 09, 2022 at 11:24 AM
**To:** Ed Cloutman <ecloutman@lawoffices.email>, McKeeby, Paulo B. <PMcKeeby@reedsmith.com>
**Subject:** Re: Carter judgement

<mark>EXTERNAL E-MAIL - From agreenfield@candglegal.com</mark>

Paulo—

I'm feeling pretty crappy and have been out most of the week. I should be back on my feet by Monday.

Please give Ed Cloutman a call if you need to speak before Monday. 

Thanks, Adam

On Fri, Dec 9, 2022 at 8:55 AM McKeeby, Paulo B. <PMcKeeby@reedsmith.com> wrote:

Adam:  Can you give me a call today when you get a chance?  I wanted to discuss the notice requirements under Judge Starr's recent order.  Thanks

**Paulo B. McKeeby**

Partner

Labor & Employment

SWA SHOW CAUSE 025

**App.37**

pmckeeby@reedsmith.com

469-680-4227

**Reed Smith LLP**

2850 N. Harwood Street

Suite 1500

Dallas, TX 75201

T: +1 469 680 4200

F: +1 469 680 4299

**www.reedsmith.com**

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

--
Thanks, Adam Greenfield

Law Offices of Cloutman & Greenfield, PLLC
3301 Elm Street
Dallas, TX 75226
Office: 214-939-9223
Cell: 214-642-7486

*Board Certified Specialist
in Labor & Employment Law,
Texas Board of Legal Specialization*

SWA SHOW CAUSE 026

**App.38**

| | |
|---|---|
| **From:** | Chris Maberry |
| **Sent:** | Tuesday, December 20, 2022 1:15 PM |
| **To:** | Brook Patterson; Lauren Bobis Armstrong |
| **Subject:** | FW: Charlene Carter Court Ordered F/A Communication Today |
| **Attachments:** | Recent Court Decision; IIOTG | Recent Court Decision |

FYI, the emails have gone out.  Lauren hope you are recovering well!

**From:** Cindy Hermosillo REDACTED @wnco.com>
**Sent:** Tuesday, December 20, 2022 12:58 PM
**To:** Sonya Lacore REDACTED @wnco.com>
**Cc:** Mike Sims REDACTED wnco.com>; IFOPS Directors-DG REDACTED @wnco.com>; Kevin Minchey REDACTED @wnco.com>; Chris Maberry REDACTED @wnco.com>; Meggan Jones REDACTED @wnco.com>; Melissa Ford REDACTED @wnco.com>
**Subject:** RE: Charlene Carter Court Ordered F/A Communication Today

All—attached are the two emails that have been distributed to all Inflight Operations Employees, which includes all Flight Attendants.

Thank you,
Cindy

**From:** Cindy Hermosillo
**Sent:** Tuesday, December 20, 2022 12:33 PM
**To:** Sonya Lacore REDACTED @wnco.com>
**Cc:** Mike Sim REDACTED wnco.com>; IFOPS Directors-DG REDACTED @wnco.com>; Kevin Minchey REDACTED @wnco.com>; Chris Maberry REDACTED @wnco.com>; Meggan Jones REDACTED @wnco.com>; Melissa Ford REDACTED @wnco.com>
**Subject:** RE: Charlene Carter Court Ordered F/A Communication Today

All, I'm preparing the messages now to send to all IF Ops EEs, so they'll be in your inboxes shortly.

**From:** Sonya Lacore REDACTED @wnco.com>
**Sent:** Tuesday, December 20, 2022 11:53 AM
**To:** Cindy Hermosillo REDACTED @wnco.com>
**Cc:** Mike Sims REDACTED wnco.com>; IFOPS Directors-DG REDACTED @wnco.com>; Kevin Minchey REDACTED @wnco.com>; Chris Maberry REDACTED @wnco.com>; Meggan Jones REDACTED @wnco.com>; Melissa Ford REDACTED @wnco.com>
**Subject:** Re: Charlene Carter Court Ordered F/A Communication Today

████████████████████

██████████

On Dec 20, 2022, at 9:58 AM, Cindy Hermosillo <Cindy.Hermosillo@wnco.com> wrote:

1

SWA SHOW CAUSE 027

**App.39**

███████████████████████████████████████████

██████████

**From:** Sonya Lacore REDACTED @wnco.com>
**Sent:** Tuesday, December 20, 2022 9:54 AM
**To:** Mike Sim REDACTED _wnco.com>
**Cc:** IFOPS Directors-DG REDACTED @wnco.com>; Kevin Minchey REDACTED @wnco.com>; Chris Maberry REDACTED @wnco.com>; Meggan Jones REDACTED @wnco.com>; Melissa Ford REDACTED @wnco.com>; Cindy Hermosillo REDACTED @wnco.com>
**Subject:** Re: Charlene Carter Court Ordered F/A Communication Today

████████████

████████████████████

████████████████████████████████████████

████████

████████████

On Dec 20, 2022, at 8:34 AM, Mike Sims REDACTED _wnco.com> wrote:

Team:

As I mentioned last week in Staff, the court has required the Company to individually email all of our F/As the jury's verdict and the court decision. We are working with General Counsel and Corp Comm to get the emails out today.  Since this communication may ignite emotions in our workgroup, we are taking steps to manage potential feedback.

Here is the plan:

1. Rachel will meet with the Base Leaders at 0930 to advise of the required communication and attachments
2. Once we have final green light from Rachel, Counsel, and Corp Comm, the email will be pushed using the "Inflight Operations" mailbox. It will be authored by General Counsel.
3. Shortly thereafter, Cindy will do an IFOTG, with a more comprehensive statement approved by Counsel
4. We will partner with General Counsel to manage EE feedback, if necessary.

As you can imagine, there have been a lot of moving parts the last few days to ensure compliance with the court order. Special thanks to Chris Maberry, Brandy King, Melissa

2

SWA SHOW CAUSE 028

**App.40**

Ford, Cindy Hermosillo for pulling all this together while Meggan Jones has worked on getting Carter reinstated.

If you have questions, please feel free to reach out.

I will send the attachments in a separate email shortly.

Mike Sims

SWA SHOW CAUSE 029

**App.41**

**From:** Chris Maberry
**Sent:** Wednesday, December 21, 2022 9:01 AM
**To:** Brook Patterson; Lauren Bobis Armstrong
**Subject:** FW: Charlene Carter Court Ordered F/A Communication Today
**Attachments:** Recent Court Decision; IIOTG | Recent Court Decision

Wanted y'all to have the copies of the notices that were sent out.  For filing in TC please.

Thanks!

Chris

**From:** Cindy Hermosillo REDACTED @wnco.com>
**Sent:** Tuesday, December 20, 2022 12:58 PM
**To:** Sonya Lacore REDACTED @wnco.com>
**Cc:** Mike Sims REDACTED wnco.com>; IFOPS Directors-DG REDACTED @wnco.com>; Kevin Minchey REDACTED @wnco.com>; Chris Maberry REDACTED @wnco.com>; Meggan Jones REDACTED @wnco.com>; Melissa Ford REDACTED @wnco.com>
**Subject:** RE: Charlene Carter Court Ordered F/A Communication Today

All—attached are the two emails that have been distributed to all Inflight Operations Employees, which includes all Flight Attendants.

Thank you,
Cindy

**From:** Cindy Hermosillo
**Sent:** Tuesday, December 20, 2022 12:33 PM
**To:** Sonya Lacore REDACTED @wnco.com>
**Cc:** Mike Sim REDACTED wnco.com>; IFOPS Directors-DG REDACTED @wnco.com>; Kevin Minchey REDACTED @wnco.com>; Chris Maberry REDACTED @wnco.com>; Meggan Jones REDACTED @wnco.com>; Melissa Ford REDACTED @wnco.com>
**Subject:** RE: Charlene Carter Court Ordered F/A Communication Today

All, I'm preparing the messages now to send to all IF Ops EEs, so they'll be in your inboxes shortly.

**From:** Sonya Lacore REDACTED @wnco.com>
**Sent:** Tuesday, December 20, 2022 11:53 AM
**To:** Cindy Hermosillo REDACTED @wnco.com>
**Cc:** Mike Sims REDACTED wnco.com>; IFOPS Directors-DG REDACTED @wnco.com>; Kevin Minchey REDACTED @wnco.com>; Chris Maberry REDACTED @wnco.com>; Meggan Jones REDACTED @wnco.com>; Melissa Ford REDACTED @wnco.com>
**Subject:** Re: Charlene Carter Court Ordered F/A Communication Today

1

On Dec 20, 2022, at 9:58 AM, Cindy Hermosillo REDACTED    @wnco.com> wrote:



**From:** Sonya Lacore REDACTED  @wnco.com>
**Sent:** Tuesday, December 20, 2022 9:54 AM
**To:** Mike Sims REDACTED  wnco.com>
**Cc:** IFOPS Directors-DG REDACTED    @wnco.com>; Kevin Minchey REDACTED    @wnco.com>; Chris Maberry REDACTED    @wnco.com>; Meggan Jones REDACTED    @wnco.com>; Melissa Ford REDACTED  @wnco.com>; Cindy Hermosillo REDACTED    @wnco.com>
**Subject:** Re: Charlene Carter Court Ordered F/A Communication Today



On Dec 20, 2022, at 8:34 AM, Mike Sims REDACTED  wnco.com> wrote:

Team:

As I mentioned last week in Staff, the court has required the Company to individually email all of our F/As the jury's verdict and the court decision. We are working with General Counsel and Corp Comm to get the emails out today.  Since this communication may ignite emotions in our workgroup, we are taking steps to manage potential feedback.

Here is the plan:

1. Rachel will meet with the Base Leaders at 0930 to advise of the required communication and attachments
2. Once we have final green light from Rachel, Counsel, and Corp Comm, the email will be pushed using the "Inflight Operations" mailbox. It will be authored by General Counsel.
3. Shortly thereafter, Cindy will do an IFOTG, with a more comprehensive statement approved by Counsel
4. We will partner with General Counsel to manage EE feedback, if necessary.

SWA SHOW CAUSE 031

**App.43**

As you can imagine, there have been a lot of moving parts the last few days to ensure compliance with the court order. Special thanks to Chris Maberry, Brandy King, Melissa Ford, Cindy Hermosillo for pulling all this together while Meggan Jones has worked on getting Carter reinstated.

If you have questions, please feel free to reach out.

I will send the attachments in a separate email shortly.

Mike Sims

SWA SHOW CAUSE 032

**App.44**

**From:** Cindy Hermosillo
**Sent:** Tuesday, December 20, 2022 12:58 PM
**To:** Sonya Lacore
**Cc:** Mike Sims; IFOPS Directors-DG; Kevin Minchey; Chris Maberry; Meggan Jones; Melissa Ford
**Subject:** RE: Charlene Carter Court Ordered F/A Communication Today
**Attachments:** Recent Court Decision; IIOTG | Recent Court Decision

All—attached are the two emails that have been distributed to all Inflight Operations Employees, which includes all Flight Attendants.

Thank you,
Cindy

---

**From:** Cindy Hermosillo
**Sent:** Tuesday, December 20, 2022 12:33 PM
**To:** Sonya Lacore <Sonya.Lacore@wnco.com>
**Cc:** Mike Sims <Mike.Sims@wnco.com>; IFOPS Directors-DG <IFOPSDirectors-DG@wnco.com>; Kevin Minchey <Kevin.Minchey@wnco.com>; Chris Maberry <Chris.Maberry@wnco.com>; Meggan Jones <Meggan.Jones@wnco.com>; Melissa Ford <Melissa.Ford@wnco.com>
**Subject:** RE: Charlene Carter Court Ordered F/A Communication Today

All, I'm preparing the messages now to send to all IF Ops EEs, so they'll be in your inboxes shortly.

---

**From:** Sonya Lacore REDACTED @wnco.com>
**Sent:** Tuesday, December 20, 2022 11:53 AM
**To:** Cindy Hermosillo REDACTED @wnco.com>
**Cc:** Mike Sim REDACTED wnco.com>; IFOPS Directors-DG REDACTED @wnco.com>; Kevin Minchey REDACTED @wnco.com>; Chris Maberry REDACTED @wnco.com>; Meggan Jones REDACTED @wnco.com>; Melissa Ford REDACTED @wnco.com>
**Subject:** Re: Charlene Carter Court Ordered F/A Communication Today

████████████████████████

███████████████

On Dec 20, 2022, at 9:58 AM, Cindy HermosilloREDACTED @wnco.com> wrote:

████████████████████████████████████████

███████

---

**From:** Sonya Lacore REDACTED @wnco.com>
**Sent:** Tuesday, December 20, 2022 9:54 AM
**To:** Mike SimsREDACTED wnco.com>

1

SWA SHOW CAUSE 033
**App.45**

**Cc:** IFOPS Directors-DG REDACTED @wnco.com>; Kevin Minchey REDACTED @wnco.com>; Chris Maberry REDACTED @wnco.com>; Meggan Jones REDACTED @wnco.com>; Melissa Ford REDACTED @wnco.com>; Cindy Hermosillo REDACTED @wnco.com>
**Subject:** Re: Charlene Carter Court Ordered F/A Communication Today



On Dec 20, 2022, at 8:34 AM, Mike Sims REDACTE @wnco.com> wrote:

Team:

As I mentioned last week in Staff, the court has required the Company to individually email all of our F/As the jury's verdict and the court decision. We are working with General Counsel and Corp Comm to get the emails out today. Since this communication may ignite emotions in our workgroup, we are taking steps to manage potential feedback.

Here is the plan:

1. Rachel will meet with the Base Leaders at 0930 to advise of the required communication and attachments
2. Once we have final green light from Rachel, Counsel, and Corp Comm, the email will be pushed using the "Inflight Operations" mailbox. It will be authored by General Counsel.
3. Shortly thereafter, Cindy will do an IFOTG, with a more comprehensive statement approved by Counsel
4. We will partner with General Counsel to manage EE feedback, if necessary.

As you can imagine, there have been a lot of moving parts the last few days to ensure compliance with the court order. Special thanks to Chris Maberry, Brandy King, Melissa Ford, Cindy Hermosillo for pulling all this together while Meggan Jones has worked on getting Carter reinstated.

If you have questions, please feel free to reach out.

I will send the attachments in a separate email shortly.

Mike Sims

SWA SHOW CAUSE 034

**App.46**

| | |
|---|---|
| **From:** | McKeeby, Paulo B. <PMcKeeby@reedsmith.com> |
| **Sent:** | Friday, December 16, 2022 9:33 AM |
| **To:** | Chris Maberry |
| **Cc:** | Brook Patterson |
| **Subject:** | EXTERNAL - FW: Joint notice |

**Caution:** *Sender is from outside SWA. Take caution before opening links/attachments or replying with sensitive data. Learn how to report suspicious emails by searching 'PhishAlarm' on SWALife.*

Chris:  See below.


**Paulo B. McKeeby**
Partner
Labor & Employment

pmckeeby@reedsmith.com
469-680-4227

**Reed Smith LLP**
2850 N. Harwood Street
Suite 1500
Dallas, TX 75201
T: +1 469 680 4200
F: +1 469 680 4299
**www.reedsmith.com**

---

**From:** Adam Greenfield <agreenfield@candglegal.com>
**Sent:** Friday, December 16, 2022 9:23 AM
**To:** McKeeby, Paulo B. <PMcKeeby@reedsmith.com>
**Cc:** Ed Cloutman <ecloutman@lawoffices.email>
**Subject:** Re: Joint notice

EXTERNAL E-MAIL - From agreenfield@candglegal.com

Paulo—

Thank you for checking back in, I got word last night that they plan on issuing a separate notice.

 Thanks, Adam




On Fri, Dec 16, 2022 at 8:52 AM McKeeby, Paulo B. <PMcKeeby@reedsmith.com> wrote:

 Adam:  Checking one last time to see if there is an interest on the Union's part to issue a joint notice per the Court's judgment.

SWA SHOW CAUSE 035

**App.47**

Sent with BlackBerry Work
([www.blackberry.com](www.blackberry.com))

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

--
Thanks, Adam Greenfield

Law Offices of Cloutman & Greenfield, PLLC
3301 Elm Street
Dallas, TX 75226
Office: 214-939-9223
Cell: 214-642-7486

*Board Certified Specialist
in Labor & Employment Law,
Texas Board of Legal Specialization*

SWA SHOW CAUSE 036

**App.48**

**From:**          Chris Maberry
**Sent:**          Monday, December 19, 2022 9:15 AM
**To:**            Brook Patterson
**Subject:**       RE: Carter - court-ordered notice to all FAs

**Follow Up Flag:**    Follow up
**Due By:**            Wednesday, December 21, 2022 4:00 PM
**Flag Status:**       Flagged

Hi Brook – no, it should be going out today.

Chris

**From:** Brook Patterson REDACTED          @wnco.com>
**Sent:** Monday, December 19, 2022 8:21 AM
**To:** Chris Maberry REDACTED          @wnco.com>
**Cc:** Brook Patterson REDACTED          @wnco.com>
**Subject:** FW: Carter - court-ordered notice to all FAs

Hi Chris,

Did they get the notice out on Friday to FA's?  If so, if they bcc'd you can you send it to me so I can place a copy in our TC file or let me know and I can ask Mike or Rachel for a copy.

Thanks
Brook

**From:** Mike Sim REDACTED  wnco.com>
**Sent:** Friday, December 16, 2022 12:32 PM
**To:** Chris Maberry REDACTED          @wnco.com>; Meggan Jones REDACTED          @wnco.com>; Rachel Loudermilk REDACTED          @wnco.com>
**Cc:** Brook Patterson REDACTED          @wnco.com>
**Subject:** RE: Carter - court-ordered notice to all FAs

Chris:

Do you have a few minutes for a quick call for some clarification?

mjs

**From:** Chris Maberry REDACTED          @wnco.com>
**Sent:** Friday, December 16, 2022 11:55
**To:** Meggan Jones REDACTED          @wnco.com>; Mike Sims REDACTED  wnco.com>; Rachel Loudermilk REDACTED          @wnco.com>
**Cc:** Brook Patterson REDACTED          @wnco.com>
**Subject:** RE: Carter - court-ordered notice to all FAs

1

**App.49**



**From:** Meggan Jones <REDACTED @wnco.com>
**Sent:** Friday, December 16, 2022 11:51 AM
**To:** Chris Maberry REDACTED @wnco.com>; Mike Sims REDACTED@wnco.com>; Rachel Loudermilk REDACTED @wnco.com>
**Cc:** Brook Patterson REDACTED @wnco.com>
**Subject:** Re: Carter - court-ordered notice to all FAs

**From:** Chris Maberry REDACTED @wnco.com>
**Sent:** Friday, December 16, 2022 10:48:21 AM
**To:** Mike Sims REDACTED@wnco.com>; Rachel Loudermilk REDACTED @wnco.com>

2

SWA SHOW CAUSE 038

**App.50**

**Cc:** Meggan Jones REDACTED @wnco.com>; Brook Patterson REDACTED @wnco.com>
**Subject:** Carter - court-ordered notice to all FAs



Board Certified – Labor and Employment Law
Texas Board of Legal Specialization

SWA SHOW CAUSE 039

**App.51**