UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | Civil Case No. 3:17-cv-02278-X |

**[Proposed] Order Granting Plaintiff Charlene Carter's Motion Requesting that the Court Order Defendant Southwest Airlines Co. Produce Employees for the May 23, 2023 Show Cause Hearing, or, in The Alternative, to Provide Carter with a Location, Date, and Time for Carter to Serve Subpoenas on These Witnesses**

Before the Court is Plaintiff Charlene Carter's Motion Requesting that the Court Order Defendant Southwest Airlines Co. Produce Employees for the May 23, 2023 Show Cause Hearing, or, in The Alternative, to Provide Carter with a Location, Date, and Time for Carter to Serve Subpoenas on These Witnesses. After considering the Motion, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Motion is hereby GRANTED. The Court also RULES and ORDERS as follows:

1. The Court ORDERS Southwest to produce the following employees to appear as witnesses at the May 23, 2023 Show Cause Hearing:

   - Kerrie Forbes, Attorney in Southwest in-house legal department
   - Kevin Minchey, Attorney in Southwest in-house legal department
   - Chris Maberry, Attorney in Southwest in-house legal department

1

- Brandy King, Southwest Managing Director of Public Relations

- Mike Sims, Southwest Managing Director of Inflight Crew Support & Services

- Rachel Loudermilk, Southwest Managing Director of Inflight Base Operations & Employee Engagement

- Meggan Jones, Southwest Senior Manager of Labor Administration in in-house legal department

- Cindy Hermosillo, Southwest Communications Advisor

- Melissa Ford, Southwest Director of Operations and Labor Communications

- Sonya Lacore, Southwest Vice President of Inflight

- Brian Morris, Southwest outside counsel

2. [Alternatively, if the Court does not order Southwest to produce the named employees for the May 23, 2023 Show Cause Hearing] The Court ORDERS Defendant Southwest to provide Carter with a location, date, and time for Carter to serve subpoenas on the requested witnesses, and disclose their home addresses, by May 12, 2023.

SIGNED on _____, 2023.

_____
Brantley Starr
United States District Judge

2