# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | Civil Case No. 3:17-cv-02278-X<br><br>**PLAINTIFF CHARLENE CARTER'S APPENDIX IN SUPPORT OF HER MOTION REQUESTING THAT THE COURT ORDER DEFENDANT SOUTHWEST AIRLINES CO. TO PRODUCE EMPLOYEES FOR THE MAY 23, 2023 SHOW CAUSE HEARING** |

## APPENDIX OF EXHIBITS

1. May 8-9, 2023 Correspondence regarding service of subpoenas .........................................1

Dated: May 10, 2023

Respectfully submitted,

/s/ Matthew B. Gilliam
Mathew B. Gilliam (*admitted pro hac vice*)
New York Bar No. 5005996
*mbg@nrtw.org*
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
Tel: 703-321-8510
Fax: 703-321-9319

Bobby G. Pryor
State Bar No. 16373720
bpryor@pryorandbruce.com
Matthew D. Hill, Of Counsel
State Bar No. 24032296
mhill@pryorandbruce.com
PRYOR & BRUCE

1

>302 N. San Jacinto
>Rockwall, TX 75087
>Telephone: (972) 771-3933
>Facsimile: (972) 771-8343
>
>*Attorneys for Plaintiff Charlene Carter*

## Certificate of Service

I hereby certify that on May 10, 2023, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ Matthew B. Gilliam