# EXHIBIT 1

| | |
|---|---|
| **From:** | McKeeby, Paulo B. |
| **Sent:** | Tuesday, May 9, 2023 6:23 PM |
| **To:** | Matthew B. Gilliam |
| **Cc:** | Matt Hill; Bobby Pryor; Morris, Brian K. |
| **Subject:** | RE: Show Cause Hearing Subpoenas |

We do not have a change in our position from yesterday. Please feel free to file your motion to compel as an opposed motion.

**Paulo B. McKeeby**
Partner
Labor & Employment

pmckeeby@reedsmith.com
469-680-4227

**Reed Smith LLP**
2850 N. Harwood Street
Suite 1500
Dallas, TX 75201
T: +1 469 680 4200
F: +1 469 680 4299
**www.reedsmith.com**

---

**From:** Matthew B. Gilliam <mbg@nrtw.org>
**Sent:** Tuesday, May 9, 2023 11:00 AM
**To:** McKeeby, Paulo B. <PMcKeeby@reedsmith.com>; Morris, Brian K. <BMorris@reedsmith.com>
**Cc:** Matt Hill <mhill@pryorandbruce.com>; Bobby Pryor <bpryor@pryorandbruce.com>
**Subject:** RE: Show Cause Hearing Subpoenas

EXTERNAL E-MAIL - From mbg@nrtw.org

Paulo and Brian,

To clarify Paulo's email from yesterday, will the Southwest employees identified in its Notification Pleading (Doc. 410) and its privilege logs, authorize you to accept service of the attached subpoenas on their behalf today or at all? If not, can we coordinate a location, date, and time when and where they can be served?

Also, will Brian (who is also included in some of the communications) attend the hearing? If not, will Brian accept service of the attached subpoena?

Assuming that we cannot coordinate service of subpoenas on all these individuals to attend the May 23 Show-Cause hearing, we will have to file a motion with the Court seeking an order to compel their attendance, or, alternatively, request that Southwest provide us with a location,

**App.1**

date, and time each of the witnesses be served, and home addresses so that we can also attempt to serve them there. Given the difficulty of locating and serving witnesses before the hearing we will need to seek relief from the court unless Southwest is willing to either 1) agree to produce the witnesses, or 2) provide a location, date, and time each of the witnesses may be served with subpoenas.

We do have a home address for Sonya Lacore, which I believe we obtained last July. Can you confirm whether that is still her home address?

Please let us know these answers by the end of today as we will have to proceed accordingly if we do not receive confirmation one way or another.

Thanks,
Matt

_____

**Matthew B. Gilliam**
Staff Attorney (*admitted and licensed to practice only in New York and West Virginia*)
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Ste. 600, Springfield, VA 22160
O: 703-770-3339  F: 703-321-9319
Email: mbg@nrtw.org  Web: www.nrtw.org

**NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and may be legally privileged.  If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it.**

External Signed

---

**From:** McKeeby, Paulo B. <PMcKeeby@reedsmith.com>
**Sent:** Monday, May 8, 2023 5:53 PM
**To:** Matthew B. Gilliam <mbg@nrtw.org>
**Cc:** Matt Hill <mhill@pryorandbruce.com>; Bobby Pryor <bpryor@pryorandbruce.com>; Morris, Brian K. <BMorris@reedsmith.com>
**Subject:** RE: Show Cause Hearing Subpoenas

To the extent you need an answer today, I do not have authority to accept service on behalf of the Southwest employees we understand you intend to subpoena or to provide you with the residential addresses of the employees.  I can tell you once again that Chris Maberry with Southwest and I are planning on attending the hearing.  You do not need to subpoena

**App.2**

me unless you prefer to do so.  If you do, you can simply send me the subpoena via email instead of having it personally served on me.

**Paulo B. McKeeby**
Partner
Labor & Employment

pmckeeby@reedsmith.com
469-680-4227

**Reed Smith LLP**
2850 N. Harwood Street
Suite 1500
Dallas, TX 75201
T: +1 469 680 4200
F: +1 469 680 4299
www.reedsmith.com

---

**From:** Matthew B. Gilliam <mbg@nrtw.org>
**Sent:** Monday, May 8, 2023 11:50 AM
**To:** McKeeby, Paulo B. <PMcKeeby@reedsmith.com>; Morris, Brian K. <BMorris@reedsmith.com>
**Cc:** Matt Hill <mhill@pryorandbruce.com>; Bobby Pryor <bpryor@pryorandbruce.com>
**Subject:** Show Cause Hearing Subpoenas

EXTERNAL E-MAIL - From mbg@nrtw.org

Paulo,

Can you confirm by the end of the day today whether you're willing to accept service of subpoenas for all of the individuals identified in your notice and on the privilege log? If not, please provide each of their addresses where they can be served, and we shall otherwise proceed.

Thanks,
Matt

_____
**Matthew B. Gilliam**
Staff Attorney (*admitted and licensed to practice only in New York and West Virginia*)
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Ste. 600, Springfield, VA 22160
O: 703-770-3339  F: 703-321-9319
Email: mbg@nrtw.org  Web: www.nrtw.org

**NOTICE: This E-mail (including attachments) is covered by the
Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, is confidential and**

**App.3**

**may be legally privileged.  If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it.**

External Signed

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

**App.4**