# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Charlene Carter | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:17-cv-02278-X |
| Southwest Airlines Co., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Southwest Airlines Co.

Date:    05/12/2023

/s/ Andrew B. Ryan
*Attorney's signature*

Andrew B. Ryan (TX SBN 24054464)
*Printed name and bar number*

Ryan Law Partners LLP
3811 Turtle Creek Blvd., Suite 780
Dallas, Texas 75219
*Address*

andy@ryanlawpartners.com
*E-mail address*

214-347-7360
*Telephone number*

888-594-6240
*FAX number*