# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>   Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>   Defendants. | Civil Case No. 3:17-cv-02278-X |

## [PROPOSED] ORDER GRANTING PLAINTIFF CHARLENE CARTER'S MOTION FOR LEAVE TO FILE A BRIEF IN RESPONSE TO DEFENDANT SOUTHWEST AIRLINES CO.'S MAY 12, 2023 BRIEF

Before the Court is Plaintiff Charlene Carter's ("Carter") Motion for Leave to File a Brief in Response to Defendant Southwest Airlines Co.'s May 12, 2023 Brief. The Court grants Carter's Motion for Leave and orders Carter to file a response Southwest's Brief by May ___, 2023.

IT IS THEREFORE ORDERED that Carter's Motion for Leave to File a Brief in Response to Southwest's May 12, 2023 Brief is GRANTED. The Court further ORDERS Carter to file a response to Southwest's Brief by May ___, 2023.

SIGNED on _____, 2023.

_____
Brantley Starr
United States District Judge