UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § § § § | Civil Case No. 3:17-cv-02278-X |
| Plaintiff, | § § § | |
| v. | § § | |
| SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556, | § § § § § § | |
| Defendants. | § § | |

**DEFENDANT SOUTHWEST AIRLINES CO.'S UNOPPOSED MOTION FOR LEAVE TO FILE A BENCH BRIEF ADDRESSING THE PROPRIETY OF THE RELIGIOUS-LIBERTY TRAINING PROPOSED IN THE COURT'S MAY 16, 2023 ORDER**

Pursuant to the Local Rules 7.1 and 56.7 of the Northern District of Texas, Defendant Southwest Airlines Co. ("Southwest"), by and through its attorneys, hereby files this Motion for Leave to File a Bench Brief Addressing the potential contempt remedy of religious-liberty training as raised in the Court's May 16, 2023 Order.[1]  Southwest requests leave to file a bench brief because it contends that it would be improper for the Court to order religious tolerance training as a contempt remedy in the context of the current proceedings.  Southwest would like to submit a short trial brief to set forth its position as to the potential remedy prior to May 23, 2023 Show Cause Hearing (the "Show Cause Hearing")[2].  Southwest would file its bench brief by Friday, May 19, 2023 at 5:00 p.m.

---

[1] ECF No. 423.
[2] ECF No. 408

The Court's May 16, 2023 Order states that, "[i]n addition to Charlene Carter's requested relief, the Court is considering ordering Southwest to send every individual that Southwest represented as being 'involved in the crafting or authorization' of the relevant communications . . . to religious-liberty training."[3]  The Court then orders Southwest to show cause why it "should not be required to send each person named as being 'involved in the crafting or authorization' of the relevant communications to religious-liberty training."[4]

Allowing Southwest leave to file a bench brief on the issue will provide Southwest with the opportunity to do as the Court has requested—show cause for why religious-liberty training should not be required.  Instead of being required to set forth its full argument on the issue at the Show Cause Hearing, the parties can focus on addressing any remaining questions the Court may have.

As Southwest's bench brief, and any responsive pleading, would be filed prior to the Show Cause Hearing, Southwest's request for leave will not cause any delay.  Therefore, Southwest respectfully requests that the Court grant its Motion for Leave and allow Southwest to file a bench brief by Friday, May 19, 2023 at 5:00 p.m. to show cause why religious tolerance training is not an appropriate contempt remedy in the context of the current proceedings.

---

[3] ECF No. 423 at 1.
[4] *Id.* at 3.

Dated: May 18, 2023

Respectfully submitted,

/s/ Paulo B. McKeeby
Paulo B. McKeeby
State Bar No. 00784571
Brian K. Morris
State Bar No. 24108707
**REED SMITH LLP**
2850 N. Harwood Street
Suite 1500
Dallas, Texas 75201
Phone: 469-680-4200
Facsimile: 469-680-4299
pmckeeby@reedsmith.com
bmorris@reedsmith.com

## CERTIFICATE OF CONFERENCE

Southwest's Counsel McKeeby conferred via email with Plaintiff's counsel Mathew Gilliam on May 17, 2023, regarding the substance of this Motion. Mr. Gilliam expressed that, so long as Plaintiff is permitted to file a response by Monday, May 22, 2023, Plaintiff is unopposed to this Motion.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been filed via the Court's ECF system and all counsel of record have been served on this 18th day of May, 2023.

/s/ Paulo B. McKeeby
Paulo B. McKeeby

US_ACTIVE-172975614.2