UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |  |
|---|---|---|
| CHARLENE CARTER, | § § § | Civil Case No. 3:17-cv-02278-X |
|  | § |  |
| Plaintiff, | § § |  |
|  | § |  |
| v. | § § |  |
|  | § |  |
| SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556, | § § § § § |  |
|  | § |  |
| Defendants. | § |  |

**DEFENDANT SOUTHWEST AIRLINES CO.'S NOTICE OF APPEAL TO
THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

Notice is hereby given that Defendant Southwest Airlines Co. ("Defendant") appeals to the United States Court of Appeals for the Fifth Circuit from this Court's November 16, 2022, Memorandum Opinion and Order [ECF No. 366]; December 5, 2022, Order on Sanctions [ECF No. 373]; December 5, 2022, Memorandum Opinion and Order [ECF No. 374]; December 5, 2022, Judgment [ECF No. 375]; April 24, 2023, Order denying Southwest's Motion for New Trial [ECF No. 409]; and any and all other adverse orders and rulings.

Dated:  May 22, 2023

Respectfully submitted,

/s/ Paulo B. McKeeby
Paulo B. McKeeby
State Bar No. 00784571
Brian K. Morris
State Bar No. 24108707
**REED SMITH LLP**
2850 N. Harwood Street
Suite 1500
Dallas, Texas 75201
Phone: 469-680-4200
Facsimile: 469-680-4299
pmckeeby@reedsmith.com
bmorris@reedsmith.com

**ATTORNEYS FOR DEFENDANT SOUTHWEST AIRLINES CO.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been filed via the Court's ECF system and all counsel of record have been served on this 22nd day of May, 2023.

/s/ Paulo B. McKeeby
Paulo B. McKeeby