# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **CHARLENE CARTER,** § | | |
| § | | |
| Plaintiff, § | | **CIVIL ACTION NO.** |
| § | | |
| vs. § | | **3:17-cv-02278-X** |
| § | | |
| **SOUTHWEST AIRLINES CO., and** § | | |
| **TRANSPORT WORKERS UNION OF** § | | **JURY DEMANDED** |
| **AMERICA, LOCAL 556** § | | |
| § | | |
| Defendants. § | | |

## CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS

I, the undersigned attorney, hereby certify that I have read and will comply with all judge.specific requirements for Judge Brantley Starr, United States District Judge for the Northern District of Texas. I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to Federal Rule of Civil Procedure 11, regardless of whether generative artificial intelligence drafted any portion of that filing.

**DATED: JUNE 5, 2023**              **RESPECTFULLY SUBMITTED,**

**CLOUTMAN & GREENFIELD, PLLC**
6217 Bryan Parkway
Dallas, Texas 75214
214.642.7486

  /s/ Adam S. Greenfield_____

Adam S. Greenfield
Email:  agreenfield@candglegal.com
Bar No.: 24075494

*Board Certified in Labor & Employment Law by the Texas Board of Legal Specialization*

Edward B. Cloutman, III
State Bar No. 04411000
Email:  ecloutman@lawoffices.email

**LAW OFFICES OF EDWARD CLOUTMAN, III**
3301 Elm Street
Dallas, Texas  75226-1637
214.939.9222
214.939.9229 Facsimile

**COUNSELS FOR DEFENDANT TWU LOCAL 556**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing instrument has been served upon all parties on the  5th  day of June, 2023.

 */s/ Adam S. Greenfield*_____
Adam S. Greenfield