Case 3:17-cv-02278-X   Document 454   Filed 06/14/23   Page 1 of 34   PageID 16069
CHARLENE CARTER vs SOUTHWEST AIRLINES and TRANSPORT WORKERS
3:17-cv-02278-X                          Vol 8 July 14, 2022

```
1                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF TEXAS
2
                 CASE NO. 3:17-cv-02278-X
3

4

5   ----------------------------------------x

6   CHARLENE CARTER,

7                          Plaintiff,

8   v.

9   SOUTHWEST AIRLINES CO. and
    TRANSPORT WORKERS OF AMERICA,
10  LOCAL 566,

11                         Defendants.

12

13  ----------------------------------------x

14

15

16              TRANSCRIPT OF THE TRIAL

17        BEFORE THE HONORABLE ED KINKEADE

18           UNITED STATES DISTRICT JUDGE

19

20              V O L U M E   8

21

22                  Dallas, Texas

23                  July 14, 2022

24                   10:00 a.m.

25
```

Case 3:17-cv-02278-X   Document 454   Filed 06/14/23   Page 2 of 34   PageID 16070
CHARLENE CARTER vs SOUTHWEST AIRLINES and TRANSPORT WORKERS
3:17-cv-02278-X                    Vol 8 July 14, 2022                    Page 2207

```
 1   A P P E A R A N C E S:

 2

     FOR THE PLAINTIFFS:
 3
          NATIONAL RIGHT TO WORK FOUNDATION INC.
 4             8001 Braddock Street
               Suite 600
 5             Springfield, Virginia  22160
          BY:  MATTHEW B. GILLIAM, ESQ.
 6             mgb@nrtw.org

 7

 8        PRYOR & BRUCE
               302 North San Jacinto
 9             Rockwall, Texas 75087
          BY:  BOBBY G. PRYOR, ESQ.
10             MATTHEW D. HILL, ESQ.
               bpryor@pryorandbruce.com
11             mhill@pryorandbruce.com

12

13

14

15   FOR THE DEFENDANT SOUTHWEST AIRLINES CO.:

16        REED SMITH, LLP
               2850 North Harwood
17             Suite 1500
               Dallas, Texas  75201
18        BY:  PAULO B. McKEEBY, ESQ.
               BRIAN K. MORRIS, ESQ.
19             pmckeeby@reedsmith.com
               bmorris@reedsmith.com
20

21

22

23

24

25
```

Case 3:17-cv-02278-X   Document 454   Filed 06/14/23   Page 3 of 34   PageID 16071
CHARLENE CARTER vs SOUTHWEST AIRLINES and TRANSPORT WORKERS
3:17-cv-02278-X                    Vol 8 July 14, 2022                    Page 2208

1    For the Defendant Union 566:

2

3         CLOUTMAN & GREENFIELD, PLLC
               3301 Elm Street
4               Dallas, TX 75226
          BY:  ADAM S. GREENFIELD, ESQ.
5               EDWARD B. CLOUTMAN, III, ESQ.
               agreenfield@candglegal.com
6               crawfish11@prodigy.net

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 3:17-cv-02278-X   Document 454   Filed 06/14/23   Page 4 of 34   PageID 16072
CHARLENE CARTER vs SOUTHWEST AIRLINES and TRANSPORT WORKERS
3:17-cv-02278-X                          Vol 8 July 14, 2022                          Page 2209

```
1   COURT REPORTER:   MS. KELLI ANN WILLIS, RPR, CRR, CSR
                      United States Court Reporter
2                     1100 Commerce Street
                      Room 1528
3                     Dallas, Texas  75242
                      livenotecrr@gmail.com
4

5          Proceedings reported by mechanical

6   stenography and transcript produced by computer.

7

8                       *  *  *  *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 3:17-cv-02278-X   Document 454   Filed 06/14/23   Page 5 of 34   PageID 16073
CHARLENE CARTER vs SOUTHWEST AIRLINES and TRANSPORT WORKERS
3:17-cv-02278-X                    Vol 8 July 14, 2022                    Page 2210

1                           I N D E X

2

3    Jury Note No. 5 ........................... 2211

4

5    Verdict ................................... 2217

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CHARLENE CARTER vs SOUTHWEST AIRLINES and TRANSPORT WORKERS

| 3:17-cv-02278-X | Vol 8 July 14, 2022 | Page 2211 |
|---|---|---|

```
 1              - P R O C E E D I N G S -

 2                        -o-

 3            THE COURT:  In the case of Charlene --

 4   Charlene Carter versus Transportation Workers Union

 5   Local 566, Case No. 3:17-cv-2278-X, we have gotten

 6   Jury Note No. 5, and there were two questions.

 7            You have those and you have my proposed

 8   answer, and I'm going to attach these into the

 9   record.

10            Any objection to my answer?

11            Do you want to start, Mr. Greenfield?

12            MR. GREENFIELD:  Yes, your Honor.

13            On Question No. 2, awarding --

14            THE COURT:  No objection to 1?

15            MR. McKEEBY:  I'm fine --

16            MR. GREENFIELD:  I'm sorry.

17            Go ahead, Mr. McKeeby.

18            MR. McKEEBY:  It is not our question, I

19   guess, but I think it should say "may support."

20            THE COURT:  Wait.  Let me do it one at a

21   time, just like Satchmo Armstrong.  I don't want you

22   to do a duet.

23            What is it?  You can make your objection.

24            You are representing Southwest?

25            MR. McKEEBY:  Yes, sir.
```

Case 3:17-cv-02278-X   Document 454   Filed 06/14/23   Page 7 of 34   PageID 16075
CHARLENE CARTER vs SOUTHWEST AIRLINES and TRANSPORT WORKERS
3:17-cv-02278-X                    Vol 8 July 14, 2022                    Page 2212

```
 1              THE COURT:  He's representing the Union,
 2  right?
 3              You can collaborate, if you want to.
 4              MR. McKEEBY:  We never do that.
 5              THE COURT:  Okay.
 6              MR. McKEEBY:  You wouldn't ask that, if
 7  you had presided over this case.
 8              THE COURT:  Oh, okay.  I don't really
 9  care.
10              MR. GREENFIELD:  Yes, your Honor.
11              We think technical violation that may
12  support, just the word "may" included in between
13  "that" and "support," is our only issue with
14  Question No. 1.
15              THE COURT:  What now?  What are you the
16  words you want me to put down?
17              MR. GREENFIELD:  "A technical violation
18  that may support the nominal damages."
19              THE COURT:  What was in the charge?
20              MR. MORRIS:  I'm pulling it up.
21              THE COURT:  Oh, you are looking.
22              MR. GREENFIELD:  And Ms. Silver has it.
23              THE COURT:  It is like War and Peace.
24              MR. GREENFIELD:  The charge itself says,
25  "If Plaintiff Carter has suffered no damages as a
```

CHARLENE CARTER vs SOUTHWEST AIRLINES and TRANSPORT WORKERS
3:17-cv-02278-X                    Vol 8 July 14, 2022                    Page 2213

1  result of these violations, then you may award

2  Plaintiff Carter nominal damages."

3            THE COURT:  Nominal damages.

4            All right.  Well, I am going to put it

5  exactly the way it is in the charge.

6            MR. GREENFIELD:  No objection.

7            MR. McKEEBY:  I'm not sure if we know --

8  do you want me to show you where?  I didn't pull

9  that out.

10           MR. GILLIAM:  It is just going to

11 reiterate the charge on nominal damages?

12           THE COURT:  Exactly.

13           MR. GILLIAM:  Okay.

14           THE COURT:  We are going to have the

15 revised standard position.

16           MR. GILLIAM:  Okay.

17           We thought your answer was great, your

18 Honor, but the charge -- the charge is --

19           THE COURT:  You will make that change

20 right now?

21           Okay.  Good.  That will do that.

22           Any other objections by y'all?

23           Now that I am here, you won't object to

24 the other way?

25           MR. GILLIAM:  I think we -- yes, I think

Case 3:17-cv-02278-X   Document 454   Filed 06/14/23   Page 9 of 34   PageID 16077
CHARLENE CARTER vs SOUTHWEST AIRLINES and TRANSPORT WORKERS
3:17-cv-02278-X                    Vol 8 July 14, 2022                    Page 2214

1  we object and would prefer the language that you

2  proposed first.

3            THE COURT:  The original.  You want the

4  original language.  I'm overruling your objection.

5  I'm sustaining your objection and putting in this.

6            MR. GREENFIELD:  And then also we object

7  to the Question No. 2, we think that should be a

8  yes, instead of a no, based on -- based on the jury

9  instruction.

10           THE COURT:  No. 2 should be a yes?

11           MR. GREENFIELD:  Yes.  It is asking,

12 awarding money in questions 14 and 16, does that

13 exclude awarding money in question 22?

14           And the way I read the second paragraph on

15 nominal damages, it says that if you -- it can only

16 be awarded if Plaintiff Carter has suffered no

17 damages as a result of the violation, then you can

18 award nominal damages.

19           In that paragraph, it discusses technical

20 violations of the Railway Labor Act and Title VII or

21 the DFR claims, potentially.

22           MR. GILLIAM:  We believe the answer should

23 be yes.

24           THE COURT:  Do you?

25           MR. McKEEBY:  Because it could relate

CHARLENE CARTER vs SOUTHWEST AIRLINES and TRANSPORT WORKERS
3:17-cv-02278-X                         Vol 8 July 14, 2022                         Page 2215

1   to -- because there are separate claims, right?  So

2   we amend our objection.

3            THE COURT:  The other Railway labor Act,

4   right?  Isn't that right?

5            MS. SILVER:  Title VII.  Title VII.

6            THE COURT:  The way they asked it is yes

7   under one and no under the other one.

8            Why don't we say that?  Would that confuse

9   it even more?

10            Yes, why don't we do that?  No, because

11  the question are about different laws.

12            MR. GREENFIELD:  That is fair.

13            MR. GILLIAM:  Well, your Honor, if actual

14  damages are proved and awarded in 14 and 16, then we

15  think that there wouldn't be any nominal because

16  nominal damages only arise when there is a technical

17  violation but no other damages proven.

18            MR. McKEEBY:  Claims.

19            THE COURT:  Oh, okay.

20            Oh, 14 and 16.

21            MS. SILVER:  It is about Title VII.  That

22  is a clue as to how --

23            THE COURT:  No, it doesn't.  Okay.

24            I will overrule your objection.

25            MR. GREENFIELD:  Okay.  And I will

Case 3:17-cv-02278-X   Document 454   Filed 06/14/23   Page 11 of 34   PageID 16079
CHARLENE CARTER vs SOUTHWEST AIRLINES and TRANSPORT WORKERS
3:17-cv-02278-X                    Vol 8 July 14, 2022                    Page 2216

1   withdraw it as well.  I understand now.  I was

2   mixing up the statutes myself.

3           THE COURT:  We are going to get another

4   question.

5           MR. GILLIAM:  I apologize for that.  Yes,

6   we agreed with your original.

7           THE COURT:  You agreed with me?

8           MR. GILLIAM:  Yes, your Honor.

9           THE COURT:  We need to get that on the

10  record.

11          MR. GILLIAM:  I think she caught it.

12              (Discussion off the record.)

13          THE COURT:  Any objection?

14          MR. GILLIAM:  No objections, your Honor.

15          MR. McKEEBY:  No objection from Southwest.

16          MR. GREENFIELD:  No objection, your Honor.

17          THE COURT:  That means the Court got it

18  right.

19          (Recess.)

20          THE COURT SECURITY OFFICER:  All rise.

21          THE COURT:  Okay.  Let's bring the jury

22  in.

23          What is the foreperson's name?  Sidney?

24          Is that a man or a woman?

25              (The jurors entered the courtroom.)

Case 3:17-cv-02278-X   Document 454   Filed 06/14/23   Page 12 of 34   PageID 16080
CHARLENE CARTER vs SOUTHWEST AIRLINES and TRANSPORT WORKERS
3:17-cv-02278-X                    Vol 8 July 14, 2022                    Page 2217

1              THE COURT:  Good to see you.  Y'all be

2      seated.

3              I'm a substitute judge.  Who is that guy?

4              Judge Starr had to be out of town.  He had

5      an important opportunity he's working on, where he

6      had been asked to do a long time ago, or he would

7      have been here.

8              But have you reached a verdict, Mr. Red?

9              JUROR NO. 1:  Yes.

10             THE COURT:  Would you give that to the

11     CSO?  And I will go over that one you.

12             I'm not going to go back over the

13     instructions but I am going to go through the

14     answers to the question, okay?

15             Then I'm going to ask you at the end of

16     this, is this your verdict of each and every one of

17     you.  So make sure, if there is something wrong, you

18     let me know, okay.

19             By the way, I'm Judge Kinkeade.  I'm an

20     old, old judge.  And I have been here forever, since

21     I was tall and thin.

22             Question No. 1.

23             Has Plaintiff Carter proved that Audrey

24     Stone was acting in her official capacity as then

25     president of Local 556 when she reported Plaintiff

CHARLENE CARTER vs SOUTHWEST AIRLINES and TRANSPORT WORKERS

1    Carter to Defendant Southwest?

2             Yes or no.

3             The answer, yes.

4             Question No. 2.

5             Did Plaintiff Carter prove that the

6    Defendant Local 556 violated the duty of fair

7    representation owed to Plaintiff Carter?

8             Answer yes or no.

9             Answer, yes.

10            Question 3.

11            Did Plaintiff Carter prove that Defendant

12   Local 556 retaliated against Plaintiff Carter for

13   engaging in activity protected by the Railway Labor

14   Act?

15            Answer yes or no.

16            Answer, yes.

17            Question 4.

18            Do you find that Defendant Local 556 has

19   proved of Local 556 would have reported Plaintiff

20   Carter to Defendant Southwest, even if Plaintiff

21   Carter had not engaged in activity protected by the

22   Railway Labor Act?

23            Answer yes or no.

24            And you answered no.

25            Question 5.

Case 3:17-cv-02278-X   Document 454   Filed 06/14/23   Page 14 of 34   PageID 16082
CHARLENE CARTER vs SOUTHWEST AIRLINES and TRANSPORT WORKERS
3:17-cv-02278-X                    Vol 8 July 14, 2022                    Page 2219

1              Has Plaintiff Carter proved that Defendant

2    Local 556 unlawfully discriminated against Plaintiff

3    Carter by causing or attempting to cause her

4    discharge and that such cause or attempt was

5    motivated by Plaintiff Carter's sincerely-held

6    religious observances, beliefs, or practices?

7              Answer yes or no.

8              The answer is yes.

9              Question 6.

10             Did Plaintiff Carter prove that Defendant

11   Local 556 unlawfully discriminated against Plaintiff

12   Carter by treating her less favorably than other

13   employees and that such treatment was motivated by

14   Plaintiff Carter's sincerely-held religious

15   observances, beliefs, or practices?

16             Answer yes or no.

17             The answer is yes.

18             Question 7.

19             Did Plaintiff Carter prove that Defendant

20   Local 556 unlawfully failed to accommodate Plaintiff

21   Carter's sincerely-held religious beliefs,

22   practices, or observances?

23             Answer yes or no.

24             And the answer is yes.

25             Now we will go to Southwest on the

CHARLENE CARTER vs SOUTHWEST AIRLINES and TRANSPORT WORKERS
3:17-cv-02278-X                          Vol 8 July 14, 2022                          Page 2220

1    liability questions.

2              Question 8.

3              Did Plaintiff Carter prove that Defendant

4    Southwest retaliated against Plaintiff Carter for

5    engaging in activity protected by the Railway Labor

6    Act?

7              Answer yes or no.

8              And the answer is yes.

9              Question 9.

10             Do you find that Defendant Southwest has

11   proved -- that Southwest would have discharged

12   Plaintiff Carter -- I'm not sure how this is

13   worded -- anyway, would have discharged Plaintiff

14   Carter, do you find that Southwest would have

15   discharged Plaintiff carter even if she had not

16   engaged in activity protected by the Railway Labor

17   Act?  Whether Southwest proved that.

18             The answer is no.

19             And the next question.

20             Has Plaintiff Carter proved that Defendant

21   Southwest unlawfully discriminated against Plaintiff

22   Carter by discharging her -- discharging her --

23   excuse me -- and that such discharge was motivated

24   by Plaintiff Carter's sincerely-held religious

25   observances, beliefs, or practices?

1              Answer yes or no.

2              The answer is yes.

3              Question 11.

4              Has Plaintiff Carter proved that Defendant

5    Southwest failed to accommodate Plaintiff Carter's

6    sincerely-held religious beliefs, practices, or

7    observances?

8              Answer yes or no.

9              The answer is yes.

10             Question 12.

11             Do you find that Defendant Southwest has

12   proved that any and all accommodations in this case

13   would have imposed an undue hardship on Defendant

14   Southwest?

15             The answer is no.

16             Questions about damages.

17             Lost wages and damages against Local 556.

18             These will be a list.

19             What sum of money, if paid now in cash,

20   would fairly and reasonably compensate Plaintiff

21   Carter for lost wages and benefits, if any,

22   Defendant Local 556 caused Plaintiff Carter?

23             Answer in dollars and cents for the

24   following items and none others.

25             Lost wages sustained between March 14th,

Case 3:17-cv-02278-X   Document 454   Filed 06/14/23   Page 17 of 34   PageID 16085
CHARLENE CARTER vs SOUTHWEST AIRLINES and TRANSPORT WORKERS
3:17-cv-02278-X                    Vol 8 July 14, 2022                    Page 2222

 1    2017 and date of the jury's decision.

 2              $120,000.

 3              Two.  Lost benefits sustained between

 4    March 14, 2017 and the date of the jury's decision.

 5              Answer, $30,000.

 6              Question 14.

 7              Non-economic damages against Local 556 for

 8    Title VII claims.

 9              What sum of money, if paid now in cash,

10    would fairly and reasonably compensate Plaintiff

11    Carter for her emotional distress, pain and

12    suffering, inconvenience, mental anguish and the

13    loss of enjoyment of life that Defendant Local 556

14    caused Plaintiff Carter?

15              Answer in dollars and cents for the

16    following items and none others.

17              Past pain and suffering, inconvenience,

18    mental anguish, and loss of the enjoyment of life.

19              $250,000.

20              Two.  Future pain and suffering

21    inconvenience, mental anguish, and loss of enjoyment

22    of life.

23              $250,000.

24              Question 15.

25              Punitive damages against Local 556 for

Case 3:17-cv-02278-X   Document 454   Filed 06/14/23   Page 18 of 34   PageID 16086
CHARLENE CARTER vs SOUTHWEST AIRLINES and TRANSPORT WORKERS
3:17-cv-02278-X                     Vol 8 July 14, 2022                     Page 2223

1  Title VII claims.

2          Do you find that Plaintiff Carter should

3  be awarded punitive damages against Defendant Local

4  556 for violating Plaintiff Carter's religious

5  rights under Title VII?

6          Answer, yes.

7          16.

8          Punitive damages against Local 556 for

9  Title VII claims.

10         What sum of money should be assessed

11  against Defendant Local 556 as punitive damages

12  against Local 556 for violating Plaintiff Carter's

13  religious rights under Title VII?

14         Answer in dollars and cents.

15         $300,000.

16         Question 17.

17         Nominal damages against Local 556 for

18  Title VII claims.

19         Do you find that Plaintiff Carter should

20  be awarded nominal damages against Local 556 for

21  violating Plaintiff Carter's religious rights under

22  Title VII?

23         Answer, no.

24         Question 18.

25         Nominal damages against Local 556 for

Case 3:17-cv-02278-X   Document 454   Filed 06/14/23   Page 19 of 34   PageID 16087
CHARLENE CARTER vs SOUTHWEST AIRLINES and TRANSPORT WORKERS
3:17-cv-02278-X                    Vol 8 July 14, 2022                    Page 2224

1  Title VII claims.

2          What sum of money should be assessed

3  against Defendant Local 556 as nominal damages

4  against Local 556 for violating Plaintiff Carter's

5  religious rights under Title VII.

6          And it said to answer in dollars and

7  cents, and y'all put "N/A," meaning not applicable.

8          Oh, you skipped Question 19.  You did the

9  right thing.  You followed the instructions.  Thank

10  you very much.

11          So question 19.

12          Nominal damages against Local 556 for duty

13  of fair representation claim.

14          Do you find that Plaintiff Carter should

15  be awarded nominal damages against the Defendant

16  Local 556 for violating its duty of fair

17  representation owed to Plaintiff Carter?

18          Answer, no.

19          Question 20 -- well, it is one of those

20  that is skipped.

21          Number 20.  Because you answered no to 19,

22  then you skip to 21.

23          Nominal damages against for Railway Act --

24  against Local 556 for Railway Labor Act retaliation

25  claim.

1              Do you find that Plaintiff Carter should

2    be awarded nominal damages against Defendant Local

3    556 for retaliating against Plaintiff Carter for

4    exercising her rights under the Railway Labor Act?

5              The answer is no.

6              Question 22, again, is skipped.

7              I don't think they said no to 21.  Yes.

8    Okay.  Yes.  So skip to 23.

9              Front pay damages against Local 556,

10   Question 23.

11             What sum of money, if paid now in cash,

12   would fairly and reasonably compensate Plaintiff

13   Carter for future lost wages, if any, Defendant

14   Local 556 caused Plaintiff Carter?

15             Answer in dollars and cents.

16             $200,000.

17             Southwest damages questions.

18             Question 24.

19             Lost wages damages against Southwest.

20             What sum of money, if paid now in cash,

21   would fairly and reasonably compensate Plaintiff

22   Carter for lost wages and benefits, if any,

23   Defendant Southwest caused Plaintiff Carter?

24             Answer in dollars and cents for the

25   following items and none other.

Case 3:17-cv-02278-X   Document 454   Filed 06/14/23   Page 21 of 34   PageID 16089
CHARLENE CARTER vs SOUTHWEST AIRLINES and TRANSPORT WORKERS
3:17-cv-02278-X                    Vol 8 July 14, 2022                    Page 2226

1          One.  Lost wages sustained between March

2     14th, 2017 and the date of the jury's decision.

3          Answer, $120,000.

4          Lost benefits sustained between March

5     14th, 2017 and the date of jury's decision.

6          $30,000.

7          Question 25.

8          Non-economic damages against Southwest for

9     Title VII claims.

10          What sum of money, if paid now in cash,

11     would fairly and reasonably compensate Plaintiff

12     Carter for emotional distress, pain and suffering,

13     inconvenience, mental anguish, and loss of enjoyment

14     of life that Defendant Southwest caused Plaintiff

15     Carter?

16          Answer in dollars and cents for the

17     following items and none other.

18          Past pain and suffering, inconvenience,

19     mental anguish and loss of enjoyment of life?

20          $250,000.

21          Future pain and suffering, inconvenience,

22     mental anguish, and the loss of enjoyment of life.

23          $250,000.

24          Question 26.

25          Punitive damages against Southwest for

CHARLENE CARTER vs SOUTHWEST AIRLINES and TRANSPORT WORKERS

 1   Title VII claims.

 2            Do you find that Plaintiff Carter should

 3   be awarded punitive damages against Defendant

 4   Southwest for violating Plaintiff Carter's religious

 5   rights under Title VII?

 6            Answer yes or no.

 7            The answer is yes.

 8            27.

 9            Punitive damages against Southwest for

10   Title VII claims.

11            What sum of money should be assessed

12   against Defendant Southwest as punitive damages

13   against Southwest for violating Plaintiff Carter's

14   religious rights under Title VII?

15            Answer in dollars and cents.

16            $3,500,000.

17            Question 28.

18            Nominal damages against Southwest for

19   Title VII claims.

20            Do you find that Plaintiff Carter should

21   be awarded nominal damages against Defendant

22   Southwest for violating Plaintiff Carter's religious

23   rights under Title VII?

24            The answer is no.

25            Skip to 29.

Case 3:17-cv-02278-X   Document 454   Filed 06/14/23   Page 23 of 34   PageID 16091
CHARLENE CARTER vs SOUTHWEST AIRLINES and TRANSPORT WORKERS
3:17-cv-02278-X                     Vol 8 July 14, 2022                     Page 2228

1              Do you find Plaintiff Carter should be

2    awarded nominal damages against Defendant Southwest

3    for retaliating against Plaintiff Cater for engaging

4    in activity protected by the Railway Labor Act?

5              The answer is no.

6              Skip 31, go to 32.

7              Front pay damages against Southwest.

8              What sum of money, if paid now in cash,

9    would fairly and reasonably compensate Plaintiff

10   Carter for future damages, if any, Defendant

11   Southwest caused Plaintiff Carter?

12             Answer in dollars and cents.

13             $200,000.

14             Mitigation questions.

15             Do you find that Plaintiff Carter failed

16   to reduce her damages through the exercise of

17   reasonable diligence in seeking, obtaining, and

18   maintaining substantially equivalent employment

19   after the date of her employment termination by the

20   Defendant Southwest?

21             Answer, no.

22             How much would Plaintiff Carter earn had

23   she exercised reasonable diligence to minimize her

24   damages?

25             Answer in dollars and cents.

CHARLENE CARTER vs SOUTHWEST AIRLINES and TRANSPORT WORKERS

```
1              And it is zero.

2              All signed by Sidney Red, Jury Foreperson,

3    and dated today, July 14th, 2022.

4              Juror No. 1, is that your verdict?

5              JUROR NO. 1:  Yes.

6              THE COURT:  Juror No. 2?

7              JUROR NO. 2:  Yes, sir.

8              THE COURT:  Juror No. 3?

9              JUROR NO. 3:  Yes, sir.

10             THE COURT:  Juror No. 4?

11             JUROR NO. 4:  Yes, sir.

12             THE COURT:  Juror No. 5?

13             JUROR NO. 5:  Yes.  Yes, sir.

14             THE COURT:  Juror No. 6?

15             JUROR NO. 6:  Yes, sir.

16             THE COURT:  Juror No. 7?

17             JUROR NO. 7:  Yes, sir.

18             THE COURT:  Okay.

19             I accept your verdict.  And we thank you

20   for your service.  I think y'all have been down here

21   a week and a half.  I appreciate that very much.  I

22   know you took out of your lives to do this.

23             And it is still hot outside, I will tell

24   you that.

25             Serving on a jury -- I'm not going to
```

1  preach to you -- is a difficult and important thing

2  and it is something that I hope was a good

3  experience for you.

4            These are good lawyers, an important case.

5  The judge is a great guy, and I know you enjoyed

6  being with him.  And so you are discharged.  And I

7  think we give like $40 bucks a day or something

8  like, not a lot.

9            So we are one of the last free world

10  countries that still has jury trials in civil cases.

11  It is very unusual.

12            And I wanted y'all to know that it is an

13  important part of our freedom.  And I don't mean to

14  be standing here waving the flag; it is just an

15  important thing and y'all have done it.

16            So I never been on a jury.  I kind of wish

17  I could once, but all right.  Y'all are discharged.

18            MR. PRYOR:  Your Honor, I'm sorry.  Before

19  the jury is discharged, could I approach?

20            THE COURT:  I don't think so.

21            MR. PRYOR:  Okay.

22            THE COURT:  Is there something you want to

23  ask them?

24            MR. PRYOR:  Yes, your Honor.

25            THE COURT:  Okay.  You can come around

 1    this way.

 2              All right.  I will let you do it.

 3    Briefly.

 4              MR. PRYOR:  Yes, sir.

 5              (Thereupon, the following proceedings were

 6        had at sidebar:)

 7              THE COURT:  Yes.

 8              MR. PRYOR:  Your Honor, I'm not sure.

 9    Judge Starr, before he left, said two things about

10    before the jury is discharged.  One is, he, as I

11    understood it, was going to direct us not to contact

12    them, but he specifically was going to tell them, if

13    he wanted to contact us, they could.

14              I think that is important.

15              THE COURT:  I will tell them to call here,

16    and I will leave it so that Judge Starr can handle

17    it.  How is that?

18              MR. PRYOR:  Sure.

19              Thank you, your Honor.

20              THE COURT:  Okay.

21              MR. PRYOR:  I'm sorry to interrupt you.

22              THE COURT:  Don't do it again.

23              (Thereupon, the sidebar was concluded and

24        the following proceedings were held in open

25        court:)

Case 3:17-cv-02278-X   Document 454   Filed 06/14/23   Page 27 of 34   PageID 16095
CHARLENE CARTER vs SOUTHWEST AIRLINES and TRANSPORT WORKERS
3:17-cv-02278-X                      Vol 8 July 14, 2022                      Page 2232

 1              THE COURT:  Generally, I don't let jurors
 2    talk to the lawyers.  It is up to the individual
 3    judges to do that.
 4              Judge Starr is a young, more cutting-edge
 5    judge than I am, probably.  If you decide you want
 6    to talk to the lawyers, it is up to him.  I will let
 7    him be the judge of that.
 8              And y'all can call up here, and if you
 9    want to, set up that time to do that.  But they
10    won't call you.  The lawyers from either side are
11    instructed not to call you on their own.
12              So if your decide you'd like to do that,
13    in fact, usually I go in with jurors and answer
14    their questions.  I don't know how to answer your
15    questions; I wasn't here.  So I apologize.  I don't
16    have the kind of benefit from that.
17              And so I hope you had a good experience.
18    And if you decide you want to do that, you can get
19    the phone number for the court here and make that
20    kind of contact, okay?
21              Any questions about that?
22              All right.  Y'all leave through the jury
23    room.  Thank y'all very much.
24              I do accept your verdict and you are
25    discharged.

Case 3:17-cv-02278-X   Document 454   Filed 06/14/23   Page 28 of 34   PageID 16096
CHARLENE CARTER vs SOUTHWEST AIRLINES and TRANSPORT WORKERS
3:17-cv-02278-X                    Vol 8 July 14, 2022                    Page 2233

```
 1              (The jurors exited the courtroom.)
 2              THE COURT:  I will assume y'all are going
 3    to file some kind of an appeal.  I will be shocked,
 4    if you don't.  So you know what your time frame is
 5    on all of that; don't miss those dates.
 6              MR. McKEEBY:  It is based on the judgment.
 7              THE COURT:  I'm sorry?
 8              MR. McKEEBY:  It is based on entry of the
 9    judgment.
10              THE COURT:  That's right.
11              MR. McKEEBY:  That will spell that out.
12              THE COURT:  Y'all just start working on
13    all of that, and let Judge Starr know and he will
14    work with you guys on that, okay?
15              Okay?  Yes?
16              MR. GREENFIELD:  Yes, sir.  Yes, your
17    Honor.
18              THE COURT:  And do y'all have anything
19    else you want?
20              MR. PRYOR:  Nothing, your Honor.
21              THE COURT:  I didn't think you would.
22              All right.  Thank you y'all very much.
23              MR. PRYOR:  Thank you.
24              (Proceedings concluded at 4:40 p.m.)
25
```

Case 3:17-cv-02278-X   Document 454   Filed 06/14/23   Page 29 of 34   PageID 16097
CHARLENE CARTER vs SOUTHWEST AIRLINES and TRANSPORT WORKERS
3:17-cv-02278-X                    Vol 8 July 14, 2022                    Page 2234

```
 1                    C E R T I F I C A T E

 2

 3              I, Kelli Ann Willis, RPR, CRR, CSR

 4   certify that the foregoing is a transcript from the

 5   record of the proceedings in the foregoing entitled

 6   matter.

 7              I further certify that the transcript

 8   fees format comply with those prescribed by the

 9   Court and the Judicial Conference of the United

10   States.

11              This 14th day of July 2022.

12

13                  s/ Kelli Ann Willis
                    Official Court Reporters
14                  Northern District of Texas
                    Dallas Division
15

16

17

18

19

20

21

22

23

24

25
```

CHARLENE CARTER vs SOUTHWEST AIRLINES and TRANSPORT WORKERS
3:17-cv-02278-X                 Vol 8 July 14, 2022                 Index: $120,000..cash

**$**

**$120,000** 2222:2
2226:3

**$200,000** 2225:16
2228:13

**$250,000** 2222:19,23
2226:20,23

**$3,500,000** 2227:16

**$30,000** 2222:5 2226:6

**$300,000** 2223:15

**$40** 2230:7

**-**

**-o-** 2211:2

**1**

**1** 2211:14 2212:14
2217:9,22 2229:4,5

**11** 2221:3

**12** 2221:10

**14** 2214:12 2215:14,20
2222:4,6

**14th** 2221:25 2226:2,5
2229:3

**15** 2222:24

**16** 2214:12 2215:14,20
2223:7

**17** 2223:16

**18** 2223:24

**19** 2224:8,11,21

**2**

**2** 2211:13 2214:7,10
2218:4 2229:6,7

**20** 2224:19,21

**2017** 2222:1,4 2226:2,5

**2022** 2229:3

**21** 2224:22 2225:7

**22** 2214:13 2225:6

**23** 2225:8,10

**24** 2225:18

**25** 2226:7

**26** 2226:24

**27** 2227:8

**28** 2227:17

**29** 2227:25

**3**

**3** 2218:10 2229:8,9

**31** 2228:6

**32** 2228:6

**3:17-cv-2278-x** 2211:5

**4**

**4** 2218:17 2229:10,11

**4:40** 2233:24

**5**

**5** 2211:6 2218:25
2229:12,13

**556** 2217:25 2218:6,12,
18,19 2219:2,11,20
2221:17,22 2222:7,13,
25 2223:4,8,11,12,17,
20,25 2224:3,4,12,16,
24 2225:3,9,14

**566** 2211:5

**6**

**6** 2219:9 2229:14,15

**7**

**7** 2219:18 2229:16,17

**8**

**8** 2220:2

**9**

**9** 2220:9

**A**

**accept** 2229:19
2232:24

**accommodate**
2219:20 2221:5

**accommodations**
2221:12

**Act** 2214:20 2215:3
2218:14,22 2220:6,17
2224:23,24 2225:4
2228:4

**acting** 2217:24

**activity** 2218:13,21
2220:5,16 2228:4

**actual** 2215:13

**agreed** 2216:6,7

**ahead** 2211:17

**amend** 2215:2

**anguish** 2222:12,18,21
2226:13,19,22

**answers** 2217:14

**apologize** 2216:5
2232:15

**appeal** 2233:3

**applicable** 2224:7

**approach** 2230:19

**arise** 2215:16

**Armstrong** 2211:21

**assessed** 2223:10
2224:2 2227:11

**assume** 2233:2

**attach** 2211:8

**attempt** 2219:4

**attempting** 2219:3

**Audrey** 2217:23

**award** 2213:1 2214:18

**awarded** 2214:16
2215:14 2223:3,20
2224:15 2225:2 2227:3,
21 2228:2

**awarding** 2211:13
2214:12,13

**B**

**back** 2217:12

**based** 2214:8 2233:6,8

**beliefs** 2219:6,15,21
2220:25 2221:6

**benefit** 2232:16

**benefits** 2221:21
2222:3 2225:22 2226:4

**Briefly** 2231:3

**bring** 2216:21

**bucks** 2230:7

**C**

**call** 2231:15 2232:8,10,
11

**capacity** 2217:24

**care** 2212:9

**carter** 2211:4 2212:25
2213:2 2214:16
2217:23 2218:1,5,7,11,
12,20,21 2219:1,3,10,
12,19 2220:3,4,12,14,
15,20,22 2221:4,21,22
2222:11,14 2223:2,19
2224:14,17 2225:1,3,
13,14,22,23 2226:12,15
2227:2,20 2228:1,10,
11,15,22

**Carter's** 2219:5,14,21
2220:24 2221:5 2223:4,
12,21 2224:4 2227:4,
13,22

**case** 2211:3,5 2212:7
2221:12 2230:4

**cases** 2230:10

**cash** 2221:19 2222:9
2225:11,20 2226:10
2228:8

**Cater** 2228:3

**caught** 2216:11

**caused** 2221:22 2222:14 2225:14,23 2226:14 2228:11

**causing** 2219:3

**cents** 2221:23 2222:15 2223:14 2224:7 2225:15,24 2226:16 2227:15 2228:12,25

**change** 2213:19

**charge** 2212:19,24 2213:5,11,18

**Charlene** 2211:3,4

**civil** 2230:10

**claim** 2224:13,25

**claims** 2214:21 2215:1, 18 2222:8 2223:1,9,18 2224:1 2226:9 2227:1, 10,19

**clue** 2215:22

**collaborate** 2212:3

**compensate** 2221:20 2222:10 2225:12,21 2226:11 2228:9

**concluded** 2231:23 2233:24

**confuse** 2215:8

**contact** 2231:11,13 2232:20

**countries** 2230:10

**court** 2211:3,14,20 2212:1,5,8,15,19,21,23 2213:3,12,14,19 2214:3,10,24 2215:3,6, 19,23 2216:3,7,9,13,17, 20,21 2217:1,10 2229:6,8,10,12,14,16, 18 2230:20,22,25 2231:7,15,20,22,25 2232:1,19 2233:2,7,10, 12,18,21

**courtroom** 2216:25 2233:1

**CSO** 2217:11

**cutting-edge** 2232:4

---

**D**

**damages** 2212:18,25 2213:2,3,11 2214:15, 17,18 2215:14,16,17 2221:16,17 2222:7,25 2223:3,8,11,17,20,25 2224:3,12,15,23 2225:2,9,17,19 2226:8, 25 2227:3,9,12,18,21 2228:2,7,10,16,24

**date** 2222:1,4 2226:2,5 2228:19

**dated** 2229:3

**dates** 2233:5

**day** 2230:7

**decide** 2232:5,12,18

**decision** 2222:1,4 2226:2,5

**Defendant** 2218:1,6, 11,18,20 2219:1,10,19 2220:3,10,20 2221:4, 11,13,22 2222:13 2223:3,11 2224:3,15 2225:2,13,23 2226:14 2227:3,12,21 2228:2, 10,20

**DFR** 2214:21

**difficult** 2230:1

**diligence** 2228:17,23

**direct** 2231:11

**discharge** 2219:4 2220:23

**discharged** 2220:11, 13,15 2230:6,17,19 2231:10 2232:25

**discharging** 2220:22

**discriminated** 2219:2, 11 2220:21

**discusses** 2214:19

**discussion** 2216:12

**distress** 2222:11 2226:12

**dollars** 2221:23 2222:15 2223:14 2224:6 2225:15,24 2226:16 2227:15 2228:12,25

**duet** 2211:22

**duty** 2218:6 2224:12,16

---

**E**

**earn** 2228:22

**emotional** 2222:11 2226:12

**employees** 2219:13

**employment** 2228:18, 19

**end** 2217:15

**engaged** 2218:21 2220:16

**engaging** 2218:13 2220:5 2228:3

**enjoyed** 2230:5

**enjoyment** 2222:13, 18,21 2226:13,19,22

**entered** 2216:25

**entry** 2233:8

**equivalent** 2228:18

**exclude** 2214:13

**excuse** 2220:23

**exercise** 2228:16

**exercised** 2228:23

**exercising** 2225:4

**exited** 2233:1

**experience** 2230:3 2232:17

---

**F**

**fact** 2232:13

**failed** 2219:20 2221:5 2228:15

**fair** 2215:12 2218:6 2224:13,16

**fairly** 2221:20 2222:10 2225:12,21 2226:11 2228:9

**favorably** 2219:12

**file** 2233:3

**find** 2218:18 2220:10, 14 2221:11 2223:2,19 2224:14 2225:1 2227:2, 20 2228:1,15

**fine** 2211:15

**flag** 2230:14

**Foreperson** 2229:2

**foreperson's** 2216:23

**forever** 2217:20

**frame** 2233:4

**free** 2230:9

**freedom** 2230:13

**Front** 2225:9 2228:7

**future** 2222:20 2225:13 2226:21 2228:10

---

**G**

**Generally** 2232:1

**GILLIAM** 2213:10,13, 16,25 2214:22 2215:13 2216:5,8,11,14

**give** 2217:10 2230:7

**good** 2213:21 2217:1 2230:2,4 2232:17

**great** 2213:17 2230:5

**Greenfield** 2211:11,12, 16 2212:10,17,22,24 2213:6 2214:6,11 2215:12,25 2216:16 2233:16

**guess** 2211:19

**guy** 2217:3 2230:5

**guys** 2233:14

---

**H**

**half** 2229:21

Case 3:17-cv-02278-X   Document 454   Filed 06/14/23   Page 32 of 34   PageID 16100
CHARLENE CARTER vs SOUTHWEST AIRLINES and TRANSPORT WORKERS
3:17-cv-02278-X                    Vol 8 July 14, 2022                    Index: handle..Plaintiff

**handle** 2231:16

**hardship** 2221:13

**held** 2231:24

**Honor** 2211:12 2212:10
2213:18 2215:13
2216:8,14,16 2230:18,
24 2231:8,19 2233:17,
20

**hope** 2230:2 2232:17

**hot** 2229:23

---

**I**

**important** 2217:5
2230:1,4,13,15 2231:14

**imposed** 2221:13

**included** 2212:12

**inconvenience**
2222:12,17,21 2226:13,
18,21

**individual** 2232:2

**instructed** 2232:11

**instruction** 2214:9

**instructions** 2217:13
2224:9

**interrupt** 2231:21

**issue** 2212:13

**items** 2221:24 2222:16
2225:25 2226:17

---

**J**

**judge** 2217:3,4,19,20
2230:5 2231:9,16
2232:4,5,7 2233:13

**judges** 2232:3

**judgment** 2233:6,9

**July** 2229:3

**Juror** 2217:9 2229:4,5,
6,7,8,9,10,11,12,13,14,
15,16,17

**jurors** 2216:25 2232:1,
13 2233:1

**jury** 2211:6 2214:8
2216:21 2229:2,25
2230:10,16,19 2231:10
2232:22

**jury's** 2222:1,4 2226:2,
5

---

**K**

**kind** 2230:16 2232:16,
20 2233:3

**Kinkeade** 2217:19

---

**L**

**labor** 2214:20 2215:3
2218:13,22 2220:5,16
2224:24 2225:4 2228:4

**language** 2214:1,4

**laws** 2215:11

**lawyers** 2230:4 2232:2,
6,10

**leave** 2231:16 2232:22

**left** 2231:9

**liability** 2220:1

**life** 2222:13,18,22
2226:14,19,22

**list** 2221:18

**lives** 2229:22

**Local** 2211:5 2217:25
2218:6,12,18,19
2219:2,11,20 2221:17,
22 2222:7,13,25
2223:3,8,11,12,17,20,
25 2224:3,4,12,16,24
2225:2,9,14

**long** 2217:6

**loss** 2222:13,18,21
2226:13,19,22

**lost** 2221:17,21,25
2222:3 2225:13,19,22
2226:1,4

**lot** 2230:8

---

**M**

**maintaining** 2228:18

**make** 2211:23 2213:19
2217:17 2232:19

**man** 2216:24

**March** 2221:25 2222:4
2226:1,4

**Mckeeby** 2211:15,17,
18,25 2212:4,6 2213:7
2214:25 2215:18
2216:15 2233:6,8,11

**meaning** 2224:7

**means** 2216:17

**mental** 2222:12,18,21
2226:13,19,22

**minimize** 2228:23

**Mitigation** 2228:14

**mixing** 2216:2

**money** 2214:12,13
2221:19 2222:9
2223:10 2224:2
2225:11,20 2226:10
2227:11 2228:8

**MORRIS** 2212:20

**motivated** 2219:5,13
2220:23

---

**N**

**N/a** 2224:7

**nominal** 2212:18
2213:2,3,11 2214:15,18
2215:15,16 2223:17,20,
25 2224:3,12,15,23
2225:2 2227:18,21
2228:2

**Non-economic** 2222:7
2226:8

**Note** 2211:6

**number** 2224:21
2232:19

---

**O**

**object** 2213:23 2214:1,
6

**objection** 2211:10,14,
23 2213:6 2214:4,5
2215:2,24 2216:13,15,
16

**objections** 2213:22
2216:14

**observances** 2219:6,
15,22 2220:25 2221:7

**obtaining** 2228:17

**OFFICER** 2216:20

**official** 2217:24

**open** 2231:24

**opportunity** 2217:5

**original** 2214:3,4
2216:6

**overrule** 2215:24

**overruling** 2214:4

**owed** 2218:7 2224:17

---

**P**

**p.m.** 2233:24

**paid** 2221:19 2222:9
2225:11,20 2226:10
2228:8

**pain** 2222:11,17,20
2226:12,18,21

**paragraph** 2214:14,19

**part** 2230:13

**Past** 2222:17 2226:18

**pay** 2225:9 2228:7

**Peace** 2212:23

**phone** 2232:19

**Plaintiff** 2212:25
2213:2 2214:16
2217:23,25 2218:5,7,
11,12,19,20 2219:1,2,5,
10,11,14,19,20 2220:3,
4,12,13,15,20,21,24

Case 3:17-cv-02278-X   Document 454   Filed 06/14/23   Page 33 of 34   PageID 16101
CHARLENE CARTER vs SOUTHWEST AIRLINES and TRANSPORT WORKERS
3:17-cv-02278-X                Vol 8 July 14, 2022               Index: position..today

2221:4,5,20,22
2222:10,14 2223:2,4,
12,19,21 2224:4,14,17
2225:1,3,12,14,21,23
2226:11,14 2227:2,4,
13,20,22 2228:1,3,9,11,
15,22

**position** 2213:15

**potentially** 2214:21

**practices** 2219:6,15,22
2220:25 2221:6

**preach** 2230:1

**prefer** 2214:1

**presided** 2212:7

**president** 2217:25

**proceedings** 2231:5,
24 2233:24

**proposed** 2211:7
2214:2

**protected** 2218:13,21
2220:5,16 2228:4

**prove** 2218:5,11
2219:10,19 2220:3

**proved** 2215:14
2217:23 2218:19
2219:1 2220:11,17,20
2221:4,12

**proven** 2215:17

**PRYOR** 2230:18,21,24
2231:4,8,18,21
2233:20,23

**pull** 2213:8

**pulling** 2212:20

**punitive** 2222:25
2223:3,8,11 2226:25
2227:3,9,12

**put** 2212:16 2213:4
2224:7

**putting** 2214:5

---

**Q**

**question** 2211:13,18
2212:14 2214:7,13
2215:11 2216:4

2217:14,22 2218:4,10,
17,25 2219:9,18
2220:2,9,19 2221:3,10
2222:6,24 2223:16,24
2224:8,11,19 2225:6,
10,18 2226:7,24
2227:17

**questions** 2211:6
2214:12 2220:1
2221:16 2225:17
2228:14 2232:14,15,21

---

**R**

**Railway** 2214:20
2215:3 2218:13,22
2220:5,16 2224:23,24
2225:4 2228:4

**reached** 2217:8

**read** 2214:14

**reasonable** 2228:17,
23

**Recess** 2216:19

**record** 2211:9 2216:10,
12

**Red** 2217:8 2229:2

**reduce** 2228:16

**reiterate** 2213:11

**relate** 2214:25

**religious** 2219:6,14,21
2220:24 2221:6 2223:4,
13,21 2224:5 2227:4,
14,22

**reported** 2217:25
2218:19

**representation** 2218:7
2224:13,17

**representing** 2211:24
2212:1

**result** 2213:1 2214:17

**retaliated** 2218:12
2220:4

**retaliating** 2225:3
2228:3

**retaliation** 2224:24

**revised** 2213:15

**rights** 2223:5,13,21
2224:5 2225:4 2227:5,
14,23

**rise** 2216:20

**room** 2232:23

---

**S**

**Satchmo** 2211:21

**seated** 2217:2

**SECURITY** 2216:20

**seeking** 2228:17

**separate** 2215:1

**service** 2229:20

**Serving** 2229:25

**set** 2232:9

**shocked** 2233:3

**show** 2213:8

**side** 2232:10

**sidebar** 2231:6,23

**Sidney** 2216:23 2229:2

**signed** 2229:2

**Silver** 2212:22 2215:5,
21

**sincerely-held** 2219:5,
14,21 2220:24 2221:6

**sir** 2211:25 2229:7,9,11,
13,15,17 2231:4
2233:16

**skip** 2224:22 2225:8
2227:25 2228:6

**skipped** 2224:8,20
2225:6

**Southwest** 2211:24
2216:15 2218:1,20
2219:25 2220:4,10,11,
14,17,21 2221:5,11,14
2225:17,19,23 2226:8,
14,25 2227:4,9,12,13,
18,22 2228:2,7,11,20

**specifically** 2231:12

**spell** 2233:11

**standard** 2213:15

**standing** 2230:14

**Starr** 2217:4 2231:9,16
2232:4 2233:13

**start** 2211:11 2233:12

**statutes** 2216:2

**Stone** 2217:24

**substantially** 2228:18

**substitute** 2217:3

**suffered** 2212:25
2214:16

**suffering** 2222:12,17,
20 2226:12,18,21

**sum** 2221:19 2222:9
2223:10 2224:2
2225:11,20 2226:10
2227:11 2228:8

**support** 2211:19
2212:12,13,18

**sustained** 2221:25
2222:3 2226:1,4

**sustaining** 2214:5

---

**T**

**talk** 2232:2,6

**tall** 2217:21

**technical** 2212:11,17
2214:19 2215:16

**termination** 2228:19

**thin** 2217:21

**thing** 2224:9 2230:1,15

**things** 2231:9

**thought** 2213:17

**time** 2211:21 2217:6
2232:9 2233:4

**Title** 2214:20 2215:5,21
2222:8 2223:1,5,9,13,
18,22 2224:1,5 2226:9
2227:1,5,10,14,19,23

**today** 2229:3

Case 3:17-cv-02278-X   Document 454   Filed 06/14/23   Page 34 of 34   PageID 16102
CHARLENE CARTER vs SOUTHWEST AIRLINES and TRANSPORT WORKERS
3:17-cv-02278-X                          Vol 8 July 14, 2022                          Index: town..young

**town** 2217:4

**Transportation**
2211:4

**treating** 2219:12

**treatment** 2219:13

**trials** 2230:10

---

**U**

**understand** 2216:1

**understood** 2231:11

**undue** 2221:13

**Union** 2211:4 2212:1

**unlawfully** 2219:2,11,
20 2220:21

**unusual** 2230:11

---

**V**

**verdict** 2217:8,16
2229:4,19 2232:24

**versus** 2211:4

**VII** 2214:20 2215:5,21
2222:8 2223:1,5,9,13,
18,22 2224:1,5 2226:9
2227:1,5,10,14,19,23

**violated** 2218:6

**violating** 2223:4,12,21
2224:4,16 2227:4,13,22

**violation** 2212:11,17
2214:17 2215:17

**violations** 2213:1
2214:20

---

**W**

**wages** 2221:17,21,25
2225:13,19,22 2226:1

**Wait** 2211:20

**wanted** 2230:12
2231:13

**War** 2212:23

**waving** 2230:14

**week** 2229:21

**withdraw** 2216:1

**woman** 2216:24

**word** 2212:12

**worded** 2220:13

**words** 2212:16

**work** 2233:14

**Workers** 2211:4

**working** 2217:5
2233:12

**world** 2230:9

**wrong** 2217:17

---

**Y**

**y'all** 2213:22 2217:1
2224:7 2229:20
2230:12,15,17 2232:8,
22,23 2233:2,12,18,22

**young** 2232:4