**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| Charlene Carter | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No.  3:17-cv-02278-X |
| | § | |
| | § | |
| Transport Workers Union of America Local 556 | § | |
| *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**      Applicant is an attorney and a member of the law firm of (or practices under the name of)

Skadden, Arps, Slate, Meagher & Flom LLP                                             , with offices at

1440 New York Ave., NW
(Street Address)

Washington                              DC                    20005
(City)                                        (State)                (Zip Code)

202-371-7370                                202-661-2370
(Telephone No.)                           (Fax No.)


**II.**     Applicant will sign all filings with the name  Shay Dvoretzky                              .


**III.**    Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Southwest Airlines Company




to provide legal representation in connection with the above-styled matter now pending before the United

States District Court for the Northern District of Texas.

**IV.**     Applicant is a member in good standing of the bar of the highest court of the state of

<table>
<tr><td>For Court Use Only.<br>Bar Status Verified:</td></tr>
</table>

_____     District of Columbia     _____, where Applicant regularly practices law.

Bar license number: _498527_          Admission date:_ 06/12/2006 _____

**Attach to this application an original certificate of good standing issued within the past 90 days from the
attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**     Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attached page | | |
| | | |
| | | |
| | | |

**VI.**     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before
any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.**     Applicant has never been subject to grievance proceedings or involuntary removal proceedings—
regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires
admission to practice, except as provided below:

N/A

**VIII.**     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except
as provided below (omit minor traffic offenses):

N/A

**IX.**   Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

N/A_____      N/A_____

_____      _____

_____      _____

(If necessary, attach statement of additional applications.)

**X.**   Local counsel of record associated with Applicant in this matter is

Andrew Baxter Ryan_____, who has offices at

3811 Turtle Creek Blvd Suite 780_____
(Street Address)

Dallas_____      Texas_____      75219_____
(City)                                                        (State)                (Zip Code)

214-347-7360_____      888-594-6240_____
(Telephone No.)                                          (Facsimile No.)

**XI.**   Check the appropriate box below.

For Application in a **Civil Case**

☑   Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐   Applicant has read and will comply with the local criminal rules of this court.

**XII.**   Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   13   day of July_____, 2023_____.

Shay Dvoretzky_____
Printed Name of Applicant

_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

**Bar Admissions for Shay Dvoretzky as of 07/13/2023**

| State | Date | Bar Number | Status |
|---|---|---|---|
| New York | 05/07/2003 | 4125126 | Active |
| District of Columbia | 06/12/2006 | 498527 | Active |

| Court | Date | Bar Number | Status |
|---|---|---|---|
| U.S. Court of Appeals for the First Circuit | 10/6/2020 | 1196341 | Active |
| U.S. Court of Appeals for the Second Circuit | 04/20/2005 renewed 6/15/2020 | | Active |
| U.S. Court of Appeals for the Third Circuit | 09/25/2006 | | Active |
| U.S. Court of Appeals for the Fourth Circuit | 05/19/2005 | | Active |
| U.S. Court of Appeals for the Fifth Circuit | 12/17/2013 renewed 12/12/2018 | | Active |
| U.S. Court of Appeals for the Sixth Circuit | 07/09/2004 | | Active |
| U.S. Court of Appeals for the Seventh Circuit | 03/11/2011 | | Active |
| U.S. Court of Appeals for the Eighth Circuit | 03/14/2007 | | Active |
| U.S. Court of Appeals for the Ninth Circuit | 05/09/2005 | | Active |
| U.S. Court of Appeals for the Tenth Circuit | 05/19/2022 | | |
| U.S. Court of Appeals for the Eleventh Circuit | 04/23/2019 | | Active |
| U.S. Court of Appeals for the D.C. Circuit | 10/31/2005 | | |
| United States Tax Court | 5/18/2021 | DS21303 | Active |
| United States District Court for the District of Columbia | 01/07/2008 renewed 05/11/2021 | 498527 | Active |

| United States District Court for the Eastern District of Michigan | 09/14/2010 | | Active |
|---|---|---|---|
| United States District Court for the District of Hawaii | 07/06/2021 | | Active |

2



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Shay Dvoretzky

was duly qualified and admitted on June 12, 2006 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 13, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*