UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Charlene Carter §
   *Plaintiff* §
§
§
  v. § Case No. 3:17-cv-02278-X
§
§
Transport Workers Union of America Local 556 §
   *Defendant* §
§

**APPLICATION FOR ADMISSION *PRO HAC VICE***

(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Skadden, Arps, Slate, Meagher & Flom LLP, with offices at

1440 New York Ave., NW
(Street Address)

Washington     DC     20005
(City)        (State)     (Zip Code)

202-371-7061     202-661-4061
(Telephone No.)      (Fax No.)

**II.**   Applicant will sign all filings with the name Parker Rider-Longmaid.

**III.**   Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Southwest Airlines Company

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of __District of Columbia__, where Applicant regularly practices law.

Bar license number: 1552207      Admission date: 02/01/2021

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attached page | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:  Case No. And Style:

N/A  N/A

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

Andrew Baxter Ryan , who has offices at

3811 Turtle Creek Blvd Suite 780
(Street Address)

Dallas  Texas  75219
(City)  (State)  (Zip Code)

214-347-7360  888-594-6240
(Telephone No.)  (Facsimile No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✔] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   13   day of July   , 2023   .

Parker Rider-Longmaid
Printed Name of Applicant

*/signature/*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

## Bar Admissions for Parker A. Rider-Longmaid as of July 13, 2023

| Court Name | Date | Bar No. | Status |
|---|---|---|---|
| Supreme Court of Pennsylvania | 10/24/2013 | 316809 | active |
| District of Columbia Court of Appeals | 03/09/2018 | 1552207 | active |
| Maryland Court of Appeals | 12/17/2021 | 2112170021 | active |
| U.S. Supreme Court | 06/11/2018 | 306489 | active |
| U.S. Court of Appeals for the D.C. Circuit | 06/09/2021 | | active |
| U.S. Court of Appeals for the Federal Circuit | 05/16/2022 | | active |
| U.S. Court of Appeals for the First Circuit | 03/12/2018 | 1183382 | active |
| U.S. Court of Appeals for the Second Circuit | 09/30/2015 | | active |
| Second Circuit Renewed | 08/11/2020 | | active |
| U.S. Court of Appeals for the Third Circuit | 09/27/2022 | | active |
| U.S. Court of Appeals for the Fourth Circuit | 06/21/2019 | | active |
| U.S. Court of Appeals for the Fifth Circuit | 12/12/2019 | | active |
| U.S. Court of Appeals for the Sixth Circuit | 10/28/2019 | | active |
| U.S. Court of Appeals for the Seventh Circuit | 10/05/2018 | | active |
| U.S. Court of Appeals for the Eighth Circuit | 04/03/2019 | | active |
| U.S. Court of Appeals for the Ninth Circuit | 10/24/2019 | | active |
| U.S. Court of Appeals for the Tenth Circuit | 05/16/2022 | | active |
| U.S. Court of Appeals for the Eleventh Circuit | 05/28/2021 | | active |
| U.S. District Court for the District of Columbia | 02/01/2021 | 1552207 | active |
| U.S. District Court for the District of Maryland | 11/05/2021 | 22000 | active |
| U.S. District Court, Eastern District of Pennsylvania | 11/01/2013 | | active |
| U.S. Court of Federal Claims | 10/25/2019 | | active |

Signature: _/s/ Parker A. Rider-Longmaid_       Date: 07/13/2023



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Parker A Rider-Longmaid*

*was duly qualified and admitted on March 9, 2018 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 13, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*