UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | Civil Case No. 3:17-cv-02278-X |

### DEFENDANT SOUTHWEST AIRLINES CO.'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Notice is hereby given that Defendant Southwest Airlines Co. appeals to the United States Court of Appeals for the Fifth Circuit from this Court's August 7, 2023 Memorandum Opinion and Order Granting Sanctions [ECF No. 467] and its *Ex Parte* Addendum to Sanctions Order [ECF No. 468].

Dated:  August 9, 2023 	Respectfully submitted,

/s/ Paulo B. McKeeby
Paulo B. McKeeby
State Bar No. 00784571
Brian K. Morris
State Bar No. 24108707
**REED SMITH LLP**
2850 N. Harwood Street
Suite 1500
Dallas, Texas 75201
Phone: 469-680-4200
Facsimile: 469-680-4299
pmckeeby@reedsmith.com
bmorris@reedsmith.com

/s/ Andrew Baxter Ryan
Andrew Baxter Ryan
State Bar No. 24054464
**Ryan Law Partners LLP**
3811 Turtle Creek Blvd
Suite 780
Dallas, TX 75219
Phone: 214-347-7360
Facsimile: 888-594-6240
andy@ryanlawpartners.com

/s/ Shay Dvoretzky
Shay Dvoretzky
Admitted *pro hac vice*
**Skadden, Arps, Slate, Meagher & Flom LLP**
1440 New York Avenue, NW
Washington, DC 20005
Phone: 202-371-7370
Facsimile: 202-661-2370
shay.dvoretzky@skadden.com

Parker Andrew Rider-Longmaid
Admitted *pro hac vice*
**Skadden, Arps, Slate, Meagher & Flom LLP**
1440 New York Avenue NW
Washington, DC 20005
Phone: 202-371-7061
Facsimile: 202-461-4061
parker.rider-longmaid@skadden.com

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing document has been filed via the Court's ECF system and all counsel of record have been served on this 9th day of August, 2023.

                                        */s/ Paulo B. McKeeby*
                                        Paulo B. McKeeby