UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| CHARLENE CARTER,<br><br>                Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO. and TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>                Defendants. | Civil Action No: 3:17-cv-02278-X |

### [PROPOSED] ORDER GRANTING ADMINISTRATIVE STAY

Before the Court is Defendant Southwest Airlines Co.'s Unopposed Emergency Motion for Administrative Stay and Opposed Motion to Stay the Court's Contempt Order Pending Appeal ("Motion"). After considering the Motion, the Court hereby enters an administrative stay.

IT IS ORDERED that the Court's Memorandum Opinion and Order Granting Sanctions (ECF No. 467) is STAYED until the Court rules on the request for a stay pending appeal in Southwest's Motion and, if the Court denies a stay pending appeal, until the Fifth Circuit rules on a request for a stay pending appeal made within 7 days of this Court's denial of a stay pending appeal.

SIGNED on August ____, 2023

                                                                                                    _____<br>
                                                                                                       Brantley Starr<br>
                                                                                                       United States District Judge