UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| CHARLENE CARTER,<br><br>              Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO. and TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>              Defendants. | Civil Action No: 3:17-cv-02278-X |

**[PROPOSED] ORDER GRANTING DEFENDANT SOUTHWEST AIRLINES CO.'S MOTION TO STAY THE COURT'S CONTEMPT ORDER PENDING APPEAL**

Before the Court is Defendant Southwest Airlines Co.'s Unopposed Emergency Motion for Administrative Stay and Opposed Motion to Stay the Court's Contempt Order Pending Appeal ("Motion"). After considering the Motion, the Court finds that the Motion should be granted.

IT IS ORDERED that Southwest's Motion is hereby GRANTED. The Court's Memorandum Opinion and Order Granting Sanctions (ECF No. 467) is hereby STAYED pending resolution of Southwest's appeals (noticed at ECF Nos. 432 & 470).

SIGNED on _____, 2023

_____
Brantley Starr
United States District Judge