# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| Carter | ) |
| v. | ) Case No.: 3:17-cv-2278-X |
| Transport Workers Union of America, Local 556; and Southwest Airlines Co. | ) ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __08/07/2023__ against __Southwest Airlines Co.__,
*Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ............................................................ | $ |
| Fees for service of summons and subpoena ............................................. | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 618.15 |
| Fees and disbursements for printing ................................................. | |
| Fees for witnesses *(itemize on page two)* ............................................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................................................. | |
| Docket fees under 28 U.S.C. 1923 ................................................. | |
| Costs as shown on Mandate of Court of Appeals ........................................ | |
| Compensation of court-appointed experts ............................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| TOTAL  $ | 618.15 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service   ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:   __s/ Matthew B. Gilliam__

Name of Attorney: __Matthew B. Gilliam__

For: __Charlene Carter__   Date: __08/21/2023__
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
*Clerk of Court*   *Deputy Clerk*   *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | Civil Case No. 3:17-cv-02278-X |

**PLAINTIFF CHARLENE CARTER'S ITEMIZED BILL OF COSTS**

The Court awarded Plaintiff Charlene Carter ("Carter") costs in the above captioned case on August 7, 2023 against Southwest Airlines Co. ("Southwest"), and directed Carter to file a bill of costs.[1] Accordingly, Carter requests the clerk to tax the following as costs:

| Category | Description | Amount |
|---|---|---|
| Transcript | Transcript of May 2023 show cause hearing for sanctions against Southwest | $266.55 |
| Transcript | Transcript of July 2023 show cause hearing for sanctions against Southwest | $351.60 |
| | | |
| **Total** | | **$618.15** |

---

[1] Doc. 467 at 4 n.5, 14, 29.

Dated: August 21, 2023          Respectfully submitted,

         /s/ Matthew B. Gilliam
         Matthew B. Gilliam (*admitted pro hac vice*)
         New York Bar No. 5005996
         *mbg@nrtw.org*
         c/o National Right to Work Legal Defense Foundation, Inc.
         8001 Braddock Road, Suite 600
         Springfield, Virginia 22160
         Tel: 703-321-8510
         Fax: 703-321-9319

         Bobby G. Pryor
         State Bar No. 16373720
         bpryor@pryorandbruce.com
         Matthew D. Hill, Of Counsel
         State Bar No. 24032296
         mhill@pryorandbruce.com
         PRYOR & BRUCE
         302 N. San Jacinto
         Rockwall, TX 75087
         Telephone: (972) 771-3933
         Facsimile: (972) 771-8343

## **Certificate of Service**

I hereby certify that on August 21, 2023, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record

         /s/ Matthew B. Gilliam

| | |
|---|---|
| **From:** | Kelli Ann Willis, RPR, CRR, CSR |
| **Sent:** | Monday, July 24, 2023 10:01 PM |
| **To:** | Matthew B. Gilliam |
| **Subject:** | You paid an invoice! (#000285) |



**Kelli Ann Willis, RPR, CRR, CSR**

Invoice Paid

# $351.60

Paid with Visa 8418 on July 24, 2023 at 9:00 PM

**Invoice #000285**
July 24, 2023

**Customer**
Matthew B Gilliam
National Right to Work Legal Defense Fund
mbg@nrtw.org
703-770-3339
8001 Braddock Road
Suite 600
Springfield, Virginia 22160

Download Invoice PDF

**Message**
Your best record will always come from a certified stenographer!

**Invoice summary**

| | |
|---|---|
| Carter v Southwest - Show Cause Vol 2 - redacted | $351.60 |
| Subtotal | $351.60 |
| **Total Paid** | **$351.60** |

**Attachments**

AO44 Invoice 23413 - Matthew Gilliam - Carter v. Southwest Show Cause Volume 2 hearing transcript - redacted.pdf

View Attachments

Visa 8418     07/24/23, 9:00 PM

**Send estimates or invoices for your business?**
Process $1,000 in sales free when you sign up for Square.

**Get Started**

**Kelli Ann Willis, RPR, CRR, CSR**
livenotecrr@gmail.com
214-753-2654

Please contact Kelli Ann Willis, RPR, CRR, CSR about its privacy practices.

| | |
|---|---|
| **From:** | [Kelli Ann Willis, RPR, CRR, CSR](#) |
| **Sent:** | Thursday, June 1, 2023 4:36 PM |
| **To:** | [Matthew B. Gilliam](#) |
| **Subject:** | You paid an invoice! (#000281) |



**Kelli Ann Willis, RPR, CRR, CSR**

Invoice Paid

# $266.55

Paid with Visa 8418 on June 1, 2023 at 3:35 PM

---

**Invoice #000281**
June 1, 2023

**Customer**
Matthew B Gilliam
National Right to Work Legal Defense Fund
mbg@nrtw.org
703-770-3339
8001 Braddock Road
Suite 600
Springfield, Virginia 22160

Download Invoice PDF

---

**Message**
Your best record will always come from a certified stenographer!

---

**Invoice summary**

| | |
|---|---|
| *Carter v Southwest-Show Cause Redacted* | $266.55 |
| Subtotal | $266.55 |
| **Total Paid** | **$266.55** |

**Attachments**
AO44 Invoice 23392 - Matthew Gilliam - Carter v. Southwest redacted.pdf

View Attachments

Visa 8418                                                06/01/23,
                                                          3:35 PM

**Send estimates or invoices for your business?**
Process $1,000 in sales free when you sign up for Square.

Get Started

---

**Kelli Ann Willis, RPR, CRR, CSR**
livenotecrr@gmail.com
214-753-2654

Please contact Kelli Ann Willis, RPR, CRR, CSR about its privacy practices.