# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | Civil Case No. 3:17-cv-02278-X |

**[Proposed] Order on Plaintiff Charlene Carter's Motion for Attorneys' Fees, Costs, and Expenses for Motion-for-Contempt and Motion-to-Compel Proceedings**

Before the Court is Plaintiff Charlene Carter's Motion for Attorneys' Fees, Costs, and Expenses for Motion-for-Contempt and Motion-to-Compel Proceedings. Having considered the motion and responses, the Court grants Carter's Motion.

IT IS THEREFORE ORDERED that Plaintiff's Motion is hereby GRANTED.

IT IS FURTHER ORDERED that Southwest Airlines Co. shall pay $179,698.40 to the National Right to Work Legal Defense Foundation, Inc. for Carter's attorneys' fees and expenses, and $618.15 in costs.

SIGNED on _____, 2023.

_____
Brantley Starr
United States District Judge