UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>                    Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND<br>TRANSPORT WORKERS UNION OF AMERICA,<br>LOCAL 556,<br><br>                    Defendants. | Civil Case No. 3:17-cv-02278-X |

DECLARATION OF BOBBY G. PRYOR
IN SUPPORT OF PLAINTIFF CHARLENE CARTER'S BILL OF COSTS AND
MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES FOR MOTION-
FOR-CONTEMPT AND MOTION-TO-COMPEL PROCEEDINGS

I, Bobby G. Pryor, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a partner with the law firm of Pryor & Bruce, and I have served as counsel to Plaintiff Charlene Carter ("Plaintiff") since May 2022.  I have personal knowledge of the matters set forth herein and am competent to give this Declaration.

2.      I submit this Declaration in support of Plaintiff Charlene Carter's Bill of Costs and Motion for Attorneys' Fees, Costs, and Expenses for Motion-For-Contempt and Motion-to-Compel Proceedings (the "Motion").

3.      Pursuant to Plaintiff's Bill of Costs and Motion, Plaintiff claims a total of $56,628.00 in reasonable, non-redundant, and necessary fees for work by Pryor & Bruce attorneys and paralegals, which reflects total fees billed of $56,628.00 that were related to motion-for-

App.24

contempt and motion-to-compel proceedings. In addition, Plaintiff seeks $140.68 in expenses that Carter incurred through my firm, Pryor & Bruce, in connection with this matter as further set forth in Plaintiff's accompanying Brief. In support of Plaintiff's Motion, I hereby include **Exhibit 1**, which is a true and correct copy of the invoices cataloging the hours Pryor & Bruce attorneys and paralegals expended in connection with this matter. Months where no work was performed on contempt-related issues have been excluded, and one entry unrelated to the contempt proceedings on the August 3, 2023 invoice has been redacted.

4.     Pryor & Bruce's invoices include contemporaneous, timekeeper-by-timekeeper entries that provide the amount of time spent on a case-by-case basis, the description of the work done during that time, the timekeeper's rate, and the total amount of fees for that day for that timekeeper. The work Pryor & Bruce performed for Plaintiff is recorded on a tenth-of-an-hour basis.

5.     In preparing this fee application, for the Court's convenience, we have compiled the chart attached as **Exhibit 2**, which contains all of the time invoiced on this matter to date. Where tasks that were related to the contempt issues and those that were unrelated to those issues were performed on the same day, hours related to contempt issues are bolded and those unrelated are not, and time is only sought for the time actually spent on the contempt-related issues. Time records on days in which no time was spent on contempt-related issues are not included in the Exhibit 2 chart.  Contempt-related hours are included in the column labeled "Time Sought," and a calculation of the fees for such work at Pryor & Bruce's applicable hourly rates is contained in the column labeled "Fees Sought."

6.      I and the other Pryor & Bruce timekeepers exercise billing judgment in recording our time to be billed to clients, reducing hours as necessary such that the time recorded represents the value provided. In addition to exercising such judgment, our firm does not charge for travel time. We divide our tasks so that work is done in the most efficient manner possible by assigning tasks to an attorney with a lower billing rate or to a paralegal where possible. In doing so, we ensure that the work we are doing is not duplicative of work performed by another attorney or paralegal.

7.      In formulating my opinion that Pryor & Bruce's hours are reasonable, non-redundant, and necessary, I have considered the *Johnson* factors,[1] including, that (a) the time and labor expended by Pryor & Bruce was reasonable and commensurate with the novelty and difficulty of the questions involved, as well as the skill requisite to perform the legal services properly; (b) the fees are reasonable in light of those customarily charged in the locality for similar legal services; (c) the fees are reasonable in light of the amount involved as a result of the controversy and the results obtained; (d) the fees are reasonable in light of the nature and length of the professional relationship between my firm and Plaintiff; and (e) the fees are reasonable in light of the experience, reputation, and ability of the lawyer performing the services on Plaintiff's behalf.

8.      All time set forth in **Exhibit 2** for which compensation is claimed was reasonably and necessarily expended on the motion-for-contempt and motion-to-compel proceedings.

9.      My hourly rate charged in this matter at the times relevant to this fee request is $495. I am familiar with the prevailing market rates in the Dallas community, and, from personal

---

[1] *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974).

**App.26**

knowledge, my $495 hourly rate is well below the reasonable hourly rate in the Dallas market for attorneys of my expertise and experience. I am a 1983 *summa cum laude* graduate of the University of Arkansas School of Law and was first licensed in Oklahoma in 1983. I have significant experience litigating employment cases such as this one, and am an experienced trial attorney, having tried over 100 cases. I worked a total of 66.3 hours on the motion-for-contempt and motion-to-compel proceedings for a total of $32,818.50.

10.     Matthew Hill's hourly rate that my firm charges clients and charged in this matter at the times relevant to this fee request is $395 per hour.  Based on my knowledge of the prevailing market rates in the Dallas community, I can attest that Mr. Hill's $395 hourly rate is well below the reasonable hourly rate in the Dallas market for attorneys of his expertise and experience. Mr. Hill is a 2001 graduate of the University of Chicago Law School, and he was first licensed in 2001. He has significant experience litigating employment cases and has been lead trial attorney in multiple trials. Mr. Hill worked a total of 58.3 hours on the motion-for-contempt and motion-to-compel proceedings for a total of $23,028.50 in fees.

11.     The Pryor & Bruce paralegal who worked in connection with the motion-for-contempt and motion-to-compel proceedings is Cristina Garcia. Ms. Garcia has worked as a legal assistant for twelve years, two years of which she has been a certified paralegal. Ms. Garcia assisted with preparing subpoenas, trial notebooks, and exhibits for the show cause hearings. Ms. Garcia worked 7.1 hours at an hourly rate of $110 per hour. Plaintiff seeks to recover $781.00 for Ms. Garcia's time. Based on my knowledge of the prevailing market rates in the Dallas community, I can attest that Ms. Garcia's $110 hourly rate is well below the reasonable hourly rate in the Dallas market for paralegals of her expertise and experience.

**App.27**

12.    In addition to the lawyers from our firm, Matthew Gilliam of the National Right to Work Legal Defense Foundation, Inc. (the "Foundation") performed work for which the Foundation seeks compensation here. Based on his particular experience and expertise regarding the matters before the Court, it is my firm belief that the $350 hourly rate set for Mr. Gilliam is reasonable based on those that an attorney with similar experience and background could charge in this district, based upon the customary rates in the Dallas community, which are higher than Mr. Gilliam's for attorneys with his expertise and experience. Mr. Gilliam is a skilled attorney with significant experience in employment law matters and in dealing with the specific issues in this litigation.

13.    For the nature of the motion-for-contempt and motion-to-compel proceedings, each of the three attorneys involved was necessary during the show cause hearings for an effective presentation of evidence to the Court. I prepared for and examined the witnesses. Mr. Hill was necessary to the presentation of trial exhibits (without which I could not have effectively examined the hearing witnesses). Likewise, Mr. Gilliam was indispensable at the hearing given his knowledge of the history of the proceedings, the evidence produced, as well as his expertise on the specific legal issues. In addition, Mr. Gilliam handled the closing arguments. Carter's team could not have presented her evidence as effectively without the participation of each of these attorneys.

14.    In addition, the Foundation paid Pryor & Bruce $140.68 in expenses expended by Pryor & Bruce on Carter's behalf in this case.

15.    Attached as **Exhibit 3** is an itemized list of the expenses paid by Pryor & Bruce and reimbursed by the Foundation that relate to the motion-for-contempt and motion-to-compel

**App.28**

proceedings. The amounts contained in **Exhibit 3** are accurate and reflect the total amounts expended and reimbursed by the Foundation that are being sought related to these issues.

16.     All fees charged by Pryor & Bruce that are sought here except those for work performed in August 2023 have been paid by the Foundation on Carter's behalf.

17.     I have reviewed the invoices of Pryor & Bruce in detail relating to these fees and costs and have determined that the time expended is reasonable, non-redundant, and necessary, given the nature of this matter, and the prevailing rates in this market.

I swear under penalty of perjury that the foregoing is true and correct.

DATED: August 21, 2023

**/S/ BOBBY G. PRYOR**
Bobby G. Pryor

# EXHIBIT 1

# PRYOR & BRUCE

Attorneys at Law

302 N. San Jacinto
Rockwall, Texas 75087

——

Telephone (972) 771-3933
Fax (972) 771-8343
E-mail *dbruce@pryorandbruce.com*
*www.pryorandbruce.com*

January 3, 2023

Invoice: 006

***VIA ELECTRONIC TRANSMISSION***

Charlene Carter
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160

Re:  *Charlene Carter v. Southwest Airlines Co., and Transport Workers Union of America, Local 556*

| DATE | DESCRIPTION | ATTY | TIME |
|------|-------------|------|------|
| 12/14 | Review emails and comment on bond amount | DGB | NC (.40) |
| 12/19 | Review and revise motions re fees and costs; emails and confs re the same; review exhibits to the same; review declaration and exhibits re the same | BGP | 3.20 |
| 12/20 | Review documents re SW's purported compliance w/court order; emails re the same; review letter re corrected filing; emails re the same; review file re preparation of letter to opposing counsel re noncompliance w/court order; draft letter re the same; emails re the same | BGP | 1.80 |
| 12/20 | Review Southwest email and legal review; conf. w/B. Pryor re strategy and sanctions | DGB | NC (.70) |
| 12/20 | Prepare draft letter to court re invoice error; email B. Pryor re same; email M. Gilliam re same | MDH | NC (.50) |
| 12/20 | Review authorities re calculation of post-judgment interest for inclusion in supersedeas bond; calculate interest rate; email M. Gilliam re interest calculation; review and comment on proposed email to P. McKeeby re supersedeas bond; evaluate email and notice sent by Southwest to flight attendants; email M. Gilliam and B. Pryor re same | MDH | 1.20 |
| 12/21 | Comments re notice to OPC re violations of injunction | DGB | NC (.30) |
| 12/22 | Review revised draft letter to opposing counsel re noncompliance w/court order; emails re the same | BGP | .10 |

1

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

**App.30**

| DATE | DESCRIPTION | ATTY | TIME |
|---|---|---|---|
| 12/27 | Review and comment on draft motion re SW failure to comply w/court order; emails and calls re the same | BGP | .40 |
| 12/27 | Email M. Gilliam re Southwest's requested extension of time to respond to contempt issue; review and comment on motion for contempt | MDH | 1.50 |
| 12/28 | Review SW response to noncompliance issue; emails re strategy for proceeding; emails re addressing SW position letter in motion | BGP | .30 |
| 12/28 | Review Southwest's motion for stay and supersedeas bond; calculate total amounts to be included in bond; detailed email to P. McKeeby re same; review email from P. McKeeby re compliance with court's judgment; email B. Pryor re response to same; conf. w/ M. Gilliam re same | MDH | 1.90 |
| 12/29 | Review and revise latest draft of motion re noncompliance; prepare email re additional comments to motion; emails re the same | BGP | .60 |
| 12/29 | Review and comment on proposed order and declaration of C. Carter for sanctions motion; email paralegal re upcoming deadlines to docket; review and comment on revised declaration; review and comment on proposed addition to motion; review and comment on revised motion | MDH | 1.20 |
| 12/30 | Review SW proposed order re supersedeas bond; emails re need to correct the same | BGP | .10 |
| 12/30 | Review and comment on updated motion for sanctions and proposed order; email M. Gilliam re C. Carter declaration; review proposed order from Southwest re supersedeas bond; email M. Gilliam re problems w/ same; email P. McKeeby re same; email M. Gilliam re conference requirement on motion for new trial; email exchange w/ M. Gilliam re proposed emails to Local 556 re supersedeas bond inquiry; conf. w/ M. Gilliam re same | MDH | 2.40 |

## ATTORNEY/PARALEGAL HOURS/FEES

| ATTY | Hours | Rate | Total |
|---|---|---|---|
| BGP | 6.50 | $495.00 | $3,217.50 |
| DGB | NC – 1.40 | $495.00 | $0 ($693.00 NC) |
| MDH | 8.20 (.50 NC) | $395.00 | $3,239.00 ($197.50 NC) |
| Paralegal | NA | $160.00 | $0 |
| Paralegal 2 | NA | $110.00 | $0 |
| | *Total Attorney/Paralegal Fees:* | | **$6,456.50** |

2

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

**EXPENSES:**

| Description | Qty. | Amt. | Total |
|---|---|---|---|
| Copies | 11 | .15 | $1.65 |
| **Total Expenses:** | | | **$1.65** |

**PAST DUE (DEC. 20, 2022):  $12,926.15**

**DUE THIS INVOICE:        $  6,458.15**

**TOTAL DUE:                    $19,384.30**

\*      Pryor & Bruce will increase its rates by five percent beginning January 1, 2023.  We believe Pryor & Bruce's rates continue to be a reasonable value and well below market for attorneys with comparable experience and skill.

3

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

**App.32**

# PRYOR & BRUCE

Attorneys at Law

302 N. San Jacinto
Rockwall, Texas 75087

———

Telephone (972) 771-3933
Fax (972) 771-8343
E-mail *dbruce@pryorandbruce.com*
*www.pryorandbruce.com*

February 7, 2023

Invoice: 007

*VIA ELECTRONIC TRANSMISSION*

Charlene Carter
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160

Re: *Charlene Carter v. Southwest Airlines Co., and Transport Workers Union of America, Local 556*

| DATE | DESCRIPTION | ATTY | TIME |
|------|-------------|------|------|
| 1/3 | Review SW motion for new trial; emails re the same; review cost award; emails re Local 556 bond issues | BGP | .50 |
| 1/3 | Email M. Gilliam re taxation of costs effect and timeline; calculate amounts for inclusion in supersedeas bond; email M. Gilliam re same and comments on union's request for supersedeas bond; email M. Gilliam re response to E. Cloutman re supersedeas bond; review and comment on supersedeas bond sent by union | MDH | 1.50 |
| 1/4 | Emails re Local 556 bond issues; conf w/M. Hill re the same; review Local 556 motion to stay; review Local 556 notice of appeal; review joint supersedeas bond | BGP | .20 |
| 1/6 | Initial review of SW response to sanction motion; emails re the same | BGP | .20 |
| 1/6 | Review motion to stay filed by union and Southwest; email M. Gilliam re bond amount included in motion; review Southwest's response to motion for contempt | MDH | .40 |
| 1/7 | Initial review of SW response to motion for attorney's fees; emails re the same; initial review of Local 556 response to motion for attorney's fees | BGP | .30 |
| 1/8 | Teleconf w/M. Hill re SW and Local 556 response to motion for attorney's fees; email to M, Gilliam re the same | BGP | .20 |
| 1/9 | Review and comment on draft reply re motion for sanctions; emails re the same | BGP | .30 |

1

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

**App.33**

| DATE | DESCRIPTION | ATTY | TIME |
|---|---|---|---|
| 1/9 | Review Southwest's response to motion for fees | MDH | .30 |
| 1/10 | Email paralegal re deadlines for filings; begin review and revision of reply on motion for sanctions; email M. Gilliam re same | MDH | 1.60 |
| 1/11 | Finish review and revision of reply on motion for sanctions; additional comments on revised draft of same; review and comment on final version of same | MDH | .70 |
| 1/13 | Review letter from 5th Circuit Court of Appeals re deadlines and procedures; emails re the same | BGP | .20 |
| 1/17 | Teleconf. w/M. Gilliam re appeal issues; review motion to hold in abeyance and emails re same | BGP | .20 |
| 1/19 | Draft entry of appearance for B. Pryor and M. Hill; email M. Hill re same; register B. Pryor for ECF for the 5th Circuit | PL2 | NC (.70) |
| 1/20 | Begin review and comment on response to Southwest's motion for new trial and judgment NOV | MDH | 2.10 |
| 1/20 | Revise entry of appearance for B. Pryor and M. Hill; email B. Pryor and M. Hill re same; file entry of appearance for B. Pryor | PL2 | NC (.40) |
| 1/21 | Continue work on revision of on response to Southwest's motion for new trial and judgment NOV | MDH | 3.20 |
| 1/22 | Review and comment on draft response to motion for new trial; emails re the same; review and comment on reply re motion for attorneys' fees; emails re the same | BGP | .80 |
| 1/22 | Additional review and revision of on response to Southwest's motion for new trial and judgment NOV; review and comment on reply to Southwest's response re attorney's fees; email M. Gilliam re jury instructions argument; email M. Gilliam re reply to Southwest's response on attorney's fees; conf. w/ M. Gilliam re motion for new trial and judgment NOV; additional emails to M. Gilliam re additional points re motion for new trial; review and comment on reply to union's response on attorney's fees; review and comment on response and proposed order re motion for new trial | MDH | 8.10 |
| 1/23 | Review reply re attorneys' fees and response to motion for new trial; emails re the same | BGP | .20 |
| 1/23 | Review and comment on updated response to motion for new trial; research to add additional cases in support of same; follow-up email to M. Gilliam on mitigation issue; final review and comment on revised response to motion for new trial | MDH | 5.20 |
| 1/25 | Conf. w/ M. Gilliam re strategy for addressing exhibits filed by union | MDH | .40 |

2

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

**App.34**

| DATE | DESCRIPTION | ATTY | TIME |
|------|-------------|------|------|
| 1/26 | Email exchange w/ M. Gilliam re strategy on addressing confidential information in exhibit filed by union | MDH | .20 |
| 1/27 | Email exchange w/ M. Gilliam re issue with confidential information in exhibit | MDH | .20 |
| 1/30 | Email M. Gilliam re information requested by A. Greenfield | MDH | .10 |

## ATTORNEY/PARALEGAL HOURS/FEES

| ATTY | Hours | Rate | Total |
|------|-------|------|-------|
| BGP | 3.10 | $495.00 | $1,534.50 |
| DGB | NA | $495.00 | $0 |
| MDH | 24.00 | $395.00 | $9,480.00 |
| Paralegal | NA | $160.00 | $0 |
| Paralegal 2 | (1.10 NC) | $110.00 | ($121.00 NC) |
| *Total Attorney/Paralegal Fees:* | | | **$11,014.50** |

## EXPENSES:

| Description | Qty. | Amt. | Total |
|-------------|------|------|-------|
| Pacer | | | $3.00 |
| **Total Expenses:** | | | **$3.00** |

### DUE THIS INVOICE:          $11,017.50

3

# PRYOR & BRUCE

Attorneys at Law

302 N. San Jacinto
Rockwall, Texas 75087

—

Telephone (972) 771-3933
Fax (972) 771-8343
E-mail *dbruce@pryorandbruce.com*
*www.pryorandbruce.com*

May 1, 2023

Invoice: 009

***VIA ELECTRONIC TRANSMISSION***
Charlene Carter
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160

Re:     *Charlene Carter v. Southwest Airlines Co., and Transport Workers Union of America, Local 556*

| DATE | DESCRIPTION | ATTY | TIME |
|---|---|---|---|
| 4/10 | Review Order re Discovery Show Cause Hearing | BGP | .10 |
| 4/11 | Teleconf. w/M. Gilliam re show cause hearing issues | BGP | NC (.20) |
| 4/12 | Conf. w/B. Pryor re strategy on hearing subpoenas and executives in chain of approval process | DGB | NC (.50) |
| 4/24 | Review Order Denying Defendants' Motion for New Trial; emails re the same | BGP | .20 |
| 4/24 | Review court's order re defendants' motion for new trial | MDH | .40 |
| 4/28 | Review documents and privilege log produced by Southwest; emails re the same | BGP | .30 |
| 4/28 | Analysis of documents and privilege log provided by Southwest re sanctions issue; email M. Gilliam re strategy points re same | MDH | .40 |

**ATTORNEY/PARALEGAL HOURS/FEES**

| ATTY | Hours | Rate | Total |
|---|---|---|---|
| BGP | .60 (.20 NC) | $495.00 | $297.00 ($99.00 NC) |
| DGB | NA (.50 NC) | $495.00 | $0 ($247.50 NC) |
| MDH | .80 | $395.00 | $316.00 |
| Paralegal | NA | $160.00 | $0 |
| Paralegal 2 | NA | $110.00 | $0 |
| *Total Attorney/Paralegal Fees*: | | | **$613.00** |

1

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

**App.36**

**EXPENSES:**

NA

**DUE THIS INVOICE:**        **$613.00**

2

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

# PRYOR & BRUCE

Attorneys at Law

302 N. San Jacinto
Rockwall, Texas 75087

—

Telephone (972) 771-3933
Fax (972) 771-8343
E-mail *dbruce@pryorandbruce.com*
*www.pryorandbruce.com*

June 9, 2023

Invoice: 010

**VIA ELECTRONIC TRANSMISSION**

Charlene Carter
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160

Re:    *Charlene Carter v. Southwest Airlines Co., and Transport Workers Union of America, Local 556*

| DATE | DESCRIPTION | ATTY | TIME |
|------|-------------|------|------|
| 5/1 | Review privilege log and Judge's show cause order re preparation for call; teleconf w/M. Hill and M. Gilliam re status and strategy | BGP | .70 |
| 5/1 | Conf. w/ M. Gilliam and B. Pryor re documents produced by Southwest and strategy for addressing same; review and comment on items to address with Southwest re documents provided | MDH | 1.20 |
| 5/2 | Review M. Hill notes re teleconf w/opposing counsel and emails re the same; teleconf w/M. Hill re comments on email to opposing counsel re privilege log issues | BGP | NC (.30) |
| 5/2 | Conf. w/ P. McKeeby, B. Morris, and M. Gilliam re document production issues; confs. w/ M. Gilliam re strategy re same; review and comment on draft email to P. McKeeby re same | MDH | 1.40 |
| 5/3 | Review emails w/opposing counsel re privilege log issues | BGP | NC (.10) |
| 5/3 | Email M. Gilliam re inquiry on extension of time for brief from P. McKeeby | MDH | .10 |
| 5/4 | Review draft motion re show cause hearing; review documents re the same; teleconf w/M. Hill re the same; review revised privilege log; emails re the same | BGP | .80 |
| 5/4 | Review and comment on prehearing brief re show cause order, including adding section re criminal contempt; conf. | MDH | 4.20 |

1

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

**App.38**

| DATE | DESCRIPTION | ATTY | TIME |
|---|---|---|---|
| | w/ B. Pryor re same; conf. w/ M. Gilliam re same; follow-up conf. w/ M. Gilliam re brief | | |
| 5/5 | Review proposed order and exhibits redactions | BGP | NC (.20) |
| 5/5 | Review and comment on proposed order; instruct paralegal re redaction of personal information on appendix to brief; conf. w/ M. Gilliam re strategy on brief; email M. Gilliam re redacted appendix; additional review and comment on revised brief; email exchange w/ M. Gilliam re same | MDH | 1.70 |
| 5/5 | Redact exhibits; email M. Hill re same | PL2 | .60 |
| 5/8 | Review Judge's order re motion to compel; draft email to M. Gilliam and M. Hill re strategy for proceeding; review draft emails to opposing counsel re the same; review and comments on follow-up emails re the same | BGP | 1.20 |
| 5/8 | Review and comment on proposed emails to P. McKeeby and union re appearing at hearing and subpoenas; review and comment on proposed subpoenas; conf. w/ M. Gilliam re witness issues for hearing; review and comment on proposed email to union re subpoenas; email M. Gilliam re witness attendance issue and subpoenas | MDH | 1.10 |
| 5/9 | Review and comment on emails re subpoena issues; teleconf w/M. Gilliam re status and strategy; review and revise draft motion re subpoenas; review Southwest response to Motion to Compel; teleconf w/M. Gilliam re the same | BGP | 1.60 |
| 5/9 | Review and comment on proposed email to P. McKeeby re witness issues; review motion to compel witnesses; email B. Pryor re thoughts on same; email M. Gilliam re same | MDH | .50 |
| 5/10 | Emails re motion to compel attendance | BGP | .10 |
| 5/10 | Review and comment on motion regarding witnesses and proposed order | MDH | 1.20 |
| 5/12 | Review and comment on brief filed by Southwest re show cause hearing | MDH | .30 |
| 5/14 | Review SW brief re Court order; review file re the same; review authorities re the same; review Court's order to determine propriety of response; emails and confs re SW brief; emails and teleconfs w/M. Gilliam re status, strategy, show cause hearing and responding to SW brief; drafting comments for motion for leave to file response to SW brief re Court order; draft comments for substantive response to SW brief re Court order; review file re the same; teleconfs w/M. Gilliam re the same; additional review and revision of motion for leave; emails re the same | BGP | 7.20 |

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

**App.39**

| DATE | DESCRIPTION | ATTY | TIME |
|---|---|---|---|
| 5/14 | Comment on proposed email to P. McKeeby re conference on leave to file response brief; follow-up email on strategy re same | MDH | .20 |
| 5/15 | Final comments to motion for leave; emails w/M. Gilliam re the same; review and revise draft substantive response to SW brief re Court order; emails and teleconfs re the same | BGP | 2.40 |
| 5/15 | Review and comment on response brief re show cause hearing | MDH | .50 |
| 5/16 | Review file re identifying potential exhibits for show cause hearing; emails re the same; emails re witnesses for show cause hearings; review and comment on emails re subpoena issues; review Court's order re in camera documents; review Judge's order re witnesses; emails and confs re the same; confs w/D. Bruce re status and strategy | BGP | 3.50 |
| 5/16 | Review Court orders and teleconf. w/B. Pryor re strategy | DGB | NC (.80) |
| 5/16 | Review and comment on proposed email to P. McKeeby and A. Ryan re subpoenas for show cause hearing; confs. w/ M. Gilliam re witness issues; email M. Gilliam re witness issues; review and comment on proposed email to union re witness issues; email M. Gilliam re process server timing; review and sign subpoenas; email M. Gilliam update re service of subpoenas; email M. Gilliam re service of B. Morris timing; email M. Gilliam re proposed email to union; conf. w/ B. Pryor and M. Gilliam re court's order re religious liberty training; email process server re cancellation of service | MDH | 1.80 |
| 5/16 | Email process server re quote for subpoenas; conf. w/ M. Hill re same; revise subpoena re same; email M. Hill re same; assemble same; email process server re same | PL2 | 1.70 |
| 5/17 | Emails re opposing counsel request to file trial brief; teleconf w/M. Gilliam and M. Hill re show cause hearing and strategy for the same; conf w/D. Bruce re show cause hearting issues | BGP | 1.80 |
| 5/17 | Conf. w/B. Pryor re upcoming hearing, privilege issues, invoking rule, and potential claims and damages of Charlene Carter | DGB | NC (.80) |
| 5/17 | Email M. Gilliam re P. McKeeby's inquiry re leave to file brief; conf. w/ B. Pryor and M. Gilliam re sanctions hearing strategy; comment on proposed email to union re setting up call | MDH | .90 |
| 5/18 | Review SW motion for leave to file trial brief; review SW brief re witness issues; review SW in camera document production; emails re the same; review Order re the same; confs w/D. Bruce re strategy for show cause hearing | BGP | 1.00 |

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

**App.40**

| DATE | DESCRIPTION | ATTY | TIME |
|------|-------------|------|------|
| | including exhibits to use, witnesses to call and order of witnesses | | |
| 5/18 | Review briefs and conf. w/B. Pryor re strategy for hearing | DGB | NC (.40) |
| 5/18 | Identify and email paralegal re documents to be included in hearing notebook; conf. w/ M. Gilliam in preparation for call w/ union; conf. call w/ E. Cloutman and A. Greenfield re communications w/ Southwest about notices; follow-up call w/ M. Gilliam re same; conf. w/ M. Gilliam re Southwest's brief in response to court order; email exchange w/ B. Pryor re same; review documents produced by Southwest after in camera inspection; email M. Gilliam re same | MDH | 1.90 |
| 5/18 | Assemble hearing notebook for B. Pryor; email M. Hill re same | PL2 | 1.10 |
| 5/19 | Review and revise brief in response to SW brief re Court order; emails re same | BGP | .40 |
| 5/19 | Review and comment on response brief re show cause hearing; email B. Pryor re court's order re witnesses; review Southwest's response re religious liberty training | MDH | 1.70 |
| 5/21 | Conf. w/B. Pryor re witness examination strategy | MDH | .10 |
| 5/22 | Review communications produced by union; conf. w/ M. Gilliam re same; email B. Pryor re same; email documents to paralegal for inclusion in hearing notebook; review cases re Southwest's argument on ultimate employment actions; conf. w/ M. Gilliam re arguments responding to Southwest's brief; review and comment on brief re religious liberty training; confs. w/ M. Gilliam re brief; prepare presentation of documents to be used at hearing | MDH | 5.10 |
| 5/22 | Assemble hearing notebook for B. Pryor; email M. Hill re same | PL2 | 1.10 |
| 5/23 | Finalize preparation for show cause hearing including preparation of examination of all witnesses and review documents re the same; show cause hearing; confs w/client and M. Gilliam | BGP | 7.80 |
| 5/23 | Travel to courthouse | BGP | NC (.70) |
| 5/23 | Additional preparation of document presentation for hearing; conf. w/ M. Gilliam in preparation for hearing; conf. w/ B. Pryor in preparation for hearing; attend show cause hearing | MDH | 6.70 |
| 5/23 | Travel to and from show cause hearing | MDH | NC (1.10) |
| 5/24 | Emails re scheduling issues, order of witnesses and witness examination issues; teleconf w/M. Gilliam re the same; conf w/D. Bruce re show cause issues; prepare email | BGP | 1.70 |

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

| DATE | DESCRIPTION | ATTY | TIME |
|---|---|---|---|
| | memorandum to M. Gilliam re show cause issues; review file re the same | | |
| 5/24 | Conf. w/B. Pryor re strategy re continuation of hearing and further cross-examination of witnesses and arguments re violations by Southwest of Court's orders | DGB | NC (1.40) |
| 5/25 | Teleconf. w/M. Gilliam re status, strategy and issues re motion for sanctions; conf w/D. Bruce re results of show cause hearing and issues to raise in closing and subsequent hearing | BGP | .70 |
| 5/25 | Conf. w/B. Pryor re strategy re closing statement and evidence and points of emphasis; email w/B. Pryor re closing and additional points | DGB | NC (.60) |
| 5/30 | Conf. w/ B. Pryor re strategy responding to A. Ryan re logistical issues; email M. Gilliam re same; conf. w/ M. Gilliam re same | MDH | .30 |
| 5/30 | Email M. Hill re entry of appearances cause number | PL2 | NC (.10) |

**ATTORNEY/PARALEGAL HOURS/FEES**

| ATTY | Hours | Rate | Total |
|---|---|---|---|
| BGP | 30.90 (1.30 NC) | $495.00 | $15,295.50 ($643.50 NC) |
| DGB | (4.00 NC) | $495.00 | ($1,980.00 NC) |
| MDH | 30.90 (1.10 NC) | $395.00 | $12,205.50 ($434.50 NC) |
| Paralegal | NA | $160.00 | $0 |
| Paralegal 2 | 4.50 (.10 NC) | $110.00 | $495.00 ($11.00 NC) |
| *Total Attorney/Paralegal Fees:* | | | **$27,996.00** |

**EXPENSES:**

| Description | Qty. | Amt. | Total |
|---|---|---|---|
| Parking | | | $40.00 |
| Pacer | | | $7.50 |
| Litigation Express | | | $40.00 |
| Mileage | 21 | .29 | $6.09 |
| **TOTAL DUE:** | | | **$93.59** |

**DUE THIS INVOICE:          $28,089.59**

5

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

**App.42**

# PRYOR & BRUCE

Attorneys at Law

302 N. San Jacinto
Rockwall, Texas 75087

———

Telephone (972) 771-3933
Fax (972) 771-8343
E-mail *dbruce@pryorandbruce.com*
*www.pryorandbruce.com*

July 6, 2023

Invoice: 011

**VIA ELECTRONIC TRANSMISSION**

Charlene Carter
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160

Re:   *Charlene Carter v. Southwest Airlines Co., and Transport Workers Union of America, Local 556*

| DATE | DESCRIPTION | ATTY | TIME |
|------|-------------|------|------|
| 6/2 | Review motion to consolidate; emails re the same | BGP | NC (.20) |
| 6/2 | Email M. Gilliam re new judge-specific requirement re A.I. | MDH | .20 |
| 6/4 | Email paralegal re filing certificates of compliance; review transcript to confirm P. McKeeby exclusion under the Rule; email M. Gilliam and B. Pryor re same | MDH | .40 |
| 6/5 | Emails and calls re re-scheduling show cause hearing and time limit proposals | BGP | .10 |
| 6/5 | Revise certificate re judge's requirements; email B. Pryor and M. Hill re same; file same | PL2 | NC (.20) |
| 6/6 | Emails re show cause hearing | BGP | .10 |
| 6/6 | Email M. Gilliam re hearing scheduling | MDH | .10 |
| 6/7 | Emails re consolidation of appeals | BGP | NC (.10) |
| 6/9 | Approve notices of appearance re counsel | BGP | NC (.10) |
| 6/9 | Revise invoice; email D. Bruce and B. Pryor re same; draft notice of appearance forms for B. Pryor and M. Hill re same;  conf. w/ M. Hill re same; file same | PL2 | NC (.60) |

1

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

**App.43**

**ATTORNEY/PARALEGAL HOURS/FEES**

| ATTY | Hours | Rate | Total |
|------|-------|------|-------|
| BGP | .20 (.40 NC) | $495.00 | $99.00 ($198.00 NC) |
| DGB | NA | $495.00 | $0 |
| MDH | .70 | $395.00 | $276.50 |
| Paralegal | NA | $160.00 | $0 |
| Paralegal 2 | (.80 NC) | $110.00 | ($88.00 NC) |
| *Total Attorney/Paralegal Fees:* | | | **$375.50** |

**EXPENSES:**

| Description | Qty. | Amt. | Total |
|-------------|------|------|-------|
| Pacer | | | $0.40 |
| **TOTAL DUE:** | | | **$0.40** |

**DUE THIS INVOICE:        $375.90**

2

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

**App.44**

# PRYOR & BRUCE
### Attorneys at Law
302 N. San Jacinto
Rockwall, Texas 75087

———

Telephone (972) 771-3933
Fax (972) 771-8343
E-mail *dbruce@pryorandbruce.com*
*www.pryorandbruce.com*

August 3, 2023

Invoice: 012

***VIA ELECTRONIC TRANSMISSION***
Charlene Carter
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160

Re:   *Charlene Carter v. Southwest Airlines Co., and Transport Workers Union of America, Local 556*

| DATE | DESCRIPTION | ATTY | TIME |
|------|-------------|------|------|
| 7/3 | Email M. Gilliam re inquiry from A. Ryan re exhibits | MDH | .10 |
| 7/6 | Call and emails to A. Ryan re conference on exhibits | MDH | .10 |
| 7/7 | Conf. w/M. Gilliam and A. Ryan re exhibit issues | MDH | .20 |
| 7/10 | Review emails and information received from ▮▮▮ ▮▮▮ email to M. Gilliam re the same | BGP | .20 |
| 7/10 | Review exhibits sent by K. Frye to confirm completeness and accuracy; email M. Gilliam and B. Pryor re same; email paralegal re redacting Exhibit 16 | MDH | .50 |
| 7/11 | Email A. Ryan re redacted Exhibit 16; email M. Gilliam re C. Carter's attendance at hearing | MDH | .20 |
| 7/11 | Review and redact exhibit 16 | PL2 | .10 |
| 7/13 | Email paralegal re preparing hearing exhibits | MDH | .10 |
| 7/14 | Review prior hearing transcript; outline the same; review prior hearing exhibits; emails re the same; review documents re request for documents to union counsel; emails re the same; review index of show cause hearing documents; emails re the same; teleconf. w/M. Gilliam re status and strategy | BGP | 4.00 |
| 7/14 | Conf. w/ M. Gilliam and B. Pryor re hearing strategy; email paralegal re documents to use at hearing | MDH | 1.10 |
| 7/14 | Continue assembling additional exhibits for show cause hearing | PL2 | .60 |

1

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

**App.45**

| DATE | DESCRIPTION | ATTY | TIME |
|---|---|---|---|
| 7/17 | Review SWA Ex 1 and outline issues; emails re the same; review SWA Ex. 2 and outline the same; emails re the same; emails re trial exhibit 10; prepare for show cause hearing and review documents re the same | BGP | 4.30 |
| 7/17 | Strategy re cross-examination and failure to produce document and redo entire production | DGB | NC (.40) |
| 7/17 | Locate and email B. Pryor re former Southwest accommodation policy | MDH | .20 |
| 7/18 | Review documents re preparation for examination of P. McKeeby; outline examination re the same; review pleading and prior motion practice and briefing related to show cause issues | BGP | 6.10 |
| 7/18 | Strategy conf. w/B. Pryor re examination of witnesses | DGB | NC (.50) |
| 7/18 | Email B. Pryor re witness for hearing | MDH | .20 |
| 7/19 | Review documents re K. Minchey examination; outline examination of K. Minchey; review documents re K. Forbes examination; outline K. Forbes examination; review documents relating to emails not produced by SW; emails re the same; confs re the same; prepare for show cause hearing; teleconf w/M. Gilliam re status and strategy | BGP | 8.20 |
| 7/19 | Continue assembling additional exhibits for show cause hearing | PL2 | 1.70 |
| 7/19 | Conf. w/ B. Pryor re documents to use in examinations at hearing; prepare presentation for show-cause hearing | MDH | 4.80 |
| 7/20 | Finalize preparation for show cause hearing; show cause hearing | BGP | 6.80 |
| 7/20 | Final work to prepare presentation for hearing; attend show-cause hearing; email K. Frye re additional exhibits used at hearing | MDH | 8.10 |
| 7/20 | Conf. w/ M. Hill re exhibits; mark exhibits 17 and 18; email M. Hill re same | PL2 | .20 |

**ATTORNEY/PARALEGAL HOURS/FEES**

| ATTY | Hours | Rate | Total |
|---|---|---|---|
| BGP | 29.60 | $495.00 | $14,652.00 |
| DGB | NA (.90 NC) | $495.00 | $0 ($445.50 NC) |
| MDH | 15.60 | $395.00 | $6,162.00 |
| Paralegal | NA | $160.00 | $0 |
| Paralegal 2 | 2.60 | $110.00 | $286.00 |
| *Total Attorney/Paralegal Fees:* | | | **$21,100.00** |

2

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

**App.46**

**EXPENSES:**

| Description | Qty. | Amt. | Total |
|---|---|---|---|
| Mileage | 21 | .29 | $6.09 |
| Parking | | | $38.00 |
| **TOTAL DUE:** | | | **$44.09** |

**DUE THIS INVOICE:**          **$21,144.09**

3

*Successfully handling lawsuits nationwide—same billing rate/no charge for travel*

# EXHIBIT 2

| Date | User | Description | Actual Time | Time | Hourly Rate | Amount Sought |
|------|------|-------------|-------------|------|-------------|---------------|
| 12/20/2022 | Pryor, Bobby G. | **Review documents re SW's purported compliance w/court order; emails re the same;** review letter re corrected filing; emails re the same; **review file re preparation of letter to opposing counsel re noncompliance w/court order; draft letter re the same; emails re the same** | 1.8 | **1.4** | $495.00 | $693.00 |
| 12/20/2022 | Bruce, Dana G. | **Review Southwest email and legal review; conf. w/B. Pryor re strategy and sanctions** | NC (.70) | 0 | $495.00 | $0.00 |
| 12/20/2022 | Hill, Matthew D. | Review authorities re calculation of post-judgment interest for inclusion in supersedeas bond; calculate interest rate; email M. Gilliam re interest calculation; review and comment on proposed email to P. McKeeby re supersedeas bond; **evaluate email and notice sent by Southwest to flight attendants; email M. Gilliam and B. Pryor re same** | 1.2 | **0.3** | $395.00 | $118.50 |
| 12/27/2022 | Pryor, Bobby G. | **Review and comment on draft motion re SW failure to comply w/court order; emails and calls re the same** | 0.4 | 0.4 | $495.00 | $198.00 |
| 12/27/2022 | Hill, Matthew D. | **Email M. Gilliam re Southwest's requested extension of time to respond to contempt issue; review and comment on motion for contempt** | 1.5 | 1.5 | $395.00 | $592.50 |
| 12/28/2022 | Pryor, Bobby G. | **Review SW response to noncompliance issue; emails re strategy for proceeding; emails re addressing SW position letter in motion** | 0.3 | 0.3 | $495.00 | $148.50 |
| 12/28/2022 | Hill, Matthew D. | Review Southwest's motion for stay and supersedeas bond; calculate total amounts to be included in bond; detailed email to P. McKeeby re same; **review email from P. McKeeby re compliance with court's judgment; email B. Pryor re response to same; conf. w/ M. Gilliam re same** | 1.9 | **0.8** | $395.00 | $316.00 |
| 12/29/2022 | Pryor, Bobby G. | **Review and revise latest draft of motion re noncompliance; prepare email re additional comments to motion; emails re the same** | 0.6 | 0.6 | $495.00 | $297.00 |
| 12/29/2022 | Hill, Matthew D. | **Review and comment on proposed order and declaration of C. Carter for sanctions motion; email paralegal re upcoming deadlines to docket; review and comment on revised declaration; review and comment on proposed addition to motion; review and comment on revised motion** | 1.2 | 1.2 | $395.00 | $474.00 |
| 12/30/2022 | Hill, Matthew D. | **Review and comment on updated motion for sanctions and proposed order; email M. Gilliam re C. Carter declaration;** review proposed order from Southwest re supersedeas bond; email M. Gilliam re problems w/ same; email P. McKeeby re same; email M. Gilliam re conference requirement on motion for new trial; email exchange w/ M. Gilliam re proposed emails to Local 556 re supersedeas bond inquiry; conf. w/ M. Gilliam re same | 2.4 | **0.9** | $395.00 | $355.50 |
| 01/06/2023 | Pryor, Bobby G. | **Initial review of SW response to sanction motion; emails re the same** | 0.2 | 0.2 | $495.00 | $99.00 |
| 01/09/2023 | Pryor, Bobby G. | **Review and comment on draft reply re motion for sanctions; emails re the same** | 0.3 | 0.3 | $495.00 | $148.50 |
| 01/11/2023 | Hill, Matthew D. | **Finish review and revision of reply on motion for sanctions; additional comments on revised draft of same; review and comment on final version of same** | 0.7 | 0.7 | $395.00 | $276.50 |
| 04/10/2023 | Pryor, Bobby G. | **Review Order re Discovery Show Cause Hearing** | 0.1 | 0.1 | $495.00 | $49.50 |
| 04/28/2023 | Pryor, Bobby G. | **Review documents and privilege log produced by Southwest; emails re the same** | 0.3 | 0.3 | $495.00 | $148.50 |
| 04/28/2023 | Hill, Matthew D. | **Analysis of documents and privilege log provided by Southwest re sanctions issue; email M. Gilliam re strategy points re same** | 0.4 | 0.4 | $395.00 | $158.00 |
| 05/01/2023 | Pryor, Bobby G. | **Review privilege log and Judge's show cause order re preparation for call; teleconf w/M. Hill and M. Gilliam re status and strategy** | 0.7 | 0.7 | $495.00 | $346.50 |
| 05/01/2023 | Hill, Matthew D. | **Conf. w/ M. Gilliam and B. Pryor re documents produced by Southwest and strategy for addressing same; review and comment on items to address with Southwest re documents provided** | 1.2 | 1.2 | $395.00 | $474.00 |
| 05/02/2023 | Pryor, Bobby G. | **Review M. Hill notes re teleconf w/opposing counsel and emails re the same; teleconf w/M. Hill re comments on email to opposing counsel re privilege log issues** | NC (.30) | 0 | $495.00 | $0.00 |
| 05/02/2023 | Hill, Matthew D. | **Conf. w/ P. McKeeby, B. Morris, and M. Gilliam re document production issues; confs. w/ M. Gilliam re strategy re same; review and comment on draft email to P. McKeeby re same** | 1.4 | 1.4 | $395.00 | $553.00 |
| 05/03/2023 | Pryor, Bobby G. | **Review emails w/opposing counsel re privilege log issues** | NC (.10) | 0 | $495.00 | $0.00 |
| 05/03/2023 | Hill, Matthew D. | **Email M. Gilliam re inquiry on extension of time for brief from P. McKeeby** | 0.1 | 0.1 | $395.00 | $39.50 |
| 05/04/2023 | Pryor, Bobby G. | **Review draft motion re show cause hearing; review documents re the same; teleconf w/M. Hill re the same; review revised privilege log; emails re the same** | 0.8 | 0.8 | $495.00 | $396.00 |
| 05/04/2023 | Hill, Matthew D. | **Review and comment on prehearing brief re show cause order, including adding section re criminal contempt; conf. w/ B. Pryor re same; conf. w/ M. Gilliam re same; follow-up conf. w/ M. Gilliam re brief** | 4.2 | 4.2 | $395.00 | $1,659.00 |
| 05/05/2023 | Pryor, Bobby G. | **Review proposed order and exhibits redactions** | NC (.20) | 0 | $495.00 | $0.00 |
| 05/05/2023 | Hill, Matthew D. | **Review and comment on proposed order; instruct paralegal re redaction of personal information on appendix to brief; conf. w/ M. Gilliam re strategy on brief; email M. Gilliam re redacted appendix; additional review and comment on revised brief; email exchange w/ M. Gilliam re same** | 1.7 | 1.7 | $395.00 | $671.50 |
| 05/05/2023 | Garcia, Cristina | Redact exhibits; email M. Hill re same | 0.6 | 0.6 | $110.00 | $66.00 |
| 05/08/2023 | Pryor, Bobby G. | **Review Judge's order re motion to compel; draft email to M. Gilliam and M. Hill re strategy for proceeding; review draft emails to opposing counsel re the same; review and comments on follow-up emails re the same** | 1.2 | 1.2 | $495.00 | $594.00 |

**App.48**

| Date | Timekeeper | Description | | | Rate | Amount |
|------|-----------|-------------|--|--|------|--------|
| 05/08/2023 | Hill, Matthew D. | Review and comment on proposed emails to P. McKeeby and union re appearing at hearing and subpoenas; review and comment on proposed subpoenas; conf. w/ M. Gilliam re witness issues for hearing; review and comment on proposed email to union re subpoenas; email M. Gilliam re witness attendance issue and subpoenas | 1.1 | 1.1 | $395.00 | $434.50 |
| 05/09/2023 | Pryor, Bobby G. | Review and comment on emails re subpoena issues; teleconf w/M. Gilliam re status and strategy; review and revise draft motion re subpoenas; review Southwest response to Motion to Compel; teleconf w/M. Gilliam re the same | 1.6 | 1.6 | $495.00 | $792.00 |
| 05/09/2023 | Hill, Matthew D. | Review and comment on proposed email to P. McKeeby re witness issues; review motion to compel witnesses; email B. Pryor re thoughts on same; email M. Gilliam re same | 0.5 | 0.5 | $395.00 | $197.50 |
| 05/10/2023 | Pryor, Bobby G. | Emails re motion to compel attendance | 0.1 | 0.1 | $495.00 | $49.50 |
| 05/10/2023 | Hill, Matthew D. | Review and comment on motion regarding witnesses and proposed order | 1.2 | 1.2 | $395.00 | $474.00 |
| 05/12/2023 | Hill, Matthew D. | Review and comment on brief filed by Southwest re show cause hearing | 0.3 | 0.3 | $395.00 | $118.50 |
| 05/14/2023 | Pryor, Bobby G. | Review SW brief re Court order; review file re the same; review authorities re the same; review Court's order to determine propriety of response; emails and confs re SW brief; emails and teleconfs w/M. Gilliam re status, strategy, show cause hearing and responding to SW brief; drafting comments for motion for leave to file response to SW brief re Court order; draft comments for substantive response to SW brief re Court order; review file re the same; teleconfs w/M. Gilliam re the same; additional review and revision of motion for leave; emails re the same | 7.2 | 7.2 | $495.00 | $3,564.00 |
| 05/14/2023 | Hill, Matthew D. | Comment on proposed email to P. McKeeby re conference on leave to file response brief; follow-up email on strategy re same | 0.2 | 0.2 | $395.00 | $79.00 |
| 05/15/2023 | Pryor, Bobby G. | Final comments to motion for leave; emails w/M. Gilliam re the same; review and revise draft substantive response to SW brief re Court order; emails and teleconfs re the same | 2.4 | 2.4 | $495.00 | $1,188.00 |
| 05/15/2023 | Hill, Matthew D. | Review and comment on response brief re show cause hearing | 0.5 | 0.5 | $395.00 | $197.50 |
| 05/16/2023 | Pryor, Bobby G. | Review file re identifying potential exhibits for show cause hearing; emails re the same; emails re witnesses for show cause hearings; review and comment on emails re subpoena issues; review Court's order re in camera documents; review Judge's order re witnesses; emails and confs re the same; confs w/D. Bruce re status and strategy | 3.5 | 3.5 | $495.00 | $1,732.50 |
| 05/16/2023 | Bruce, Dana G. | Review Court orders and teleconf. w/B. Pryor re strategy | NC (.80) | 0 | $495.00 | $0.00 |
| 05/16/2023 | Hill, Matthew D. | Review and comment on proposed email to P. McKeeby and A. Ryan re subpoenas for show cause hearing; confs. w/ M. Gilliam re witness issues; email M. Gilliam re witness issues; review and comment on proposed email to union re witness issues; email M. Gilliam re process server timing; review and sign subpoenas; email M. Gilliam update re service of subpoenas; email M. Gilliam re service of B. Morris timing; email M. Gilliam re proposed email to union; conf. w/ B. Pryor and M. Gilliam re court's order re religious liberty training; email process server re cancellation of service | 1.8 | 1.8 | $395.00 | $711.00 |
| 05/16/2023 | Garcia, Cristina | Email process server re quote for subpoenas; conf. w/ M. Hill re same; revise subpoena re same; email M. Hill re same; assemble same; email process server re same | 1.7 | 1.7 | $110.00 | $187.00 |
| 05/17/2023 | Pryor, Bobby G. | Emails re opposing counsel request to file trial brief; teleconf w/M. Gilliam and M. Hill re show cause hearing and strategy for the same; conf w/D. Bruce re show cause hearting issues | 1.8 | 1.8 | $495.00 | $891.00 |
| 05/17/2023 | Bruce, Dana G. | Conf. w/B. Pryor re upcoming hearing, privilege issues, invoking rule, and potential claims and damages of Charlene Carter | NC (.80) | 0 | $495.00 | $0.00 |
| 05/17/2023 | Hill, Matthew D. | Email M. McKeeby's inquiry re leave to file brief; conf. w/ B. Pryor and M. Gilliam re sanctions hearing strategy; comment on proposed email to union re setting up call | 0.9 | 0.9 | $395.00 | $355.50 |
| 05/18/2023 | Pryor, Bobby G. | Review SW motion for leave to file trial brief; review SW brief re witness issues; review SW in camera document production; emails re the same; review Order re the same; confs w/D. Bruce re strategy for show cause hearing including exhibits to use, witnesses to call and order of witnesses | 1 | 1 | $495.00 | $495.00 |
| 05/18/2023 | Bruce, Dana G. | Review briefs and conf. w/B. Pryor re strategy for hearing | NC (.40) | 0 | $495.00 | $0.00 |
| 05/18/2023 | Hill, Matthew D. | Identify and email paralegal re documents to be included in hearing notebook; conf. w/ M. Gilliam in preparation for call w/ union; conf. call w/ E. Cloutman and A. Greenfield re communications w/ Southwest about notices; follow-up call w/ M. Gilliam re same; conf. w/ M. Gilliam re Southwest's brief in response to court order; email exchange w/ B. Pryor re same; review documents produced by Southwest after in camera inspection; email M. Gilliam re same | 1.9 | 1.9 | $395.00 | $750.50 |
| 05/18/2023 | Garcia, Cristina | Assemble hearing notebook for B. Pryor; email M. Hill re same | 1.1 | 1.1 | $110.00 | $121.00 |
| 05/19/2023 | Pryor, Bobby G. | Review and revise brief in response to SW brief re Court order; emails re same | 0.4 | 0.4 | $495.00 | $198.00 |
| 05/19/2023 | Hill, Matthew D. | Review and comment on response brief re show cause hearing; email B. Pryor re court's order re witnesses; review Southwest's response re religious liberty training | 1.7 | 1.7 | $395.00 | $671.50 |
| 05/21/2023 | Hill, Matthew D. | Conf. w/B. Pryor re witness examination strategy | 0.1 | 0.1 | $395.00 | $39.50 |

**App.49**

| Date | Name | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/22/2023 | Hill, Matthew D. | Review communications produced by union; conf. w/ M. Gilliam re same; email B. Pryor re same; email documents to paralegal re inclusion in hearing notebook; review Southwest's argument on ultimate employment actions; conf. w/ M. Gilliam re arguments responding to Southwest's brief; review and comment on brief re religious liberty training; confs. w/ M. Gilliam re brief; prepare presentation of documents to be used at hearing | 5.1 | 5.1 | $395.00 | $2,014.50 |
| 05/22/2023 | Garcia, Cristina | Assemble hearing notebook for B. Pryor; email M. Hill re same | 1.1 | 1.1 | $110.00 | $121.00 |
| 05/23/2023 | Pryor, Bobby G. | Finalize preparation for show cause hearing including preparation of examination of all witnesses and review documents re the same; show cause hearing; confs w/client and M. Gilliam | 7.8 | 7.8 | $495.00 | $3,861.00 |
| 05/23/2023 | Pryor, Bobby G. | Travel to courthouse | NC (.70) | 0 | $495.00 | $0.00 |
| 05/23/2023 | Hill, Matthew D. | Additional preparation of document presentation for hearing; conf. w/ M. Gilliam in preparation for hearing; conf. w/ B. Pryor in preparation for hearing; attend show cause hearing | 6.7 | 6.7 | $395.00 | $2,646.50 |
| 05/23/2023 | Hill, Matthew D. | Travel to and from show cause hearing | NC (1.10) | 0 | $395.00 | $0.00 |
| 05/24/2023 | Pryor, Bobby G. | Emails re scheduling issues, order of witnesses and witness examination issues; teleconf w/M. Gilliam re the same; conf w/D. Bruce re show cause issues; prepare email memorandum to M. Gilliam re show cause issues; review file re the same | 1.7 | 1.7 | $495.00 | $841.50 |
| 05/24/2023 | Bruce, Dana G. | Conf. w/B. Pryor re strategy re continuation of hearing and further cross-examination of witnesses and arguments re violations by Southwest of Court's orders | NC (1.40) | 0 | $495.00 | $0.00 |
| 05/25/2023 | Pryor, Bobby G. | Teleconf. w/M. Gilliam re status, strategy and issues re motion for sanctions; conf w/D. Bruce re results of show cause hearing and issues to raise in closing and subsequent hearing | 0.7 | 0.7 | $495.00 | $346.50 |
| 05/25/2023 | Bruce, Dana G. | Conf. w/B. Pryor re strategy re closing statement and evidence and points of emphasis; email w/B. Pryor re closing and additional points | NC (.60) | 0 | $495.00 | $0.00 |
| 05/30/2023 | Hill, Matthew D. | Conf. w/ B. Pryor re strategy responding to A. Ryan re logistical issues; email M. Gilliam re same; conf. w/ M. Gilliam re same | 0.3 | 0.3 | $395.00 | $118.50 |
| 06/04/2023 | Hill, Matthew D. | Email paralegal re filing certificates of compliance; review transcript to confirm P. McKeeby exclusion under the Rule; email M. Gilliam and B. Pryor re same | 0.4 | **0.3** | $395.00 | $118.50 |
| 06/05/2023 | Pryor, Bobby G. | Emails and calls re re-scheduling show cause hearing and time limit proposals | 0.1 | 0.1 | $495.00 | $49.50 |
| 06/06/2023 | Pryor, Bobby G. | Emails re show cause hearing | 0.1 | 0.1 | $495.00 | $49.50 |
| 06/06/2023 | Hill, Matthew D. | Email M. Gilliam re hearing scheduling | 0.1 | 0.1 | $395.00 | $39.50 |
| 07/03/2023 | Hill, Matthew D. | Email M. Gilliam re inquiry from A. Ryan re exhibits | 0.1 | 0.1 | $395.00 | $39.50 |
| 07/06/2023 | Hill, Matthew D. | Call and emails to A. Ryan re conference on exhibits | 0.1 | 0.1 | $395.00 | $39.50 |
| 07/07/2023 | Hill, Matthew D. | Conf. w/M. Gilliam and A. Ryan re exhibit issues | 0.2 | 0.2 | $395.00 | $79.00 |
| 07/10/2023 | Hill, Matthew D. | Review exhibits sent by K. Frye to confirm completeness and accuracy; email M. Gilliam and B. Pryor re same; email paralegal re redacting Exhibit 16 | 0.5 | 0.5 | $395.00 | $197.50 |
| 07/11/2023 | Hill, Matthew D. | Email A. Ryan re redacted Exhibit 16; email M. Gilliam re C. Carter's attendance at hearing | 0.2 | 0.2 | $395.00 | $79.00 |
| 07/11/2023 | Garcia, Cristina | Review and redact Exhibit 16 | 0.1 | 0.1 | $110.00 | $11.00 |
| 07/13/2023 | Hill, Matthew D. | Email paralegal re preparing hearing exhibits | 0.1 | 0.1 | $395.00 | $39.50 |
| 07/14/2023 | Pryor, Bobby G. | Review prior hearing transcript; outline the same; review prior hearing exhibits; emails re the same; review documents re request for documents to union counsel; emails re the same; review index of show cause hearing documents; emails re the same; teleconf. w/M. Gilliam re status and strategy | 4 | 4 | $495.00 | $1,980.00 |
| 07/14/2023 | Hill, Matthew D. | Conf. w/ M. Gilliam and B. Pryor re hearing strategy; email paralegal re documents to use at hearing | 1.1 | 1.1 | $395.00 | $434.50 |
| 07/14/2023 | Garcia, Cristina | Continue assembling additional exhibits for show cause hearing | 0.6 | 0.6 | $110.00 | $66.00 |
| 07/17/2023 | Pryor, Bobby G. | Review SWA Ex 1 and outline issues; emails re the same; review SWA Ex. 2 and outline the same; emails re the same; review trial exhibit 10; prepare for show cause hearing and review documents re the same | 4.3 | 4.3 | $495.00 | $2,128.50 |
| 07/17/2023 | Bruce, Dana G. | Strategy re cross-examination and failure to produce document and redo entire production | NC (.40) | 0 | $495.00 | $0.00 |
| 07/17/2023 | Hill, Matthew D. | Locate and email B. Pryor re former Southwest accommodation policy | 0.2 | 0.2 | $395.00 | $79.00 |
| 07/18/2023 | Pryor, Bobby G. | Review documents re preparation for examination of P. McKeeby; outline examination re the same; review pleading and prior motion practice and briefing related to show cause issues | 6.1 | 6.1 | $495.00 | $3,019.50 |
| 07/18/2023 | Bruce, Dana G. | Strategy conf. w/B. Pryor re examination of witnesses | NC (.50) | 0 | $495.00 | $0.00 |
| 07/18/2023 | Hill, Matthew D. | Email B. Pryor re witness for hearing | 0.2 | 0.2 | $395.00 | $79.00 |
| 07/19/2023 | Pryor, Bobby G. | Review documents re K. Minchey examination; outline examination of K. Minchey; review documents re K. Forbes examination; outline K. Forbes examination; review documents relating to emails not produced by SW; emails re the same; confs re the same; prepare for show cause hearing; teleconf w/M. Gilliam re status and strategy | 8.2 | 8.2 | $495.00 | $4,059.00 |
| 07/19/2023 | Garcia, Cristina | Continue assembling additional exhibits for show cause hearing | 1.7 | 1.7 | $110.00 | $187.00 |
| 07/19/2023 | Hill, Matthew D. | Conf. w/ B. Pryor re documents to use in examinations at hearing; prepare presentation for show-cause hearing | 4.8 | 4.8 | $395.00 | $1,896.00 |
| 07/20/2023 | Pryor, Bobby G. | Finalize preparation for show cause hearing; show cause hearing | 6.8 | 6.8 | $495.00 | $3,366.00 |

**App.50**

| Date | Name | Description | | | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/20/2023 | Hill, Matthew D. | **Final work to prepare presentation for hearing; attend show-cause hearing; email K. Frye re additional exhibits used at hearing** | 8.1 | 8.1 | $395.00 | $3,199.50 |
| 07/20/2023 | Garcia, Cristina | **Conf. w/ M. Hill re exhibits; mark exhibits 17 and 18; email M. Hill re same** | 0.2 | 0.2 | $110.00 | $22.00 |
| 08/07/2023 | Hill, Matthew D. | **Review and analysis of contempt order** | 0.4 | 0.4 | $395.00 | $158.00 |
| 08/07/2023 | Pryor, Bobby G. | **Review and outline Memorandum Opinion and Order Granting sanctions; emails and teleconfs re the same; emails and calls re in camera documents, in camera testimony and ex parte addendum and issues re the same** | 2.2 | 2.2 | $495.00 | $1,089.00 |
| 08/09/2023 | Hill, Matthew D. | **Conf. w/ M. Gilliam re submissions re fees; email M. Gilliam re time records** | 0.3 | 0.3 | $395.00 | $118.50 |
| 08/15/2023 | Hill, Matthew D. | **Review and comment on motion for fees, bill of costs, and draft declarations in support; email M. Gilliam re same and answers to strategy questions re same; email paralegal re instructions for preparing exhibit to B. Pryor Declaration re fees** | 2.4 | 2.4 | $395.00 | $948.00 |
| 08/17/2023 | Hill, Matthew D. | **Follow-up email exchange with M. Gilliam re motion for fees; emails w/ paralegal re preparation of exhibit to B. Pryor declaration** | 0.4 | 0.4 | $395.00 | $158.00 |
| 08/18/2023 | Hill, Matthew D. | **Perform calculations on and revise Exhibit 2 to Pryor declaration re fees; revise expenses exhibit re same to exclude expenses unrelated to contempt issue; revise Pryor declaration; conf. w/ M. Gilliam re fee motion** | 2.1 | 2.1 | $395.00 | $829.50 |
| **Totals:** | | | **135.7** | **131.7** | | **$56,628.00** |

**App.51**

# EXHIBIT 3

| Description | Quantity | Amount | Total | Detailed Description |
|---|---|---|---|---|
| **January** | | | | |
| Pacer | | | $3.00 | Download documents re sanctions proceedings |
| **May** | | | | |
| Parking | | | $40.00 | Courthouse parking for M. Hill and B. Pryor |
| Pacer | | | $7.50 | Download documents related to sanctions proceedings |
| Litigation Express | | | $40.00 | Administrative fee for preparation to serve unissued subpoenas |
| Mileage | 21 | $0.29 | $6.09 | Travel to and from courthouse for M. Hill and B. Pryor |
| **July** | | | | |
| Mileage | 21 | $0.29 | $6.09 | Travel to and from courthouse for M. Hill and B. Pryor |
| Parking | | | $38.00 | Courthouse parking for M. Hill and B. Pryor |
| **Total** | | | **$140.68** | |

**App.52**