# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 24, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 23-10008    Carter v. Local 556
                USDC No. 3:17-CV-2278
                USDC No. 3:17-CV-2278
                USDC No. 3:17-CV-2278
```

The court has granted the motion to consolidate.

The court has denied the motion for leave to file briefs in excess of word count limitation.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Roeshawn Johnson, Deputy Clerk
                                504-310-7998

Mr. Milton L. Chappell
Mr. Shay Dvoretzky
Mr. Matthew Brandon Gilliam
Mr. Adam S. Greenfield
Mr. Matthew D. Hill
Ms. Hanaa Khan
Mr. Steven Marcus
Mr. Paulo B. McKeeby
Ms. Karen S. Mitchell
Brian K. Morris
Mr. Bobby G. Pryor
Mr. Parker Andrew Rider-Longmaid
David Watkins

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

Case No. 23-10008

No. 23-10008
consolidated with
No. 23-10536

Charlene Carter,

    Plaintiff - Appellee/Cross-Appellant

v.

Local 556, Transport Workers Union of America; Southwest Airlines Company,

    Defendants - Appellants/Cross-Appellees

consolidated with

No. 23-10836

Charlene Carter,

    Plaintiff - Appellee

v.

Southwest Airlines Company,

    Defendant - Appellant