UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | | |
|---|---|---|
| CHARLENE CARTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case No. 3:17-cv-02278-X |
| | § | |
| SOUTHWEST AIRLINES CO., AND | § | |
| TRANSPORT WORKERS UNION OF AMERICA, | § | |
| LOCAL 556, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**SOUTHWEST AIRLINES CO.'S APPENDIX IN SUPPORT OF SOUTHWEST AIRLINES CO.'S PARTIAL OPPOSITION TO CHARLENE CARTER'S MOTION FOR ATTORNEYS' FEES**

| Exhibit | Document | Appendix Pages |
|---|---|---|
| 1 | Plaintiff's Time Entries and Proposed Reductions - Reply In Support of Plaintiff's Motion to Find Southwest in Contempt (Doc. No. 399) | SWA App. 1 |
| 2 | Plaintiff's Time Entries and Proposed Reductions - Motion to Compel Disclosure and Request for In Camera Review (Doc. No. 411) | SWA App. 2-4 |
| 3 | Plaintiff's Time Entries and Proposed Reductions - Preparation and efforts to serve subpoenas; Motion to Compel Production of Witnesses for Show Cause Hearing (Doc. No. 416) | SWA App. 5-7 |
| 4 | Plaintiff's Time Entries and Proposed Reductions - Unopposed Motion for Leave to File a Brief in Response to Southwest's May 12, 2023 Brief (Doc. No. 420) | SWA App. 8 |
| 5 | Plaintiff's Time Entries and Proposed Reductions - Brief in Response to Southwest's May 12, 2023 Brief (Doc. No. 428) | SWA App. 9-10 |
| 6 | Plaintiff's Time Entries and Proposed Reductions - Motion for Attorney's Fees (Doc. No. 475) | SWA App. 11-13 |
| 7 | Plaintiff's Time Entries and Proposed Reductions - Hearing Preparation and Attendance for 3 Attorneys | SWA App. 14-18 |

Dated: September 11, 2023

Respectfully submitted,

/s/ Paulo B. McKeeby
Paulo B. McKeeby
State Bar No. 00784571
Brian K. Morris
State Bar No. 24108707
**REED SMITH LLP**
2850 N. Harwood Street
Suite 1500
Dallas, Texas 75201
Phone: 469-680-4200
Facsimile: 469-680-4299
pmckeeby@reedsmith.com
bmorris@reedsmith.com

**ATTORNEYS FOR DEFENDANT SOUTHWEST AIRLINES CO.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been filed via the Court's ECF system and all counsel of record have been served on this 11th day of September, 2023.

/s/ Paulo B. McKeeby