# EXHIBIT 1

## Reply In Support of Plaintiff's Motion to Find Southwest in Contempt (Doc. No. 399)

| Date | Narrative | Attorney | Hours Requested | Fees Requested | SWA Proposed Hours | SWA Proposed Reduction |
|---|---|---|---|---|---|---|
| 1/6/2023 | Initial review of SW response to sanction motion; emails re same | Pryor | 0.6 | $297.00 | 0.3 | $148.50 |
| 1/7/2023 | Reading SWA response to sanctions motion; outlining reply; reviewing RAV and other cases re speech and injunctions | Gilliam | 9.6 | $3,360.00 | 4.8 | $1,680.00 |
| 1/8/2023 | Outlining and drafting sanctions motion reply | Gilliam | 11.6 | $4,060.00 | 5.8 | $2,030.00 |
| 1/9/2023 | Review and comment on draft reply re motion for sanctions; emails re the same | Pryor | 0.3 | $148.50 | 0.15 | $74.25 |
| 1/10/2023 | Writing and revising sanctions motion reply | Gilliam | 9.3 | $3,255.00 | 4.65 | $1,627.50 |
| 1/11/2023 | Writing, revising, and filing sanctions motion reply | Gilliam | 10.7 | $3,745.00 | 5.35 | $1,872.50 |
| 1/11/2023 | Finish review and revision of reply on motion for sanctions; additional comments on revised draft of same; review and comment on final version of same | Hill | 0.7 | $276.50 | 0.35 | $138.25 |
| | **Total Hours / Fees** | | **42.8** | **$15,142.00** | **21.4** | **$7,571.00** |