# EXHIBIT 3

**Preparation and efforts to serve subpoenas; Motion to Compel Production of Witnesses for Show Cause Hearing (Doc. No. 416)***

*Where only a portion of the entry relates to the specified filing or task and the hours spent on that task are identified, those portions are underlined for the Court's convenience

| Date | Narrative | Attorney | Hours Requested | Fees Requested | SWA Proposed Hours | SWA Proposed Reduction |
|---|---|---|---|---|---|---|
| 4/28/2023 | Analyze subpoena issues and plans to serve subpoenas to witnesses for show cause hearing (.1); researching cases re the standard for reviewing purportedly privileged documents in camera (.8); researching crime fraud exception cases related to court order violations (.4); drafting motion and brief to compel production of documents for which privilege is asserted (2.9); reviewing documents and filings related to sanctions motion (1.2); reviewing subpeona rules (.7); reviewing deadlines for filing Carter cross appeal (.6); reviewing Southwest show cause document production and analyzing SWA privilege log (2.0); outlining and organizing arguments and objections to privilege log and privilege claims for motion to compel brief (1.7) | Gilliam | 0.8 | $280.00 | 0.2 | $210.00 |
| 5/1/2023 | Preparing and sending information to legal assistant to prepare subpoenas for SWA and Local 556 witnesses to attend show cause hearing (1.3); revising motion and brief to compel SWA show cause hearing documents for which SWA asserts privilege (.3); communications with MLC re Carter appeals (.6); phone call with MDH and BGP re subpeonas, show cause hearing, and motion to compel (.9); preparing list of issues to discuss with SWA counsel PM prior to filing motion to compel (2.0); emailing PM and BM to schedule meeting (.1) | Gilliam | 2.2 | $770.00 | 0.55 | $577.5[?] |
| 5/8/2023 | Reviewing and revising notice of appeal (.6); revising and updating subpoenas for SWA witnesses to attend show cause hearing (1.3); drafting emails to SWA and L556 counsel re accepting service and communications with MDH re same (2.0); reviewing BGP communications re appeal (.1) | Gilliam | 3.3 | $1,155.00 | 0.825 | $866.2[?] |

| Date | Description | Attorney | Hours | Amount | Rate Factor | Total |
|---|---|---|---|---|---|---|
| 5/8/2023 | Review and comment on proposed emails to P. McKeeby and union re appearing at hearing and subpoenas; review and comment on proposed subpoenas; conf. w/ M. Gilliam re witness issues for hearing; review and comment on proposed email to union re subpoenas; email M. Gilliam re witness attendance issue and subpoenas | Hill | 1.1 | $434.50 | 0.275 | $325.88 |
| 5/9/2023 | Researching for motion and brief to compel witnesses to attend show cause hearing based on SWA refusal to coordinate service of subpoenas (.3); drafting motion to compel SWA witnesses to attend show cause hearing based on SWA refusal to coordinate service of subpoenas (2.0); revising motion to compel witnesses with local counsel edits (.4); drafting email to SWA counsel PM re coordinating service of subpoenas and communications with co counsel and SWA counsel PM re same (.7); communications with BGP and client re [redacted] (1.0) | Gilliam | 3.4 | $1,190.00 | 0.85 | $892.50 |
| 5/9/2023 | Review and comment on emails re subpoena issues; teleconf w/M. Gilliam re status and strategy; review and revise draft motion re subpoenas; review Southwest response to Motion to Compel; teleconf w/M. Gilliam re the same | Pryor | 1.6 | $792.00 | 0.4 | $594.00 |
| 5/9/2023 | Review and comment on proposed email to P. McKeeby re witness issues; review motion to compel witnesses; email | Hill | 0.5 | $197.50 | 0.125 | $148.12 |
| 5/10/2023 | Revising, finalizing, and filing motion to compel SWA witnesses to attend show cause hearing, including preparing appendix, exhibits, and proposed order | Gilliam | 3.5 | $1,225.00 | 0.875 | $918.75 |
| 5/10/2023 | Emails re motion to compel attendance | Pryor | 0.1 | $49.50 | 0.025 | $37.12 |
| 5/10/2023 | Review and comment on motion regarding witness attendance and proposed order | Hill | 1.2 | $474.00 | 0.3 | $355.50 |
| 5/16/2023 | Revising and incorporating local counsel edits to Carter brief responding to SWA May 12 Brief re Sanctions (4.5); reviewing Court order re show cause hearing and religious liberty training (.5); communications with BGP re Court orders (.3); communicating with MDH re plans for serving subpoenas (.2); revising subpoenas for service (1.1); emailing TWU Local 556 counsel re subpoena issues (.1) | Gilliam | 1.4 | $490.00 | 0.35 | $367.50 |

| Date | Description | Attorney | Hours | Amount | Rate | Total |
|---|---|---|---|---|---|---|
| 5/16/2023 | Review file re identifying potential exhibits for show cause hearing; emails re the same; emails re witnesses for show cause hearings; review and comment on emails re subpoena issues; review Court's order re in camera documents; review Judge's order re witnesses; emails and confs re the same; confs w/D. Bruce re status and strategy | Pryor | 3.5 | $1,732.50 | 0.875 | $1,299.38 |
| 5/16/2023 | Review and comment on proposed email to P. McKeeby and A. Ryan re subpoenas for show cause hearing; confs. w/ M. Gilliam re witness issues; email M. Gilliam re witness issues; review and comment on proposed email to union re witness issues; email M. Gilliam re process server timing; review and sign subpoenas; email M. Gilliam update re service of subpoenas; email M. Gilliam re service of B. Morris timing; email M. Gilliam re proposed email to union; conf. w/ B. Pryor and M. Gilliam re court's order re religious liberty training; email process server re cancellation of service | Hill | 1.8 | $711.00 | 0.45 | $533.25 |
| 5/16/2023 | Email process server re quote for subpoenas; conf. w/ M. Hill re same; revise subpoena re same; email M. Hill re same; assemble same; email process server re same | Garcia (Paralegal) | 1.7 | $187.00 | 0.425 | $140.25 |
| | | **Total Hours / Fees** | **26.1** | **$9,688.00** | **6.525** | **$7,266.00** |

SWA APP. 007