# EXHIBIT 4

**Unopposed Motion for Leave to File a Brief in Response to Southwest's May 12, 2023 Brief (Doc. No. 420)***

*Where only a portion of the entry relates to the specified filing or task and the hours spent on that task are identified, those portions are underlined for the Court's convenience

| Date | Narrative | Attorney | Hours Requested | Fees Requested | SWA Proposed Hours | SWA Proposed Reduction |
|---|---|---|---|---|---|---|
| 5/14/2023 | Drafting Carter motion for leave to respond to Southwest May 12 Brief re Sanctions (9.7); phone call with BGP re show cause hearing and SWA brief (.6) | Gilliam | 9.7 | $3,395.00 | 2.425 | $2,546.2... |
| 5/14/2023 | Comment on proposed email to P. McKeeby re conference on leave to file response brief; follow-up email on strategy re same | Hill | 0.2 | $79.00 | 0.05 | $59.2... |
| 5/15/2023 | Revising, finalizing, and filing Carter motion for leave to respond to Southwest May 12 Brief re Sanctions (3.7); preparing brief responding to SWA May 12 Brief re Sanctions (5.8) | Gilliam | 3.7 | $1,295.00 | 0.925 | $971.2... |
| 5/15/2023 | Review and comment on response brief re show cause hearing | Hill | 0.5 | $197.50 | 0.125 | $148.1... |
| 5/15/2023 | Final comments to motion for leave; emails w/M. Gilliam re the same; review and revise draft substantive response to SW brief re Court order; emails and teleconfs re the same | Pryor | 2.4 | $1,188.00 | 0.6 | $891.0... |
| | | **Total Hours / Fees** | **16.5** | **$6,154.50** | **4.125** | **$4,615.8...** |

SWA APP . 008