# EXHIBIT 5

## Brief in Response to Southwest's May 12, 2023 Brief (Doc. No. 428)*

*Where only a portion of the entry relates to the specified filing or task and the hours spent on that task are identified, those portions are underlined for the Court's convenience

| Date | Narrative | Attorney | Hours Requested | Fees Requested | SWA Proposed Hours | SWA Proposed Reduction |
|---|---|---|---|---|---|---|
| 5/15/2023 | Revising, finalizing, and filing Carter motion for leave to respond to Southwest May 12 Brief re Sanctions (3.7); preparing brief responding to SWA May 12 Brief re Sanctions (5.8) | Gilliam | 5.8 | $2,030.00 | 2.9 | $1,015.00 |
| 5/15/2023 | Final comments to motion for leave; emails w/M. Gilliam re the same; review and revise draft substantive response to SW brief re Court order; emails and teleconfs re the same | Pryor | 2.4 | $1,188.00 | 1.2 | $594.00 |
| 5/15/2023 | Review and comment on response brief re show cause hearing | Hill | 0.5 | $197.50 | 0.25 | $98.75 |
| 5/16/2023 | Revising and incorporating local counsel edits to Carter brief responding to SWA May 12 Brief re Sanctions (4.5); reviewing Court order re show cause hearing and religious liberty training (.5); communications with BGP re Court orders (.3); communicating with MDH re plans for serving subpoenas (2); revising subpoenas for service (1.1); emailing TWU Local 556 counsel re subpoena issues (.1) | Gilliam | 4.5 | $1,575.00 | 2.25 | $787.50 |
| 5/18/2023 | Communicating with TWU Local 556 counsel AG and EC re SWA communications re court decision notice and planning for conference with AG and EG re same (.1); revising Carter response to SWA May 12 Brief re Show Cause hearing (5.7); communications with MDH re meeting with L556 counsel AG and EC before meeting (.3); phone conference with L556 counsel AG and EC re SWA communications about court decision notice (.5); reading and analyzing SWA Court ordered responsive brief re witnesses (1.4); reading and analyzing Court order re SWA brief and witnesses for show cause hearing (.4) | Gilliam | 5.7 | $1,995.00 | 2.85 | $997.50 |
| 5/19/2023 | Revising, finalizing, and filing Carter brief in response to SWA May 12 brief re show cause hearing (6.7); communicating with client re court orders and rulings and party filings re show cause hearing (.3) | Gilliam | 6.7 | $2,345.00 | 3.35 | $1,172.50 |

| Date | Description | Attorney | Hours | Fees | Hours | Fees |
|---|---|---|---|---|---|---|
| 5/19/2023 | Review and revise brief in response to SW brief re Court order; emails re same | Pryor | 0.4 | $198.00 | 0.2 | $99.00 |
| 5/19/2023 | Review and comment on response brief re show cause hearing; email B. Pryor re court's order re witnesses; review Southwest's response re religious liberty training | Hill | 1.7 | $671.50 | 0.85 | $335.75 |
| | | **Total Hours / Fees** | **27.7** | **$10,200.00** | **13.85** | **$5,100.00** |