# EXHIBIT 6

## Motion for Attorneys' Fees (Doc. No. 475)*

*Where only a portion of the entry relates to the specified filing or task and the hours spent on that task are identified, those portions are underlined for the Court's convenience

| Date | Narrative | Attorney | Hours Requested | Fees Requested | SWA Proposed Hours | SWA Proposed Reduction |
|---|---|---|---|---|---|---|
| 8/7/2023 | Reviewing and analyzing court order re sanctions (3.3); discussing decision and order with client (1.2); outlining motion for sanctions fees, expenses, and costs (.3); reviewing MBG time entries related to contempt proceedings to prepare exhibit (.5) | Gilliam | 0.8 | $280.00 | 0.4 | $140.00 |
| 8/8/2023 | Preparing MBG time entries exhibit for sanctions fees petition (.7); preparing Foundation exhibits, bill of costs, and itemized bill of costs attachment (3.6); analyzing filing planning and communicating with co counsel re same (.8); [redacted] (1.1); [redacted] (.7) | Gilliam | 5.1 | $1,785.00 | 2.55 | $892.50 |
| 8/9/2023 | Outlining contents for bill of costs and separating expenses (.9); reviewing reasonableness issues and factors to consider with time entries (.5); reviewing and preparing outline of sanctions fees motion brief (.2); preparing bill of costs and itemized bill of costs attachment (.6); phone call with MDH re sanctions fees motion, supporting materials needed, and timing of filing the motion and bill of costs (.3); preparing MBG affidavit (1.0); preparing template for BGP affidavit (.1); conversation with BGP re appeal (.6); outlining materials needed for sanctions fees petition (.1); drafting sanctions proof of fees brief (1.0); [redacted] (.8); [redacted] (1.7); [redacted] | Gilliam | 4.7 | $1,645.00 | 2.35 | $822.50 |
| 8/9/2023 | Conf. w/ M. Gilliam re submissions re fees; email M. Gilliam re time records | Hill | 0.3 | $118.50 | 0.15 | $59.25 |
| 8/14/2023 | Drafting, reviewing, revising proof of sanctions fees brief (3.7); reviewing expenses exhibit for sanctions fees motion (.1); reviewing Pryor and Bruce expenses, costs, and invoices, and preparing email to MDH with questions about related expenses, costs, and invoices (2.7); reviewing court of appeals docket (.1); reviewing and revising MBG and BGP affidavits and materials for exhibits to affidavits (1.6) | Gilliam | 8.1 | $2,835.00 | 4.05 | $1,417.50 |

| Date | Description | Timekeeper | Hours | Rate Amount | | Total |
|---|---|---|---|---|---|---|
| 8/15/2023 | Reviewing and analyzing SWA request for administrative stay and stay of contempt order pending appeal and analyzing same with co counsel (2.8); phone call to MDH re SWA request (.3); preparing and revising sanctions fees brief (.7); drafting response to SWA email request re Carter position on administrative stay and stay pending appeal (.7); researching and reviewing authority re response to SWA motion to stay pending appeal (3.2); drafting and revising response opposition to SWA motion for stay pending appeal (2.4) | Gilliam | 0.7 | $245.00 | 0.35 | $122.50 |
| 8/15/2023 | Review and comment on motion for fees, bill of costs, and draft declarations in support; email M. Gilliam re same and answers to strategy questions re same; email paralegal re instructions for preparing exhibit to B. Pryor Declaration re fees | Hill | 2.4 | $948.00 | 1.2 | $474.00 |
| 8/16/2023 | Revising response brief for SWA sanctions stay request (5.0); revising case law and argument structure for response brief for SWA sanctions stay request (.6); preparing proposed order (.2) and appendix cover sheet (.2) for sanctions fees petition; reviewing MDH edits to sanctions fees petition (.3); preparing exhibits for bill of costs (.4); reviewing correspondence with MDH re sanctions fee petition materials (.4); reviewing and analyzing SWA motion to stay sanctions order (2.3) | Gilliam | 1.5 | $525.00 | 0.75 | $262.50 |
| 8/17/2023 | Follow-up email exchange with M. Gilliam re motion for fees; emails w/ paralegal re preparation of exhibit to B. Pryor declaration | Hill | 0.4 | $158.00 | 0.2 | $79.00 |
| 8/18/2023 | Perform calculations on and revise Exhibit 2 to Pryor declaration re fees; revise expenses exhibit re same to exclude expenses unrelated to contempt issue; revise Pryor declaration; conf. w/ M. Gilliam re fee motion | Hill | 2.1 | $829.50 | 1.05 | $414.75 |
| 8/19/2023 | Communications with local counsel BGP re SWA consolidation and page limit extension request (.3); Drafting response brief arguments for response to SWA motion for stay (5.2); reviewing local counsel affidavits and appendix exhibits for sanctions fees petition (1.6); revising proposed order, appendix, and affidavits (.3), and brief (2.8) for fees petition | Gilliam | 4.7 | $1,645.00 | 2.35 | $822.50 |

SWA APP . 012

| Date | Description | Attorney | Hours | Fees | Hours | Fees |
|---|---|---|---|---|---|---|
| 8/20/2023 | Drafting and revising response to SWA stay request (6.2); reviewing and revising MBG sanctions fees exhibit (2.6); reviewing and revising MBG affidavit for fees exhbit (.7); preparing redactions (.3); organizing and preparing all petition materials and exhibits for filing (1.6) | Gilliam | 5.2 | $1,820.00 | 2.6 | $910.00 |
| 8/21/2023 | Preparing response and responding to SWA request re consolidation of appeals and discussing same with MLC (.8); reviewing sanctions fees exhibit redactions (.1); adding citations to sanction fees petition brief and proofreading brief (2.4) | Gilliam | 2.5 | $875.00 | 1.25 | $437.50 |
| | | **Total Hours / Fees** | **38.5** | **$13,709.00** | **19.25** | **$6,854.50** |