# EXHIBIT 7

## Hearing Preparation and Attendance by Plaintiff's Three Attorneys*

*Where only a portion of the entry relates to the specified filing or task and the hours spent on that task are identified, those portions are underlined for the Court's convenience

| Date | Narrative | Attorney | Hours Requested | Fees Requested | SWA Proposed Hours | SWA Proposed Fee Reduction |
|---|---|---|---|---|---|---|
| 5/6/2023 | Communicating with client re filings and show cause hearing proceedings (1.5) and appeals (.5) | Gilliam | 1.5 | $525.00 | 0.75 | $262.50 |
| 5/16/2023 | Review file re identifying potential exhibits for show cause hearing; emails re the same; emails re witnesses for show cause hearings; review and comment on emails re subpoena issues; review Court's order re in camera documents; review Judge's order re witnesses; emails and confs re the same; confs w/D. Bruce re status and strategy | Pryor | 3.5 | $1,732.50 | 1.75 | $866.25 |
| 5/17/2023 | Reviewing cases and filings and outlining issues to address in preparation for show cause hearing (4.1); phone call with MDH and BGP re show cause hearing planning and strategies (.8); emailing SWA counsel PM re Carter position on SWA motion for leave to file brief re religious liberty training (.1); emailing TWU Local 556 counsel EC and AG to schedule meeting about SWA communications re court decision notice (.4) | Gilliam | 5.3 | $1,855.00 | 2.65 | $927.50 |
| 5/17/2023 | Emails re opposing counsel request to file trial brief; teleconf w/M. Gilliam and M. Hill re show cause hearing and strategy for the same; conf w/D. Bruce re show cause hearing issues | Pryor | 1.8 | $891.00 | 0.9 | $445.50 |
| 5/17/2023 | Email M. Gilliam re P. McKeeby's inquiry re leave to file brief; conf. w/ B. Pryor and M. Gilliam re sanctions hearing strategy; comment on proposed email to union re setting up call | Hill | 0.9 | $355.50 | 0.45 | $177.75 |

| Date | Description | Timekeeper | Hours | Amount | | |
|---|---|---|---|---|---|---|
| 5/18/2023 | Communicating with TWU Local 556 counsel AG and EC re SWA communications re court decision notice and planning for conference with AG and EG re same (.1); revising Carter response to SWA May 12 Brief re Show Cause hearing (5.7); communications with MDH re meeting with L556 counsel AG and EC before meeting (.3); phone conference with L556 counsel AG and EC re SWA communications about court decision notice (.5); reading and analyzing SWA Court ordered responsive brief re witnesses (1.4); reading and analyzing Court order re SWA brief and witnesses for show cause hearing (.4) | Gilliam | 1.3 | $455.00 | 0.65 | $227.50 |
| 5/18/2023 | Review SW motion for leave to file trial brief; review SW brief re witness issues; review SW in camera document production; emails re the same; review Order re the same; confs w/D. Bruce re strategy for show cause hearing including exhibits to use, witnesses to call and order of witnesses | Pryor | 1 | $495.00 | 0.5 | $247.50 |
| 5/21/2023 | Traveling from Alexandria VA to Dallas for show cause hearing (6.0); reviewing cases and filings and outlining sanctions to discuss for show cause hearing (2.1); drafting Carter response to SWA brief re religious liberty training (8.1) | Gilliam | 2.1 | $735.00 | 1.05 | $367.50 |
| 5/21/2023 | Conf. w/B. Pryor re witness examination strategy | Hill | 0.1 | $39.50 | 0.05 | $19.75 |
| 5/22/2023 | Reviewing cases and filings and outlining sanctions to discuss for show cause hearing (5.3); phone meetings with BGP and MDH to discuss show cause hearing planning and strategies (1.8); revising, finalizing, and filing Carter response to SWA brief re religious liberty training (4.4); reviewing planning and rules re filing Carter cross appeal (.7); communicating with client re show cause hearing (.2); reviewing and analyzing TWU Local 556 production of communications with SWA re recent court decision notice and communicating with MDH re same (.8) | Gilliam | 7.3 | $2,555.00 | 3.65 | $1,277.50 |
| 5/23/2023 | Reviewing cases and filings and organizing presentation re appropriate sanctions for show cause hearing (7.4); attending show cause hearings (3.3); finalizing and filing notice of appeal and communications with co counsel and client re same (1.0) | Gilliam | 10.7 | $3,745.00 | 5.35 | $1,872.50 |

SWA APP. 015

| Date | Description | Attorney | Hours | Amount | | Total |
|---|---|---|---|---|---|---|
| 5/23/2023 | Finalize preparation for show cause hearing including preparation of examination of all witnesses and review documents re the same; show cause hearing; confs w/client and M. Gilliam | Pryor | 7.8 | $3,861.00 | 3.9 | $1,930.50 |
| 5/23/2023 | **Additional preparation of document presentation for hearing; conf. w/ M. Gilliam in preparation for hearing; conf. w/ B. Pryor in preparation for hearing; attend show cause hearing** | Hill | 6.7 | $2,646.50 | 3.35 | $1,323.25 |
| 5/24/2023 | Travel from Dallas (5.4); communicating with SWA counsel to coordinate dates for continuing show cause hearing (.5); reviewing SWA counsel notices of appearances in appeal (.5); communicating with BGP re show cause hearing and issues for next hearing (.6) | Gilliam | 0.6 | $210.00 | 0.3 | $105.00 |
| 5/24/2023 | Emails re scheduling issues, order of witnesses and witness examination issues; teleconf w/M. Gilliam re the same; conf w/D. Bruce re show cause issues; prepare email memorandum to M. Gilliam re show cause issues; review file re the same | Pryor | 1.7 | $841.50 | 0.85 | $420.75 |
| 5/25/2023 | Communicating with SWA counsel AR re coordinating dates and issues for continuing show cause hearing (.5); communicating with local counsel MDH re same (.2); communicating with BGP re show cause hearing and issues for next hearing (.4) | Gilliam | 0.4 | $140.00 | 0.2 | $70.00 |
| 5/25/2023 | Teleconf. w/M. Gilliam re status, strategy and issues re motion for sanctions; conf w/D. Bruce re results of show cause hearing and issues to raise in closing and subsequent hearing | Pryor | 0.7 | $346.50 | 0.35 | $173.25 |
| 5/30/2023 | Conf. w/ B. Pryor re strategy responding to A. Ryan re logistical issues; email M. Gilliam re same; conf. w/ M. Gilliam re same | Hill | 0.3 | $118.50 | 0.15 | $59.25 |
| 6/4/2023 | Email paralegal re filing certificates of compliance; review transcript to confirm P. McKeeby exclusion under the Rule; email M. Gilliam and B. Pryor re same | Hill | 0.3 | $118.50 | 0.15 | $59.25 |
| 6/6/2023 | Emails re show cause hearing | Pryor | 0.1 | $49.50 | 0.05 | $24.75 |
| 6/6/2023 | Email M. Gilliam re hearing scheduling | Hill | 0.1 | $39.50 | 0.05 | $19.75 |
| 7/3/2023 | Email M. Gilliam re inquiry from A. Ryan re exhibits | Hill | 0.1 | $39.50 | 0.05 | $19.75 |
| 7/6/2023 | Call and emails to A. Ryan re exhibits | Hill | 0.1 | $39.50 | 0.05 | $19.75 |
| 7/7/2023 | Conf. w/M. Gilliam and A. Ryan re exhibit issues | Hill | 0.2 | $79.00 | 0.1 | $39.50 |
| 7/10/2023 | Review exhibits sent by K. Frye to confirm completeness and accuracy; email M. Gilliam and B. Pryor re same; email paralegal re redacting Exhibit 16 | Hill | 0.5 | $197.50 | 0.25 | $98.75 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 7/11/2023 | Email A. Ryan re redacted Exhibit 16; email M. Gilliam re C. Carter's attendance at hearing | Hill | 0.1 | $39.50 |
| 7/11/2023 | | Hill | 0.2 | $79.00 |
| 7/12/2023 | Preparing for show cause hearing; reviewing notes from prior hearing (.9); reviewing outline to address legal impact of evidence elicited (.7); reviewing and analyzing transcript of first session of show cause hearing (2.4) | Gilliam | 2 | $700.00 |
| | | Gilliam | 4 | $1,400.00 |
| 7/13/2023 | Reviewing and analyzing transcript of first session of show cause hearing | Gilliam | 1.75 | $612.50 |
| 7/13/2023 | Email paralegal re preparing hearing exhibits | Gilliam | 3.5 | $1,225.00 |
| | | Hill | 0.05 | $19.75 |
| | | Hill | 0.1 | $39.50 |
| 7/14/2023 | Reviewing and analyzing transcript of first session of show cause hearing (2.0); reading Court orders re SWA counsel pro hac requests (.1); revamping outline and planning closing arguments re impact of testimony at show cause hearing on evidence (3.4); [redacted] (.3) | Gilliam | 2.7 | $945.00 |
| | | Gilliam | 5.4 | $1,890.00 |
| 7/14/2023 | Review prior hearing transcript; outline the same; review prior hearing exhibits; emails re the same; review documents re request for documents to union counsel; emails re the same; review index of show cause hearing documents; emails re the same; teleconf. w/M. Gilliam re status and strategy | Pryor | 2 | $990.00 |
| | | Pryor | 4 | $1,980.00 |
| 7/14/2023 | Conf. w/ M. Gilliam and B. Pryor re hearing strategy; email paralegal re documents to use at hearing | Hill | 0.55 | $217.25 |
| | | Hill | 1.1 | $434.50 |
| 7/17/2023 | Outlining and planning closing arguments re impact of testimony at show cause hearing on evidence | Gilliam | 3.95 | $1,382.50 |
| | | Gilliam | 7.9 | $2,765.00 |
| 7/17/2023 | Review SWA Ex 1 and outline issues; emails re the same; review SWA Ex. 2 and outline the same; emails re the same; emails re trial exhibit 10; prepare for show cause hearing and review documents re the same | Pryor | 2.15 | $1,064.25 |
| | | Pryor | 4.3 | $2,128.50 |
| 7/17/2023 | Locate and email B. Pryor re former Southwest accommodation policy | Hill | 0.1 | $39.50 |
| | | Hill | 0.2 | $79.00 |
| 7/18/2023 | Traveling to Dallas for show cause hearing (8.0); outlining and preparing arguments re testimony and evidence for show cause hearing (2.6) | Gilliam | 1.3 | $455.00 |
| | | Gilliam | 2.6 | $910.00 |
| 7/18/2023 | Review documents re preparation for examination of P. McKeeby; outline examination re the same; review pleading and prior motion practice and briefing related to show cause issues | Pryor | 3.05 | $1,509.75 |
| | | Pryor | 6.1 | $3,019.50 |
| 7/18/2023 | Email B. Pryor re witness for hearing | Hill | 0.1 | $39.50 |
| | | Hill | 0.2 | $79.00 |
| 7/19/2023 | Outlining and preparing arguments re testimony and evidence for show cause hearing | Gilliam | 4.3 | $1,505.00 |
| | | Gilliam | 8.6 | $3,010.00 |

| Date | Description | Attorney | Hours | Amount | | |
|---|---|---|---|---|---|---|
| 7/19/2023 | Review documents re K. Minchey examination; outline examination of K. Minchey; review documents re K. Forbes examination; outline K. Forbes examination; review documents relating to emails not produced by SW; emails re the same; confs re the same; prepare for show cause hearing; teleconf w/M. Gilliam re status and strategy | Pryor | 8.2 | $4,059.00 | 4.1 | $2,029.50 |
| 7/19/2023 | Conf. w/ B. Pryor re documents to use in examinations at hearing; prepare presentation for show-cause hearing | Hill | 4.8 | $1,896.00 | 2.4 | $948.00 |
| 7/20/2023 | Outlining and preparing arguments re testimony and evidence for show cause hearing (1.0); attending show cause hearing (7.2); meeting with client re show cause hearing following hearing (2.8) | Gilliam | 11 | $3,850.00 | 5.5 | $1,925.00 |
| 7/20/2023 | Finalize preparation for show cause hearing; show cause hearing | Pryor | 6.8 | $3,366.00 | 3.4 | $1,683.00 |
| 7/20/2023 | Final work to prepare presentation for hearing; attend show-cause hearing; email K. Frye re additional exhibits used at hearing | Hill | 8.1 | $3,199.50 | 4.05 | $1,599.75 |
| 8/7/2023 | Review and outline Memorandum Opinion and Order Granting sanctions; emails and teleconfs re the same; emails and calls re in camera documents, in camera testimony and ex parte addendum and issues re the same | Pryor | 2.2 | $1,089.00 | 1.1 | $544.50 |
| | | **Total Hours / Fees** | **144.4** | **$58,609.00** | **72.2** | **$29,304.50** |

SWA APP. 018