UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>V.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | Civil Case No. 3:17-cv-02278-X |

### [Proposed] Order on Plaintiff Charlene Carter's Motion to Supplement the Record on Appeal

Before the Court is Plaintiff Charlene Carter's Motion to Supplement the Record on Appeal. Having considered the motion and responses, the Court grants Carter's Motion.

IT IS THEREFORE ORDERED that Plaintiff's Motion is hereby GRANTED.

IT IS FURTHER ORDERED that the Court will certify and forward to the Fifth Circuit Court of Appeals the following contempt hearing exhibits that Carter filed contemporaneously with her motion and admitted into evidence during the May 23, 2023 and July 20, 2023 contempt hearings:

| Exhibit Name/Number | Exhibit Title |
|---|---|
| Plaintiff's Exhibit 1 | Court April 18, 2023 Amended Order Setting Show-Cause Hearing and Requiring Discovery |
| Plaintiff's Exhibit 2 | Southwest December 2022 Email String (SWA Show Cause Docs. 019-021) |
| Plaintiff's Exhibit 5 | Southwest December 2022 Email String (SWA Show Cause Docs. 011-015) |
| Plaintiff's Exhibit 6 | Southwest December 2022 Email String (SWA Show Cause Docs. 037-039) |

| | |
|---|---|
| Plaintiff's Exhibit 7 | Southwest December 20, 2022 Recent Court Decision Notice |
| Plaintiff's Exhibit 8 | Southwest December 2022 Email String (SWA Show Cause Docs. 001-003) |
| Plaintiff's Exhibit 9 | Southwest May 4, 2023 Revised Privilege Log |
| Plaintiff's Exhibit 10 | Southwest December 20, 2022 Inflight Info On The GO ("IIOTG") Memo |
| Plaintiff's Exhibit 11 | Carter Counsel December 20, 2022 Letter to Southwest Counsel |
| Plaintiff's Exhibit 12 | Southwest Counsel December 28, 2022 Response Letter |
| Plaintiff's Exhibit 13 | Southwest December 2022 Email String (Southwest In Camera Docs. 0005-0009) |
| Plaintiff's Exhibit 14 | Southwest's January 6, 2023 Response to Carter's Motion to Find Southwest in Contempt |
| Plaintiff's Exhibit 15 | Southwest's May 12, 2023 Brief Responding to Court Order |
| Plaintiff's Exhibit 17 | Southwest December 2022 Email String (SWA Show Cause Docs. 027-029) |
| Plaintiff's Exhibit 18 | TWU Local 556 Executive Board August 4, 2022 Letter to Southwest |

IT IS FURTHER ORDERED that the Court will certify and forward to the Fifth Circuit Court of Appeals the Court's *ex parte* addendum to the sanctions orders (Docs. 468 and 469), Southwest's *ex parte* hearing exhibits (Docs. 479, 479-1 through 479-14), all *ex parte* testimony from the May 23 and July 20 contempt hearings, including the *ex parte* portions of hearing transcripts (Doc. 441) (Tr. 116:3-118:15); (Doc. 465) (Tr. 389:13-519:5), and all other contempt proceedings documents provided to the Court *in camera*.

SIGNED on _____, 2023.

_____
Brantley Starr
United States District Judge