UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:17-CV-2278-X |
| TRANSPORT WORKERS UNION | § | |
| OF AMERICA, LOCAL 556, and | § | |
| SOUTHWEST AIRLINES CO., | § | |
| | § | |
| *Defendants.* | § | |

## AMENDED ORDER SETTING SHOW-CAUSE HEARING AND REQUIRING DISCOVERY

The Court **VACATES** its previous order setting a show-cause hearing [Doc. 407] and substitutes the following:[1]  The Court will hold a show-cause hearing on May 23, 2023 at 2:00 PM to determine whether Southwest, its employees, or its counsel should be held in contempt and sanctioned for violating the Court's orders (1) not to discriminate against flight attendants' religious practices and beliefs expressed on social media, (2) not to discriminate against Carter's speech protected by the Railway Labor Act, and (3) to inform Southwest flight attendants that, under Title VII, it "may not" discriminate against Southwest flight attendants for their religious practices and beliefs.[2]

---

[1] The Court has only revised the date of the hearing.  As noted in this order, all other deadlines and discovery obligations remain in effect.

[2] Doc. 374 at 29–31.

1



In preparation for that hearing, Carter requests and the Court **ORDERS** that

Southwest produce the following discovery by April 28, 2023:

> 1. Identify for the Court and Carter's counsel all persons involved in crafting or approving the Recent Court Decision notice[3] or the IIOTG Memorandum,[4] whether employees, attorneys or other persons;

> 2. Produce all communications relating to the Recent Court Decision notice and the IIOTG Memorandum to Carter's counsel, and a privilege log as to any communications for which a privilege is asserted; and

> 3. Provide all drafts of the Recent Court Decision notice and the IIOTG Memorandum to Carter's counsel, and a privilege log as to any communications for which a privilege is asserted.

Carter may file a brief describing the impact of any evidence Southwest produces on

Carter's motion for contempt by May 5, 2023.  Southwest may provide a brief in

response by May 12, 2023.

**IT IS SO ORDERED** this 18th day of April, 2023.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[3] Doc. 383-2 at 2.

[4] Doc. 383-3 at 2.