| | |
|---|---|
| **From:** | Chris Maberry |
| **Sent:** | Monday, December 12, 2022 2:56 PM |
| **To:** | Brook Patterson; Lauren Bobis Armstrong |
| **Subject:** | FW: Summary of Carter judgment (attorney-client communication; privileged and confidential) |
| **Attachments:** | Carter message to EEs - CM and KVF edits V2.docx |

Fyi.

**From:** Chris Maberry
**Sent:** Monday, December 12, 2022 2:55 PM
**To:** Brandy King <Brandy.King@wnco.com>
**Cc:** Kerrie Forbes <Kerrie.Forbes@wnco.com>; Kevin Minchey <Kevin.Minchey@wnco.com>
**Subject:** RE: Summary of Carter judgment (attorney-client communication; privileged and confidential)



**From:** Brandy King <Brandy.King@wnco.com>
**Sent:** Monday, December 12, 2022 2:30 PM
**To:** Chris Maberry <Chris.Maberry@wnco.com>
**Cc:** Kerrie Forbes <Kerrie.Forbes@wnco.com>; Kevin Minchey <Kevin.Minchey@wnco.com>
**Subject:** Re: Summary of Carter judgment (attorney-client communication; privileged and confidential)



**From:** Chris Maberry <Chris.Maberry@wnco.com>
**Sent:** Monday, December 12, 2022 11:00 AM
**To:** Brandy King <Brandy.King@wnco.com>
**Cc:** Kerrie Forbes <Kerrie.Forbes@wnco.com>; Kevin Minchey <Kevin.Minchey@wnco.com>
**Subject:** RE: Summary of Carter judgment (attorney-client communication; privileged and confidential)



1



**From:** Brandy King <Brandy.King@wnco.com>
**Sent:** Friday, December 9, 2022 5:09 PM
**To:** Chris Maberry <Chris.Maberry@wnco.com>
**Cc:** Kerrie Forbes <Kerrie.Forbes@wnco.com>; Kevin Minchey <Kevin.Minchey@wnco.com>
**Subject:** Re: Summary of Carter judgment (attorney-client communication; privileged and confidential)



**From:** Chris Maberry <Chris.Maberry@wnco.com>
**Sent:** Tuesday, December 6, 2022 4:44 PM
**To:** Brandy King <Brandy.King@wnco.com>
**Cc:** Kerrie Forbes <Kerrie.Forbes@wnco.com>; Kevin Minchey <Kevin.Minchey@wnco.com>
**Subject:** Summary of Carter judgment (attorney-client communication; privileged and confidential)



SWA SHOW CAUSE 021