SWA SHOW CAUSE 011

| | |
|---|---|
| From: | Chris Maberry |
| Sent: | Friday, December 16, 2022 11:00 AM |
| To: | Brandy King |
| Cc: | Brook Patterson |
| Subject: | RE: Charlene Carter Reinstatement (attorney-client communication; privileged and confidential) |

Hi Brandy,

Wanted you to know that we plan to email the Flight Attendants today with the language below, and attach a copy of the judgment and the jury verdict. Please let me know if you need anything.

Best,

Chris

From: Brandy King <Brandy.King@wnco.com>
Sent: Tuesday, December 13, 2022 4:26 PM
To: Chris Maberry <Chris.Maberry@wnco.com>
Cc: Kerrie Forbes <Kerrie.Forbes@wnco.com>; Kevin Minchey <Kevin.Minchey@wnco.com>
Subject: Re: Charlene Carter Reinstatement (attorney-client communication; privileged and confidential)

Appreciate your speedy response and spell check - hopefully, this brings me one step closer to becoming an attorney.

When did the copies get posted in break rooms? Any idea if we have heard from flight attendants about the postings?

From: Chris Maberry <Chris.Maberry@wnco.com>
Sent: Tuesday, December 13, 2022 4:19 PM
To: Brandy King <Brandy.King@wnco.com>
Cc: Kerrie Forbes <Kerrie.Forbes@wnco.com>; Kevin Minchey <Kevin.Minchey@wnco.com>
Subject: RE: Charlene Carter Reinstatement (attorney-client communication; privileged and confidential)

[redacted]

From: Brandy King <Brandy.King@wnco.com>
Sent: Tuesday, December 13, 2022 4:14 PM
To: Chris Maberry <Chris.Maberry@wnco.com>
Cc: Kerrie Forbes <Kerrie.Forbes@wnco.com>; Kevin Minchey <Kevin.Minchey@wnco.com>
Subject: Charlene Carter Reinstatement (attorney-client communication; privileged and confidential)



EXHIBIT 5

1



**From:** Chris Maberry <Chris.Maberry@wnco.com>
**Sent:** Tuesday, December 13, 2022 1:59 PM
**To:** Brandy King <Brandy.King@wnco.com>

Cc: Kerrie Forbes <Kerrie.Forbes@wnco.com>; Kevin Minchey <Kevin.Minchey@wnco.com>
Subject: RE: Revised Communication for Review Re: Media Inquiry: The Texan News | Charlene Carter Reinstatement



From: Brandy King <Brandy.King@wnco.com>
Sent: Tuesday, December 13, 2022 1:03 PM
To: Chris Maberry <Chris.Maberry@wnco.com>
Cc: Kerrie Forbes <Kerrie.Forbes@wnco.com>; Kevin Minchey <Kevin.Minchey@wnco.com>
Subject: Revised Communication for Review Re: Media Inquiry: The Texan News | Charlene Carter Reinstatement



[redacted]

**From:** Chris Maberry <Chris.Maberry@wnco.com>
**Sent:** Tuesday, December 13, 2022 10:12 AM
**To:** Brandy King <Brandy.King@wnco.com>
**Cc:** Kerrie Forbes <Kerrie.Forbes@wnco.com>; Kevin Minchey <Kevin.Minchey@wnco.com>
**Subject:** RE: Media Inquiry: The Texan News | Charlene Carter Reinstatement

[redacted]

**From:** Brandy King <Brandy.King@wnco.com>
**Sent:** Tuesday, December 13, 2022 9:55 AM
**To:** Chris Maberry <Chris.Maberry@wnco.com>
**Cc:** Kerrie Forbes <Kerrie.Forbes@wnco.com>; Kevin Minchey <Kevin.Minchey@wnco.com>
**Subject:** Fw: Media Inquiry: The Texan News | Charlene Carter Reinstatement

[redacted]

-----Original Message-----
From: Kim Roberts <kroberts@thetexan.news>
Sent: Tuesday, December 13, 2022 9:40 AM
To: Southwest Airlines Media Inquiry <SWAmedia@wnco.com>
Subject: EXTERNAL - Charlene Carter Reinstatement

[redacted]

Kim Roberts
The Texan news

SWA SHOW CAUSE 015