**From:** Chris Maberry
**Sent:** Monday, December 19, 2022 9:15 AM
**To:** Brook Patterson
**Subject:** RE: Carter - court-ordered notice to all FAs

**Follow Up Flag:** Follow up
**Due By:** Wednesday, December 21, 2022 4:00 PM
**Flag Status:** Flagged

Hi Brook – no, it should be going out today.

Chris

**From:** Brook Patterson <Brook.Patterson@wnco.com>
**Sent:** Monday, December 19, 2022 8:21 AM
**To:** Chris Maberry <Chris.Maberry@wnco.com>
**Cc:** Brook Patterson <Brook.Patterson@wnco.com>
**Subject:** FW: Carter - court-ordered notice to all FAs

Hi Chris,

Did they get the notice out on Friday to FA's? If so, if they bcc'd you can you send it to me so I can place a copy in our TC file or let me know and I can ask Mike or Rachel for a copy.

Thanks
Brook

**From:** Mike Sims <Mike.Sims@wnco.com>
**Sent:** Friday, December 16, 2022 12:32 PM
**To:** Chris Maberry <Chris.Maberry@wnco.com>; Meggan Jones <Meggan.Jones@wnco.com>; Rachel Loudermilk <Rachel.Loudermilk@wnco.com>
**Cc:** Brook Patterson <Brook.Patterson@wnco.com>
**Subject:** RE: Carter - court-ordered notice to all FAs

Chris:

Do you have a few minutes for a quick call for some clarification?

mjs

**From:** Chris Maberry <Chris.Maberry@wnco.com>
**Sent:** Friday, December 16, 2022 11:55
**To:** Meggan Jones <Meggan.Jones@wnco.com>; Mike Sims <Mike.Sims@wnco.com>; Rachel Loudermilk <Rachel.Loudermilk@wnco.com>
**Cc:** Brook Patterson <Brook.Patterson@wnco.com>
**Subject:** RE: Carter - court-ordered notice to all FAs


EXHIBIT
6



**From:** Meggan Jones <Meggan.Jones@wnco.com>
**Sent:** Friday, December 16, 2022 11:51 AM
**To:** Chris Maberry <Chris.Maberry@wnco.com>; Mike Sims <Mike.Sims@wnco.com>; Rachel Loudermilk <Rachel.Loudermilk@wnco.com>
**Cc:** Brook Patterson <Brook.Patterson@wnco.com>
**Subject:** Re: Carter - court-ordered notice to all FAs



**From:** Chris Maberry <Chris.Maberry@wnco.com>
**Sent:** Friday, December 16, 2022 10:48:21 AM
**To:** Mike Sims <Mike.Sims@wnco.com>; Rachel Loudermilk <Rachel.Loudermilk@wnco.com>

2

**Cc:** Meggan Jones <Meggan.Jones@wnco.com>; Brook Patterson <Brook.Patterson@wnco.com>
**Subject:** Carter - court-ordered notice to all FAs



Board Certified – Labor and Employment Law
Texas Board of Legal Specialization

3

SWA SHOW CAUSE 039