Inbox

# Recent Court Decision

pdf

177115625953.pdf

106 KB

pdf

177115282150.pdf

831 KB

To: All Flight Attendants
From: Southwest Legal Department
Re: Recent Court Decision

On December 5, 2022, a federal court in Dallas entered a judgment against Southwest and Transport Workers Union 556 in connection with a lawsuit alleging, among other things, religious discrimination and interference with rights under the Railway Labor Act. The court ordered us to email you the attached judgment and the jury's verdict. The court also ordered us to inform you that Southwest does not discriminate against our Employees for their religious practices and beliefs, including—but not limited to—those expressed on social media and those concerning abortion.

App.6

**EXHIBIT 7**