**From:** Cindy Hermosillo
**Sent:** Monday, December 19, 2022 9:21 AM
**To:** Melissa Ford
**Subject:** RE: Charlene Carter
**Attachments:** IIOTG_12-XX-22.docx

Let me know if you don't see the tracked changes – here's a screenshot just in case:

At the time of the event, Southwest conducted an investigation when an Employee reported receiving what we believed were inappropriate, harassing, and offensive communications from a Cco-worker, including extremely graphic and disturbing visuals that Southwest perceived were in violation of several Company policies. Southwest conducted a thorough investigation and through that process, it was ultimately determined that the Employee who sent the communications did not adhere to Southwest policies and guidelines, resulting in her termination. Although the decision was grieved, the termination was upheld by an arbitrator, who "found the postings and messages to be repulsive and beyond the bounds of civility."

Soon after, the terminated Employee filed a lawsuit and recently, a court entered a judgment in her favor after a jury trial, with requirements that the Company pay monetary damages, distribute communication to Flight Attendants about the ruling, and reinstate her employment with the Company. We are extremely disappointed with the cCourt's ruling and are appealing the decision to the Fifth Circuit Court of Appeals. The Company will implement the judgment as we work through the appeal process and await a final ruling.

On December 5, 2022, a federal court in Dallas entered a judgment against Southwest and Transport Workers Union 556 in connection with a lawsuit alleging, among other things, religious discrimination and interference with rights under the Railway Labor Act. The court ordered us to email you the attached judgment and the jury's verdict. The court also ordered us to inform you that Southwest does not discriminate against our Employees for their religious practices and beliefs, including—but not limited to—those expressed on social media and those concerning abortion.

**Cindy Hermosillo**
Should the word "attached" be changed to "above"?

Oh wait, is there going to be an attachment that we c
hyperlink here?

**From:** Melissa Ford <Melissa.Ford@wnco.com>
**Sent:** Monday, December 19, 2022 9:16 AM
**To:** Cindy Hermosillo <Cindy.Hermosillo@wnco.com>
**Subject:** RE: Charlene Carter

Thank you! Can you track the edits? Not sure we can make changes unless they're misspellings, etc.

**From:** Cindy Hermosillo <Cindy.Hermosillo@wnco.com>
**Sent:** Monday, December 19, 2022 9:15 AM
**To:** Melissa Ford <Melissa.Ford@wnco.com>
**Subject:** RE: Charlene Carter

Attached with minor edits and a comment/question.

**From:** Melissa Ford <Melissa.Ford@wnco.com>
**Sent:** Monday, December 19, 2022 9:04 AM
**To:** Cindy Hermosillo <Cindy.Hermosillo@wnco.com>
**Subject:** FW: Charlene Carter

*Southwest Airlines has a demonstrated history of supporting our Employees' rights to express their opinions when done in a civil and respectful manner. We have established policies and guidelines that we must all adhere to as we work to create and protect a healthy work environment. We regularly update our policies to make our Employee expectations clear and are currently refreshing our social media policy in response to litigation surrounding an online*

EXHIBIT 8

*conversation between Employees that ultimately created unnecessary tension among a workgroup, and, we felt, crossed the boundaries of acceptable behavior.*

*At the time of the event, Southwest conducted an investigation when an Employee reported receiving what we believed were inappropriate, harassing, and offensive communications from a co-worker, including extremely graphic and disturbing visuals that Southwest perceived were in violation of several Company policies. Southwest conducted a thorough investigation and through that process, it was ultimately determined that the Employee who sent the communications did not adhere to Southwest policies and guidelines, resulting in her termination. Although the decision was grieved, the termination was upheld by an arbitrator, who "found the postings and messages to be repulsive and beyond the bounds of civility."*

*Soon after, the terminated Employee filed a lawsuit and recently, a court entered a judgment in her favor after a jury trial, with requirements that the Company pay monetary damages, distribute communication to Flight Attendants about the ruling, and reinstate her employment with the Company. We are extremely disappointed with the Court's ruling and are appealing the decision to the Fifth Circuit Court of Appeals. The Company will implement the judgment as we work through the appeal process and await a final ruling.*

*On December 5, 2022, a federal court in Dallas entered a judgment against Southwest and Transport Workers Union 556 in connection with a lawsuit alleging, among other things, religious discrimination and interference with rights under the Railway Labor Act. The court ordered us to email you the attached judgment and the jury's verdict. The court also ordered us to inform you that Southwest does not discriminate against our Employees for their religious practices and beliefs, including—but not limited to—those expressed on social media and those concerning abortion.*

# Inflight Info on the Go

**News for Inflight Operations Employees** **December 19, 2022**

**TITLE** | *Author Name, Author Title*

Southwest Airlines has a demonstrated history of supporting our Employees' rights to express their opinions when done in a civil and respectful manner. We have established policies and guidelines that we must all adhere to as we work to create and protect a healthy work environment. We regularly update our policies to make our Employee expectations clear and are currently refreshing our social media policy in response to litigation surrounding an online conversation between Employees that ultimately created unnecessary tension among a workgroup, and, we felt, crossed the boundaries of acceptable behavior.

At the time of the event, Southwest conducted an investigation when an Employee reported receiving what we believed were inappropriate, harassing, and offensive communications from a Cco-worker, including extremely graphic and disturbing visuals that Southwest perceived were in violation of several Company policies. Southwest conducted a thorough investigation and through that process, it was ultimately determined that the Employee who sent the communications did not adhere to Southwest policies and guidelines, resulting in her termination. Although the decision was grieved, the termination was upheld by an arbitrator, who "found the postings and messages to be repulsive and beyond the bounds of civility."

Soon after, the terminated Employee filed a lawsuit and recently, a court entered a judgment in her favor after a jury trial, with requirements that the Company pay monetary damages, distribute communication to Flight Attendants about the ruling, and reinstate her employment with the Company. We are extremely disappointed with the cCourt's ruling and are appealing the decision to the Fifth Circuit Court of Appeals. The Company will implement the judgment as we work through the appeal process and await a final ruling.

On December 5, 2022, a federal court in Dallas entered a judgment against Southwest and Transport Workers Union 556 in connection with a lawsuit alleging, among other things, religious discrimination and interference with rights under the Railway Labor Act. The court ordered us to email you the attached judgment and the jury's verdict. The court also ordered us to inform you that Southwest does not discriminate against our Employees for their religious practices and beliefs, including—but not limited to—those expressed on social media and those concerning abortion.

**Commented [CH1]:** Should the word "attached" be changed to "above"?

Oh wait, is there going to be an attachment that we can hyperlink here?

SWA INTERNAL

*This email communication is intended solely for the information and use of Southwest Airlines Employees and may contain information that is confidential and proprietary in nature. Accordingly, the reproduction, re-transmission, or other dissemination or use of this email (or any information contained in it) is strictly prohibited. If you are not an addressee and/or have received this email communication in error, please advise the sender either by reply email or by telephone and immediately delete this email from any computer and destroy all physical copies.*