## Privilege Log

| Log No. | Privilege | Doc. Type | Description | Date | Subject Line | To | cc | From |
|---|---|---|---|---|---|---|---|---|
| 1 | Attorney-Client | Email | Discussions between in-house legal team and Southwest's Communications Department regarding compliance with court order and content of employee communications (IOTG). | 12/6/2022 | Summary of Carter judgment (attorney-client communication; privilege and confidential) | Brandy King | Kerrie Forbes; Kevin Minchey | Chris Maberry |
| 2 | Attorney-Client | Email | Discussions between in-house legal team and Southwest's Communications Department regarding compliance with court order and content of employee communications (IOTG); discussion of social media policy changes. | 12/9/2022 | RE: Summary of Carter judgment (attorney-client communication; privileged and confidential) | Chris Maberry | Kerrie Forbes; Kevin Minchey | Brandy King |
| 3 | Attorney-Client | Email | Discussions between in-house legal team regarding compliance with court order and content of employee communications (12/20 judgment communication). | 12/12/2022 | RE: Memo to Flight Attendants re religious discrimination | Kevin Minchey; Kerrie Forbes | Brook Patterson; Lauren Bobis Armstrong | Chris Maberry |
| 4 | Attorney-Client | Email | Discussions between in-house legal team regarding compliance with court order and content of employee communications (IOTG; 12/20 judgment communication). | 12/12/2022 | RE: Memo to Flight Attendants re religious discrimination | Chris Maberry; Kerrie Forbes | Brook Patterson; Lauren Bobis Armstrong | Kevin Minchey |
| 5 | Attorney-Client | Email | Discussions between in-house legal team regarding compliance with court order and content of employee communications (IOTG; 12/20 judgment communication). | 12/12/2022 | RE: Memo to Flight Attendants re religious discrimination | Kerrie Forbes; Kevin Minchey | Brook Patterson; Lauren Bobis Armstrong | Chris Maberry |
| 6 | Attorney-Client | Email and attachment | Discussions between in-house legal team regarding compliance with court order and content of employee communications; draft communication to employees (IOTG; 12/20 Judgment communication). | 12/12/2022 | RE: Memo to Flight Attendants re religious discrimination | Chris Maberry; Kevin Minchey | Brook Patterson; Lauren Bobis Armstrong | Kerrie Forbes |
| 7 | Attorney-Client | Email and attachment | Discussions between in-house legal team regarding compliance with court order and content of employee communications (IOTG; 12/20 judgment communication). | 12/12/2022 | FW: Memo to Flight Attendants re religious discrimination | Kerrie Forbes; Kevin Minchey | Brook Patterson; Lauren Bobis Armstrong | Chris Maberry |
| 8 | Attorney-Client | Email and attachment | Discussions between outside counsel and in-house legal team regarding compliance with court order and content of employee communications; draft communication to employees (IOTG; 12/20 judgment communication). | 12/12/2022 | EXTERNAL - Memo to Flight Attendants re religious discrimination | Chris Maberry | Lauren Bobis Armstrong; Brook Patterson | Paulo McKeeby |
| 9 | Attorney-Client | Email | Discussions between in-house legal team and Southwest's Communications Department regarding compliance with court order and content of employee communications (IOTG; 12/20 judgment communication). | 12/12/2022 | RE: Summary of Carter judgment (attorney-client communication; privileged and confidential) | Brandy King | Kerrie Forbes; Kevin Minchey | Chris Maberry |
| 10 | Attorney-Client | Email | Discussions between in-house legal team and Southwest's Communications Department regarding compliance with court order and content of employee communications (IOTG; 12/20 judgment communication). | 12/12/2022 | RE: Summary of Carter judgment (attorney-client communication; privileged and confidential) | Chris Maberry | Kerrie Forbes; Kevin Minchey | Brandy King |
| 11 | Attorney-Client | Email | Discussions between in-house legal team and Southwest's Communications Department regarding compliance with court order and content of employee communications (IOTG). | 12/12/2022 | RE: Summary of Carter judgment (attorney-client communication; privileged and confidential) | Brandy King | Kerrie Forbes; Kevin Minchey | Chris Maberry |
| 12 | Attorney-Client | Email and attachment | Discussions between in-house and outside counsel regarding compliance with court order and content of employee communications; draft communication to employees (IOTG). | 12/12/2022 | Carter messages to Ees - CM and KVF edits | Chris Maberry | Lauren Bobis Armstrong; Brook Patterson | Paulo McKeeby |
| 13 | Attorney-Client | Email | Communication between in-house and outside counsel regarding requirements for compliance with Court order and proposed employee communication in connection with the same (12/20 judgment communication). | 12/12/2022 | RE: Memo to Flight Attendants re religious discrimination | Paulo McKeeby | Lauren Bobis Armstrong; Brook Patterson; Brian Morris | Chris Maberry |
| 14 | Attorney-Client | Email | Discussions between in-house counsel and Southwest Communications Department regarding compliance with court order and content of employee communications (IOTG; 12/20 judgment communication). | 12/13/2022 | Re: Charlene Carter Reinstatement (attorney-client communication; privilege and confidential) | Brandy King | Kerrie Forbes; Kevin Minchey | Chris Maberry |
| 15 | Attorney-Client | Email | Discussions between in-house counsel and Southwest's Communications Department regarding compliance with court order and content of employee communications (IOTG; 12/20 judgment communication). | 12/13/2022 | Charlene Carter Reinstatement (attorney-client communication; privilege and confidential) | Chris [Maberry] | Kerrie Forbes; Kevin [Minchey] | Brandy King |

EXHIBIT #9

App.1

| # | Privilege | Type | Description | Date | Subject | From | To | CC |
|---|---|---|---|---|---|---|---|---|
| 16 | Attorney-Client | Email | Discussions between in-house counsel and Southwest Communications Department regarding compliance with court order and content of employee communications (IOTG; 12/20 judgment communication). | 12/13/2022 | Re: Revised Communication for Review Re: Media Inquiry: The Texan News / Charlene Carter Reinstatement | Brandy King | Kerrie Forbes; Kevin Minchey | Chris Maberry |
| 17 | Attorney-Client | Email | Discussions between in-house counsel and Southwest's Communications Department team regarding compliance with court order and content of employee communications (IOTG). | 12/13/2022 | Revised Communication for Review Re: Media Inquiry: The Texan News / Charlene Carter Reinstatement | Chris Maberry | Kerrie Forbes; Kevin Minchey | Brandy King |
| 18 | Attorney-Client | Email | Communication between in-house counsel regarding propriety of sharing personal employee information to reporter. | 12/13/2022 | Re: Media Inquiry: The Texan News / Charlene Carter Reinstatement | Brandy King | Kerrie Forbes; Kevin Minchey | Chris Maberry |
| 19 | Attorney-Client | Email | Communication between in-house counsel regarding propriety of sharing personal employee information to reporter. | 12/13/2022 | Fw: Media Inquiry: The Texan News / Charlene Carter Reinstatement | Chris Maberry | Kerrie Forbes; Kevin Minchey | Brandy King |
| 20 | Attorney-Client | Email | Communication between in-house and outside counsel regarding requirements for compliance with Court order and proposed employee communication (12/20 judgment communication). | 12/13/2022 | EXTERNAL - RE: Memo to Flight Attendants re religious discrimination | Chris Maberry | Lauren Bobis Armstrong; Brook Patterson; Brian Morris | Paulo McKeeby |
| 21 | Attorney-Client | Email | Communication between in-house and outside counsel regarding requirements for compliance with Court order and proposed employee communication (12/20 judgment communication). | 12/13/2022 | RE: Memo to Flight Attendants re religious discrimination | Paulo McKeeby | Lauren Bobis Armstrong; Brook Patterson; Brian Morris | Chris Maberry |
| 22 | Attorney-Client | Email | Discussions between in-house counsel and Southwest's Communications Department team regarding compliance with court order and content of employee communications (IOTG; 12/20 judgment communication). | 12/16/2022 | Re: Charlene Carter Reinstatement (attorney-client communication; privilege and confidential) | Brandy King | Brook Patterson; | Chris Maberry |
| 23 | Attorney-Client | Email | Discussions between in-house counsel and Southwest's Communications Department team regarding compliance with court order and content of employee communications (IOTG; 12/20 judgment communication). | 12/16/2022 | Re: Charlene Carter Reinstatement (attorney-client communication; privilege and confidential) | Chris Maberry | Brook Patterson | Brandy King |
| 24 | Attorney-Client | Email | Discussions between in-house legal team regarding compliance with court order and content of employee communications (12/20 judgment communication). | 12/16/2022 | RE: Memo to Flight Attendants re religious discrimination | Kevin Minchey; Kerrie Forbes | Brook Patterson; Lauren Bobis Armstrong | Chris Maberry |
| 25 | Attorney-Client | Email | Discussions between in-house legal team regarding compliance with court order and content of employee communications; draft communication to employees (12/20 judgment communication). | 12/16/2022 | Carter - court-ordered notice to all FAs | Mike Sims; Rachel Loudermilk | Meggan Jones; Brook Patterson | Chris Maberry |
| 26 | Attorney-Client | Email | Discussions between in-house legal team regarding compliance with court order and content of employee communications (IOTG). | 12/16/2022 | Re: Carter - court-ordered notice to all FAs | Meggan Jones; Mike Sims; Rachel Loudermilk | Brook Patterson | Chris Maberry |
| 27 | Attorney-Client | Email | Discussions between in-house legal team regarding content of communications to employees in light of Court decision | 12/16/2022 | Re: Carter - court-ordered notice to all FAs | Chris Maberry; Mike Sims; Rachel Loudermilk | Brook Patterson | Meggan Jones |
| 28 | Attorney-Client | Email | Discussions between in-house legal team regarding compliance with court order and content of employee communications (IOTG; 12/20 judgment communication). | 12/16/2022 | Carter - court-ordered notice to all FAs | Mike Sims; Rachel Loudermilk | Meggan Jones; Brook Patterson | Chris Maberry |
| 29 | Attorney-Client | Email | Discussions between in-house legal team regarding compliance with court order and content of employee communications (12/20 judgment communication). | 12/16/2022 | RE: Memo to Flight Attendants re religious discrimination | Chris Maberry; Kevin Minchey | Brook Patterson; Lauren Bobis Armstrong | Kerrie Forbes |
| 30 | Attorney-Client | Email | Discussions between in-house legal team regarding compliance with court order and content of employee communications (12/20 judgment communication). | 12/16/2022 | RE: Memo to Flight Attendants re religious discrimination | Kerrie Forbes; Chris Maberry | Brook Patterson; Lauren Bobis Armstrong | Kevin Minchey |
| 31 | Attorney-Client | Email | Discussions between in-house legal team regarding compliance with court order and content of employee communications (12/20 judgment communication). | 12/16/2022 | RE: Memo to Flight Attendants re religious discrimination | Kevin Minchey; Kerrie Forbes | Brook Patterson; Lauren Bobis Armstrong | Chris Maberry |
| 32 | Attorney-Client | Email and attachment | Discussions between in-house counsel and communications team regarding compliance with court order and content of employee communications (IOTG); draft communication to employee. | 12/19/2022 | Re: Charlene Carter Reinstatement (attorney-client communication; privilege and confidential) | Chris Maberry | Brook Patterson; Melissa Ford | Brandy King |
| 33 | Attorney-Client | Email | Discussions between in-house legal team and Southwest's Communications Department regarding compliance with court order and content of employee communications (IOTG; 12/20 judgment communication). | 12/19/2022 | Re: Charlene Carter Reinstatement (attorney-client communication; privilege and confidential) | Brandy King | Brook Patterson; Melissa Ford | Chris Maberry |

App.2

| # | Privilege | Type | Description | Date | Subject | From | To | CC |
|---|---|---|---|---|---|---|---|---|
| 34 | Attorney-Client | Email | Discussions between in-house legal team and Southwest's Communications Department regarding compliance with court order and content of employee communications (IOTG; 12/20 judgment communication). | 12/19/2022 | Re: Charlene Carter Reinstatement (attorney-client communication; privilege and confidential) | Chris Maberry | Brook Patterson; Melissa Ford | Brandy King |
| 35 | Attorney-Client | Email | Discussions between in-house legal team and Southwest's Communications Department regarding compliance with court order and content of employee communications (IOTG; 12/20 judgment communication). | 12/19/2022 | Re: Charlene Carter Reinstatement (attorney-client communication; privilege and confidential) | Brandy King | Brook Patterson; Melissa Ford | Chris Maberry |
| 36 | Attorney-Client | Email | Discussions with in-house legal team and PR regarding compliance with court order and content of employee communications (IOTG; 12/20 judgment communication). | 12/19/2022 | Re: Charlene Carter Reinstatement (attorney-client communication; privilege and confidential) | Chris Maberry; Brandy King | Brook Patterson | Melissa Ford |
| 37 | Attorney-Client | Email | Discussions between in-house legal team and Southwest's Communications Department regarding compliance with court order and content of employee communications (IOTG; 12/20 judgment communication). | 12/19/2022 | Re: Charlene Carter Reinstatement (attorney-client communication; privilege and confidential) | Melissa Ford | Brandy King; Brook Patterson | Chris Maberry |
| 38 | Attorney-Client | Email | Discussions with in-house legal team and PR regarding compliance with court order and content of employee communications (IOTG; 12/20 judgment communication). | 12/19/2022 | Re: Charlene Carter Reinstatement (attorney-client communication; privilege and confidential) | Chris Maberry | Brook Patterson; Melissa Ford | Brandy King |
| 39 | Attorney-Client | Email | Discussions between in-house legal team and Southwest's Communications Department regarding compliance with court order and content of employee communications (IOTG; 12/20 judgment communication). | 12/19/2022 | Re: Charlene Carter Reinstatement (attorney-client communication; privilege and confidential) | Brandy King | Brook Patterson; Melissa Ford | Chris Maberry |
| 40 | Attorney-Client | Email | Discussions with in-house legal team and PR regarding compliance with court order and content of employee communications (IOTG; 12/20 judgment communication). | 12/19/2022 | Re: Charlene Carter Reinstatement (attorney-client communication; privilege and confidential) | Chris Maberry | Brook Patterson; Melissa Ford | Brandy King |
| 41 | Attorney-Client | Email and attachment | Communications between in-house and outside counsel regarding form of court-mandated employee communication and compliance with Court order; draft communication to employee (IOTG; 12/20 judgment communication). | 12/19/2022 | FW: Charlene Carter Reinstatement (attorney-client communication; privileged and confidential) | Paulo McKeeby | Brook Patterson; Lauren Bobis Armstrong | Chris Maberry |
| 42 | Attorney-Client | Email | Communications between in-house and outside counsel regarding requirements for compliance with Court order (IOTG; 12/20 judgment communication). | 12/19/2022 | Reinstatement (attorney-client communication; privileged and confidential) | Chris Maberry | Brook Patterson; Lauren Bobis Armstrong | Paulo McKeeby |
| 43 | Attorney-Client | Email | Communications between in-house and outside counsel regarding requirements for compliance with Court order (IOTG; 12/20 judgment communication). | 12/19/2022 | Reinstatement (attorney-client communication; privileged and confidential) | Chris Maberry | Brook Patterson; Lauren Bobis Armstrong | Paulo McKeeby |
| 44 | Attorney-Client | Email | Discussions between Southwest management employees and in-house legal team regarding Court-required communications to employees (IOTG; 12/20 judgment communication). | 12/20/2022 | Re: Charlene Carter Court Ordered F/A Communication Today | Cindy Hermosillo | Chris Mayberry; Meggan Jones; Melissa Ford; IFOPS Directors - DG | Sonya Lacore |
| 45 | Attorney-Client | Email | Discussions between Southwest management employees and in-house legal team regarding Court-required communications to employees (IOTG; 12/20 judgment communication). | 12/20/2022 | Re: Charlene Carter Court Ordered F/A Communication Today | Sonya Lacore | Chris Mayberry; Meggan Jones; Melissa Ford; IFOPS Directors - DG | Cindy Hermosillo |
| 46 | Attorney-Client | Email | Discussions between Southwest management employees and in-house legal team regarding Court-required communications to employees (IOTG; 12/20 judgment communication). | 12/20/2022 | Re: Charlene Carter Court Ordered F/A Communication Today | Mike Sims | Chris Mayberry; Meggan Jones; Melissa Ford; IFOPS Directors - DG | Sonya Lacore |

App.3