| | |
|---|---|
| **From:** | Chris Maberry |
| **Sent:** | Friday, December 16, 2022 11:56 AM |
| **To:** | Brandy King |
| **Cc:** | Brook Patterson |
| **Subject:** | RE: Charlene Carter Reinstatement (attorney-client communication; privileged and confidential) |



**From:** Brandy King <Brandy.King@wnco.com>
**Sent:** Friday, December 16, 2022 11:54 AM
**To:** Chris Maberry <Chris.Maberry@wnco.com>
**Cc:** Brook Patterson <Brook.Patterson@wnco.com>
**Subject:** Re: Charlene Carter Reinstatement (attorney-client communication; privileged and confidential)



**From:** Chris Maberry <Chris.Maberry@wnco.com>
**Sent:** Friday, December 16, 2022 10:59 AM
**To:** Brandy King <Brandy.King@wnco.com>
**Cc:** Brook Patterson <Brook.Patterson@wnco.com>
**Subject:** RE: Charlene Carter Reinstatement (attorney-client communication; privileged and confidential)







**From:** Brandy King <Brandy.King@wnco.com>
**Sent:** Tuesday, December 13, 2022 4:26 PM
**To:** Chris Maberry <Chris.Maberry@wnco.com>
**Cc:** Kerrie Forbes <Kerrie.Forbes@wnco.com>; Kevin Minchey <Kevin.Minchey@wnco.com>
**Subject:** Re: Charlene Carter Reinstatement (attorney-client communication; privileged and confidential)



13

**From:** Chris Maberry <Chris.Maberry@wnco.com>
**Sent:** Tuesday, December 13, 2022 4:19 PM
**To:** Brandy King <Brandy.King@wnco.com>
**Cc:** Kerrie Forbes <Kerrie.Forbes@wnco.com>; Kevin Minchey <Kevin.Minchey@wnco.com>
**Subject:** RE: Charlene Carter Reinstatement (attorney-client communication; privileged and confidential)



**From:** Brandy King <Brandy.King@wnco.com>
**Sent:** Tuesday, December 13, 2022 4:14 PM
**To:** Chris Maberry <Chris.Maberry@wnco.com>
**Cc:** Kerrie Forbes <Kerrie.Forbes@wnco.com>; Kevin Minchey <Kevin.Minchey@wnco.com>
**Subject:** Charlene Carter Reinstatement (attorney-client communication; privileged and confidential)



2



**From:** Chris Maberry <Chris.Maberry@wnco.com>
**Sent:** Tuesday, December 13, 2022 1:59 PM
**To:** Brandy King <Brandy.King@wnco.com>
**Cc:** Kerrie Forbes <Kerrie.Forbes@wnco.com>; Kevin Minchey <Kevin.Minchey@wnco.com>
**Subject:** RE: Revised Communication for Review Re: Media Inquiry: The Texan News | Charlene Carter Reinstatement

Hi Brandy,

Reinstatement should happen this week. However, Carter needs to take initial training again so it will be at least January or February before she can start flying again. The notice to Flight Attendants will most likely go out this week.

My guess is that she will not work much. She just wants to come back so she can fight the union from the inside.

Thanks!

Chris

**From:** Brandy King <Brandy.King@wnco.com>
**Sent:** Tuesday, December 13, 2022 1:03 PM
**To:** Chris Maberry <Chris.Maberry@wnco.com>
**Cc:** Kerrie Forbes <Kerrie.Forbes@wnco.com>; Kevin Minchey <Kevin.Minchey@wnco.com>
**Subject:** Revised Communication for Review Re: Media Inquiry: The Texan News | Charlene Carter Reinstatement



**From:** Chris Maberry <Chris.Maberry@wnco.com>
**Sent:** Tuesday, December 13, 2022 10:12 AM
**To:** Brandy King <Brandy.King@wnco.com>
**Cc:** Kerrie Forbes <Kerrie.Forbes@wnco.com>; Kevin Minchey <Kevin.Minchey@wnco.com>
**Subject:** RE: Media Inquiry: The Texan News | Charlene Carter Reinstatement

I agree we should not provide details.

Thanks Brandy.

**From:** Brandy King <Brandy.King@wnco.com>
**Sent:** Tuesday, December 13, 2022 9:55 AM
**To:** Chris Maberry <Chris.Maberry@wnco.com>
**Cc:** Kerrie Forbes <Kerrie.Forbes@wnco.com>; Kevin Minchey <Kevin.Minchey@wnco.com>
**Subject:** Fw: Media Inquiry: The Texan News | Charlene Carter Reinstatement

IN CAMERA 0008

Hello. I do not necessarily think we need to provide specific Employee details, unless it's being shared somewhere publicly. Can certainly let the reporter know that we are currently working through details surrounding the Employee reinstatement and do not publicly share personal Employee information. It will be the first external confirmation we have provided about the Employees returning to SW.

Brandy

-----Original Message-----
From: Kim Roberts <kroberts@thetexan.news>
Sent: Tuesday, December 13, 2022 9:40 AM
To: Southwest Airlines Media Inquiry <SWAmedia@wnco.com>
Subject: EXTERNAL - Charlene Carter Reinstatement

Caution: Sender is from outside SWA. Take caution before opening links/attachments or replying with sensitive data. Learn how to report suspicious emails by searching 'PhishAlarm' on SWALife.

Dear SWA Media department,

I was wondering if someone could reply today with a statement about the reinstatement of Charlene Carter to her position as a flight attendant.

Has that officially taken place?

Will she be reinstated to all the benefits, salary, and seniority she had before the employment issue arose?

Many thanks,

Kim Roberts
The Texan news