| | |
|---|---|
| **From:** | Chris Maberry |
| **Sent:** | Tuesday, December 20, 2022 1:15 PM |
| **To:** | Brook Patterson; Lauren Bobis Armstrong |
| **Subject:** | FW: Charlene Carter Court Ordered F/A Communication Today |
| **Attachments:** | Recent Court Decision; IIOTG | Recent Court Decision |

FYI, the emails have gone out.  Lauren hope you are recovering well!

**From:** Cindy Hermosillo <Cindy.Hermosillo@wnco.com>
**Sent:** Tuesday, December 20, 2022 12:58 PM
**To:** Sonya Lacore <Sonya.Lacore@wnco.com>
**Cc:** Mike Sims <Mike.Sims@wnco.com>; IFOPS Directors-DG <IFOPSDirectors-DG@wnco.com>; Kevin Minchey <Kevin.Minchey@wnco.com>; Chris Maberry <Chris.Maberry@wnco.com>; Meggan Jones <Meggan.Jones@wnco.com>; Melissa Ford <Melissa.Ford@wnco.com>
**Subject:** RE: Charlene Carter Court Ordered F/A Communication Today

All—attached are the two emails that have been distributed to all Inflight Operations Employees, which includes all Flight Attendants.

Thank you,
Cindy

**From:** Cindy Hermosillo
**Sent:** Tuesday, December 20, 2022 12:33 PM
**To:** Sonya Lacore <Sonya.Lacore@wnco.com>
**Cc:** Mike Sims <Mike.Sims@wnco.com>; IFOPS Directors-DG <IFOPSDirectors-DG@wnco.com>; Kevin Minchey <Kevin.Minchey@wnco.com>; Chris Maberry <Chris.Maberry@wnco.com>; Meggan Jones <Meggan.Jones@wnco.com>; Melissa Ford <Melissa.Ford@wnco.com>
**Subject:** RE: Charlene Carter Court Ordered F/A Communication Today

All, I'm preparing the messages now to send to all IF Ops EEs, so they'll be in your inboxes shortly.

**From:** Sonya Lacore <Sonya.Lacore@wnco.com>
**Sent:** Tuesday, December 20, 2022 11:53 AM
**To:** Cindy Hermosillo <Cindy.Hermosillo@wnco.com>
**Cc:** Mike Sims <Mike.Sims@wnco.com>; IFOPS Directors-DG <IFOPSDirectors-DG@wnco.com>; Kevin Minchey <Kevin.Minchey@wnco.com>; Chris Maberry <Chris.Maberry@wnco.com>; Meggan Jones <Meggan.Jones@wnco.com>; Melissa Ford <Melissa.Ford@wnco.com>
**Subject:** Re: Charlene Carter Court Ordered F/A Communication Today

[redacted]

[redacted]

On Dec 20, 2022, at 9:58 AM, Cindy Hermosillo <Cindy.Hermosillo@wnco.com> wrote:

**EXHIBIT 17**

1

SWA SHOW CAUSE 027

**From:** Sonya Lacore <Sonya.Lacore@wnco.com>
**Sent:** Tuesday, December 20, 2022 9:54 AM
**To:** Mike Sims <Mike.Sims@wnco.com>
**Cc:** IFOPS Directors-DG <IFOPSDirectors-DG@wnco.com>; Kevin Minchey <Kevin.Minchey@wnco.com>; Chris Maberry <Chris.Maberry@wnco.com>; Meggan Jones <Meggan.Jones@wnco.com>; Melissa Ford <Melissa.Ford@wnco.com>; Cindy Hermosillo <Cindy.Hermosillo@wnco.com>
**Subject:** Re: Charlene Carter Court Ordered F/A Communication Today



On Dec 20, 2022, at 8:34 AM, Mike Sims <Mike.Sims@wnco.com> wrote:

Team:

As I mentioned last week in Staff, the court has required the Company to individually email all of our F/As the jury's verdict and the court decision. We are working with General Counsel and Corp Comm to get the emails out today.  Since this communication may ignite emotions in our workgroup, we are taking steps to manage potential feedback.

Here is the plan:

1. Rachel will meet with the Base Leaders at 0930 to advise of the required communication and attachments
2. Once we have final green light from Rachel, Counsel, and Corp Comm, the email will be pushed using the "Inflight Operations" mailbox. It will be authored by General Counsel.
3. Shortly thereafter, Cindy will do an IFOTG, with a more comprehensive statement approved by Counsel
4. We will partner with General Counsel to manage EE feedback, if necessary.

As you can imagine, there have been a lot of moving parts the last few days to ensure compliance with the court order. Special thanks to Chris Maberry, Brandy King, Melissa

Ford, Cindy Hermosillo for pulling all this together while Meggan Jones has worked on getting Carter reinstated.

If you have questions, please feel free to reach out.

I will send the attachments in a separate email shortly.

Mike Sims

3

SWA SHOW CAUSE 029