UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:17-CV-2278-X |
| | § | |
| TRANSPORT WORKERS UNION | § | |
| OF AMERICA, LOCAL 556, and | § | |
| SOUTHWEST AIRLINES CO., | § | |
| | § | |
| *Defendants.* | § | |

**MEMORANDUM OPINION AND ORDER**

Before the Court are three motions, Plaintiff Charlene Carter's two motions for fees (Docs. 376, 475) and the Carter's motion to supplement the record on appeal (Doc. 487). The Court **DENIES WITHOUT PREJUDICE** the fee motions (Docs. 376, 475). In the event the court of appeals affirms the judgment, this Court will set a deadline to refile the fee motions.

And the Court **GRANTS** the motion to supplement the record on appeal. Carter moved to supplement the appellate record exhibits Carter admitted at the show cause hearing as well as "*ex parte* addendums to the sanctions orders (Docs. 468 and 469), Southwest Airlines Co.'s (Southwest) *ex parte* hearing exhibits (Docs. 479, 479-1 through 479-14), all *ex parte* testimony from the May 23 and July 20 contempt hearings, including the *ex parte* portions of hearing transcripts (Doc. 441) (Tr. 116:3-118:15); (Doc. 465) (Tr. 389:13-519:5), and all other contempt

1

proceedings documents provided to the Court *in camera*. Carter may refile the motions after the appeal, if appropriate." Doc. 487 at 3.

The Court directs the clerk to prepare Plaintiff's Exhibits 1-18 of the show cause hearing (attached to Doc. 487) as a supplemental record on appeal. The Court further orders the clerk to prepare (1) the *ex parte* addendums to the sanctions orders (Docs. 468 and 469), and (2) Southwest's *ex parte* hearing exhibits (Docs. 479, 479-1 through 479-14) as a supplemental, *ex parte* record on appeal.

The Court directs counsel for Carter to order the transcript of the *ex parte* portion of the proceeding. And the Court directs the court reporter to file the transcript on the docket as an *ex parte* transcript, not giving access to entities other than the court system or Southwest.

For the sake of clarity, nothing in this order gives Carter or any other person or entity a right of access to *ex parte* materials.

**IT IS SO ORDERED** this 28th day of January, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

2