# United States Court of Appeals
# for the Fifth Circuit

No. 23-10008
CONSOLIDATED WITH
No. 23-10536

United States Court of Appeals
Fifth Circuit
**FILED**
May 9, 2025
Lyle W. Cayce
Clerk

CHARLENE CARTER,

*Plaintiff—Appellee/Cross-Appellant*,

*versus*

LOCAL 556, TRANSPORT WORKERS UNION OF AMERICA;
SOUTHWEST AIRLINES COMPANY,

*Defendants—Appellants/Cross-Appellees*,

CONSOLIDATED WITH

No. 23-10836

CHARLENE CARTER,

*Plaintiff—Appellee*,

*versus*

SOUTHWEST AIRLINES *Company*,

*Defendant—Appellant.*

No. 23-10008
c/w Nos. 23-10536, 23-10836

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:17-CV-2278
USDC No. 3:17-CV-2278
USDC No. 3:17-CV-2278

_____

ORDER:

A judge of this Court withholds issuance of the mandate in these appeals.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT