IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § § § | |
| Plaintiff, | § § § | |
| vs. | § § § | Civil Action No. 3:17-cv-2278-x |
| TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556, and SOUTHWEST AIRLINES CO., | § § § § | |
| Defendants. | § § | |

## AMENDED SATISFACTION OF JUDGMENT

1.      On March 25, 2026, Plaintiff Charlene Carter and Defendant Southwest Airlines Co. filed their Proposed Final Judgment on Remand. *See* ECF No. 505.[1] As set forth below, Southwest has satisfied its portion of the Proposed Final Judgment and therefore files this Amended Satisfaction of Judgment.[2]

2.      **Backpay.** Under the Proposed Final Judgment, Southwest is jointly and severally liable with its co-defendant, Local 556, to pay Ms. Carter $150,000.00 in backpay. *Id.* ¶ 5.

3.      Southwest paid $150,000.00 in backpay to Ms. Carter on April 10, 2026. *See* **Exhibit A** (redacted).

---

[1]      Although the Court hasn't yet signed the Proposed Final Judgment, Ms. Carter's counsel asked Southwest to agree to pay the amounts owed to her by April 10, 2026. Southwest agreed and provided the calculations contained in this Amended Satisfaction of Judgment to Ms. Carter's counsel, who approved them.

[2]      On April 14, 2026, Southwest filed its Satisfaction of Judgment. *See* ECF No. 511. Later that day, Southwest learned that Ms. Carter's recipient bank had rejected its wire transfer. Southwest then coordinated with Ms. Carter's counsel about the best alternative way to pay her. On April 15, 2026, Southwest had a check prepared for Ms. Carter and sent to her by Federal Express. The next day, Ms. Carter's counsel confirmed she received Southwest's check. Southwest therefore files this Amended Satisfaction of Judgment to correct the earlier statements that Ms. Carter had been paid by wire transfer instead of check.

AMENDED SATISFACTION OF JUDGMENT—PAGE 1 OF 4

4.    **Prejudgment Interest, Compensatory and Punitive Damages, and Post-Judgment Interest**.

a.    **Prejudgment Interest**.  Southwest is jointly and severally liable with Local 556 for $60,180.82 in prejudgment interest on Ms. Carter's backpay.  ECF No. 505 at ¶ 6.

b.    **Compensatory and Punitive Damages.**  Southwest was ordered to pay $300,000.00 to Ms. Carter in compensatory and punitive damages.  *Id.* ¶ 7.

c.    **Post-Judgment Interest.**  Southwest and Local 556 are also liable for "post-judgment interest on all such amounts," running "from December 5, 2022 to the date of payment."  *Id.* ¶ 8.  In March and April 2026, the parties worked cooperatively to agree on the amount of post-judgment interest, and concluded the amount owed through April 10, 2026, was $135,922.05.  The parties also agreed to allocate the post-judgment interest as follows: (i) 20% to Ms. Carter's backpay of $150,000.00; (ii) 40% to Southwest for its compensatory and punitive damages of $300,000.00; and (iii) 40% to Local 556 for its compensatory and punitive damages of $300,000.00.

d.    **Southwest's Payment.**  Southwest sent Ms. Carter $323,051.44 by wire transfer on April 10, 2026.  *See* **Exhibit B** (redacted).  After Ms. Carter's bank returned the wire transfer, Southwest paid her by check sent via Federal Express.  *See* **Exhibit C** (redacted).  This amount was calculated as follows: (i) take the pre-judgment interest owed Ms. Carter in the amount of $60,180.82; (ii) add 20% of the post-judgment interest allocable to her backpay, or $27,184.41; (iii) add Southwest's compensatory damages of $300,000.00; (iv) add 40% of the post-judgment interest allocable to Southwest's compensatory and punitive damages, or $54,368.82; and (v) subtract $118,682.62 for Local 556's joint and several share of Ms. Carter's

AMENDED SATISFACTION OF JUDGMENT—PAGE 2 OF 4

backpay, including the pre- and post-judgment interest allocated to her backpay.[3]  The resulting amount owed by Southwest was $323,051.44, which was approved by Ms. Carter's counsel. Southwest has paid this full amount to Ms. Carter.

5.    **Conclusion.**  Per the agreed calculations of the parties, the total amount owed Ms. Carter, if paid by April 10, 2026, was $946,102.87, half of which is $473,051.44.  Southwest timely paid Ms. Carter $473,051.44—$150,000.00 in backpay (Ex. A) and $323,051.44 for interest and compensatory and punitive damages (Exs. B & C).  Southwest has therefore satisfied the monetary judgment against it and files this satisfaction of judgment.

This 20th day of April 2026.

Respectfully submitted,

Andrew B. Ryan
Texas Bar No. 24054464
**RYAN LAW PARTNERS LLP**
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
T: (214) 347-7377
F: (888) 594-6240
E: andy@ryanlawpartners.com

*Counsel for Defendant*
*Southwest Airlines Co.*

**STATE OF TEXAS**                  §
**COUNTY OF DALLAS**           §

On the 20th day of April, 2026, before me personally came Andrew B. Ryan, to me known and known to be a member of the firm of Ryan Law Partners LLP, attorneys for Defendant Southwest Airlines Co. in the above-entitled action, and to be the same person described in and who executed the within amended satisfaction of judgment and acknowledged to me that he executed the same.

CECE NICOLE MORE
Notary ID #131276224
My Commission Expires
September 21, 2029

Notary Public

---

[3]    Per the parties' agreement, Local 556 increased the amount it paid Ms. Carter rather than reimburse Southwest for the amounts paid on the union's behalf.  Ms. Carter's counsel confirmed that Local 556 made its payment (including this offset amount) by wire transfer on April 10, 2026.

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2026, a true and correct copy of the foregoing document was served on counsel for all parties using the Court's PACER/ECF system.

/s/ Andrew B. Ryan
Andrew B. Ryan

AMENDED SATISFACTION OF JUDGMENT—PAGE 4 OF 4

**Southwest** DEPOSITS MADE POSSIBLE BY YOUR SOUTHWEST CUSTOMERS

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Charlene Carter | Southwest Airlines Co. | | 38690 | 04/01/2026 | 04/15/2026 | 04/10/2026 | |

| Flight Crew Period Begin | Flight Crew Period End | Flight Crew Check Date |
|---|---|---|
| Mar 1, 2026 | Mar 31, 2026 | Apr 10, 2026 |

| | Gross Pay | Imputed Income | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 150,000.00 | 0.00 | | | |
| YTD | | | | | |

### Earnings

| Description | TFP/Hrs | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Settlement | | | 150,000.00 | 150,000.00 |
| Earnings | | | 150,000.00 | |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Employee Taxes | | |

### Hours Worked and Effective Rates

| Description | Hours | Hourly Rate | Amount |
|---|---|---|---|
| Hours Worked | | | |

### Imputed Income

| Description | Amount | YTD |
|---|---|---|

### Deductions

| Description | Amount | YTD |
|---|---|---|

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|

| Uniform Outstanding Balance | Crew Advance Outstanding Balance |
|---|---|
| | |

For vacation and sick accrual balance information, please refer to SWALife >Life & Career >Employee Services >Pay & Tax >Sick & Vacation Accruals Info.
Southwest Airlines Co., 2702 Love Field Drive, HDQ-6PY, Dallas, TX 75235, 877-792-4792

### Payment Information

| Bank | Account Name | Account Number | Amount |
|---|---|---|---|
| Bank Of America | Bank Of America | | |

**EXHIBIT A**



Southwest Airlines Co., Dallas, Texas 75235-1908

CHARLENE G CARTER

**Payment Advice**

Document/Date
5804937465 /  04/10/2026

Your SWA Vendor Account :
1031465

**Dear Sir/Madam,**

Please apply the Bank Transfer that has been deposited to your account to the items listed below. Please note that the deposit amount has been made in the same currency as invoiced. If you have any questions or need any additional information please contact Southwest Airlines Accounts Payable Department at (214) 792-3880 or APCustomer.Service@wnco.com.

Please allow 24-48 hours for payments to post to your account.

| Description | Invoice | Invoice Date | Invoice Amount | Tax Withholding | Discount Amount | Amount Paid |
|---|---|---|---|---|---|---|
| SETTLEMENT | 32305144040826 | 04/08/2026 | 323,051.44 | 0.00 | 0.00 | 323,051.44 |
| | | | | | | 323,051.44 |



**EXHIBIT B**

Page 1 of 1

Southwest Airlines Co.
2702 Love Field Drive
Dallas , TX 75235-1908
Telephone :

THE ATTACHED CHECK IS IN SETTLEMENT OF ITEMS LISTED BELOW.
PLEASE DETACH AND RETAIN THIS STATEMENT FOR YOUR RECORDS.

Vendor Number: 1031465
Vendor Name   : CHARLENE G CARTER

Check Number: 3369652
Check Date  : 04/15/2026

| DESCRIPTION | INVOICE NUMBER | INVOICE DT. | INVOICE AMT. | TAX WITHHOLDING | DISCOUNT | AMT.PAID |
|---|---|---|---|---|---|---|
| SETTLEMENT | 32305144040826A | 04/08/2026 | 323,051.44 | 0.00 | 0.00 | 323,051.44 |
| Sum total | | | 323,051.44 | 0.00 | 0.00 | 323,051.44 |

SO-9320048 • 11CA

AC - 249 (Orig. 04/03)

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

JPMorgan Chase Bank N.A.,
Dallas, Texas 75201

**SOUTHWEST AIRLINES CO.**
P.O. Box 36645 DALLAS, TEXAS 75235
**PAYABLES ACCOUNT**

88-88
1113

9790198110

**3369652**

DATE
04/15/2026

CHECK AMOUNT
**$323,051.44**

**$323,051.44**

THREE HUNDRED TWENTY-THREE THOUSAND FIFTY-ONE USD and 44/100

PAY
TO THE
ORDER OF

CHARLENE G CARTER





**EXHIBIT C**

Authorized Signature