**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |  |
|---|---|---|
| CHARLENE CARTER, | § § § § § | |
| Plaintiff, | | |
| vs. | § § § | Civil Action No. 3:17-cv-2278-x |
| TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556, and SOUTHWEST AIRLINES CO., | § § § § | |
| Defendants. | § § § | |

**SOUTHWEST'S NOTICE REGARDING
THE POST-REMAND CALL FOR BRIEFING**

In its final brief in response to the Post-Remand Call for Briefing (ECF No. 503), Southwest advised the Court that Kevin Minchey would "voluntarily take roughly a half-day of continuing legal education on accommodating religious beliefs, practices, and speech under Title VII." ECF No. 516 at 9-10. Southwest identified the classes, *id*. at n.4, and promised "to certify by May 29, 2026" that Mr. Minchey had completed the courses. *Id*. at 9. This notice therefore certifies that:

On May 12, Mr. Minchey took the CLE program titled "Employee Speech and Protest: What is Protected and What is Not?" for 1.0 CLE hours.

On May 15, Mr. Minchey completed two CLE classes: (a) "Religious Accommodation: A Conflict of Rights" for 0.75 CLE hours; and (b) "Understanding Religious Accommodations After the *Groff* Supreme Court Decision" for 1.0 CLE hours.

On May 18, Mr. Minchey took his final CLE program, "Reasonable Accommodations for Employees Religious Beliefs Under Title VII," for 1.0 CLE hours.

This 19th day of May 2026.

Respectfully submitted,

/s/ Andrew B. Ryan
Andrew B. Ryan
Texas Bar No. 24054464
**RYAN LAW PARTNERS LLP**
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
T: (214) 347-7377
F: (888) 594-6240
E: andy@ryanlawpartners.com

*Counsel for Defendant*
*Southwest Airlines Co.*

Jay Dewald
Texas Bar No. 24001990
jay.dewald@nortonrosefulbright.com
Christopher R. Cooke
Texas Bar No. 24129241
christopher.cooke@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone:     (214) 855-8180
Facsimile:     (214) 855-8200

*Counsel for Defendant Southwest Airlines Co.*
*and Non-Party Kevin Minchey*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2026, a true and correct copy of this document was served on counsel for all parties using the Court's PACER/ECF system.

/s/ Andrew B. Ryan
Andrew B. Ryan