UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:17-CV-2278-X |
| | § | |
| TRANSPORT WORKERS UNION | § | |
| OF AMERICA, LOCAL 556, and | § | |
| SOUTHWEST AIRLINES CO., | § | |
| | § | |
| *Defendants.* | § | |

## HEARING NOTICE

On March 5th, 2026, the Court requested the parties brief the Court on the next steps with this case after remand. Doc. 503. Having considered the briefing and the arguments of the parties, the Court does not intend to pursue further civil or criminal contempt because Southwest has sufficiently acknowledged and apologies for its failures. Doc. 504. Moreover, in response to the Court's request for briefing, Kevin Minchey voluntarily participated in half a day of continued legal education on accommodating religious beliefs, practices, and speech under Title VII. Doc. 519.

Nonetheless, the Court finds that a hearing would benefit the Court before making a final ruling on the matter. The Court has no present intention for the hearing to be evidentiary. All parties are **ORDERED** to appear for a hearing on July 15th, 2026 at 1:00 pm. The Court further **ORDERS** Kerrie Forbes, Kevin Minchey, and Chris Maberry to appear for the hearing on this matter.

1

**IT IS SO ORDERED** this 8th day of June, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE