UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:17-CV-2278-X |
| | § | |
| TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556, and SOUTHWEST AIRLINES CO., | § | |
| | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

**AGREED SANCTIONS ORDER**

On appeal, the United States Court of Appeals for the Fifth Circuit affirmed the Court's order holding Southwest in contempt, vacated the contempt sanction against Southwest, and remanded for additional proceedings. After additional briefing and proceedings on the appropriate contempt sanctions against Southwest, the Court **ORDERS** Southwest to take the following actions within (7) days of the entry of this Order:

1. Southwest must e-mail to each of its flight attendants the following language verbatim:

> The United States District Court for the Northern District of Texas ordered Southwest to issue the following statement to you: On December 20, 2022, Southwest's Legal Department issued an e-mail to all flight attendants entitled "Recent Court Decision" regarding a federal court judgment against Southwest and Transport Workers Union, Local 556. That e-mail said, "[t]he court . . . ordered us to inform you that Southwest does not discriminate against our Employees for their religious practices and beliefs."

> The United States District Court for the Northern District of Texas subsequently found that the statement's use of "does not discriminate" was incorrect. Accordingly, the Court has ordered Southwest's Legal Department to issue the following amended statement:
> Under Title VII, Southwest may not discriminate against Southwest flight attendants for their religious practices and beliefs, including—but not limited to—those expressed on social media and those concerning abortion.

2. Southwest must pay Carter's reasonable attorney fees and costs in the amount of $217,214.37 for the motion-for-contempt and motion-to-compel proceedings.

Southwest may purge itself of its contempt by taking the two actions above.

**IT IS SO ORDERED** this 18th day of August, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE