UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER,<br><br>*Plaintiff*,<br><br>v.<br><br>TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556, and SOUTHWEST AIRLINES CO.,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:17-CV-2278-X |

**AMENDED FINAL JUDGMENT**

A jury found that Southwest Airlines Co. ("Southwest") and the flight attendants' union, Transport Workers Union Local 556 ("Local 556"), discriminated against Charlene Carter for her protected speech about religion and unions.

All parties appealed to the United States Court of Appeals for the Fifth Circuit. The Fifth Circuit affirmed, reversed and vacated different parts of the previous judgment (Doc. 375), and remanded for additional proceedings, including entry of an amended judgment consistent with the Fifth Circuit's opinion. (Doc. 495). On March 5, 2026, the Court ordered Carter and Southwest to "provide, in full, an updated proposed judgment consistent with the Fifth Circuit's opinion." (Doc. 503).

In consideration of the Fifth Circuit's opinion and the joint updated proposed judgment, the Court now enters an updated judgment on remand as follows:

1. The Court **ENTERS JUDGMENT** for Carter against Southwest on her practice-based Title VII claim.

2. The Court **ENTERS JUDGMENT** for Carter against Local 556 on her belief and practice-based Title VII claims and her Railway Labor Act ("RLA") duty of fair representation and retaliation claims.
3. The Court **ENTERS JUDGMENT** for Southwest as a matter of law and dismisses Carter's belief-based Title VII claim and her RLA retaliation claim with prejudice.
4. The Court **ACKNOWLEDGES** the reinstatement of Charlene Carter as a Southwest flight attendant with full seniority and benefits as previously ordered on December 5, 2022, and **REAFFIRMS** that Order here.
5. The Court **ORDERS** that Southwest and Local 556 are jointly and severally liable to Carter for $150,000 in back pay.
6. The Court **ORDERS** that Southwest and Local 556 are jointly and severally liable to Carter for $60,180.82 in prejudgment interest.
7. The Court **ORDERS** Local 556 to pay Carter $300,000 in compensatory and punitive damages and **ORDERS** Southwest to pay Carter $300,000 in compensatory and punitive damages.
8. Post-judgment interest on all such amounts listed above, which were included in the Court's December 5, 2022 judgment and affirmed by the Fifth Circuit Court of Appeals, shall run from December 5, 2022 to the date of payment of those amounts.
9. The parties **SHALL** file a status report no later than 28 days for a settlement regarding attorney's fees. Should the parties fail to settle,

Carter **SHALL** file her motion for attorney's fees and a separate bill of costs no later than 28 days after the status report.

**IT IS SO ORDERED** this 18th day of August, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE